

# ROTH & ROTH, LLP

192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

February 21, 2020

<u>VIA ECF</u>
Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:   *Dempsey* v. *City Of Rochester, et al.*
<u>19-cv-6780 (EAW)</u>

Dear Honorable Judge Wolford,

I represent the Plaintiffs in the above action. I write with the consent of Defendants' counsel to request a two-week extension of the briefing schedule with respect to Defendants' motion to dismiss Plaintiffs' amended complaint. Thus, Plaintiffs' response to the motion would be extended from February 28, 2020 to March 13, 2020, and Defendants' reply would be due on March 27, 2020.

Thank you for your time and attention. If you require any further information or materials, please do not hesitate to have your clerks contact me.

Respectfully Submitted,

_____
~//s//~
Elliot D. Shields

CC: All parties via ECF.

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge
**Dated: February 21, 2020**