# ROTH & ROTH, LLP
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

August 18, 2022

**VIA ECF and Email**
Hon. Frank P. Geraci, Jr.
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Honorable Marian W. Payson
United States Magistrate
2330 United States Courthouse
100 State Street
Rochester, New York 14614

Hon. Mark W. Pedersen
Senior United States Magistrate Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

      Re: *Dempsey et ano* v. *City Of Rochester, et al,*
         19-cv-6780 (EAW)(MWP)

         *Gursslin v. City of Rochester, et al*,
         20-cv-6508 (EAW)(MJP)

         *Anniszkiewicz v. City of Rochester, et al*,
         20-cv-6629 (FPG)(MWP)

         *Cox v. City of Rochester, et al*,
         22-cv-6207 (FPG)

Dear Judge Geraci, Judge Payson and Judge Pedersen,

   I represent Plaintiffs in the above matters, which all arise from incidents where Rochester Police Department officers shot their family dogs.

The parties write to inform the court that they are attempting to negotiate a global resolution of all claims in the *Gursslin, Anniszkiewicz*, and *Cox* matters, and of the *Monell* claim in the *Dempsey* matter. Thus, the parties have agreed to stay all discovery in the *Gursslin, Anniszkiewicz*, and *Cox* matters, and to stay *Monell* discovery in the *Dempsey* matter, for 120 days to focus on the settlement negotiations.

The parties have agreed that if one side believes they have reached an impasse in the settlement negotiations, they will send a 14 day-notice to the other party, and discovery will resume at the conclusion of that 14-day period. If that occurs, then the parties will inform the Court in each of the respective cases.

Further, the parties also respectfully request a 120-day extension of all discovery deadlines in the Amended Scheduling Order, ECF 49, in the *Dempsey* matter.

If the Court would like any additional information, please do not hesitate to have one of your clerks reach out to me and/or Defendants' counsel.

            Respectfully Submitted,

            ~//s//~

            Elliot Shields
            *Attorney for Plaintiffs*

CC: Peachie Jones (by ECF and email)

   *Attorney for Defendants*