# ROTH & ROTH, LLP

192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

December 14, 2022

<u>VIA ECF</u>
Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Hon. Frank Geraci, Jr.
United States District Judge
100 State Street
Rochester, New York 14614

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

Hon. Mark W. Pederson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

> Re:  *Dempsey* v. *City Of Rochester, et al.*, 19-cv-6780 (EAW)(MWP)
> *Gursslin* v. *City of Rochester*, 20-cv-6508 (EAW)(MJP)
> *Anniszkiewicz* v. *City of Rochester*, 20-cv-6629 (FPG)(MWP)
> *Cox* v. *City of Rochester*, 22-cv-6207 (FPG)(MJP)
> *McGill* v. *City of Rochester*, 22-cv-6523 (EAW)
> *Barnes* v. *City of Rochester*, 22-cv-6524 (EAW)
> *Preston* v. *City of Rochester*, 22-cv-6525 (EAW)

Dear Honorable Judges Wolford, Geraci, Payson, Pederson:

I represent plaintiffs in the above seven cases, which each arise from tragic

incidents where RPD officers shot and killed the plaintiffs' pet dogs. I write in

response to defendants December 12, 2022 letter, requesting that each case be assigned to the same magistrate judge. Plaintiffs do not oppose this request.

By way of background, on December 9, 2022, defense counsel and I had a meet and confer telephone call, during which I explained that pursuant to Local Rule of Civil Procedure 5.1(e), I filed *McGill, Barnes* and *Preston* as related to *Gursslin*. By filing these cases as related, my understanding is that they would be assigned to the same District Judge and the same Magistrate Judge.

I further explained that I filed these cases as related to *Gursslin* because in that case, plaintiff filed a motion to compel discovery and to strike defendants supplemental Rule 26 disclosures, which is currently pending in front of Judge Pedersen—who is hearing oral argument at 1:00 p.m. today, December 14, 2022. Thus, Judge Pedersen would be most familiar with the overlapping discovery issues.

During the December 9, 2022 meet and confer, I also told defense counsel that when I filed the complaint in *Anniszkiewcz*, I forgot to file it as related, and so on August 24, 2020 I filed a letter with the Clerk requesting that it be marked as related to *Dempsey* and *Gursslin,* which were assigned to Judge Wolford (no magistrate judge had been assigned at that time in either case). See Exhibit "A". But that request was denied and *Anniszkiewcz* was assigned to Judge Geraci.

Defense counsel is correct that each of these seven cases involves the same municipal liability claim under 42 U.S.C § 1983 and *Monell* v. *Department of Social Services of New York*, 436 U.S. 658 (1978). ("Monell claim"). The *Monell* claim is

brought under a deliberate indifference, failure to train and supervise theory of municipal liability. Specifically, each plaintiff alleges that the RPD shot and killed their dogs, because (1) the City failed to train its officers how to safely interact with pet dogs they encountered during routine police activities and (2) because the City has disregarded the industry standards established by leading national law enforcement organizations for safely interacting with domestic canines during routine police activities. *Dempsey*, *Gursslin* and *Anniszkiewcz* also involve unlawful entry claims.

The parties have exchanged significant document discovery and in *Dempsey*, *Gursslin* and *Anniszkiewcz*; however, the City owes significant *Monell* discovery in each of these cases. The parties have also begun, but have not completed, depositions in each of these cases. Plaintiff has served a notice of deposition in *Cox*, but that deposition has not yet been taken.

It is within this background that plaintiffs do not oppose defendants' request, but respectfully submit that if it is granted, suggest that it would make the most sense to assign all of the cases to Judge Pedersen for the purposes of discovery.

Respectfully Submitted,

_~//s//~_
Elliot D. Shields

CC: All parties via ECF.