# ROTH & ROTH, LLP
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

January 20, 2022

**VIA Email**
Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

Hon. Mark W. Pederson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

    Re:    *Dempsey* v. *City Of Rochester, et al.*, 19-cv-6780 (EAW)(MWP)
             *Gursslin* v. *City of Rochester*, 20-cv-6508 (EAW)(MJP)
             *Anniszkiewicz* v. *City of Rochester,* 20-cv-6629 (FPG)(MWP)
             *Cox* v. *City of Rochester,* 22-cv-6207 (FPG)(MJP)

Dear Honorable Judges Payson and Pederson:

I write jointly with defense counsel in the above four cases regarding the outstanding *Monell* issues discussed at the January 12, 2023 conference.

First, annexed hereto, please find the list of *Monell* discovery in each of these four cases. This includes (1) *Monell* demands that have been served and responded to, (2) *Monell* demands that have been served and have not been responded to, (3) *Monell* demands that have not yet been served, (4) outstanding *Monell* depositions.

The parties met and conferred regarding the significant outstanding paper discovery and depositions, and submit the following proposed amended scheduling order for these four cases:

1. By March 15, 2023, the parties will submit a letter to the Court regarding the outstanding *Monell* paper discovery, including any disputes for which the parties need Court intervention.

2. All outstanding *Monell* paper discovery to be completed by May 19, 2023.

3. All *Monell* depositions to be completed by May 31, 2023.

4. Post deposition demands and responses to be completed by July 17, 2023.

5. Motions to compel for *Monell* discovery to be filed by July 31, 2023.

6. The City's Rule 30(b)(6) depositions to be taken by August 18, 2023.

7. All fact discovery to be completed by October 18, 2023.

8. Plaintiff shall identify any expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(A) and provide reports pursuant to Rule 26(a)(2)(B) and/or disclosures pursuant to Rule 26(a)(2)(C) by **December 15, 2023**. Defendant shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **February 16, 2024**. Parties shall complete all discovery relating to experts, including depositions, by **April 16, 2024**.

9. Dispositive motions to be filed by May 31, 2024.

Thank you for your consideration of this proposed schedule. If Your Honors have any questions regarding the instant letter or schedule, we are happy to make ourselves available for a conference at your convenience.

                                          Respectfully Submitted,

                                          ~//s//~
                                        Elliot D. Shields

CC: All parties via email.