UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHARLES DEMPSEY, individually, and L.D., by her father and natural guardian, CHARLES DEMPSEY,

                              Plaintiff,

-against-

THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, ADAM GORMAN, JASON RUDOLPH,

                              Defendants.

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

Case no. 19-cv-6780 (EAW)(MWP)

---

Defendants City of Rochester ("City"), Javier Algarin, Adam Gorman, and Jason Rudolph move this Court pursuant to FED. R. CIV. P. 56(a) for summary judgment on all claims in Plaintiffs' Complaint. In support of this motion, the Court is referred to the Declaration of Peachie L. Jones, Esq., with exhibits attached, a Memorandum of Law, and a Statement of Undisputed Facts, all submitted herewith and made part of this motion.

Defendants reserve the right to file a reply memorandum of law within fourteen days of Plaintiff's filing any opposition to this motion.

Date: August 9, 2024

                              PATRICK BEATH
                              CORPORATION COUNSEL

                              By: _/s/ Peachie L. Jones_
                              Peachie L. Jones, Esq., Of Counsel
                              30 Church Street, Room 400A; Rochester, NY 14614
                              (585) 428-7992
                              Peachie.Jones@CityofRochester.gov
                              *Attorneys for Defendants*

To the following via ECF:
    ROTH AND ROTH LLP (Elliot Dolby Shields), *Counsel for Plaintiff*
    192 Lexington Avenue, Suite 802; New York, NY 10016
    (212) 425-1020 | eshields@rothandrothlaw.com