Exhibit A

```
 1

 2                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF NEW YORK
 3     - - - - - - - - - - - - - - - - - - - - - - - - - -
       CHARLES DEMPSEY, individually, and
 4     L.D., by her father and natural guardian,
       CHARLES DEMPSEY,
 5
                   Plaintiffs,
 6
                                   Case No. 19:cv:6780
 7     v.

 8     THE CITY OF ROCHESTER, a municipal entity,
       JAVIER ALGARIN, ADAM GORMAN, "JOHN DOE" RPD
 9     OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN,

10              Defendants.
       - - - - - - - - - - - - - - - - - - - - - - - - - -
11

12     Deposition Upon Oral Examination of:

13                    Charles R. Dempsey III

14
       Location:       City of Rochester Law Department
15                     City Hall, Room 400A
                       30 Church Street
16                     Rochester, New York 14614

17

18     Date:           October 3, 2023

19

20     Time:           9:30 a.m.

21

22     Reported By:    SANDRA C. HEWLETT, RPR

23                     Alliance Court Reporting, Inc.

24                     109 South Union Street, Suite 400

25                     Rochester, New York 14607
```



ALLIANCE
COURT REPORTING, INC.
*Videography · Remote · Deposition Suites*
www.alliancecourtreporting.net · 585.546.4920

2

```
 1
 2                    A P P E A R A N C E S
 3    Appearing on Behalf of Plaintiffs:
 4    Elliot D. Shields, Esq.
 5        Roth & Roth, LLP
 6        192 Lexington Avenue, Suite 802
 7        New York, New York  10016
 8        eshields@rothandrothlaw.com
 9
10    Appearing on Behalf of Defendants:
11    Peachie L. Jones, Esq.
12        City of Rochester Law Department
13        City Hall, Room 400A
14        30 Church Street
15        Rochester, New York  14614
16        peachie.jones@cityofrochester.gov
17
18                       *      *      *
19
20
21
22
23
24
25
```



```
 1              CHARLES R. DEMPSEY III - BY MS. JONES
 2     for their certified transcript charge, including any
 3     expedite or other related production charges in
 4     accordance with Rochester Rules;
 5              AND IT IS FURTHER STIPULATED, that the
 6     Notary Public, SANDRA C. HEWLETT, RPR, may administer
 7     the oath to the witness.
 8                      *      *      *
 9     CHARLES R. DEMPSEY III,
10              called herein as a witness, first being sworn,
11              testified as follows:
12              EXAMINATION BY MS. JONES:
13              Q.  Good morning.
14              A.  Good morning.
15              Q.  My name is Peachie Jones.  I'm an attorney
16     for the City of Rochester, as you know.  I thank you
17     for being here today so I can take your deposition.
18              So you were here yesterday for your
19     daughter's deposition, so you know the same ground
20     rules, but I will still go over them.  So you can ask
21     me any questions if you have them.
22              We have you placed under oath which means
23     you have to tell the truth, the whole truth.  Like I
24     said yesterday, you're not offending anybody.  Please
25     be honest so that we can have a good record for the
```



ALLIANCE
COURT REPORTING, INC.
*Videography · Remote · Deposition Suites*
www.alliancecourtreporting.net · 585.546.4920

```
 1              CHARLES R. DEMPSEY III - BY MS. JONES
 2         A.   R-E-I-C-H-E-R-T.
 3         Q.   How do you spell Ashley?
 4         A.   A-S-H-L-E-Y.
 5         Q.   Did you graduate high school?
 6         A.   Yes.
 7         Q.   Where did you graduate from?
 8         A.   Hilton.
 9         Q.   Did you pursue additional education after
10    high school?
11         A.   Yes.
12         Q.   Did you earn any additional degrees?
13         A.   No.
14         Q.   Where did you take classes after high
15    school?
16         A.   Monroe Community College.
17         Q.   Do you have any employment licenses or
18    certifications?
19         A.   On -- I'm confused as to what that
20    includes.
21         Q.   Do you have any special licenses that you
22    used for your employment?
23         A.   Like I had a DOT license.
24              Is that something that would be included?
25         Q.   Uh-huh.
```



