Exhibit B

CONFIDENTIAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -
ERIN GURSSLIN,

       Plaintiff,

                Civil Action No. 20-cv-6508
v.

THE CITY OF ROCHESTER, a municipal entity, POLICE OFFICER JEREMY NELLIST, POLICE OFFICER JOSHUA KELLY, COMMANDER FABIAN RIVERA, LIEUTENANT AARON SPRINGER,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - -

Remote Deposition Upon Oral Examination:

           Sergeant Joshua Paul Kelly

Date:         February 22, 2023

Time:        10:00 a.m.

Reported By:   Jayme C. Wintish

              Alliance Court Reporting, Inc.

              109 South Union Street, Suite 400

              Rochester, New York 14607



ALLIANCE
COURT REPORTING, INC.
*Videography · Remote · Deposition Suites*
www.alliancecourtreporting.net · 585.546.4920

**Confidential**

2

```
 1
 2              A P P E A R A N C E S
 3   Appearing Remotely on Behalf of Plaintiff:
 4   Elliot D. Shields, Esq.
 5      Roth & Roth LLP
 6      192 Lexington Avenue, Suite 802
 7      New York, New York  10016
 8      eshields@rothandrothlaw.com
 9
10   Appearing Remotely on Behalf of Defendants:
11   Peachie L. Jones, Esq.
12      City of Rochester Law Department
13      City Hall, Room 400A
14      30 Church Street
15      Rochester, New York  14614
16      peachie.jones@cityofrochester.gov
17
18   Also Present Remotely:
19   Dave Parrotta, Videographer
20      Alliance Court Reporting, Inc.
21      109 South Union Street, Suite 400
22      Rochester, New York 14607
23
24                    *     *     *
25
```



ALLIANCE COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

Confidential

5

|  |  |  |
|---|---|---|
|  | 1 | SERGEANT JOSHUA PAUL KELLY - BY MR. SHIELDS |
| 10:05:07 | 2 | municipal entity, Police Officer Jeremy Nellist, |
| 10:05:11 | 3 | Police Officer Joshua Kelly, Commander Fabian Rivera, |
| 10:05:16 | 4 | Lieutenant Aaron Springer, the Defendants. |
| 10:05:18 | 5 | In attendance is the court reporter, Jayme |
| 10:05:21 | 6 | Wintish, of Alliance Court Reporting. |
| 10:05:24 | 7 | At this time, will counsel please identify |
| 10:05:25 | 8 | themselves for the record, after which our court |
| 10:05:28 | 9 | reporter can swear in the witness?  We may proceed. |
| 10:05:28 | 10 | MR. SHIELDS:  Elliot Shields, Roth & Roth |
| 10:05:34 | 11 | LLP, for the plaintiff, Erin Gursslin. |
| 10:05:39 | 12 | MS. JONES:  Peachie Jones for the City of |
| 10:05:40 | 13 | Rochester for all defendants. |
| 10:05:40 | 14 | SERGEANT JOSHUA PAUL KELLY, |
| 10:05:40 | 15 | called herein as a witness, first being sworn, |
| 10:05:40 | 16 | testified as follows: |
| 10:05:55 | 17 | EXAMINATION BY MR. SHIELDS: |
| 10:05:55 | 18 | Q.  Good morning, Sergeant.  My name is Elliot |
| 10:06:00 | 19 | Shields.  I represent a woman whose dog, Nina, you |
| 10:06:03 | 20 | shot and killed in front of her in her backyard.  And |
| 10:06:06 | 21 | I'm going to ask you some questions today. |
| 10:06:08 | 22 | First, I'm just going to go over some |
| 10:06:11 | 23 | ground rules for the deposition. |
| 10:06:13 | 24 | Will you tell me if you don't understand |
| 10:06:15 | 25 | my question? |



Confidential

176

|  |  |
|---|---|
| 02:30:40 | 1  SERGEANT JOSHUA PAUL KELLY - BY MR. SHIELDS |
| 02:30:40 | 2  when it comes to entering a residential property or |
| 02:30:44 | 3  the curtilage to a residential property. |
| 02:30:49 | 4          Is that the type of thing that you would |
| 02:30:51 | 5  receive a training on from the department? |
| 02:30:54 | 6      A.  Yes.  They would generally do some type of |
| 02:30:58 | 7  possible legal update. |
| 02:31:00 | 8      Q.  Okay.  And how are those legal updates |
| 02:31:03 | 9  generally disseminated to members? |
| 02:31:06 | 10     A.  Sometimes it's at an in-service. |
| 02:31:11 | 11 Sometimes it's through a roll call training.  And |
| 02:31:17 | 12 depending upon who your captain is, sometimes captains |
| 02:31:23 | 13 will send you an email regarding something. |
| 02:31:26 | 14     Q.  Okay. Do you remember any specific cases |
| 02:31:31 | 15 having to do with entering the curtilage to a |
| 02:31:35 | 16 residential property that you've received training on |
| 02:31:38 | 17 during your career? |
| 02:31:39 | 18     A.  Nothing in particular. |
| 02:31:42 | 19     Q.  Okay.  And I want to scroll down to |
| 02:31:52 | 20 question Number 14, which says "Describe all |
| 02:31:58 | 21 instructions or plans that were in place on the night |
| 02:32:03 | 22 of the incident for what to do if you encountered any |
| 02:32:08 | 23 dogs on residential properties."  And again, first |
| 02:32:12 | 24 there were some legal objections asserted.  And then |
| 02:32:16 | 25 it states in the third to the last line of the answer |



ALLIANCE COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920