Exh L

CONFIDENTIAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -
ERIN GURSSLIN,

    Plaintiff,

                        Civil Action No. 20-cv-6508
v.

THE CITY OF ROCHESTER, a municipal entity, POLICE OFFICER JEREMY NELLIST, POLICE OFFICER JOSHUA KELLY, COMMANDER FABIAN RIVERA, LIEUTENANT AARON SPRINGER,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - -

Video-recorded Deposition Upon Oral Examination of:

        Officer Jeremy Nellist

| | |
|---|---|
| Location: | Alliance Court Reporting, Inc. |
| | 109 South Union Street, Suite 400 |
| | Rochester, New York  14607 |
| Date: | February 24, 2023 |
| Time: | 10:00 a.m. |
| Reported By: | KIMBERLY A. BONSIGNORE |
| | Alliance Court Reporting, Inc. |
| | 109 South Union Street, Suite 400 |
| | Rochester, New York  14607 |



ALLIANCE COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

**Confidential**

2

```
 1                   A P P E A R A N C E S

 2   Appearing Remotely on Behalf of Plaintiff:

 3   Elliot D. Shields, Esq.
        Roth & Roth LLP
 4      192 Lexington Avenue, Suite 802
        New York, New York  10016
 5      eshields@rothandrothlaw.com

 6
     Appearing on Behalf of Defendant:
 7
     Peachie L. Jones, Esq.
 8      City of Rochester Law Department
        City Hall, Room 400A
 9      30 Church Street
        Rochester, New York  14614
10      peachie.jones@cityofrochester.gov

11
     Also Present:
12
     Peter H. Colucci, Videographer
13      Alliance Court Reporting, Inc.
        109 South Union Street, Suite 400
14      Rochester, New York  14607

15

16                      *     *     *

17

18

19

20

21

22

23

24

25
```



**Confidential**

5

| | | |
|---|---|---|
| | 1 | OFFICER JEREMY NELLIST - BY MR. SHIELDS |
| 10:14:14 | 2 | today is Kim Bonsignore of Alliance Court Reporting. |
| 10:14:17 | 3 | The witness may be sworn in. |
| 10:14:17 | 4 | OFFICER JEREMY NELLIST, |
| 10:14:17 | 5 | called herein as a witness, first being sworn, |
| 10:14:17 | 6 | testified as follows: |
| 10:14:25 | 7 | EXAMINATION BY MR. SHIELDS: |
| 10:14:25 | 8 | Q.  Good morning, Officer Nellist.  My name is |
| 10:14:31 | 9 | Elliot Shields.  I represent a woman named Erin |
| 10:14:34 | 10 | Gursslin, whose dog, Nina, was shot and killed in her |
| 10:14:37 | 11 | yard, and I'm going to ask you some questions today. |
| 10:14:41 | 12 | First I'm just going to go over the ground |
| 10:14:44 | 13 | rules for the deposition.  Will you tell me if you |
| 10:14:48 | 14 | don't understand my question? |
| 10:14:49 | 15 | A.  Yes. |
| 10:14:50 | 16 | Q.  And will you tell me if you find my |
| 10:14:53 | 17 | question confusing? |
| 10:14:55 | 18 | A.  Yes. |
| 10:14:56 | 19 | Q.  Will you tell me if I have assumed an |
| 10:15:00 | 20 | incorrect fact in my question? |
| 10:15:02 | 21 | A.  Yes. |
| 10:15:02 | 22 | Q.  And will you tell me if you don't know the |
| 10:15:06 | 23 | answer to my question? |
| 10:15:07 | 24 | A.  Yes. |
| 10:15:08 | 25 | Q.  And will you need me to remind you of the |



Confidential

43

| | | |
|---|---|---|
| | 1 | OFFICER JEREMY NELLIST - BY MR. SHIELDS |
| 10:57:10 | 2 | Q.   Does the RPD train you that you don't have |
| 10:57:14 | 3 | to obtain a warrant before entering the curtilage to a |
| 10:57:18 | 4 | home? |
| 10:57:20 | 5 | A.   Yes. |
| 10:57:22 | 6 | Q.   And have you ever obtained a warrant |
| 10:57:25 | 7 | before entering the curtilage to a home? |
| 10:57:27 | 8 | A.   I'm sorry.  Can you repeat the question? |
| 10:57:33 | 9 | Q.   Since you began working with the RPD until |
| 10:57:37 | 10 | today, have you ever obtained a warrant before |
| 10:57:39 | 11 | entering the curtilage to a property? |
| 10:57:42 | 12 | A.   I have not, no. |
| 10:57:44 | 13 | Q.   And the RPD trains you that you don't have |
| 10:57:48 | 14 | to obtain the homeowner's consent if you're simply |
| 10:57:53 | 15 | cutting across the curtilage to their property? |
| 10:57:55 | 16 | MS. JONES:  Objection. |
| 10:57:56 | 17 | A.   Correct. |
| 10:57:57 | 18 | Q.   And the RPD trains you that, in the |
| 10:58:01 | 19 | absence of a warrant or consent, you can enter |
| 10:58:05 | 20 | someone's fenced-in backyard even if you don't believe |
| 10:58:10 | 21 | a crime is being committed there, in that backyard, if |
| 10:58:14 | 22 | you're simply cutting across the yard? |
| 10:58:18 | 23 | MS. JONES:  Objection. |
| 10:58:18 | 24 | A.   Correct. |
| 10:58:18 | 25 | Q.   After the plan was put together for the |



