# Exhibit N

Defendants' Motion for Summary Judgment

*Dempsey v. City of Rochester* (18-cv-6780-EAW-MWP)

