Exhibit O

