Exhibit P





