POLICE DEPARTMENT
OPERATIONS – PATROL DIVISION                  Exhibit T                    9–19

**2018-19 Strategic Goals & Objectives**

| Objective | Priorities Supported | Projected Completion |
|---|---|---|
| Commence relocation of section offices | Safer and More Vibrant Neighborhoods | Ongoing |
| Develop relationship between new police sections and the neighborhoods they serve – Continue to enhance police and community relationships | Safer and More Vibrant Neighborhoods | Ongoing |
| Provide a high level of animal services in the community – Increase rate of animal adoptions in the community | Safer and More Vibrant Neighborhoods | Ongoing |
| Reduce crime through crime prevention activities, early identification and intervention of disputes and apprehension of offenders - Continue intelligence-led policing initiatives and dispute resolution strategies | Safer and More Vibrant Neighborhoods | Ongoing |
| Reduce crime through crime prevention activities, early identification and intervention of disputes and apprehension of offenders – Continue targeted and evidence–based enforcement of gun violence locations and offenders through GIVE grant initiatives | Safer and More Vibrant Neighborhoods | Ongoing |

| Key Performance Indicators | Actual 2016-17 | Estimated 2017-18 | Budget 2017-18 | Budget 2018-19 |
|---|---|---|---|---|
| **INTERNAL OPERATIONS** | | | | |
| **Patrol Sections:** | | | | |
| Calls for service | | | | |
| Non-Discretionary | | | | |
|   Critical CFS | 49,849 | 49,084 | 50,177 | 49,402 |
|   Urgent CFS | 89,566 | 88,570 | 94,727 | 89,535 |
|   Normal CFS | 61,765 | 62,005 | 64,432 | 62,117 |
| Discretionary (Officer – Initiated) | 138,450 | 141,293 | 141,870 | 140,916 |
| Total | 339,630 | 340,952 | 351,206 | 341,970 |
| Domestic Violence calls | 30,466 | 29,832 | 31,073 | 30,138 |
| Arrests: | | | | |
| Adult Felony | 1,888 | 1,939 | 1,959 | 1,928 |
| Total Adult Arrests | 12,216 | 13,071 | 13,067 | 12,846 |
| Youth Felony (Under 18) | 185 | 221 | 240 | 213 |
| Total Youth Arrests (Under 18) | 973 | 1,091 | 1,271 | 1,081 |
| Juvenile Felony (Under 16) | 80 | 115 | 125 | 108 |
| Total Juvenile Arrests (Under 16) | 273 | 379 | 462 | 361 |
| % Juveniles Diverted | 38.3 | 41.8 | 42.0 | 40.9 |
| Other Police Activity: | | | | |
| Field information forms completed | 8,589 | 8,739 | 8,181 | 8,786 |
| Firearms seized | 873 | 958 | 942 | 945 |
| Crime guns seized | 408 | 479 | 441 | 459 |
| Adult Warrants served | 4,126 | 4,363 | 4,316 | 4,292 |
| Juvenile Warrants served | 269 | 279 | 361 | 286 |

COR DEM 3411

POLICE DEPARTMENT
OPERATIONS – PATROL DIVISION

9–19

## 2019-20 Strategic Goals & Objectives

| Objective | Priorities Supported | Projected Completion |
|---|---|---|
| Enhance public safety for large scale special events - Develop and implement a deployment matrix for police coverage at Special Events/Public Venues | Safer and More Vibrant Neighborhoods, Innovation and Efficiency | First Quarter |
| Improve quality of RPD non-fatal violent crime investigations - Explore reorganizing field investigations to become more effective and efficient | Safer and More Vibrant Neighborhoods | Second Quarter |
| Continue planning relocation of section offices | Safer and More Vibrant Neighborhoods | Ongoing |
| Provide a high level of animal services in the community – Maintain a save rate at or above 88% | Safer and More Vibrant Neighborhoods | Ongoing |
| Reduce crime through crime prevention activities, early identification and intervention of disputes, and apprehension of offenders - Continue intelligence-led policing initiatives and dispute resolution strategies | Safer and More Vibrant Neighborhoods | Ongoing |
| Reduce crime through crime prevention activities, early identification and intervention of disputes, and apprehension of offenders - Continue targeted and evidence-based enforcement of gun violence locations and offenders through "GIVE" initiatives | Safer and More Vibrant Neighborhoods | Ongoing |
| Continue to enhance police and community relationships - Develop relationship between new police sections and the neighborhoods they serve | Safer and More Vibrant Neighborhoods | Ongoing |

