Exhibit U

# Dog Bite Prevention for Law Enforcement



## Humane Society of Greater Rochester

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.





Lollypop Farm

# Introductions

## Reno Di Domenico

Director of Law Enforcement
Lollypop Farm, Humane
Society of Greater Rochester

(585) 223-1330 x234
didomenico@lollypop.org







Gursslin 0330

# Objectives

- Know the common dog encounter scenarios that lead to dog bites.

- Give 4 signs or actions to perform to determine whether dogs are on the property.

- Identify how to avoid dog bites.

- Recognize 3 physical signs of aggressive dogs.

- Be familiar with improvised tools for dealing with aggressive dogs.

- Know techniques to minimize personal injury in the event you are attacked.

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



# NY State Law

- Pets are personal property

- Animals must be humanely destroyed solely by means of injection of sodium pentobarbital or sodium pentobarbital

-  Except an animal by gunshot is permissible… for an animal that is posing an imminent threat of serious physical injury to a person or to another animal…or so injured that humane euthanasia is impossible

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Gursslin 0336

# Fourth Amendment

- 4th amendment does not include term of "Personal Property"

- Supreme court held "Personal Property" is considered an "Effect"

- Destruction of a pet can be classified as an unlawful seizure



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

# Why Do Dogs Bite?

– Excitement / Play

– Possession / Protection (e.g., female with pups)

– Fear

– Accidental

– Attention

– Sick / Injured

– Dangerous dog



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



# Dog Postures



### Playful
*Ears up*
*Eyes soft*
*Front end lower ready to leap*
*Tail up loosely wagging*



### Defensive Threat
*Ears back*
*Hackles may be up*
*Muzzle tense, wrinkled*
*Tail down & tense*



### Confident Alert
*Ears up, forward*
*Eyes large, staring*
*Muzzle tense lips lifted to show teeth*
*Tail up, stiff wag*



### Passive Appeasement
*On back belly exposed*
*Ears back*
*Indirect eye contact*
*Tail tucked*



### Active Appeasement
*Ears back*
*Eyes half closed*
*Raised paw*
*Mouth nearly closed tongue tip darts out*
*Tail low slow wag*



### Offensive Aggression
*Ears erect*
*Hackles may be up*
*Lip curled*
*Teeth bared, snarling*
*Tail stiff raised*



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

# Overall Posture

The most important thing is whether the dog is:

Stiff & Still
vs.
Loose & Wiggly





Gursslin 0347

# Signals of Increasing Discomfort/Stress/Tension: Warning Signs

- Hard direct eye contact
- Stiff and still body posture
- Freezing: stopping all motion
- Tension in face







© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

Lollypop Farm

Gursslin 0349

# Aggression:
# Stop What You Are Doing

- Growling
- Snarling/showing teeth
- Lunging
- Snapping
- Biting





© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Gursslin 0350

# Fear Aggression: low body, all teeth showing, crouched/hunched posture, tail tucked



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



**Fear Aggression:** low body, all teeth showing, crouched/hunched posture, tail tucked

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

# Offensive Aggression: posture erect, weight forward, tail up, mouth puckered, front teeth showing







© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

Gursslin 0354

# Appeasement



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

# Appeasement/Fear



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

# Stressed, Anxious, Fearful



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

Gursslin 0358

# Stress Signals: Lip Licking



© Humane Society of G
May not be reproduced without permission.

# Stress Signals:
## mouth - open & relaxed to closed & tense







© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

Gursslin 0362



# Stress Signals:
### head turns, diverting gaze
### Whale eye – showing the whites of their eyes







© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

# Do you approach these two dogs the same way?



PEPPER



BABY



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

# Best Practice for Approaching Dogs On the Job





© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



# The Signs



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

# The Encounter

- Announce your arrival:
  - Jiggle Fence
  - Whistle
  - Shake keys
  - Inquire about dogs before entering
  - Ask for dog to be secured



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Gursslin 0369

# Talk to the Dog

**Communicate Safety and Appeasement:**

- If a dog approaches and is non-threatening, allow him to investigate you.

- Continue to speak to her.

- DO NOT attempt to pet the dog.



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Gursslin 0370

# Talk to the Dog

**Communicate Confidence or Threat:**

- If dog is displaying threatening behavior speak in forceful tone.

- Give commands like "Sit" or "Stay."

- If dog continues threatening, try to appear larger speak in low loud voice: "Back off!"



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Gursslin 0371

# Bite Prevention Tools

**Physical Repellents**

- Bite stick, Baton/ ASP
- Umbrellas
- Improvised
  - Flashlight
  - Stick
  - Rolled up magazine
  - Clipboard
  - Road flare



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.





Gursslin 0372

# Bite Prevention Tools

**Chemical Repellents**
- – Oleoresin Capsicum
- – Citronella Spray (Direct Stop)

**Electronic Repellents**
- – Ultrasonic
- – Stun Guns
- – Taser

**Improvised**
- – $CO_2$ fire extinguisher



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.





Gursslin 0373

# Quick Assessment

Questions to Ask
- Has dog already bitten someone?
- Where is the dog? Where is the owner?
- Are there bystanders?
- How is the dog moving?
- What is the dog's body language?
- How is dog responding to your commands?
- What defenses do you have available?
- Do I have an escape option?

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Gursslin 0376

# Questions and Discussion





© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

