UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY,<br><br>Plaintiffs,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, ADAM GORMAN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN,<br><br>Defendants. | 19-cv-6780 (EAW)(MWP)<br><br>NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE SECOND AND EIGHTH CLAIMS FOR RELIEF, AND THE PORTION OF THE FIRST CLAIM FOR RELIEF UNDER *MONELL* REGARDING UNLAWFUL ENTRIES ONTO THE CURTILAGE OF RESIDENTIAL PROPERTIES |

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment, Local Rule 56.1 Statement of Undisputed Facts, Declaration of Elliot Shields, Esq. and the Exhibits annexed thereto, and all prior proceedings herein, Plaintiffs hereby move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for an order granting them partial summary judgment as to liability on the Second Claim for Relief for Unreasonable Search of Curtilage under 42 U.S.C. § 1983, the Eighth Claim for Relief for Trespass under New York Law, and the portion of the First Claim for Relief for Municipal Liability under *Monell* with respect to unlawful policies, practices and customs concerning unlawful entries into the curtilage of residential properties.

PLEASE TAKE FURTHER NOTICE, that pursuant to Rule 7(a)(1) of the Local Rules of this Court, the Plaintiff intends to file reply papers and therefore, pursuant to Rule 7(b)(2)(B),

Defendants are required to serve responding papers, if any, at least seven (7) days prior to the return date of this motion.

Dated: New York, New York  
       August 9, 2024

Respectfully Submitted,  
ROTH & ROTH LLP

By: _____~/s/~_____  
Elliot Dolby Shields, Esq.  
*Counsel for Plaintiffs*  
192 Lexington Ave, Suite 802 New York, New York 10016  
Ph: (212) 425-1020

To:    All parties (via ECF)