**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY, | **DECLARATION OF JAMES CROSBY** |
| | **19-cv-6780 (EAW)(MWP)** |
| Plaintiffs, | |
| -against- | |
| THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN, | |
| Defendants. | |

I, James Crosby, declare as follows:

1.      I am an expert in canine behavior, dog aggression, and the use of force in canine encounters. I have been retained as an expert witness in the above-captioned case.

2.      I hereby declare that if I am called to testify at trial in this case, I will testify consistent with the opinions provided in my expert report dated January 31, 2024

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Dated: August 9, 2024

James W. Crosby, M.S., PhD