UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY,

Plaintiffs,

-against-

THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, ADAM GORMAN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN,

Defendants.

19-cv-6780 (EAW)(MWP)

**ATTORNEY DECLARATION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

ELLIOT D. SHIELDS, hereby declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

A. I am the attorney for the Plaintiffs, CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY, in this case and as such I am fully familiar with the facts and circumstances of the case. I submit this declaration in support of Plaintiffs' motion for an order granting Plaintiffs' partial summary judgment pursuant to Rule 56 of the Federal Rule of Civil Procedure.

B. A true and correct copy of the following documents are attached as exhibits are attached hereto:

1. **Exhibit 1:** Selections from Mr. Dempsey 50h transcript
2. **Exhibit 2:** Deed for 53 Kosciusko Street, Rochester, New York
3. **Exhibit 3:** Arrest Report for the October 19, 2018 incident
4. **Exhibit 4:** Algarin Deposition Transcript

5. **Exhibit 5:** Horowitz Deposition Transcript

6. **Exhibit 6:** Gorman Deposition Transcript

7. **Exhibit 7:** Officer Gorman's Body-Worn Camera (BWC) recording

8. **Exhibit 8:** Officer Horowitz's BWC recording

9. **Exhibit 9:** Officer Algarin's BWC recording

10. **Exhibit 10:** Charles Dempsey's Deposition Transcript

11. **Exhibit 11:** Crosby Report

12. **Exhibit 12:** Screenshot from Officer Algarin BWC video at 17:09:37

13. **Exhibit 13:** Screenshots from Officer Algarin BWC video at 17:09:37–17:09:42

14. **Exhibit 14:** L.D. Deposition Transcript

15. **Exhibit 15:** Officer DiSabatino BWC recording

16. **Exhibit 16:** Lindauer Body-Worn Camera (BWC) video at 17:12:45–17:13:00

17. **Exhibit 17:** Incident Report CR # 2018-00258730

18. **Exhibit 18:** Officer Brodsky BWC

19. **Exhibit 19:** Cuilla Deposition Transcript

20. **Exhibit 20:** Rudolph Deposition Transcript

21. **Exhibit 21:** Laureano Deposition Transcript

Dated: New York, New York  
August 9, 2024

Respectfully Submitted,  
ROTH & ROTH LLP

By: _____~/s/~_____

                                                      Elliot Dolby Shields, Esq.  
                                                      *Counsel for Plaintiff*  
                                                      192 Lexington Ave, Suite 802 New York, New York 10016  
                                                      Ph: (212) 425-1020

To:    All parties (via ECF)