# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 3

CR# **2018-00258635**

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| 10. Narcotics Offenses | 10/19/2018 | 17:04 | 10/19/2018 | 17:04 | 10/19/2018 | 17:04 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 54 Sobieski ST lot | 227 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

## OFFENSES

- Statute - **PL 221.05**  V0
- Attempt/Commit - **Completed**
- Counts - **1**
- Description - **Unlawful Possession of Marihuana**
- Location - **Yard-43**
- Weapon -
- Larceny Type -
- Aggravated Assault Circumstances -
- Gang Related - **No**
- Computer - **No**
- Bias Type - **No Bias-Not Applicable-77**
- Entry Point -
- Method of Entry -
- # of Premises Entered -

- Statute -
- Attempt/Commit -
- Counts -
- Description -
- Location -
- Weapon -
- Larceny Type -
- Aggravated Assault Circumstances -
- Gang Related -
- Computer -
- Bias Type -
- Entry Point -
- Method of Entry -
- # of Premises Entered -

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| Society Public-S | City of Rochester |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| 185 Exchange BLVD | | | | | | Not Applicable |

City, State, Zip: **Rochester, NY 14614**
Victim/Offender Relationship (Offender Name, DOB, Relationship):

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| (585)428-1110 | Business - NA | Business - NA | Business - NA |

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | ■ | ■ | M | B | N | ■ | ■ |

## SUSPECT / MISSING PER

| Type | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|
| Arrestee | ■ | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|
| ■ | ■ | 36 | M | B | N | ■ |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| 6' 4 | 215 | Black | | Brown | | Medium | Thin | Goatee | No |

Clothing, Jewelry, Distinguishing Features:
Offender Condition: **Apparently Normal**
Scars, Marks, Tattoos:
Mothers Maiden Name:
Place of Birth:
School Name / ID #:

## INVESTIGATION

Modus Operandi

- 01. Witness to the offense?
- 02. Surveillance footage of event?
- 03. Can a suspect be named?
- 04. Can a suspect be located?
- 05. Can a suspect be described?
- 06. Can a suspect be identified?
- 07. Can a suspect vehicle be identified?
- 08. Is stolen property traceable?
- 09. Is there significant Modus Operandi present?
- 10. Is there significant physical evidence present? **X**
- 11. Has evidence tech work performed?
- 12. Preliminary investigation NOT completed?

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Cleared by Arrest - Adult | | Patrol - Clinton | Clinton 3rd |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| HOROWITZ  JASON | 2559 | 10/19/2018 | RUDOLPH, JASON W 10/19/2018 |

Incident Report, Page 1 OF 3

## ADD'L OFFENSE

- Statute -
- Attempt/Commit -
- Counts -
- Description -
- Location
- Weapon
- Larceny Type
- Aggravated Assault Circumstances
- Gang Related
- Computer
- Bias Type
- Entry Point
- Method of Entry
- # of Premises Entered

## VICTIM #2

- Victim Type
- Victim Name (Last, First, Middle)
- Address
- Date of Birth
- Age
- Sex
- Race
- Ethnicity
- Residence Status
- City, State, Zip
- Victim/Offender Relationship (Offender Name, DOB, Relationship)
- Telephone
- Level of Injury
- Type of Injury
- Medical Treatment

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

## SUSPECT #2

- Type -
- Suspect Name (Last, First, Middle)
- Nickname
- Address
- Date of Birth
- Age
- Sex
- Race
- Ethnicity
- MoRIS / JCR #
- Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation
- Clothing, Jewelry, Distinguishing Features
- Offender Condition
- Scars, Marks, Tattoos

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | BWC Video | | |

Item Type and Description: **Video Recorded by IBM: 2559**  
Color:

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | Drug or Narcotic | | |

Item Type and Description: **7 red plastic bags of marijuana**  
Color: **Green**

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 7 | Item(s) | Estimate | Marijuana |

## FIREARM

- Firearm Property Code
- Firearm Value
- Make
- Model
- Finish
- Caliber | Capacity | Type | Action | Serial Number
- Description
- Recovery Date

## VEHICLE

- Vehicle Status | Year | Make | Model | Style | Color
- State | Plate Number | VIN # | Recovery Date
- Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| HOROWITZ JASON | 2559 | 10/19/2018 | RUDOLPH, JASON W 10/19/2018 |

Case 6:19-cv-06780-EAW-MWP   Document 96-7   Filed 08/09/24

**NARRATIVE**

**On the above date and time, I was responding for the report of drug activity at 61 Kosciusko St. I was at 54 Sobieski St with Officer Gorman when Officer Disabatino and Officer Algarin drove up to 61 Kosciusko St. Two black males, later identified as ▮▮▮▮-PK1 and ▮▮▮▮-A, fled on foot South toward Sobieski St. I saw A hop a fence into the vacant lot (54 Sobieski St) and drop a black bag and walk towards me. I ordered A to stop and get down on the ground, he cooperated. I placed hand cuffs on A, searched and brought him to my vehicle. I located the black bag, A dropped, which contained 7 red plastic bags containing a green leafy substance. Officer Gorman detained PK. Both were checked with city records, negative 10-29 check.**

**Officer Kasmore completed a duguenois-levine reagent on the green leafy substance for the presence of marijuana. Results were positive for marijuana.**

**A was issued an appearance ticket (213195) for UPM to appear in court on 10/31/2018 at 0930 hours.**

**PK and A were released.**

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| HOROWITZ, JASON | 2559 | 10/19/2018 | RUDOLPH, JASON W 10/19/2018 |