**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

CHARLES DEMPSEY, individually, and
L.D. by her father and natural guardian,
CHARLES DEMPSEY,

**19-cv-6780 (EAW)(MWP)**

Plaintiffs,

-against-

THE CITY OF ROCHESTER, a municipal
entity, JAVIER ALGARIN, "JOHN DOE"
RPD OFFICER RESPONSIBLE FOR
TRAINING JAVIER ALGARIN,

Defendants.

---

**EXHIBIT 7 FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Officer Gorman's Body-Worn Camera (BWC) recording, to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/r6w49v42lshbsqv2gkndz/Ex-7-Gorman-00320_AG263120181019170702_0002-COR-000054.MP4?rlkey=hf2w6oehfaelh0d2ufum6048y&dl=0