UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY,<br><br>Plaintiffs,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN,<br><br>Defendants. | 19-cv-6780 (EAW)(MWP) |

**EXHIBIT 8 FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Officer Horowitz's Body-Worn Camera (BWC) recording, to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/fzvjcmhl5h8f7nti4ptj3/Ex-8-Horowitz-00938_JH255920181019170706_0008-COR-000055.MP4?rlkey=hleq8vyb4rxqba2x93jkcrec7&dl=0