UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY,<br><br>Plaintiffs,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN,<br><br>Defendants. | 19-cv-6780 (EAW)(MWP) |

**EXHIBIT 9 FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Officer Algarin's Body-Worn Camera (BWC) recording, to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/5hgdf7k6xkeqnet6k9f4x/Ex-9-Algarin-00883_81677220181019170748_0018-COR-000053.MP4?rlkey=qn6yw3my92r8tl11vrnch2hro&dl=0