UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY, | 19-cv-6780 (EAW)(MWP) |
| Plaintiffs, | |
| -against- | |
| THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN, | |
| Defendants. | |

**EXHIBIT 14 FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

L.D. Deposition Transcript, confidential, to be provided to the court on thumb drive.