UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY,<br><br>Plaintiffs,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN,<br><br>Defendants. | 19-cv-6780 (EAW)(MWP) |

**EXHIBIT 19 FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Jonathan Laureano Deposition Transcript, confidential, to be provided to the court on thumb drive.