UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY,<br><br>Plaintiffs,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN,<br><br>Defendants. | 19-cv-6780 (EAW)(MWP)<br><br>**ATTORNEY DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

ELLIOT D. SHIELDS, hereby declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

A.  I am the attorney for the Plaintiffs, CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY, in this case and as such I am fully familiar with the facts and circumstances of the case. I submit this declaration in opposition to Defendants' motion for summary judgment.

B.  A true and correct copy of the following documents are attached as exhibits are attached hereto:

**Exhibit 1** – 50h selections
**Exhibit 2** - Deed
**Exhibit 3** - Arrest Report
**Exhibit 4** - Algarin Deposition Selections
**Exhibit 5** - Horowitz Deposition Selections
**Exhibit 6** - Gorman Deposition Selections
**Exhibit 7** - Gorman Body-Worn Camera (BWC)
**Exhibit 8** - Horowitz Body-Worn Camera (BWC)

1

**Exhibit 9** - Algarin Body-Worn Camera (BWC)
**Exhibit 10** - Dempsey Deposition Selections
**Exhibit 11** - Crosby Report
**Exhibit 12** - screenshot.pdf
**Exhibit 13** - screenshots.pdf
**Exhibit 14** - LD Deposition Selections
**Exhibit 15** - DiSabatino BWC
**Exhibit 16** - Lindauer BWC
**Exhibit 17** - Redacted CR 18-00258730 Incident Report
**Exhibit 18** - Brodsky BWC.pdf
**Exhibit 19** - Cuilla Deposition Selections
**Exhibit 20** - Rudolph Deposition Selections
**Exhibit 21** - Laureano Deposition Selections
**Exhibit 22** – Training Bulletin L-45-19, Warrantless Searches of Curtilage.pdf
**Exhibit 23** - D&C Article re dog shootings from 2004-2009
**Exhibit 24** - Firearm Discharge Reports 2013-2018
**Exhibit 25** - Taser Animal Certifications
**Exhibit 26** - 2016 Taser Course Guide Pages
**Exhibit 27** - Taser Course Guide 2019 PowerPoint (PDF filed on ECF, Powerpoint provided to the Court on a thumb drive with embedded videos).
**Exhibit 28** - Crosby Deposition Selections
**Exhibit 29** - DiDomenico Dep Selections.pdf
**Exhibit 30** - DiDomenico 2014 training.pdf
**Exhibit 31** - The Problem of Dog-Related Incidents and Encounters
**Exhibit 32** – COPS Training Video: Tactical Considerations
**Exhibit 33** - COPS Training Video: Use of Force Considerations
**Exhibit 34** - COPS Training Video: Legal Considerations and Liability, Reporting and Documentation
**Exhibit 35** - COPS Training Video: An Overview Assessing the Situation
**Exhibit 36** - COPS Training Video: Communicating with Dogs and Police and Dog Body Language
**Exhibit 37** - Cala Deposition Selections
**Exhibit 38** - Trenton Deposition Selections
**Exhibit 39** - Leach Deposition Selections
**Exhibit 40** - Alexander Deposition Selections
**Exhibit 41** - Romig Deposition Selections
**Exhibit 42** - Kelly Deposition Selections
**Exhibit 43** - Nellist Deposition Selections
**Exhibit 44** - Brock Deposition Selections
**Exhibit 45** - Vanbrederode Dep Selections.pdf
**Exhibit 46** - Zimmerman Deposition Selections
**Exhibit 47** - Cala BWC
**Exhibit 48** - Pinckney Dep Selections.pdf
**Exhibit 49** - Pickney BWC
**Exhibit 50** - Celentano Dep Selections
**Exhibit 51** - Celentano BWC

**Exhibit 52** - Leach BWC
**Exhibit 53** - Preston Incident Report
**Exhibit 54** - Nigrelli Deposition Selections
**Exhibit 55** - Rivera Deposition Selections
**Exhibit 56** - Springer Deposition Selections

Dated: New York, New York
      September 9, 2024

Respectfully Submitted,
ROTH & ROTH LLP

By: _____~/s/~_____
Elliot Dolby Shields, Esq.
*Counsel for Plaintiff*
192 Lexington Ave, Suite 802 New York, New York 10016
Ph: (212) 425-1020

To:    All parties (via ECF)