1

1

2
 - - - - - - - - - - - - - - - - - - - - - - - - -
CHARLES DEMPSEY, individually and as the father

3
and natural guardian of his minor daughter, L.D.,

4
          Claimant,

5
v.

6
CITY OF ROCHESTER,

7
          Respondent.
 - - - - - - - - - - - - - - - - - - - - - - - - -

8

9
<u>50-h Hearing in the Above-Titled Matter:</u>

10
<u>Sworn Testimony of</u>:

11
                    Charles Dempsey

12
<u>Location</u>:        City of Rochester Department of Law

13
                    City Hall
                    30 Church Street, Room 008 A

14
                    Rochester, New York 14614

15

16
<u>Date</u>:            April 16, 2019

17

18
<u>Time</u>:            10:00 a.m.

19

20

21
<u>Reported By</u>:     JAYME C. WINTISH

22
                    Alliance Court Reporting, Inc.

23
                    120 East Avenue, Suite 200

24
                    Rochester, New York 14604

25





**ALLIANCE**
COURT REPORTING, INC.
*Video Conferencing and Videography Center*
585.546.4920        ·        www.alliancecourtreporting.net        ·        800.724.0836

2

```
 1

 2                    A P P E A R A N C E S

 3    Appearing on Behalf of Claimant:

 4    Elliot Dolby Shields, Esq.

 5         Roth & Roth, LLP

 6         192 Lexington Avenue, Suite 802

 7         New York, New York   10016

 8         eshields@rothandrothlaw.com

 9

10    Appearing on Behalf of Respondent:

11    John M. Campolieto, Esq.

12         City of Rochester Department of Law

13         City Hall

14         30 Church Street, Room 400 A

15         Rochester, New York   14614

16         campolj@cityofrochester.gov

17                        *        *        *

18

19

20

21

22

23

24

25
```

**ALLIANCE**
COURT REPORTING, INC.
*Video Conferencing and Videography Center*
585.546.4920          www.alliancecourtreporting.net          800.724.0836

3

```
 1              CHARLES DEMPSEY - BY MR. CAMPOLIETO
 2    TUESDAY, APRIL 16, 2019;
 3              (Proceedings in the above-titled matter
 4              commencing at 10:18 a.m.)
 5                      *        *        *
 6              (The following exhibit was marked for
 7              identification:  EXH Letter A.)
 8    CHARLES DEMPSEY,
 9              called herein as a witness, first being sworn,
10              testified as follows:
11              EXAMINATION BY MR. CAMPOLIETO:
12         Q.   Mr. Dempsey, good morning.  My name is
13    John Campolieto.  I'm an attorney for the City of
14    Rochester, and I'm going to be asking you some
15    questions today for -- regarding the incident that
16    occurred at your property on October 19th, 2018.
17              And before we get started I just want to
18    let you know if you need to go to the bathroom, if you
19    need a drink, go.  Just let me know.  Also, if you
20    don't understand what I'm saying, if I'm speaking too
21    fast, just stop me in the middle of anything I'm
22    asking and say, can you repeat that?  I didn't get it.
23    And I'll try to rephrase my question or repeat it for
24    you so it's more clear.
25              I'm going to ask some background questions
```

4

```
1              CHARLES DEMPSEY - BY MR. CAMPOLIETO
2    regarding your pedigree, your name and things like
3    that.  And then I'm going to get into the incident at
4    your property on October 19th.  It should be pretty
5    quick and won't be too in depth.  And so we can start.
6              If you could just state your name -- your
7    full name for the record?
8         A.   Charles Dempsey.
9         Q.   And do you go by any other names, or have
10   you gone by any other names?
11        A.   Short, Chuck.
12        Q.   I'm sorry?
13        A.   Chuck.
14        Q.   Chuck.  Okay.  And Mr. Dempsey, what is
15   your address?
16        A.   It's 53 Kosciusko Street which is in
17   Rochester, New York 14621.
18        Q.   And if you just speak up and speak in
19   verbal answers instead of hand gestures so the court
20   reporter can get everything.  And then we'll be good
21   to go.
22              And what is your age?
23        A.   33.
24        Q.   And your marital status?
25        A.   Single.
```

