MONROE COUNTY CLERK'S OFFICE

ROCHESTER, NY

THIS IS NOT A BILL. THIS IS YOUR RECEIPT

Receipt #  407660

Index      DEEDS

Book 10910         Page     475

No. Pages :  3

Instrument DEED

Date    :  08/11/2010

Time    :  02:19:00PM

Control #  201008110704

TT #       TT0000000467

Ref 1 #

Employee :  AlanaM

Return To:
CHARLES DEMPSEY III
53 KOSCIUSKO STREET
ROCHESTER, NY 14621-

ROCHESTER RESIDENTIAL MANAGEMENT INC

DEMPSEY, CHARLES III

| | | |
|---|---|---|
| COUNTY FEE NUMBER PAGES | $ | 9.00 |
| COUNTY FEE RECORDING | $ | 8.00 |
| COUNTY FEE TP584 | $ | 5.00 |
| RP5217 COUNTY FEE | $ | 9.00 |
| RP5217 STATE EQUALIZATION FE | $ | 116.00 |
| STATE FEE CULTURAL EDUCATION | $ | 14.25 |
| STATE FEE RECORDS MANAGEMENT | $ | 4.75 |
| STATE FEE TRANSFER TAX | $ | 80.00 |

Total                    $    246.00

| | TRANSFER AMT |
|---|---|
| TRANSFER AMT | $20,000.00 |
| TRANSFER TAX | $80.00 |

State of New York
MONROE COUNTY CLERK'S OFFICE
WARNING - THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

CHERYL DINOLFO
MONROE COUNTY CLERK




2

RECORDED
2010 AUG 11 PM 2:19
MONROE COUNTY CLERK

# WARRANTY DEED

**THIS INDENTURE**, made the 3rd day of August, 2010.

**BETWEEN, ROCHESTER RESIDENTIAL MANAGEMENT, INC.** 129 Woodrow Avenue, Rochester, New York 14609

Grantor,

And

**CHARLES DEMPSEY III, residing at** 53 Kosciusko Street Rochester NY 14621

Grantee,

**WITNESSETH**, that the grantor in consideration of ONE ($1.00) DOLLAR, lawful money of the United States, and other good and valuable consideration paid by the grantee does hereby grant and release unto the grantee, its successors and assigns forever,

ALL THAT TRACT OR PARCEL OF LAND, situate in the City of Rochester, County of Monroe and State of New York, known as Lot No. 75 Block and Bauw's subdivision of part of Town Lot 45 as the same is laid down on a map thereof filed in Monroe County Clerk's Office in Liber 8 of Maps at page 13 and 19.

Said Lot No. 75 is situate on the south side of Kosciusko Street, is thirty (30) feet wide, front and rear and one hundred fifteen (115) feet deep.

Being the same premises deeded to the party of the first part by deed March 19, 2007 and recorded March 21, 2007 in Liber 10436 page 231

TAX ACCOUNT NUMBER: 091.73-1-21

PROPERTY ADDRESS: 53 Kosciusko Street, Rochester, New York
TAXMAILING: SAME

**TOGETHER**, with the appurtenances and all the estate and rights of the grantor in and to said premises.

**TO HAVE AND TO HOLD**, the premises herein granted unto the grantee, the heirs or successors and assigns forever. AND the grantor covenants as follows;

**FIRST.** – The grantee shall quietly enjoy the said premises;

**SECOND.** – The grantor will forever warrant the title to said premises;

This deed is subject to the trust provisions of Section 13 of the Lien Law. The words "grantor" and "grantee" shall be construed to read in the plural whenever the sense of this deed requires.

Please record & return to:
Mr. Charles Dempsey III
53 Kosciusko St.
Rochester, N.Y. 14621

**IN WITNESS WHEREOF**, the grantor has duly executed this deed the day and year first above written.

In Presence of :

ROCHESTER RESIDENTIAL MANAGEMENT, INC.

STATE OF NEW YORK )
COUNTY OF Monroe ) SS:

On the 3rd day of August, 2010 before me, the undersigned, a Notary Public in and for said State, personally appeared Anthony Belliard personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name (s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies) and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Susan M. Quinn
NOTARY PUBLIC
Notary Public, State of New York
Qualified in Monroe Co.
My Commission Expires 7/28/14

SUSAN M. QUINN
Notary Public, State of New York
No. 02QU5063519
Qualified in Monroe County
Commission Expires 7/28/14