# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 3

CR# **2018-00258635**

## DETAIL

| Field | Value |
|---|---|
| Incident Type | 10. Narcotics Offenses |
| Report Date | 10/19/2018 |
| Report Time | 17:04 |
| Date From | 10/19/2018 |
| Time From | 17:04 |
| Date To | 10/19/2018 |
| Time To | 17:04 |
| Incident Address | 54 Sobieski ST lot |
| Beat | 227 |
| Campus Code | |
| Violent Crime Context | |
| BWC | Yes |

## OFFENSES

- Statute - **PL 221.05** V0
- Attempt/Commit - **Completed**
- Counts - **1**
- Description - **Unlawful Possession of Marihuana**
- Location: **Yard-43**
- Weapon:
- Larceny Type:
- Aggravated Assault Circumstances:
- Gang Related: **No**
- Computer: **No**
- Bias Type: **No Bias-Not Applicable-77**
- Entry Point:
- Method of Entry:
- # of Premises Entered:

## VICTIM

- Victim Type: **Society Public-S**
- Victim Name: **City of Rochester**
- Address: **185 Exchange BLVD**
- City, State, Zip: **Rochester, NY 14614**
- Telephone: **(585)428-1110**
- Residence Status: **Not Applicable**
- Level of Injury: **Business - NA**
- Type of Injury: **Business - NA**
- Medical Treatment: **Business - NA**

## PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | ███ | ███ | M | B | N | ███ | ███ |

## SUSPECT / MISSING PER

- Type - **Arrestee**
- Suspect Name: ███
- Nickname:
- Address: ███
- Date of Birth: ███
- Age: **36**
- Sex: **M**
- Race: **B**
- Ethnicity: **N**
- MoRIS / JCR #: ███
- Height: **6' 4**
- Weight: **215**
- Hair Color: **Black**
- Hair Length:
- Eye Color: **Brown**
- Glasses:
- Complexion: **Medium**
- Build: **Thin**
- Facial Hair: **Goatee**
- Gang Affiliation: **No**
- Offender Condition: **Apparently Normal**

## INVESTIGATION

Modus Operandi

- 01. Witness to the offense?
- 02. Surveillance footage of event?
- 03. Can a suspect be named?
- 04. Can a suspect be located?
- 05. Can a suspect be described?
- 06. Can a suspect be identified?
- 07. Can a suspect vehicle be identified?
- 08. Is stolen property traceable?
- 09. Is there significant Modus Operandi present?
- 10. Is there significant physical evidence present? **X**
- 11. Has evidence tech work been performed?
- 12. Preliminary investigation NOT completed?

- Case Status: **Cleared by Arrest - Adult**
- Exceptional Clearance:
- Assigned Bureau: **Patrol - Clinton**
- Review Box: **Clinton 3rd**
- Reporting Officer: **HOROWITZ   JASON**
- IBM #: **2559**
- Date: **10/19/2018**
- Reviewed By: **RUDOLPH, JASON W  10/19/2018**

Incident Report, Page 1 OF 3

## ADD'L OFFENSE

- Statute -
- Attempt/Commit -
- Counts -
- Description -
- Location
- Weapon
- Larceny Type
- Aggravated Assault Circumstances
- Gang Related
- Computer
- Bias Type
- Entry Point
- Method of Entry
- # of Premises Entered

## VICTIM #2

- Victim Type
- Victim Name (Last, First, Middle)
- Address
- Date of Birth
- Age
- Sex
- Race
- Ethnicity
- Residence Status
- City, State, Zip
- Victim/Offender Relationship (Offender Name, DOB, Relationship)
- Telephone
- Level of Injury
- Type of Injury
- Medical Treatment

## PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

- Type -
- Suspect Name (Last, First, Middle)
- Nickname
- Address
- Date of Birth
- Age
- Sex
- Race
- Ethnicity
- MoRIS / JCR #
- Height, Weight, Hair Color, Hair Length, Eye Color, Glasses, Complexion, Build, Facial Hair, Gang Affiliation
- Clothing, Jewelry, Distinguishing Features
- Offender Condition
- Scars, Marks, Tattoos

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | BWC Video | | |

Item Type and Description: **Video Recorded by IBM: 2559**  Color:

| Quantity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | Drug or Narcotic | | |

Item Type and Description: **7 red plastic bags of marijuana**  Color: **Green**

| Quantity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 7 | Item(s) | Estimate | Marijuana |

## FIREARM

- Firearm Property Code
- Firearm Value
- Make
- Model
- Finish
- Caliber
- Capacity
- Type
- Action
- Serial Number
- Description
- Recovery Date

## VEHICLE

- Vehicle Status
- Year
- Make
- Model
- Style
- Color
- State
- Plate Number
- VIN #
- Recovery Date
- Additional Description

---

Reporting Officer: **HOROWITZ, JASON**   IBM #: **2559**   Date: **10/19/2018**   Reviewed By: **RUDOLPH, JASON W 10/19/2018**

**NARRATIVE**

**On the above date and time, I was responding for the report of drug activity at 61 Kosciusko St. I was at 54 Sobieski St with Officer Gorman when Officer Disabatino and Officer Algarin drove up to 61 Kosciusko St. Two black males, later identified as ▮▮▮▮-PK1 and ▮▮▮▮-A, fled on foot South toward Sobieski St. I saw A hop a fence into the vacant lot (54 Sobieski St) and drop a black bag and walk towards me. I ordered A to stop and get down on the ground, he cooperated. I placed hand cuffs on A, searched and brought him to my vehicle. I located the black bag, A dropped, which contained 7 red plastic bags containing a green leafy substance. Officer Gorman detained PK. Both were checked with city records, negative 10-29 check.**

**Officer Kasmore completed a duguenois-levine reagent on the green leafy substance for the presence of marijuana. Results were positive for marijuana.**

**A was issued an appearance ticket (213195) for UPM to appear in court on 10/31/2018 at 0930 hours.**

**PK and A were released.**

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| HOROWITZ  JASON | 2559 | 10/19/2018 | RUDOLPH, JASON W 10/19/2018 |