00883_81677220181019170748_0018.MP4
02:19
-03:28
00883_816772
2018/10/19 17:09:37

