# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**Page 1 of 3**

**CR#** 2018-00258730

### DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 10/19/2018 | 17:11 | 10/19/2018 | 17:11 | 10/19/2018 | 17:11 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 53 Kosciusko ST | 227 | |

**Violent Crime Context:** 
**BWC:** Yes

### OFFENSES

Statute - 
Attempt/Commit - 
Counts - 
Description - 
Location 
Weapon 
Larceny Type 
Aggravated Assault Circumstances 
Gang Related 
Computer 
Bias Type 
Entry Point 
Method of Entry 
# of Premises Entered

Statute - 
Attempt/Commit - 
Counts - 
Description - 
Location 
Weapon 
Larceny Type 
Aggravated Assault Circumstances 
Gang Related 
Computer 
Bias Type 
Entry Point 
Method of Entry 
# of Premises Entered

### VICTIM

Victim Type 
Victim Name (Last, First, Middle) 
Address 
Date of Birth 
Age 
Sex 
Race 
Ethnicity 
Residence Status 
City, State, Zip 
Victim/Offender Relationship (Offender Name, DOB, Relationship) 
Telephone 
Level of Injury 
Type of Injury 
Medical Treatment

### PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | ███ | ███ | M | W | N | ███ | ███ |
| PK | ███ | ███ | F | B | N | ███ | ███ |
| PK | ███ | ███ | F | W | N | ███ | ███ |

### MISSING PER / SUSPECT

Type - 
Suspect Name (Last, First, Middle) 
Nickname 
Address 
Date of Birth 
Age 
Sex 
Race 
Ethnicity 
MoRIS / JCR # 
Height 
Weight 
Hair Color 
Hair Length 
Eye Color 
Glasses 
Complexion 
Build 
Facial Hair 
Gang Affiliation 
Clothing, Jewelry, Distinguishing Features 
Offender Condition 
Scars, Marks, Tattoos 
Mothers Maiden Name 
Place of Birth 
School Name / ID #

### INVESTIGATION

Modus Operandi

- 01. Witness to the offense?
- 02. Surveillance footage of event?
- 03. Can a suspect be named?
- 04. Can a suspect be located?
- 05. Can a suspect be described?
- 06. Can a suspect be identified?
- 07. Can a suspect vehicle be identified?
- 08. Is stolen property traceable?
- 09. Is there significant Modus Operandi present?
- 10. Is there significant physical evidence present?
- 11. Has evidence tech work been performed?
- 12. Preliminary investigation NOT completed?

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Clinton | Genesee 3rd |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| RUDOLPH JASON | 2086 | 10/19/2018 | |

Incident Report Page 1 OF 3

## ADD'TL OFFENSE #2

| Field | Value |
|---|---|
| Statute | |
| Attempt/Commit | |
| Counts | |
| Description | |
| Location | |
| Weapon | |
| Larceny Type | |
| Aggravated Assault Circumstances | |
| Gang Related | |
| Computer | |
| Bias Type | |
| Entry Point | |
| Method of Entry | |
| # of Premises Entered | |

## VICTIM #2

| Field | Value |
|---|---|
| Victim Type | |
| Victim Name (Last, First, Middle) | |
| Address | |
| Date of Birth | |
| Age | |
| Sex | |
| Race | |
| Ethnicity | |
| Residence Status | |
| City, State, Zip | |
| Victim/Offender Relationship (Offender Name, DOB, Relationship) | |
| Telephone | |
| Level of Injury | |
| Type of Injury | |
| Medical Treatment | |

## PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Field | Value |
|---|---|
| Type | |
| Suspect Name (Last, First, Middle) | |
| Nickname | |
| Address | |
| Date of Birth | |
| Age | |
| Sex | |
| Race | |
| Ethnicity | |
| MoRIS / JCR # | |
| Height | |
| Weight | |
| Hair Color | |
| Hair Length | |
| Eye Color | |
| Glasses | |
| Complexion | |
| Build | |
| Facial Hair | |
| Gang Affiliation | |
| Clothing, Jewelry, Distinguishing Features | |
| Offender Condition | |
| Scars, Marks, Tattoos | |

