Rochester Democrat and Chronicle

Democrat and Chronicle (Rochester, New York) · Sun, Jun 14, 2009 · Page 1

https://democratandchronicle.newspapers.com/image/136418467

Downloaded on Oct 28, 2019

## WATCHDOG REPORT
### WHEN POLICE FIRE THEIR WEAPONS

# Shooting dogs on city streets

## RPD fired 217 times at 87 often vicious dogs in last 5 years

### Findings

- When Rochester police fire their guns, they're aiming at dogs two-thirds of the time.
- Half of all dog shootings involve a single shot.
- Four out of five dogs shot at are pit bulls.

**DAVID ANDREATTA**
STAFF WRITER

An enraged pit bull charges a Rochester police officer struggling to corral him into a patrol car. The officer fires his Beretta 16 times, emptying the gun, hitting the dog with at least six shots and lodging a bullet in a nearby house.

The scenario is among dozens of dog shootings described in vivid detail in weapons discharge reports filed by Rochester police officers, who more often than not are aiming at canines when they fire their guns.

Police have shot at 87 dogs, killing 35 and injuring 33, in the line of duty over the last five years, according to a review of police reports from 2004 to April 2009 obtained by the *Democrat and Chronicle* under the Free-dom of Information law. Some of the injured were later euthanized.

Over the same period, police fired at nine people and used their guns to kill 36 deer, all of them injured before police were summoned. Guns discharged accidentally three times.

All of the dog shootings were

**DOGS, PAGE 12A**

Copyright © 2019 Newspapers.com. All Rights Reserved.



Rochester Democrat and Chronicle

Democrat and Chronicle (Rochester, New York) · Sun, Jun 14, 2009 · Page 11

https://democratandchronicle.newspapers.com/image/136418497

Downloaded on Oct 28, 2019



Copyright © 2019 Newspapers.com. All Rights Reserved.



DEMPSEY 1530