2013-1221

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2013-00339297**

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | **11/27/2013** | **09:16** | **11/27/2013** | **09:16** | **11/27/2013** | **09:16** |

| Incident Address | PSA | Campus Code |
|---|---|---|
| **152 Avenue B AVE** | **23** | |

Violent Crime Context

## OFFENSES

Statute - Attempt/Commit - Counts -

Description -

Location — Reason

Larceny Type — Aggravated Assault Circumstances — Gang Related — Computer

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

Statute - Attempt/Commit - Counts -

Description -

Location — Weapon

Larceny Type — Aggravated Assault Circumstances — Gang Related — Computer

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| **Individual-I** | **Coe, Michael** |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| ███████ | ██████ | | **M** | **B** | **N** | **Resident** |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| **Rochester, NY 14621** | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| ███████ | **Physical Injury** | **Apparent Minor Injury** | **Treated and Released** |

## PERSONS

R = Reporting Person  W = Witness  PK = Person w/Knowledge  NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **East - Patrol** | **PDE 2nd** |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| **VENOSA** **GUSTAVO** | **1079** | **11/28/2013** | | **DEMPSEY 1369** |

Incident Report, Page 1 of 2

**NARRATIVE**

At above date/time, Officers responded to Ave B/Harris for a man who had been attacked and injured by a loose Rottweiler. The caller stated to the operator that the man was now on the roof of a car as the dog continued to growl at the victim. On scene were the following on duty officers in full uniform: Paul Dondorfer #1633 and Chris Renz #1081.

The dog was in front of 152 Ave B as AC Huertas was going to attempt to restrain it. With Officer Dondorfer providing cover, both he and Officer Huertas moved towards the dog. Officer Renz was triangulating from approximately 20 ft. away. At this point, the dog growled showing his teeth and charged towards Officer Dondorfer. He discharged his duty sidearm at a downward angle striking the dog when it was approximately 7 ft. away. Officer Huertas removed the dead dog and attempted to locate the owner of the dog with negative results.

Officer Dondorfer used his departmental Glock 21 #UBS773 loaded with Federal Premium Law Enforcement ammunition - .45 cal. 230 gr. HST

Technician Trewer (6832) responded and processed the scene .

Weather: cloudy 32 degrees

Victim deposed: Michael Coe █████████

Dog owner:  unknown

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| VENOSA | GUSTAVO | 1079 | 11/28/2013 | |

DEMPSEY 1370

09:20 Onscene

#CTYP1404 1/ANMLA  RP3 /RP23/1200 (PF)
AVENUE B/HARRIS ST ,ROC
 <100,000>
P1:CELL,P2:5853172166,N:JACKIE LYOLD,
A:49 SAINT BRIDGES DR ,RO

/0945 CHGLOC 2312 [RGH]
/0935 CROSS #CTYF133311443
/0932 CROSS #CTYP133311437
/0929 OK 2712
/0929 OK 2732
/0929 OK 2312
/0927 MISC 2312 ,SUPV NTFYD DOG SHOT
/0924 ONSCNE 2732
/0924 ONSCNE 2712
/0924 ASST 2732 [AVENUE B/HARRIS ST ,ROC]  #811748 ROMEO, NICKOLAS
/0924 ASST 2712 [AVENUE B/HARRIS ST ,ROC]  #811599 LUCIANO, THOMAS
/0922 ASST 2232 [AVENUE B/HARRIS ST ,ROC]  #811079 VENOSA, GUSTAVO
/0921 NEWLOC 2332 [152 AVENUE B]
/0920 ONSCNE 2332
/0920 ONSCNE 2312
/0919 CROSS #CTYP133311402
/0919 SUPP TXT: MALE ON TOP OF BLK CAR- WAS BIT BY ROTWEILLIER-
/0918 ASST 2312  #811081 RENZ, CHRISTOPHER
/0918 ASNCAS 2332 $CTYP13339297
/0918 DISP 2332 #811633 DONDORFER, PAUL E
/0918 CROSS #CTYP133311402
/0918 REBID LAT: +043.172697 LONG: -077.616112 CONF: 000
/0918 SUPP TXT: MALE IS ON TOP OF BLK CAR- COMPL HUNG UP- UNCORP- CALLER IS NEIG
HBOR
/0917 CONTRL GRP: E1P  --> RP3
/0916 ENTRY MALE BITE BY DOG- ROTWEILLER- MALE IS ON TOP OF CAR- DOG IS STILL OU
T THE RE ARM INJ

2013-1285
Case 6:19-cv-0[...]-FAW/MK POLICE DEPARTMENT 09/09/24 Page 4 of 162
ROCHESTER POLICE DEPARTMENT
CR#
2013-00365546
Page 1 of 2
INCIDENT REPORT

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | | **12/29/2013** | **10:46** | **12/29/2013** | **10:46** | **12/29/2013** | **10:56** |

| Incident Address | | PSA | Campus Code |
|---|---|---|---|
| **226 Dr Samuel McCree WAY** | | **49** | |
| Violent Crime Context | | | |

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Victim Type | Victim Name (Last, First Middle) | | | | | |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City State Zip | Victim/Offender Relationship (Offender Name, DOB Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed**

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| W | Williams, Michael | | M | | | | |
| W | Collins, Chrysthella | | | | | Rochester, NY | |

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing Jewelry Distinguishing Features | Offender Condition | Scars Marks Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

| Modus Operandi |
|---|

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | | **PDW 2nd** |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **AWLEY** | **STEPHEN** | **1310** | **12/29/2013** | | DEMPSEY 1372 |

On the above date and time, Officer C. Burgstrom (#1608) and Officer B. Phillips (#1207) responded to 226 Dr. Samuel McCree Way for the report of a violent domestic situation. Upon arrival, Officer Burgstrom did observe Stevonne Jones (DOB ▇▇▇▇▇) striking and punching a female, Collins (W2) while (W2) was on the ground at 226 Dr. Samuel McCree Way. Jones also had what appeared to be a knife in his hand, and did not cease his actions when Officer Burgstrom indentified himself as the police and commanded him to drop his knife.

Officer Phillips arrived on scene a short while later, and as Officer Burgstrom challanged Jones, a large pitbull ran unleased past Jones and (W2). The dog was acting very aggressive and charged Officer Phillips as he attempted to assist Officer Burgstom and (W2); (W2) appeared to be suffering injury by Jones' actions. The dog continued to charge Officer Phillips in a very aggressive manner, Officer Phillips did discharge two rounds from his service pistol when the dog jumped on his leg and it seemed imminent that he would be bit. The rounds were fired downward toward the ground as the aggessive dog was contacting Officer Phillips when he shot it. Both rounds entered the dog, the dog succumbed immediately.

(W2) did own the dog and did provide a deposition. Williams (W1) also gave a deposition. Special Services responded to dispose of the animal's carcass. Technician E. Ferguson (6852) responded and photographed the scene and ciollected the two casings.

Rounds fired were two rounds of .45 caliber 230 grain Fedreal ammunition. Weather was cold and cloudy during the incident.

Jones was arrested for domestic assault and menacing and transported to jail (CR 13-365546)

PSS was notified of incident.

Service weapon is a Glock 21 .45 caliber semi auto pistol, serial number UBS764. the magazine holds 13 rounds, it was confirmed that Officer Phillips discharged two rounds. Two replacement rounds were given to Officer Phillips by Sgt. Waldo.

| porting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| AWLEY | STEPHEN | 1310 | 12/29/2013 | |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| **19. Family Offenses** | | 12/29/2013 | 10:46 | 12/29/2013 | 10:46 | 12/29/2013 | 10:46 |

| Incident Address | | | | PSA | Campus Code |
|---|---|---|---|---|---|
| **226 DR SAMUEL MCCREE WAY** | | | | 49 | |

Violent Crime Context

---

Statute - **PL 120.14 01 AM2**    Attempt/Commit - **Completed**    Counts - **1**

Description - **Menacing 2nd: Weapon**

| Location | Weapon |
|---|---|
| **Single Family Home-01** | **Knife-Cutting Instrument-11** |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | **Argument** | **No** | **No** |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| **No Bias-Not Applicable-77** | | | |

Statute - **PL 120.00 01 AM3**    Attempt/Commit - **Completed**    Counts - **1**

Description - **Assault 3rd: With Intent To Cause Physical Injury**

| Location | Weapon |
|---|---|
| **Single Family Home-01** | **Punch, Kick, Slap, Etc.-14** |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | **Argument** | **No** | **No** |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| **No Bias-Not Applicable-77** | | | |

---

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| **Individual-I** | **COLLINS, CHRYSCHELLE** |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| **226 DR SAMUEL MCCREE WAY** | **05/13/1991** | **22** | **F** | **B** | **N** | **Resident** |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| **Rochester, NY** | **Jones, Stevonne J 10/9/1991 Boyfriend or Girlfriend-22** |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| **(585)503-2356** | **Physical Injury** | **Apparent Minor Injury** | **Hospitalized** |

---

**R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed**

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

---

| Type - **S** | Suspect Name (Last, First, Middle) | | | | | | Nickname |
|---|---|---|---|---|---|---|---|
| **Arrestee** | **Jones, Stevonne, J** | | | | | | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|
| **226 DR SAMUEL MCCREE WAY** **ROCHESTER, NY 14611** | **10/9/1991** | **22** | **M** | **B** | **N** | **324345** |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| **5' 9** | **190** | **Black** | **Short** | **Brown** | | **Dark** | **Medium** | | |

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars Marks Tattoos |
|---|---|---|
| **NO SHIRT, BLUE JEANS** | **Apparently Normal** | |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|
| | | |

---

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Cleared by Arrest - Adult** | | **West - Patrol** | **PDW 2nd** |

| porting Officer | | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|---|
| **URGSTROM** | **CHRISTOPHER** | | **1608** | **12/29/2013** | | DEMPSEY 1374 |

**INCIDENT REPORT**

(RO) RESPONDED TO ABOVE LOCATION FOR REPORT OF A POSSIBLE DOMESTIC, FEMALE YELLING INTO PHONE TO "GET OFF ME". UPON ARRIVAL, (RO) EXITED VEHICLE AND COULD HEAR A FEMALE VOICE FROM REAR OF LOCATION YELLING "STOP, GET OFF ME". (RO) WENT AROUND LOCATION AND OBSERVED A FEMALE (V) LAYING ON HER BACK HOLDING ONTO A KNIFE, AND A MALE (A) STANDING ABOVE HER ALSO HOLDING THE KNIFE. A GREY PITBULL WAS RUNNING IN CIRCLES AROUND THE TWO, BARKING AND JUMPING. (RO) ORDERED BOTH TO SEPERATE, NEITHER RESPONDED. THE FEMALE GAINED CONTROL OF THE KNIFE AND ROLLED ONTO HER STOMACH HOLDING THE KNIFE UNDERNEATH HER. THE MALE BEGAN STRIKING THE FEMALE IN THE HEAD AND BACK REPEATEDLY. (RO) ATTEMPTED TO GO OVER FENCE, BUT DOG CHARGED (RO) PREVENTING ACCESS TO YARD. (RO) ORDERED (A) OFF (V), (A) CONTINUED TO STRIKE (V). AS (RO) BEGAN TO REMOVE TASER FROM BELT, (A) SAW THIS, TURNED AND RAN INTO DOORWAY OF LOCATION, BEYOND REACH OF TASER STILL YELLING OUTSIDE. FEMALE REMAINED ON GROUND CRYING.  OFFICER PHILLIPS ARRIVED ON WEST SIDE OF YARD, (RO) RADIOED TO OFFICER PHILLIPS TO SHUT GATE ON FENCE ALONG WEST SIDE OF FENCE TO CONTAIN DOG, AS DOG WAS STILL ACTING AGGRESSIVELY. DOG CHARGED OFFICER PHILLIPS AS HE ATTEMPTED TO DO THIS, ALMOST BITING HIM.

LOCATION WAS SECURED AND (A) SURRENDERED AND EXITED HOUSE. (V) STATED HER BOYFRIEND (A) WAS UPSET AFTER LOOKING THROUGH HER PHONE AND FINDING TEXT MESSAGES FROM (V)'S COUSIN TO (V) HE BELIEVED WAS ANOTHER MAN. (V) STATES (A) GRABBED A KNIFE AND BEGAN BEATING HER AND KICKING HER INSIDE LOCATION. (V) CALLED 911 AND RAN FROM LOCATION WITH KNIFE IN HAND, (A) FOLLOWED AND ATTEMPTED TO GRAB KNIFE BACK FROM HER. (V) STATED SHE ROLLED ONTO KNIFE TO HOLD IT SO (A) WOULD NOT GRAB IT FROM HER.

(A) TRANSPORTED TO BOOKING. (V) TRANSPORTED TO STRONG HOSPITAL FOR MINOR INJURIES. TECHNICIAN RESPONDED AND PHOTOGRAPHED DOG, KNIFE AND SCENE.

CLOSED BY ARREST.

| porting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| URGSTROM | CHRISTOPHER | 1608 | 12/29/2013 | |

## ROCHESTER POLICE DEPARTMENT
### INCIDENT REPORT

Page 1 of 3

2013-00344072

**DETAIL**

| | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| Incident Type | | 12/03/2013 | 11:26 | 12/03/2013 | 11:26 | 12/03/2013 | 11:26 |
| IR- Non-Criminal Incident | | | | | | | |

Incident Address: **18 Gladstone ST**  PSA: 49  Campus Code

Violent Crime Context

**OFFENSES**

Statute  Attempt/Commit -  Counts -

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | | Gang Related | Computer |
|---|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

Statute  Attempt/Commit -  Counts -

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | | Gang Related | Computer |
|---|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Sanders, Chicquanda | | F | B | N | 18 Gladstone ST Rochester, NY | |
| PK | Davis, Kendrick | | M | B | N | | |
| PK | Taylor, Darrell | | M | B | N | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| | |
|---|---|
| 09. Is there significant Modus Operandi present? | |
| 10. Is there significant physical evidence present? | |
| 11. Has evidence tech work been perfomed? | |
| 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | SIS | SIS |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| LEE | MARK | 789 | 01/14/2014 | LEE, MARK S. | DEMPSEY 1376 |

**ADDT'L OFFENSE**

| | |
|---|---|
| Statute - | Attempt/Commit - | Counts - |

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name  (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person          W = Witness          PK = Person w/Knowledge          NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | | | M | W | N | | |
| PK | Crispino, Joe | | | | | | |

**SUSPECT #2**

| Type - | Suspect Name  (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Recovered | Ammunition | $0 | |

| Item Type and Description | Color |
|---|---|
| 2 Spent Shotgun Shells | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 2 | Item(s) | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Case 6:21-cv-06780-EAW-MWP   Document 98-27   Filed 09/09/24   Page 10 of 162

CR # 2013-00344072

**Incident Type - Discharge Firearm at Dog**

**Firearm Information -** Remington 870 Pump Action 12 gauge Shotgun, Police Magnum, Serial # AB073114M, Color Black, Issued Duty Sling, Capacity 5 Rounds, Issued 12 gauge Tactical Buck Shot Ammunition.

Related CR# 13-344061

While executing a search warrant at 18 Gladstone Street for MCU, Inv. ███████ discharged his Remington 870 pump action shotgun at an attacking Pitt Bull named "Dutches".

While at the location, Inv. █████ was attempting to clear the kitchen and the basement area of the house when the Pit Bull ran towards myself and Inv. █████ in an attacking manner. This caused █████ to discharge (2) rounds at the attacking dog from his issued shotgun.

The (2) rounds were discharged directly towards the ground and the Pitt Bull. The backstop was clear of persons and property of value. Nobody was placed in danger because the incident and the (2) rounds that were fired struck the Pitt Bull in the head and neck area. The animal was killed and the attack was stopped. There wasn't any other property damage as the result of the discharge.

Special Services responded and took control of the dog at 1211 hours. (Joe Crispino - ███████)

The dog is a 3 year old Pitt Bull named Dutches. She is approximately 50 lbs and is gray and brown in color.

The owner of the dog is Chicquanda Sanders   DOB █████   Phone: █████

Neighborhood check was conducted with negative results.

Inv. █████ took photos and collected the spent shotgun shells.

Police command was immediately notified of the incident.

**NARRATIVE**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LEE | MARK | 789 | 01/14/2014 | LEE, MARK S. |

DEMPSEY 1378

Incident Report  Page 3 OF 3

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | | 01/22/2014 | 00:39 | 01/22/2014 | 00:39 | 01/22/2014 | 00:39 |

| Incident Address | | | | PSA | Campus Code | | |
|---|---|---|---|---|---|---|---|
| **140 High ST** | | | | **28** | | | |

Violent Crime Context

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Victim Type | Victim Name (Last, First Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed**

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| W | GULLA, N, PO OFFICER | | M | W | U | | |
| NO | JOHNSON, RAMONITA | | F | W | H | | |
| PK | Lucci, Ricardo | | M | W | H | 140 High ST Rochester, NY | |

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry Distinguishing Features | Offender Conditon | Scars Marks Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**Modus Operandi**

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **East - Patrol** | **PDE 1st** |

| porting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **ROCHU** | **DANIEL** | **1528** | **01/22/2014** | **BROCHU, DANIEL J** |

DEMPSEY 1379

Incident Report  Page 1 OF 3

1. Nature of incident: Officers responded to a 140 High St for a 911 call of a check the welfare of a male who took some horse tranquilizers. Caller said she called him but was unable to reach him.

2. Lighting: Dark and street lights against a white snow covered background.

3. Duty Status: On duty

4. Circumstances: Officer Gulla attempted to make contact with the male at 140 High Street.

   Officer Gulla proceeded to side door because the front door appeared to be secured with some type of cord. As Officer Gulla makes his way past the front porch, the rear door opened and a male stuck his head out looking at Officer Gulla (who was wearing an issued Rochester Police Uniform). The dog ran out of the open door charging towards Officer Gulla. As the dog ran towards Officer Gulla it was growling and barking. Officer Gulla attempted to retreat away from the dog and noticed the male was still in the doorway. Officer Gulla made his way out into the snow covered lawn and began to lose his footing slipping and falling backwards. Officer Gulla drew his issued duty weapon firing two rounds in the direction of the dog at a downward angle.

   I spoke to NO Johnson who told me the dog was struck in the tail and that she did not want any assistance with veterinary care. She advised the dog's injury was minor and she would handle it herself. She refused to allow Officers and Technician Smith access to the dog for photographs. PK Lucci is believed to be the male that the caller was calling about. PK Lucci refused to speak to me or any other officer on scene. I did hear him and NO interacting verbally from outside.

   Tech Smith was able to recover one spent casing and took photographs of the location but not the dog. Officer Wicher checked the adjoining houses with negative contacts. He did not see any damage as a result of Officer Gulla firing his weapon.

   I issued Officer Gulla two replacement rounds.

   Lt Fridley and 1009 notified.

5. Number of rounds fired: 2

6. Description of firearm:

   a. Authorized duty weapon

   b. Semi Automatic

   c. Glock Model 21 .45 cal S/N UBS621

| porting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| ROCHU | DANIEL | 1528 | 01/22/2014 | BROCHU, DANIEL J. |

INCIDENT REPORT

    d. Round capacity 14 (13 in the magazine 1 in the chamber)

    e. Ammo used duty issued Federal HST 230 Grain

    f. Holster department issued Safariland SLS

    g. N/A

7. N/A

8. (NO) Johnson refused to provide any other information, (PK) Lucci refused to speak to me.

9. Officer Gulla

    a. Officer Gulla fired two rounds downward striking the dog with one round in the tail with the ground as the back stop.

| porting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| ROCHU | DANIEL | 1528 | 01/22/2014 | BROCHU, DANIEL J. | |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

| Incident Type | | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | | | 03/17/2014 | 14:08 | 03/17/2014 | 14:08 | 03/17/2014 | 14:29 |

| Incident Address | PSA | Campus Code |
|---|---|---|
| **227 Denver ST** | 26 | |

Violent Crime Context

| Statute - | Attempt/Commit - | Counts - | | |
|---|---|---|---|---|
| Description - | | | | |
| Location | | | Weapon | |
| Larceny Type | | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | | # of Premises Entered |

| Statute - | Attempt/Commit - | Counts - | | |
|---|---|---|---|---|
| Description - | | | | |
| Location | | | Weapon | |
| Larceny Type | | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | | # of Premises Entered |

| Victim Type | Victim Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status | |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | | |
| Telephone | Level of Injury | Type of Injury | | Medical Treatment | | | | |

**R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed**

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| RP | JONES, Richard | | M | B | | | |
| PK | DAVIS, KENNETH, E | | M | | | 227 DENVER ST Rochester, NY 14609 | |
| PK | Aguilar-Figuroa, Ricardo | | M | W | H | | |

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname | | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | Offender Condition | | Scars, Marks, Tattoos | |
| Mothers Maiden Name | | Place of Birth | | School Name / ID # | |

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| |
|---|
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been perfomed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | | **PDE 2nd** |

| porting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **AIRD** | **JASON** | **2029** | **03/18/2014** | | **DEMPSEY 1382** |

Case 6:20-cv-06780-EAW-MWP Document 98-27 Filed 09/09/24 Page 15 of 162

On 3/17/14 at approximately 1408 hours Ofc. P. Woodworth was dispatched to the area of 244 Denver St. for the report of loose, aggressive pitbull. (RP) Jones called 911 to report this incident. Ofc. Woodworth arrived onscene and located the animal in the driveway of 227 Denver St. Ofc. Woodworth attempted to keep the animal contained, and requested over the primary radio channel to have Animal Control expedite to his location to control the dog. At approximately 1429 hrs. Ofc. Woodworth called out that he had fired shots at the animal. At that time I responded to the scene and a requested a technician.

Upon my arrival I spoke with Ofc. Woodworth, who relayed to me that he had fired 2 rounds at the dog when the dog became aggressive and began to charge him. The dog was not struck by the rounds, and upon my arrival Animal Control had taken control of the dog and was speaking with the dog's owner (PK) Aguilar-Figuroa. Ofc. Woodworth directed me to the approximate location where he was standing when he fired at the dog. Ofc. Woodworth was standing in the street in front of the driveway of 227 Denver St., facing up the driveway to the west. The dog had charged at him down the driveway eastbound when Ofc. Woodworth fired. The dog then turned and ran northbound on Denver St.

I observed 2 expended pistol cartridge casings in the street in the area where Ofc. Woodworth stated he was standing when he fired. Ofc. Woodworth, Ofc. P. Curtis, and I conducted an extensive search of the driveway area, vehicle parked in the driveway, and the buildings in the immediate area to attempt to locate where the rounds may have struck. Based on Ofc. Woodworth's explanation of the incident it appears the rounds were fired in a downward trajectory at the dog with the ground acting as a reasonably safe backdrop. Due to the rounds being fired toward the ground we were unable to locate any evidence of the strike of the rounds. It should be noted that there were numerous patches of snow in the area that may have concealed where the rounds would have struck. Based on our check of the area we did not find any evidence that the rounds had caused any property damage or injury to any persons.

Technician Officer B. Gotham responded to the scene to recover casings and conduct technician work. Lt. Graham conducted PSS notification.

A neighborhood check was conducted. Ofc. Curtis spoke to (PK) Davis who stated that he heard the shots fired but had not observed the incident. Addresses of 233/230/234 Denver St. were also checked with no answer.

Weather conditions at the time of the incident were clear with temperatures in the 20's, with full daylight. Ofc. Woodworth was in full patrol uniform, armed with his department issued .45 caliber Glock 21 handgun serial #UBS758. The weapon was fully loaded with a 13 round magazine and 1 round chambered. The weapon was loaded with department issued Federal hollowpoint ammunition. Ofc. Woodworth was equipped with a department issued Safariland retention holster.

Closed, Incident Report only.

| porting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| AIRD | JASON | 2029 | 03/18/2014 | |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

| Page 1 of 3 | | **2014-00079766** |
|---|---|---|

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 04/04/2014 | 08:56 | 04/04/2014 | 08:56 | 04/04/2014 | 08:56 |

| Incident Address | PSA | Campus Code |
|---|---|---|
| 260 Oxford ST | 32 | |

Violent Crime Context

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Amalfi, Michael | | M | W | N | 260 Oxford ST Rochester, NY | |
| PK | Privitera, Kristen | | F | W | N | 260 Oxford ST Up Rochester, NY | |
| PK | Huertas | -- | M | W | -- | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | SIS | SIS |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| | | 04/04/2014 | | **DEMPSEY 1384** |

Incident Report, Page 1 Of 3

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Case 6:13-cv-06780-EAW-MWP   Document 98-27   Filed 09/09/24   Page 1 of 16

CR # 2014-00079766

## ADD'TL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | ▓▓▓ | -- | M | W | N | ▓▓▓ | ▓▓▓ |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Evidence | Ammunition | $0 | |

| Item Type and Description | Color |
|---|---|
| (3) 12 gauge spent shotgun shells | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 3 | Item(s) | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| ▓▓▓ | | 04/04/2014 | |

DEMPSEY 1385

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2014-00079766

**Incident Type - Discharge Firearm at Dog**

**Firearm Information - Remington 870 Pump Action 12 gauge Shotgun, Police Magnum, Serial # AB073114M, Color Black, Issued Duty Sling, Capacity 5 Rounds, Issued 12 gauge Tactical Buck Shot Ammunition.**

Related CR# 14-079788

While assisting the DEA with the execution a search warrant at 260 Oxford Street, Inv. ▮▮▮▮ discharged his Remington 870 pump action shotgun at an attacking Pitt Bull named "Jack".

While at the location, Inv. ▮▮▮ and the entry team were attempting to make entry into the upstairs apartment when the Pit Bull ran towards the entry team and Inv. ▮▮▮ in an attacking manner. This caused ▮▮▮ to discharge (3) rounds at the attacking dog from his issued shotgun.

The (3) rounds were discharged directly towards the stairwell and the Pitt Bull. The backstop was clear of persons and property of value. Nobody was placed in danger because of the incident and the (3) rounds that were fired struck the Pitt Bull in the head, neck, and chest area. The animal was killed and the attack was stopped. Furthermore, there was property damage to the stairwell and to the flooring as the result of the discharge.

Animal Control Officer Huertas (PK3) responded and took control of the dog.

The dog is a 6 year old Pitt Bull named Jack. He is approximately 75 lbs and was white and black in color.

The owner of the dog is Michael Amalfi DOB ▮▮▮▮ of 260 Oxford Street #up - (▮▮▮▮▮▮▮)

Neighborhood check was conducted with negative results.

Police Technician Bushen responded and took photos and collected the spent shotgun shells.

Police command was immediately notified of the incident to include Lt. Callari of PSS.

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| ▮▮▮▮ | | 04/04/2014 | |

DEMPSEY 1386

**rochester police department technicians evidence & photo report**

| 1. OFFENSE OR INCIDENT | | 2. DAY OF WEEK | 3. MON. | 4. DAY | 5. YEAR | 6. TIME REC'D | 7. ARRIVAL TIME | 8. ORIGINAL CR # |
|---|---|---|---|---|---|---|---|---|
| Dog Shot | | Fr | 4 | 4 | 14 | 0930 | | 14-079766 |

| 9. LOCATION | 10. WEATHER CONDITIONS | 11. WORKING CR # |
|---|---|---|
| 260 Oxford Street | | |

| 12. INVESTIGATING OFFICERS | 13. CAR # | 14. AT SCENE | 15. SECTION |
|---|---|---|---|
| | SIS | YES ☒ NO ☐ | E |

| 16. VICTIM/FIRM NAME | 17. SEX | 18. DOB | 19. ADDRESS | 20. PHONE |
|---|---|---|---|---|
| City of Rochester | | / / | | |

| 21. PHOTOGRAPH | 22. | 23. PHOTOS BY |
|---|---|---|
| YES ☒ NO ☐ | COLOR ☒ OTHER _____ | Bushen |

| 24. PACK # | 25. NEG. | 26. TIME | 27. ITEM PHOTOGRAPHED/LOCATION | 28. DIR |
|---|---|---|---|---|
| 157 | 24 | | Front door | |
| | 25 | | Entry area | |
| | 26 | | Markers #1 and 2 | |
| | 27 | | C/U #1 | |
| | 28 | | C/U #2 | |
| | 29 | | O/A up flight of stairs | |
| | 30 | | C/U #3 | |
| | 31 | | Up Stairs | |
| | 32 | | C/U strike mark | |
| | 33-35 | | O/A dog | |
| | 36 | | Location | |
| | 37 | | END | |

### OPERATOR AND VEHICLE INFORMATION

| 29. OPERATOR | 30. SEX | 31. ADDRESS | 32. YEAR | 33. MAKE | 34. MODEL | 35. COLOR | 36. LICENSE |
|---|---|---|---|---|---|---|---|
| #1 | | | | | | | |
| #2 | | | | | | | |
| #3 | | | | | | | |
| #4 | | | | | | | |

| 37. PROCESSED FOR PRINTS | 38. | 39. ELIMINATIONS |
|---|---|---|
| FINGER PRINTS YES ☐ NO ☒ TOTAL LIFTS | B ☐ W ☐ OTHER _____ | YES ☐ NO ☐ TOTAL |

40.
FINGER PRINT EVALUATION DATE / /
V ☐ NV ☐ BY _____
IDENT: _____

41. NAME, ADDRESS AND D.O.B. OF PERSONS ARRESTED OR SUSPECTED (CIRCLE)
1.
2.
3.

| 42. EVIDENCE COLLECTED | 43. SAMPLE | 44. COMPOSITE PREPARED | 45. |
|---|---|---|---|
| YES ☒ NO ☐ | BLOOD ☐ DNA ☐ | YES ☐ NO ☐ FLIER _____ | FOOT LIFTS YES ☐ NO ☐ |
| PROPERTY SHEET LOT # | OTHER ☐ | 46. FIELD SKETCH YES ☐ NO ☐ | 47. CASTS YES ☐ NO ☐ |

48. UNUSUAL CIRCUMSTANCES - PATTERNS

SIS was conducting a search warrant at the above location. One of the search warrant team members had to shoot a dog. RO photographed a total of three 12 gauge buckshot shot gun casings. Two casing where located at the entry area of the house and another casing on the stairs' landing. There was also a bullet strike along the stairs that was photographed. The dog was deceased and located in the third floor living room. RO collected the casings and turned them into the PCO. Animal control was on scene to take custody of the dog.

| 49. REVIEWED BY | ID# | 50. TECHNICIAN | ID# | CAR# |
|---|---|---|---|---|
| | | Bushen | 918 | 6862 |

RPD 1201 REV. 10/03

Print

GO 457

DEMPSEY 1387

PAGE _____ of _____

☑ EVIDENCE
☐ SAFEKEEPING
☐ DESTROY

**ROCHESTER POLICE DEPARTMENT PROPERTY CUSTODY REPORT**

| 1. | | 2. |
|---|---|---|
| PROPERTY RETURNED TO OR VERIFIED BY : NAME _____ | | ORIGINAL CR# _14-079766_ |
| DATE/TIME: _____ RECEIVER'S SIGNATURE: _____ | | WORKING CR# _____ |

| 3. LOT # | 4. LOCATION PROPERTY FOUND | 5. DATE/TIME OF CUSTODY |
|---|---|---|
| | 260 Oxford St. | 4/4/14 0945 |

**6. PROPERTY CLERK NAME:** _____ DATE/TIME RECEIVED: _____

**7.**
☐ VICTIM NAME: _____
☐ OWNER ADDRESS: _____
☐ FINDER ZIP CODE: _____
PHONE: DAY _____ EVE _____
☑ FINDER IS THE "CITY OF ROCHESTER"

**8. EMPLOYEE WHO TURNED IN PROPERTY:**
NAME: Busher ID # 918 SECTION: Tech

**9. EMPLOYEE WHO TOOK CUSTODY :**
NAME: ↓ ID # ↓ SECTION: ↓

☐ SUSPECT NAME: _____
☐ DEFENDANT ADDRESS: _____
ZIP CODE: _____
PHONE: DAY _____ EVE _____
DOB _____ MoRIS# _____

**10. CASE COORDINATOR:**
NAME: Swain ID # _____ SECTION: S/S

DOES INDIVIDUAL OWN THE PROPERTY LISTED BELOW? ☐ YES ☐ NO

**12. CASH: COMPLETE REVERSE SIDE OF PAGE:**
TOTAL _____
☐ DEPOSIT
☐ HOLD – EVIDENCE
☐ SEIZURE FUNDS

**14. MOST SERIOUS OFFENSE:**
OFFENSE CODE CLASSIFICATION: _Dog Shot_
☐ CLASS A FELONY ☐ OTHER FELONY ☐ MISD. ☐ VIOL. ☐ NO CHARGES

**13. LAB REQUEST:**
INVESTIGATION ✓ ☐ NO LAB WORK
☐ TECHNICIAN WILL TAKE TO THE LAB

**15. COMMENTS:** →No Lab Work←

**PROPERTY TYPE USE CODES:**
A =AMMO B=BIKES C=CLOTHING D=DRUGS E=ELECTRIC EQUIP. F=FIREWORKS
G=GUNS H=HOUSEHOLD/OFFICE FURNIT. J=JEWELRY
K=KNIFE, OTHER "WEAPON" L= LICENSE PLATES M=MONEY P=PERISHABLES
R=RAPE KIT S=SAMPLES T=TOOLS X=CAR/BLDG. PARTS Z=MISC.

