

**7860 E. McClain Drive, Suite #2, Scottsdale, Arizona  85260 * 800-978-2737 * www.TASER.com**

Friday, August 8, 2003

## ADVANCED TASER M26
## Certified For Animal Use

To Whom it May Concern,

When we first introduced the ADVANCED TASER M26, we did not have sufficient information on it's effectiveness on animals to recommend its use on animals.  Over the past several years, we have completed additional animal testing, and have received 37 field reports of the ADVANCED TASER M26 being used in field applications on animals.  Of these 37 incidents, the M26 use was reported to have been successful in 34 cases, a 92% success rate.

Given the successful use of the M26 against animal targets, we are now certifying the M26 for use on animal subjects.  It should be noted that the 92% success rate is not 100%, hence tactical caution and lethal force backup where appropriate should be implemented.  Further, we have developed a new MX Animal TASER specifically designed for large animals.  In our testing, the M26 was capable of impairing a 1,500 pound bull, but did not drop the bull to the ground.  The MX Animal TASER caused complete lock-up of the animal, and complete incapacitation.  Hence, the MX Animal TASER would be recommended for applications with large animals when possible, although the M26 is a viable option even on large animals.

Sincerely,

Rick Smith
CEO
TASER International, Inc.

DEMPSEY 006522

# ADVANCED TASER FIELD REPORTS

## REPORT NUMBER: 746

### SUSPECT INFORMATION

**Sex:** male   **Age:** 0   **Height:** n/a   **Weight:** 70lbs

### INFLUENCES

**PCP:** ☐  **Cocaine:** ☐  **Alcohol:** ☐  **Meth:** ☐  **Other Drugs:** ☐  **EDP:** ☐

**Other Influences:** Aggressive K9

### INCIDENT TYPE

**Civil Disturbance:** ☐  **Suicidal:** ☑  **Violent:** ☐  **Officer Assault:** ☐  **Barricade:** ☐  **Warrant:** ☐

**Resisting Arrest:** ☐  **Other Incident Type:**

### RESISTANCE LEVEL

**Verbal Non Compliance:** ☐  **Defensive Resistance:** ☐  **Active Aggression:** ☑  **Deadly Assault:** ☐

### THREAT LEVEL

**Blunt Weapon:** ☐  **Edged Weapon:** ☐  **Firearm:** ☐  **Other Threat:** teeth

### ADVANCED TASER DEPLOYMENT DATA

**TASER Deployment:** Darts Fired at Subject   **Success:** ☑

**# Shotsfired:** 1   **Distance:** 15-21 Feet

**# Darts Hit:** 2   **Penetration:** 2 Skin

**Duration:** -

**Officer Injuries:** None   **Suspect Injuries:** None

**Injuries Desc:**

### OTHER FORCE

**Physical:**   **Swarm:**

**OC:**   **Baton:**

**Impact Round:**   **Other Force:**

DEMPSEY 006523

## DETAILS

**Description:**

Officers responded to a suicidal subject. Contact was made with the subject in the living room. Officers saw two boxer dogs in the residence. When contact was made with the subject he began to scream and fell to the floor. At that time the two dogs started to charge the officers. A fire extinguisher was deployed and stopped one dog. The second continued towards the officers who were holding the owner on the ground. A single Taser cartridge was deployed striking the dog on the side. A full cycle was given. The dog dropped to the ground. Upon completion of the cycle the boxer stood up and ran out of the room. He was later captured by Animal control and taken to a Vet Hospital for dart removal. Situations like this in the past have resulted in lethal force use against the K9.

**Comment:**

**Analysis:**

**Incapacitation Rating:**                                **Errors:**

DEMPSEY 006524

# REPORT NUMBER: 1477

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height: [    ]    Weight: [    ]

## INFLUENCES

PCP: ☐    Cocaine: ☐    Alcohol: ☐    Meth: ☑    Other Drugs: ☐    EDP: ☐

Other Influences: [    ]

## INCIDENT TYPE

Civil Disturbance: ☐    Suicidal: ☐    Violent: ☐    Officer Assault: ☐    Barricade: ☐    Warrant: ☐

Resisting Arrest: ☐    Other Incident Type: [    ]

## RESISTANCE LEVEL

Verbal Non Compliance: ☐    Defensive Resistance: ☐    Active Aggression: ☐    Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐    Edged Weapon: ☐    Firearm: ☐    Other Threat: [    ]

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject    Success: ☑

# Shotsfired: 1    Distance: 7-11 Feet

# Darts Hit: 1    Penetration: 1 Skin

Duration: 5 sec

Officer Injuries: None    Suspect Injuries: None

Injuries Desc: [    ]

## OTHER FORCE

Physical: Effective    Swarm: [    ]

OC: [    ]    Baton: [    ]

Impact Round: [    ]    Other Force: [    ]

DEMPSEY 006525

## DETAILS

**Description:**

Officers responded to a vicious dog call.  Dog was barking and growling at officers for 20 minutes before ARO arrived.  ARO attempted to put rope around dog's neck but dog charged at officer.  Officer tased dog in muzzel.  Dog went down and did not move.  Dog whimpered for approximately three seconds.  while dog was on the ground ARO handler put rope around dog's neck.  Dog got up after approximately 15 seconds and continued to bark and growl.

**Comment:**

**Analysis:**

**Incapacitation Rating:**          **Errors:**

DEMPSEY 006526

# REPORT NUMBER: 1187

## SUSPECT INFORMATION

Sex: `male`   Age: `0`   Height: `_____`   Weight: `_____`

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: `_____`

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: `loose "Bull" in city`

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☑   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: `_____`

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: `Darts Fired at Subject`          Success: ☑

# Shotsfired: `1`                    Distance: `11-15 Feet`

# Darts Hit: `2`                    Penetration: `2 Skin`

Duration: `5 sec`

Officer Injuries: `_____`        Suspect Injuries: `Minor`

Injuries Desc: `_____`

## OTHER FORCE

Physical: `Ineffective`          Swarm: `Ineffective`

OC: `_____`          Baton: `_____`

Impact Round: `_____`          Other Force: `_____`

DEMPSEY 006527

## **DETAILS**

**Description:**

Bull was loose in city chaseing citizens going to church. Bull smached patrol car and ran into a fenced in yard the M-26 was fired to keep the Bull in the contained area. It worked!!  The bull shook for several seconds and took a massive dump then ran back into the fenced in yard that he was trying to get out of and would not go toward the opening.

**Comment:** MOO!!!!!!

**Analysis:**

**Incapacitation Rating:**            **Errors:**

DEMPSEY 006528

# REPORT NUMBER: 1185

## SUSPECT INFORMATION

Sex: Male     Age: 0     Height: 3'     Weight: 150

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: dog

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: dog

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☑   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: 

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☑

# Shotsfired: 2                    Distance: 7-11 Feet

# Darts Hit: 1                     Penetration: 1 Skin

Duration: 5 sec

Officer Injuries: None             Suspect Injuries: None

Injuries Desc: 

## OTHER FORCE

Physical:                    Swarm: 

OC:                          Baton: 

Impact Round:                Other Force: 

DEMPSEY 006529

## DETAILS

**Description:**

Officers received call on a dangerous animal, taser hit with one probe, with minor effects.(Rotweiler K9)

