Case 6:19-cv-06780-EAW-MWP   Document 98-29   Filed 09/09/24   Page 1 of 6



X2 Conducted Electrical Weapon End-User Course

Version 20 - Effective January 1, 2016

See Trademark Notice file on DVD.  © 2015 TASER International Inc.

TASER TRAINING ACADEMY

# Goal

To provide the basic operational theory and practical training to reasonably safely and effectively operate TASER Conducted Electrical Weapons (CEWs).



See Trademark Notice file on DVD.  © 2015 TASER International Inc.

# Animals



See Trademark Notice file on DVD.  © 2015 TASER International Inc.

# Effects on Animals

If animals are stunned, consider having animal control stand by to apply a restraint during the cycle



See Trademark Notice file on DVD.  © 2015 TASER International Inc.

# Animal Use Video



See Trademark Notice file on DVD.  © 2015 TASER International Inc.


# Police/Military K-9 Caution

- If K-9 bites probe or between probes during CEW deployment, the dog may receive a shock

- An electrical shock to a K-9 may result in a hesitant, hesitating, or bite adverse K-9

- Develop procedures and train K-9 handlers and CEW operators on this issue



See Trademark Notice file on DVD.  © 2015 TASER International Inc.