ALLIANCE
COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

```
 1              CHARLES R. DEMPSEY III - BY MS. JONES
 2         A.  Yes.
 3         Q.  How long have you worked midnight to
 4    9 a.m. most recently?
 5         A.  The last nearly two years.
 6         Q.  What hours did you work before midnight to
 7    9 a.m.?
 8         A.  9 a.m. to 9 p.m.
 9         Q.  How long did you work 9 a.m. to 9 p.m.?
10         A.  From 2020 until -- or I believe I started
11    doing that at the very end of 2019 until I switched to
12    the current shift.
13         Q.  What were your hours in 2019 before you
14    went to 9 a.m. to 9 p.m.?
15         A.  12:00 a.m. to like 3:30, 3:45 a.m.
16         Q.  How long did you work from 12:00 a.m. to
17    3:45 a.m.?
18         A.  Several years going back to about 2009 or
19    2010.  I don't recall.
20         Q.  Did you have an additional source of
21    employment or -- excuse me.
22              Did you have any additional sources of
23    income when you were working from 12 a.m. to 3
24    something a.m.?
25         A.  Did I have another job during that time?
```



ALLIANCE
COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

18

```
 1              CHARLES R. DEMPSEY III - BY MS. JONES
 2         Q.  Correct.
 3         A.  No.
 4         Q.  Did you have another source of income
 5    during that time?
 6         A.  No.
 7         Q.  Were you with Ashley from any point in
 8    2009 to 2019?
 9         A.  Yes.
10         Q.  Was she working during that time period?
11         A.  Yes.
12         Q.  Why did you choose to work part-time from
13    2009 to 2019 approximately?
14              MR. SHIELDS:  Objection.
15         A.  As a teamster, my position is granted
16    through seniority.  I had to earn seniority to get a
17    full-time position.
18         Q.  Are you saying you didn't have seniority
19    until 2019 approximately?
20         A.  No.
21         Q.  When did you first gain seniority in the
22    Teamsters?
23         A.  I joined the Teamsters in 2006.
24         Q.  When did you first become eligible to work
25    full-time?
```



ALLIANCE
COURT REPORTING, INC.
*Videography • Remote • Deposition Suites*
www.alliancecourtreporting.net • 585.546.4920

```
 1            CHARLES R. DEMPSEY III - BY MS. JONES
 2    in any given situation if we were going to be inside
 3    or outside, so I don't know if I ever categorized a
 4    difference.
 5            Q.  Did you train Tesla to respond to
 6    commands?
 7            A.  Yes.
 8            Q.  What commands did Tesla respond to?
 9            A.  First one she learned was "Sit."  It was
10    instinctful for her.  She would lay.  She would roll
11    over and show her belly.  You could never get her to
12    completely roll over.  She was just comfortable
13    getting a treat after her belly was out.
14              When we were walking on a leash, I had,
15    you know -- we had to -- the "Heel" command to calm
16    down and wait at this intersection before we crossed
17    the road.
18            Q.  You would say "Heel"?
19            A.  That's correct.
20              She would -- she knew when it was food.
21    When we said "Food," she would go sit down and wait.
22            Q.  Sorry.
23              When you said "Food," she would go and
24    wait by the bowl?
25            A.  Well, she would understand that -- dogs
```



**ALLIANCE**
COURT REPORTING, INC.
*Videography · Remote · Deposition Suites*
www.alliancecourtreporting.net · 585.546.4920

53

```
 1              CHARLES R. DEMPSEY III - BY MS. JONES
 2         Q.  When did you first see the officer in your
 3   backyard?
 4         A.  After I myself had stepped down from the
 5   house level to the porch level.
 6         Q.  Where was Tesla when you first saw the
 7   officer?
 8         A.  The bottom of the stairs, around the
 9   corner of the porch.  At which point I tried to tell
10   the officer that it was fine.  And that she would be
11   okay.
12         Q.  So what did you do or say after you saw
13   the officer?
14         A.  I shouted that she -- "She's fine.  It
15   will be okay."
16         Q.  You said all of those words?
17         A.  Yeah.  I don't recall the precise word
18   that I said, but I do recall saying "She's fine"
19   because that's what I would say to everyone and I
20   followed it up with a statement like "It's okay."
21              That officer was too quick to just grab
22   his gun and fire it.  I didn't -- there wasn't any
23   time for any communication.  I'm sorry for raising my
24   tone.
25         Q.  Where did Tesla go after you opened the
```