Confidential

143

|            |    |                                                          |
|------------|----|----------------------------------------------------------|
|            | 1  | OFFICER JEREMY NELLIST - BY MR. SHIELDS                  |
| 01:07:10   | 2  | Q.  Okay.  What different sniper schools have            |
| 01:07:12   | 3  | you been to?                                             |
| 01:07:13   | 4  | A.  I've been to an advanced sniper school put           |
| 01:07:16   | 5  | on by -- put on by a retired FBI HRT sniper, and then    |
| 01:07:24   | 6  | I went to sniper instructor school put on by Center      |
| 01:07:32   | 7  | Mass in Macon, Georgia.                                  |
| 01:07:32   | 8  | Q.  Center Mass, like -- is that referring to            |
| 01:07:37   | 9  | part of the body?                                        |
| 01:07:38   | 10 | A.  That's just the name of the company.                 |
| 01:07:40   | 11 | Center Mass.                                             |
| 01:07:41   | 12 | Q.  Okay.  And is the name spelled like you              |
| 01:07:46   | 13 | would say center mass to somebody's body?                |
| 01:07:47   | 14 | A.  I don't know how it's spelled.  I'm                  |
| 01:07:53   | 15 | assuming so, yes.                                        |
| 01:07:53   | 16 | Q.  Okay.  At any of those trainings, did you            |
| 01:07:56   | 17 | learn anything about interactions with dogs?             |
| 01:07:58   | 18 | A.  No.                                                  |
| 01:07:59   | 19 | Q.  Okay.  At any of those trainings, did you            |
| 01:08:01   | 20 | learn anything about the legal requirements to enter     |
| 01:08:04   | 21 | the curtilage to a property?                             |
| 01:08:06   | 22 | A.  No.                                                  |
| 01:08:07   | 23 | Q.  Did you ever receive any additional SWAT             |
| 01:08:25   | 24 | training on techniques for remaining calm in tense or    |
| 01:08:31   | 25 | dangerous situations?                                    |



ALLIANCE COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

**Confidential**

161

|  |  |
|---|---|
|  | 1    OFFICER JEREMY NELLIST - BY MR. SHIELDS |
| 01:30:54 | 2        Q.   Have you ever been disciplined for using |
| 01:30:58 | 3    force against the person? |
| 01:30:59 | 4        A.   No. |
| 01:31:00 | 5        Q.   Have you ever been a defendant in a |
| 01:31:06 | 6    lawsuit other than this lawsuit? |
| 01:31:09 | 7        A.   No. |
| 01:31:12 | 8        Q.   Does the RPD require officers to use |
| 01:31:20 | 9    de-escalation techniques in situations with aggressive |
| 01:31:26 | 10   people? |
| 01:31:26 | 11       A.   Yes. |
| 01:31:26 | 12       Q.   Does the RPD require officers to use |
| 01:31:29 | 13   similar de-escalation techniques in situations with |
| 01:31:34 | 14   aggressive dogs? |
| 01:31:37 | 15       A.   If there is time to react to a dog, then |
| 01:31:43 | 16   you use some of the techniques that I've already |
| 01:31:48 | 17   discussed.  The baton, maybe pepper spray, if there's |
| 01:31:54 | 18   time. |
| 01:31:54 | 19       Q.   Did you ever learn how to use, for |
| 01:31:57 | 20   example, body language with a dog that you perceive as |
| 01:32:03 | 21   aggressive to de-escalate with the dog? |
| 01:32:10 | 22       A.   Yes.  I've learned, like, speak loudly at |
| 01:32:15 | 23   the dog, tell him to stay.  That's about it. |
| 01:32:21 | 24       Q.   Okay.  And when did you learn those |
| 01:32:26 | 25   techniques? |



ALLIANCE
COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920