| Key Performance Indicators | Actual 2017-18 | Estimated 2018-19 | Budget 2018-19 | Budget 2019-20 |
|---|---|---|---|---|
| **INTERNAL OPERATIONS** | | | | |
| **Patrol Sections:** | | | | |
| Calls for service | | | | |
| Non-Discretionary | | | | |
|   Critical CFS | 48,559 | 49,037 | 49,402 | 48,975 |
|   Urgent CFS | 85,233 | 83,457 | 89,535 | 84,601 |
|   Normal CFS | 61,503 | 60,995 | 62,117 | 61,224 |
|   Discretionary (Officer – Initiated) | <u>138,623</u> | <u>134,607</u> | <u>140,916</u> | <u>136,196</u> |
| Total | 333,918 | 328,096 | 341,970 | 330,996 |
| Domestic Violence calls | 29,472 | 29,560 | 30,138 | 29,624 |
| Arrests: | | | | |
| Adult Felony | 1,894 | 1,747 | 1,928 | 1,805 |
| Total Adult Arrests | 12,643 | 12,002 | 12,846 | 12,216 |
| Youth Felony (Under 18) | 231 | 181 | 213 | 197 |
| Total Youth Arrests (Under 18) | 978 | 811 | 1,081 | 878 |
| Juvenile Felony (Under 16) | 131 | 98 | 108 | 106 |
| Total Juvenile Arrests (Under 16) | 364 | 288 | 361 | 309 |
| % Juveniles Diverted | 37.9 | 36.4 | 40.9 | 37.1 |

COR DEM 3412

- ❑ Evaluates behavior for all dogs impounded
- ❑ Responds to complaints regarding companion animals; impounds unleashed, surrendered and stray pets, injured animals, and menacing dogs; issues warnings and summons for animal ordinance violations
- ❑ Enforces local laws related to control and regulation of companion animals
- ❑ Provides pet care information to citizens to mitigate public safety, animal welfare and nuisance concerns
- ❑ Assists police department with incidents involving animals
- ❑ Operates low-income spay/neuter program
- ❑ Operates volunteer program, foster program, and rescue partners program

**2020-21 Strategic Goals & Objectives**

| Objective | Rochester 2034 Initiative | Mayor's Priorities Supported | Projected Completion |
|---|---|---|---|
| Continue planning relocation of section offices | 3f | Safer and More Vibrant Neighborhoods | Ongoing |
| Provide a high level of animal services in the community – Increase rate of animal adoptions in the community | 3f | Safer and More Vibrant Neighborhoods | Ongoing |
| Reduce crime through crime prevention activities, early identification and intervention of disputes, and apprehension of offenders - Continue intelligence-led policing initiatives and dispute resolution strategies | 3f | Safer and More Vibrant Neighborhoods | Ongoing |
| Reduce crime through crime prevention activities, early identification and intervention of disputes, and apprehension of offenders - Continue targeted and evidence-based enforcement of gun violence locations and offenders through "GIVE" initiatives | 3f | Safer and More Vibrant Neighborhoods | Ongoing |
| Continue to enhance police and community relationships - Develop relationship between new police sections and the neighborhoods they serve | 3f | Safer and More Vibrant Neighborhoods | Ongoing |

| Key Performance Indicators | Actual 2018-19 | Estimated 2019-20 | Budget 2019-20 | Budget 2020-21 |
|---|---|---|---|---|
| **INTERNAL OPERATIONS** | | | | |
| **Patrol Sections:** | | | | |
| Calls for service | | | | |
| Non-Discretionary | | | | |
|   Critical CFS | 48,700 | 48,985 | 48,975 | 48,857 |
|   Urgent CFS | 78,685 | 77,981 | 84,601 | 78,917 |
|   Normal CFS | 61,137 | 61,448 | 61,224 | 61,360 |
|   Discretionary (Officer – Initiated) | 130,337 | 133,139 | 136,196 | 132,846 |
| Total | 318,859 | 321,553 | 330,996 | 321,980 |
| Domestic Violence calls | 29,118 | 28,814 | 29,624 | 28,971 |