5

```
 1              CHARLES DEMPSEY - BY MR. CAMPOLIETO
 2         Q.   And have you been married in the past?
 3         A.   No.
 4         Q.   And do you have children?
 5         A.   Yes.
 6         Q.   And how many children?
 7         A.   One.
 8         Q.   And do you have a relationship with the
 9    child's mother?
10         A.   I mean, not directly, no.
11         Q.   Okay.  So it's a former girlfriend?
12         A.   Yes.
13         Q.   Okay.  And do you split custody with that
14    woman?
15         A.   We have a custody agreement.
16         Q.   You have a custody agreement.  And how
17    often is she -- does she spend time with the mother?
18         A.   Three times a month.
19         Q.   Three times a month.  And are you the
20    full-time custodian of the child?  Do you have full
21    custody?
22         A.   Yes.
23         Q.   And when your daughter spends time with
24    the mother, is it on the weekends or is it a full week
25    or...
```



6

```
 1              CHARLES DEMPSEY - BY MR. CAMPOLIETO
 2        A.    It's from Saturday to Sunday.
 3        Q.    Saturday to Sunday.  So weekends?
 4        A.    Yes.
 5        Q.    And where does that woman live?
 6        A.    Presently she lives in, I guess, that
 7   would be Henrietta -- Rush.
 8        Q.    Okay.  And you live at, as you said, 53
 9   Kosciusko Street?
10        A.    Yes.
11        Q.    Where did you -- what was your previous
12   address?
13        A.    117 Cedar Terrace in Hilton.
14        Q.    And when did you live at Cedar Terrace in
15   Hilton?
16        A.    2005.
17        Q.    And when did you move to 53 Kosciusko
18   Street?
19        A.    2007.
20        Q.    Okay.  And you've lived there since?
21        A.    Yes.
22        Q.    Do you own the house?
23        A.    Yes.
24        Q.    And do you own it in your name only?
25        A.    Yes.
```

```
 1              CHARLES DEMPSEY - BY MR. CAMPOLIETO
 2         Q.   And has it always been in your name only,
 3    since you've owned it?
 4         A.   Since I paid off the bank, yes.
 5         Q.   And when was that?
 6         A.   2 -- I don't recall the exact date that I
 7    paid off the bank.
 8         Q.   It was after 2007 though?
 9         A.   Yeah.   Yeah.
10         Q.   So you did have a mortgage on the
11    property?
12         A.   Yes.
13         Q.   Is the backyard fenced in on this
14    property?
15         A.   Yes.
16         Q.   Okay.   Is there any gaps in the fence that
17    you know of?
18         A.   No.
19         Q.   How long has it been fenced in without
20    gaps?
21         A.   As long as I've been there.
22         Q.   Okay.   And on October 19th, 2018, did you
23    have a dog?
24         A.   Yes.
25         Q.   And what was your dog's name?
```

```
 1              CHARLES DEMPSEY - BY MR. CAMPOLIETO
 2        A.    Tesla.
 3        Q.    Do you currently have a dog?
 4        A.    Yes.
 5        Q.    Okay.  And did you have a dog prior to
 6   Tesla?
 7        A.    No.
 8        Q.    Was Tesla your first dog that you -- the
 9   first dog that you owned?
10        A.    As an adult, yes.
11        Q.    As a child you had a dog with your
12   parents?
13        A.    Yes.
14        Q.    And where do your parents live?
15        A.    Cedar Terrace.
16        Q.    So in 2005 when you lived at 117 Cedar
17   Terrace, that was your parents' house?
18        A.    Yes.
19        Q.    Okay.  And I don't know if I asked this,
20   but you had mentioned that you have a daughter.  How
21   old is your daughter?
22        A.    She's 11.
23        Q.    Okay.  Where does she go to school?
24        A.    ROC Achieve.
25        Q.    And what is ROC A...
```