## PROPERTY

| Field | Value |
|---|---|
| Property Code | Seized Evidence |
| Property Type | BWC Video |
| Property Value | |
| Serial Number | |
| Item Type and Description | Video Recorded by IBM: 2725 |
| Color | |
| Quantity | 1 |
| Unit of Measure | Item(s) |
| Measurement Source | |
| Drug Type | |

| Field | Value |
|---|---|
| Property Code | |
| Property Type | |
| Property Value | |
| Serial Number | |
| Item Type and Description | |
| Color | |
| Quantity | |
| Unit of Measure | |
| Measurement Source | |
| Drug Type | |

## FIREARM

| Field | Value |
|---|---|
| Firearm Property Code | |
| Firearm Value | |
| Make | |
| Model | |
| Finish | |
| Caliber | |
| Capacity | |
| Type | |
| Action | |
| Serial Number | |
| Description | |
| Recovery Date | |

## VEHICLE

| Field | Value |
|---|---|
| Vehicle Status | |
| Year | |
| Make | |
| Model | |
| Style | |
| Color | |
| State | |
| Plate Number | |
| VIN # | |
| Recovery Date | |
| Additional Description | |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| RUDOLPH JASON | 2086 | 10/19/2018 | |

**NARRATIVE**

Clinton Section officers responded to the area of 61 Kosciusko St for the report of VICE activity (CR# 18-258635). This area was well known by officers for drug sales and the possibility of weapons. Upon arrival, several individuals immediately ran south from the area of 61 Kosciusko St. Some went south through the backyards of 57 and 53 Kosciusko St. Two males were detained and officers began to back track the route of the males for contraband. Officer J. Algarin checked the backyard of 53 Kosciusko St. While doing so, (PK1) ▓▓▓▓▓▓▓ opened the back door of the location and his black lab immediately ran from the door and in the direction of Ofc. Algarin who, at the time, was giving commands to (PK) to stop the dog. As the dog approached Ofc. Algarin, it appeared to be aggressive while barking. He drew his RPD issued Glock 21 and fired two rounds at the dog. The dog was struck at least one time then immediately ran away to another corner of the yard.

It was determined that Ofc. Algarin fired at a downward angle when the dog was no more than 2-3 feet away from him. The backdrop in which Ofc. Algarin was pointing was towards the ground. Officers thoroughly checked the location and did not observe any strikes to the house. (PK1) immediately ran to his dog and laid overtop of it. Officers spoke with (PK1) who was irate and advised him to bring his dog to the veterinary emergency services. At that time he did not want to get up with his dog. Officers contacted animal services to respond to the location. Once animal services arrived, they spoke with (PK1) who then decided to transport his dog to Veterinary Services and Emergency at 825 White Spruce Dr. Animal Services assisted (PK1) with getting his dog into the car. I later called (PK1) to give him further information and the report number.

I reviewed Ofc Algarin's BWC footage of the incident. It confirmed he fired two rounds at a downward angle, striking the dog. Both casings were located in the immediate area. I also followed up with veterinary Services who stated the dog had two separate gun shot wounds, one to the ear and one to the chest cavity.

Technician 230 - Sands responded to the scene for tech work and collected the casings. A neighborhood check was completed with nothing more than two shots being heard from the incident. No witnesses. 49, 37, 38 Kosciusko St had no answer. The weather conditions were cloudy with normal daylight. I issued Ofc Algarin two replacement rounds.

- Ofc. J. Algarin #2725 was on duty assigned to car 227C
- Ofc. J. Algarin fired his duty Glock 21 S/N:TPB500 with a 14 round capacity
- Ammunition used: Federal HST - 230 Grain (2 rounds fired)
- Department issued Safari Land Holster

SDO Lt. Person was notified. PSS notify to T/Lt. Tordai.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| RUDOLPH | JASON | 2086 | 10/19/2018 | |