**PROPERTY DESCRIPTION AREA:** NUMBER EACH ITEM, THEN ACCURATELY DESCRIBE EACH ITEM. IF CASH, USE ADDENDUM FORM ON REVERSE SIDE. USE PROPERTY ADDENDUM FORM, IF MORE SPACE IS NEEDED.
**FIREARMS-INCLUDE CALIBER, BARREL LENGTH, FINISH, CAPACITY.**

**16. PROPERTY DESCRIPTION**

| ITEM # | TYPE | QNTY | NYSPIN (Y / N) CK HIT | VALUE | ACCURATELY DESCRIBE PROPERTY: USE AS MANY LINES AS NEEDED, INCLUDE MAKE, MODEL, COLOR, SIZE, IDENTIFYING MARKS. | SERIAL # OR TAMPER EVIDENT BAG # |
|---|---|---|---|---|---|---|
| 1 | A | 1 | — | < $100 / $100-$499 / $500-$4999 / >$5000 | 3 12 gauge shotgun shells | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |

RPD 1217 REV 09/05

LOT # _____

DEMPSEY 1388

G.O. 450

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

| Page 1 of 2 | | CR# 2014-00176643 |
|---|---|---|

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 7/8/2014 | 12:35 | 07/08/2014 | 12:35 | 07/08/2014 | 12:35 |

| Incident Address | PSA | Campus Code |
|---|---|---|
| Malling DR | 23 | |

Violent Crime Context

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | East - Patrol | PDE 2nd |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| VENOSA          GUSTAVO | 1079 | 07/08/2014 | | DEMPSEY 1389 |

Incident Report  Page 1 of 2

**NARRATIVE**

At above date/time, Officer Tony Jorge #407 responded to the area of 141 Malling Dr. for a loose pittbull running around the neighborhood. Once on scene with officer Renz #1081 and AC Officer Huertas #1269, they observed the pittbull running erratically in an aggressive manner, growling and showing his teeth.

Officers were able to follow the dog in to the back yard of 142 Malling were it went behind a garage. Officer Renz assisted Officer Huertas on one side of the garage as he attempted to collar the dog. At a certain point, the dog ran around the garage toward Officer Jorge's position. Officer Jorge had placed a large garbage tote at the end of a small passage the ran between the garage and a stockade fence in an attempt to corral the dog and prevent it from running back out onto the street. The dog attempted several times to jump onto the tote towards Officer Jorge, Each time coming closer to getting over it and all the while continuing to growl. At this point, Officer Jorge fired shots at the dog until the threat ceased. A total of three rounds were fired and each struck the dog. The officer was approximately three feet away and the rounds traveled in a downward direction with the ground as a backstop.

Officer Jorge used his department issued Glock 21 #UBR573 loaded with Federal Premium Law Enforcement ammunition - .45 cal. 230 gr. HST

Technician Bushen responded and processed the scene.

Weather: Cloudy

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| VENOSA | GUSTAVO | 1079 | 07/08/2014 | | DEMPSEY 1390 |

| Page 1 of 2 | ROCHESTER POLICE DEPARTMENT<br>INCIDENT REPORT | CR #<br>2014-00278557 |
|---|---|---|

**DETAIL**

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | | 10/18/2014 | 13:57 | 10/18/2014 | 13:57 | 10/18/2014 | 14:02 |

| Incident Address | | PSA | Campus Code |
|---|---|---|---|
| 4-6 bremen ST | | 24 | |

| Violent Crime Context |
|---|
| |

**OFFENSES**

| Statute - | | Attempt/Commit | | Counts | | | |
|---|---|---|---|---|---|---|---|
| Description | | | | | | | |
| Location | | | | | Weapon | | |
| Larceny Type | | | | Aggravated Assault Circumstances | | | Gang Related | Computer |
| Bias Type | | Entry Point | | | Method of Entry | | # of Premises Entered |
| Statute - | | Attempt Commit - | | Counts | | | |
| Description - | | | | | | | |
| Location | | | | | Weapon | | |
| Larceny Type | | | | Aggravated Assault Circumstances | | | Gang Related | Computer |
| Bias Type | | Entry Point | | | Method of Entry | | # of Premises Entered |

**VICTIM**

| Victim Type | Victim Name (Last First Middle) | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City State Zip | | Victim Offender Relationship (Offender Name DOB Relationship) | | | | | |
| Telephone | Level of Injury | | Type of Injury | | | Medical Treatment | |

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last First Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| PK | ognibene, samuel | | M | W | N | | |
| PK | Perez, Jose, e, Sr | | | | | 6 Bremen ST<br>Rochester, NY | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last First Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing Jewelry Distinguishing Features | | | Offender Condition | | Scars Marks Tattoos | |
| Mothers Maiden Name | | Place of Birth | | School Name / ID # | |

**INVESTIGATION**

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05 Can a suspect be described? |
| 02. Surveillance footage of event? | 06 Can a suspect be identified? |
| 03. Can a suspect be named? | 07 Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08 Is stolen property traceable? |

| | |
|---|---|
| 09. Is there significant Modus Operandi present? | |
| 10 Is there significant physical evidence present? | |
| 11 Has evidence tech work been performed? | |
| 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Office | | | PDE 2nd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| CORREIA    ADAM | | 0774 | 10/18/2014 | |

DEMPSEY 1391



**ROCHESTER POLICE DEPARTMENT**
INCIDENT REPORT

Page 2 of 2

CR #
**2014-00278557**

Off.Ognibene while just leaving another job just turned onto Bremen St and observed a large pitbull dog 60-70 lbs grey in color in the middle of the road. The dog was barking and acting in an aggressive manner. Off Ognibene sounded his airhorn to alert homeowner or possibly find the dogs owner. Off Ognibene then noticed a teenage male walking with headphone on the west side of Bremen St. Officer Ognibene attempted to alert this person however the dog began to charge toward him, Officer Ognibene exited his vehicle and was able redirect the dogs attention. The male ran off n/b, the dog about 10-12 feet away from Off. Ognibene who was standing next to his engine block of marked patrol vehicle which was parked on the westside in front of 5 Bremen St. the dog was in front of 4-6 Bremen St (vacant house) on the edge of the yard near the roadway.

The dog then began to charge toward Off. Ognibene at which time Officer Ognibene did discharge 1 rd from his Departmental issued Glock 21 (serial# UBR544). Officer Ognibene backdrop was the gound/grass area in front of vacant house of 4-6 Bremen St. The dog then fled behind 1 Bremen St. Moments later a hispanic male came out of #5 Bremen St. took control of the dog. Animal Control Officer E. Cichacki-Lalka responded. Dog owner was located at 5 Bremen St. Jose E Perez ( ) who stated that it appeared that the dog was just grazed on its left rear leg and would care for the dog. Animal Control Officer stated Perez will be issued 3 tickets for Unlic/unreg? & dangerous dog. Lt. Graham notified of incident. Neighborhood check conducted ▮ Bremen St. Raymond Torres ( ▮ ▮ heard a dog barking & and a horn, then short time later 1 gun shot, however saw nothing. Tech was requested ,however was advised that it would be 3rd pltn (photos & collection of casing)

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| CORREIA | ADAM | 0774 | 10/18/2014 | |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 4

**CR #** 2014-00307756

### DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 11/21/2014 | 10:54 | 11/21/2014 | 10:54 | 11/21/2014 | 11:00 |

Incident Address: 48 Henrietta ST

PSA: 31   Campus Code:

Violent Crime Context:

### OFFENSES

| Statute - | Attempt Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

City State Zip | Victim/Offender Relationship (Offender Name DOB Relationship)

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| PK | Sniderman, Charlotte, J | | F | W | N | 48 Henrietta ST Rochester, NY | |
| PK | Garcia, Bernie | | | | | | |
| PK | Turbeville, Michael | | | | | | |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | Nickname |
|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing Jewelry Distinguishing Features | Offender Condition | Scars Marks Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| |
|---|
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been performed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | East - Patrol | PDE 2nd |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| PEREZ | JORGE | 0962 | 11/21/2014 | | |

DEMPSEY 1393

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**CR #** 2014-00307756

### ADD'TL OFFENSE

| Statute - | Attempt Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM #2

| Victim Type | Victim Name (Last First Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City State Zip | Victim-Offender Relationship | Offender Name DOB Relationship |
|---|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last First Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| PK | Kelly, Joshua | | | | | | |
| PK | Minurka, Peter | | | | | | |
| PK | Frink, Robert | | | | | | |

### SUSPECT #2

| Type - | Suspect Name (Last First Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing Jewelry Distinguishing Features | Offender Condition | Scars Marks Tattoos |
|---|---|---|

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quantity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quantity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

### FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

### VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| PEREZ          JORGE | 0962 | 11/21/2014 | |

DEMPSEY-1394

## ROCHESTER POLICE DEPARTMENT
### INCIDENT REPORT

CR #
**2014-00307756**

**NARRATIVE**

Officer Gracia, (PK2), Along with officers Turbeville, (PK3), Kelly, (PK4), and Minurka, (PK5), were dispatched to 48 Henrietta St to assist with an arson investigation. Arson car 96 requested assistance in taking in to custody Charlotte Sniderman, (PK1), regarding a felony arson investigation.

When officers arrived the positioned themselves around the home to prevent the possible escape of PK1. PK2, Garcia, took position on the rear of the home, (Side 3), and PK3, Turbeville, took position on the 2/3 corner of the building. Once in position Ofc Frink knocked on the door. Dog barks were heard from with in the home and Ofc. Frink told PK1 to put the dogs away. When PK1 opened the door all three dogs ran around PK1 and out the door. They ran pass the officers at the front of the home and straight for the two in the back. One dog charged at Ofc. Garcia who at this point was attempting to back away. The dog jumped at Ofc. Garcia's chest as it was attempting to knock him down. AT this point Ofc. Garcia fired a single shot striking the dog on it's left shoulder area.

As Ofc. Garcia was dealing with the dog attract one of the other dogs went after Ofc. Turbeville jumping up and biting the officer's gun barrel. However, before Ofc. Turbeville could fire his weapon, the dog heard the shot that Ofc. Gacia fired and all three dogs ran in the house.

Ofc. Garcia fired a single round from his issued glock 21 serial number UBR992. The bullet used was the issued federal 45 caliber hallo point round. The shot was fired in a downward direction at the dog with the ground as a back stop. No one was injured during the incident. Weather was clear and sunny.

Tech. Rice responded and processed the scene. Animal control also responded. The issued PK1 numerous citation including aggressive dogs and retrieved the deceased dog.

During the neighborhood check PK7-Manning stated he heard the shot but did not see what happened. He added that he had seen the dogs be aggressive to other people in the past and are constantly barking.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| PEREZ | JORGE | 0962 | 11/21/2014 | |

DEMPSEY 1395

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 4 of 4

CR #
2014-00307756

| Type | Name Last First Middle | DOB | Sex | Race | Eth | Address | Telephone No |
|------|------------------------|-----|-----|------|-----|---------|--------------|
| PK | Manning, John, T | ███ | M | W | N | ███ | ███ |
| NO | Quien, Luan | | M | A | N | | |

ADDITIONAL PERSONS

| Type | Name (Last First Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|------|--------------------------|-----|-----|------|-----|---------|--------------|
| | | | | | | | |

| Type | Name (Last First Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|------|--------------------------|-----|-----|------|-----|---------|--------------|
| | | | | | | | |

| Reporting Officer | | IBM # | Date | Reviewed By |
|-------------------|--------|-------|------|-------------|
| PEREZ | JORGE | 0962 | 11/21/2014 | |

2014-0978

Page 1 of 3

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
**2014-00311017**

### DETAIL

| | |
|---|---|
| Incident Type | |
| **IR- Non-Criminal Incident** | |
| Incident Address | |
| **160 SAWYER ST** | |
| Violent Crime Context | |

| Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|
| 11/25/2014 | 08:43 | 11/25/2014 | 08:43 | 11/25/2014 | 08:43 |

PSA **53**   Campus Code

### OFFENSES

| Statute - | Attempt/Commit - | Counts - | |
|---|---|---|---|
| Description - | | | |
| Location | | Weapon | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - | |
|---|---|---|---|
| Description - | | | |
| Location | | Weapon | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) | | | | | |
|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | |
| Telephone | Level of Injury | Type of Injury | Medical Treatment | | | |

### PERSONS

**R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed**

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname | |
|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIB / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing Jewelry Distinguishing Features | | Offender Condition | Scars, Marks, Tattoos | |
| Mothers Maiden Name | Place of Birth | | School Name / ID # | |

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 12. Preliminary investigation NOT completed? |
| 05. Can a suspect be described? | |
| 06. Can a suspect be identified? | |
| 07. Can a suspect vehicle be identified? | |
| 08. Is stolen property traceable? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **West - Patrol** | **PDW 2nd** |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **DEVINCENTIS          ADAM** | **1391** | **11/25/2014** | |

DEMPSEY T397

Incident Report  Page 1 OF

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

| Page 2 of 3 | | 2014-00311017 |
|---|---|---|

## ADDTL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Locat on | | Weapon |
|---|---|---|

| Larceny Type | | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname |
|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Damaged Vandalized** | **Other Property** | | |

| Item Type and Description | Color |
|---|---|
| **AMERICAN BULLDOG/LAB MIX DOG** | **Black** |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Mode | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | | EM # | Date | Reviewed By |
|---|---|---|---|---|
| **DEVINCENTIS** | **ADAM** | **1391** | **11/25/2014** | |

Incident Report Page 2 OF

| Page 3 of 3 | | ROCHESTER POLICE DEPARTMENT | 2014-00311017 |
|---|---|---|---|
| | | INCIDENT REPORT | |

**NARRATIVE**

OFFICERS WERE DISPATCHED TO A 911 CALL FOR A HUSBAND VS. WIFE WHERE THE THIRD PARTY CALLER (ARCHIE ROUS) STATED THAT A MALE WAS BIT BY A DOG AND WAS NOW OUTSIDE BEATING THE DOG WITH A CINDER BLOCK. ROUS FURTHER STATED THAT THE DOG WAS A PITBULL AND THE MALE WAS A M/B 6'3" 260LBS NAMED DARRELL JACKSON AND THAT THIS WAS AN ONGOING ISSUE.

OFFICER PERRONE #1845 WITH RECRUIT OFFICER SANTIAGO #2426 RESPONDED FIRST ALONG WITH OFFICER EYRICH #1772 WITH RECRUIT OFFICER FINDLEY #2439. OFFICER ANTONIO GONZALEZ #1394 ALSO RESPONDED AND WITNESSED THE SHOTS FIRED. THE MALE IDENTIFIED AS DARRELL JACKSON CAME OUT TO THE STREET AND BEGAN YELLING AT OFFICER TO "SHOOT THE FUCKING DOG, SHOOT HIM!! HE BIT ME, SHOOT HIM!!" OFFICERS SANTIAGO AND FINDLEY STARTED TO ADDRESS JACKSON AND THE FEMALE AT THE LOCATION AS OFFICERS PERRONE AND EYRICH KEPT AN EYE ON THE DOG WHICH HAD RUN WESTBOUND DOWN SAWYER ST BUT WAS NOW RETURNING TOWARDS THE LOCATION. OFC. PERRONE RECOGNIZED THAT DOG WAS EXTREMELY AGITATED AND RADIOED FOR ANIMAL CONTROL TO RESPOND ASAP AS THEY ATTEMPTED TO BACK AWAY FROM THE DOG THAT WAS NOW GROWLING AND COMING AT THEM. OFFICER EYRICH BACKED ONTO A PORCH AT 164 SAWYER ST IN AN ATTEMPT TO AVOID SHOOTING THE AGGRESIVE DOG AND WAITED UNTIL THE DOG WAS ONLY ABOUT ONE FOOT AWAY AND FIRED ONE SHOT WHICH STRUCK THE DOG IN TOP OF ITS HEAD KNOCKING IT TO THE GROUND. THE DOG YELP AND IMMEDIATELY GOT BACK UP AND CHARGED AT OFFICER PERRONE WHO WAS IN THE MIDDLE OF THE STREET IN FRONT OF 160 SAWYER ST. WHEN THE DOG WAS WITHIN ABOUT THREE FEET OFFICER PERRONE FIRED FOUR SHOTS AT THE DOG ULTIMATELY KILLING IT.

AN AMBULANCE WAS CALLED FOR JACKSON WHO HAD A BITE WOUND ON HIS RIGHT THIGH AND TO HIS CHEST BUT HE ENDED UP REFUSING TREATMENT.

OFC EYRICH DISCHARGED HIS RPD ISSUED SERVICE SEMIAUTOMATIC HANDGUN AT THE DOG, GLOCK .45 CALIBER, SERIAL NUMBER UBS746, WITH A 14 ROUND CAPACITY. THE WEAPON WAS FULLY LOADED AND CARRIED IN HIS DUTY HOLSTER. OFFICER EYRICH FIRED ONE ROUND OF FEDERAL AMMUNITION.

OFC PERRONE DISCHARGED HIS RPD ISSUED SERVICE SEMIAUTOMATIC HANDGUN AT THE DOG, GLOCK .45 CALIBER, SERIAL NUMBER UBR631, WITH A 14 ROUND CAPACITY. THE WEAPON WAS FULLY LOADED AND CARRIED IN HIS DUTY HOLSTER. OFFICER PERRONE FIRED FOUR ROUNDS OF FEDERAL AMMUNITION.

ALL OFFICERS WERE IN UNIFORM AND ON-DUTY AND THE WEATHER WAS CLOUDY AND ABOUT 40 DEGREES WITH NO SNOW OR RAIN.

TECHNICIAN WALKER RESPONDED TO COLLECT CASINGS AND PHOTOGRAPH THE SCENE.

ANIMAL CONTROL OFFICER TOM SHANNON RESPONDED AS WELL AS INV. RENO DIDOMENICO FROM THE HUMANE SOCIETY TO INTERVIEW THE OWNERS. ANIMAL CONTROL COLLECTED THE ANIMAL FOR DISPOSAL AND RFD RESPONDED TO FLUSH THE BLOOD FROM THE SCENE.

AN EXTENSIVE NEIGHBORHOOD CHECK WAS COMPLETED AND A DEPOSITION WAS OBTAINED FROM JACKSON BY OFFICER VISLAY AND RECRUIT OFFICER MOL. (SEE IAR FROM GONZALEZ, JOHNSTON, RIVERA, AND MOL)

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| DEVINCENTIS | ADAM | 1391 | 11/25/2014 | |

| Page 1 of 1 | ROCHESTER POLICE DEPARTMENT INVESTIGATIVE ACTION REPORT NARRATIVE ONLY | CR # 2014-00311017 |
|---|---|---|

| DETAIL | Victim's Name (Last, First, Middle) or Name of Business CITY OF ROCHESTER | Location of Offense 160 SAWYER ST | PSA 53 |
|---|---|---|---|
| | Date/Time of Occurrence 11/25/2014 08:43 | Offense / Charge  Incident (Most Recent Classification) | |

**NARRATIVE**

I responded to 160 Sawyer St to assist with officers that shot a large black dog. Upon arrival I observed several people standing in front of 144 Sawyer St and the dog laying in the street in front of 160 Sawyer St. One of the people standing there having a loud conversation was a female black named Ella M. Mitchell, date of birth [redacted] phone [redacted] of [redacted]. Ella was one of the few people conducting themselves in a way that is very disrespectful towards law enforcement and was very quick to judge when she had no idea what had happened and why.   The people then started to yell in a loud voice that this is going to be another Ferguson. When I approached Ella, she was very disrespectful when I asked to speak with her and she was reluctant to give me her name. When I mentioned that she was still in her school crossing  uniform and wearing a hat with a RPD patch on it, that was when she began answering my questions.

| Reporting Officer JOHNSON        MICHAEL | IBM # 1397 | Date 11/25/2014 | Reviewed By |
|---|---|---|---|

DEMPSEY 1400

08:48 Onscene

#CTYP0742 1/FMTRA RP2 /RF53 1200 (PFE)
160 SAWYER ST ,ROC
btwn GENESEE ST & MILLBANK ST <100>
FAMILY DOLLAR PK LOT
P1:4352696,P2:5854352696
N:ARCHIE ROUS,A:285 DEWEY AVE ,ROC

:1000 CLEAR 4272
:0956 MISC 4272 ,OPEN UP SAWYER
/0947 CONTCT 5322 Contact Timer Canceled
/0947 ASSTOS 5322 [160 SAWYER ST ,ROC] #811822 RIVERA, RAFAEL ,NOT ACTUAL
/0936 MISC 5312 ,SPEC SERV NTFD TO CANCEL
/0934 CROSS #CTYF143290892
/0918 MISC 5312 ,SPEC SERV NOT'D
/0916 SUPP LOC: GENESEE ST/SAWYER ST ,ROC, LOCI: FAMILY DOLLAR PK LOT, TXT. METR
O ADVISED THEY ARE CLEAR IN
/0910 PREMPT 4232
/0908 PREMPT SUPV
/0907 MISC 4272 ,CONT A/C FOR NOW
/0903 CROSS #RMEE143290798
/0903 MISC 4022 ,WILL BE FOR AN ANML STRUCK
/0902 ASSTER 4272 [GENESE /SAWYER] #810879 RIVERA, JOHN J. (EDPRT)SGT
/0900 OK SUPV
/0900 OK 5432
/0900 OK 5412
/0900 OK 5312
/0900 OK 5212
/0900 OK 5112
/0900 OK 4932
/0900 OK 4262
/0900 OK 4022
/0900 OK 4232
/0900 OK 4112
/0859 CROSS #CTYP143290734
/0859 ASSTOS 4022 [GENESE /SAWYER] #810374 MCMULLEN, ANTHONY
/0859 ONSCNE 4232
/0855 ASSTER 4262 [GENESE /SAWYER] #811391 DEVINCENTIS, ADAM (SGT)
/0854 CROSS #CTYP143290734
/0853 ONSCNE 5112
/0852 SUPP TXT: PLS KEEP A/C UP TO DATE ON SITUATION, FINISHING UP ANOTHER BITE
CALL
/0852 ONSCNE 5212
/0852 CROSS #CTYP143290765
/0851 DUP NAM: SHOT SPOTTER
/0851 DUP #CTYP143290762
/0851 CROSS #CTYP143290762
/0851 DUP NAM: DOYLE ADR: 792 CALKINS RD ,HEN PHO: 4429450
/0851 DUP #CTYP143290758
/0851 CROSS #CTYP143290758
/0851 ASSTER 5212 [GEN /MILBANK] #811397 JOHNSON, MICHAEL B
/0850 ASSTER 4112 [GENESE /SAWYER] #810662 DIPRIMO II, FRANCIS A. LT
/0850 ONSCNE 5412
/0850 ASSTER 4232 [GENESE /SAWYER] #810915 BOILY, STEPHEN (EDPRT/SGT)
'0850 ASSTER 5112 [GEN /MILBANK] #812418 MOL, CHELSEA #811662 VISLAY, JASON A
.0850 ASNCAS SUPV $OTHP14001944
'0850 ASST SUPV [GENESE /SAWYER]

0848 ONSCNE 5432
'0848 ONSCNE 5412
'0848 ONSCNE 4932
'0848 ONSCNE 5312
'0847 PREDSP 4912 4932   #CTYP143290674 T/ALRMA  [855 W MAIN ST ,ROC]
'0847 ASSTER 4932 #811394 GONZALEZ, ANTONIO
'0847 PREMPT 4912
/0846 ASSTER 5432 [160 SAWYER ST ,ROC] #812439 FINDLEY, GREGORY #811772 EYRICH
, AARON (EDPRT)
/0845 ASSTER 4912 #811780 RICE, SHAWN
/0845 ASSTER 5412 #811787 LARUEZ, JAMES (EDPRT)
/0845 ASNCAS 5312 $CTYP14311017
/0845 DISPER 5312 #812426 SANTIAGO, JOSUE #811845 PERRONE, JOSEPH (EDPRT)
/0843 MISC ,HAS PLATE ON A BLK VEH
/0843 ENTRY HUSBAND VS WIFE - M BIT BY DOG AND NOW OUTSIDE BEATING DOG W/ A CIND
ER BL OCK - DOG IS A PITBULL - M/B 6'3 260LBS NAME DARYL JACKSON - ONGOING ISSUE
S

DEMPSEY 1402

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 14-311017
PAGE 1 OF 3

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____     ~~[redacted]~~
   DEFENDANT'S/RESPONDENT'S NAME     DEFENDANT'S/RESPONDENT'S ADDRESS

2. _____     _____
   DEFENDANT'S/RESPONDENT'S NAME     DEFENDANT'S/RESPONDENT'S ADDRESS

3. _____     _____
   DEFENDANT'S/RESPONDENT'S NAME     DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Darrell Jackson [redacted]     1160 Sawyer St. [redacted]
DEPONENT'S NAME     DATE OF BIRTH     DEPONENT'S ADDRESS AND PHONE NUMBER

DJ

DEPONENT DEPOSES AND SAYS:
My name is Darrell Jackson. I am [redacted] years old, my date of birth is [redacted]. I live at 1160 Sawyer St. with my wife and children. Around 8:30 am on 11/25/14 my wife came in the bedroom and woke me up. She started screaming at me about how I had put a mark/scratch on the car last night when I pulled out of the driveway. I told her that I would clean it off because its just paint. My wife jest kept screaming and wouldn't calm down. I then stood up from the bed and said "I'm sorry, I'm fucking sorry". I had both of my arms to my sides when I stood up. Out of no where, my dog Prince lunged at me and bit me on the upper right leg. I started to scream at the dog. It jumped up again and bit me near my right [groin] knee area. I grabbed the lamp on my nightstand and threw it at him. Prince then ran chupstairs. I followed him and tried to find something in the house that I could use to smash his head in. I couldn't find anything to use in the house, so I was going to go get something out of the garage. By the time that I got to the garage, my wife had

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

_____   11-25-14
DEPONENT'S SIGNATURE     DATE

_____   11/25/14
WITNESS SIGNATURE     DATE

RPD 1270                                    REV. 02/03

DEMPSEY 1405

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department
Supporting Deposition
RPD 1270**

CR# 14-311017
PAGE 2 OF 3

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____   ~~120 REVOLUTE ST~~
   DEFENDANT'S/RESPONDENT'S NAME          DEFENDANT'S/RESPONDENT'S ADDRESS

2. _____   _____
   DEFENDANT'S/RESPONDENT'S NAME          DEFENDANT'S/RESPONDENT'S ADDRESS

3. _____   _____
   DEFENDANT'S/RESPONDENT'S NAME          DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Darrell Jackson          [DATE OF BIRTH]      1160 Schuyer St
DEPONENT'S NAME          DATE OF BIRTH        DEPONENT'S ADDRESS AND PHONE NUMBER

DJ DEPONENT DEPOSES AND SAYS:

I let the dog outside. I found a rock in the garage and then I tried to hook the rock on his collar. He lunged and bit onto the rock. I began pulling him with the rock back towards the garage. Once inside, I tried to shut the door but he let go of the rock and ran off. I ran after him, he went into the neighbors house and started to take a crap. I chased him away and he ran off down the street. I went back inside, grabbed a plastic bag and then went over to the neighbors house and cleaned up the poop. By then I was frustrated because my wife had called the police and they weren't here yet. So I went inside to get my cellphone, when I came back outside the police were there. When they got out and came up I started screaming "Shoot the dog, shoot the dog." they told me to calm down. I said "I don't want to talk, just get the dog." and I walked away. I walked down the side of my house to the back. I heard 4 shots go off from out front, so I ran back out front. I told the cops that I wanted to see Prince. They let me see him

DJ
CM

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO
SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

_Darrell Jackson_   11-25-14      _____  0418  11/25/14
DEPONENT'S SIGNATURE   DATE         WITNESS SIGNATURE      DATE

RPD 1270                                    DEMPSEY 140   REV. 02/03

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department
Supporting Deposition
RPD 1270**

CR# 14-31107
PAGE 3 OF 3

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____
   **DEFENDANT'S/RESPONDENT'S NAME**

   ~~123 RESOLUTE ST.~~
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

2. _____
   **DEFENDANT'S/RESPONDENT'S NAME**

   _____
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

3. _____
   **DEFENDANT'S/RESPONDENT'S NAME**

   _____
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Darrell Johnson
**DEPONENT'S NAME**

████████ **DATE OF BIRTH**

160 Sawyer St.
**DEPONENT'S ADDRESS AND PHONE NUMBER**

DJ
CM

**DEPONENT DEPOSES AND SAYS:**

he was laying on the pavement in the road, from there I don't remember much but I know I ended up in handcuffs. Prince hit me this past summer but it wasn't in an agressive manor like he did today. I gave this statement under my own free will and I was not offered anything. DJ CM

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

_Darrell Jackson_   11-25-14
**DEPONENT'S SIGNATURE**      **DATE**

████ 2418   11/25/14
**WITNESS SIGNATURE**      **DATE**

RPD 1270

REV. 02/03

rochester police department technicians evidence & photo report

| OFFENSE CR/ICENT | | 2. DAY OF WE | O | AY | 5. YEAR | 6. TIME REC'D | 7. ARRIVAL TIME | 8. ORIGINAL CR # |
|---|---|---|---|---|---|---|---|---|
Obstructing DCJ Bite

9. LOCATION

10. WEATHER CONDITIONS | 11. WORKING CR #

12. INVESTIGATING OFFICERS
Schuler, Sgt
RC WRPT, MO

13. CAR # | 14. AT SCENE  YES ☒  NO ☐ | 15. SECTOR W

10. V CT M/F PM NAME | 17 SEX | 18. DOB | 9 ADDRESS | 20. PHONE

| 21. PHOTOGRAPH | 22 | | | 23. PHOTOS BY |
| YES ☒ NO ☐ | COLOR ☒ OTHER | PC Chelsea Mol | 2418 |

| 24. PACK # | 25. NEG | 26. T ME | 27. TEM PHOTOGRAPHED/LOCATION | 28. DIR |
|---|---|---|---|---|
| -8 | 40 | | Islandon-front acu been shot in roadway | N |
| | 41 | | Second Dog that had been shot, but Schuler st. in background | NE |
| | 42 | | Obslon Dog Bite on right chest area of Darrell Jackson | S |
| | 43 | | Obslon Dog bite on right chest area of Darrell Jackson | S |
| | 44 | | Dog bite on right upper leg of Darrell Jackson | S |

**OPERATOR AND VEHICLE INFORMATION**

| 29. OPERATOR | 30. SEX | 31. ADDRESS | 32. YEAR | 33. MAKE | 34. MODEL | 35. COLOR | 36. LICENSE |
|---|---|---|---|---|---|---|---|
| #1 | | | | | | | |
| #2 | | | | | | | |
| #3 | | | | | | | |
| #4 | | | | | | | |

37. PROCESSED FOR PRINTS  YES ☐ NO ☒   TOTAL LIFTS _____

38. _____ B ☐ "W ☐ OTHER _____

39. ELIMINATIONS  YES ☐ NO ☒  TOTAL

40. FINGER PRINT EVALUATION DATE _____

47. NAME, ADDRESS AND D.O.B. OF PERSONS ARRESTED OR SUSPECTED (CIRCLE)

V ☐ NV ☐ BY _____   1. _____

IDENT: _____   2. _____
3. _____

42. EVIDENCE COLLECTED  YES ☐ NO ☐   43. SAMPLE ☐ BLOOD ☐ DNA ☐ OTHER

44. COMPOSITE PREPARED  YES ☐ NO ☐ FLIER _____   FIELD SKETCH  YES ☐ NO ☐

45. FOOT LIFTS  YES ☐ NO ☐   46. CASTS  YES ☐ NO ☐

PROPERTY SHEET LOT # _____

48. UNUSUAL CIRCUMSTANCES - PATTERNS

| 49. REVIEWED BY | 50 | 50 TECHNICIAN | | CAR # |
|---|---|---|---|---|
| Sgt | 139 | | | 6  2 |

RPD 1201 REV. 10/03

GO 457

DEMPSEY 1406

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

| Page 1 of 3 | | CR # 2015-00007872 |
|---|---|---|

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 01/11/2015 | 08:12 | 01/11/2015 | 08:12 | 01/11/2015 | 08:12 |

| Incident Address | | PSA | Campus Code |
|---|---|---|---|
| 700 Smith ST | | 48 | |

Violent Crime Context

**OFFENSES**

| Statute · | Attempt/Commit · | Counts · |
|---|---|---|

Description ·

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute · | Attempt/Commit · | Counts · |
|---|---|---|

Description ·

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Tubbs, Marquita | | F | B | N | 700 Smith ST, Rochester, NY | |
| W | Minor, Twanika | | F | B | N | 700 Smith ST, Rochester, NY | |
| RP | Calderon, Michelle | | F | W | H | ▮ | ▮ |

**SUSPECT / MISSING PER**

| Type · | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing Jewelry Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| |
|---|
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been performed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | West - Patrol | PDW 2nd |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| BOILY | STEPHEN | 0915 | 01/11/2015 | | Incident Report Page 1 OF 3 |

DEMPSEY 1407

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| Page 2 of 3 | | ROCHESTER POLICE DEPARTMENT<br>INCIDENT REPORT | 2015-00007872 |
|---|---|---|---|

## ADD'TL OFFENSE

| | | | |
|---|---|---|---|
| Statute - | Attempt/Commit - | Counts - | |
| Description - | | | |
| Location | | Weapon | |
| Larceny Type | | Aggravated Assault Circumstances | Gang Related / Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

## VICTIM #2

| | | |
|---|---|---|
| Victim Type | Victim Name (Last, First, Middle) | |
| Address | Date of Birth / Age / Sex / Race / Ethnicity | Residence Status |
| City State Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) | |
| Telephone / Level of Injury | Type of Injury | Medical Treatment |

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Trenton, Jennifer | | F | W | N | ███████ | ███████ |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| | | |
|---|---|---|
| Type - | Suspect Name (Last, First, Middle) | Nickname |
| Address | Date of Birth / Age / Sex / Race / Ethnicity | MoRIS / JCR # |
| Height / Weight / Hair Color / Hair Length / Eye Color / Glasses / Complexion / Build / Facial Hair | Gang Affiliation | |
| Clothing, Jewelry, Distinguishing Features | Offender Condition / Scars, Marks, Tattoos | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Item Type and Description | | | Color |
| Quanity | Unit of Measure | Measurement Source | Drug Type |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Item Type and Description | | | Color |
| Quanity | Unit of Measure | Measurement Source | Drug Type |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| Caliber | Capacity | Type | Action | Serial Number |
| Description | | | | Recovery Date |

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| State | Plate Number | VIN # | Recovery Date | | |
| Additional Description | | | | | |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| BOILY    STEPHEN | 0915 | 01/11/2015 | |

Incident Report  Page 2 OF 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

DEMPSEY 1408

| Page 3 of 3 | ROCHESTER POLICE DEPARTMENT | 2015-00007872 |
| --- | --- | --- |
| | INCIDENT REPORT | |

**NARRATIVE**

Officers responded to location for an in progress domestic. During the 911 call, W(Tubbs) stated that her pitbull dog had gotten loose and was outside somewhere and was aggressive. Upon officers arrival, Ws (Tubbs and Minor were outside of the house, in the driveway speaking to officers when the dog ran from the backyard towards the officers. The dog was aggressive, growling and showing its hackles. The dog then attempted to bite RP. RP then fired two rounds almost straight down towards the ground, striking the dog twice. RP used her department issues firearm, serial number UBR657, Glock 21, 45 cal. RP's backstop was a paved driveway and an unoccupied vehicle. Animal control responded and took custody of the dog after photos were taken. RP completed the domestic investigation and then went to the RPD academy to clean her gun and acquire new rounds. Depos were taken from W's (Tubbs and Minor). RO notified PSS via email and phone.

| Reporting Officer | IBM # | Date | Reviewed By |
| --- | --- | --- | --- |
| BOILY          STEPHEN | 0915 | 01/11/2015 | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

DEMPSEY 1409

| Page 1 of 3 | **ROCHESTER POLICE DEPARTMENT** INCIDENT REPORT | CR # **2015-00012001** |
|---|---|---|

## DETAIL

| Incident Type **IR- Non-Criminal Incident** | Report Date 1/16/2015 | Report Time 11:24 | Date From 01/16/2015 | Time From 11:24 | Date To 01/16/2015 | Time To 11:34 |
|---|---|---|---|---|---|---|

Incident Address **123 Trafalgar ST**   PSA **53**   Campus Code

Violent Crime Context

## OFFENSES

Statute -   Attempt/Commit -   Counts -

Description -

| Location | | Weapon |
|---|---|---|
| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

Statute -   Attempt/Commit -   Counts -

Description -

| Location | | Weapon |
|---|---|---|
| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

City State Zip   Victim/Offender Relationship (Offender Name, DOB, Relationship)

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Perrone, Joseph | | | | | | |
| PK | Ross, Jay | | M | W | N | | |
| PK | Randolph, Hank | | M | B | N | 123 Trafalgar ST Rochester, NY | |

## SUSPECT / MISSING PER

Type -   Suspect Name (Last, First, Middle)   Nickname

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |

Clothing, Jewelry, Distinguishing Features   Offender Condition   Scars, Marks, Tattoos

Mothers Maiden Name   Place of Birth   School Name / ID #

## INVESTIGATION

Modus Operandi

| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
|---|---|---|
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status **Not Applicable (non-crime)** | Exceptional Clearance | Assigned Bureau **West - Patrol** | Review Box **PDW 2nd** |
|---|---|---|---|

| Reporting Officer **DAWLEY   STEPHEN** | IBM # **1310** | Date **01/16/2015** | Reviewed By **DAWLEY, STEPHEN J** | Incident Report  Page 1 OF 3 |
|---|---|---|---|---|

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

DEMPSEY 1410

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

| Page 2 of 3 | | 2015-00012001 |
|---|---|---|

## ADDTL OFFENSE

| Statute - | | Attempt/Commit - | Counts - | |
|---|---|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City State Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NI | Strong, Joseph | | M | | | 123 Trafalgar ST Rochester, NY | ▮ |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | McRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | | | Color |
|---|---|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | | | Color |
|---|---|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | | Recovery Date |
|---|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| DAWLEY | STEPHEN | 1310 | 01/16/2015 | DAWLEY, STEPHEN J |

Incident Report Page 2 OF 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

DEMPSEY 1411

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2015-00012001**

Officer Perrone (RP) was dispatched to 123 Trafalgar St to investigate the possible burglary in progress, a neighbor, Ross (PK1) observed both doors to the house wide open and thought it was suspicious. Upon arrival, Officer Perrone did observe the doors to the residence open, and then approached the location to investigate. As Officer Perrone walked onto the porch, then toward the open exterior door, he initiated his entry into the house, the interior door was also open. Before he entered the house, a large dog (pitbull) did charge him from the interior of the house. The dog was moving quickly, acting aggressively with teeth bared and focus on Officer Perrone. Officer Perrone backstepped onto the porch and fired three rounds from his issued weapon/handgun toward the aggressive animal. All three rounds entered the dog, the dog did cease the hostile and aggressive behavior.