**Comment:**

**Analysis:**

**Incapacitation Rating:**          **Errors:**

DEMPSEY 006530

# REPORT NUMBER: 1103

## SUSPECT INFORMATION

**Sex:** Male   **Age:** 0   **Height:** [        ]   **Weight:** [        ]

## INFLUENCES

**PCP:** ☐   **Cocaine:** ☐   **Alcohol:** ☐   **Meth:** ☐   **Other Drugs:** ☐   **EDP:** ☐

**Other Influences:** just plain mean

## INCIDENT TYPE

**Civil Disturbance:** ☐   **Suicidal:** ☐   **Violent:** ☐   **Officer Assault:** ☐   **Barricade:** ☐   **Warrant:** ☐

**Resisting Arrest:** ☐   **Other Incident Type:** Domestic

## RESISTANCE LEVEL

**Verbal Non Compliance:** ☑   **Defensive Resistance:** ☑   **Active Aggression:** ☑   **Deadly Assault:** ☐

## THREAT LEVEL

**Blunt Weapon:** ☐   **Edged Weapon:** ☐   **Firearm:** ☐   **Other Threat:** Dog

## ADVANCED TASER DEPLOYMENT DATA

**TASER Deployment:** Darts Fired at Subject        **Success:** ☑

**# Shotsfired:** 1                        **Distance:** 1-3 Feet

**# Darts Hit:** 2                        **Penetration:** 2 Skin

**Duration:** 5 sec

**Officer Injuries:** None               **Suspect Injuries:** Minor

**Injuries Desc:** The subject holding the dog was bitten on the hand as the taser was being deployed, on the dog.

## OTHER FORCE

**Physical:** [        ]               **Swarm:** [        ]

**OC:** [        ]                    **Baton:** [        ]

**Impact Round:** [        ]           **Other Force:** [        ]

DEMPSEY 006531

## DETAILS

**Description:**

  Officer's received a call in reference to a domestic, the calling party said that her ex-husband was at her house and refusing to leave. The calling party said that he was drunk and had assaulted her. When officer's arrived they contacted the calling party and she told them that her ex-husband had assaulted her and he was now sitting on the front porch of the house behind hers. Due to the fact that they now had information that the subject was intoxicated and had a history of violent behavior one of the officer's retrieved his M26 Taser from his scout car. The officer's then walked to the house directly behind the calling parties and as they approached the front porch they observed a man, who fit the description given by the calling party. As they approached the subject they observed that the subject had been drinking and was holding a black dog (named spook). The Spook appeared to weigh approx. 60 –70 pounds and was on a leash that the subject was holding. The officer's asked the subject to put Spook up so they could speak with him. The subject stood up from the porch and was unstable on his feet, and again appeared to be intoxicated. As the subject began walking towards his ex-wife's property he passed by the officers and Spook began growling at the officer with the M26 Taser. Spook then lunged at the officer with the Taser nearly biting him in the groin area, the officer deployed the Taser from the hip striking Spook on the right side near the abdomen. The subject was now trying to pull Spook back while the Taser was being deployed. Spook was trying to get away however, the subject reached down and grabbed Spook by the collar. Well Spook didn't like that and bit the subject, on the hand, causing him to let go of the Spook. Spook now loose ran into the back yard breaking both wires from the M26 Taser however, both probes were still imbedded in Spooks skin. Animal control was contacted and Spook was taken into custody at which time both probes were removed.

**Comment:**

**Analysis:**

**Incapacitation Rating:**                              **Errors:**

DEMPSEY 006532

# REPORT NUMBER: 1068

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height: 2'6"    Weight: 80

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: 

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: vicious animal - pit bull terri

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: teeth and paws

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☑

# Shotsfired: 1                    Distance: 7-11 Feet

# Darts Hit: 2                     Penetration: 2 Skin

Duration: -

Officer Injuries: None            Suspect Injuries: None

Injuries Desc: 

## OTHER FORCE

Physical:                 Swarm: 

OC:                       Baton: 

Impact Round:             Other Force: 

DEMPSEY 006533

## DETAILS

**Description:**

PO M. Gray was dispatched to a vicious animal complaint where the city dog warden was attemping to catch a violent pit bull that had already bit at least two people.  The first officer dispatched saw that the dog warden was not able to get close to the animal without danger and called for a car with a Taser, hoping that they could incapacitate it and get the noose on it.  The officers arrived and got within 10 feet of the animal, turned the Taser sideways to try and get both probes into surface area and fired.  Both probes hit the animal, and it went down. The dog warden and one officer approached the pit bull and started to put the noose around its' neck when the charge emission ended.  Immediately the dog started biting at the wires, jumped up lunged at the officer and dog warden but turned and ran.  It broke the wired from the unit, and is still at large with the probes imbedded in it, and the wires trailing behind.

**Comment:**

**Analysis:**

**Incapacitation Rating:**                    **Errors:**

DEMPSEY 006534

# REPORT NUMBER: 1020

## SUSPECT INFORMATION

Sex: Male    Age: 23    Height: 6'01"    Weight: 163

## INFLUENCES

PCP: ☐    Cocaine: ☐    Alcohol: ☐    Meth: ☐    Other Drugs: ☐    EDP: ☑

Other Influences: [_____]

## INCIDENT TYPE

Civil Disturbance: ☐    Suicidal: ☐    Violent: ☑    Officer Assault: ☐    Barricade: ☐    Warrant: ☐

Resisting Arrest: ☐    Other Incident Type: mental commitment

## RESISTANCE LEVEL

Verbal Non Compliance: ☐    Defensive Resistance: ☐    Active Aggression: ☑    Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☑    Edged Weapon: ☐    Firearm: ☐    Other Threat: [_____]

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☑

# Shotsfired: 1                          Distance: 11-15 Feet

# Darts Hit: 1                       Penetration: 1 Skin

Duration: 2 sec

Officer Injuries: None          Suspect Injuries: None

Injuries Desc: small puncture wound in upper left arm

## OTHER FORCE

Physical: [_____]          Swarm: Effective

OC: [_____]          Baton: [_____]

Impact Round: [_____]          Other Force: [_____]

DEMPSEY 006535

## DETAILS

**Description:**

Suspect was a mental patient that was off his medication.  The suspect is flagged in our computer system as violent and mentally unstable.  The suspect's family was trying to have the suspect committed for mental evaluation and the suspect was refusing to be taken to the hospital by EMS.  When officers arrived, the suspect was inside his backyard, surrounded by his three pit bull dogs.  The backyard is surrounded by a short chain link fence.  The fence and dogs prevented officers from approaching the suspect.  The suspect refused to talk with officers and threw sticks at the officers, as he screamed obscenities.  The suspect became extremely angry and charged towards officers in an aggessive manner with his fists clenched.  As I aimed the M26 at the charging suspect, he turned to run in the opposite direction.  One probe struck the suspect in the upper left arm and the other probe missed the suspect, passing behind his back.  Current was applied until the suspect exceeded the 21 foot range and snapped the wire to the one probe.  The suspect appeared dazed and stumbled across the backyard, where he climbed over the back fence.  The suspect was dazed and slowed enough that officers were able to run around the fenced backyard and tackle the suspect shortly after he climbed over the back fence.  It should be noted that the three dogs ran and hid once the Taser was deployed and the electrical current was traveling through the wires.

**Comment:** Once the suspect was secured, he repeatedly yelled "You shocked the shit out of me!"

**Analysis:**

**Incapacitation Rating:**          **Errors:**

DEMPSEY 006536

# REPORT NUMBER: 113

## SUSPECT INFORMATION

**Sex:** Male    **Age:** [ ]    **Height:** [ ]    **Weight:** [ ]

## INFLUENCES

**PCP:** ☐   **Cocaine:** ☐   **Alcohol:** ☐   **Meth:** ☐   **Other Drugs:** ☐   **EDP:** ☐

**Other Influences:** [ ]

## INCIDENT TYPE

**Civil Disturbance:** ☐   **Suicidal:** ☐   **Violent:** ☐   **Officer Assault:** ☐   **Barricade:** ☐   **Warrant:** ☐

**Resisting Arrest:** ☐   **Other Incident Type:** [ ]

## RESISTANCE LEVEL

**Verbal Non Compliance:** ☐   **Defensive Resistance:** ☐   **Active Aggression:** ☐   **Deadly Assault:** ☐

## THREAT LEVEL

**Blunt Weapon:** ☐   **Edged Weapon:** ☐   **Firearm:** ☐   **Other Threat:** [ ]

## ADVANCED TASER DEPLOYMENT DATA

**TASER Deployment:** Darts Fired at Subject          **Success:** ☑

**# Shotsfired:** 1                    **Distance:** 11-15 Feet

**# Darts Hit:** [ ]                   **Penetration:** 2 Skin

**Duration:** [ ]

**Officer Injuries:** None             **Suspect Injuries:** None

**Injuries Desc:** [ ]

## OTHER FORCE

**Physical:** [ ]                      **Swarm:** [ ]

**OC:** [ ]                            **Baton:** [ ]

**Impact Round:** [ ]                  **Other Force:** [ ]

DEMPSEY 006537

## DETAILS

**Description:**

The local livestock auction barn had a steer get loose from them.  We have an agreement with the barn that runaway animals are to be shot to reduce the risk of the animals causing motor vehicle crashes that the livestock barn would be liable for.  The steer ran into a housing area and was in between houses, making the use of firearms risky.  In order to prevent the possibility of a shot damaging a house, the on duty Sergeant asked a patrolman to try to use the M26 to put the steer on the ground so a shot could be taken, making the ground the backstop.  The M26 did put the animal on the ground.  As the sergeant moved in to dispatch the steer, the 5- second cycle had ended.  The steer started to get up.  Patrolman attempted to apply another 5-second cycle, but the steer had rolled around on the gowned and the wires were broken.  The steer got to his feet and ran between houses again before sergeant could use his pistol.  Although this situation did not end up with the dispatching or capture of the animal, the officers involved told me that they felt the plan they had come up with was a good one.  The officers informed me that if the M26 could take a steer off it's feet, it would surely work on almost any human.