54

```
 1            CHARLES R. DEMPSEY III - BY MS. JONES
 2      door?  Well, she went down the stairs.
 3            Where did she go -- after Tesla went down
 4      the stairs?
 5            MR. SHIELDS:  Objection.
 6            A.  Into the yard.
 7            Q.  Did Tesla head towards any specific part
 8      of the yard?
 9            A.  Towards the center of the yard.
10            Q.  From your perspective, did Tesla run
11      towards the officer?
12            A.  When you exit the porch down the stairs,
13      there's a wall, which is my neighbor's house and you
14      only have the option of going into the center of the
15      yard or back where you came.  So the officer, being in
16      the center of the yard, was in the direction that she
17      went.
18            Q.  When you say "center of the yard," are you
19      meaning center east to west as opposed to north/south?
20            A.  Yes.
21            Q.  Were you normally outside when Tesla would
22      chase squirrels and birds?
23            MR. SHIELDS:  Objection.
24            A.  Are you asking if I was normally outside
25      when I let Tesla outside?  That was her routine.  I
```



1          CHARLES R. DEMPSEY III — BY MS. JONES
2     would be outside with her if I was outside to play
3     fetch or to have a cigarette.  Then yes.  Was I
4     outside every time she went outside?  No.
5          Q.  Have you been outside on multiple
6     occasions with Tesla when she is clearing the yard of
7     squirrels and birds?
8          A.  Yes.
9          Q.  Can you describe her behavior when she
10    clears the yards of squirrels and birds, just
11    generally speaking?
12          MR. SHIELDS:  Objection.
13          A.  She sort of runs in the direction of the
14    squirrel, which was usually in the direction of the
15    tree, and then do a half circle around the tree and
16    realize that she had once again been duped by
17    squirrels.
18          Q.  So when you were describing your backyard
19    earlier, you named a lot of trees.
20          So -- any particular tree that she would
21    run in the direction of?
22          A.  The one in my memory reference -- I'm
23    referring to is the chestnut tree, which is the
24    largest in the yard.
25          Q.  I thought you said the chestnut tree was



56

```
 1              CHARLES R. DEMPSEY III - BY MS. JONES
 2     along one of the fences.
 3          A.  It was along the fence.  I mean it is.
 4     Fence was built after the tree.
 5          Q.  Do you know if that chestnut tree is
 6     depicted in the body-worn camera video?
 7          A.  I'm sure at some point.
 8          Q.  Was the chestnut tree the one that had ivy
 9     on it?
10          A.  No.
11          Q.  Was the chestnut tree close to your house?
12          A.  Could you rephrase that?
13          Q.  Is this the chestnut tree (indicating)?
14          A.  No.  That is a cherry tree.  Also useful
15     for the squirrels for escape.
16          Q.  Is that the chestnut tree?
17          A.  On the left side of that video, that is
18     correct.  It's an old one.
19          Q.  Okay.  So for the record, I pulled up the
20     body-worn camera video Officer Algarin marked COR 053
21     and I had paused it at 3 minutes and 43 seconds into
22     the video.
23              And -- do you want to describe in this
24     screenshot where the chestnut tree is?
25          A.  Describe it -- where it is in the video
```



**ALLIANCE**
COURT REPORTING, INC.
*Videography · Remote · Deposition Suites*
www.alliancecourtreporting.net · 585.546.4920

```
 1              CHARLES R. DEMPSEY III - BY MS. JONES
 2      screen?
 3              Q.   In screen.
 4              A.   The left.
 5              Q.   Okay.  On the left-hand side you see the
 6      tree and that's the chestnut tree?
 7              A.   Yes.
 8              Q.   Okay.
 9              A.   I'm not an arborist, but I think those are
10      chestnuts.
11              Q.   Did you see the officer shoot Tesla?
12              A.   Yes.
13              Q.   What did you do after the officer shot
14      Tesla?
15              MR. SHIELDS:   Objection.
16              A.   I tried to put the -- myself in between
17      his gun and my dog.  I tried to -- I tried to figure
18      out what was going on.  I tried to like diffuse the
19      situation.  I didn't know what I did was -- I left my
20      porch and proceeded across my yard.
21              Q.   Were you still on your porch when the
22      officer shot the dog?
23              A.   I believe I had not exited the porch at
24      that point.
25              Q.   Did Tesla -- from your perspective, did
```