Officer Perrone was not injured, no damage was done to the residence. Randolph (PK2), resident of 123 Trafalgar St did verify that there were no injuries or damage with exception of the dog. The dog was found to belong to the homeowner of 123 Trafalgar St, Strong (PK3), whom Randolph resides with. Animal Control 3805 responded and spoke to Strong via phone, then took custody of the animal. The dog was still alive at time of report. Technician 6862 responded and took photos and collected one casing, which was all that could be found. Randolph told Officers that the doors do not close properly and there was no burglary.

Officer Perrone's Department issued sidearm used in this incident is a Glock Model 21, .45 caliber with a blue/black finish with serial number UBR631.

**NARRATIVE**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| DAWLEY | STEPHEN | 1310 | 01/16/2015 | DAWLEY, STEPHEN J |

Incident Report  Page 3 OF 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

DEMPSEY 1412

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 2

CR # 2015-00033923

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 02/12/2015 | 21:16 | 02/12/2015 | 21:16 | 02/12/2015 | 21:16 |

**DETAIL**

Incident Address: 948 Culver ROAD

PSA: 26  Campus Code

Violent Crime Context

**OFFENSES**

Statute - Attempt/Commit - Counts -
Description -
Location / Weapon
Larceny Type / Aggravated Assault Circumstances / Gang Related / Computer
Bias Type / Entry Point / Method of Entry / # of Premises Entered

Statute - Attempt/Commit - Counts -
Description -
Location / Weapon
Larceny Type / Aggravated Assault Circumstances / Gang Related / Computer
Bias Type / Entry Point / Method of Entry / # of Premises Entered

**VICTIM**

Victim Type / Victim Name (Last, First, Middle)
Address / Date of Birth / Age / Sex / Race / Ethnicity / Residence Status
City State Zip / Victim/Offender Relationship (Offender Name, DOB, Relationship)
Telephone / Level of Injury / Type of Injury / Medical Treatment

**PERSONS**

R = Reporting Person  W = Witness  PK = Person w/Knowledge  NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Resnick, Jayme, P | | M | W | | 948 Culver ROAD Rochester, NY | |
| PK | Cordello, Michelle | | F | W | | 948 Culver ROAD 4 Rochester, NY | |

**SUSPECT / MISSING PER**

Type - / Suspect Name (Last, First, Middle) / Nickname
Address / Date of Birth / Age / Sex / Race / Ethnicity / MoRIS / JCR #
Height / Weight / Hair Color / Hair Length / Eye Color / Glasses / Complexion / Build / Facial Hair / Gang Affiliation
Clothing, Jewelry, Distinguishing Features / Offender Condition / Scars, Marks, Tattoos
Mothers Maiden Name / Place of Birth / School Name / ID #

**INVESTIGATION**

Modus Operandi

01. Witness to the offense?
02. Surveillance footage of event?
03. Can a suspect be named?
04. Can a suspect be located?
05. Can a suspect be described?
06. Can a suspect be identified?
07. Can a suspect vehicle be identified?
08. Is stolen property traceable?
09. Is there significant Modus Operandi present?
10. Is there significant physical evidence present?
11. Has evidence tech work been performed?
12. Preliminary investigation NOT completed?

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | K9 | PDE 3rd |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| PANCOE TIMOTHY | 2082 | 02/12/2015 | PANCOE, TIMOTHY D | Incident Report Page 1 OF 2 |

DEMPSEY 1413

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**NARRATIVE**

On February 12th 2014 at approximately 2053 hrs officers responded to 1004 Culver Rd for a report of a robbery at the Family Dollar Store. Of sum and substance the suspect of the robbery passed a note claiming he had a gun and demanding the cashier hand over money from the register (CR 15-033903). A perimeter was set up to contain the suspect who fled on foot and K-9 was called to the scene to start a track of the suspect. The weather conditions were cold and blustery, the temperature was approximately 5 degrees and it was blowing snow. The lighting conditions were dark with ambient city lighting. Officers on the K-9 track included officers Cuyler Mooney, Paul Helfer and Michael Collins who were all in full uniform. The track lead south from 1004 Culver and then into the back yard of 948 Culver Rd. Once toward the rear of the residence a male pitt terrier emerged from the pet door into the yard and there was a confrontation between the terrier and the police K-9. Officer Mooney made attempts to kick the terrier free of his dog without success. Officer Mooney then engaged the dog with his .45 caliber Glock 21 service weapon, S/N UBS688 with 4 rounds of service ammunition, striking the terrier once in the flesh portion of its ear. This alarmed the dog who returned into the residence. The backdrop of the 4 rounds was into the ground.

The dog struck is named Papi and as mentioned he is a male pitt terrier. The dog is registered and has a tag ID# of 001052. The dog's injuries did not appear to be substantial to the point where it would be potentially life threatening as it was an in and through flesh wound to the ear. As such the dog was retained by its owner to seek veterinarian care. I spoke with the dog's owner, Jayme Resnick, in regards to the incident.

Technician Rice, 6843, responded. Only 1 casing was located and collected due to the approximate 1-2' of snow.

PSS notified by Lt. Koehn.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| PANCOE | TIMOTHY | 2082 | 02/12/2015 | PANCOE, TIMOTHY D |

Incident Report Page 2 OF 2

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novaPDF.com)

DEMPSEY 1414

2015-01135

| Page 1 of 2 | ROCHESTER POLICE DEPARTMENT INCIDENT REPORT | CR # 2015-00047252 |
|---|---|---|

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 02/28/2015 | 17:48 | 2/28/2015 | 17:48 | 02/28/2015 | 17:48 |

| Incident Address | | PSA | Campus Code |
|---|---|---|---|
| 124 Cragg ROAD | | 27 | |

Violent Crime Context

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| Individual-I | Girolamo, Jennifer |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| 124 Cragg ROAD | | | F | W | N | Resident |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| Rochester, NY 14616 | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| | Not Reported | None | Not Treated |

**PERSONS**

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| RP | Cunningham, Curtis | | M | B | N | | |
| W | Least, Jon | | M | W | N | | |

**SUSPECT / MISSING PERSON**

| Type - | Suspect Name (Last, First, Middle) | | | | | | Nickname | |
|---|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | NYSIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
|---|---|---|
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | East - Patrol | PDE 3rd |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| CLARK    COREY | 1459 | 02/28/2015 | CLARK  COREY M |

DEMPSEY 1415

Page 2 of 2

## ROCHESTER POLICE DEPARTMENT
### INCIDENT REPORT

CR #
**2015-00047252**

**NARRATIVE**

On 02/28/2015 Officers Curtis Cunningham 1825 and Jon Least 1472 were working a Wanted Board detail in uniform and driving a marked patrol vehicle. At around 1748 officers Cunningham and Least responded to 124 Cragg Rd in an attempt to locate Jennifer Girolamo ▮▮▮▮ who was wanted by the ECU unit for Grand Larceny 2nd and Falsifying Business Records in the Second Degree. Upon arrival at 124 Cragg Rd it was still light outside but starting to get dark. Officers Least went up three stairs to the side door of the location. The side door is located up three brick steps to a landing about 4 feet by 4 feet with a metal railing wrapped around it. The side door had a screen door and a main door. The screen door opened in a way that when opened it goes towards the railing. There was a three foot high snow bank around the driveway and entrance to the stairs. Officer Least knocked on the door while Ofc Cunningham stood below the steps.

Jennifer Girolamo came to the door and as she opened the side screen door to talk with Officer Least her 2 year old brown Pit bull came out the door and started to charge towards Ofc. Cunningham. Officer Cunningham attempted to back petal away from the dog and as he did he fell into the snowbank on his back. The pit bull kept coming towards Officer Cunningham in an aggressive manner. While on his back Officer Cunningham was able to draw his department issued Semi- Automatic Glock 21 generation 2 .45 caliber hand gun with serial number UBR870, containing 13 rounds of department issued Federal Ammunition, from his department issued holster.

Officer Cunningham fired three round at the pit bull with all three striking the dog. One shot to the dogs head and two shots to the dogs upper back. The back drop for the shots where the brick steps in a downward motion. All three shots stopped inside of the pit bull.

The dog owner Jennifer Girolamo witnessed the whole event. She was also taken into custody for her charges.

Greece Police Departments A/LT Charles St. John responded to the scene as well as Greece Officer Jose Rodriguez. See their report CR #15-012885. Officer Cunningham had stated to Greece officers that he believed he had fired four shots. But on counting his rounds back at the East Division Office discovered he had only fired three shots.

3rd Platoon Lt Waldo notified by Sgt Clark

PSS Lt Callari Notified by Sgt Clark

Per request of the dog owner Greece Animal Control Officer Hondorf took custody of the deceased dog.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| CLARK | COREY | 1459 | 02/28/2015 | CLARK, COREY M. |

DEMPSEY 1416

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 2

**2015-00048886**

| | |
|---|---|
| **DETAIL** | |

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 03/02/2015 | 12:08 | 03/02/2015 | 12:08 | 03/02/2015 | 12:08 |

| Incident Address | PSA | Campus Code |
|---|---|---|
| 73 Weld ST 3 | 28 | |

Violent Crime Context

### OFFENSES

Statute -    Attempt/Commit -    Counts -

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

Statute -    Attempt/Commit -    Counts -

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 12. Preliminary investigation NOT completed? |
| 05. Can a suspect be described? | |
| 06. Can a suspect be identified? | |
| 07. Can a suspect vehicle be identified? | |
| 08. Is stolen property traceable? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | SIS | PSS |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| | | 03/02/2015 | | DEMPSEY 1417 |

Case 6:19-cv-06780-EAW-MWP   Document 98-27   Filed 09/09/24   Page 2

R/Sgt was supervising the execution of a narcotics search warrant at the above location. Location was active in marijuana sales and Officer Goodfriend and Inv███████ had a search warrant for same signed by Judge Argento. Members of ESNT made entry into the location via the front door. One of thge two suspects was taken into custody right away in a room  Inv███████████ was assigned the shotgun. Upon making entry it opened into a living room and straight back into the kitchen. Off of the kitchen were stairs that led to the basement. We immediately cleared the living room and as we made entry into the kitchen a large pit pull charged at us. Inv█████ fired one round of buck shot from the shot gun striking said dog. The dog then retreated to the basement. We went to clear the basement and as we did one of the suspects ran up the stairs and into the kitchen where he was taken into custody without incident. Inv███████ continued to the basement and went down the stairs with Officer█████behind him. Inv██████went down the stairs and to the left. As Officer████was going down the steps the dog came out from behind the steps and ran a short distance into the basement then turned around and began charging at Officer████  Officer████fired 2 rounds from his service pistol striking the dog and it then retreated into a corner in the basement. Inv██████then moved in on the dog and it again charged him and Inv██████fired another round of buck shot from the shotgun again striking the dog. At this point the dog finally went down.  It was still attempting to come at the officers and at this point Inv██████fired one more round of buck shot into the dog. At this point the dog was deceased. Photos were taken by Inv██████and all rounds were collected and turned into the property clerks office. I notified Lt.██████who in turn notified Lt. Callari of PSS.

Nature of incident:  Search warrant
Lighting:  cloudy and 20 degrees
Both members on duty and in SIS black and yellow raid gear
Turner weapon:  Remington 870 Shotgun Serial #AB07933M
Paz weapon: Glock .45 Model 21 Serial #USBS708
All weapons department issued and fully loaded with above described ammunition.
Members present: Sgt█████ Inv██████, Inv████, Officer███, Officer██████████████, Inv
██████.  Uniform perimeter were officers Lisle, Goodfriend, Least and Cunningham.

| Reporting Officer | IBM # | Date 03/02/2015 | Reviewed By |

☒ EVIDENCE
☐ SAFEKEEPING
☐ DESTROY

**ROCHESTER POLICE DEPARTMENT PROPERTY CUSTODY REPORT**

PAGE 1 of 1

| | |
|---|---|
| 1. PROPERTY RETURNED TO OR VERIFIED BY NAME | 2. ORIGINAL CR# 15048886 |
| DATE / TIME: | RECEIVER'S SIGNATURE: |
| | WORKING CR# |

| 3. LOT # | 4. LOCATION PROPERTY FOUND 73 Weld Street | 5. DATE/TIME OF CUSTODY 03/02/15   1203 |

**6. PROPERTY CLERK NAME:**   DATE/TIME RECV'D

7.
☐ VICTIM   NAME
☐ OWNER   ADDRESS:
☐ FINDER   PHONE: DAY _____ EVE _____
☐ FINDER IS THE "CITY OF ROCHESTER"

**8. EMPLOYEE WHO TURNED IN PROPERTY:**
NAME  W. Spath   ID# Sgt.   SECTION: SIS

**9. EMPLOYEE WHO TOOK CUSTODY**
NAME.   ID#   SECTION:

11.
☐ ARRESTEE   NAME:
ADDRESS:
PHONE: DAY _____ EVE _____
DOB _____   MoRIS # _____
DOES ARRESTEE OWN THE PROPERTY LISTED BELOW?  ☐ YES  ☐ NO

**10. CASE COORDINATOR**
NAME   ID#   SECTION:

**12.**
CASH: COMPLETE REVERSE SIDE OF PAGE:
☐ DEPOSIT
☐ HOLD - EVIDENCE
☐ SEIZURE FUNDS
TOTAL  $0.00

**13.**
LAB REQUEST: ☐ YES  ☐ NO
☐ TECHNICIAN WILL TAKE TO THE LAB

**14.**
MOST SERIOUS OFFENSE:
☐ CLASS A FELONY  ☐ OTHER FELONY  ☐ MISDEMEANOR  ☐ VIOLATION

**15.**
COMMENTS:  ITEMS RECOVERED FROM DOG BEING SHOT DURING THE EXECUTION OF A COURT AUTHORIZED SEARCH WARRANT.

**PROPERTY TYPE USE CODES:**
A =AMMO B=BIKES  C=CLOTHING  D=DRUGS  E=ELECTRIC EQUIP.  F=FIREWORKS
G=GUNS  H=HOUSEHOLD/OFFICE FURNIT.  I= DWI TAPES  J=JEWELRY
K=KNIFE, OTHER "WEAPON"  L= LICENSE PLATES  M=MONEY  P=PERISHABLES
R=RAPE KIT  S=SAMPLES  T=TOOLS X=CAR/BLDG PARTS  Z=MISC.

PROPERTY DESCRIPTION AREA: NUMBER EACH ITEM THEN ACCURATELY DESCRIBE EACH ITEM IF CASH USE ADDENDUM FORM ON REVERSE SIDE. USE PROPERTY ADDENDUM FORM IF MORE SPACE IS NEEDED.
FIREARMS-INCLUDE CALIBER, BARREL LENGTH, FINISH, CAPACITY.

**16 PROPERTY DESCRIPTION**

| ITEM# | TYPE | QNTY | NYSPIN (Y/N) CK HIT | VALUE | ACCURATELY DESCRIBE PROPERTY: USE AS MANY LINES AS NEEDED, INCLUDE MAKE, MODEL, COLOR, SIZE, IDENTIFYING MARKS. | SERIAL # OR TAMPER EVIDENT BAG # |
|---|---|---|---|---|---|---|
| 1 | 3 | | | < $100 / $100-$499 / $500-$4999 / >$5000 | RECOVERED SHOTGUN SHELLS | A0120351 |
| 2 | 2 | | | < $100 / $100-$499 / $500-$4999 / >$5000 | RECOVERED .45 AMMO CASINGS | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |

RPD 1217 REV 6/99

GO 450

LOT #
PROPERTY CLERK - 1

DEMPSEY 1419

| Page 1 of 3 | | **ROCHESTER POLICE DEPARTMENT**<br>**INCIDENT REPORT** | CR #<br>**2015-00075296** |
|---|---|---|---|

## DETAIL

| Incident Type<br>**IR- Non-Criminal Incident** | Report Date<br>**04/01/2015** | Report Time<br>**16:12** | Date From<br>**04/01/2015** | Time From<br>**16:12** | Date To<br>**04/01/2015** | Time To<br>**16:28** |
|---|---|---|---|---|---|---|

| Incident Address<br>**72 Council ST** | | PSA<br>**28** | Campus Code |
|---|---|---|---|

Violent Crime Context

## OFFENSES

| Statute · | Attempt/Commit · | Counts · |
|---|---|---|

Description ·

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute · | Attempt/Commit · | Counts · |
|---|---|---|

Description ·

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship   (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Page, Cynthia | | F | | | 72 Council ST Rochester, NY | |
| W | smith, demetrius | | M | B | N | 72 Council ST Rochester, NY | |
| W | paige, johnie | | M | B | N | 72 Council ST Rochester, NY | |

## SUSPECT / MISSING PER

| Type · | Suspect Name (Last, First, Middle) | | | | | Nickname |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
|---|---|---|
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status<br>**Not Applicable (non-crime)** | Exceptional Clearance | Assigned Bureau<br>**East - Patrol** | Review Box<br>**PDE 3rd** |
|---|---|---|---|

| Reporting Officer<br>**PANCOE       TIMOTHY** | IBM #<br>**2082** | Date<br>**04/01/2015** | Reviewed By<br>**PANCOE, TIMOTHY D** |
|---|---|---|---|

Incident Report, Page 1 OF 3

DEMPSEY 1420

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 2 of 3

2015-00075296

## ADD'TL OFFENSE

| Statute · | | Attempt/Commit · | | Counts · | |
|---|---|---|---|---|---|
| Description · | | | | | |
| Location | | | | Weapon | |

| Larceny Type | | Aggravated Assault Circumstances | | Gang Related | Computer |
|---|---|---|---|---|---|

| Bias Type | | Entry Point | | Method of Entry | | # of Premises Entered |
|---|---|---|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City State Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | |
| Telephone | Level of Injury | Type of Injury | | Medical Treatment | | | |

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | barkley, james | | M | B | N | 72 Council St Rochester, NY | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type · | Suspect Name (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | Offender Condition | | Scars, Marks, Tattoos | |

## PROPERTY

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| Item Type and Description | | | | | | Color |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |

## PROPERTY

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| Item Type and Description | | | | | | Color |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |

## FIREARM

| Firearm Property Code | | Firearm Value | Make | | Model | | Finish |
|---|---|---|---|---|---|---|---|
| Caliber | Capacity | Type | | Action | | Serial Number | |
| Description | | | | | | | Recovery Date |

## VEHICLE

| Vehicle Status | | Year | Make | | Model | | Style | Color |
|---|---|---|---|---|---|---|---|---|
| State | Plate Number | | VIN # | | | | Recovery Date | |
| Additional Description | | | | | | | | |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| PANCOE | TIMOTHY | 2082 | 04/01/2015 | PANCOE, TIMOTHY D | |

DEMPSEY 1421

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Case 6:19-cv-06780-EAW-MWP   Document 98-27   Filed 09/09/24   Page 54 of 162

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
**2015-00075296**

**NARRATIVE**

On April 1st 2015 at approximately 1612 hours RO's Goodfriend, Lisle and Laureano responded to the area of 72 Council st to assist with animal control (3808 Ames) for a report of an aggressive pitt bull terrier in front yard of the residence. Upon arrival officers met with (W) Demetrius Smith who informed officers that the dog had bit him just prior to their arrival and the day before, (W) Smith did not request medical attention for minor.

Officers first observed the terrier towards the rear of 72 Council St in an aggressive forward stance near the 2/3 corner of the house. The dog started to aggressively move towards Officer Laureano who was standing next to animal control. Officer Laureano engaged the dog with 2 rounds of issued service ammunition from his .45 caliber Glock 21 service weapon, S/N UBR856. Both rounds missed the dog and the backstop of the rounds was an area near the corner of the house covered in high weeds, brush and a tree stump.

This alarmed the dog who went around the rear of the house and up the 4 side of the residence. Officers Lisle and Goodfriend were standing here and again, the dog approached them growling aggressively. The officers put together a quick barrier between them and the dog using boards and a trash can. Animal control came around the 3/4 corner of the residence so Officer Lisle drew his taser and deployed a taser option into the dog, striking its torso with 1 prong only. This alarmed the dog who backed up a few feet into the corner of a fence. At this point animal control applied a device around the dog and was able to secure the dog in their vehicle.

Technician Ferguson responded to the scene to collect the 2 casings and take photographs. All listed (W)'s observed the incident and can be reached by phone.

PSS notified by Lt. Zenelovic.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| PANCOE | TIMOTHY | 2082 | 04/01/2015 | PANCOE, TIMOTHY D |

DEMPSEY 1422

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

## Rochester Police Department
## Supporting Deposition
### RPD 1270

CR# 15 - 675296

PAGE __1__ OF __1__

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. ___N/A___
   **DEFENDANT'S/RESPONDENT'S NAME**        ___N/A___
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

2. _____
   **DEFENDANT'S/RESPONDENT'S NAME**        _____
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

3. _____
   **DEFENDANT'S/RESPONDENT'S NAME**        _____
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

CHARGED WITH ALLEGED OFFENSES, TO WIT:

___Demetrius Smith___          ███████          ___72 Council st; no phone___
**DEPONENT'S NAME**       **DATE OF BIRTH**       **DEPONENT'S ADDRESS AND PHONE NUMBER**

DEPONENT DEPOSES AND SAYS:

My name is Demetrius Smith and I Live at 72 council st.
On both 3/31/15 and 4/1/15 I got bit, while in my side yard, by
a stray pitt bull. I called 911 and the cops showed up.
The dog tried to attack an officer and he fired 2 times.
He missed! They then tased him and got him tied down.
They did a good job and were glad that dangerous dog
is gone. D. S.

Please attach to
incident report.
thanks you,
Pance

NOTICE: FALSE STATEMENTS MADE HEREIN A_____OR PURSUANT TO
SECTION 210.45 OF THE NEW YORK STATE PE_____

X ___Demetrius Smith___   4/2/          _____   ░▒▓
**DEPONENT'S SIGNATURE**   **DATE**        WITNESS SIGNATURE   **DATE**

RPD 1270                                      REV. 02/03

DEMPSEY 1423

| Page 1 of 3 | | **ROCHESTER POLICE DEPARTMENT** **INCIDENT REPORT** | | 2015-00132677 |
|---|---|---|---|---|

**DETAIL**

| Incident Type | | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | | | 05/29/2015 | 10:56 | 05/29/2015 | 10:56 | 05/29/2015 | 10:56 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 1352 N Clinton  AVE | | 217 | |

Violent Crime Context

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person          W = Witness          PK = Person w/Knowledge          NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Pike, Brad | | M | | | | |
| PK | Romeo, Nick | | M | | | | |
| PK | Santiago, Camilo | | M | W | H | | |

**SUSPECT / MISSING PER**

| Type - S | Suspect Name  (Last, First, Middle) | | | Nickname |
|---|---|---|---|---|
| Arrestee | Travis, Paul, G | | | |

| Address | | | | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | M | B | N | 200403 |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|
| | Apparently Normal | |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| 01. Witness to the offense? | X | 05. Can a suspect be described? | X | 09. Is there significant Modus Operandi present? | |
|---|---|---|---|---|---|
| 02. Surveillance footage of event? | | 06. Can a suspect be identified? | X | 10. Is there significant physical evidence present? | X |
| 03. Can a suspect be named? | X | 07. Can a suspect vehicle be identified? | | 11. Has evidence tech work been perfomed? | X |
| 04. Can a suspect be located? | X | 08. Is stolen property traceable? | | 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Clinton | Clinton 2nd |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| RIVERA | JOHN | 0879 | 05/29/2015 | RIVERA, JOHN J. | DEMPSEY 1424 |

Incident Report  Page 1 OF 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**NARRATIVE**

On 5/29/15 at approximately 1056hrs., I responded to the area of 1352 N. Clinton Ave. to assist (PK) Pike and (PK) Romeo, who were chasing a suspect. Upon arrival, I learned that the two Officers observed a hand to hand drug deal and attempted to detain the suspected dealer, (see Cr# 15-132598 for details).

While fleeing from the Officers, the suspect climbed a six foot picket/chain link fence from a vacant lot, just south of 1352 N. Clinton Ave. The suspect was then attacked by two pit bulls that were in the fenced, rear yard of 1352 N. Clinton Ave. Officers called out that the suspect was being attacked by the dogs. R/Sgt. requested Animal Control to start and the Dispatcher also started Rural/Metro.

The suspect was being attacked to the rear of the house at that location and Officers could not enter the yard safely or get a clear shot at that time to dispatch the dogs. The suspect was able to move closer to where the Officers were, with the dogs still attached to him. (PK) Romeo was able to take a position on the outside of the fenced in yard. In a North/East, downward direction, he fired twice from his issued service pistol, striking the brown pit bull in a safe manner. The brown pit bull detached from the suspect. (PK) Pike was able to position himself facing west, on top of the fence. He was able to shoot one round from his department issued pistol, in a downward direction. The black/white male pit bull was struck. That pit bull also detached from the suspect and ran into the vacant property. Both Officers had a soft dirt ground as their back-drop and were able to address the two dogs without striking the suspect.

The suspect was provided medical attention by Rural/Metro Ambulance Services and transported to Strong Hospital with numerous bites on all of his limbs and torso area. He will be charged with CPCS 3rd.

(PK) Romeo used his department issued Glock 21, Gen4, Serial number UBR525, loaded with Federal Premium Law Enforcement Ammunition. (.45cal. 230gr. HST).

(PK) Pike used his department issued Glock 21, Gen4, Serial number UBR5997, loaded with Federal Premium Law Enforcement Ammunition. (.45cal. 230gr. HST).

Tech 280b, Officer Bushen responded. He took photographs of the scene and collected three spent casing.

Animal Control Officer Greg Emerick responded to the scene and collected the two live pitbulls. He spoke with the owner of the pitbulls, (PK) Santiago and gave instruction on what needed to be done. He then transported the dogs to Animal Services on Verona St.

The weather was clear and sunny at the time of the incident.

R/Sgt. spoke with Lt. Shaw of NSC and learned the current owners of the location to be, Tran Quan and Le Thuy of ████████████████████ The owners do not have a current phone number listed. The location has been vacant for the last three years but has no points on record. Off. Decocq from NSC will assign a building inspector to address any violations with the current owners.

Captain Brown was on scene and notified PSS.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **RIVERA** | **JOHN** | **0879** | **05/29/2015** | **RIVERA, JOHN J.** |

DEMPSEY 1425

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Case 6:13-cv-06780-EAW-MWP   Document 93-27   Filed 09/09/24   Page 58 of 162

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
2015-001677

**NARRATIVE**

Deputy Chief Harris was on scene and notified Chief Ciminelli.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| RIVERA | JOHN | 0879 | 05/29/2015 | RIVERA, JOHN J. |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**Page 1 of 4**

**CR #** 2015-00138082

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 06/03/2015 | 20:01 | 06/03/2015 | 20:01 | 06/03/2015 | 20:01 |

Incident Address: 615 Genesee ST

Beat: 253

Campus Code:

Violent Crime Context:

**OFFENSES**

Statute -   Attempt/Commit -   Counts -

Description -

Location   Weapon

Larceny Type   Aggravated Assault Circumstances   Gang Related   Computer

Bias Type   Entry Point   Method of Entry   # of Premises Entered

Statute -   Attempt/Commit -   Counts -

Description -

Location   Weapon

Larceny Type   Aggravated Assault Circumstances   Gang Related   Computer

Bias Type   Entry Point   Method of Entry   # of Premises Entered

**VICTIM**

Victim Type   Victim Name (Last, First, Middle)

Address   Date of Birth   Age   Sex   Race   Ethnicity   Residence Status

City State Zip   Victim/Offender Relationship   (Offender Name, DOB, Relationship)

Telephone   Level of Injury   Type of Injury   Medical Treatment

**PERSONS**

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Sanchez, Veronica | | F | W | H | | |
| W | Findley, Gregory | | M | B | N | | |
| W | Lynch, Mark | | M | B | N | | |

**SUSPECT / MISSING PER**

Type -   Suspect Name (Last, First, Middle)   Nickname

Address   Date of Birth   Age   Sex   Race   Ethnicity   MoRIS / JCR #

Height   Weight   Hair Color   Hair Length   Eye Color   Glasses   Complexion   Build   Facial Hair   Gang Affiliation

Clothing, Jewelry, Distinguishing Features   Offender Condition   Scars, Marks, Tattoos

Mothers Maiden Name   Place of Birth   School Name / ID #

**INVESTIGATION**

Modus Operandi

01. Witness to the offense?
02. Surveillance footage of event?
03. Can a suspect be named?
04. Can a suspect be located?
05. Can a suspect be described?
06. Can a suspect be identified?
07. Can a suspect vehicle be identified?
08. Is stolen property traceable?
09. Is there significant Modus Operandi present?
10. Is there significant physical evidence present?
11. Has evidence tech work been performed?
12. Preliminary investigation NOT completed?

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Genesee | Genesee 3rd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| BELLO | GREGORY | 1950 | 06/03/2015 | |

Incident Record Page 1 OF 1

DEMPSEY 1427

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

2015-00138082

**ADDT'L OFFENSE**

| Statute - | | Attempt/Commit - | | Counts - | | | |
|---|---|---|---|---|---|---|---|

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person      W = Witness      PK = Person w/Knowledge      NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Bell, Armond | | M | B | N | | |
| W | Shaw, Tyrone | | M | B | N | | |
| PK | Hall, Larue | | M | B | N | | |

**SUSPECT #2**

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | | | Color |
|---|---|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | | | Color |
|---|---|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | | Recovery Date |
|---|---|---|

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| BELLO | GREGORY | 1950 | 06/03/2015 | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**ROCHESTER POLICE DEPARTMENT**
INCIDENT REPORT

Page 3 of 4

CR #
**2015-00138082**

On 6/3/15 at 2001hrs, Ofc's Sanchez and Findley were inside of 642 Genesee St investigating a 911 call for the report of a family trouble. While inside the location, they heard people yelling and screaming from outside of the house. Upon exiting the house to see what the commotion was, people outside alerted Ofc's Sanchez and Findley that there was a loose dog chasing people on Magnolia St. They began looking around the area and Ofc Sanchez observed the dog in the middle of Genesee St, near the intersection of Magnolia. She yelled "dog" to alert Ofc Findley of the situation at which time the dog began running towards her in an aggressive manor (teeth showing, barking, and growling). Ofc Sanchez attempted to run behind a garbage can to get cover from the dog and when the dog was approximately 10ft away from her, she discharged her department issued handgun at the dog. Ofc Sanchez stated that she fired 2 rounds at the dog, noticed the dog was still charging, and then fired a 3rd. The dog was struck once in the rear left leg. The dog turned away from her and fled into the yard of 615 Genesee St. Ofc's Findley and Sanchez were then able to keep the dog in the yard until Animal Control Officer Emerick arrived. Due to the aggression of the dog, Animal Control Officer Emerick was not able to secure the dog and waited for the owner (PK Hall) to arrive and secure it.