**Comment:**

**Analysis:** This incapacitation was on steer (not a human).

**Incapacitation Rating:** Dropped          **Errors:**

DEMPSEY 006538

# REPORT NUMBER: 759

## SUSPECT INFORMATION

Sex: Male     Age: 0     Height: [          ]     Weight: [          ]

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: [                    ]

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☑   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: [                    ]

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: teeth

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: -                          Success: ☑

# Shotsfired: 1                    Distance: 7-11 Feet

# Darts Hit: 1                    Penetration: 1 Skin

Duration: 5 sec

Officer Injuries: None           Suspect Injuries: None

Injuries Desc: [                    ]

## OTHER FORCE

Physical: [          ]           Swarm: [          ]

OC: [          ]                 Baton: [          ]

Impact Round: [          ]       Other Force: [          ]

DEMPSEY 006539

## __DETAILS__

**Description:**

Officer responded to a dog bite call.  Animal Control attempted to catch the animal.
The dog attacked the officer, officer deployed the M-26 system stiking the animal with one
probe.  The dog went down but got back up and ran off with one probe attached and broke the
wire.  The single probe hit stopped the aggression.

**Comment:**

**Analysis:**

**Incapacitation Rating:**              **Errors:**

DEMPSEY 006540

# REPORT NUMBER: 1607

## SUSPECT INFORMATION

**Sex:** Male    **Age:** 0    **Height:** [ ]    **Weight:** 125

## INFLUENCES

**PCP:** ☐    **Cocaine:** ☐    **Alcohol:** ☐    **Meth:** ☐    **Other Drugs:** ☐    **EDP:** ☐

**Other Influences:** [ ]

## INCIDENT TYPE

**Civil Disturbance:** ☐    **Suicidal:** ☐    **Violent:** ☐    **Officer Assault:** ☐    **Barricade:** ☐    **Warrant:** ☐

**Resisting Arrest:** ☐    **Other Incident Type:** Dog

## RESISTANCE LEVEL

**Verbal Non Compliance:** ☐    **Defensive Resistance:** ☐    **Active Aggression:** ☑    **Deadly Assault:** ☐

## THREAT LEVEL

**Blunt Weapon:** ☐    **Edged Weapon:** ☐    **Firearm:** ☐    **Other Threat:** [ ]

## ADVANCED TASER DEPLOYMENT DATA

**TASER Deployment:** Darts Fired at Subject    **Success:** ☑

**# Shotsfired:** 1    **Distance:** 7-11 Feet

**# Darts Hit:** 2    **Penetration:** -

**Duration:** 3 sec

**Officer Injuries:** None    **Suspect Injuries:** None

**Injuries Desc:** [ ]

## OTHER FORCE

**Physical:** [ ]    **Swarm:** [ ]

**OC:** [ ]    **Baton:** [ ]

**Impact Round:** [ ]    **Other Force:** [ ]

DEMPSEY 006541

## **DETAILS**

**Description:**

officers were assisting animal control and had to shoot an agressive dog.

**Comment:**

**Analysis:**

**Incapacitation Rating:**

**Errors:**

DEMPSEY 006542

# REPORT NUMBER: 758

## SUSPECT INFORMATION

**Sex:** Male    **Age:** 0    **Height:**    **Weight:**

## INFLUENCES

**PCP:** ☐    **Cocaine:** ☐    **Alcohol:** ☐    **Meth:** ☐    **Other Drugs:** ☐    **EDP:** ☐

**Other Influences:**

## INCIDENT TYPE

**Civil Disturbance:** ☐    **Suicidal:** ☐    **Violent:** ☐    **Officer Assault:** ☐    **Barricade:** ☐    **Warrant:** ☐

**Resisting Arrest:** ☐    **Other Incident Type:** vicious dog

## RESISTANCE LEVEL

**Verbal Non Compliance:** ☐    **Defensive Resistance:** ☐    **Active Aggression:** ☐    **Deadly Assault:** ☐

## THREAT LEVEL

**Blunt Weapon:** ☐    **Edged Weapon:** ☐    **Firearm:** ☐    **Other Threat:**

## ADVANCED TASER DEPLOYMENT DATA

**TASER Deployment:** Stun Gun Application          **Success:** ☑

**# Shotsfired:** -          **Distance:** -

**# Darts Hit:** -          **Penetration:** -

**Duration:** -

**Officer Injuries:** Minor          **Suspect Injuries:** None

**Injuries Desc:**

## OTHER FORCE

**Physical:** Ineffective          **Swarm:**

**OC:**          **Baton:**

**Impact Round:**          **Other Force:**

DEMPSEY 006543

## DETAILS

**Description:**

vicious dog which had bit an officer on the hand was subdued using the M26 and placed in a rstraining pen.

**Comment:** After use, the dog lay down for a bout 10-15 minutes, when it started to move around again, sparking the M26 caused it to sit back down and not move.

**Analysis:**

**Incapacitation Rating:**          **Errors:**

DEMPSEY 006544

# REPORT NUMBER: 713

## SUSPECT INFORMATION

**Sex:** male   **Age:** 0   **Height:** 4' 5"   **Weight:** 100

## INFLUENCES

**PCP:** ☐   **Cocaine:** ☐   **Alcohol:** ☐   **Meth:** ☐   **Other Drugs:** ☐   **EDP:** ☐

**Other Influences:**

## INCIDENT TYPE

**Civil Disturbance:** ☐   **Suicidal:** ☐   **Violent:** ☐   **Officer Assault:** ☐   **Barricade:** ☐   **Warrant:** ☐

**Resisting Arrest:** ☐   **Other Incident Type:** Fleeing deer

## RESISTANCE LEVEL

**Verbal Non Compliance:** ☐   **Defensive Resistance:** ☐   **Active Aggression:** ☐   **Deadly Assault:** ☐

## THREAT LEVEL

**Blunt Weapon:** ☐   **Edged Weapon:** ☐   **Firearm:** ☐   **Other Threat:**

## ADVANCED TASER DEPLOYMENT DATA

**TASER Deployment:** Darts Fired at Subject           **Success:** ☑

**# Shotsfired:** 1                          **Distance:** 7-11 Feet

**# Darts Hit:** 1                          **Penetration:** 1 Skin

**Duration:** 3 sec

**Officer Injuries:** None                  **Suspect Injuries:** None

**Injuries Desc:** Had to leave the broken off probe inside the deer's hindquarter.

## OTHER FORCE

**Physical:** Effective                     **Swarm:** Effective

**OC:**                                     **Baton:**

**Impact Round:**                           **Other Force:**

DEMPSEY 006545

## DETAILS

**Description:**

Officers had been trying to catch a loose DEER from a high traffic business district in town for about one hour. Wildlife officers had tried to use sedative darts and this did not work. After a long foot chase we found the deer in a back loading area of an antique store, lying beside several thousand dollars worth of glass cabinets and tables. I was able to fire the M26 at the deer and only got one probe in the deer. This caused the deer to react by shaking and moaning but did not go to the ground. Because of this distraction we were able to then catch the deer with parachute material that Wildlife Officer use. The M26 was beneficial in that it provided the distraction to catch the deer without the deer harming itself and without breaking any glass.