58

```
 1              CHARLES R. DEMPSEY III - BY MS. JONES
 2     Tesla run off the porch any quicker than she normally
 3     would?
 4              A.   No.
 5              Q.   Did you hear the officer say anything --
 6              A.   No.
 7              Q.   -- when you were at your back door or on
 8     the porch?
 9              A.   No.
10              Q.   Did you hear Tesla bark or growl when she
11     was running down the porch and into the yard?
12              A.   Not until he shot her.  She whimpered and
13     it's a noise that lives rent free in my head.
14              Q.   So what did you do after leaving the --
15     what did you do after leaving the porch and trying
16     to -- I think you said -- I don't remember what you
17     said.
18              What did you do after you left the porch
19     into the yard?
20              MR. SHIELDS:  Objection.
21              A.   I -- I started to ask the officer
22     questions or -- you know, like -- I started to shout.
23     I -- I walked out into my yard and he was holding his
24     gun now at me with my back to the house.  And I didn't
25     know why he was even there.  And like at that point it
```



ALLIANCE
COURT REPORTING, INC.
*Videography · Remote · Deposition Suites*
www.alliancecourtreporting.net · 585.546.4920

```
 1              CHARLES R. DEMPSEY III - BY MS. JONES
 2    had only been seconds and I hadn't even really like --
 3    I didn't even know he was a cop at first.  And, you
 4    know -- I saw the uniform.  I put it all together in
 5    seconds, but like -- I was being held at gunpoint
 6    after that point.  After I had come off the porch and
 7    come down, I was being held at gunpoint.
 8         Q.  And then what happened?
 9         A.  I stopped walking because the officer
10    showed the intent to fire.  And -- another officer had
11    come from another yard, I would assume.  I don't know
12    where that guy came from.  He just sort of showed up.
13              I remember I told that guy to like -- I
14    said, "Get that guy.  Get the officer.  Stop him.
15    He's like shooting at" -- "at my family."
16              I think I said something along the lines
17    of "Get your boss" or something.  "Call the Sarge."
18              He -- he -- he holstered his gun and
19    pulled out some other weapon that he pointed at me for
20    a period of time until that officer had told him to
21    stop.  I didn't know what that was.
22              And then I remember when -- when I finally
23    had felt like that guy was no longer pointing a weapon
24    at me, that I -- that I need to go and like figure out
25    what had happened with -- like -- I needed to go and
```


ALLIANCE
COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

```
 1              CHARLES R. DEMPSEY III - BY MS. JONES
 2         A.  I -- nobody gave me a gun to hold.
 3         Q.  Okay.
 4         A.  So like I said, I would say no.
 5         Q.  Did you ever consider buying a firearm
 6    prior to the day of this incident?
 7         A.  No.
 8         Q.  The other type of weapon that you
 9    mentioned Officer Algarin having, can you describe it
10    at all?
11         A.  Black.  He pulled it from his belt, so it
12    was police-issued.  And he pointed it at me and it --
13    with -- with -- I believe he was only using one arm.
14    I -- I can't recall if he had to use both hands.
15         Q.  When you reviewed the body-worn camera of
16    Officer Algarin in preparation for this deposition,
17    did you watch the entire video?
18         A.  No.
19         Q.  What portions did you watch?
20              MR. SHIELDS:  Objection.
21         A.  Beginning.
22         Q.  Would you describe what was depicted in
23    the portion of the video that you reviewed in
24    preparation for the deposition today?
25         A.  The officer jumping the fence, walking
```



```
 1              CHARLES R. DEMPSEY III - BY MS. JONES
 2    seconds.  The time stamp on the video is 17:09:32.
 3              All right.  Here we go.  We'll listen for
 4    the dog.
 5              (The video was played.)
 6         Q.  So did you hear the dog bark or growl in
 7    that 5-second clip?
 8         A.  Yes.
 9         Q.  Why -- why was Tesla barking or growling?
10              MR. SHIELDS:  Objection.
11         A.  Probably because she didn't speak English.
12              Would that have been a preferable way to
13    approach an officer, for a dog to speak English?
14         Q.  So I thought that you understood Tesla to
15    just be going out into the yard to look for birds and
16    squirrels?
17              MR. SHIELDS:  Objection.
18         A.  What do you mean by that?  That was where
19    we lived.
20         Q.  Did -- did you think that Tesla was
21    running towards the officer?
22              MR. SHIELDS:  Objection.
23         A.  At this point in the video?
24         Q.  Well, no.  During the 5-second clip that I
25    just played.
```