The lighting at the time was dusk and the weather was clear and dry.

Ofc's Sanchez and Findley were both on duty and in uniform.

Officer Sanchez utilized her department issued Glock 21 semi-automatic pistol (S/N UBS735) which was loaded with 13 rounds in the magazine and 1 in the chamber. The firearm was loaded with department issued Federal HST ammunition and drawn from a Safariland issued holster.

The owner of the dog, (PK Hall), was notified by neighbors and responded to the scene. (PK Hall) stated that he was recently given the dog by his son for protection and that he had tied the dog up within the fenced in back yard. It is unknown how the dog would have escaped being tied up. The dog was able to exit the fenced yard via a gate over the driveway which had sufficient clearance for the dog to crawl under. Following the shooting, the dog went back into the fenced yard via crawling under this gate. (PK Hall) secured the dog inside the house and stated that he would seek medical care for the dog. Animal Control Officer Emerick stated he was not issued any tickets tonight and that he would be following up with (PK Hall) in regards to any violations.

The other witnesses listed confirmed that the dog was aggressively chasing people in the street and then aggressively charged at Ofc Sanchez. They did not want to give depositions to what they witnessed. There were no cameras visible in the area.

Shot Spotter detected 2 rounds.

Ofc Sanchez fired the 3 rounds from the sidewalk in front of 637 Genesee St. All 3 casings were located in the street. Ofc Sanchez stated that she fired at the dog in a downward direction with a backdrop of the grass yard. What appeared to be 2 bullet strikes were located in the grass near the casings. Of note, there was 1 bullet strike found to a front window of the vacant house at 637 Genesee St. Based on where Ofc Sanchez stated she was standing and where the casings were located, and the location of the damage, it does not appear possible for the damage to have been from this incident.

Technician's Ferguson and Gotham responded and processed the scene.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| BELLO | GREGORY | 1950 | 06/03/2015 | |

Incident Report, Page 3 OF 4

DEMPSEY 1429

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
**2015-00138082**

Capt Wiater (410) and Lt Simmons (PSS) notified.

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| BELLO | GREGORY | 1950 | 06/03/2015 | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| 1. OFFENSE OR INCIDENT | | | 2 DAY OF WEEK | 3 MON | 4 DAY | 5. YEAR | 6. TIME RECD | 7. ARRIVAL TIME | 8 ORIGINAL CR # |
|---|---|---|---|---|---|---|---|---|---|
| Dog Shot | | | Wed | 6 | 3 | 2008 | 2028 | 2028 | 15-138082 |

| 9. LOCATION | 10. WEATHER CONDITIONS | 11 WORKING CR # |
|---|---|---|
| 637 Genesee St. | Clear | |

| 12. INVESTIGATING OFFICERS | | 13. CAR # | 14. AT SCENE | 15 SECTION |
|---|---|---|---|---|
| Sgt. Bello | | 123 C | YES ☒ NO ☐ | 3 |

| 16 VICTIM/FIRM NAME | 17 SEX | 18 DOB | 19 ADDRESS | 20 PHONE |
|---|---|---|---|---|
| | | / / | | |

| 21. PHOTOGRAPH | 22 | 23. PHOTOS BY |
|---|---|---|
| YES ☒ NO ☐ | COLOR ☒ OTHER Digital | B. Gotham |

| 24. PACK # | 25. NEG. | 26. TIME | 27 ITEM PHOTOGRAPHED/LOCATION | 28. DIR |
|---|---|---|---|---|
| 338 | 36 | 2030 | Start | |
| | 37-38 | | Loc photos - 637 Genesee St. | |
| | 39-53 | | O/A, M/R, and C/U of markers #1 - #3 - casings | |
| | 54-55 | ⌄ | O/A and M/R of location from where dog emerged | |
| | 56-58 | 2037 | Loc photos - 615 Genesee St. | |
| | 59-60 | 2051 | Loc photos - 637 Genesee St. | |
| | 61-64 | | O/A and C/U of strike to front window of 637 Genesee St. | |
| | 65-67 | | O/A and C/U of strike to ground in front of 647 Genesee St. | |
| | 68-69 | ⌄ | Loc photos - 623 Genesee St. | |
| ⌄ | 70-72 | 2054 | O/A and C/U of strike to ground in front of 623 Genesee St. | |

1 OF 1 PAGE

**OPERATOR AND VEHICLE INFORMATION**

| 29 OPERATOR | 30 SEX | 31 ADDRESS | 32 YEAR | 33 MAKE | 34 MODEL | 35 COLOR | 36 LICENSE |
|---|---|---|---|---|---|---|---|
| #1 | | | | | | | |
| #2 | | | | | | | |
| #3 | | | | | | | |
| #4 | | | | | | | |

| 37. PROCESSED FOR PRINTS | 38. | 39. ELIMINATIONS |
|---|---|---|
| YES ☒ NO ☐   TOTAL LIFTS 0 | B ☒ W ☐ OTHER Silk | YES ☐ NO ☒ TOTAL ____ |

| 40. | 41 NAME, ADDRESS AND D.O B. OF PERSONS ARRESTED OR SUSPECTED (CIRCLE) |
|---|---|
| FINGER PRINT EVALUATION DATE / / | 1. |
| V ☐ NV ☐ BY _____ | 2. |
| IDENT: | 3 |

| 42. EVIDENCE COLLECTED | 43. SAMPLE | 44. COMPOSITE PREPARED | 45 |
|---|---|---|---|
| YES ☒ NO ☐ | ☐ BLOOD ☐ DNA | YES ☐ NO ☒ FLIER ____ | FOOT L.FTS YES ☐ NO ☒ |
| PROPERTY SHEET LOT # | ☐ OTHER | 46. FIELD SKETCH YES ☐ NO ☒ | 47 CASTS YES ☐ NO ☒ |

**48. UNUSUAL CIRCUMSTANCES - PATTERNS**

I responded to the above location for the dog shot by Patrol. Upon arrival, I was briefed on the incident by Sgt. D. Williams and Sgt. Bello. I took photos of the scene and collected (3) .45 caliber casings in front of 637 Genesee St. I later processed the casings for latent prints with negative results and turned them into the Property Clerk's Office as evidence with the request that they be forwarded to the lab.

I short while later, Sgt. Bello requested that I return to the location as additional evidence had been located. I took photos of a strike to a front window of 637 Genesee St. Per Sgt. Bello, said strike appeared to be old based on the investigation. I also took photos of (2) possible strikes to the ground - (1) in front of 637 Genesee St. and (1) in front of 623 Genesee St.

| 49. REVIEWED BY | ID# | 50. TECHNICIAN | D# | CAR# |
|---|---|---|---|---|
| | | B. Gotham | 1831 | 270 C |

RPD 1201 REV 10/03

GO 457

Print

DEMPSEY 1431

*rochester police department technicians evidence & photo report*

PAGE __1__ of __1__

☐ **SAFEKEEPING**
☐ **DESTROY**

**1.**
PROPERTY RETURNED TO OR VERIFIED BY : NAME _____

DATE/TIME _____    RECEIVER'S
SIGNATURE _____

**2.**
ORIGINAL CR# _15 - 138082_

WORKING CR# _____

**3. LOT #**

**4. LOCATION PROPERTY FOUND**
637 Genesee St.

**5. DATE/TIME OF CUSTODY**
6/3/15   2034 hrs.

**6. PROPERTY CLERK NAME:**        DATE/TIME RECEIVED:

**8. EMPLOYEE WHO TURNED IN PROPERTY:**

NAME: B. Gotham        ID # 1831 SECTION: Tech

**9. EMPLOYEE WHO TOOK CUSTODY**

NAME:        ID #        SECTION:

**10. CASE COORDINATOR:**

NAME: Coordinator        ID #        SECTION: Genesee

**12. CASH: COMPLETE REVERSE SIDE OF PAGE:**
☐ DEPOSIT
☐ HOLD – EVIDENCE
☐ SEIZURE FUNDS

TOTAL _____

**7.**
☐ VICTIM    NAME: _____

☐ OWNER    ADDRESS: _____

☐ FINDER    ZIP CODE: _____

PHONE: DAY _____ EVE _____

☒ FINDER IS THE "CITY OF ROCHESTER"

☐ SUSPECT   NAME: _____

☐ DEFENDANT   ADDRESS: _____

ZIP CODE: _____

PHONE: DAY _____ EVE _____

DOB _____ MoRIS# _____

DOES INDIVIDUAL OWN THE PROPERTY LISTED BELOW? ☐ YES ☐ NO

**13. LAB REQUEST:**
☒ YES, ITEM(S) #: __1__        ☐ NO LAB WORK
☐ TECHNICIAN WILL TAKE TO THE LAB

**14. MOST SERIOUS OFFENSE:**

OFFENSE CODE CLASSIFICATION. _____

☐ CLASS A FELONY  ☐ OTHER FELONY  ☐ MISD.  ☐ VIOL.  ☒ NO CHARGES

**15.**

COMMENTS: Casings recovered after Patrol shot at a dog

_____

_____

_____

**PROPERTY TYPE USE CODES:**
A =AMMO  B=BIKES  C=CLOTHING  D=DRUGS  E=ELECTRIC EQUIP.  F=FIREWORKS
G=GUNS  H=HOUSEHOLD/OFFICE FURNIT.  J=JEWELRY
K=KNIFE, OTHER "WEAPON"  L= LICENSE PLATES  M=MONEY  P=PERISHABLES
R=RAPE KIT  S=SAMPLES  T=TOOLS  X=CAR/BLDG. PARTS  Z=MISC.

**PROPERTY DESCRIPTION AREA: NUMBER EACH ITEM, THEN ACCURATELY
DESCRIBE EACH ITEM. IF CASH, USE ADDENDUM FORM ON REVERSE SIDE.
USE PROPERTY ADDENDUM FORM, IF MORE SPACE IS NEEDED.
FIREARMS-INCLUDE CALIBER, BARREL LENGTH, FINISH, CAPACITY.**

**16. PROPERTY DESCRIPTION**

| ITEM # | TYPE | QNTY | NYSPIN (Y/N) CK HIT | VALUE | ACCURATELY DESCRIBE PROPERTY. USE AS MANY LINES AS NEEDED. INCLUDE MAKE, MODEL, COLOR, SIZE, IDENTIFYING MARKS. | SERIAL # OR TAMPER EVIDENT BAG # |
|---|---|---|---|---|---|---|
| 1 | A | 3 | - - | <$100 $100-$499 $500-$4999 >$5000 | (3)  .45 caliber casings  - 637 Genesee St. | 203 hrs |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | | |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | | |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | | |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | | |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | | |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | | |

RPD 1217 REV 09/05

LOT # _____    **DEMPSEY 1432**   G O 450

**ROCHESTER POLICE DEPARTMENT PROPERTY CUSTODY REPORT**

| Page 1 of 1 | **ROCHESTER POLICE DEPARTMENT** INVESTIGATIVE ACTION REPORT NARRATIVE ONLY | CR # 2015-00144836 |
|---|---|---|

**DETAIL**

| Victims Name (Last First Middle) or Name of Business | Location of Offense | Beat |
|---|---|---|
| City of Rochester | 583 Dewey AVE | 241 |

| Date/Time of Occurrence | Offense / Charge / Incident (Most Recent Classification) |
|---|---|
| 06/10/2015 11:48 | CPCS / CPW3 |

**NARRATIVE**

On 6/10/15, RPD SWAT assisted the Special Investigations Section with the execution of a High Risk Search Warrant at 583 Dewey Ave in relation to a weapons / narcotics investigation. The use of SWAT was requested and approved due to the violent actions of the suspects involved and the high probability of weapons inside the location.

The search warrant was conducted at approximately 1148 hours. Lieutenant███████and Sergeant ████████ served as incident command for the operation. The entry team consisted of Investigator ████████ (Team Leader), Officer███████, Officer████, Officer█████████, Officer█████████,Sgt █████ Officer██████, Officer███████, Officer████, and K9 Officer████████. Sgt█████ Officer█████ and Officer█████conducted a Breach and Hold on the 4 side of the location as a possible secondary entry point. The front main door into the location and the northern side door of the location were damaged due to shotgun and mechanical breaches. Upon entry into the location, a large pit bull did approach the entry team in an aggressive manner and was shot 3 times by Officer ████████ with the RPD / SWAT issued Colt/LWRC M4 Rifle with serial # A0225243. The dog did die upon being struck. During the clearance of the location, the following were taken into custody:

1) Cathy Neal F/B ██████ located in the kitchen, taken into custody by Officer ██████

2) Wilbert Jackson M/B█████located in the 3rd floor attic, taken into custody by Officer ██████/Investigator██████

During the clearance, in plain view was a dark backpack located in the living room by. It was open and appeared to contain packaged narcotics. The backpack was collected by Investigator█████. While clearing the 2nd floor of the location, I located a rifle leaning against the wall near a window in the northeast bedroom. The rifle was in plain view. The rifle was collected by Investigator█████. During the clearance of the attic, Investigator████located a knotted sandwich bag containing suspected cocaine in a crawlspace/hole in wall, which was in plain view. The suspected cocaine was collected by Investigator████████.

(S) Jackson was turned over to Officer█████. During a search, he located American Currency in the right rear pants pocket of Jackson. Investigator█████was informed, photographed the money, the collected it.

Photos of the front door (damage) / rear door (damage) and the dog were taken by RPD Technician. The rifle casings were also collected. See the IAR of Technician for further details.

The scene and suspects were turned over to members of the Special Investigations Section and the Tactical Unit

Command notified of Officer████████service weapon use.

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| ALEXANDER          ERIC | | 06/11/2015 | |

DEMPSEY 1455

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2015-00259826**

**DETAIL**

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| IR - Non-Criminal Incident | | 09/30/2015 | 07:13 | 09/30/2015 | 07:13 | 09/30/2015 | 07:13 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 1521 Culver ROAD | | 205 | |

Violent Crime Context

**OFFENSES**

| Statute | Attempt/Commit | Counts | |
|---|---|---|---|
| Description - | | | |
| Location | | Weapon | |
| Larceny Type | | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

| Statute | Attempt/Commit | Counts | |
|---|---|---|---|
| Description - | | | |
| Location | | Weapon | |
| Larceny Type | | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

**2015-0828**

| Victim Type | Victim Name (Last First Middle) | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City State Zip | | Victim/Offender Relationship (Offender Name DOB Relationship) | | | | | |
| Telephone | Level of Injury | Type of Injury | Medical Treatment | | | | |

**PERSONS**

R - Reporting Person    W - Witness    PK - Person w/Knowledge    NI - Not Interviewed

| Type | Name (Last First Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| PK | Dobosz, Kari | | M | W | N | | |
| W | Casolari, Nicole, M | | F | W | N | 1521 Culver ROAD Rochester, NY | |
| PK | Mandurano, Brandon | | M | W | N | 1521 Culver ROAD Rochester, NY | |

**SUSPECT / MISSING PERSON**

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname | |
|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | Offender Condition | Scars, Marks, Tattoos | |
| Mothers Maiden Name | | Place of Birth | | School Name / ID # | |

**INVESTIGATION**

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Goodman | Goodman 1st |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| LAIOSA | JOSEPH | H180 | 09/30/2015 | LAIOSA JOSEPH | |

DEMPSEY 1434

NARRATIVE

Officers Isaac Armstrong and Bernard McDonald responded for a family trouble at the location. Due to there possibly being firearms involved I told them to hold off entering the house. They set up positions around the house, with Officer Armstrong to the north of the house and Officer McDonald to the south. When the female half of the domestic (Casolari) opened the door their large dog slipped past her and jumped off the porch and charged Officer McDonald. Officer McDonald back-peddled but was trapped between the house of PK-Casolari, the house of PK-Dobosz, and a chain link fence behind him that crossed the driveway at the rear of the two houses. Unable to back up any further Officer McDonald fired one round from his issued Glock 21SF, #UBR845, down towards the dog at close range. If the round had ricocheted the backstop would have been the brick porch foundation. The round struck the dog at the bottom of his left leg, exited, and remained on the driveway. the dog retreated and ran back inside. I responded and saw the dog, who suffered only a superficial injury. Officer Rynders drove PK-Mandurano and the dog to the animal hospital at 825 White Spruce Blvd in Brighton where PK-Mandurano arraigned treatment. I spoke with both PK-Casolari who related that she did not intend to let the dog out, and was very upset, and PK-Dobosz, who heard the shot but did not witness the incident.
Technical Trewer photographed the scene and collected the casing and projectile.
LT Simmons was notified by phone.

| Reporting Officer | | BM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| LAIOSA | JOSEPH | 1180 | 09/30/2015 | LAIOSA, JOSEPH J. | |

DEMPSEY 1435

2015-1029

| | ROCHESTER POLICE DEPARTMENT INCIDENT REPORT | CR # 2015-00321079 |
|---|---|---|

Page 1 of 4

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 12/06/2015 | 18:23 | 12/06/2015 | 18:23 | 12/06/2015 | 18:42 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 6 LANG ST | 217 | |

Violent Crime Context

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | HASPER, JOEL | | M | W | | | |
| W | BERMUDEZ, ALEXIS | | M | W | | | |
| PK | COX, TONY, L | | M | B | N | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi
**Used or Exhibited Gun**

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? [X] |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? [X] |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Clinton | Clinton 3rd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| WEBSTER | MATTHEW | 1482 | 12/06/2015 | |

DEMPSEY 1436

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 2 of 4

CR #
2015-00321079

## ADDT'L OFFENSE

| Statute - | | Attempt/Commit - | | Counts - | | | |
|---|---|---|---|---|---|---|---|
| Description - | | | | | | | |
| Location | | | | | Weapon | | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | | | Victim/Offender Relationship   (Offender Name, DOB, Relationship) | | | | |
| Telephone | Level of Injury | | Type of Injury | | | Medical Treatment | |

## PERSONS

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Colon, Joshua, A | | M | W | H | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | | | | | Nickname | |
|---|---|---|---|---|---|---|---|---|---|
| Address | | | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | | | Offender Condition | | | Scars, Marks, Tattoos | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Evidence** | **Ammunition** | | | |
| Item Type and Description | | | | Color |
| **.45 CAL CASING** | | | | **Silver** |
| Quantity | Unit of Measure | Measurement Source | Drug Type | |
| **1** | **Item(s)** | | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Damaged Vandalized** | **Livestock** | | | |
| Item Type and Description | | | | Color |
| **DEAD 1 1/2 YEAR OLD MALE PITBULL CANINE** | | | | **Gray** |
| Quantity | Unit of Measure | Measurement Source | Drug Type | |
| **1** | **Item(s)** | | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| | | **Glock, Inc. AU** | **21** | **Black** |
| Caliber | Capacity | Type | Action | Serial Number | |
| **45** | **11** | **Pistol** | **Semi-Automatic** | **UBS590** | |
| Description | | | | Recovery Date |
| **DUTY GUN W/ RAIL ATTACHED STREAMLIGHT FLASHLIGHT** | | | | |

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| State | Plate Number | VIN # | | Recovery Date | |
| Additional Description | | | | | |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **WEBSTER** | **MATTHEW** | **1482** | **12/06/2015** | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



## ROCHESTER POLICE DEPARTMENT
### INCIDENT REPORT

Page  3  of  4

CR #
2015-00321079

I RESPONDED TO 6 LANG ST TO ASSIST AT THE REQUEST OF OFFICER BERMUDEZ AND HASPER WHO WERE ON A SUSPA JOB THERE. THE IMMEDIATE AREA OF THIS LOCATION IS WELL KNOWN FOR VICE ACTIVITY AND WEAPONS VIOLENCE. RO'S HAD REQUESTED A SUPV, AC, AND TECH. ON ARRIVAL I OBSERVED A DEAD GRAY COLORED MALE PITBULL LAYING IN THE DRIVEWAY OF 6 LANG ST WITHIN A COUPLE FEET OF THE PUBLIC SIDEWALK. THE PITBULL HAD A POOL OF BLOOD UNDER IT'S HEAD AND WAS OBVIOUSLY DECEASED, THE PITBULL WAS ALSO CLOSEST TO THE WEST SIDE OF THE DRIVEWAY. THE LOCATION 2 STORY HOUSE WAS ON THE EAST SIDE OF THE DRIVEWAY AND HAD A ENCLOSED FRONT PORCH, WITH A SMALL CHAIN LINKED FENCED IN FRONT YARD IN FRONT OF THAT. I ALSO OBSERVED A DEPARTMENT ISSUED FEDERAL AMMUNITION .45 CAL ACP CASING ON THE PUBLIC SIDEWALK ABOUT 5 FT TO THE SOUTHEAST OF THE PITBULL. THE CURRENT LIGHTING CONDITIONS WERE NIGHT TIME, WITH MODERATE-DIM STREET LIGHTING FOR THAT LOCATION, AND THE WEATHER WAS, DRY, PT CLOUDY, WITH TEMPATURE IN THE LOWER 40'S. BOTH OFFICERS WERE IN UNIFORM, EQUIPED WITH THEIR DEPT ISSUED HOLSTER, PISTOL, AMMUNITION (230 GRN FEDERAL HOLLOW POINT, 3- 10 ROUND MAGAZINES, W/ 1 IN THE CHAMBER), AND WERE OPERATING A MARKED PATROL CAR.

I SPOKE WITH OFFICER HASPER WHO INDICATED, HE AND OFFICER BERMUDEZ OBSERVED PK1 WHO WAS ACTING SUSPICIOUSLY, BLADING HIS BODY, AND ATTEMPTING TO OBSCURE THEIR VIEW OF HIM. THEY ATTEMPTED TO STEP OUT WITH PK1 WHO WAS STANDING WITH THE UNLEASHED PITBULL ON THE PUBLIC SIDEWALK IN FRONT OF 6 LANG ST. OFFICERS ADVISED ME THAT UPON SEEING THEM STEP OUT, PK1 FLED N/B DOWN THE DRIVEWAY HOLDING HIS WAIST, WITH THE PITBULL FOLLOWING HIM. PK1 FLED PAST THE DRIVEWAY SIDE DOOR, BUT QUICKLY DOUBLED BACK WHEN PK2 OPENED THE DOOR TO LET HIM IN, TO ASSIST HIM WITH FLEEING FROM OFFICERS. OFFICER BERMUDEZ ATTEMPTED TO CUT PK1 OFF BY RUNNING N/B ON THE EAST SIDE OF THE HOUSE, BUT RAN BACK TO THE FRONT AFTER BEING ADVISED PK1 WAS FLEEING INSIDE. PK2 HOWEVER CLOSED THE DOOR W/O LETTING THE PITBULL IN TOO. AS A RESULT THE PITBULL TURNED AROUND AND IMMEDIATELY CHARGED TOWARDS OFFICER HASPER WHO WENT TO PURSUE PK1. WHILE STANDING AT THE PUBLIC SIDEWALK/WEST SIDE OF THE DRIVEWAY, OFFICER HASPER SHOT THE PITBULL W/ 1 ROUND TO THE LEFT HEAD FROM ABOUT 3-5FT AWAY AT A DOWNWARD ANGLE IN A NORTH EAST DIRECTION WITH THE VACANT FRONT PORCH AS THE BACKGROUND. THIS CAUSED THE PITBULL TO BE DECEASED ALMOST IMMEDIATELY. OFFICER BERMUDEZ HAD FULLY CIRCLED AROUND TO THE FRONT OF THE LOCATION ON THE PUBLIC SIDEWALK DIRECTLY IN FRONT OF THE LOCATION DIRECTLY EAST TO THE RIGHT OF OFFICER HASPER. OFFICER BERMUDEZ DID NOT ENGAGE DUE TO THE CHAIN LINK FENCE BETWEEN HIM AND THE PITBULL.

AFTER I ARRIVED, PK2 WAS CALLED OUT OF THE LOCATION AND CLAIMED TO BE THE OWNER OF THE 1 1/2 YEAR OLD MALE PITBULL, WHICH HE STATED WAS NAMED "BOSCO". PK1 WAS SOON AFTER TAKEN INTO CUSTODY FOR SEVERAL WARRANTS (INCLUDING A FUGITIVE VOP WARRANT), MCV LEASH CODE, AND OGA 2ND (SEE CR# 15-321022). THE CLOSEST CITY CAMERA WAS THE "REDWING PLAZA CAMERA" AT THE N/E CORNER OF N. CLINTON AVE @ LANG ST. THIS CAMERA WAS FACING S/B AND DOWNWARD AT THE INTERSECTION, WITH THE STORE FRONT BLOCKING ANY E/B VIEW OF LANG ST. ALTHOUGH IT DID NOT VIEW THE INCIDENT I HAD RO J. SANTIAGO REQUEST IT BOOKMARKED AND A REQUEST WAS DONE FOR IT.

OFFICER MATTOX AND BOSTICK ASSISTED WITH A NEIGHBORHOOD CHECK. NO NEIGHBORS REPORTED OBSERVING THE EVENT, BUT ONLY HEARING THE SHOT (SEE IAR). THE LANDLORD FOR THE LOCATION RESPONDED, BUT A TENANT COULD NOT BE LOCATED. PK2 WHO CLAIMED TO BE THE NEWPHEW OF THE TENANT ALSO STATED HE DID NOT SEE THE SHOOTING, BUT MERELY HEARD IT AFTER HE ASSISTED PK1 WITH FLEEING FROM OFFICERS. OFFICER J.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| WEBSTER | MATTHEW | 1482 | 12/06/2015 | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
**2015-00321079**

SANTIAGO AND TECH FERGUSON TOOK PHOTOS OF THE LOCATION/PITBULL, AND TECH RECOVERED THE SPENT CASING. NO EXIT WOUND WAS LOCATED AND THE .45 CAL PROJECTILE REMAINED IN THE HEAD OF THE DECEASED PITBULL. AC4 AMES RESPONDED ALSO AND TOOK THE DECEASED DOG. RFD ALSO RESPONDED FOR THE FLUSH OF THE FLUIDS. LT WALDO RESPONDED TO THE SCENE AND WAS BRIEFED, AND HE NOTIFIED PSS LT. M. SIMMONS.

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **WEBSTER** | **MATTHEW** | **1482** | **12/06/2015** | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| 1. OFFENSE OR INCIDENT | | | 2. DAY OF WEEK | 3. MON. | 4. DAY | 5. YEAR | 6. TIME REC'D | | 7. ARRIVAL TIME | 8. ORIGINAL CR # |
|---|---|---|---|---|---|---|---|---|---|---|
| DOG SHOT | | | SUN | 12 | 6 | 15 | 1825 | | 1840 | 15-321022 |
| 9. LOCATION | | | | | | | 10. WEATHER CONDITIONS | | | 11. WORKING CR # |
| 6 LANG ST | | | | | | | CLOUDY | | | |
| 12. INVESTIGATING OFFICERS | | | | | | | 13. CAR # | | 14. AT SCENE | 15. SECTION |
| SGT WEBSTER | | | | | | | 127 | | YES ☑ NO ☐ | 7 |
| 16. VICTIM/FIRM NAME | | | 17. SEX | 18. DOB | 19. ADDRESS | | | | 20. PHONE | |

| 21. PHOTOGRAPH | | 22. | | 23. PHOTOS BY | |
|---|---|---|---|---|---|
| YES ☑ NO ☐ | | COLOR ☐ OTHER ☑ DIGITAL | | E FERGUSON | |

| 24. PACK # | 25. NEG | 26. TIME | 27. ITEM PHOTOGRAPHED/LOCATION | 28. DIR |
|---|---|---|---|---|
| 802 | 81 | 1842 | START CARD | — |
| | 82-83 | | LOCATION | N |
| | 84-88 | | MARKER 1 - CASING | N |
| | 89-93 | | DOG | N |
| | 94-99 | | DAMAGE TO SIDE DOOR - (FORCED ENTRY BY RPD) | N |
| | 100-102 | 1849 | DOG | — |

### OPERATOR AND VEHICLE INFORMATION

| 29. OPERATOR | | 30. SEX | 31. ADDRESS | | 32. YEAR | 33. MAKE | 34. MODEL | 35. COLOR | 36. LICENSE |
|---|---|---|---|---|---|---|---|---|---|
| #1 | | | | | | | | | |
| #2 | | | | | | | | | |
| #3 | | | | | | | | | |
| #4 | | | | | | | | | |

| 37. PROCESSED FOR PRINTS | | 38. | | 39. ELIMINATIONS | |
|---|---|---|---|---|---|
| YES ☑ NO ☐   TOTAL LIFTS 0 | | B ☑ "W" ☐   OTHER SANTTA | | YES ☐ NO ☐ TOTAL | |

40.
FINGER PRINT EVALUATION DATE _____
41. NAME, ADDRESS AND D.O.B. OF PERSONS ARRESTED OR SUSPECTED (CIRCLE)
1.
V ☐  NV ☐  BY _____
2.
IDENT: _____
3.

| 42. EVIDENCE COLLECTED | 43. SAMPLE | 44. COMPOSITE PREPARED | 45. | |
|---|---|---|---|---|
| YES ☑ NO ☐ | ☐ BLOOD ☐ DNA | YES ☐ NO ☑ FLIER _____ | FOOT LIFTS YES ☐ NO ☑ | |
| PROPERTY SHEET LOT# _____ | ☐ OTHER _____ | 46.   FIELD SKETCH YES ☐ NO ☑ | 47.   CASTS YES ☐ NO ☑ | |

48. UNUSUAL CIRCUMSTANCES - PATTERNS
I RESPONDED TO THE LOCATION FOR A DOG SHOT BY RPD.
UPON ARRIVAL, I PHOTOGRAPHED THE SCENE AND
COLLECTED (1) .45 CAL CASING. (PROCESSED - NO PRINTS).
CASING TURNED IN TO PROPERTY CLERK.

| 49. REVIEWED BY | ID# | 50. TECHNICIAN | ID# | CAR# |
|---|---|---|---|---|
| | | E FERGUSON | 1668 | 220 |

RPD 1201 REV 10/03

TECHNICIAN'S COPY

GO 457

DEMPSEY 1440

PAGE __1__ of __1__

☐ **SAFEKEEPING**
☐ **DESTROY**

**ROCHESTER POLICE DEPARTMENT PROPERTY CUSTODY REPORT**

**1**

PROPERTY RETURNED TO OR VERIFIED BY . NAME _____

RECEIVER'S SIGNATURE: _____

DATE/TIME _____

**2.**
ORIGINAL CR# _15-331022_
WORKING CR# _____

**3. LOT#**
**4. LOCATION PROPERTY FOUND** 6 LANG ST
**5. DATE/TIME OF CUSTODY** 12/6/15 1844

**6. PROPERTY CLERK NAME** DATE/TIME RECEIVED

**8. EMPLOYEE WHO TURNED IN PROPERTY:**
NAME: E. FERGUSON ID # 1668 SECTION: TECH

**9. EMPLOYEE WHO TOOK CUSTODY:**
NAME: _____ ID # _____ SECTION: _____

**10. CASE COORDINATOR:**
NAME SGT. WEBSTER ID # _____ SECTION: 7

**12. CASH: COMPLETE REVERSE SIDE OF PAGE:**
TOTAL _____
☐ DEPOSIT
☐ HOLD – EVIDENCE
☐ SEIZURE FUNDS

**7.**
☐ VICTIM   NAME: _____
☐ OWNER   ADDRESS: _____
☐ FINDER   ZIP CODE: _____
PHONE: DAY _____ EVE _____
☑ FINDER IS THE "CITY OF ROCHESTER"

**11**
☐ SUSPECT   NAME: _____
☐ DEFENDANT   ADDRESS: _____
ZIP CODE: _____
PHONE: DAY _____ EVE _____
DOB _____ MoR1S# _____
DOES INDIVIDUAL OWN THE PROPERTY LISTED BELOW? ☐ YES   ☐ NO

**13. LAB REQUEST:**
☑ YES, ITEM(S) #: 1
☐ TECHNICIAN WILL TAKE TO THE LAB
☐ NO LAB WORK

**14. MOST SERIOUS OFFENSE:** DOG SHOS
OFFENSE CODE CLASSIFICATION: _____
☐ CLASS A FELONY   ☐ OTHER FELONY   ☐ MISD.   ☐ VIOL.   ☐ NO CHARGES

**15.**
COMMENTS: _____

**PROPERTY TYPE USE CODES:**
A =AMMO  B=BIKES  C=CLOTHING  D=DRUGS  E=ELECTRIC EQUIP.  F=FIREWORKS
G=GUNS  H=HOUSEHOLD/OFFICE FURNIT.  J=JEWELRY
K=KNIFE, OTHER "WEAPON"  L= LICENSE PLATES  M=MONEY  P=PERISHABLES
R=RAPE KIT  S=SAMPLES  T=TOOLS  X=CAR/BLDG. PARTS  Z=MISC.

PROPERTY DESCRIPTION AREA: NUMBER EACH ITEM, THEN ACCURATELY DESCRIBE EACH ITEM. IF CASH, USE ADDENDUM FORM ON REVERSE SIDE. USE PROPERTY ADDENDUM FORM, IF MORE SPACE IS NEEDED. FIREARMS-INCLUDE CALIBER, BARREL LENGTH, FINISH, CAPACITY.