**Comment:**

**Analysis:**

**Incapacitation Rating:**               **Errors:**

DEMPSEY 006546

# REPORT NUMBER: 465

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height: ___    Weight: ___

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: ___

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: ___

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: ___

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☑

# Shotsfired: 1          Distance: 7-11 Feet

# Darts Hit: ___          Penetration: 1 Skin

Duration: ___

Officer Injuries: None          Suspect Injuries: None

Injuries Desc: ___

## OTHER FORCE

Physical: ___          Swarm: ___

OC: ___          Baton: ___

Impact Round: Ineffective          Other Force: ___

DEMPSEY 006547

## DETAILS

**Description:**

Requested to respond to call of a Pit Bull mauling another dog.  Three bean bags rounds had been ineffective.  I fired the probes, but only one struck the animal.  Even though only one probe struck the animal, it ceased the attack and dropped to the ground.  The dog was contained by a noose.  The second probe, believed to have been fired under the dog,may have delivered
a shock through the ground

**Comment:**

**Analysis:**

**Incapacitation Rating:** Immobilized     **Errors:**

DEMPSEY 006548

# REPORT NUMBER: 434

## SUSPECT INFORMATION

Sex: Male    Age: [ ]    Height: [ ]    Weight: [ ]

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: [ ]

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: [ ]

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: [ ]

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☑

# Shotsfired: 2D          Distance: 3-7 Feet

# Darts Hit: [ ]          Penetration: 1 Skin

Duration: More than one cycle

Officer Injuries: [ ]          Suspect Injuries: [ ]

Injuries Desc: [ ]

## OTHER FORCE

Physical: [ ]          Swarm: [ ]

OC: [ ]          Baton: [ ]

Impact Round: [ ]          Other Force: [ ]

DEMPSEY 006549

## DETAILS

**Description:**

I don't know if you are tracking animal usage: The victim was an extremely aggressive Pitbull. The dog was hit by 2 probes from first TASER. The rear quarters were effectively immobilized, but the dog was able to run using it's front legs. Probes struck near the rib cage and rear of the dog. The dog was able to go beyond the 21 feet of wire despite the officer running after the animal, thus severing the connection. A second cartridge was fired from a second TASER with one probe penetrating and the second missing, but there was some effect on the animal. Eventually a tranquilizer was used to contain the animal. The TASER had some effect by reducing the aggressiveness towards the officers, and by partially immobilizing the animal

**Comment:** YELP!

**Analysis:** ANIMAL USEAGE

**Incapacitation Rating:** Impaired          **Errors:**

DEMPSEY 006550

# REPORT NUMBER: 418

## SUSPECT INFORMATION

**Sex:** Male    **Age:**    **Height:**    **Weight:** 95

## INFLUENCES

**PCP:** ☐    **Cocaine:** ☐    **Alcohol:** ☐    **Meth:** ☐    **Other Drugs:** ☐    **EDP:** ☐

**Other Influences:** a Rotweiler dog

## INCIDENT TYPE

**Civil Disturbance:** ☐    **Suicidal:** ☐    **Violent:** ☑    **Officer Assault:** ☐    **Barricade:** ☐    **Warrant:** ☐

**Resisting Arrest:** ☐    **Other Incident Type:**

## RESISTANCE LEVEL

**Verbal Non Compliance:** ☐    **Defensive Resistance:** ☐    **Active Aggression:** ☑    **Deadly Assault:** ☐

## THREAT LEVEL

**Blunt Weapon:** ☐    **Edged Weapon:** ☐    **Firearm:** ☐    **Other Threat:** attack from dog

## ADVANCED TASER DEPLOYMENT DATA

**TASER Deployment:** Darts Fired at Subject    **Success:** ☑

**# Shotsfired:** 1    **Distance:** 7-11 Feet

**# Darts Hit:**    **Penetration:** 2 Skin

**Duration:** 5 sec

**Officer Injuries:**    **Suspect Injuries:** None

**Injuries Desc:**

## OTHER FORCE

**Physical:**    **Swarm:**

**OC:** Ineffective    **Baton:**

**Impact Round:**    **Other Force:**

DEMPSEY 006551

## **DETAILS**

**Description:**

Officer's attacked by a large dog.  Officer's used pepper spray but did not work. Officer then shot the dog with the M26 TASER.  After being shot, the dog was incapacitated for 5 second cycle and continued to lay on the ground for several seconds. The dog staggered away, and pulled the wires from the unit. The owner located the dog approximately 2 hours later and removed the darts. If the M26 had not been effective, the officer would have had no other choice but to shoot it with a firearm.

**Comment:**

**Analysis:**

**Incapacitation Rating:** Immobilized          **Errors:**

DEMPSEY 006552

# REPORT NUMBER: 366

## SUSPECT INFORMATION

**Sex:** Male   **Age:** 0   **Height:**   **Weight:**

## INFLUENCES

**PCP:** ☐   **Cocaine:** ☐   **Alcohol:** ☐   **Meth:** ☐   **Other Drugs:** ☐   **EDP:** ☐

**Other Influences:**

## INCIDENT TYPE

**Civil Disturbance:** ☐   **Suicidal:** ☐   **Violent:** ☑   **Officer Assault:** ☐   **Barricade:** ☐   **Warrant:** ☐

**Resisting Arrest:** ☐   **Other Incident Type:** Vicious Dogs

## RESISTANCE LEVEL

**Verbal Non Compliance:** ☐   **Defensive Resistance:** ☐   **Active Aggression:** ☑   **Deadly Assault:** ☐

## THREAT LEVEL

**Blunt Weapon:** ☐   **Edged Weapon:** ☐   **Firearm:** ☐   **Other Threat:**

## ADVANCED TASER DEPLOYMENT DATA

**TASER Deployment:** Darts Fired at Subject          **Success:** ☑

**# Shotsfired:** 1                    **Distance:** 3-7 Feet

**# Darts Hit:**                       **Penetration:** 2 Skin

**Duration:**

**Officer Injuries:** None             **Suspect Injuries:**

**Injuries Desc:**

## OTHER FORCE

**Physical:**                          **Swarm:**

**OC:**                                **Baton:**

**Impact Round:**                      **Other Force:**

DEMPSEY 006553

## DETAILS

**Description:**

This is another incident where the M26 was used on a vicious dog. The officer responded with Humane Officers regarding two vicious Rottwieller dogs. While the Humane Officer was taking one of the dogs the second tried to attack. The M26 was deployed at the dog and the darts struck the attacking dog.  The dog did not fall to the ground but instead ran away from the officers. The dog broke the wires and was never located again. The M26 may not have knocked the dog to the ground, but it was still successful as it stopped the attacking dog and prevented injuries.

**Comment:**

**Analysis:** ANIMAL USEAGE

**Incapacitation Rating:** Minor Impair          **Errors:**

DEMPSEY 006554

# REPORT NUMBER: 338

## SUSPECT INFORMATION

Sex: Male    Age:     Height:     Weight:

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences:

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: Vicious Dog

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat:

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☑

# Shotsfired: 2                    Distance: 3-7 Feet

# Darts Hit:                       Penetration: 2 Skin

Duration:

Officer Injuries:                  Suspect Injuries:

Injuries Desc:

## OTHER FORCE

Physical:              Swarm:

OC:                    Baton:

Impact Round:          Other Force:

DEMPSEY 006555

## DETAILS

**Description:**

Just an FYI for your company. I deployed the M26 on a vicious dog that had just severely injured a small child. The dog tried to attack Officers and Humane Officers. The taser immediately immobilized the dog and he fell to the ground. Humane was able to impound the dog safely because of the M26.