ALLIANCE
COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

```
 1              CHARLES R. DEMPSEY III - BY MS. JONES
 2         A.   From his -- from his belt.
 3         Q.   He -- so he pulled the second weapon from
 4    his belt?
 5              MR. SHIELDS:  Objection.
 6         A.   Yes.  Yes.  That is where I thought he got
 7    it from.
 8         Q.   Did he point it at you, the second weapon?
 9         A.   Yes.
10         Q.   I guess I -- I just don't see it in the
11    video.  So I will go back to 2:15 -- no.  We'll go to
12    2:20.  If you can just tell me where he pulls out the
13    second weapon, that would be helpful.  So we have the
14    first one.  I'm just looking for the second.
15              I will push play and I will push pause
16    whenever you tell me to push pause.
17         (The video was played.)
18         A.   He -- he already has it at this point.
19         Q.   So in -- in which hand is it?
20              MR. SHIELDS:  Objection.
21         A.   It's not on the screen.
22         Q.   It's not on the screen.
23              So is it in his right hand?
24              MR. SHIELDS:  Objection.
25         A.   He had -- it makes sense it would be in
```



ALLIANCE
COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

```
 1              CHARLES R. DEMPSEY III - BY MS. JONES
 2     his right hand --
 3          Q.   So --
 4          A.   -- but I'm not seeing it on your screen.
 5          Q.   Sure.
 6               So I paused the video at 2 minutes and 29
 7     seconds.
 8               So in this frame, can you describe what
 9     you see in this frame?
10          A.   In terms of -- I see a fence.  I see
11     rocks.  I see myself.  I see the officer's thumb.
12          Q.   So that thumb that you're --
13          A.   Is that what -- that's what I'm assuming
14     it is -- his hand?
15          Q.   So that would be his left hand?  Is that
16     right?
17          A.   Yeah.
18          Q.   So is there a weapon in the left hand?
19          A.   I see his thumb.
20          Q.   So is that a "yes" or a "no"?
21               MR. SHIELDS:  Objection.
22          A.   I don't see the weapon in that frame, no.
23          Q.   So you're saying that the weapon then
24     would have been in his right hand that we can't see
25     right now?
```



ALLIANCE
COURT REPORTING, INC.
*Videography · Remote · Deposition Suites*
www.alliancecourtreporting.net · 585.546.4920

1          CHARLES R. DEMPSEY III - BY MS. JONES

2          A.   Yeah.

3          Q.   Okay.  Do you know when in this

4     interaction with Officer Algarin he pulled out the

5     second weapon?

6          A.   After he holstered his pistol, he -- in

7     the same motion -- pulled out the other weapon.

8          Q.   What did the other weapon look like?

9          A.   And it was black.  It was small.  It -- it

10    was like -- it wasn't much larger than his hand.

11         Q.   Do you know what a taser looks like?

12         A.   The -- like yellow taser guns that RPD

13    uses?  Is that -- or -- there are many tasers.

14         Q.   Did the weapon that Officer Algarin pulled

15    out -- was that a taser?

16         A.   I don't know.

17         Q.   I'm sorry.

18              Did you answer?

19         A.   I said, "I don't know."

20         Q.   Okay.  Okay.  So I'm going to play this

21    again.  We're going to go back to about 2:19.  I want

22    to talk about the audio now.  So I'm going to play the

23    sound and I'm also going to play it at regular speed.

24    Because slow speed is just hard to understand.

25              Okay.  So I'm going to play about 5 or 7