**16. PROPERTY DESCRIPTION**

| ITEM # | TYPE | QNTY | NYSPIN (Y/N) CK HIT | VALUE | ACCURATELY DESCRIBE PROPERTY: USE AS MANY LINES AS NEEDED, INCLUDE MAKE, MODEL, COLOR, SIZE, IDENTIFYING MARKS. | SERIAL # OR TAMPER EVIDENT BAG # |
|---|---|---|---|---|---|---|
| 1 | Z | 1 | ✓ | <$100 / $100-$499 / $500-$4999 / >$5000 | .45 CAL CASING | 1844 |
|  |  |  |  | <$100 / $100-$499 / $500-$4999 / >$5000 |  |  |
|  |  |  |  | <$100 / $100-$499 / $500-$4999 / >$5000 |  |  |
|  |  |  |  | <$100 / $100-$499 / $500-$4999 / >$5000 |  |  |
|  |  |  |  | <$100 / $100-$499 / $500-$4999 / >$5000 |  |  |
|  |  |  |  | <$100 / $100-$499 / $500-$4999 / >$5000 |  |  |
|  |  |  |  | <$100 / $100-$499 / $500-$4999 / >$5000 |  |  |
|  |  |  |  | <$100 / $100-$499 / $500-$4999 / >$5000 |  |  |

RPD 1217 REV 09/05

PROPERTY CLERK - _____ **LOT #** _____

DEMPSEY 1441   G O 450

| | **ROCHESTER POLICE DEPARTMENT** | CR # |
|---|---|---|
| Page 1 of 4 | **INCIDENT REPORT** | 2015-00321022 |

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| 22. All Other Offenses | 12/06/2015 | 18:23 | 12/06/2015 | 18:20 | 12/06/2015 | 18:23 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 6 LANG ST | | 217 | |

Violent Crime Context

**OFFENSES**

| Statute - 31-4 | Attempt/Commit - Completed | Counts - 1 |
|---|---|---|

Description - UNLEASHED DOG OFF OWNERS PREMISE

| Location | Weapon |
|---|---|
| Street-47 | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | No | No |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| No Bias-Not Applicable-77 | | | |

| Statute - PL 195.05   AM2 | Attempt/Commit - Completed | Counts - 1 |
|---|---|---|

Description - Obstruct Governmental Administration 2nd

| Location | Weapon |
|---|---|
| Street-47 | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | No | No |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| No Bias-Not Applicable-77 | | | |

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| Society Public-S | City of Rochester |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| 185 Exchange BLVD | | | | | | Not Applicable |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| Rochester, NY 14614 | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| (585)428-1110 | Business - NA | Business - NA | Business - NA |

**PERSONS**

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Colon, Joshua, a | | M | W | H | | |

**SUSPECT / MISSING PER**

| Type - S | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|
| Arrestee | COX, TONY, L | | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | McRIS / JCR # |
|---|---|---|---|---|---|---|
| | | | M | B | N | 283415 |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| 5' 9 | 180 | Black | Short | Brown | No | Light | Thin | | No |

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|
| BLACK HOODIE | Apparently Normal | |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|
| | | |

**INVESTIGATION**

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | [X] 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? [X] | 07. Can a suspect vehicle be identified? | [X] 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? [X] | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Cleared by Arrest - Adult | | Patrol - Clinton | Clinton 3rd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| HASPER | JOEL | 2072 | 12/06/2015 | |

DEMPSEY 1442

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## ROCHESTER POLICE DEPARTMENT
### INCIDENT REPORT

Page 2 of 4

CR # **2015-00321022**

### ADDTL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM #2

| Victim Type | Victim Name  (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship   (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

### SUSPECT #2

| Type - | Suspect Name  (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Damaged Vandalized** | **Other Property** | **$100** | |

| Item Type and Description | | | | Color |
|---|---|---|---|---|
| **REAR DOOR FRAME TO LOCATION** | | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Evidence** | **Drug or Narcotic** | | |

| Item Type and Description | | | | Color |
|---|---|---|---|---|
| **2 BAGS OF MARIJUANA FROM VEHICLE** | | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **2** | **Item(s)** | **Estimate** | **Marijuana** |

### FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

### VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| **Involved Vehicle** | **2005** | **Acura** | **RL** | **4 Door Hardtop** | **Gray** |

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|
| **NY** | | **JH4KB16595C014852** | |

| Additional Description |
|---|
| **(PK)'S VEHICLE WITH WEED IN PLAIN VIEW** |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **HASPER** | **JOEL** | **2072** | **12/06/2015** | |

DEMPSEY 000413 Page 2 OF 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Case 6:19-cv-06780-EAW-MWP   Document 98-27   Filed 09/09/24   Page 76 of 162


ON 12/6/15 I WAS A 2 MAN CAR P47C WITH OFC BERMUDEZ. RO'S WERE DETAILED TO THE N CLINTON AVE CORRIDOR PROACTIVELY DEALING WITH DRUG CORNERS AND WORKING ANTI VIOLENCE.

AT ABOUT 1820 HRS RO'S OBSERVED 3 MALES STANDING ON THE CORNER OF N CLINTON AVE/LANG ST WITH A LOOSE BLUE/GRAY PIT BULL. THIS CORNER IS A WELL KNOWN OPEN AIR DRUG LOCATION. AS RO'S PULLED UP TO THE CORNER, A LIGHT SKINNED M/B WEARING A BLACK HOODIE WITH HIS HOOD UP (LATER IDENTIFIED AS (A)-COX) QUICKLY BLADED HIS BODY WHILE CONCEALING HIS HINDS AT HIS FRONT WAISTBAND. (A) THEN WALKED E/B ON THE NORTH SIDEWALK WHILE STEPPING BEHIND THE OTHER MALES AND THEN AS SOON AS RO'S PASSED IN FRONT OF HIM HE ABRUPTLY STOPPED AND BEGAN TO WALK AWAY FROM OFFICERS W/B ON LANG ST TOWARD N CLINTON AVE. RO'S THEN DROVE AROUND THE BLOCK AND ATTEMPTED TO LOCATE (A). RO'S STOPPED A M/B IN THE SAME CLOTHING AT N CLINTON AVE/GENEVA ST HOWEVER THIS MALE WAS NOT (A). THIS MALE DID STATE THAT AS SOON AS OFFICERS PASSED (A) HE OBSERVED HIM QUICKLY RUN AND ACT AS IF HE WAS HIDING.

AT ABOUT 1823 HRS RO'S DROVE BACK ONTO LANG ST AND LOCATED (A) STANDING ALONE ON THE SIDEWALK IN FRONT OF 6 LANG ST. (A) HAD THE SAME UNLEASHED DOG WITH HIM ON THE SIDEWALK AS HE DID A FEW MINUTES EARLIER AT THE CORNER OF LANG ST/N CLINTON AVE. RO'S THEN STOPPED THE PATROL CAR AND ORDERED (A) TO STOP SO THEY COULD ISSUE HIM A M.C. FOR THE UNLEASHED DOG. AT THIS TIME (A) REACHED INTO HIS FRONT RIGHT HOODIE POCKET CONCEALING HIS RIGHT HAND AND FLED N/B DOWN THE DRIVEWAY AND TO THE BACK YARD. AS (A) DID THIS I ORDERED HIM TO STOP HOWEVER HE REFUSED. (A) REACHED THE BACK YARD WITH THE UNLEASHED DOG RUNNING BY HIS SIDE THEN TURNED AROUND AND RAN BACK AT RO'S. I AGAIN ORDERED (A) TO STOP AT GUNPOINT HOWEVER HE REFUSED AND THEN QUICKLY FLED INTO THE SIDE DOOR TO 6 LANG ST CLOSING THE DOOR BEHIND HIM. AT THIS TIME (PK) WAS AT THE DOOR AND ASSISTED IN ALLOWING (A) INTO THE LOCATION. THE DOG DID NOT GO INSIDE AND CONTINUED TO RUN STRAIGHT TOWARD RO'S CAUSING OFC HASPER TO DISPATCH THE DOG (SEE SGT WEBSTER'S REPORT 15-321079).

UPON THE ARRIVAL OF ASSISTING OFFICERS CONTACT WAS MADE WITH (PK) AT THE DOOR THAT HE ALLOWED (A) TO RUN INTO. (PK) STATED THAT HE DID NOT LIVE THERE AND THAT (A) DID NOT LIVE THERE EITHER. AT THIS TIME (PK) WAS DETAINED AND (A) CAME TO THE DOOR AND REFUSED TO EXIT OR OPEN THE DOOR. FORCED ENTRY WAS MADE INTO THE LOCATION (DAMAGE TO THE DOOR FRAME) TO ARREST (A). UPON ENTRY (A) WAS TAKEN INTO CUSTODY WITHOUT FURTHER INCIDENT. THE INTERIOR OF THE LOCATION SMELLED OF MARIJUANA AND AT NO TIME COULD RO'S LOCATE A LEGAL RESIDENT TO THE LOCATION. A CHECK OF VEHICLES ON THE STREET REVEALED THAT A GRAY ACURA REGISTERED TO (PK) WAS PARKED OUT FRONT WITH 1 BAG OF MARIJUANA IN PLAIN VIEW IN THE CENTER CONSOLE. A CHECK OF THE INTERIOR REVEALED A 2ND BAG ON THE FLOOR BOARD TO THE CAR. AS OF THIS WRITING (PK) HAS NOT BEEN CHARGED.

A RECORDS CHECK REVEALED THAT (A) HAD AN ARREST WARRANT FROM RPD CR #15-233663 DATED 9/3/15 FROM HON. JUDGE JOHNSON FOR MENACING 2ND, C.O.B. AND HARASSMENT 2ND. ADDITIONALLY (A) IS ON PAROLE FOR BURGLARY OUT OF THE STATE OF INDIANA WITH AN ACTIVE NATION WIDE EXTRADITABLE WARRANT. (A) WAS TRANSPORTED TO RPD THEN BOOKING. FELONY FUGITIVE WARRANT LODGED AND (A) WAS ARRESTED FOR HAVING AN UNLEASHED DOG AND O.G.A. 2ND.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| HASPER | JOEL | 2072 | 12/06/2015 | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



Page 4 of 4

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
**2015-00321022**

**DRUGS LOCATED INSIDE THE ABOVE VEHICLE TURNED INTO THE PSB.**

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **HASPER** | **JOEL** | **2072** | **12/06/2015** | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 2

CR # 2016-00000487

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 01/01/2016 | 11:40 | 01/01/2016 | 11:40 | 01/01/2016 | 11:40 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 40 Hawkins ST | 277 | |

Violent Crime Context

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Renz, Chris | | M | W | N | | |
| PK | Martell, Tiffani | | F | B | N | | |
| PK | Cooper, John, R | | M | B | N | | |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Clinton | Clinton 2nd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| RIVERA | JOHN | 0879 | 01/01/2016 | RIVERA, JOHN J. |

Incident Report 2016-00000487 Page 1 OF 2

DEMPSEY 1446

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

2016-00000487

**NARRATIVE**

On 01/01/16 at approximately 1140hrs., Clinton Section Officers responded to 40 Hawkins St. for a domestic call. (PK) Martell reported to 911 that (PK) Cooper was refusing to leave the location. (RP) Renz was the first Officer to arrive at the location. (RP) stated that as he approached the front steps, which lead to the porch of the location, the front door opened and a pit bull charged at him. (RP) attempted to back away as the dog charged at him. (RP) discharged his department issued Glock 21, Gen4, .45, serial #TPB518, pistol at the dog. (RP) struck the animal with five rounds. (RP) shot at a downward angle with a soft, grassy backstop. The animal was terminated. R/Sgt. responded to the location and requested a technician to respond. T-220B Dthoy responded. Photographs were taken and the casings were recovered. Special Services was requested to respond and dispose of the animal. R/Sgt. contacted SDO 410B Lt. DiPrimo and 107B Captain Brown.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| RIVERA | JOHN | 0879 | 01/01/2016 | RIVERA, JOHN J. |

DEMPSEY 1447

# ROCHESTER POLICE DEPARTMENT
## INVESTIGATIVE ACTION REPORT
### NARRATIVE ONLY

| Page 1 of 1 | | CR # 2016-00005694 |
|---|---|---|

**DETAIL**

| Victim's Name (Last, First, Middle) or Name of Business | Location of Offense | Beat |
|---|---|---|
| N/A | 269 Steko AVE | 211 |

| Date/Time of Occurrence | Offense / Charge / Incident (Most Recent Classification) |
|---|---|
| 01/07/2016 19:04 | Search Warrant- Weapons Discharge |

**NARRATIVE**

1. On the above date and time members of GRANET were executing a no-knock narcotics search warrant at 269 Steko Ave.

2. The living room was illuminated by artificial lighting and the weather was 29 degrees with cloudy skies.

3. Inv. ██████ was on duty wearing his department issued BDU raid gear and ballistic vest.

4. Inv. ██████ breached the front door with battering ram. After announcing "Police Search Warrant", Inv. ██████, who assigned the shotgun, stepped into the doorway and immediately saw an adult rottweiler dog in the living room approximately 4 feet away. The dog was growling and began advancing towards Inv. ██████ in a threatening manner with its hair raised on the back of its neck.

5. Inv. ██████ fired one round from the shotgun striking the dog.

6. The firearm was an authorized service weapon being a Remington 12 gauge pump action shotgun, serial number AB086067M. The shotgun was loaded with 5 rounds of 00 buckshot which is the actual capacity.

7. There was no other instrument or weapon used by Inv. ██████

8. There were no civilian witnesses because the residents were not home.

9. The entry team included Inv. ██████ Inv. ██████ Off. ██████████, MCSO Deputy ██████, BPD Officer ██████ and myself.

10. N/A

11. We had no prior information regarding a dog being at the house.

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| | | | DEMPSEY 1448 |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2016-00005694**

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| 10. Narcotics Offenses | 01/07/2016 | 19:04 | 01/07/2016 | 19:04 | 01/07/2016 | 19:04 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 269 STEKO AVE | 211 | |

Violent Crime Context

## OFFENSES

Statute -    Attempt/Commit -    Counts -

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

Statute -    Attempt/Commit -    Counts -

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| Society Public-S | City of Rochester |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| 185 Exchange BLVD | | | | | | Not Applicable |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| Rochester, NY 14614 | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| (585)428-1110 | Business - NA | Business - NA | Business - NA |

## PERSONS

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NI | █████████ | █████ | W | N | 269 STEKO AVE Rochester, NY | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| | |
|---|---|
| 09. Is there significant Modus Operandi present? | |
| 10. Is there significant physical evidence present? | |
| 11. Has evidence tech work been perfomed? | |
| 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Office | | SIS | SIS |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| ██████████ | | 01/08/2016 | | **DEMPSEY 1449** |

Incident Report, Page 1 OF 2

Case 6:19-cv-06780-EAW-MWP   Document 98-27   Filed 09/09/24   Page 82 of 162

RO SERVED THE LAWFUL SEARCH WARRANT AT THE ABOVE DATE TIME AND LOCATION WITH OTHER MEMBERS OF GRANET AND THE TACTICAL UNIT. UPON ENTRY INV.███████WAS FORCED TO SHOOT AN AGGRESSIVE ROTTWEILER AT THE DOOR. THERE WERE NO PERSONS PRESENT AT THE HOUSE. THE DECEASED DOG WAS TURNED OVER TO BUILDING SERVICES. (TECHNICIAN ██████ RESPONDED FOR THE EMPTY SHELL CASING AND PHOTOGRAPHS OF DOG). SEE INV.██████ IA FOR FURTHER DETAILS.

AFTER THE LOCATION WAS SECURED AND PHOTOS TAKEN A SYSTEMATIC SEARCH WAS DONE AT THE LOCATION WITH THE FOLLOWING COLLECTED:
PAPERWORK/MAIL IN THE NAMES OF ██████████████████████████████████ AND A GRAM SCALE IN THE LIVING ROOM AREA.
EN EMPTY BOTTLE OF INOSOTOL (CUTTING AGENT), 2 ID'S FOR ████████ NEW AND UNUSED ZIP LOCK BAGS IN THE MASTER BEDROOM AREA.

RO COLLECTED ALL AS EVIDENCE AND TURNED ALL INTO THE PROPERTY CLERKS OFFICE.

OFFICE

NARRATIVE

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
|  |  | 01/08/2016 |  |

DEMPSEY 1450

Incident Report  Page 2 OF 2



# ROCHESTER POLICE DEPARTMENT
## INVESTIGATIVE ACTION REPORT
### NARRATIVE ONLY

| Page 1 of 1 | | 2016-00005694 |
|---|---|---|

**DETAIL**

| Victim's Name (Last, First, Middle) or Name of Business | Location of Offense | Beat |
|---|---|---|
| CITY OF ROCHESTER | 269 STEKO AVE | 211 |

| Date/Time of Occurrence | Offense / Charge / Incident (Most Recent Classification) |
|---|---|
| 01/07/2015 19:04 | SEARCH WARRANT |

**NARRATIVE**

ON THE ABOVE DATE AND TIME R/I WAS ON THE ENTRY TEAM ON THE ABOVE LISTED SEARCH WARRANT. R/I WAS ASSIGNED THE SHOTGUN AND WAS THE FIRST TO ENTER THE LOCATION AFTER THE DOOR WAS BREACHED BY INV. ■

UPON ENTRY R/I ENCOUNTERED A LARGE AGGRESSIVE ROTTWEILER IN THE LIVING ROOM. THE DOG WAS BARKING AND CHARGING THE ENTRY TEAM. R/I FIRED ONE ROUND FROM THE ISSUED SHOTGUN STRIKING THE DOG IN THE HEAD AND NECK AREA ENDING THE THREAT.

NO ONE WAS FOUND INSIDE THE LOCATION.

ONCE THE LOCATION WAS SECURED R/I SEARCHED THE UPSTAIRS MASTER BEDROOM AND FOUND A BOTTLE OF CUT IN A TABLE DRAWER. I ALSO NOTICED WHAT APPEARED TO BE COCAINE RESIDUE ON A MIRROR ON A NIGHTSTAND. R/I ALERTED INV. ■ TO THE ABOVE.

R/I THEN SEARCHED THE ATTIC WITH NO EVIDENCE LOCATED.

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| | | 01/08/2016 | | DEMPSEY 1451 |

IAR Narrative Only Page 1 OF

| Page 1 of 4 | ROCHESTER POLICE DEPARTMENT INCIDENT REPORT | CR # 2016-00075932 |
|---|---|---|

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 03/30/2016 | 18:20 | 03/30/2016 | 18:20 | 03/30/2016 | 18:20 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 24 OAKMAN ST | 277 | |

Violent Crime Context

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person       W = Witness       PK = Person w/Knowledge       NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | ACRE, JOSE, J | ▮ | M | W | H | 24 OAKMAN ST Rochester, NY | ▮ |
| PK | ACRE-RODRIGUEZ, JOSE, A | ▮ | M | W | H | 24 OAKMAN ST Rochester, NY | |
| PK | RODRIGUEZ, IRIS | ▮ | F | W | H | 24 OAKMAN ST Rochester, NY | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
|---|---|---|
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Clinton | Clinton 3rd |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| REAVES          BING | 1767 | 03/30/2016 | | DEMPSEY 1452 |

Incident Report Page 1 OF 4

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 2 of 4

CR #
2016-00075932

**ADDTL OFFENSE**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person      W = Witness      PK = Person w/Knowledge      NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Bandura, Donald | ▮ | M | W | N | ▮ | ▮ |

**SUSPECT #2**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Damaged Vandalized | Household Pets | $1 | |

| Item Type and Description | Color |
|---|---|
| BROWN AND WHITE PITT BULL | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| REAVES          BING | 1767 | 03/30/2016 | |

DEMPSEY 1453

Incident Report Page 2 OF 4

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
2016-00075932

On the above date and time Ofc. Celiberti and Ofc. Kenny responded to 24 Oakman st for the report of a domestic involving a knife. Officers later arrested Jose A Arce-Rodriguez d.o.b. [redacted] (see cr#16-075882). Both Officers were on duty and wearing their patrol uniform. Upon arrival Officers approached 24 Oakman st from the front driveway of the location. Ofc. Celiberti shook the fence to see if there was a dog present. Ofc. Celiberti did not see or hear a dog so he entered the property after he felt safe to do so. Once Ofc. Celiberti entered the fenced in area he was charged by a brown and white 2 year old pit bull dog named "Diero". The dog ran out of an open side door of 24 Oakman st. The weather conditions were clear and sunny out. Ofc. Celiberti fired one round at the dog approximately 5 feet away using his authorized duty pistol (Glock 21 serial #TPB609) in a northwest direction towards the pavement. The round struck "Diero" in the right front paw and then the pavement. "Diero" then ran back into 24 Oakman st. Ofc. Kenny notified Sgt. Webster via cell phone call of the incident. Ofc. Celiberti fired his duty pistol in a safe direction with the back drop being the driveway pavement and the cinder block foundation of 24 Oakman st. AC-6 G. Emerick responded to the scene to assist the family with transporting the injured dog to the Vet for treatment.

The following are the details regarding the incident:

1. Officers were dispatched to the above location for domestic argument involving a knife.

2. The location was a paved driveway with a cinder block foundation as part of the back drop.

3. Ofc's. Celiberti and Kenny were on duty working in a uniform capacity.

4. Officer Celiberti discharged one round of 230 grain of federal 45 caliber HST.

5. Officer Celiberti utilized Glock 21
a.) Authorized service weapon
b.) Semi-Automatic
c.) Glock 21, 45 Auto, serial number TPB609
d.) 13 round capacity of 45 ACP, (Loaded "patrol ready" with 14 rounds)
e.) Federal Brand 45. ACP HST
f.) Authorized Duty Holster Safari Land
g.) Pistol permit number not applicable

On this date Ofc. Celiberti and Ofc. Kenny were all assigned patrol cars answering calls for service in Clinton section 3rd platoon.
Tech work was performed by Ofc. Gotham. Photos were taken and 1 shell casing was turned into property clerk office by Ofc. Gotham. Lt. Waldo responded to the scene and

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| REAVES | BING | 1767 | 03/30/2016 | |

DEMPSEY 1454



**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
**2016-00075932**

made notifications including Lt. Simmons.

Ofc. Hasper performed a neighborhood check with the following results:

21 Oakman st - Vacant
27 Oakman st - Vacant
▮ - (W) Donald Badura d.o.b. ▮ M/W ▮

Donald stated that he saw Ofc Celiberti enter the fenced in area of 24 Oakman st when the dog charged at him.  He then witnessed Ofc Celiberti discharge one round at the dog causes the dog to flee.  Donald said that he is willing to give a deposition but not at this time because he did not want his neighbors to be upset at him for cooperating with the police.

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **REAVES** | **BING** | **1767** | **03/30/2016** | | |

DEMPSEY 1455

☒ EVIDENCE
☐ SAFEKEEPING
☐ DESTROY

PAGE __1__ of __1__

**ROCHESTER POLICE DEPARTMENT PROPERTY CUSTODY REPORT**

1. PROPERTY RETURNED TO OR VERIFIED BY . NAME _____

RECEIVER'S SIGNATURE: _____

DATE/TIME _____

2. ORIGINAL CR# 16-075932
WORKING CR# _____

3. LOT# _____

4. LOCATION PROPERTY FOUND
24 Oakman St.

5. DATE/TIME OF CUSTODY
3/30/16   1853 hrs.

6. PROPERTY CLERK NAME: _____   DATE/TIME RECEIVED _____

☐ VICTIM   NAME: _____
☐ OWNER   ADDRESS: _____
☐ FINDER   ZIP CODE: _____
PHONE: DAY _____ EVE _____
☐ FINDER IS THE "CITY OF ROCHESTER"

8. EMPLOYEE WHO TURNED IN PROPERTY:
NAME: B. Gotham   ID # 1831   SECTION: Tech

9. EMPLOYEE WHO TOOK CUSTODY .
NAME: ∨   ID # ∨   SECTION: ∨

☐ SUSPECT   NAME: _____
☐ DEFENDANT   ADDRESS: _____
ZIP CODE: _____
PHONE: DAY _____ EVE _____
DOB _____ MoRIS# _____
DOES INDIVIDUAL OWN THE PROPERTY LISTED BELOW? ☐ YES ☐ NO

10. CASE COORDINATOR:
NAME: Coordinator   ID# _____   SECTION: Clinton

12. CASH: COMPLETE REVERSE SIDE OF PAGE:
☐ DEPOSIT
☐ HOLD – EVIDENCE
☐ SEIZURE FUNDS
TOTAL _____

13. LAB REQUEST:
☒ YES, ITEM(S) #: _____1_____
☐ TECHNICIAN WILL TAKE TO THE LAB
☐ NO LAB WORK

14. MOST SERIOUS OFFENSE:
OFFENSE CODE CLASSIFICATION: _____
☐ CLASS A FELONY ☐ OTHER FELONY ☐ MISD. ☐ VIOL. ☒ NO CHARGES

15. COMMENTS   Discharge of Officer handgun toward dog

**PROPERTY TYPE USE CODES:**
A =AMMO  B=BIKES  C=CLOTHING  D=DRUGS  E=ELECTRIC EQUIP.  F=FIREWORKS
G=GUNS  H=HOUSEHOLD/OFFICE FURNIT.  J=JEWELRY
K=KNIFE, OTHER "WEAPON"  L= LICENSE PLATES  M=MONEY  P=PERISHABLES
R=RAPE KIT  S=SAMPLES  T=TOOLS  X=CAR/BLDG. PARTS  Z=MISC.

PROPERTY DESCRIPTION AREA: NUMBER EACH ITEM, THEN ACCURATELY DESCRIBE EACH ITEM. IF CASH, USE ADDENDUM FORM ON REVERSE SIDE. USE PROPERTY ADDENDUM FORM, IF MORE SPACE IS NEEDED. FIREARMS-INCLUDE CALIBER, BARREL LENGTH, FINISH, CAPACITY.

16. PROPERTY DESCRIPTION

| ITEM # | TYPE | QNTY | NYSPIN (Y / N) CK HIT | VALUE | ACCURATELY DESCRIBE PROPERTY: USE AS MANY LINES AS NEEDED. INCLUDE MAKE, MODEL, COLOR, SIZE, IDENTIFYING MARKS. | SERIAL # OR TAMPER EVIDENT BAG # |
|---|---|---|---|---|---|---|
| 1 | A | 1 | – – | <$100 $100-$499 $500-$4999 >$5000 | (1) .45 caliber casing | 1853 hrs. |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | | |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | | |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | | |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | | |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | | |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | | |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | DEMPSEY 1456 |

GO 450

| 1. OFFENSE OR INCIDENT Dog Shot | | | | 2 DAY OF WEEK Wed | 3 MON. 3 | 4 DAY 30 | 5. YEAR 16 | 6. TIME RECD 1824 | 7. ARRIVAL TIME 1845 | 8. ORIGINAL CR # 16-075932 |
|---|---|---|---|---|---|---|---|---|---|---|
| 9. LOCATION 24 Oakman St. | | | | | | | 10. WEATHER CONDITIONS Warm, Partly Cloudy | | | 11. WORKING CR # |
| 12. INVESTIGATING OFFICERS Sgt. Reaves | | | | | | | | 13. CAR # 137 C | 14. AT SCENE YES ☒ NO ☐ | 15. SECTION 7 |
| 16. VICTIM/FIRM NAME | | | | 17. SEX | 18. DOB / / | 19. ADDRESS | | | 20. PHONE | |

| 21. PHOTOGRAPH YES ☒ NO ☐ | | 22 COLOR ☒ OTHER Digital | | | 23. PHOTOS BY B. Gotham | | |
|---|---|---|---|---|---|---|---|
| 24. PACK # 229 | 25. NEG. 51 | 26. TIME 1845 | 27 ITEM PHOTOGRAPHED/LOCATION Start | | | | 28. DIR |
| | 52-53 | | Loc photos | | | | |
| | 54-60 | | O/A and C/U of dog injury | | | | |
| | 61-65 | | O/A and C/U of casing | | | | |
| | 66-70 | 1854 | O/A and C/U of possible strike to pavement | | | | |

**OPERATOR AND VEHICLE INFORMATION**

| 29. OPERATOR | 30. SEX | 31. ADDRESS | 32. YEAR | 33. MAKE | 34. MODEL | 35. COLOR | 36. LICENSE |
|---|---|---|---|---|---|---|---|
| #1 | | | | | | | |
| #2 | | | | | | | |
| #3 | | | | | | | |
| #4 | | | | | | | |

| 37. PROCESSED FOR PRINTS YES ☒ NO ☐ TOTAL LIFTS 0 | 38. B ☒ W ☐ OTHER Banta | 39. ELIMINATIONS YES ☐ NO ☒ TOTAL |
|---|---|---|
| FINGER PRINT EVALUATION DATE / / | 40. NAME ADDRESS AND D O B. OF PERSONS ARRESTED OR SUSPECTED (CIRCLE) 1 | |
| V ☐ NV ☐ BY | 2 | |
| IDENT: | 3 | |

| 42. EVIDENCE COLLECTED YES ☒ NO ☐ | 43. SAMPLE ☐ BLOOD ☐ DNA ☐ OTHER | 44. COMPOSITE PREPARED YES ☐ NO ☒ FLYER F ELD SKETCH YES ☐ NO ☒ | 45 FOOT LIFTS YES ☐ NO ☒ |
|---|---|---|---|
| PROPERTY SHEET LOT # | | 46 | 47 CASTS YES ☐ NO ☒ |

48. UNUSUAL CIRCUMSTANCES - PATTERNS

I responded to the above location for the dog shot by Patrol. Upon arrival, I was briefed on the incident by Patrol. I took photos of the dog's injuries in the basement of the location with the assistance of Animal Control. I then photographed the scene which included (1) 45 caliber casing and a possible strike to the pavement. I searched for additional physical evidence with negative results. I collected the casing and later processed it for latent prints with negative results. The casing was then turned into the Property Clerk's Office as evidence, and I requested that it be forwarded to the lab.

| 49. REVIEWED BY | ID# | 50 TECHNICIAN PO B. Gotham | D# 1831 | CAR# 270 C |
|---|---|---|---|---|

RPD 1201 REV 10/03

*rochester police department technicians evidence & photo report*

1 OF 1 PAGE

Print

DEMPSEY 1457

70 457

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 3

CR # 2016-00095015

| | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| **Incident Type** IR- Non-Criminal Incident | | 04/20/2016 | 19:04 | 4/20/2016 | 19:07 | 04/20/2016 | 19:08 |

**DETAIL**

Incident Address: **360 SAXTON ST**
Beat: **291**
Campus Code:

Violent Crime Context:

**OFFENSES**

Statute - | Attempt/Commit - | Counts -
Description -
Location | Weapon
Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer
Bias Type | Entry Point | Method of Entry | # of Premises Entered

Statute - | Attempt/Commit - | Counts -
Description -
Location | Weapon
Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer
Bias Type | Entry Point | Method of Entry | # of Premises Entered

**VICTIM**

Victim Type | Victim Name (Last, First, Middle)
Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status
City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship)
Telephone | Level of Injury | Type of Injury | Medical Treatment

**PERSONS**

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**SUSPECT / MISSING PER**

Type - | Suspect Name (Last, First, Middle) | Nickname
Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR #
Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation
Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos
Mothers Maiden Name | Place of Birth | School Name / ID #

**INVESTIGATION**

Modus Operandi

01. Witness to the offense?
02. Surveillance footage of event?
03. Can a suspect be named?
04. Can a suspect be located?
05. Can a suspect be described?
06. Can a suspect be identified?
07. Can a suspect vehicle be identified?
08. Is stolen property traceable?
09. Is there significant Modus Operandi present?
10. Is there significant physical evidence present?
11. Has evidence tech work been performed?
12. Preliminary investigation NOT completed?

Case Status: **Not Applicable (non-crime)**
Exceptional Clearance:
Assigned Bureau: **Patrol - Lake**
Review Box: **Lake 3rd**

Reporting Officer: **INGERICK   JAMES F.**
IBM #: **0927**
Date: **04/20/2016**
Reviewed By:

Incident Report, Page 1 of 3

DEMPSEY 1458

**INCIDENT REPORT**

On 4/20/16 Officer's Dimauro and Bower were in uniform operating marked police vehicles. It was light outside and the temperature was about 45 degrees.

Around 1907, They responded to the area of 340 Saxton Street for the report of a vicious dog in the callers yard, chasing someone, and has bitten people in the past. A supplemental broadcast stated that a large brown dog was trying to break through her door and that it last bit someone a month ago.

Upon arrival, officer Dimauro took out his assigned department issued shotgun loaded with five rounds of Federal Premium 12 gauge 00 buckshot. He saw the dog run out of the driveway of 346 Saxton St. Officer Dimauro was standing in the driveway of 350 Saxton Street between the sidewalk and the street curb, closer to the street. The dog charged at him while barking and growling aggressively. He yelled "get back" at the dog. When he yelled the dog stopped charging and stopped approximately three feet in front of him. The dog continued to bark and growl aggressively. The dog crouched to lunge at him. He believed the dog was acting in a threatening manner and presented an immediate danger to himself and any other pedestrians in the area. Officer Dimauro was facing SB on Saxton Street when he discharged one round of buckshot in the direction of the dog striking the dog at about 1908. The dog backed away and ran into the driveway of 350 Saxton St where it laid down on its left side.

Officer Dimauro immediately called for a technician and Sergeant.

The residents of 350 Saxton Street came out of the house and told officer Dimauro that it was their dog. The female resident was uncooperative however the male resident told him that "he was a bad dog but we didn't know he was out".

Officers attempted to talk to the person that identified himself as the dogs owner but he would not provide all the information requested. He did provide the name of Perry Pearsall. Lerms revealed that his DOB was ▮▮▮▮▮ and gave the address of 350 Saxton Street.

I responded to the scene. Upon arrival, I saw one police car parked in front of 350 Saxton Street and another parked in front 354 Saxton Street. I saw one shotgun casing of buckshot in the grassy area between the sidewalk and the street curb closer the street. A brown colored dog was in the driveway of 350 Saxton Street facing toward the backyard on its left side. The fence to the backyard was secured with a chain. In the front window of the porch was a beware of dog sign. In the window of the front porch door were several signs which included beware of dog, he will bite. There were several beware of dog signs along the front fence line. After determining officers were all ok, I confirmed that a technician and animal control had been requested.