**Comment:**

**Analysis:** ANIMAL USEAGE SUCCESSFUL

**Incapacitation Rating:** Immobilized      **Errors:**

DEMPSEY 006556

# REPORT NUMBER: 1014

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height: [            ]    Weight: [          ]

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: [                      ]

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: [animal control]

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☑   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: [teeth]

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: [Darts Fired at Subject]        Success: ☑

# Shotsfired: [1]                    Distance: [11-15 Feet]

# Darts Hit: [1]                    Penetration: [1 Skin]

Duration: [2 sec]

Officer Injuries: [None]            Suspect Injuries: [None]

Injuries Desc: [                    ]

## OTHER FORCE

Physical: [            ]            Swarm: [            ]

OC: [            ]            Baton: [            ]

Impact Round: [            ]            Other Force: [            ]

DEMPSEY 006557

## **DETAILS**

**Description:**

I responded to assist animal control with a hostile pit bull.  While the ACO distracted the dog, I deployed to his side.  Due to bright sunlight, the laser was difficult to see.  I did not think to use the plastic sights.  I discharged taser, targeting the dog's side.  I believe one probe struck the dog while the other passed beneath him.  The dogs hind legs buckled.  He then fled into a garage where we were able to contain him.

**Comment:** N/A

**Analysis:**

**Incapacitation Rating:**                **Errors:**

DEMPSEY 006558

# REPORT NUMBER: 1741

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height: [ ]    Weight: [ ]

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: [ ]

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☑   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: Vicious Dog

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☑   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: [ ]

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☑

# Shotsfired: 1                    Distance: 3-7 Feet

# Darts Hit: 2                     Penetration: 2 Skin

Duration: 5 sec

Officer Injuries: None             Suspect Injuries: None

Injuries Desc: [ ]

## OTHER FORCE

Physical: Effective                Swarm: [ ]

OC: [ ]                            Baton: [ ]

Impact Round: [ ]                  Other Force: [ ]

DEMPSEY 006559

## **DETAILS**

**Description:**

Officer received a call of a vicious dog.  Upon arrival the Officer found the dog in the front of a residence.  When the officer tried to approach the house, the dog charged at him.  The Officer shot the dog with the taser.  The dog collapsed immediately but kept trying to bite the Officer after the 5 second tase was over.  The Officer tased the dog approximately 7-8 times.

**Comment:**

**Analysis:**

**Incapacitation Rating:**                     **Errors:**

DEMPSEY 006560

# REPORT NUMBER: 2376

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height:               Weight:

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences:

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: Aggressive Dog

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat:

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: -                         Success: ☑

# Shotsfired: 1                    Distance: 1-3 Feet

# Darts Hit: 2                     Penetration: -

Duration: 5 sec

Officer Injuries: None             Suspect Injuries:

Injuries Desc:

## OTHER FORCE

Physical:                     Swarm:

OC:                           Baton:

Impact Round:                 Other Force:

DEMPSEY 006561

## DETAILS

**Description:**

In November of 2002, members of the Le Sueur County Drug Task force, went to a residence in the County, to serve a search warrant for narcotics. After
knocking and announcing, no one responded. We had been warned that a
extremely mean dog was inside the home. Officers entered the front door and a 80 pound animal with teeth showing, came charging towards us. Sgt. Dave Struckman, using his M26 Taser made a quick shot and struck the dog in the face . The dog dropped. He was then removed from the room where as officers could safely search the home which did contain three suspects. The search would have been hampered if not for the use of the M26 Taser. Using lethal force on the animal would have been very dangerous. Using the M26 dropped the animal and did no permanent injury to him.  One of the suspects told us the animal is protection trained. He advised, he was the only one who could take care of the dog. He was the one to remove it and lock it into the porch and received a deep bite for his efforts. Probes were eventually removed by a friend of the owner, and the dog suffered no ill effects from the event.

As you can see by the probes the dog was very close to the officers. I think
this shows the confidence we have in your product and how close the dog was.

**Comment:**

**Analysis:**

**Incapacitation Rating:**                **Errors:**

DEMPSEY 006562

# REPORT NUMBER: 1896

## SUSPECT INFORMATION

**Sex:** Male    **Age:** 1    **Height:** N/A    **Weight:** N/A

## INFLUENCES

**PCP:** ☐   **Cocaine:** ☐   **Alcohol:** ☐   **Meth:** ☐   **Other Drugs:** ☐   **EDP:** ☐

**Other Influences:** unknown

## INCIDENT TYPE

**Civil Disturbance:** ☐   **Suicidal:** ☐   **Violent:** ☑   **Officer Assault:** ☐   **Barricade:** ☐   **Warrant:** ☐

**Resisting Arrest:** ☐   **Other Incident Type:**

## RESISTANCE LEVEL

**Verbal Non Compliance:** ☑   **Defensive Resistance:** ☑   **Active Aggression:** ☑   **Deadly Assault:** ☐

## THREAT LEVEL

**Blunt Weapon:** ☐   **Edged Weapon:** ☐   **Firearm:** ☐   **Other Threat:** Teeth

## ADVANCED TASER DEPLOYMENT DATA

**TASER Deployment:** Darts Fired at Subject          **Success:** ☑

**# Shotsfired:** 1          **Distance:** 7-11 Feet

**# Darts Hit:** 2          **Penetration:** 2 Skin

**Duration:** More than one cycle

**Officer Injuries:** None          **Suspect Injuries:** Severe

**Injuries Desc:**

## OTHER FORCE

**Physical:** Ineffective          **Swarm:** Ineffective

**OC:**          **Baton:**

**Impact Round:**          **Other Force:**

DEMPSEY 006563

## DETAILS

**Description:**

Officers called to residence where Bull Mastiff dog had gone into seizures and was trying to attack family. Family had locked themselves in upstairs bedroom and called police. Upon arrival, ofc. found dog on top of dining room table growling and showing teeth. Cartridge was fired from taser. One probe stuck in dogs hind leg and the other in his chest. He was given the full 5-second burst. Officers then tried to tape the dogs mouth shut with duct tape. This was unsuccessful due to dogs instant recovery after shock stopped. Officer repeatedly gave dog 5-second burst while officers tried to accomplish muzzling of the dog. After 10 5-second applications officers were finally able to get dog muzzled. Dog was trying to bite officers during all of this. Once muzzled, the dog died of unknown causes.

**Comment:**

**Analysis:**

**Incapacitation Rating:**                     **Errors:**

DEMPSEY 006564

# REPORT NUMBER: 1892

## SUSPECT INFORMATION

Sex: Male    Age: 4    Height: 3ft    Weight: 120

## INFLUENCES

PCP: ☐    Cocaine: ☐    Alcohol: ☐    Meth: ☐    Other Drugs: ☐    EDP: ☐

Other Influences: pack mentality

## INCIDENT TYPE

Civil Disturbance: ☐    Suicidal: ☐    Violent: ☐    Officer Assault: ☐    Barricade: ☐    Warrant: ☐

Resisting Arrest: ☐    Other Incident Type: aggressive dogs

## RESISTANCE LEVEL

Verbal Non Compliance: ☐    Defensive Resistance: ☐    Active Aggression: ☑    Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐    Edged Weapon: ☐    Firearm: ☐    Other Threat: teeth & claws

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject        Success: ☑

# Shotsfired: 1                        Distance: 1-3 Feet

# Darts Hit: 2                        Penetration: 2 Skin

Duration: 5 sec

Officer Injuries: None            Suspect Injuries: None

Injuries Desc:

## OTHER FORCE

Physical:                    Swarm:

OC:                        Baton:

Impact Round:                Other Force:

DEMPSEY 006565

## DETAILS

**Description:**

I'm an M26 Taser instructor for my department and we have just recently been issued 80 M26 Tasers for patrol use. I had been dispatched to a call involving two aggressive dogs that were actively aggressing people in a residential area. The dogs had not actually attacked anyone at the time of the call. I located the dogs in a front yard of a residence. One was a 50-60 lb. pitbull and the other was a rottweiler that weighted approx. 120lb. I decided to arm myself with the M26 as I had two assist officers with lethal (shotgun, handgun). I was in the street about 25 yards from both dogs when the pitbull charged. As he got closer he started to slow down and began to bark but kept a distance of 5-6 feet. He then started to walk back to the driveway when I noticed the rottweiler charging down the driveway at full speed. As he got within several feet I realized he was not slowing and appeared intent on attacking so I deployed the M26. It was a point and shoot situation. The top dart struck him directly between the eyes and the second hit him on the right side. He was immediately incapacitated as the Taser caused electro-muscular disruption. Before I realized it he was on his side twitching. Our department policy is that when a Taser is deployed the suspect, or in this case, dog, gets a full 5 second automatic timing cycle (ATC) which is what he got. He didn't howl or yelp but just quietly took it despite the obvious violent muscle contractions. After the ATC he just stayed on his side and appeared to be having further muscle spasms and this continued for approx. 20 seconds. He then sat up and then stood up. It took a few seconds to get his coordination back so he looked as if he were severly intoxicated as he tried to run away. Within a few yards he was at full stride with the pitbull hot on his heels. I removed the spent cartridge. The dogs tried to run past us so I activated the Taser in the stun mode hoping the noise alone would turn them around and it did. They immediately retreated back to the house. The rottweiler had a completely different attitude as did the pitbull. Both were very scared and tried to hide any place they could. Ultimately the owners of both dogs were cited for Vicious Dog At Large and took possession of the animals. The Taser provided a much better alternative to lethal force and the risk of rounds bouncing all over and the obvious mess that would follow. The neighbors were very impressed with the Taser and thanked us over and over. The dog's owners also thanked me and said they would have understood if we had used lethal force but were glad we didn't. A roommate to the rottweiler's owner easily pulled both probes out. This was my departments first Taser deployment.

**Comment:**

**Analysis:**

**Incapacitation Rating:**              **Errors:**

DEMPSEY 006566

# REPORT NUMBER: 1848

## SUSPECT INFORMATION

Sex: Male   Age: 2   Height: 4   Weight: 240

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: panic

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: fleeing from animal control

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☑   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: 

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☑

# Shotsfired: 1                    Distance: 1-3 Feet

# Darts Hit: 2                    Penetration: 2 Skin

Duration: More than one cycle

Officer Injuries: None           Suspect Injuries: None

Injuries Desc: 

## OTHER FORCE

Physical: Ineffective            Swarm: Ineffective

OC:                              Baton: 

Impact Round:                    Other Force: 

DEMPSEY 006567

## **DETAILS**

**Description:**

While coming in service from a disturbance call at a local apartment complex, my partner and i heard a loud commotion around the corner.  As we rounded the corner, we observed a cow running down the street with four animal control officers chasing it.  The cow had gotten out of it's pen about two miles away and had been running down public roadways evading animal control officers.  I got into my unit and drove down the block, where the cow had ran into a fenced backyard of a residence.  Animal control officers tried numerous times to tackle, rope and gain control of the animal to no avail.  It was apparent that the officers were tired and an injury was imminent. The cow then changed direction and began to run directly at me.  I deployed my M26 into the cow's rear hips, each probe striking on either side of the cow's rear.  The cow immediately stopped and attempted to take another step before falling to the ground.  I delivered two five second cycles to the cow, allowing enough time for animal control officers to safely approach and rope the cow.  The cow was then escorted to a trailer where the probes were removed.  The cow was in good condition aside from being hot and tired.  The animal control officers on scene were greatful and swear they are going to ask their supervisor for a M26 for Christmas.

**Comment:** Moo.

**Analysis:**

**Incapacitation Rating:**      **Errors:**

DEMPSEY 006568

# REPORT NUMBER: 1834

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height: [ ]    Weight: [ ]

## INFLUENCES

PCP: ☐    Cocaine: ☐    Alcohol: ☐    Meth: ☐    Other Drugs: ☐    EDP: ☑

Other Influences: [ ]

## INCIDENT TYPE

Civil Disturbance: ☐    Suicidal: ☐    Violent: ☐    Officer Assault: ☐    Barricade: ☐    Warrant: ☐

Resisting Arrest: ☐    Other Incident Type: Injured Animal

## RESISTANCE LEVEL

Verbal Non Compliance: ☐    Defensive Resistance: ☐    Active Aggression: ☐    Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐    Edged Weapon: ☐    Firearm: ☐    Other Threat: [ ]

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject    Success: ☑

# Shotsfired: 1    Distance: 3-7 Feet

# Darts Hit: 2    Penetration: 2 Skin

Duration: More than one cycle

Officer Injuries: None    Suspect Injuries: Severe

Injuries Desc: Deer was shot outside by officer

## OTHER FORCE

Physical: [ ]    Swarm: Ineffective

OC: [ ]    Baton: [ ]

Impact Round: [ ]    Other Force: Noose

DEMPSEY 006569

## DETAILS

**Description:**

Officers and Animal Control were dispatched to a deer call. Animal had broken through the window of a business and was destroying the office. Animal was badly injured and very upset. Officers were unable to noose the animal. Officer fired the Taser at the deer and it immediately went down and was noosed. The Taser was applied four more times to keep the animal stunned until it could be taken outside and dispatched.

**Comment:**

**Analysis:**

**Incapacitation Rating:**            **Errors:**

DEMPSEY 006570

# REPORT NUMBER: 1772

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height: Dog    Weight:

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☑   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences:

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: Dog on freeway

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat:

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☑

# Shotsfired: 1                          Distance: 3-7 Feet

# Darts Hit: 2                          Penetration: 2 Skin

Duration: 5 sec

Officer Injuries: None                  Suspect Injuries: None

Injuries Desc:

## OTHER FORCE

Physical: Effective                     Swarm:

OC:                                     Baton:

Impact Round:                           Other Force:

DEMPSEY 006571

## **DETAILS**

**Description:**

Dog on freeway.  Taser was effective and was able to detain dog until animal control arrived.

**Comment:**

**Analysis:**

**Incapacitation Rating:**               **Errors:**

DEMPSEY 006572

# REPORT NUMBER: 1478

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height: [ ]    Weight: [ ]

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☑   Other Drugs: ☐   EDP: ☐

Other Influences: [ ]

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: [ ]

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: [ ]

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☑

# Shotsfired: 1                    Distance: 7-11 Feet

# Darts Hit: 2                     Penetration: 2 Skin

Duration: 5 sec

Officer Injuries: None            Suspect Injuries: None

Injuries Desc: [ ]

## OTHER FORCE

Physical: Effective               Swarm: [ ]

OC: [ ]                           Baton: [ ]

Impact Round: [ ]                 Other Force: [ ]

DEMPSEY 006573

## **DETAILS**

**Description:**

Vicious dog call.  Pitbull running loose attacked a Rottweiler being walked by it's owner.  Pitbull was removed by an independent witness with a baseball bat.  Officers responded Pitbull came close to officer approx. ten feet and officer tased it.  Dog got struck and pulled away later caught at ARO.

**Comment:**

**Analysis:**

**Incapacitation Rating:**                              **Errors:**

DEMPSEY 006574

# REPORT NUMBER: 1761

## SUSPECT INFORMATION

**Sex:** Male   **Age:** 0   **Height:** Dog   **Weight:**

## INFLUENCES

**PCP:** ☐   **Cocaine:** ☐   **Alcohol:** ☐   **Meth:** ☐   **Other Drugs:** ☐   **EDP:** ☐

**Other Influences:**

## INCIDENT TYPE

**Civil Disturbance:** ☑   **Suicidal:** ☐   **Violent:** ☐   **Officer Assault:** ☐   **Barricade:** ☐   **Warrant:** ☐

**Resisting Arrest:** ☐   **Other Incident Type:** Agressive dog

## RESISTANCE LEVEL

**Verbal Non Compliance:** ☐   **Defensive Resistance:** ☐   **Active Aggression:** ☐   **Deadly Assault:** ☐

## THREAT LEVEL

**Blunt Weapon:** ☐   **Edged Weapon:** ☐   **Firearm:** ☐   **Other Threat:**

## ADVANCED TASER DEPLOYMENT DATA

**TASER Deployment:** Darts Fired at Subject          **Success:** ☑

**# Shotsfired:** 1                    **Distance:** 3-7 Feet

**# Darts Hit:** 2                    **Penetration:** 2 Skin

**Duration:** 5 sec

**Officer Injuries:** None          **Suspect Injuries:** None

**Injuries Desc:**

## OTHER FORCE

**Physical:** Effective          **Swarm:**

**OC:**                    **Baton:**

**Impact Round:**          **Other Force:**

DEMPSEY 006575

## **DETAILS**

**Description:**

Loose Pit Bull - agressive. Shot with Taser while ARO attempted to corral dog.  Dog taken to shelter.