Animal Control 3 and 5 responded to the scene. Animal Control confirmed that the dog was deceased. The dog appeared to have been struck in the left shoulder area. There appeared to be an exit wound in the left chest area.

The suspected dog owner continued to not be cooperative and refused to give his name to Animal Control Officers.

Officer Thuerck took initial photos of the scene.

Technician Marsden responded and processed the scene.

Neighborhood check completed was completed by Officer Bower.
| Veronica VanOrden, ▮▮▮▮▮ | F/W - Deposed |
| Christine VanOrden, ▮▮▮▮▮ | F/W - said same as above |
| Nelsa Roman, ▮▮▮▮▮ | F/H - heard a pop, didn't see anything |
| Eunice Eddy, ▮▮▮▮▮ | F/B - did not see or hear anything |

| Reporting Officer | | Bid # | Date | Reviewed By |
|---|---|---|---|---|
| INGERICK | JAMES F. | 0927 | 04/20/2016 | |

Incident Report Page 2 OF 3

DEMPSEY 1459

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 3 of 3

CR # 2016-00095015

Kerisha Murray, ████████████████ F/B - did not see or hear anything
Timothy Johnson, ████████████████, M/B - did not see or hear anything
Geraldine Watson, ████████████████, F/W - did not see or hear anything
Ashley Cortese, ████████████████, F/B - heard a shot, didn't see anything

Officer Bower took a deposition from Veronica VanOrden and gave a copy to animal control in order for them to issue tickets to the dog owner.

I asked the dogs owner if he was going to take care of his dog or if he wanted me to call Special Services. He stated "you shot the dog, you can take it". I requested Special Services to the scene.

I stayed with Officer Thuerck until Special Services arrived and removed the dog.

Officer Dimauro discharged his authorized department issued Remington 870 12 gauge shotgun, buttstock #22, white upc tag #00540. He discharged one round of department issued buckshot.

Officer Dimauro cleaned and inspected this shotgun prior to the end of his shift and was re-issued one round of buckshot.

**NARRATIVE**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| INGERICK | JAMES F. | 0927 | 04/20/2016 | |

Incident Report Page 3 of 3

DEMPSEY 1460

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 16-093015

PAGE 1 OF 1

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____
   DEFENDANT'S/RESPONDENT'S NAME          _____
                                          DEFENDANT'S/RESPONDENT'S ADDRESS

2. _____
   DEFENDANT'S/RESPONDENT'S NAME          _____
                                          DEFENDANT'S/RESPONDENT'S ADDRESS

3. _____
   DEFENDANT'S/RESPONDENT'S NAME          _____
                                          DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Veronica VanOrden
DEPONENT'S NAME          DATE OF BIRTH          DEPONENT'S ADDRESS AND PHONE NUMBER

DEPONENT DEPOSES AND SAYS:

My name is Veronica Van Orden, and I live at 340 Saxton St On 4/20/16 at around 7 pm, I saw my neighbors dog, which is a large brown dog, running loose. I know this dog has bitten two people in the past and it was trying to break through my screen door. I called the police to tell them about the loose dog so that it would not bite anyone. It was running loose around the area, including my yard and driveway, for about 10 minutes. When the police came, the dog came from the driveway out towards the sidewalk. It went back towards my driveway again and I told the police officer that the owners lived two houses down, but I couldn't leave my house to tell them about the dog because I was scared it would attack me. The dog came out towards the sidewalk again and started charging the cop. The dog was barking while it was charging him, and the cop told the dog to get back several times. The cop didn't want to shoot it and was backing up, but the dog went right to him so he had to shoot it. The dog would have attacked him if he didn't. I watched him growl and run right at the cop; he would have jumped the cop if he didn't shoot it.

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

Veronica Van Orden          4-20-16          P.O. K. Baus #2426          4/20/16
DEPONENT'S SIGNATURE          DATE          WITNESS SIGNATURE          DATE

RPD 1270                                                                REV. 02/03

DEMPSEY 1461

| 24. PACK # | 25. NEG | 26. TIME | 27. ITEM PHOTOGRAPHED/LOCATION | 28. DIR |
|---|---|---|---|---|
| 1-154 | 1 | 919 | LOCATION OF INCIDENT - 350 SAXTON ST | SE |
| | 2 | 1919 | DISCHARGED SHOTGUN SHELL - 350 SAXTON ST | - |
| | 3 | 1920 | CLOSE UP OF LOCATION - SHOTGUN SHELL LOWER RIGHT | SE |
| | 4 | 1920 | "BEWARE OF DOG" SIGN - FRONT FENCE | - |
| | 5 | 1920 | "DOG WILL BITE" SIGNS - FRONT DOOR | - |
| | 6 | 1121 | "BEWARE OF DOG HE WILL BITE" - FRONT WINDOW | - |
| | 7 | 1921 | "BEWARE OF DOG" SIGN - BACK FENCE | - |
| | 8 | 1921 | SHOT DOG (RIGHT SIDE) | - |
| | 9 | 1924 | SHOT DOG (LEFT SIDE) | - |
| | 10 | 1924 | ENTRY WOUND (LEFT SHOULDER AREA) | - |
| | 11 | 1930 | EXIT WOUND (LEFT LEG AREA) | - |

**OPERATOR AND VEHICLE INFORMATION**

29. OPERATOR    30. SEX 31. ADDRESS    32. YEAR  33. MAKE  34. MODEL  35. COLOR  36. LICENSE

#1

#2

#3

#4

37. PROCESSED FOR PRINTS   YES ☐ NO ☒   TOTAL LIFTS _____   B ☐ "W ☐ OTHER _____   38. ELIMINATIONS YES ☐ NO ☒ TOTAL _____

40. FINGER PRINT EVALUATION DATE _____   41. NAME, ADDRESS AND D.O.B. OF PERSONS ARRESTED OR SUSPECTED (CIRCLE)
1.
V ☐ NV ☐ BY _____    2.
IDENT: _____    3.

42. EVIDENCE COLLECTED   YES ☐ NO ☒   43. SAMPLE ☐ BLOOD ☐ DNA ☐ OTHER _____
44. COMPOSITE PREPARED YES ☐ NO ☒ FLIER _____
45. FOOT LIFTS YES ☐ NO ☒
46. FIELD SKETCH YES ☐ NO ☒   47. CASTS YES ☐ NO ☒
PROPERTY SHEET LOT# _____
48. UNUSUAL CIRCUMSTANCES - PATTERNS   TECHNICIAN  AREA  RESPONDED

49. REVIEWED BY _____ DB 937    50. TECHNICIAN  J. HUEBUK #2070

RPD 1201 REV. 10/03    GO 457

DEMPSEY 1462

Incident History for CTYP16112954 When CTYP16112968
Case Numbers: $CTYP16095016

```
Received      04/20/16  19:02:13  BY MTC02  7462
Entered       04/20/16  19:03:25  BY MTC02  7462
Dispatched    04/20/16  19:03:48  BY MPD13  8097
Enroute       04/20/16  19:03:48
Onscene       04/20/16  19:07:22
```

Initial Type: ASSTA      Final Type: ASSTA   (REQUEST FOR IMMEDIATE ASST)
Initial Priority: 1      Final Priority: 1
Disposition:                      Source: 1   Primary Unit: 291C
Police BLK: RP291D  Fire BLK: RFD213  EMS BLK: 048002
Group: RP1          Beat: 291  Wrecker Zone: 1200  Map Page: 1200   Node:
Loc: 350 SAXTON ST , ROC  btwn SMITH ST & LIME ST <000> (V)
Loc Info:                                         Phone1: CELL
Name: CHRISTINE -REF LAST    Addr: 340 SAXTON ST , ROC   Phone2: 5854361092

Wireless Latitude: 3161302    Longitude: 7631872   Confidence:

```
/1903  (7462 )  ENTRY          VICIOUS DOG IN CALLERS YARD - CHASING SOMEONE -
                               HAS BITTEN PPL IN PAST
/1903  (8097 )  PISEEN
/1903           MISC           , BC
/1903           DISPER  291C   #812476 BOWER, KARYN
/1903           $ASNCAS 291C   $CTYP16095015
/1904  (7462 )  SUPP           NAM: CHRISTINE -REF LAST,
                               PHO: CELL,
                               TXT: LARGE BROWN DOG IS TRYING TO BREAK THROUGH
                               CALLERS DOOR NOW - UNK WHERE DOG BELONGS - LAST
                               BIT SOMEONE A MONTH AGO
/1904  (8097 )  ASSTER  231C   #812319 DIMAURO, MICHAEL
/1905  (7462 )  CROSS          #CTYP161112954
/1907  (8097 )  ONSCNE  291C
/1907           ONSCNE  231C
/1908           MISC    231C   ,DISCHARGE - NEED BOSS AND TECH
/1908           ASSTER  121C   [340 SAXTON ST , ROC]
                               #810927 INGERICK, JAMES (SGT)
/1909           $CROSS         #CTYP161112968
/1911           OK      291C
/1911           OK      231C
/1914           ASSTOS  P81C   [340 SAXTON ST , ROC]
                               #812090 THUERCK, JAMES
/1919  (8172 )  NEWLOC  231C   [350 SAXTON]
/1919           NEWLOC  121C   [350 SAXTON]
/1920           NEWLOC  291C   [350 SAXTON]
/1920           NEWLOC  P81C   [350 SAXTON]
/1931           CHANGE         LOC: 340 SAXTON ST , ROC --> 350 SAXTON ST , ROC
/1939  (8192 )  OK      121C
/1939           OK      231C
/1939           OK      291C
/1939           OK      P81C
/1947           $PREMPT P81C
/1958           $PREMPT 291C
/1958           ASSTOS  291C   #812476 BOWER, KARYN
/2001  (812319) *CHGLOC 231C   [RPDW]
/2004           *ONSCNE 231C
/2008  (8192 )  CONTCT  291C   Contact Timer Canceled
/2006           CONTCT  231C   Contact Timer Canceled
/2015           $PREMPT 231C
```

DEMPSEY 1463

```
/2026   (810927) *CLEAR   021C
/2028   (812476) *NEWLOC  291C   [UNIT]
/2029   (8192  )  ASSTOS  121C   #810927 INGERICK, JAMES (SGT)
/2030            OK       291C
/2034            OK       121C
```

DEMPSEY 1464

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 4

CR # 2016-00203461

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 08/06/2016 | 23:57 | 08/06/2016 | 23:57 | 08/06/2016 | 23:57 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 86 York ST | 213 | |

| Violent Crime Context | BWC |
|---|---|
| | No |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Vanderstyne, Joseph | | M | W | N | 86 York ST Rochester, NY 14611 | |
| PK | Seay, Daniel | | M | B | N | | |
| W | Williamson, Matthew | | M | W | N | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| |
|---|
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been performed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Genesee | Genesee 1st |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| STEWART        JUSTIN | 1750 | 08/07/2016 | STEWART, JUSTIN M. | Incident Report Page 1 OF 1 |

DEMPSEY 1465

Case 6:19-cv-06780-EAW-MWP Document 93-27 Filed 09/09/24 Page 98 of 162

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2016-00203461**

| ADDT'L OFFENSE | | | | |
|---|---|---|---|---|
| Statute - | Attempt/Commit - | Counts | | |
| Description - | | | | |
| Location | | | Weapon | |
| Larceny Type | | Aggravated Assault Circumstances | | Gang Related / Computer |
| Bias Type | Entry Point | | Method of Entry | # of Premises Entered |

### VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | |
| Telephone | Level of Injury | Type of Injury | | | Medical Treatment | | |

### PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| NO | Corter, Sarah | | F | W | N | | |

### SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | Offender Condition | | Scars, Marks, Tattoos | |

### PROPERTY

| Property Code | | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|---|
| **Seized Evidence** | | **Ammunition** | **$1** | **N/A** | |
| Item Type and Description | | | | | Color |
| **.45 Caliber Round Casing - Federal Brand** | | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | | |
| **1** | **Item(s)** | | | | |

| Property Code | | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|---|
| Item Type and Description | | | | | Color |
| Quanity | Unit of Measure | Measurement Source | Drug Type | | |

### FIREARM

| Firearm Property Code | Firearm Value | Make | | Model | Finish |
|---|---|---|---|---|---|
| Caliber | Capacity | Type | Action | Serial Number | |
| Description | | | | | Recovery Date |

### VEHICLE

| Vehicle Status | | Year | Make | Model | | Style | Color |
|---|---|---|---|---|---|---|---|
| State | Plate Number | VIN # | | | Recovery Date | | |
| Additional Description | | | | | | | |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **STEWART** | **JUSTIN** | **1750** | **08/07/2016** | **STEWART, JUSTIN M.** | |

Incident Report Page 2 OF 4

DEMPSEY 1466

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

**2016-00203461**

**NARRATIVE**

On the above date and time Officer Joseph Vanderstyne (2199) and Officer Matthew Williamson (2200) were dispatched to the area of 86 York St for the report of a family trouble, specifically a 13 year old arguing with his grandmother. The weather was warm and clear and lit by street lighting.

Upon arrival to the scene, Ofc Vanderstyne was walking on the grass on the south side of 86 York St adjacent to the sidewalk when he heard a loud noise coming from 86 York St. Ofc Vanderstyne stated it sounded like a door had opened loudly. Almost immediately after he heard the noise, Ofc Vanderstyne observed a large, approximately 80-100 pound, brown pit bull charge directly at him. The dog made contact with Ofc Vandertsyne and placed its front paws in the area of the waist line of Ofc Vanderstyne. Ofc Vanderstyne stated the dog was growling and bearing its teeth. Ofc Vanderstyne believed he was in imminent danger of serious physical injury. As a result he drew his department issued Glock 21 firearm and fired one (1) round into the upper torso of the dog. Ofc Vanderstyne directed his fire in a downward manner and his backdrop was the ground. The dog got off of Ofc Vanderstyne, writhed on the ground for a moment, and then ran towards the steps of 86 York St on the south side of the house. At that point the dog's owner (PK-Seay) came outside of the house and took physical custody of the dog. Ofc Williamson witnessed the incident but did not fire his weapon.

Upon my arrival the scene was secured. I requested for unit camera photos to be taken of the initial scene which were completed by Ofc Trosinski. The dog ultimately escaped the grasp of its owner and ran inside the house. The owner appeared intoxicated and did not have means to transport the dog to the animal hospital. Animal Control was not on-duty thus I requested a call-in. AC8 Cichocki-Lalka responded at 0105. AC8 transported the dog to Rochester Veterinary Specialists at 785 E Henrietta Rd, Rochester NY 14623.

The following are details regarding the incident:

1. Ofc Vanderstyne was dispatched to the above location for a report of a family trouble.
2. The area was illuminated by street lights at night, it was approximately 70 degrees Fahrenheit, and the weather was clear.
3. Ofc Vanderstyne was on duty and in uniformed capacity.
4. The loose dog spontaneously and suddenly charged at Ofc Vanderstyne in an aggressive manner, ultimately making contact with his body.
5. Ofc Vanderstyne discharged one round.
6. Ofc Vanderstyne utilized his department issued Glock 21 handgun.
   a) Authorized service weapon.
   b) Handgun
   c) Glock 21, .45 caliber, SN #UBR611
   d) Fourteen round capacity (Thirteen in magazine one in chamber)
   e) One round used - After discharge thirteen rounds remain (Twelve in magazine one in chamber)
   f) .45 caliber Federal HST 230 grain jacketed hollow point ammunition
   g) Safariland ALS Holster
   i) Pistol permit number not applicable

On this date Ofc Vanderstyne was assigned to car beat 203. Ofc Vanderstyne was assigned marked patrol car 203.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| STEWART | JUSTIN | 1750 | 08/07/2016 | STEWART, JUSTIN M. |

DEMPSEY 1467



**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

2016-00203461

Tech work was performed by 270A Abrams. Photos were taken and one spent casing was collected and turned into property.

Lt Mura and Lt Favor responded.

A neighborhood check was completed. (NO - Corter) did not see or hear anything. There was no answer at 70 / 73 / 93 York St or at 239 Silver St. No public or private cameras were located in the area during the preliminary investigation.

None of the personnel involved in this investigation are currently assigned a BWC.

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| STEWART | JUSTIN | 1750 | 08/07/2016 | STEWART, JUSTIN M. |

DEMPSEY 1468

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

| Page 1 of 4 | | CR # 2016-00211842 |
|---|---|---|

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 08/15/2016 | 15:59 | 08/15/2016 | 15:59 | 08/15/2016 | 15:59 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 12 Austin ST | 261 | |

| Violent Crime Context | BWC |
|---|---|
| | No |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship   (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| RP | Timmons , Mahogany | | | | | | |
| RP | Crowder, Nicole | | F | W | | 12 Austin ST Rochester, NY | |
| NO | Gibson, Cassey | | F | W | | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing Jewelry Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| |
|---|
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been performed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Office | | Patrol - Lake | Lake 3rd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| HORN | MICHAEL D | 1533 | 08/15/2016 | HORN, MICHAEL D JR. |

Incident Report  Page 1 OF 4

DEMPSEY 1469

| Page 2 of 4 | **ROCHESTER POLICE DEPARTMENT** | **2016-00211842** |
|---|---|---|
| | **INCIDENT REPORT** | |

**ADD'TL OFFENSE**

| Statute - | | Attempt/Commit - | | Counts - | | |
|---|---|---|---|---|---|---|
| Description - | | | | | | |
| Location | | | | Weapon | | |
| Larceny Type | | | Aggravated Assault Circumstances | | Gang Related | Computer |
| Bias Type | | Entry Point | | Method of Entry | | # of Premises Entered |

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status | |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | | |
| Telephone | | Level of Injury | | Type of Injury | | Medical Treatment | | |

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NO | Morath, Catherine | | F | W | | 12 Austin ST Rochester, NY | |
| NO | Buchanan, Brandi | | F | W | | | |
| NO | Nobles, Juan, J | | M | U | H | | |

**SUSPECT #2**

| Type - | Suspect Name (Last, First, Middle) | | | | | | Nickname | |
|---|---|---|---|---|---|---|---|---|
| Address | | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | | | Offender Condition | | Scars, Marks, Tattoos | | |

**PROPERTY**

| Property Code | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|
| **Damaged Vandalized** | **Structures - Other Dwellings** | | **$100** | | |
| Item Type and Description | | | | | Color |
| **1 Glass window pane** | | | | | |
| Quanity | Unit of Measure | Measurement Source | | Drug Type | |
| **1** | **Item(s)** | | | | |

**PROPERTY**

| Property Code | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|
| | | | | | |
| Item Type and Description | | | | | Color |
| | | | | | |
| Quanity | Unit of Measure | Measurement Source | | Drug Type | |
| | | | | | |

**FIREARM**

| Firearm Property Code | | Firearm Value | Make | | Model | | Finish |
|---|---|---|---|---|---|---|---|
| Caliber | Capacity | Type | | Action | | Serial Number | |
| Description | | | | | | | Recovery Date |

**VEHICLE**

| Vehicle Status | | Year | Make | | Model | | Style | Color |
|---|---|---|---|---|---|---|---|---|
| State | Plate Number | | VIN # | | | | Recovery Date | |
| Additional Description | | | | | | | | |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **HORN** | **MICHAEL D** | **1533** | **08/15/2016** | **HORN, MICHAEL D JR.** | |

DEMPSEY 1470

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| Page 3 of 4 | | ROCHESTER POLICE DEPARTMENT<br>INCIDENT REPORT | CR # 2016-00211842 |
|---|---|---|---|

**NARRATIVE**

At the above date, time, and location Ofc. Timmons was conducting a neighborhood check resulting from a burglary investigation (CR #16-211734). Ofc. Timmons approached Crowder, who is the maid for the tenant in the rear of 12 Austin St. Crowder at the time was allowing the large brown pitbull at the location outside and while trying to put the dog back inside she lost control of it as she was entering the residence. The pitbull immediately ran at Ofc. Timmons in the driveway of the location in an aggressive manner that alarmed her. Ofc. Timmons withdrew her department issued Glock .45 (Serial #XXX5797) from her department issued holster and fired two rounds of her department issued .45 caliber rounds at the dog. Both rounds missed the dog and struck the pavement in the background. A piece of the pavement may have inadvertently struck a window on the first floor causing the outermost pane to break. However, nothing penetrated the dwelling and no one was injured. The dog continued to run around the neighborhood until Crowder could gain control of it. It was still light out at this point and the weather was clear.

The owner of the dog is Catherine Morath and she was advised of the incident. The property manager of the location, Brandi Buchanan, responded and stated that she did not believe that the window at the location was broken before today's incident. A deposition was taken from Carmen Lucas who witnessed the incident. There were no other witnesses located during a neighborhood check and there no cameras in the area. A tech responded to process the scene and collect the casings. Lt. Anzalone advised PSS of the incident.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| HORN | MICHAEL D | 1533 | 08/15/2016 | HORN, MICHAEL D JR. |

Incident Report Page 3 OF 4

DEMPSEY 1471

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2016-00211842**

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|------|---------------------------|-----|-----|------|-----|---------|---------------|
| | R = Reporting Person | | W = Witness | | PK = Person w/Knowledge | NI = Not Interviewed | |
| W | Lucas, Carmen | ████ | F | B | | ████ | ████ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|------|---------------------------|-----|-----|------|-----|---------|---------------|
| | R = Reporting Person | | W = Witness | | PK = Person w/Knowledge | NI = Not Interviewed | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|------|---------------------------|-----|-----|------|-----|---------|---------------|
| | R = Reporting Person | | W = Witness | | PK = Person w/Knowledge | NI = Not Interviewed | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**ADDITIONAL PERSONS**

| Reporting Officer | | IBM # | Date | Reviewed By |
|-------------------|--|-------|------|-------------|
| HORN | MICHAEL D | 1533 | 08/15/2016 | HORN, MICHAEL D JR. |

DEMPSEY 1472

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

2016-0797

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 4

CR # 2016-00243206

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 09/16/2016 | 23:05 | 09/16/2016 | 23:05 | 09/16/2016 | 23:08 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 39 Lenox ST | 233 | |

| Violent Crime Context | BWC |
|---|---|
| | No |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Boothe, Tara, D | | F | B | N | 39 Lenox ST Rochester, NY | |
| PK | Antonio, Michael | | M | B | N | 39 Lenox ST Rochester, NY | |
| NO | Radford, Aaron | | M | B | N | 39 Lenox ST Rochester, NY | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
|---|---|---|
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Genesee | Genesee 1st |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| GALLAGHER    WILLIAM | 2225 | 09/17/2016 | |

Incident Report Page 1 OF 1

DEMPSEY 1473

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## ADD'TL OFFENSE

| | |
|---|---|
| Statute - | Attempt/Commit - | Counts - |
| Description - | | |
| Location | | Weapon |

| Larceny Type | | Aggravated Assault Circumstances | | Gang Related | Computer |
|---|---|---|---|---|---|

| Bias Type | | Entry Point | | Method of Entry | | # of Premises Entered |
|---|---|---|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person        W = Witness        PK = Person w/Knowledge        NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NI | Foster, Mike | | M | B | | | |
| NI | Roberts, Jerry | | M | B | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quantity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quantity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| GALLAGHER | WILLIAM | 2225 | 09/17/2016 | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

DEMPSEY 1474



**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

**2016-00243206**

On September 16, 2016 at 2249 hours, Officers Batson, Rine, Lathrop, and Bracey were dispatched to 17 Lenox Street for the warrant suspect on scene. The caller advised ECD that the male was Aaron Radford, and that he cut his ankle bracelet off and possibly has county warrants. He described Radford as wearing a white/grey striped shirt, black and red shorts, and was 22 or 23 years old. Officer Lathrop is familiar with this male as he has had a warrant tracker for him in the past. He knows Radford is currently wanted for Criminal Contempt, Harassment, and Resisting arrest. He further has knowledge that his family members are anti-police. While officers were in route, the caller advised that the male was outside, and he will run when he sees police.

Officers arrived on scene and stepped out with a group standing in front of 17 Lenox Street. While they were speaking with the individuals, the caller updated dispatch saying that Radford had moved to his mother's house at 39 Lenox Street. At that time, officers re-located to that address. When they arrived, Officer Baton saw the suspect in the backyard. When the male saw the officers, he ran towards the house. By the time Officer Batson reached the backyard he heard the sound of a door closing and the male was gone. Officer Batson noticed a back porch and a door on the rear of the house. He approached the door and through its window, he saw (W) standing behind the door holding onto the collar of a dog. Officer Batson had a conversation with (W) and asked if she had seen the male that was in her yard. She stated that she did not know what he was talking about. He explained that he was chasing a wanted male and that he would be checking her yard. At that time, Officer Batson heard other officers running in one of the adjoining yards. As a result, he thought that maybe the male had not entered the home but instead exited to another yard. He left the porch and began walking toward the rear of the yard. As he did, he heard something running behind him. He turned and saw a dog charging at him. Officer Batson was in fear that he was in imminent danger of serious physical injury and he was not close enough to the fence to retreat before the dog could attack him. When the canine got approximately 10-15 feet away from Officer Batson, he determined that the dog was not going to stop. At that time he drew is department issued Glock 21 pistol and fired a series of rounds (4) at the dog. When this occurred, Officer Batson was alone in the yard and (W) was on the rear porch, in the doorway. Officer Batson aimed his rounds in a downward direction, utilizing the ground as a backstop. After he fired, the dog retreated back to the porch. Before Officer Batson could exit the yard, the dog again charged at him. As was the case in the first incident, Officer Batson fired another series of rounds (3) in the direction of the dog, while aiming in a downward direction. He again waited to fire until the dog was 10-15 feet away and it appeared that it would not stop its charge. After this series of shots, the dog retreated back to the porch at which time (W) was able to gain control of it. Note: it was later learned that (W) is the mother of the warrant suspect that officer Batson had been chasing.

Officer Rine was in an adjacent yard and communicated the incident via the police radio. Additional officers responded and secured the scene. It was learned that Officer Batson fired a total of 7 rounds during the incident. (W) was highly agitated and belligerent with officers, and would not advise whether or not the dog had been struck. It wasn't until I arrived on scene that she advised the dog was not injured. At a later time I was able to see the dog on the front porch and verified that it was not hurt. Note: In both instances, Officer Batson was approximately 30 feet from the house when he fired at the dog.

The following are the details regarding the incident:

1. Officer Batson, along with 3 other officers, were dispatched to 17 Lenox Street for the warrant suspect.

2. At the time of the incident it was dark outside, it was approximately 68 degrees, and clear of any precipitation. There were no artificial lights in the backyard. Officer Batson was using he flashlight to illuminate the area.

3. Officer Batson was on duty and in uniform.

4. While searching for the warrant suspect, the dog in question spontaneously and suddenly charged at Officer Batson in an aggressive manner.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **GALLAGHER** | **WILLIAM** | **2225** | **09/17/2016** | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

5. Officer Batson discharged a total of 7 rounds in two separate advances from the dog. The incident was captured on Shotspotter.

6. Officer Batson utilized is Department issued Glock 21 handgun

   a. Authorized service weapon

   b. Handgun

   c. Glock 21, .45 caliber, SN# UBR822

   d. Fourteen round capacity (loaded with 14 rounds)

   e. .45 caliber Federal HST 230 grain jacketed hollow point ammunition

   f. Safariland ALS holster

   g. Pistol permit number not applicable

On this date, Officer Batson was assigned to D53D. He was assigned to marked patrol car D43.

Technician Dapson, 220A, responded and processed the scene. Officers canvassed the backyard for shell casings as well as bullet strikes to the ground, foundation of the house, and any other debris in the yard. Three shell casings were located and no bullet strikes. The spent shell casings were recovered and turned in to property. SDO- Captain Moxley, notified and responded to the scene. PSS notified as well.

Neighborhood check completed.

The dog was not injured in this incident. The owner retained custody of said dog. The warrant subject is listed as NO in this report; he is still at large.

NFD

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| GALLAGHER | WILLIAM | 2225 | 09/17/2016 | |

DEMPSEY 1476

Incident Report Page 4 OF 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 3

CR # 2017-00064121

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 03/21/2017 | 10:49 | 03/21/2017 | 10:49 | 03/21/2017 | 10:49 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 104 Delmar ST | 261 | |

| Violent Crime Context | BWC |
|---|---|
| | No |

## OFFENSES

Statute - | Attempt/Commit - | Counts -

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

Statute - | Attempt/Commit - | Counts -

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | | | M | W | N | | |
| PK | Clarke, Liz | | F | U | U | | |
| NO | Mitchell, Shaitara | | F | B | N | | |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | Nickname |
|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? [X] | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | SIS | SIS |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|

DEMPSEY 1477

| Page 2 of 3 | | **ROCHESTER POLICE DEPARTMENT** **INCIDENT REPORT** | **2017-00064121** |

**ADDTL OFFENSE**

| Statute - | Attempt/Commit - | Counts - | |
|---|---|---|---|
| Description - | | | |
| Location | | Weapon | |
| Larceny Type | | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | | Victim/Offender Relationship  (Offender Name, DOB, Relationship) | | | | | |
| Telephone | Level of Injury | Type of Injury | Medical Treatment |

**PERSONS**

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| PK | Jackson, Daron | ███ | M | B | N | 104 Delmar ST Rochester, NY | ███ |
| | | | | | | | |
| | | | | | | | |

**SUSPECT #2**

| Type - | Suspect Name (Last, First, Middle) | | | | | | Nickname | |
|---|---|---|---|---|---|---|---|---|
| Address | | | Date of Birth | Age | Sex | Race | Ethnicity | NaRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | | Offender Condition | | Scars, Marks, Tattoos | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Ammunition** | **$0** | |
| Item Type and Description | | | Color |
| **(1) 12 gauge spent shotgun shell** | | | |
| Quantity | Unit of Measure | Measurement Source | Drug Type |
| **1** | **Item(s)** | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |
| Item Type and Description | | | Color |
| | | | |
| Quantity | Unit of Measure | Measurement Source | Drug Type |

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| Caliber | Capacity | Type | Action | Serial Number |
| Description | | | | Recovery Date |

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| State | Plate Number | VIN # | | Recovery Date |
| Additional Description | | | | |

| Reporting Officer | | IBM # | Date | Received By | |

Page 3 of 3

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

2017-00064121

**Incident Type - Discharge Firearm at Dog**

**Firearm Information - Remington 870 Pump Action 12 gauge Shotgun, Police Magnum, Serial #AB079335M, Color Black, Issued Duty Sling, Capacity 5 Rounds, Issued 12 gauge Federal Premium Tactical 1 Buck Shot Ammunition.**

**Related CR#'s  17-063927   17-063942**

While executing a search warrant at 104 Delmar Street, Inv. █████████
discharged his Remington 870 pump action shotgun at an attacking Pitt Bull named "Milky".

Inv.█████and the entry team attempted to make entry into the front door of 104 Delmar Street when the Pit Bull ran towards the entry team in an attacking manner. This caused Inv.█████to discharge (1) round at the attacking dog from his issued shotgun.

The (1) round was discharged directly towards the Pitt Bull. The backstop was clear of persons and property of value. Nobody was placed in danger because of the incident and the (1) round that was fired struck the Pitt Bull in the head, neck, and chest area. The animal was killed and the attack was stopped. Furthermore, there wasn't any other property damage caused by the firearm discharge.

City of Rochester Special Services responded and took control of the dog.
The dog was an adult Pitt Bull named "Milky".  She was approximately 75 lbs and was white and brown in color.

The owner of the dog is Daron Jackson (PK3) DOB 01/16/97 of 104 Delmar Street. Phone number (███████).

Neighborhood check was conducted with negative results.  (PK2) of 89 Delmar Street heard (1) shot fired.

Police Technician Steve Rice responded and took photos and collected the spent shotgun shell.

Police command was immediately notified of the incident to include Sergeant█████of PSS.

NARRATIVE

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|



# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 2

CR # 2017-00118125

DEMPSEY 1480

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 05/20/2017 | 19:18 | 05/20/2017 | 19:00 | 05/20/2017 | 19:18 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 241 Durnan ST | 237 | |

| Violent Crime Context | BWC |
|---|---|
| | No |

## OFFENSES

Statute -            Attempt/Commit -            Counts -

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

Statute -            Attempt/Commit -            Counts -

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| Society Public-S | City of Rochester |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| 185 Exchange BLVD | | | | | | Not Applicable |

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|
| Rochester, NY 14614 | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| (585)428-1110 | Business - NA | Business - NA | Business - NA |

## PERSONS

R = Reporting Person      W = Witness      PK = Person w/Knowledge      NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Simmons, Vonnie | | F | B | N | 241 Durnan ST Rochester, NY | |

## SUSPECT / MISSING PER

| Type | Suspect Name (Last, First, Middle) | | | | | | Nickname |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

- 01. Witness to the offense?
- 02. Surveillance footage of event?
- 03. Can a suspect be named?
- 04. Can a suspect be located?
- 05. Can a suspect be described?
- 06. Can a suspect be identified?
- 07. Can a suspect vehicle be identified?
- 08. Is stolen property traceable?
- 09. Is there significant Modus Operandi present?
- 10. Is there significant physical evidence present?
- 11. Has evidence tech work been performed?
- 12. Preliminary investigation NOT completed?

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Chiefs Office | Clinton 3rd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| WIATER | MARK | 0688 | 05/20/2017 | WIATER, MARK A. 05/20/2017 |

Incident Report  Page 1 OF 2

Case 6:19-cv-06780-FPG-MWP   Document 95-27   Filed 05/09/24   Page 113 of 162

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

2017-00118125

**NARRATIVE**

ON TODAY'S DATE I WAS ASSIGNED AS THE 3RD PLATOON STAFF DUTY OFFICER (1430-2245). AROUND 1930 HRS I WAS CONTACTED BY SERGEANT NICK ISLER, 157C, OF CLINTON SECTION, 3RD PLATOON WHO TOLD ME HE HAD JUST PUT DOWN A DOG WITH HIS SERVICE WEAPON.