**Comment:**

**Analysis:**

**Incapacitation Rating:**                    **Errors:**

DEMPSEY 006576

# REPORT NUMBER: 1488

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height: _____    Weight: _____

## INFLUENCES

PCP: ☐    Cocaine: ☐    Alcohol: ☐    Meth: ☐    Other Drugs: ☐    EDP: ☐

Other Influences: _____

## INCIDENT TYPE

Civil Disturbance: ☐    Suicidal: ☐    Violent: ☐    Officer Assault: ☐    Barricade: ☐    Warrant: ☑

Resisting Arrest: ☐    Other Incident Type: _____

## RESISTANCE LEVEL

Verbal Non Compliance: ☐    Defensive Resistance: ☐    Active Aggression: ☑    Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐    Edged Weapon: ☐    Firearm: ☐    Other Threat: _____

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject            Success: ☑

# Shotsfired: 2                    Distance: 15-21 Feet

# Darts Hit: -                    Penetration: 2 Skin

Duration: 5 sec

Officer Injuries: None            Suspect Injuries: Minor

Injuries Desc: _____

## OTHER FORCE

Physical: _____        Swarm: _____

OC: _____        Baton: _____

Impact Round: _____        Other Force: _____

DEMPSEY 006577

## DETAILS

**Description:**

Officers were attacked by two large dogs, dogs were shot with M26 and ran away.

**Comment:**

**Analysis:**

**Incapacitation Rating:**     **Errors:**

DEMPSEY 006578

# REPORT NUMBER: 2204

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height: _____    Weight: _____

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: _____

## INCIDENT TYPE

Civil Disturbance: ☒   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: _____

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: _____

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☒

# Shotsfired: 1          Distance: 3-7 Feet

# Darts Hit: 1          Penetration: 1 Skin

Duration: 5 sec

Officer Injuries: None          Suspect Injuries: None

Injuries Desc: _____

## OTHER FORCE

Physical: Ineffective          Swarm: _____

OC: _____          Baton: _____

Impact Round: _____          Other Force: _____

DEMPSEY 006579

## DETAILS

**Description:**

Dog observed running in and out of traffic during am rush hour.  Officer observed 2 near misses of vehicles colliding trying to avoid the dog.  Dog was tased in a yard and contained.  ARO was unable to catch with the lasso.

**Comment:** The dog got back up and continued running.  He returned home and went underneath a patio deck with the dart still inside of him.  A note was left for the owner on the door.

**Analysis:**

**Incapacitation Rating:**          **Errors:**

DEMPSEY 006580

# REPORT NUMBER: 1682

## SUSPECT INFORMATION

Sex: Male    Age: 1    Height: 2'2"    Weight: med

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: [ ]

## INCIDENT TYPE

Civil Disturbance: ☑   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: [ ]

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☑   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: [ ]

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☑

# Shotsfired: 1                    Distance: 3-7 Feet

# Darts Hit: 1                     Penetration: 1 Skin

Duration: 5 sec

Officer Injuries: None            Suspect Injuries: None

Injuries Desc: [ ]

## OTHER FORCE

Physical: Effective          Swarm:

OC:                          Baton:

Impact Round:                Other Force:

DEMPSEY 006581

## **DETAILS**

**Description:**

The suspect dog charged at an officer attempting to bite him.  Second officer shot the dog with the Taser and it stopped its charge and ran away.

**Comment:**

**Analysis:**

**Incapacitation Rating:**                    **Errors:**

DEMPSEY 006582

# REPORT NUMBER: 1679

## SUSPECT INFORMATION

Sex: Male   Age: 0   Height: _____   Weight: _____

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: _____

## INCIDENT TYPE

Civil Disturbance: ☑   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: _____

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: _____

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☑

# Shotsfired: 1                    Distance: 7-11 Feet

# Darts Hit: 2                     Penetration: 2 Skin

Duration: 5 sec

Officer Injuries: None             Suspect Injuries: None

Injuries Desc: _____

## OTHER FORCE

Physical: Effective                Swarm:

OC:                                Baton:

Impact Round:                      Other Force:

DEMPSEY 006583

## DETAILS

**Description:**

Dog running in/out of traffic.  High chance of serious TC.  Dog was impounded by Animal Shelter.

**Comment:**

**Analysis:**

**Incapacitation Rating:**                    **Errors:**

DEMPSEY 006584

# REPORT NUMBER: 1643

## SUSPECT INFORMATION

Sex: Male   Age: 23   Height: 6'2"   Weight: Heavy

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: _____

## INCIDENT TYPE

Civil Disturbance: ☑   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: _____

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: _____

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject        Success: ☑

# Shotsfired: 1                          Distance: 3-7 Feet

# Darts Hit: 2                           Penetration: 2 Skin

Duration: 5 sec

Officer Injuries: None                   Suspect Injuries: None

Injuries Desc: N/A

## OTHER FORCE

Physical: _____        Swarm: _____

OC: _____              Baton: _____

Impact Round: _____    Other Force: _____

DEMPSEY 006585

## DETAILS

**Description:**

300 plus pound subject with, "arms like tree limbs" menaced officers with an aggressive pit bull that he was holding while advancing on them.  Long history of mental illness, just finished 30 day confinement in a treatment facility.  Subject was given a charge of 2-3 seconds and went down immediately.  The pit bull yelped and "shot into the air like a rocket."  It was not seen again for the duration of the event.

**Comment:**  Completely compliant, stated, "This is great; when this is all over can I get some more of that?" Stated, "That was great!" Repeatedly.

**Analysis:**

**Incapacitation Rating:**                    **Errors:**

DEMPSEY 006586

# REPORT NUMBER: 2766

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height: [ ]    Weight: 1500

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: [ ]

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: Control Animal

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: [ ]

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject          Success: ☑

# Shotsfired: 1                          Distance: 11-15 Feet

# Darts Hit: 2                       Penetration: 2 Skin

Duration: More than one cycle

Officer Injuries: None          Suspect Injuries: None

Injuries Desc: [ ]

## OTHER FORCE

Physical: Ineffective          Swarm: [ ]

OC: [ ]          Baton: [ ]

Impact Round: [ ]          Other Force: [ ]

DEMPSEY 006587

## DETAILS

**Description:**

I was dispatched to a car vs cow accident without injuries.  Upon arrival found that the car had struck two cows.  One joined back with the group and they went back to field.  One cow had an injured leg and was unable to join herd.  While completing report we attempted to contact cow owner.  Owner could not be contacted so County Vet was requested.  When Vet arrived we discussed two options.  Option #1 was to destroy the animal.  Option #2 was to restrain the cow to the fence line so that it would not return to the roadway and cause another accident.  Vet also advised that if the cow was alive it still had some market value to the owner.  We decided to attempt the taser on the cow.  The cow weighed approximately 1,500 pounds.  I shot the cow from somewhere between 10 and 15 feet.  One dart struck the cow in the left front shoulder.  The other dart hit about 18 inches lower in the upper portion of the front leg.  The cow dropped promptly upon deployment of the taser.  After the first 5 second discharge the cow was ready to get right back up, however the vet did not have the cow restrained completly  so I gave it a second discharge.  After the second discharge the cow layed on the ground for a couple of minutes.  Recovery took about 3 minutes after the second discharge.  The cow did get back on its feet and was alert and active enough that it would not allow us to get close enough to it to remove the darts.  Using the taser in this situation allowed us to control this animal in a manner that did not cause further injury to the animal or further risk to the public by causing another accident.