I RESPONDED TO INCIDENT LOCATION AND SPOKE WITH SGT. ISLER WHO TOLD ME IN SUM AND SUBSTANCE THAT OFFICERS WERE DISPATCHED TO 241 DURNAN STREET FOR THE REPORT OF TWO PITBULLS FIGHTING IN THE CALLER'S BASEMENT, AND SHE COULD NOT GET THEM SEPERATED. UPON ARRIVAL, 227C OFFICERS STAN KAMINSKI (IBM#2322) AND DOUGLAS OSIKA (IBM#2639) ALONG WITH SGT. ISLER MET WITH THE CALLER, (W) SIMMONS. SHE TOLD THEM THAT HER DOGS WERE IN THE BASEMENT FIGHTING. THE OFFICERS COULD HEAR SCREAMING FROM ONE OF THE DOGS AND PROCEEDED INTO THE BASEMENT. THE BASEMENT WAS ILLUMINATED BY AN OVERGHEAD LIGHT SOURCE AND AMBIENT LIGHT FROM THE WINDOWS. IN THE BASEMENT THEY OBSERVED TWO PITBULLS ATTACKING A THIRD PITBULL. A GREY BRINDLE PIT NAMED "KING" HAD A TAN PIT NAMED "BOSS" HEAD IN HIS MOUTH AND A THIRD PIT NAMED "PRINCESS' WAS BITING "BOSS'S" STOMACH. TO GET THE DOGS SEPERATED AND PREVENT "KING" FROM KILLING"BOSS", SGT. ISLER DISCHARGED HIS ISSUED DUTY WEAPON, A GLOCK 21 GEN 4 .45 CAL HANDGUN - SERIAL #UBR877, LOADED WITH 13 + 1 .45 CAL JACKETED HOLLOW POINT ROUNDS - ONE (1) TIME AT THE PITBULL NAMED "KING", STRIKING HIM BEHIND THE SHOULDER. HIS DISTANCE WAS ABOUT FOUR (4) FEET AND THE BACKSTOP FOR THIS SHOT WAS THE CEMENT BRICK WALL. AFTER THE SHOT, BOTH "KING" AND "PRINCESS" DISENGAGED, WITH PRINCESS RUNNING UP THE STAIRS AND INTO AN UPSTAIRS BEDROOM. "KING" TURNED TOWARDS SGT. ISLER AND BEGAN TO CHARGE IN AN AGRESSIVE MANNER, SO SGT. ISLER DISCHARGED HIS WEAPON ONE MORE TIME, STRIKING "KING" IN THE HEAD, KILLING THE ANIMAL. HIS DISTANCE WAS WITHIN TWO (2) FEET OF THE ANIMAL AS HE WAS BACKING AWAY, AND HIS BACKSTOP FOR THIS SHOT WAS THE BASEMENT FLOOR.

AC8, DENISE LYBRAND RESPONDED AND TOOK CUSTODY OF THE DECEASED PITBULL. THE OTHER TWO WERE LEFT FOR (W) SIMMONS TO CARE FOR. "BOSS'"S INJURIES DID NOT APPEAR SERIOUS AND "PRINCESS" WAS NOT AGGRESSIVE AT THIS POINT.

TECH 220 OFC. FERGUSON RESPONDED TO PROCESS THE SCENE.

OFC. OSIKA DEPOSED (W) SIMMONS.

LT. HENRY FAVOR, PSS, WAS NOTIFIED.

| Reporting Officer | | IBM# | Date | Reviewed By |
|---|---|---|---|---|
| WIATER | MARK | 0688 | 05/20/2017 | WIATER, MARK A. 05/20/2017 |

Incident Report  Page 2 OF 2

DEMPSEY 1481

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 17-118125

PAGE 1 OF 1

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____
   **DEFENDANT'S/RESPONDENT'S NAME**

   _____
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

2. _____
   **DEFENDANT'S/RESPONDENT'S NAME**

   _____
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

3. _____
   **DEFENDANT'S/RESPONDENT'S NAME**

   _____
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Vonnie V, Simmons ▮▮▮▮ 241 Durnan St ▮▮▮▮
**DEPONENT'S NAME**   **DATE OF BIRTH**   **DEPONENT'S ADDRESS AND PHONE NUMBER**

DEPONENT DEPOSES AND SAYS:

My name is Vonnie Simmons and I currently reside at 241 Durnan st. On 5/20/17 at about 7:15 pm, my dog King began to attack Boss, my other dog. My third dog, Princess, then began attacking Boss with King. I tried to seperate the dogs, King turned towards and growled and barked at me. I felt scared and unsafe at this time, so I called the police. I then went back downstairs to try and seperate them again. Again King turned towards me and got in a aggressive posture. I then ran upstairs and closed the door to the basement. When police arrived I lead them downstairs where the dogs were fighting. When we got downstairs the dogs were still fighting and biting at Boss. I then turned around and grabbed my son, Jovontay who followed me on the downstairs and took him upstairs. Once upstairs I then heard "pop-pop". Police informed me that King had been put down. I then followed princess upstairs to the bathroom and shut the door behind us. I then talked to officers leaving Princess upstairs in the bathroom. When officers arrived and went downstairs King was in a aggressive stance and looked like he was ready to bite someone.

*NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.*

_____ 5-20-2017
**DEPONENT'S SIGNATURE**   **DATE**

_____ 2639   5-20-17
**WITNESS SIGNATURE**   **DATE**

RPD 1270

REV. 02/03

DEMPSEY 1482

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2017-00144877

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 06/16/2017 | 07:48 | 06/16/2017 | 07:48 | 06/16/2017 | 07:48 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 455 Cottage ST | 253 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | |
| Telephone | Level of Injury | Type of Injury | | | Medical Treatment | | |

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | WALDEN, BREANNA, Q | ▆▆▆ | F | B | N | 455 COTTAGE ST Rochester, NY 14611 | ▆▆▆ |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | |
|---|---|
| ☐ 01. Witness to the offense? | ☐ 05. Can a suspect be described? |
| ☐ 02. Surveillance footage of event? | ☐ 06. Can a suspect be identified? |
| ☐ 03. Can a suspect be named? | ☐ 07. Can a suspect vehicle be identified? |
| ☐ 04. Can a suspect be located? | ☐ 08. Is stolen property traceable? |

| |
|---|
| ☐ 09. Is there significant Modus Operandi present? |
| ☐ 10. Is there significant physical evidence present? |
| ☐ 11. Has evidence tech work been perfomed? |
| ☐ 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Genesee | Genesee 2nd |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| LUCYSHYN    SAMUEL | 2040 | 06/16/2017 | |

Incident Report  Page 1 OF 3

DEMPSEY 1483

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**ADDTL OFFENSE**

| | | | |
|---|---|---|---|
| Statute - | Attempt/Commit - | Counts - | |

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name  (Last, First, Middle) | | | | | |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship   (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person        W = Witness        PK = Person w/Knowledge        NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SUSPECT #2**

| Type - | Suspect Name  (Last, First, Middle) | | Nickname | |
|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | | Color |
|---|---|---|
| **Video Recorded by IBM: xxxx** | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | | Color |
|---|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | | Recovery Date |
|---|---|---|

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **LUCYSHYN** | **SAMUEL** | **2040** | **06/16/2017** | |

DEMPSEY 1484

On the above date Officer A. Eyrich responded to the area of 455 Cottage Street for the report of a family trouble (17-144694).

As Officer Eyrich approached 455 Cottage St., a white pitbull charged directly at him, growling and bearing its teeth. Officer Eyrich was concerned that he was in imminent danger of serious physical injury. Officer Eyrich drew his issued Glock 21 and fired one round at the attacking dog, striking the dog. Officer Eyrich fired in a downward direction with the backstop for his projectile being the ground and sidewalk. The driveway, foundation of the house, and other items there were examined for bullet strikes. The dog then ran back to 455 Cottage St. and into the house where (PK) secured the dog safely inside.

Animal Control was notified but was not available and reported that their response time would be approximately one hour.  Animal control did eventually arrive, secure the dog, and arrange for treatment of the dog.  It was learned that the dog sustained a gunshot wound to its right foreleg.

The following are the details regarding the incident:
1. Officer Eyrich was dispatched to the above location for a family trouble.
2. The area was illuminated as it was during daylight hours, it was 75 degrees, partly cloudy
3. Officer Eyrich was on duty working in uniform capacity
4. The loose dog spontanously and suddenly charged at Officer Eyrich in an aggressive manner.
5. Officer Eyrich discharged one round
6. Officer Eyrich utilized his issued Glock 21 handgun.
a.) Authorized service weapon
b.) Handgun
c.) Glock 21, .45 caliber, SN: UBS746
d.) Fourteen round capacity, (Loaded with fourteen rounds)
e.) .45 caliber Federal HST 230 grain jacketed hollow point ammunition
f.) Safariland ALS Holster
g.) Pistol permit number not applicable

On this date, Officer Eyrich was assigned to car beat 253. Officer Eyrich was assigned marked patrol car D-13.
Tech work was performed by 230B, Tech. K. Trewer,  Photos taken and one spent casing were turned into property. Lt. J. Graham, Lt. Favor were notified of this incident.

An extensive Neighborhood check was conducted.
(PK) deposed regarding this incident as well as the family trouble.
Ultimately Demaris S. Davie (████████) was arrested for Criminal Contempt 1st, Criminal Mischief 4th, Harassment 2nd, against (PK) as a result of the family trouble investigation.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LUCYSHYN | SAMUEL | 2040 | 06/16/2017 | |

DEMPSEY 1485

| Page 1 of 4 | **ROCHESTER POLICE DEPARTMENT**<br>**INCIDENT REPORT** | **2017-00231172** |

### DETAIL

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | | 09/11/2017 | 22:16 | 09/11/2017 | 22:16 | 09/11/2017 | 22:16 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| **412 Frost AVE** | **233** | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

### OFFENSES

Statute -  Attempt/Commit -  Counts -

Description -

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | | |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| | | | |

Statute -  Attempt/Commit -  Counts -

Description -

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | | |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| | | | |

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| | | | | | | |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| | | | |

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Marker, Sarah | | F | W | N | 412 Frost AVE Rochester, NY | |
| PK | Williams, Zachary | | M | W | N | 412 Frost AVE Rochester, NY | |
| PK | Cotto, Stephanie | | F | W | N | 412 Frost AVE Rochester, NY | |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|
| | | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|
| | | | | | | |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|
| | | |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|
| | | |

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Genesee** | **Genesee 3rd** |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **PERRONE** | **JOSEPH** | 1845 | 09/12/2017 | MALECKI, MICHAEL M 09/12/2017 |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2017-00231172

## ADD'T'L OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2323** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2093** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **PERRONE          JOSEPH** | **1845** | **09/12/2017** | **MALECKI, MICHAEL W 09/12/2017** |

DEMPSEY 1487

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 3 of 4

CR #
2017-00231172

NARRATIVE

One the above date and time, Officers Lee (2323) and Rine (2093) responded to 412 Frost Ave for the report of a fight with a roommate who was armed with an axe. Once on scene at the location both Officers could hear a loud active fight inside the location. At this time, RP opened the side door to let Officers in and stated "he needs to be MHA'd". Due to the details of the job indicating an axe was possessed by one of the parties, Officer Rine had her taser at the low ready position and Officer Lee had a deadly physical force option at the low ready. Officers then observed PK1 and PK2 fighting in the living room at which point two large pit bull breed dogs began to charge at both Officers. Officer Rine deployed her Taser at the charging dog striking the dog in the upper shoulder with one probe. The dog was not effected and then charged at Officer Lee. Officer Lee discharged one round from her issued Glock 21 handgun while standing on the steps just outside of the location missing the dog and striking the kitchen floor. The round then skipped off the floor striking a microwave. The projectile came to rest on the kitchen floor. Both dogs retreated back into the house and all parties were able to be separated and detained. PK1 was arrested under Mental Health 9.41 and transported to Strong Hospital.

The following are the details regarding the incident:
1. Officers Lee and Rine responded for the report of a fight with a roommate who was armed with an axe.
2. The outside of the location was dark, the inside was lit with one kitchen light. Weather conditions were 55.9F and winds were calm with clear night sky.
3. Officers Lee and Rine were on duty in full uniform.
4. Officer Lee observed a large dog charging her and recognized a previous taser deployment by Officer Rine had no effect on the dog.
5. Officer Lee discharged one single round.
6. Officer Lee utilized her department issued Glock 21 handgun
   a) Authorized service weapon
   b) Semi-Automatic Handgun
   c) Glock 21, .45 caliber, SN# TPB654
   d) Fourteen round capacity 13+1 (loaded with 14 rounds)
   e) .45 caliber Federal HST 230 grain jacketed hollow point ammunition
   f) Safariland ALS holster (department issued)
   g) Pistol Permit number not applicable

On this date, Officer Lee was assigned to 233 car beat and was assigned car 233 in the fleet. Officer Lee's casing was recovered outside of the location in the grass area near the side door.

Tech 220A, Officer Kaltenbach responded and processed the scene. Items recovered by the tech are as follows:
1. Officer Lee's Casing
2. Projectile
3. Taser probes
4. Axe

Deopositions were obtained from RP1 and PK2 regarding the incident. PK2 was not cooperative with Officers and refused to provide any futher information.

410 was notified of the incident and responded to the scene. Notifies were made to DCO, PSS and T/Capt Correia of Genesee Section.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| PERRONE | JOSEPH | 1845 | 09/12/2017 | MALECKI, MICHAEL W 09/12/2017 |

DEMPSEY 1488

Case 6:18-cv-06780-EAW-MWP   Document 98-27   Filed 09/09/24   Page 121 of 162

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**NARRATIVE**

The dog was not injured in this incident. The taser probe was removed by the owner (PK3) and handed over to Officer Rine.

PK1 is the subject of an Officer Safety Bulletin in which he has made suicidal, homicidal statements and threats to responding Officers. A premise Warning was issued by Sgt Malecki regarding the threats and large dogs at the location.

**DIR Completed**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| PERRONE | JOSEPH | 1845 | 09/12/2017 | MALECKI, MICHAEL W 09/12/2017 |

DEMPSEY 1489

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 17-231172

PAGE ___1___ OF ___1___

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____    _____
   DEFENDANT'S/RESPONDENT'S NAME        DEFENDANT'S/RESPONDENT'S ADDRESS

2. _____    _____
   DEFENDANT'S/RESPONDENT'S NAME        DEFENDANT'S/RESPONDENT'S ADDRESS

3. _____    _____
   DEFENDANT'S/RESPONDENT'S NAME        DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Sarah Marker _____    ██████████    412 Frost Ave 14611    ██████████
DEPONENT'S NAME              DATE OF BIRTH   DEPONENT'S ADDRESS AND PHONE NUMBER

DEPONENT DEPOSES AND SAYS:

My name is Sarah Marker and I am ███ years old. I live at 412 Frost
Ave. My roommates, Stephanie Cotto and Zachary Williams are currently
dating. They have been fighting all day today, 9/11/17. Tonight, while they were
fighting and arguing, Zachary went and got an axe. While they were
arguing, Zach held onto the axe. Stephanie told me to call the police.
I went to my room and called the police. I waited in my room until the police
came. I saw the police come and I got out of my room and went into the
kitchen. Zach was trying to put his dog in the cage. Zach's dog then
went after Stephanie. I opened the door for the police and Stephanie's
dog charged at the officer's. I heard a loud noise and Stephanie's
dog ran away. The officer's came in and put Zach in handcuffs.

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO
SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

_____ 2475   9/11/17        X_____   9/11/17
DEPONENT'S SIGNATURE     DATE            WITNESS SIGNATURE     DATE
Witness

RPD 1270                                 Deponent    DEMPSEY 1490   REV. 02/03

## Supporting Deposition

STATE OF NEW YORK    COUNTY OF MONROE    CITY OF ROCHESTER    Page 1 of  \

in the matter of the defendants/respondents listed below:    CR# 17 - 231172

1. _____
   **DEFENDANTS/RESPONDENTS NAME**        **DEFENDANTS/RESPONDENTS ADDRESS**
2. _____
   **DEFENDANTS/RESPONDENTS NAME**        **DEFENDANTS/RESPONDENTS ADDRESS**
3. _____
   **DEFENDANTS/RESPONDENTS NAME**        **DEFENDANTS/RESPONDENTS ADDRESS**

Charged with alleged offenses, to wit:

**DEPONENTS NAME:**    Stephanie    Cotto    ███████

**DEPONENTS ADDRESS:**    412   Fost Ave

DEPONENT DEPOSE AND SAYS:    Stephanie   Cotto    I am  ████  years old
My name is Stephanie Cotto I am ██ years old
I live at 412 Frost Ave with my two roomates and
Zachary Williams. Today Zach my boyfried was trying to
████ him and I were arguing and the dog bite me.
he (Zach) tried to attack the dog. Zach tried to Attack
the dog with the Axe. I had my roomate call the police
and I Kept Zach from hurting the dog. When the police
Refused further

**NOTICE: False statements made herein are punishable as a Class A Misdemeanor
pursuant to Section 210.45 of the New York State Penal Law.**

Refused _____    PO K.spry 5m, 9/11/17
**DEPONENTS SIGNATURE**    **DATE**    **WITNESSES SIGNATURE**    **DATE**

DEMPSEY 1491

| 1. OFFENSE OR INCIDENT MHA 9.41 | | 2. DAY OF WEEK Mon | 3. MON. 9 | 4. DAY 11 | 5. YEAR 17 | 6. TIME REC'D 2320 | 7. ARRIVAL TIME 2220 | 8. ORIGINAL CR # 17-231172 |
|---|---|---|---|---|---|---|---|---|
| 9. LOCATION 412 Frost AVE | | | | 10. WEATHER CONDITIONS | | | | 11. WORKING CR # // |
| 12. INVESTIGATING OFFICERS OFC RINE #2093, OFC Lee #2323 | | | | | 13. CAR # 233c, P33c | 14. AT SCENE YES ☑ NO ☐ | | 15. SECTION GEN |
| 16. VICTIM/FIRM NAME MHA | | 17. SEX | 18. DOB | 19. ADDRESS | | | 20. PHONE | |

| 21. PHOTOGRAPH YES ☑ NO ☐ | 22. COLOR ☑ OTHER ___ | 23. PHOTOS BY OFC. E. Melendez #2415 | |
|---|---|---|---|

| 24. PACK # | 25. NEG | 26. TIME | 27. ITEM PHOTOGRAPHED/LOCATION | 28. DIR |
|---|---|---|---|---|
| 127 | 0191 | 2242 | 412 Frost AVE Front View. | N |
| | 0192 | 2242 | .45 cal Casing located in grass next to loc | E |
| | 0193 | 2243 | Kitchen Floor of Loc where Projectile Struck | W |
| | 0194 | 2243 | Projectile located under table in Kitchen Floor | E |
| | 0195 | 2244 | White Microwave in Kitchen with Projectile Striking Dam. | W |
| | 0196 | 2244 | Taser Probe on Kitchen Floor. | N |

**OPERATOR AND VEHICLE INFORMATION**

| 29. OPERATOR | 30. SEX | 31. ADDRESS | 32. YEAR | 33. MAKE | 34. MODEL | 35. COLOR | 36. LICENSE |
|---|---|---|---|---|---|---|---|
| #1 | | | | | | | |
| #2 | | | | | | | |
| #3 | | | | | | | |
| #4 | | | | | | | |

| 37. PROCESSED FOR PRINTS YES ☐ NO ☑ TOTAL LIFTS ___ | 38. B ☐ *W ☐ OTHER ___ | 39. ELIMINATIONS YES ☐ NO ☑ TOTAL ___ |
|---|---|---|
| 40. FINGER PRINT EVALUATION DATE ___ V ☐ NV ☐ BY ___ IDENT: ___ | 41. NAME, ADDRESS AND D.O.B. OF PERSONS ARRESTED OR SUSPECTED (CIRCLE) 1. Zachary Williams ▇▇▇ 2. 3. | |
| 42. EVIDENCE COLLECTED YES ☐ NO ☑ PROPERTY SHEET LOT# ___ | 43. SAMPLE ☐ BLOOD ☐ DNA ☐ OTHER ___ | 44. COMPOSITE PREPARED YES ☐ NO ☑ FLIER ___ 46. FIELD SKETCH YES ☐ NO ☑ | 45. FOOT LIFTS YES ☐ NO ☑ 47. CASTS YES ☐ NO ☑ |

48. UNUSUAL CIRCUMSTANCES - PATTERNS

| 49. REVIEWED BY ___ | ID# 7029 | 50. TECHNICIAN OFC. Eric Melendez | ID# 2415 | CAR# 213c |
|---|---|---|---|---|

RPD 1201 REV. 10/03

DEMPSEY 1492

GO 457

rochester police department technicians evidence & photo report

PAGE ___ OF ___

| Page 1 of 2 | **ROCHESTER POLICE DEPARTMENT** INCIDENT REPORT | 2017-00279676 |

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 11/02/2017 | 10:34 | 11/02/2017 | 10:34 | 11/02/2017 | 10:34 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 228 Martin ST | 277 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

**OFFENSES**

Statute - | Attempt/Commit - | Counts -
Description -

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

Statute - | Attempt/Commit - | Counts -
Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Johnson, Rose, L | ▮ | F | B | N | 228 Martin ST Rochester, NY 14621 | ▮ |
| W | Dassie, Lettie | ▮ | F | B | N | | ▮ |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Office | | | Clinton 2nd |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| LEWIS       JOSH | 1820 | 11/02/2017 | |

DEMPSEY 1493

Incident Report  Page 1 OF 2

**NARRATIVE**

At above date and time Officer Rich Arrowood #912 responded to 228 Martin St. for a Family Trouble in progress. Once on scene he knocked at the front door, no one answered. A female neighbor W1 told Officer Arroowood that the female at that location does not answer the front door, only the side door. As Officer Arroowood was speaking to W1 a large white pitbull dog appeared from the side of the house and charged Officer Arroowood. Officer Arroowood attempted to back away from the dog but the dog continued to charge. Officer Arroowood then fired one round from his duty pistol, in a downward angle, towards the dog. The dog was not struck. After the round was fired the dog retreated into the house. The dog is owned by the original caller PK1. PK1 was ticketed by animal contol Officer Ames #1270 for Unliscensed Dog, Unleashed Dog and Dangerous Dog. One bullet strike mark was located on the sidewalk directly in front of 228 Martin St. The rest of the area was checked thoroughly for any secondary strikes, none were found. The casing was located two feet away from where Arrowood was standing when he fired, it was found using a rake due to overgrown grass. The casing was recovered and the scene photographed by Tech Rice.

At the time of the firearm discharge:
The weather was clear and it was an overcast day.
Officer Arroowood was on duty and in full uniform.
One round was fired.
The firearm used was Officer Arroowood's issued duty weapon
The weapon used is a Glock Model 21
The gun is a .45 Cal handgun
The serial number of the firearm is UBR574
The firearm holds 13+1 rounds of ammunition and was fully loaded
The ammunition used is Federal Tactical .45
The firearm was held in Officer Arroowood's department issued holster before the incident.
There were no other member's present at the time of the discharge.
The incident was captured on Arroowoods BWC.
A deposition was taken from W1
There were no additional cameras that captured the event.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LEWIS | JOSH | 1820 | 11/02/2017 | |

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department
Supporting Deposition
RPD 1270**

CR# 17-279676

PAGE 1 OF 1

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____       _____
   DEFENDANT'S/RESPONDENT'S NAME        DEFENDANT'S/RESPONDENT'S ADDRESS

2. _____       _____
   DEFENDANT'S/RESPONDENT'S NAME        DEFENDANT'S/RESPONDENT'S ADDRESS

3. _____       _____
   DEFENDANT'S/RESPONDENT'S NAME        DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

LETTIE DASSIE _____   ▓▓▓▓   238 MARTIN ST   ▓▓▓▓
DEPONENT'S NAME            DATE OF BIRTH   DEPONENT'S ADDRESS AND PHONE NUMBER

DEPONENT DEPOSES AND SAYS:

MY NAME IS LETTIE DASSIE and I Live AT 238 MARTIN ST. ON November
2nd, 2017 AT APPROXIMATELY 10:40Am I WAS standing on THE PORCH
AT my HOUSE When I SAW A Police officer PULL UP TO MY NEIGHBORS HOUSE.
I Then SAW The Police officer get OUT OF HIS CAR And WALK TO MY
NEIGHBORS HOUSE ONTO The PORCH. The OFFICER THEN WALKED UP The Driveway
and knocked on The DOG STARTED AT THE OFFICER AS The OFFICER
WAS BACKING UP ONTO The Side WALK. THE Dog WAS APPROXIMATELY
A FOOT AWAY FROM The OFFICER When I SAW The OFFICER FIRE ONE
GUN SHOT FROM HIS HANDGUN. THE DOG THEN RAN BACK UP The Driveway
AWAY FROM The POLICE OFFICER.

_____
_____
_____
_____
_____

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO
SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

LETTIE DASSIE            11/2/17          ▓▓▓ #851
DEPONENT'S SIGNATURE      DATE          WITNESS SIGNATURE   DEMPSEY 1495   11/2/17
                                                                            DATE

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 3

CR # 2017-00289005

### DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 11/13/2017 | 17:00 | 11/13/2017 | 15:00 | 11/13/2017 | 15:00 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 281 N Union ST | | 297 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

### OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| Individual-I | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| | | 14 | F | B | N | Resident |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| Rochester, NY | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| | Physical Injury | Apparent Minor Injury | Hospitalized |

### PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Arroyo, Thaliea | | F | B | H | | |
| RP | McPherson, Michael | | M | B | N | | |
| W | Parrillo, Joe | | M | W | N | | |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| | |
|---|---|
| 09. Is there significant Modus Operandi present? | |
| 10. Is there significant physical evidence present? | |
| 11. Has evidence tech work been perfomed? | |
| 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Clinton | Clinton 3rd |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| WALDO          RICHARD E | 1340 | 11/13/2017 | |

Incident Report, Page 1 OF

DEMPSEY 1496

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR# **2017-00289005**

## ADDTL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Davis, James | | M | B | N | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | | | | Nickname | |
|---|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | BWC Video | | |

| Item Type and Description | Color |
|---|---|
| Video Recorded by IBM: 1767 | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| WALDO          RICHARD E | 1340 | 11/13/2017 | |

Incident Report  Page 2 OF 3

DEMPSEY 1497

On the above date and time Sgt Reaves #1767 responded to the area of the public market for a call of a female being attacked by a pit bull. (RP)McPherson works security at the public market and made the 911 call. When Sgt reaves arrived he was directed to the parking lot across the street from 280 N. Union St. He immediately observed (V) Lake being attacked by a dark pit bull. The dog was biting (V) in the arms and legs. The dog was biting and shaking (V). At one point the dog also jumped up and attempted to bite (V) in the face. Sgt Reaves yelled at (V) to back up and to try and get away. As he said this the dog turned his attention from (V) and ran towards Sgt Reaves. Sgt Reaves now fearing that he was going to be attacked, drew his service pistol (Glock 21 Gen 4 .45 Ser #UB5597). The dog was about 5 feet away, and the victim had ran out of the direct area. Sgt Reaves then fired one round (Federal HST .45 Cal Service Ammo) at the dog while backpedaling. He fired at a downward angle with his backdrop being the ground and an unoccupied truck and trailer. The dog was struck in the mouth area and immediately turned away and ran. Nothing else in the area was struck.

Officers located the dog at 5 Messina St in a dog cage with a large hole in it. It appears as though the dog ran home and went into the cage. In the cage with the dog was a puppy pit bull as well. Animal control (AC6 Emerick) responded at took custody of the injured dog, but left the puppy in the cage. No one was at the home at the time so animal control left a Notice of Warning.

Tech Ferguson responded and processed the scene. The victim was transported to Strong by AMR. She had numerous bite injures on her arms and legs. The victim's father came to the scene and was given the victim's glasses and book bag.

Lt Favor from PSS was notified. 410 was on scene.

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| WALDO | RICHARD E | 1340 | 11/13/2017 | |

Incident Report Page 3 OF 3

DEMPSEY 1498

| | **ROCHESTER POLICE DEPARTMENT** **INCIDENT REPORT** | CR # |
|---|---|---|
| Page 1 of 4 | | 2018-00012682 |

**DETAIL**

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | | 01/17/2018 | 10:51 | 01/17/2018 | 10:51 | 01/17/2018 | 10:51 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 856 N Plymouth AVE dn | | 271 | |

| Violent Crime Context | BWC |
|---|---|
| | No |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Miller, Daniel | | M | | | | |
| PK | Bermudez, Ann | | F | | | | |
| PK | Torres, Migdalia | | F | | | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? **X** | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? **X** |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | SIS | SIS |

| Reporting Officer | | IBM # | Date | Reviewed By | DEMPSEY 1499 |
|---|---|---|---|---|---|
| GRANDE | LAURA | 0781 | 01/18/2018 | | |

Incident Report Page 1 OF 4

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
**2018-00012682**

**Incident Type - Discharge Firearm at Dog**

**Firearm #1 information - Remington 870 Pump Action 12 gauge Shotgun, Police Magnum, Serial # AB079339M, Color Black, Capacity 5 Rounds, Issued 12 gauge Tactical Buck Shot Ammunition.**

**Firearm #2 information - Glock 21, .45 cal. Department issued Handgun, Serial # UBR978, Color Black, Capacity 15 Rounds, Issued .45 cal. Ammunition.**

**Related CR #18-012609**

**While executing a narcotics search warrant at 856 N Plymouth Ave, Inv. Burgoon #1306 discharged his Remington 870 Shotgun, and Sgt. Lee #789 discharged his Glock 21 handgun at an attacking Pit bull.**

**Inv. Burgoon and Sgt Lee were at the location with an entry team, making a dynamic entry through the rear door of the downstairs apartment. The Pit bull initially ran towards the team, but retreated back to a male who was standing inside the apartment when yelled at by Inv. Burgoon. Inv. Burgoon gave commands at this male to control and contain the dog. The male at first complied, but then he suddenly pushed the dog towards the entry team members and grabbed a bag of narcotics while trying to run into another room. The Pit bull aggressively charged at the Officers in an attacking manner, causing Inv. Burgoon to discharge (1) round from his issued shotgun, striking the dog in the neck and chest area. The Pit Bull was injured, but continued charging aggressively towards Sgt Lee and other members of the entry team who were on the outside, in the back yard of the location. Sgt Lee discharged (1) round from his issued handgun, striking the dog in the right side chest, killing it and ending the attack.**

**The (1) shotgun round was discharged down, directly towards the Pit bull and the floor. The backstop for the shotgun round was clear of persons and property of value. The round directly struck the Pit bull in the chest and neck area and nothing else, causing no danger to persons in the area.**

**The (1) hangun round was also discharged down, directly towards the Pit bull and into the snow covering the ground. The back stop for the handgun round was clear of persons and property of value. The round struck the Pit bull in the right side chest area and nothing else, with no danger to persons in the area.**

**Animal Control Officer Denise Lybrand (AC-8) responded to remove the deceased Pit bull.**

**The dog was a large, 2 year old Pit bull named Finde, grey and white in color.**

**The owner, the male located upon entry to the location, is Rhashii Brown, ███ of 856 N. Plymouth Ave. Phone number ████████. Moris #245177.**

**Lake Section Officer Eichas conducted a neighborhood check. All (PK)'s listed heard shots, but did not witness the incident.**

**Police Technicians Trewer and Terrigino responded to process the scene.**

**Sgt. Dave Williams of PSS and SIS Captain Koonmen were notified.**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| GRANDE | LAURA | 0781 | 01/18/2018 | |

DEMPSEY 1500

| | | | | |
|---|---|---|---|---|
| **Page 1 of 5** | | **ROCHESTER POLICE DEPARTMENT**<br>**INCIDENT REPORT** | CR# | **2018-00053628** |

**DETAIL**

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| **22. All Other Offenses** | | **03/09/2018** | **14:29** | **03/09/2018** | **14:29** | **03/09/2018** | **15:14** |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| **222 Spencer ST** | | **271** | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | EDWARDS, CONNOR, C | | | | | ██████ | ██████ |
| W | DELDUCA, ANDREW | | | | | | |
| NO | Fernando, Cira | ███ | F | U | H | ██████ | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| |
|---|
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been perfomed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Clinton** | **Lake 3rd** |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **COLLINS** | **MICHAEL** | **2222** | **03/09/2018** | |

Incident Report Page 1 OF 5

DEMPSEY 1501

## ADDTL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

**Description -**

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NO | Romaro, Jose | ▓▓▓▓ | M | U | H | ▓▓▓▓ | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Damaged Vandalized** | **Structures - Other** | **$25** | |

| Item Type and Description | Color |
|---|---|
| **Flooring of the vacant with damage from buckshot** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Ammunition** | **$1** | |

| Item Type and Description | Color |
|---|---|
| **Spent Federal 12 GA Buckshot Casings** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **2** | **Item(s)** | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **COLLINS          MICHAEL** | **2222** | **03/09/2018** | |

DEMPSEY 1502

Case 6:19-cv-06780-EAW-MWP   Document 98-27   Filed 09/09/24   Page 135 of 162

**NARRATIVE**

On the above date and time Off. Edwards and Off. Delduca responded to 222 Spencer St for an open vacant property that had an abandoned dog inside. When the Officers arrived they found that the property was actually an abandoned duplex townhouse (222 and 224 Spencer St). Officers cleared 224 Spencer St first then cleared 222 Spencer St. Before entering the structure Officers announced their presence and listened for movement and none was heard. Officers then cleared the first floor of the structure with negative results for people or the dog. As officers proceeded up the stairs, Off. Edwards was first and Off. Delduca behind him, a pit bull ran out into the hallway and began viciously barking at the Officers. Off. Edwards and Off. Delduca immediately retreated down the stairs, through the hallway, and into the kitchen. As they retreated into the kitchen the dog ran down the stairs toward them in an aggressive manner. Off. Edwards was standing in the kitchen facing South towards the dog and Off. Delduca was still behind him. As the dog charged toward the Officers Off. Edwards waited until the dog was 10-12 feet away and appeared that it was not going to stop it's charge. Off. Edwards then shot three rounds of department issued buckshot at the dog. Off. Edwards shot at a downward angle using the floor of the structure as his backstop. Off. Edwards first round missed the dog and struck the floor of the structure behind the dog, causing $50.00 worth of damage. Off. Edwards second shot did strike the animal between the shoulder blades causing injury. The third shot was a misfire and no projectile was emitted from the firearm. After the three shots the dog retreated upstairs and Off. Delduca requested animal control and a supervisor to respond.