**Comment:**

**Analysis:**

**Incapacitation Rating:**                          **Errors:**

DEMPSEY 006588

# REPORT NUMBER: 1800

## SUSPECT INFORMATION

**Sex:** Male    **Age:** 0    **Height:** N/A    **Weight:** N/A

## INFLUENCES

**PCP:** ☐   **Cocaine:** ☐   **Alcohol:** ☐   **Meth:** ☐   **Other Drugs:** ☐   **EDP:** ☐

**Other Influences:** N/A

## INCIDENT TYPE

**Civil Disturbance:** ☐   **Suicidal:** ☐   **Violent:** ☐   **Officer Assault:** ☐   **Barricade:** ☐   **Warrant:** ☐

**Resisting Arrest:** ☐   **Other Incident Type:** vicious  dog

## RESISTANCE LEVEL

**Verbal Non Compliance:** ☐   **Defensive Resistance:** ☐   **Active Aggression:** ☑   **Deadly Assault:** ☐

## THREAT LEVEL

**Blunt Weapon:** ☐   **Edged Weapon:** ☐   **Firearm:** ☐   **Other Threat:** plethora of teeth

## ADVANCED TASER DEPLOYMENT DATA

**TASER Deployment:** Darts Fired at Subject          **Success:** ☑

**# Shotsfired:** 1                    **Distance:** 3-7 Feet

**# Darts Hit:** 1                    **Penetration:** 1 Skin

**Duration:** 5 sec

**Officer Injuries:** None            **Suspect Injuries:** None

**Injuries Desc:** Dog his in bushes and would not come out.  Probe eventually removed by owner.

## OTHER FORCE

**Physical:**                    **Swarm:**

**OC:**                    **Baton:**

**Impact Round:**                    **Other Force:**

DEMPSEY 006589

## **DETAILS**

**Description:**

Officer responded on vicious dogs (Pit Bull) loose in a neighborhood.  When officer arrived the dogs chased him and he had to jump in his car for safety.  Officer eventually got back out and one of the dogs again started chasing him.  Officer deployed his M-26 at a distance of about 4 feet.  The dog was facing him head on.  The top probe struck the dog in the head.  The other missed but got entangled in the dog's feet, providing a successful deployment at that point.  The dog dropped and ran off into bushes when the cycle stopped.  The other dog ran with it and neither one would come out, even after the owner arrived.

**Comment:** Bow wow arf grrrrr.  (Translation.  What the hell was that?)

**Analysis:**

**Incapacitation Rating:**                        **Errors:**

DEMPSEY 006590

# REPORT NUMBER: 1669

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height: [　　　]    Weight: [　　　]

## INFLUENCES

PCP: ☐   Cocaine: ☐   Alcohol: ☐   Meth: ☐   Other Drugs: ☐   EDP: ☐

Other Influences: [　　　]

## INCIDENT TYPE

Civil Disturbance: ☐   Suicidal: ☐   Violent: ☐   Officer Assault: ☐   Barricade: ☐   Warrant: ☐

Resisting Arrest: ☐   Other Incident Type: Animal  Dog

## RESISTANCE LEVEL

Verbal Non Compliance: ☐   Defensive Resistance: ☐   Active Aggression: ☐   Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐   Edged Weapon: ☐   Firearm: ☐   Other Threat: [　　　]

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject            Success: ☐

# Shotsfired: 1                          Distance: 3-7 Feet

# Darts Hit: 1                           Penetration: 1 Skin

Duration: 5 sec

Officer Injuries: None                  Suspect Injuries: None

Injuries Desc: [　　　]

## OTHER FORCE

Physical: [　　　]                        Swarm: [　　　]

OC: Ineffective                          Baton: [　　　]

Impact Round: [　　　]                    Other Force: [　　　]

DEMPSEY 006591

## DETAILS

**Description:**

Initial call was to backup a deputy at an eviction. The evictee was known to be mentally ill, a diagnosed scizophrenic, and had reportedly stated that she would not leave the premises. We forced entry with the landlord's permission. The evictee was not present, but there were five pitbulls. Animal Control was able to remove four dogs without incident. The fifth had managed to hide in a bathroom in an enclosed area under a porcelin bathtub. Efforts to coax him out proved unsuccessful as did pepper spray. Eventually he showed himself but would only come so far. I used the tazer, striking the dog with one probe. He yelped loudly but scooted back under the tub. Two more five second blasts were applied. He yelped but did not come out. We ended up knocking a hole in the wall from the other side. The dog exited as was snared by Animal Control.

**Comment:** Yipe Yipe Yipe

**Analysis:**

**Incapacitation Rating:**                         **Errors:**

DEMPSEY 006592

# REPORT NUMBER: 1637

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height:    Weight: 200

## INFLUENCES

PCP: ☐    Cocaine: ☐    Alcohol: ☐    Meth: ☐    Other Drugs: ☐    EDP: ☐

Other Influences: Mastiff dog

## INCIDENT TYPE

Civil Disturbance: ☐    Suicidal: ☐    Violent: ☐    Officer Assault: ☐    Barricade: ☐    Warrant: ☐

Resisting Arrest: ☐    Other Incident Type: aggressive dog

## RESISTANCE LEVEL

Verbal Non Compliance: ☐    Defensive Resistance: ☐    Active Aggression: ☑    Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐    Edged Weapon: ☐    Firearm: ☐    Other Threat:

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject    Success: ☐

# Shotsfired: 1    Distance: 7-11 Feet

# Darts Hit: 2    Penetration: 2 Skin

Duration: 5 sec

Officer Injuries: None    Suspect Injuries:

Injuries Desc:

## OTHER FORCE

Physical: Ineffective    Swarm:

OC:    Baton:

Impact Round:    Other Force:

DEMPSEY 006593

## DETAILS

**Description:**

Officers summoned for an aggressive dog near a supermarket.  After corraling the dog in a chained off parking lot, Animal Control officers attempted to restrain 200 pound Mastiff dog using nooses and nets.  Both were ineffective as dog chewed and broke through both restraints.  AFter the dog bit a citizen attempting to assist officers, the Taser was deployed.  Both darts made successful contact in the upper/lower side/chest regions. The  Taser was deployed for a full 5 second cycle, causing a momentary lack of movement.  Following the Taser discharge the dog ran, breaking the Taser wires.  Lacking further means of control, an officer dispatched the dog using his sidearm.

**Comment:**

**Analysis:**

**Incapacitation Rating:**          **Errors:**

DEMPSEY 006594

# REPORT NUMBER: 2336

## SUSPECT INFORMATION

Sex: Male    Age: 0    Height: [ ]    Weight: [ ]

## INFLUENCES

PCP: ☐    Cocaine: ☐    Alcohol: ☐    Meth: ☐    Other Drugs: ☐    EDP: ☐

Other Influences: [ ]

## INCIDENT TYPE

Civil Disturbance: ☑    Suicidal: ☐    Violent: ☐    Officer Assault: ☐    Barricade: ☐    Warrant: ☐

Resisting Arrest: ☐    Other Incident Type: Vicious Dog

## RESISTANCE LEVEL

Verbal Non Compliance: ☐    Defensive Resistance: ☐    Active Aggression: ☑    Deadly Assault: ☐

## THREAT LEVEL

Blunt Weapon: ☐    Edged Weapon: ☐    Firearm: ☐    Other Threat: [ ]

## ADVANCED TASER DEPLOYMENT DATA

TASER Deployment: Darts Fired at Subject    Success: ☐

# Shotsfired: 1    Distance: 3-7 Feet

# Darts Hit: 1    Penetration: 1 Skin

Duration: 5 sec

Officer Injuries: None    Suspect Injuries: None

Injuries Desc: [ ]

## OTHER FORCE

Physical: Effective    Swarm: [ ]

OC: [ ]    Baton: [ ]

Impact Round: [ ]    Other Force: [ ]

DEMPSEY 006595

## **DETAILS**

**Description:**

Officers assisted ARO in apprehending a viscious dog and dog creating a traffic hazard.  Officer tases dog initially, however dog is unaffected.  A second tase is required in addition to tranquilizer used by ARO.  Dog is captured eventually.

**Comment:**

**Analysis:**

**Incapacitation Rating:**                    **Errors:**

DEMPSEY 006596