I responded to the scene and learned that the upstairs of the structure was still not cleared for people. I requested more officers to assist and Sgt. Weigel, Off. Timmons, Off. Mitchum, Off. Demarco, and Off. Grillo responded. Together Officers cleared the second floor and found the dog wounded in a bedroom. The dog was then barricaded in that room while the structure was cleared. Animal Control Officer R. Lodar responded. Together with Animal Control, Officers cleared the room and the dog was detained. Animal Control Officer Lodar then took the stray dog into custody and to Verona for possible treatment.

The following are the details regarding the incident:

1. Officer Edwards and Officer Delduca responded to 222 Spencer St for an open vacant property with an abandoned dog inside.
2. At the time of the incident it was daylight, approximately 36 degrees, and snowing. Inside the location there was no electricity but visibility was clear due to the daylight.
3. Officer Edwards was on duty and in uniform.
4. While clearing the abandoned house. The dog in question suddenly charged at Officer Edwards and Off. Delduca in an aggressive manner.
5. Officer Edwards fired a total of three rounds in one advance from the dog. The third round was a misfire.
6. Off. Edwards utilized his Department issued Remington 870 shotgun
   a. Authorized Service Weapon
   b. Shotgun
   c. Remington, #1 buckshot, SN# C099751M
   d. Five round capacity (loaded with five rounds)
   e. Federal Premium Law Enforcement 12 GA 2 ¾ in Buckshot, 15 pellets #1 Buck.
   f. Holster not applicable
   g. Pistol permit not applicable

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| COLLINS | MICHAEL | 2222 | 03/09/2018 | |

DEMPSEY 1503

**NARRATIVE**

On this date Officer Edwards was assigned to beat 271. He was assigned to marked patrol car 9911.

Technician Marsden did respond to the location and processed the scene.  Pictures were taken of the damaged floor and blood trail from the dog. Four buckshot pellets, two spent buckshot casings, and one live round were also recovered and brought to property. Officers canvassed the house for any other damage and it appears only the floor was struck.

A neighborhood check was completed with negative results. Both (NO)'s did not hear or see anything but knew the structure was vacant. Both also did not know there was a dog inside. In addition to the (NO)'s 210 and 218 Spencer St were checked with no one home.

The owner of the residence was checked by City Admin and no owner was on file. Special Services was requested for a board up of the location.

SDO Captain Koehn was notified and PSS was notified as well.

NFD

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **COLLINS** | **MICHAEL** | **2222** | **03/09/2018** | |

DEMPSEY 1504

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
2018-00053628

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Seized Evidence** | **Ammunition** | **$1** | | |
| Item Type and Description | | | | Color |
| **Live Misfired 12 GA Buckshot Round** | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| **1** | **Item(s)** | | | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | | |
| Item Type and Description | | | | Color |
| **Video Recorded by IBM: 2222,2555,2296,2487,2494, 1832,2223** | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| **1** | **Item(s)** | | | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| | | | | |
| Item Type and Description | | | | Color |
| | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| | | | | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| | | | | |
| Item Type and Description | | | | Color |
| | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| | | | | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| | | | | |
| Item Type and Description | | | | Color |
| | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| | | | | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| | | | | |
| Item Type and Description | | | | Color |
| | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| | | | | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| | | | | |
| Item Type and Description | | | | Color |
| | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| | | | | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| | | | | |
| Item Type and Description | | | | Color |
| | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| | | | | |

**ADDITIONAL PROPERTY**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **COLLINS** | **MICHAEL** | **2222** | **03/09/2018** | |

DEMPSEY 1505

| Page 1 of 4 | | **ROCHESTER POLICE DEPARTMENT** INCIDENT REPORT | CR# **2018-00090117** |

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 04/22/2018 | 17:36 | 04/22/2018 | 17:36 | 04/22/2018 | 17:36 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 339 FIRST ST | 267 | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name  (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? | |
|---|---|---|---|
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? | |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? | |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? | X |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Clinton** | **Clinton 3rd** |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **ISLER** | **NICKOLAS** | **1597** | **04/22/2018** | | Incident Report  Page 1 OF 4 |

DEMPSEY 1506

| Page 2 of 4 | **ROCHESTER POLICE DEPARTMENT** INCIDENT REPORT | CR # 2018-00090117 |
|---|---|---|

**ADD'TL OFFENSE**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SUSPECT #2**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 1597, 2646, 2554, 2631** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **ISLER**          **NICKOLAS** | **1597** | **04/22/2018** | |

Incident Report Page 2 OF 4

DEMPSEY 1507

**NARRATIVE**

1. Nature of incident: Officers responded to the above location for the 911 call of one Pit bull attacking a dog in the neighbors yard. One was black and white the other was gray and white.

2. Lighting: Day light clear skies

3. Duty Status: On duty

4. Circumstances: Upon Officer arrival (Whitmore #2646, Gorman #2631) they observed two lose aggressive dogs. Officers requested Animal Control via the primary. I overhead the radio traffic and approved animal control being called in. Officers on scene were given a 30-35 minute ETA. The above Officers attempted to keep the dogs contained in the back yard at gun point. While awaiting Animal Control the gray and white dog charged Officer Whitmore. Officer Whitmore discharged one round from his service weapon striking the dog in the left lower jaw. This shot did not kill the dog. It should be noted at the time the animal charged toward Officer Whitmore he was in a tight space between a detached garage and a house. A diagram is attached below. The backdrop for this incident was the ground and a concrete block wall.



5. Number of rounds fired: One round

6. Description of firearm:

    a. Authorized/Not Authorized: Authorized duty weapon

    b. Type: Semi Automatic

    c. Make, Caliber, S/N: Glock Model 21 .45 cal S/N UBR586

    d. Number of Rounds: Round capacity 14 (13 in the magazine 1 in the chamber)

    e. Ammo type: Duty issued Federal HST 230 Grain

    f. Type of holster, Whether Dept. issued: Holster department issued Safari land SLS

7. Witness: Borges, Nereida 11/29/89 F/H 585-642-7893 339 First Street (RP and W)

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| ISLER | NICKOLAS | 1597 | 04/22/2018 | |

DEMPSEY 1508

8. Officer name and assignment: Justin Whitmore #2646 Clinton Section third Platoon

9. Description of weapon used by adversary and the weapons complete description: Dangerous Dog

Once animal control responded AC4 (Ames) was able to contain both dogs. The injured dog was located in between two fences and required a lot of effort to capture the dog. Upon further investigation Ro's learned the dogs lived at 331 First Street. The fence around the yard was in poor shape thus allowing the dogs to get lose. While on scene the dogs owner came to the location. His name was Omar Ayala-Melendez 6/11/72 743-0297. Mr. Ayala-Melendez wished to give up his rights to both dogs and turned them over to animal control. Mr. Ayala-Melendez was also issued several tickets by AC4 for unlicensed dogs, unleashed dogs, and dangerous dogs. Officer Gorman completed an IA documenting additional names and a neighborhood check. Tech 260C responded to the scene. See tech report for additional information.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **ISLER** | **NICKOLAS** | **1597** | **04/22/2018** | |

DEMPSEY 1509

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # **2018-00136420**

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | 06/10/2018 | 11:39 | 06/10/2018 | 11:42 | 06/10/2018 | 11:43 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| **236 Belknap ST** | **281** | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Cala, Brian | | M | W | N | 185 Exchange BLVD Rochester, NY | (585)428-9810 |
| RP | Trenton, Jen | | F | W | N | 185 Exchange BLVD Rochester, NY | (585)428-9810 |
| PK | Anniszkiewicz, maryann | | F | W | N | 236 Belknap ST Rochester, NY | (585)458-1504 |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Lake** | **Lake 2nd** |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **CLARK          COREY** | **1459** | **06/10/2018** | |

Incident Report  Page 1 OF 3

DEMPSEY 1510

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**Page 2 of 3**

**2018-00136420**

## ADD'TL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Scherbyan, Mike | | M | W | H | 21 W Main ST Shortsville, NY | (585)694-7833 |
| W | Glaze, Delaney | | F | W | N | 3248 Goosen ROAD Marian, NY | (585)455-4333 |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | Nickname | |
|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | BWC Video | | |

| Item Type and Description | Color |
|---|---|
| Video Recorded by IBM: 1094 | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | BWC Video | | |

| Item Type and Description | Color |
|---|---|
| Video Recorded by IBM: 1650 | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| CLARK    COREY | 1459 | 06/10/2018 | |

DEMPSEY 1511

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2018-00136420**

**NARRATIVE**

On 6/10/18 at around 1139 Officers Cala 1094 and Trenton 1650 were dispatched to 236 Belknap St for a neighbor trouble in progress regarding a lose dog. W-Glaze was an observer riding with Officer Cala. The weather was a clear sunny day. Officers Cala and Trenton were in department issued uniform. Upon arrival Officer Trenton shook the fence in front of 236 Belknap St to check for dogs. No dogs could be seen or heard. Officer Trenton entered the fenced location followed by Officer Cala and W-Glaze. Officer Trenton walked up on to the porch followed by Officer Cala. As Officer Trenton went to knock on the door a large black dog came from the rear of the location. The dog was barking and started to come towards Officer Cala. Officer Cala drew his department issued handgun as he was backing down the stairs and the dog stopped on the porch about 4 feet from Officer Cala. Officer Trenton had backed herself against the front door elevated porch and was trapped about 3 feet from the dog. Officer Cala started to back away again when the dog started barking and charged towards Officer Cala. W-Glaze ran towards the fence when the dog started to charge at Officer Cala.

Officer Cala discharged one round from his department issued Glock 21 semi-automatic, .45 Caliber, Serial Number UBR879, loaded with 13 rounds of department issuede Federal .45 Caliber ammunition. Officer Cala was using his department issued holster. Officer Cala's round was fired in a downward angle with the ground as a backstop. Officer Cala was approximately 3 feet from the dog when he fired the round. The round struck the dog in the head stopping the dog instantly.

PK3-Anniszkiewicz is the owner of the dog and was inside of the location during the incident. PK3 was also the caller for the neighbor trouble incident.

Pk4-Scherbyan was outside in the rear of the location putting up a pool when he heard the shot.

Tech Walker responded to the location. He took photos and recovered the casing.

Animal Control responded and confirmed that the dog was deceased.

Deposition taken from W-Glaze.

PK3-Anniszkiewicz request to take care of the dog herself. The dog was release to PK3.

A non criminal incident report was completed by Ofc. Lang regarding the orginal call. See CR #18-136490.

BWC footage was reviewed.

410 Lt. Anzalone notified of incident. PSS Lt. Favor notified.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| CLARK | COREY | 1459 | 06/10/2018 | |

DEMPSEY 1512

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #

**2018-00146235**

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 06/20/2018 | 18:22 | 06/20/2018 | 18:22 | 06/20/2018 | 18:22 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 105 Ambrose ST | 271 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Kim, Kulika | 04/15/1972 | M | A | N | 38 Danfort CRES Rochester, NY | (585)831-7523 |
| PK | Clarke, JayQuan | 11/14/1992 | M | B | N | 105 Ambrose ST Rochester, NY | (585)448-4475 |
| NO | Hart, Jessica | 09/20/1990 | F | W | N | 105 Ambrose ST Rochester, NY | (585)414-1992 |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Lake | Lake 3rd |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| TAURIELLO      RYAN | 2147 | 06/20/2018 | MARONE, BRIAN P. 06/20/2018 |

Incident Report  Page 1 OF 4

DEMPSEY 1513

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**ADDT'L OFFENSE**

| Statute - | | Attempt/Commit - | | Counts - | |
|---|---|---|---|---|---|
| Description - | | | | | |
| Location | | | | Weapon | |
| Larceny Type | | | Aggravated Assault Circumstances | | Gang Related / Computer |
| Bias Type | | Entry Point | | Method of Entry | # of Premises Entered |

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | |
| Telephone | Level of Injury | Type of Injury | | Medical Treatment | |

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Sterling, Derek | | M | W | N | 1099 Jay ST Rochester, NY | (585)428-9810 |
| PK | Zampatori, Joseph | | M | W | N | 1099 Jay ST Rochester, NY | (585)428-9810 |
| | | | | | | | |

**SUSPECT #2**

| Type - | | Suspect Name (Last, First, Middle) | | | | | | Nickname | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | | | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | | | Offender Conditon | | Scars, Marks, Tattoos | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | | |
| Item Type and Description | | | | Color |
| **Video Recorded by IBM: 2574** | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| **1** | **Item(s)** | | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | | |
| Item Type and Description | | | | Color |
| **Video Recorded by IBM: 2430** | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| **1** | **Item(s)** | | | |

**FIREARM**

| Firearm Property Code | Firearm Value | Make | | Model | | Finish |
|---|---|---|---|---|---|---|
| Caliber | Capacity | Type | Action | | Serial Number | |
| Description | | | | | | Recovery Date |

**VEHICLE**

| Vehicle Status | Year | Make | | Model | Style | Color |
|---|---|---|---|---|---|---|
| State | Plate Number | VIN # | | | Recovery Date | |
| Additional Description | | | | | | |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **TAURIELLO** | **RYAN** | **2147** | **06/20/2018** | **MARONE, BRIAN P. 06/20/2018** |

DEMPSEY 1514

NARRATIVE

On June 20, 2018 at approximately 1822 hours, (W) Kim called 911 to report two loose pitbulls in the area of 105 Ambrose St. At approximately 1842 hours Officers' Zampatori and Sterling, in full duty uniform, arrived on scene and located two pitbulls in the backyard of 105 Ambrose St.

One of the dogs was chained up in the backyard and secure. As Officer Sterling began walking toward the backyard the second dog charged him from approximately 50 feet away. The dog was running at full speed and Sterling drew his service pistol as the dog approached aggressively. When the dog got within 5-10 feet of him, Sterling fired two rounds from his duty issued Glock 21 (Ser # UBR603). Sterling's backdrop was the ground (grass) as his handgun was pointed in a downward direction due to the close proximity of the dog. Beyond the backdrop was a driveway (gravel) and backyard both of which were unoccupied by people, vehicles, and/or structures. The dog was struck at least one time in the front left shoulder with Sterling's issued service ammunition, Federal Cartridge .45 Auto. When the dog was shot it was still daylight and the weather conditions were as follows;
- 69 degrees Fahrenheit
- Partly cloudy
- Winds SSE 3 MPH

The dog retreated to the side porch of the location as (PK) Clarke exited his apartment. The dog did not suffer a fatal wound. (PK) Clarke identified himself as the dog's owner and he secured the wounded animal in his apartment.

Both spent casings were located on scene in the front yard of 105 Ambrose. A Technician was requested to the scene, however, all on duty technicians were tied up on a Genesee Section double homicide (CR 18-145628) and separate shooting which was possibly related (CR 18-145949). Officer Timmons took pictures with her issued camera at the scene and the recovered casings were collected and turned into property as evidence.

The original 911 caller who reported the loose pitbulls was located on scene and provided a deposition in regards to the dog being shot (see Kim deposition for further details).

The incident was captured on Officer Sterling and Officer Zampatori's BWC.

Animal Control Officer Lodar responded to transport the wounded animal to Veterinary Specialist & Emergency Service because (PK) Clarke had no transportation to do so. (PK) Clarke was provided information in regards to filing a claim with the city for veterinarian bills.

Lt. Marone (SDO) and Lt. Favor (PSS) were notified of the incident.

**Non-Criminal Incident**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| TAURIELLO | RYAN | 2147 | 06/20/2018 | MARONE, BRIAN P. 06/20/2018 |

DEMPSEY 1515

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Ammunition** | | |

| Item Type and Description | Color |
|---|---|
| **(2) spent F.C. 45 Auto casings** | **Silver** |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **2** | **Not Applicable** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

**ADDITIONAL PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **TAURIELLO** | **RYAN** | **2147** | **06/20/2018** | **MARONE, BRIAN P. 06/20/2018** |

DEMPSEY 1516

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

Rochester Police Department
Supporting Deposition
RPD 1270

CR# 18-146235
PAGE 1 OF 1

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____         _____
   DEFENDANT'S/RESPONDENT'S NAME          DEFENDANT'S/RESPONDENT'S ADDRESS

2. _____         _____
   DEFENDANT'S/RESPONDENT'S NAME          DEFENDANT'S/RESPONDENT'S ADDRESS

3. _____         _____
   DEFENDANT'S/RESPONDENT'S NAME          DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Kulika Kim         4 15 72      38 Danfort Crescent  831-7523
DEPONENT'S NAME    DATE OF BIRTH   DEPONENT'S ADDRESS AND PHONE NUMBER

DEPONENT DEPOSES AND SAYS: My Name is Kulika Kim. I am 47 years
old and Live at 38 Danfort Crescent. On 6/20/18 at
around 6:30 PM I called 911 to inform them that there
was a loose Female Black Pitbull in the vicinity of 101
and 105 Ambrose St. I then showed the officers when
they arrived where the dog was; which was behind the
house of 105 Ambrose. One officer was on the
side walk and the other was by a tree. At the front
of the location when the dog. The dog did then run
at the officer at a high rate of speed, and the other
shot at the dog once which hit the ground. The officer
then fired a second shot which hit the dog in the
left paw. I believe the officer fired at the dog because
he felt threatened and was trying to protect himself
from being bitten.

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO
SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

_____    6/20/18           _____   6/20/18
DEPONENT'S SIGNATURE        DATE             WITNESS SIGNATURE      DATE

RPD 1270                                      # Farrell          REV. 02/03

DEMPSEY 1517

| Page 1 of 5 | | **ROCHESTER POLICE DEPARTMENT** **INCIDENT REPORT** | 2018-00175299 |
| --- | --- | --- | --- |

## DETAIL

| Incident Type | | | Report Date | Report Time | Date From | Time From | Date To | Time To |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **IR- Non-Criminal Incident** | | | 07/21/2018 | 06:10 | 07/21/2018 | 06:10 | 07/21/2018 | 06:30 |
| Incident Address | | | | | Beat | Campus Code | | |
| **14 Bauer ST** | | | | | **261** | | | |
| Violent Crime Context | | | | | | BWC **Yes** | | |

## OFFENSES

| Statute - | | Attempt/Commit - | | Counts - | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description - | | | | | | | | |
| Location | | | | | Weapon | | | |
| Larceny Type | | | | Aggravated Assault Circumstances | | | Gang Related | Computer |
| Bias Type | | Entry Point | | | Method of Entry | | | # of Premises Entered |
| Statute - | | Attempt/Commit - | | Counts - | | | | |
| Description - | | | | | | | | |
| Location | | | | | Weapon | | | |
| Larceny Type | | | | Aggravated Assault Circumstances | | | Gang Related | Computer |
| Bias Type | | Entry Point | | | Method of Entry | | | # of Premises Entered |

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Address | | | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status | |
| City, State, Zip | | | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | | |
| Telephone | | Level of Injury | | | Type of Injury | | | Medical Treatment | | |

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| W | Breen, James | | M | | | 185 Exchange BLVD Rochester, NY | |
| W | Wilcox, April | | F | | | 185 Exchange BLVD Rochester, NY | |
| PK | Cason, Amy, L | 08/27/1966 | F | B | N | 9 Bauer ST Rochester, NY | (585)415-1310 |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | | | | Nickname | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Address | | | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | | | | Offender Conditon | | | Scars, Marks, Tattoos | |
| Mothers Maiden Name | | | Place of Birth | | | | | School Name / ID # | |

## INVESTIGATION

Modus Operandi

| | |
| --- | --- |
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| |
| --- |
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been perfomed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
| --- | --- | --- | --- |
| **Not Applicable (non-crime)** | | **Patrol - Lake** | **Lake 1st** |

| Reporting Officer | | IBM # | Date | Reviewed By |
| --- | --- | --- | --- | --- |
| **TAMBURELLO-CONWAY   NICOLE** | | **1540** | **07/21/2018** | |

Incident Report  Page 1 OF 5

DEMPSEY 1518

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2018-00175239

Page 2 of 5

## ADD'TL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NO | Morr | | | | | Rochester, NY | |
| NO | Morrison, Bernadine | | F | N | N | 6 bauer ST Rochester, NY | (585)721-2282 |
| NO | Smith, Datriche, L | | | | | 12 Bauer ST Rochester, NY | (585)471-9910 |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | | |
| Item Type and Description | | | | Color |
| **Video Recorded by IBM: 2623** | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| **1** | **Item(s)** | | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Damaged Vandalized** | **Structures - Single Occ Dwell** | **$10** | | |
| Item Type and Description | | | | Color |
| **door frame damaged at lock point** | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| **1** | **Item(s)** | | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **TAMBURELLO-CONWAY   NICOLE** | **1540** | **07/21/2018** | |

DEMPSEY 1519

NARRATIVE

On 7/21/18 at approximately 0610 Officer Breen and Ofc. Wilcox responded to 14 Bauer St for the report of an individual, Alton Strong, causing a disturbance at the location who had a warrant. Upon officers arrival they encountered a male in front of 14 Bauer St. As officers went to address this male and inquire as to his identification the male; later confirmed to be Alton Strong, let two pit bull's out of the house he was in front of. One of the dogs did charge at Ofc. Breen and did bite him in his left shin.

Ofc. Breen was able to successfully pull his police issued duty weapon out of its holster and did fire his handgun 2x, in a downward angle towards the pavement, striking the dog 1x in its right leg. The dog then disengaged and did walk back to 14 Bauer St. The male did run back into the house.

The following are details regarding this incident:

1. Officers were dispatched to the above location for a warrant suspect at the home.

2. The location was a city street with houses on either side, weather was clear and sunny. temperature was approximately 75 degrees.

3. Ofcs Wilcox and Breen were on duty working in uniform capacity.

4. Warrant suspect failed to control 2 dogs that were unsecured and in his front yard with him and one of the dogs charged at and bit Ofc. Breen.

5. Officer Breen discharged 2 rounds

6. Officer Breen utilized the Glock 21 Gen 4 duty handgun

    a) Authorized Service Weapon
    b) Semi-automatic handgun
    c) Glock 21 Gen 4, .45 cal, Serial Number #UBR866
    d) 14 round capacity, (fully loaded, patrol ready)
    e) Federal Brand .45 cal auto
    f) Department issued holster
    g) Pistol permit number not applicable

7. No other weapons used

8. Ofc Wilcox was the only other witness to the dog shot. See neighborhood check for neighborhood check that was negative for any witnesses to the dog shot.

9. On this date Ofc. Wilcox was assigned car number 271 and Ofc Breen was 291.

10. Suspect used the dog as a weapon

11. At the time of this incident officers had no previous information or knowledge about the (S).

Tech work performed. Photos taken of scene and 2 shell casings were collected and turned into property. Lt. Montinarelli was on scene. Lt. Favor was notified.

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| TAMBURELLO-CONWAY    NICOLE | 1540 | 07/21/2018 | |

DEMPSEY 1520

**NARRATIVE**

Officers did breach one interior door and caused minor damage to a door jam at 14 Bauer St. approximately value of damage is $10. Photos taken of damage.

Please see additional CR#'s 18-175263 for domestic report and 18-175296 for Assault of Ofc. Breen from dog bite.

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| TAMBURELLO-CONWAY   NICOLE | 1540 | 07/21/2018 | |

Incident Report  Page 4 OF 5

DEMPSEY 1521

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
2018-00175299

**ADDITIONAL PERSONS**

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|------|---------------------------|-----|-----|------|-----|---------|---------------|
| | R = Reporting Person | | W = Witness | | | PK = Person w/Knowledge | NI = Not Interviewed |
| NO | Smith, Datriche, L | 08/19/1970 | F | N | N | 12 Bauer ST Rochester, NY | (585)471-9910 |
| NO | Bell, Stephanie, m | | | | | 8 bauer ST Rochester, NY | (585)905-4040 |
| NO | Bell, Stephanie, m | 08/03/1981 | F | N | N | 8 bauer ST Rochester, NY | (585)905-4040 |

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|------|---------------------------|-----|-----|------|-----|---------|---------------|
| | R = Reporting Person | | W = Witness | | | PK = Person w/Knowledge | NI = Not Interviewed |

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|------|---------------------------|-----|-----|------|-----|---------|---------------|
| | R = Reporting Person | | W = Witness | | | PK = Person w/Knowledge | NI = Not Interviewed |

| Reporting Officer | IBM # | Date | Reviewed By |
|-------------------|-------|------|-------------|
| TAMBURELLO-CONWAY   NICOLE | 1540 | 07/21/2018 | |

DEMPSEY 1522

| Page 1 of 3 | **ROCHESTER POLICE DEPARTMENT** | CR # |
|---|---|---|
| | **INCIDENT REPORT** | **2018-00219768** |

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | **09/06/2018** | **06:08** | **09/06/2018** | **06:08** | **09/06/2018** | **06:08** |

| Incident Address | Beat | Campus Code |
|---|---|---|
| **1747 St Paul ST** | **207** | |

| Violent Crime Context | BWC |
|---|---|
| | **No** |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person      W = Witness      PK = Person w/Knowledge      NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | **Gursslin, Erin** | | F | W | N | 1747 St Paul ST Rochester, NY | |
| PK | **Nicol, Craig** | | M | W | N | 1747 St Paul ST Rochester, NY | |
| RP | | | M | W | N | | |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| |
|---|
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been perfomed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **SOS - Tact** | **Special Teams** |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **DIEHL** | **MICHAEL** | **1311** | **09/06/2018** | | Incident Report  Page 1 OF 3 |

DEMPSEY 1523

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR # 2018-00219768

## ADDTL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | | | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
| Telephone | Level of Injury | Type of Injury | Medical Treatment |

## PERSONS

R = Reporting Person      W = Witness      PK = Person w/Knowledge      NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | █████████ | | M | W | N | █████████ | █████████ |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | | Offender Conditon | Scars, Marks, Tattoos | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Other Property** | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| **Silver .45 cal casing** | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| Caliber | Capacity | Type | Action | Serial Number |
| Description | | | | Recovery Date |

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| State | Plate Number | VIN # | | Recovery Date | |
| Additional Description | | | | | |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| █████████ | | 09/06/2018 | |

DEMPSEY 1524

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**NARRATIVE**

On 9/6/2018 at about 0608, RPD Officers ███████████████████████ were making their way South-bound through the rear fenced yard of 1747 St. Paul St. following the execution of a search warrant at 1771 St. Paul St. Weather was clear and lighting conditions were dark with low visibility.

Both Officers were assigned to the Special Weapons and Tactics Team & were operating in that capacity at the time of the incident. Both were dressed in plain clothes as follows:
████ - black hoody, black pants, black & gray backpack
████ black jacket, black hoody, blue jeans, black & gray backpack
Neither were wearing any police markings or identifiers due to the nature of their assignment for the search warrant.

Both officers were carrying their department issued Glock 21SF, semiautomatic, .45 cal handguns (each loaded with 14 rounds of Federal HST ammunition). Both officers were carrying their handguns on their belts in their issued kydex pancake holsters. Handgun serial numbers are as follows:
-Nellist: S# UBR570
-Kelly S# UBS795

Upon climbing over a chainlink/wood picket fence South-bound in the N/W corner of the rear yard of 1747 St. Paul St, Officers ████████████ were approached by a large, white, 4 year old female pitbull. The dog growled & charged at both officers from the rear of the house & along the North fenceline. Officer ████ dropped his backpack in front of the dog in an effort to stop the dogs aggressive charge. Upon the dog making contact with the backpack, it withdrew slightly & then circled in a Southern direction creating another clear path to both officers who were backed against the fence. Both officers drew their handguns as the dog made a second aggressive charge. Upon the dog making it within 3-5 feet of the officers, Officer ████ fired 2 rounds & Offficer ████ fired 1 round. All shots fired struck the dog in the torso area causing the dog to drop to the ground (deceased).

Following the shots fired at the dog, PK1 (Gursslin) began to scream & came into view of the officers as she approached the dog. PK2 (Nicol) entered the rear yard shortly after PK1. PK1 & 2 were identified as the dog's owners. According to PK1, she had no idea officers were in her rear yard, & had just let the dog out to relieve itself. The dog was released to PK1 & PK2 for proper disposal.

Tech 230A (████████) responded, took photos & collected 1 spent .45 cal casing from the rear yard.

No city or private cameras located, neighborhood check negative (rear yard) & no BWC footage due to it being a SWAT operation.

SDO (████████, PSS ████████) and DCO (████) notified.
████████ on scene.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| DIEHL | MICHAEL | 1311 | 09/06/2018 | |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2018-00258730**

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 10/19/2018 | 17:11 | 10/19/2018 | 17:11 | 10/19/2018 | 17:11 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 53 Kosciusko ST | 227 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship   (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person        W = Witness        PK = Person w/Knowledge        NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Dempsey, Charles, R | 02/26/1986 | M | W | N | 53 Kosciusko St Rochester, NY 14621 | (585)773-0865 |
| PK | Lewis, Siavalja | 04/16/2001 | F | B | N | 74 Kosciusko St Rochester, NY 14621 | |
| PK | Schott, Donna | 05/21/1955 | F | W | N | 45 Kosciusko St Rochester, NY 14621 | (585)266-3352 |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | | Nickname |
|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| |
|---|
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been perfomed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Clinton | Genesee 3rd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| RUDOLPH | JASON | 2086 | 10/19/2018 | |

DEMPSEY 1526

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2018-00258730

### ADDT'L OFFENSE

| Statute - | | Attempt/Commit - | | Counts - | | |
|---|---|---|---|---|---|---|

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname | |
|---|---|---|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2725** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | **Item(s)** | | |

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

### FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

### VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **RUDOLPH       JASON** | **2086** | **10/19/2018** | |

DEMPSEY 1527

**NARRATIVE**

Clinton Section officers responded to the area of 61 Kosciusko St for the report of VICE activity (CR# 18-258635). This area was well known by officers for drug sales and the possibility of weapons. Upon arrival, several individuals immediately ran south from the area of 61 Kosciusko St. Some went south through the backyards of 57 and 53 Kosciusko St. Two males were detained and officers began to back track the route of the males for contraband. Officer J. Algarin checked the backyard of 53 Kosciusko St. While doing so, (PK1) Dempsey opened the back door of the location and his black lab immediately ran from the door and in the direction of Ofc. Algarin who, at the time, was giving commands to (PK) to stop the dog. As the dog approached Ofc. Algarin, it appeared to be aggressive while barking. He drew his RPD issued Glock 21 and fired two rounds at the dog. The dog was struck at least one time then immediately ran away to another corner of the yard.

It was determined that Ofc. Algarin fired at a downward angle when the dog was no more than 2-3 feet away from him. The backdrop in which Ofc. Algarin was pointing was towards the ground. Officers thoroughly checked the location and did not observe any strikes to the house. (PK1) immediately ran to his dog and laid overtop of it. Officers spoke with (PK1) who was irate and advised him to bring his dog to the veterinary emergency services. At that time he did not want to get up with his dog. Officers contacted animal services to respond to the location. Once animal services arrived, they spoke with (PK1) who then decided to transport his dog to Veterinary Services and Emergency at 825 White Spruce Dr. Animal Services assisted (PK1) with getting his dog into the car. I later called (PK1) to give him further information and the report number.

I reviewed Ofc Algarin's BWC footage of the incident. It confirmed he fired two rounds at a downward angle, striking the dog. Both casings were located in the immediate area. I also followed up with veterinary Services who stated the dog had two separate gun shot wounds, one to the ear and one to the chest cavity.

Technician 230 - Sands responded to the scene for tech work and collected the casings. A neighborhood check was completed with nothing more than two shots being heard from the incident. No witnesses. 49, 37, 38 Kosciusko St had no answer. The weather conditions were cloudy with normal daylight. I issued Ofc Algarin two replacement rounds.

-Ofc. J. Algarin #2725 was on duty assigned to car 227C
-Ofc. J. Algarin fired his duty Glock 21 S/N:TPB500 with a 14 round capacity
-Ammunition used: Federal HST - 230 Grain (2 rounds fired)
-Department issued Safari Land Holster

SDO Lt. Person was notified. PSS notify to T/Lt. Tordai.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| RUDOLPH | JASON | 2086 | 10/19/2018 | |

DEMPSEY 1528

Rochester Democrat and Chronicle

Democrat and Chronicle (Rochester, New York) · Sun, Jun 14, 2009 · Page 1

https://democratandchronicle.newspapers.com/image/136418467

Downloaded on Oct 28, 2019

## WATCHDOG REPORT
### WHEN POLICE FIRE THEIR WEAPONS

# Shooting dogs on city streets

## RPD fired 217 times at 87 often vicious dogs in last 5 years

**Findings**

■ When Rochester police fire their guns, they're aiming at dogs two-thirds of the time.

■ Half of all dog shootings involve a single shot.

■ Four out of five dogs shot at are pit bulls.

**DAVID ANDREATTA**
STAFF WRITER

An enraged pit bull charges a Rochester police officer struggling to corral him into a patrol car. The officer fires his Beretta 16 times, emptying the gun, hitting the dog with at least six shots and lodging a bullet in a nearby house.

The scenario is among dozens of dog shootings described in vivid detail in weapons discharge reports filed by Rochester police officers, who more often than not are aiming at canines when they fire their guns.

Police have shot at 87 dogs, killing 35 and injuring 33, in the line of duty over the last five years, according to a review of police reports from 2004 to April 2009 obtained by the *Democrat and Chronicle* under the Freedom of Information law. Some of the injured were later euthanized.

Over the same period, police fired at nine people and used their guns to kill 36 deer, all of them injured before police were summoned. Guns discharged accidentally three times.

All of the dog shootings were

**DOGS, PAGE 12A**

Copyright © 2019 Newspapers.com. All Rights Reserved.



DEMPSEY 1529

Rochester Democrat and Chronicle

Democrat and Chronicle (Rochester, New York) · Sun, Jun 14, 2009 · Page 11

https://democratandchronicle.newspapers.com/image/136418497

Downloaded on Oct 28, 2019



Copyright © 2019 Newspapers.com. All Rights Reserved.



DEMPSEY 1530