

# TASER X26

AXON Academy I TASER Training

TASER X26 Conducted Energy Weapon (CEW) – User Course

Version 21 - Effective January 14, 2019

© 2019 Axon Enterprise, Inc.

# Goal

To provide the basic operational theory and practical training to reasonably, safely and effectively operate the TASER X26 Conducted Energy Weapons (CEWs).

© 2019 Axon Enterprises, Inc.

# Course Objectives

Upon completion of this course, you will be able to:

- Explain the technology associated with X26
- Describe the nomenclature and operation of the X26
- Describe the nomenclature and operation of the TASER standard cartridge
- Explain proper care and troubleshooting techniques
- Explain CEW Smart Use Considerations
- Explain the Tactical Considerations associated with CEW use
- Explain proper probe placement and aiming requirements
- Demonstrate safe handling of CEWs

© 2019 Axon Enterprises, Inc.

# Training Version 21

**With the release of Version 21, all prior TASER Training materials and Training Bulletins are superseded and rendered obsolete.**

© 2019 Axon Enterprises, Inc.

# **Release and Warning Requirements**

- **Warning Acknowledgement**:
  All students attending TASER User and Instructor certification courses will be required to **acknowledge** that they have read and understand the warnings prior to participating in any hands-on CEW drills required by the certification course.

- Updated copies of Version 21 documents can be found on the Training Resource page at
  https://www.axon.com/training/resources

© 2019 Axon Enterprises, Inc.

# License Agreement

All TASER Training materials/documents are copyrighted and:

- Must be used in their entirety (PowerPoint® slides, video, and instructor notes)
- May only be used by TASER Training certified instructors holding a current certification on the CEW model being taught
- **May not be used for commercial purpose**

**If you access or use TASER's Training materials, you accept and agree to be bound by Axon's License Agreement.**

© 2019 Axon Enterprises, Inc.

# Disclaimers

- TASER Training (provided by Axon Enterprise) does NOT set use of force policies, general orders, or procedures.

- TASER Training does not give legal advice and nothing contained in these training materials creates any form of attorney-client relationship.  Be sure to consult with your local legal advisors for any legal advice, guidance, or direction.

- TASER Training materials may include videos or other information from outside sources to facilitate discussion. The inclusion of such materials is not an endorsement of the procedures or tactics depicted.

© 2019 Axon Enterprises, Inc.

# **Disclaimers**

- Each agency is responsible for creating its own use of force policies and procedures.

- Use of force policy should address CEW use, and should be communicated to all officers.

- TASER CEWs are serious weapons and should be treated as such at all times.

- TASER CEWs are not a substitute for authorized deadly force.

© 2019 Axon Enterprises, Inc.

# Safety Rules

- **No live firearms in training area**
- **Every participant is responsible for immediately reporting any safety issues.**  If an unsafe condition occurs or is noticed during an exercise, the student or instructor observing the unsafe condition will call **"STOP ACTION!"**
- One student or instructor will be designated as the safety officer during each exposure, live fire and practical exercise/scenario*
- All activity will stop when any student or instructor calls **"STOP ACTION!"**

© 2019 Axon Enterprises, Inc.

# Safety Rules

- Protective eyewear MUST be worn at all times during any weapons handling—including during exposures
- The safety switch on all TASER CEWs will remain in the down (SAFE) position unless the instructor directs students to arm the CEW or when it is appropriate to do so during a training drill
- TASER CEWs must not be pointed at any person or body part unless the instructor directs students to do so as part of a training exercise or scenario

© 2019 Axon Enterprises, Inc.

# Safety Rules

- A TASER CEW loaded with a live cartridge must not be pointed at another person or body part except during voluntary exposures

- During training scenarios, only use:
    - Blue LS cartridges with simulation suit

- LASERs must not be pointed at eyes

- Probes must be removed according to proper protocol

© 2019 Axon Enterprises, Inc.

# TASER CEWS ARE NOT RISK FREE



 **REVIEW AND UNDERSTAND TASER CURRENT PRODUCT WARNINGS**

© 2019 Axon Enterprises, Inc.

# Brief Overview of CEW Technology





# Arcing Probes



© 2019 Axon Enterprises, Inc.





# Central Nervous System

Includes the brain and spinal cord

The command center where information is processed, decisions are made, and information is stored.

© 2019 Axon Enterprises, Inc.



# Sensory Nervous System

Brings information into the brain.

Consists of the nerves that connect the sensors of the body (eyes, ears, skin, etc.) to the brain.

Early stun devices primarily stimulated the sensory nervous system, causing pain but not stopping truly motivated subjects.

© 2019 Axon Enterprises, Inc.



# Motor Nervous System

Carries commands from the brain to the body's muscles

Consists of the nerves that go out from the spinal cord and connect to the muscles controlling muscle movements.

NMI systems affect BOTH the sensory and motor nerves

© 2019 Axon Enterprises, Inc.



# Neuro-Muscular Incapacitation

- There are different levels of Neuro-Muscular Incapacitation (NMI) ranging from limited area effects to significant body lockup

- The greater the probe spread, the higher likelihood of NMI

- CEWs may not achieve total NMI

- Subject may maintain muscle control, particularly in arms and legs, depending on many factors including probe locations

- Be prepared with other force options, including a drive-stun follow up to expand NMI in close probe spread situations

- Drive stuns alone cause only localized pain, not NMI

© 2019 Axon Enterprises, Inc.



# Voluntary Exposures

# Voluntary Exposure

- TASER Training does **NOT** require a CEW exposure for instructor or user certification
- Voluntary CEW exposure is each agency's sole and exclusive decision
- Voluntary CEW exposures must only be conducted by a currently certified TASER Instructor adhering to TASER Training
- Group CEW exposures are prohibited

© 2019 Axon Enterprises, Inc.

# Voluntary Exposure

- CEW probe exposures involve strong muscle contractions and physical exertion similar to strenuous athletic activities.  Risks of injury from stress, physical exertion, falling, etc. while low, are <u>not</u> zero (see full warnings)

- Notify instructor verbally and in writing on RELEASE form of any pre-existing injuries, medical conditions, or individual susceptibilities


- **All volunteers must review the current TASER warnings and complete the RELEASE <u>prior</u> to any exposure**

© 2019 Axon Enterprises, Inc.

# Voluntary Exposure Release Form Retention

Each law enforcement agency or employer of the volunteer receiving the CEW exposure is tasked with retaining the original release as part of its training records for the duration of the student's employment with the agency. These records should not be sent to Axon Enterprise.

© 2019 Axon Enterprises, Inc.

# Voluntary Exposure

## BENEFITS

- **Instructor credibility as a leader and subject matter expert**
- **Officers can better understand the effects of the CEW**
  - **For deployment**
  - **Confidence to go "hands-on" without receiving shock**
  - **Self-defense**
  - **Court expertise**
  - **Secondary exposures**

## RISKS

- Stress, anxiety, panic
- Exertion and effects
- Strong muscle contractions and effects
- Discomfort or painful experience
- Significant injuries have occurred

  (**SEE FULL WARNINGS**)

# Voluntary Exposure Guidelines

- Eye protection is required for the spotters, volunteer, and anyone within the training area if probes are fired in lieu of attaching spent wires or alligator clips

- Probes shall be deployed from behind the volunteer (avoids face, throat, genitals, breasts, chest or area of the heart)

- Properly supported by two spotters to prevent falls, or placed face down on the mat prior to exposure

- Realistic field probe placements only

© 2019 Axon Enterprises, Inc.

# **Voluntary Exposure Guidelines**

Each spotter should hold an upper arm of the standing volunteer under the armpit, so that:

- The shoulder, arm, elbow, and wrist are stabilized close to the body to prevent stress/tension on the joints

- The volunteer can be safely supported and lowered to the ground after being hit without twisting, rotating, or putting undue stress on the arm or shoulder; or flailing/jerking forward after discharge

© 2019 Axon Enterprises, Inc.

# **Voluntary Exposure Guidelines**

- Proper matting
- Clear area of bystanders and objects
- Make area safe
- Careful probe removal using proper protocols

**Subjects with pre-existing injuries, medical conditions, or individual susceptibilities should avoid CEW exposure or areas of concern**

**WARNING:**  FAILURE TO FOLLOW SAFETY PROCEDURES INCREASES THE RISK OF INJURY

© 2019 Axon Enterprises, Inc.

# Voluntary Exposure Training Guidelines

- Utilize probe hits to allow students to remove probes

- Target different parts of the body to show different effects

- Demonstrate one probe hit with 3-point drive-stun follow up

- Demonstrate difference between probe hits and drive stun

© 2019 Axon Enterprises, Inc.

# Voluntary Exposure WARM-UP

**Prior to receiving a CEW exposure, volunteers _SHALL_ stretch and warm-up as before exercising or athletics.**

- Back
- Shoulders
- Arms
- Legs
- Torso

© 2019 Axon Enterprises, Inc.

# Back Exposure



© 2019 Axon Enterprises, Inc.

# Single Probe Hit – Drive-Stun Follow Up



© 2019 Axon Enterprises, Inc.

# Probe Removal

# Safety Considerations

*Review TASER's CEW Research Index and other documents and materials on Axon's website*

# Watch For Medical Crisis Signs and Call for Medical Backup – Before Engaging if Practicable

## DANGER SIGNS: "This isn't normal"

- Naked
- Profuse sweating
- Doesn't feel pain
- Incoherence
- Random violence
- Aggression toward objects (breaking glass, etc.)

- Disoriented
- Super-human strength
- Emotional instability
- Hallucinations
- Inability to focus
- Appears drugged
- "I can't breathe"

© 2019 Axon Enterprises, Inc.

# Key Safety Guidelines

1. Avoid Dangerous Falls

2. Avoid Flammables & Explosives

3. Use Preferred Target Zones

4. Restrain Fast – Avoid Prolonged Exposures

5. Use Caution with Sensitive Populations

© 2019 Axon Enterprises, Inc.

# 1. Avoid Dangerous Falls (when practicable)





## 2. Avoid Flammables & Explosives



# 3. Use Preferred Target Zones: Rear (when practicable)

**Below neck (green zone)**

- Large muscles
- Avoid head and neck

*The back is the most preferred target area when reasonably practicable because it contains larger muscle groups and reduces risk of hitting sensitive body areas*



© 2019 Axon Enterprises, Inc.

# 3. Use Preferred Target Zones: Front (when practicable)

**Lower torso (green zone below chest)**

- More effective than hitting the chest
  - Larger muscles (legs)
  - Split the beltline
- Reduces risk of hitting sensitive body areas (see product warnings)
- Increases dart-to-heart safety margin distances
- Do not intentionally target head, eyes, throat, chest or genitals



© 2019 Axon Enterprises, Inc.

# 3. Use Preferred Target Zones: Front (when practicable)

CEW cardiac risks are low, but not zero

To reduce cardiac risks (when practicable):

- Target the back
- Avoid targeting the chest
- Avoid heart region
- Avoid repeated or continuous exposures



© 2019 Axon Enterprises, Inc.

# 4. Restrain Fast
# – Avoid Prolonged Exposures

- Cuff under power – and FAST

- Long or multiple CEW applications extend stress, pain, and metabolic effects

- You need to be able to clearly justify each activation or continuous activation

© 2019 Axon Enterprises, Inc.

# Physiologic/Metabolic Effects

CEWs may produce effects that could increase the risk of sudden death, including changes in:

- Blood chemistry
- Blood pressure
- Respiration
- Heart rate and rhythm
- Adrenaline and stress hormones

The longer the CEW exposure, the greater the potential effects.  Use reasonable efforts to minimize the number and duration of CEW exposures

© 2019 Axon Enterprises, Inc.

# **Physiologic/Metabolic Effects**

Studies show CEW effects are usually comparable to or less than:

- Fighting
- Fleeing

Numerous human studies have shown lower CEW effects on human physiology compared to some other force options

© 2019 Axon Enterprises, Inc.

# 5. Use Caution with Sensitive Populations



Pregnant          Children & Minors          Elderly          Sickly / Low Body Mass

© 2019 Axon Enterprises, Inc.

# Higher Risk Populations

CEWs, like other force options, have not been laboratory tested on:

- Pregnant women
- Elderly
- Small children
- Low body-mass index / very thin persons

**CEW use on these individuals could increase the risk of death or serious injury**

© 2019 Axon Enterprises, Inc.

# **Medically Compromised Persons**

- Any law enforcement use of force, including a CEW, may cause or contribute to death or serious injury

- Law enforcement personnel are called upon to deal with individuals in crisis that are often medically compromised and who may be susceptible to arrest-related death

- The subject may already be at risk of death or serious injury as a result of pre-existing conditions, individual susceptibilities, or other factors

- **Follow your agency's guidance and policies when dealing with medically compromised persons**

© 2019 Axon Enterprises, Inc.

# RECAP: Key Safety Guidelines

1. Avoid Dangerous Falls

2. Avoid Flammables & Explosives

3. Use Preferred Target Zones

4. Restrain Fast – Avoid Prolonged Exposures

5. Use Caution with Sensitive Populations

© 2019 Axon Enterprises, Inc.

# TASER X26





Conducted Electrical Weapons (CEWs) are designed to use propelled wires or direct contact to conduct electrical charge to primarily affect motor functions and/or the sensory nervous system.

The X26 is a software upgradable CEW manufactured by Axon Enterprise, Inc.

© 2019 Axon Enterprises, Inc.

# TASER X26



Blast door

TASER cartridge

Serial number plate

Illumination selector

Rear sight

Front sight

CID

Wire

Safety

Probes

AFIDs

Trigger

DPM release button

LASER sight

LIL: Low Intensity Lights (LED)

DPM

Stainless steel shock plate

Blast door

© 2019 Axon Enterprises, Inc.

# X26 Trigger Operation

- A single trigger pull and release discharges an electrical charge for a 5-second cycle

- Shift the Safety Switch down (SAFE) to stop a discharge (e.g., if accidentally discharged)

- Holding the trigger continuously beyond the 5-second cycle will continue the electrical discharge until the trigger is released.

© 2019 Axon Enterprises, Inc.

# Know Your CEW Trigger Operation: Continuous Discharge

- Remember, if you hold the trigger back, the X26 will continue to discharge after the 5-second cycle until you release the trigger, as long as the battery charge is sufficient to support discharge

- Holding the trigger back may result in repeated or continuous CEW discharges and allegations of excessive force or elevated or cumulative subject injury

© 2019 Axon Enterprises, Inc.

# **Ambidextrous Safety**

- Safety Switch Down
  - (SAFE)
- Safety Switch Up
  - (ARMED)
  - Activates CID and selected illumination



© 2019 Axon Enterprises, Inc.

# Ambidextrous Safety

- The ambidextrous safety switches do not operate independently of each other
- Do not block the safety switch on one side of the X26 while attempting to move it on the other side.
  - This can break the safety switch and disable the CEW

© 2019 Axon Enterprises, Inc.

# CID Displays when DPM/XDPM is Installed

⚠ **CAUTION**

Ensure the safety switch is in the down (SAFE) position & unload cartridge

- 06..10..04--00..01..27..01..14--26—20
- (First 3 numbers) Warranty expiration yr-mo-day (As of May 11, 2009 warranty expiration does not show on CID and will display as three sets of "00")
- -- (separator)
- (Next 5 numbers) Yr-Mo-Day-24hr-Mn (GMT)
- -- (separator)
- (9th number) Temp in Celsius
- -- (separator)
- (last number) Software revision
- Unit will display battery percentage for approximately five seconds when in fire mode, then will display two illuminated dots.



© 2019 Axon Enterprises, Inc.

# CID Countdown

- Counts down the cycle
- 05,04,03,02,IIII,00 (with software version 20 or higher)



© 2019 Axon Enterprises, Inc.

# Illumination Button



Ensure the safety switch is in the down (SAFE) position & unload cartridge

With the safety switch in the down (SAFE) position, use finger to hold the illumination button down for approximately two seconds to bring up display **(Do not use objects like pens, paper clips or knives as this can result in switch breakage or the switch could get stuck)**

- LO- Laser Only Mode
- OF- Flashlight Only Mode
- LF-Laser/Flashlight Mode
- OO- Stealth Mode (no light/no laser and CID is dim)

© 2018 Axon Enterprise, Inc.

# Batteries: DPM/XDPM

- 2 x 3 volt lithium energy cells
- Provides up to 195 5-second cycles at room temperature
- Digital memory (% life remaining)




© 2019 Axon Enterprises, Inc.

# DPM Digital Memory

- Digital memory stored in DPM contains calculated percentage value of remaining battery life
- X26 interprets and displays this value on the CID



© 2019 Axon Enterprises, Inc.

# DPM Replacement / Upgrading

- Replace DPM when % remaining is < 20%

- Use for training until 1% remaining

- Dispose at 1%
    - Caution: Continued use at 1% or lower could cause damage to the X26



Duty Use
99-20



Training
19-01



Replace &
Dispose

© 2019 Axon Enterprises, Inc.

# DPM <span style="color:red">Cautions</span>

- X26 must be stored with DPM/XDPM inserted at all times
  - Failure to do so may result in loss of time and date settings, software corruption, and/or X26 failure
  - This also applies to sending in an X26 to Axon for repairs or replacement
- If DPM/XDPM is left out for an extended period of time…
  - Software configurations in the X26 may be corrupted and date/time will be reset
    - Refer to online troubleshooting guide

© 2019 Axon Enterprises, Inc.

# Firmware Updates

- Firmware is ONLY programmed into DPMs
- All X26 CEWs should be programmed with the most current firmware
- An X26 cannot accept firmware updates via Evidence Sync

© 2019 Axon Enterprises, Inc.

# DPM Upgrading

- When a DPM/XDPM is replaced with a DPM/XDPM that contains a newer software version, a programming upgrade will occur

- A "P" is displayed in the CID during the upgrade process



- **<u>Do not remove the DPM/XDPM or move the safety switch into the up (armed) position during the programming mode</u>**

© 2019 Axon Enterprises, Inc.

# DPM Upgrading

- After programming has completed, the X26 will start boot up sequence



- **Caution:** Removal of DPM/XDPM during "P" state in the initial boot-up WILL corrupt the X26 software
  - CID will display a code of "E", "H" or will be blank and the X26 must be returned to the factory

© 2019 Axon Enterprises, Inc.

# X26: Important Tips

- **System date & time is <u>always</u> GMT**
  - ❑ When you insert a DPM for system boot up, it will display GMT time and date
  - ❑ X26 download software will compensate based on computer time zone settings

- **System "sleeps" after being armed for 20 minutes**
  - ❑ Helps avoid accidental battery depletion
  - ❑ CID screen will go blank and will not fire.
  - ❑ Re-arm by flipping safety switch down and then flipping back up.
  - ❑ This includes an X26 with TASER CAM installed
    - The TASER CAM will stop recording when the X26 goes into "SLEEP" mode (20 minutes)
    - It will start recording when the X26 is reactivated

- <span style="color:red">**X26 MUST BE STORED WITH DPM INSTALLED!**</span>

© 2018 Axon Enterprise, Inc.

# CEW Radio Interference

- Interference from other electronic transmission devices in close proximity to the TASER CEW could interfere with the proper operation of the TASER CEW

- Place the TASER CEW several inches away from other electronic devices

- The safety switch on a TASER CEW should be placed in the down (SAFE) position whenever it is immediately adjacent to other electronic equipment

© 2019 Axon Enterprises, Inc.

# Functionality Test



# Spark/Functionality Test

- A full 5-second Spark/Functionality test should be conducted once every 24 hours or prior to the start of your shift for individually issued X26

- Reasons for the Spark/Functionality test:
  - To check that the X26 is sparking at 19 pulses per second (pps)
  - To check the battery performance
  - There are components in the high voltage section of some older X26 CEWs that are more reliable when energized ("conditioned") on a regular basis.

- Be aware of potential stress memory concerns of deactivating CEW in field use too quickly

- Follow agency protocol and Spark/Functionality Tests safety guidelines

© 2019 Axon Enterprises, Inc.

# TASER Cartridge



# Cartridges

- TASER cartridges are used in the M26, X26, and X26P CEWs
  - Available in 15, 21, and 25 foot



- TASER cartridges are deployed by a CEW electrical discharge
  - Discharging CEW, static electricity, or other electrical source can cause inadvertent cartridge deployment.
    - Keep hands away from the front of cartridges
    - Do not inadvertently point cartridges at yourself or anyone else

© 2019 Axon Enterprises, Inc.

# Cartridge Safety

 

© 2019 Axon Enterprises, Inc.

# Cartridges









15 ft.
(4.6 meters)
Yellow blast doors
Live cartridge
Regular probe

21 ft.
(6.4 meters)
Silver blast doors
Live cartridge
Regular probe

XP 25 ft.
(7.6 meters)
Green blast doors
Live cartridge
XP probe

LS 21 ft.
(6.4 meters)
Blue cartridge/blue
blast doors
Short probe

© 2019 Axon Enterprises, Inc.

# TASER Cartridge



Primer

Nitrogen capsule

Probes

Puncture pin

AFIDs

© 2019 Axon Enterprises, Inc.



Electricity is conducted down the metal contacts and energizes ignition pin.

The electricity fires a small primer that forces the nitrogen capsule rearward into a hollow puncture pin that releases the compressed nitrogen into the probe chambers, which forces the probes out of the bores.

The blast doors, probes, probe wires, foam poron pads, ejectors and AFIDs are then propelled forward.

© 2019 Axon Enterprises, Inc.

# TASER Cartridge Probe Spread
# For 15, 21 & 25 Foot Cartridges

### Rule of thumb: ~1 foot (.3 m) spread for every 7 feet (2.1 m) of travel



| (m) | .6m | 1.5m | 2.1m | 3m | 4.6m | 6.4m | 7.6m |
|---|---|---|---|---|---|---|---|
| **Target Distance (ft)** | 2' | 5' | 7' | 10' | 15' | 21' | 25' |
| **Spread (in)** | 4" | 9" | 13" | 18" | 26" | 36" | 38" |
| (cm) | 10cm | 23cm | 33cm | 46cm | 66cm | 91cm | 97cm |

© 2019 Axon Enterprises, Inc.

# TASER Cartridge Probe Assembly



DART ASSEMBLY TRAINING.



DART ASSEMBLY REGULAR.



DART ASSEMBLY XP.

© 2019 Axon Enterprises, Inc.

# Probe Wires

- Copper Clad Steel with insulated coating
- Can break easily if stepped on or pulled
- Inadvertent contact with wires or the probe during discharge can result in electrical shock
- TASER operator should advise officers to avoid wires during restraint
- Avoid crossing wires when multiple TASER CEWs are deployed

© 2019 Axon Enterprises, Inc.

# AFIDs

 

- Each cartridge contains 20-30 Anti-Felon Identification Tags (AFIDs) with the cartridge serial number printed on them

© 2019 Axon Enterprises, Inc.

# TASER Cartridge Shipping Covers

- On cartridges for safe shipping
- Do not attempt to load a cartridge into a TASER CEW with the cover in place
- Covers should be removed from cartridges prior to being taken into the field



Pull out the sides of the cartridge shipping cover with index and middle fingers



Push up on cartridge with thumbs

© 2019 Axon Enterprises, Inc.

# Loading TASER Cartridges

- Ensure the safety switch is in the down (SAFE) position
- Point the CEW in a safe direction
- Insert the TASER cartridge into the deployment bay until it is seated
  - **Be cautious of inadvertent cartridge deployment**

 

© 2019 Axon Enterprises, Inc.

# TASER Cartridge Failure to Deploy



Always remember to stay on target until the safety switch is shifted to the down (SAFE) position if the cartridge does not immediately fire.  And ALWAYS keep the TASER CEW pointed toward the target or in a safe direction.

© 2019 Axon Enterprises, Inc.



# Exposure to water and Troubleshooting

# Exposure to Water



DO NOT attempt to use a CEW that has been <u>completely</u> submerged in water

- If a CEW gets completely submerged in water, ensure the safety switch is in the down (SAFE) position and remove the cartridge(s) and power source
- Follow the RMA process to submit the CEW to Axon Enterprise

© 2019 Axon Enterprises, Inc.

# Exposure to Water



Failure to perform the following steps may result in an unintentional discharge when the safety switch is placed in the up (ARMED) position

- TASER CEWs exposed to extreme moisture have discharged with the safety switch still in the down (SAFE) position due to the moisture short circuiting the electronic components

- Cartridges that are exposed to significant moisture must be disposed of in an ESD safe procedure*

© 2019 Axon Enterprises, Inc.

# Exposure to Water



The following procedure is for those CEWs exposed to a significant amount of moisture <u>but not completely submerged in water</u>.

1. Ensure the safety switch is in the down (SAFE) position and remove the cartridge(s) following the safe procedures outlined in the user manual and training material

2. Remove the power source

3. Wipe down all exposed surfaces including inside the cartridge bays

4. Allow the CEW to air dry for 24 hours before proceeding

   - Warm dry air is preferred – do not use a hair dryer or other external heat source (e.g. microwave oven, etc.)

© 2019 Axon Enterprises, Inc.

# **Exposure to Water**

5.  After 24 hours, ensure that all components are completely dry; replace the power source

    ▪ Wait one minute before proceeding to the next step.  Verify that the CEW is not getting warm or showing signs of short-circuiting

6.  Point the front of the CEW away from you, place the safety switch in the up (ARMED) position and observe the CEW

    ▪ If the CEW discharges without pulling the trigger, put the safety switch in the down (SAFE) position, remove the power source and return to TASER via the RMA process if it is still under warranty

    ▪ If the CEW does not discharge without pulling the trigger, conduct three complete sparks tests for a full 5-seconds each to ensure the proper pulse rate and that the cycle stops at 5 seconds

© 2019 Axon Enterprises, Inc.

# **Exposure to Water**

7. If the CEW does not operate normally, ensure the safety switch is in the down   (SAFE) position and remove the power source

   ▪ Return the CEW to TASER via the RMA process if it is still under warranty

8. If the CEW does function normally, ensure the safety switch is in the down (SAFE) position

   ▪ Download and sync the CEW to ensure the internal time is correct.

   ▪ Ensure that the three spark tests were recorded properly in the download records.  Return the CEW to service

© 2019 Axon Enterprises, Inc.

# X26 Troubleshooting



▪Never perform troubleshooting on a loaded device.

▪Always point the CEW in a safe direction and never place hands or other parts of the body in front of the CEW.

© 2019 Axon Enterprises, Inc.

# X26 CID Codes





- CID displays a "P" when you insert a new DPM into the X26.
  - ❑ The X26 is being reprogrammed with a more current version of firmware.  DO NOT disturb this process.
  - ❑ "P" = Programming



- CID Displays a "E" after you 'ARM' the X26 and it will not function.
  - ❑   An error has occurred during the programming of the X26
  - ❑   X26 must be returned via RMA for firmware reprogramming.
  - ❑   "E" = Error

© 2019 Axon Enterprises, Inc.

# X26 CID Codes

**SYMPTOM**



**X26 CID**

- CID displays an "EE".
  - Indicates a poor connection between the X26 and DPM.
  - Clean the contacts on the DPM as well as within the handle of the X26.
  - If above fails to remedy the problem, replace the DPM.

**SYMPTOM**



**X26 CID**

- CID Displays a "00" after you 'ARM' the device.
  - The X26 may be corrupted.
  - Attempt to clean the contacts first prior to inserting a new DPM.
  - The energy level of the DPM may be low or at 00%

© 2019 Axon Enterprises, Inc.

# X26 CID Codes

SYMPTOM



X26 CID

- CID displays an "E2".
  - A new error code introduced with DPM Version 24
  - Indicates the internal time has reset to the factory default.
  - Perform a data download and Sync the time.
  - Ensure that the device has a DPM/XDPM inserted at all times.

© 2019 Axon Enterprises, Inc.

# CEW Smart Use Considerations



# **Different Use of Force Standards May Apply**

- Remember, the 4th Amendment standard applies to uses of force by law enforcement officers against suspects until an arrest is completed

- Different federal standards apply to uses of force on pretrial detainees and convicted prisoners

- Additionally, the laws of your state may be more restrictive than federal standards

- It is important that you research and know all use of force standards applicable to you given your jurisdiction and position

© 2019 Axon Enterprises, Inc.

# Use of Force on Pretrial Detainees (detained but not convicted)

- Analyzed under the 14th Amendment Due Process Clause

- **Kingsley v. Hendrickson, 576 U.S. ___, 135 S.Ct. 2466 (2015):** the use of force must be objectively reasonable, while considering legitimate interest to manage detention facility and maintain order, discipline and institutional security

© 2019 Axon Enterprises, Inc.

# Use of Force on Pretrial Detainees (detained but not convicted)

- **Factors to consider:**
  - Relationship between the need for use of force and the amount of force used
  - Extent of plaintiff's injury
  - Effort made to temper or limit amount of force
  - Severity of the security problem at issue
  - Threat reasonably perceived by the officer
  - Whether plaintiff was actively resisting

© 2019 Axon Enterprises, Inc.

# Use of Force on Convicted Prisoners

▪ Analyzed under the 8th Amendment's prohibition against cruel and unusual punishment

▪ **Whitley v. Albers, 475 U.S. 312 (1986):**
A use of force is unlawful if it amounts to an unnecessary and wanton infliction of pain – "whether force was applied in a good faith effort to maintain or restore discipline, or maliciously and sadistically for the very purpose of causing harm."

© 2019 Axon Enterprises, Inc.

# Use of Force on Convicted Prisoners

- **Factors to consider:**
  - Relationship between the need for use of force and the amount of force used
  - Extent of plaintiff's injury
  - Extent of threat to safety of staff and inmates, as reasonably perceived by officials
  - Effort made to temper or limit amount of force

© 2019 Axon Enterprises, Inc.





# Tactical Considerations

# Holster Carry Pros & Cons

## Support Side

**+** **Lower risk of drawing wrong weapon under stress**

**+** **Hip cross draw provides faster engagement on target**

**+** **Easier ID as a CEW by other officers**

**−** **Weapon Retention issues depending on DT training**

## Dominant Side

**+** **Weapon Retention**

**−** **Higher Risk of weapon confusion**

**−** **Known incidents of shootings by mistaken weapon confusion**

Refer to your department's tactical experts to make your own policy on how to carry, holster, and deploy the TASER CEW



BEST OUTCOME:

De-Escalate

© 2019 Axon Enterprises, Inc.

# UK TASER Options

**Pre-cartridge Deployment**
1. Officer arrival – subject sees device in holster
2. Effective officer communication
3. Drawing CEW
4. Arcing
5. LASER painting

**Cartridge Deployment / Drive Stun**
6. Discharging CEW at subject
7. Angled drive stun (completes circuit)
8. Drive stun (pain compliance)

**IN THE UK, MORE THAN 80% OF INCIDENTS ARE RESOLVED WITHOUT PROBES DEPLOYED**



# Subject with a Knife De-escalation Video

## Video Learning Points

- Suicidal subject with a knife

- Officer maintained distance

- Officer showed empathy and built rapport

© 2018 Axon Enterprise, Inc.

# Subject with a Knife De-escalation Video



© 2018 Axon Enterprise, Inc.

# **Tactical Considerations**

▪ Have reasonable and appropriate force options available when practical

▪ Consider cover and distance tactics

▪ When practical:

  ❑ have at least one back-up officer present to control/cuff under power

  ❑ consider fall zone

© 2019 Axon Enterprises, Inc.

# Tactical Considerations

- **Keep** sufficient slack in the wires

- **Move** with the subject if they start to roll

- **Consider:** If only one probe hits or low probe spread, consider drive stun follow-up with cartridge still in place

© 2019 Axon Enterprises, Inc.

# **Probe Placement**

Effectiveness is directly related to probe spread and probe location

- Greater probe spreads increase effectiveness

- Probe spreads typically are more effective if one probe is above and the other probe is below the beltline

© 2019 Axon Enterprises, Inc.

# Preferred Target Zone: Rear (when practicable)

**Below neck (green zone)**

- ▪ Large muscles
- ▪ Avoid head and neck

*The back is the most preferred target area when reasonably practicable because it contains larger muscle groups and reduces the risk of hitting sensitive body areas*



© 2019 Axon Enterprises, Inc.

# Preferred Target Zone: Front (when practicable)

**Lower torso (green zone below chest)**

- More effective
  - Larger muscles
  - Split the beltline
- Reduces risk of hitting sensitive body areas (see product warnings)
- Increases dart-to-heart safety margin distances
- Do not intentionally target head, throat, chest or genitals



© 2019 Axon Enterprises, Inc.

# Probe Placement

- If practicable, deploy probes in preferred target zones of suspect's back:
  - Clothing fits tighter
  - Surprise factor
  - Stronger muscles – usually even more overwhelming
- Keep CEW in line with target
  - Vertical vs. Horizontal (subject lying down)
- Get both probes in preferred target zones
- Avoid intentionally targeting the CEW on sensitive areas of the body such as the head, throat, breast, chest or area of the heart, genitals, or known pre-existing injury areas without legal justification

© 2019 Axon Enterprises, Inc.

# TASER Conductive Targets

Conductive full-size targets available from TASER

- Preferred target zones
- Auditory feedback
- Allows targeting of lower body and legs
- Practice splitting the beltline
- Hip Check!




© 2019 Axon Enterprises, Inc.

# Increased Deployment Risk Examples

## Subject:

- On an elevated position or platform
- Running or under momentum
- Operating vehicle or machinery
- In flammable or explosive environment
- Obviously pregnant

- In water, mud, muck (drowning risk)
- Sensitive target areas
- Obviously frail or infirm
- Low body mass
- Probes in heart or chest area
- Extended, repeated, or continuous discharges

© 2019 Axon Enterprises, Inc.

# Injuries From Falls

**NMI frequently causes subject to fall**

- Falls are often uncontrolled and subjects are often unable to protect or catch themselves

- Falls, even from ground level, can cause serious injuries or death (especially on a hard surface)

© 2019 Axon Enterprises, Inc.

# Avoid Dangerous Falls

## Video Learning Points

- Subject is running

- Subject unable to catch himself when TASER is deployed

- Could have resulted in serious injury



© 2019 Axon Enterprises, Inc.

# Be Careful of Distractions

- There are incidents/cases where officers have been accused of using excessive CEW exposures caused by distractions (including by nearby family members, bystanders, incident witnesses), stress, etc.

- Be alert to and avoid potential or occurring distractions that may result in unnecessary additional 5-second CEW cycles or extended exposures

© 2019 Axon Enterprises, Inc.

# Small Probe Spread Video

## Video Learning Points

- Voluntary exposure with small probe spread on the back of the left leg

- Subject feeling the effects of the cycle, however still able to deliver effective baton strikes

© 2019 Axon Enterprises, Inc.

# Small Probe Spread Video



© 2019 Axon Enterprises, Inc.

# Close Quarters Video

## Video Learning Points

- Small civil courtroom

- Suspect, victim and witness very close

- Bailiff deploys X26 at very close range

  - Initially forgot to arm the X26

  - Avoids victim and witness

  - Suspect incapacitated and held until backup arrives

- Would baton or pepper spray have been a good option?

© 2019 Axon Enterprises, Inc.

# Close Quarters Video



© 2019 Axon Enterprises, Inc.

# **Some Causes of Limited Effectiveness**

- Miss or single dart hit
- Close probe spread
- Incomplete, broken, or intermittent circuit
- Loose or thick clothing
- Low nerve or muscle mass
- Obese subject
- Wires break, touch each other, or fall on a conductive surface
- Operator error

© 2019 Axon Enterprises, Inc.

# **Look for a Change in Behavior**

- Look AND listen when evaluating the effectiveness of a CEW deployment
    - Watch the subject's reaction
    - Look for a change in behavior

- Loud arcing sound typically indicates NO connection

- Intermittent arcing typically indicates a poor connection such as a clothing disconnect

© 2019 Axon Enterprises, Inc.

# Intermittent Connection

## Video Learning Points

- Voluntary exposure in conjunction with CEW training

- Volunteer is wearing a loose fitting shirt

- Spotters lower him immediately after the deployment, effectively closing the distance between the bottom probe and the volunteer's skin

© 2019 Axon Enterprises, Inc.

# Intermittent Connection



© 2019 Axon Enterprises, Inc.

# Ineffective Front Shot Video

## Video Learning Points

- Thick, loose clothing on upper torso
- OC deployment prior to CEW usage failed to achieve compliance
- No discernable effect from CEW
- Officers transitioned to hands-on

© 2019 Axon Enterprises, Inc.

# Ineffective Front Shot



© 2019 Axon Enterprises, Inc.

# Contingencies

- CEW may have limited or no effect
- No weapon system will operate or be effective all of the time
- A CEW or cartridge may not fire or be effective
- Reload new cartridge and re-engage if legally justified (X26/P)
- Employ other force options, other alternatives, or disengage

© 2019 Axon Enterprises, Inc.

# Flammability

- TASER CEW can ignite explosive materials, liquids, fumes, gases, vapors, or other flammable substances
  (Gasoline, sewer gases, meth labs, flammable personal defense sprays, hair gels, butane lighters, etc.)

- Some propulsion agents (carriers) are flammable

- Do not deploy a CEW in conjunction with flammable personal defense sprays

**CAUTION** Test to ensure your personal defense spray is not flammable

© 2019 Axon Enterprises, Inc.

# Water Deployment Video

## Video Learning Points

- Emotionally disturbed subject standing next to an in-ground swimming pool

- Firearm lying at his feet on pool deck

- Above and below the beltline shot placement

- Officers entered same body of water as the subject during the cycle

© 2019 Axon Enterprises, Inc.

# Water Deployment Video



© 2019 Axon Enterprises, Inc.

# Single Officer Deployment

## Video Learning Points

- No immediately available handcuff/control officers

- Apparent effective CEW front shot

- What to do with the CEW immediately after the deployment?
  - Re-holster?  Does your CEW holster maintain wire integrity?
  - Lay the CEW on the ground?
  - Await back-up if available?

© 2019 Axon Enterprises, Inc.

# Single Officer Deployment



© 2019 Axon Enterprises, Inc.

# **Controlling/Cuffing Under Power**

You can go hands on with the subject during the 5-second cycle without feeling the effects of NMI.

- Electricity generally follows the path of least resistance
- Use each 5-second cycle as a "window of opportunity" to control/cuff while the subject is affected
- Cuffing under power can reduce the need for repeated or extended CEW exposures

© 2019 Axon Enterprises, Inc.

# Control and Cuffing under power Video

## Video Learning Points

- Subject with a knife

- Several Use of Force option back-up/cover officers

- TASER CEW deployed to subjects back area

- Controlled and cuffed under power

© 2019 Axon Enterprises, Inc.

# Control and Cuffing under power Video



© 2019 Axon Enterprises, Inc.

# Inmate Under Power Video

## Video Learning Points

- Consideration given to splitting the belt line

- Handcuff/Control officers readily available

- Good verbal communication

© 2019 Axon Enterprises, Inc.

# Inmate Under Power Video



© 2019 Axon Enterprises, Inc.

# **Suicidal Subjects**

- Follow your agency's policy and basic officer safety rules/training when dealing with suicidal subjects
- CEWs may be an effective way to deal with suicidal subjects
- Establish deadly-force cover as needed and available

© 2019 Axon Enterprises, Inc.

# Suicidal Subjects

**The following video shows:**

- A subject with a knife

- Several officers on scene

- Subject states
  "Do society a favor… shoot me."



© 2019 Axon Enterprises, Inc.

# Suicidal Subjects

## Discussion Points

- Several Use of Force options back-up/cover officers

- Clear commands in attempt to de-escalate

- EMS on location

© 2019 Axon Enterprises, Inc.



# Drive Stun

# Drive Stun Considerations

- **Avoid using CEW drive stuns *except*:**
    - **3 or 4-point contact** to complete circuit or increase probe spread
    - **"break-contact"** or distraction tactic create reactionary distance
    - **brief application** to attempt pain compliance

- Do not repeat drive stuns if compliance not achieved

- Do not use drive stuns if pain is unlikely to gain compliance due to mind-body disconnect (psychotic episode) or increased pain tolerance (drugs/alcohol)

© 2019 Axon Enterprises, Inc.

# Probe Deployment vs Drive Stun

Probe deployments are more desirable/effective than drive stuns (other than 3-point deployments)

- NMI vs. pain compliance
- Can be applied from a safer distance
- Usually require fewer cycles

© 2019 Axon Enterprises, Inc.

# Drive Stun

- Use care when applying the drive stun near the neck or groin (yellow)

- Avoid areas that can be easily crushed like the trachea (red), the back of the neck, and the genitals

- Follow agency policy



© 2019 Axon Enterprises, Inc.

# Drive Stun

- To use the drive stun without deploying the probes, remove the live cartridge

- If not effective, transition to alternative force option

- Do not hold on to a live cartridge while applying a drive stun. If cartridge gets within approximately 2 inches of the CEW, it may deploy

© 2019 Axon Enterprises, Inc.

# Animals



# Effects on Animals

If CEW's are used on animals, consider having animal control stand by to apply a restraint during the cycle

© 2019 Axon Enterprises, Inc.

# Animal Use Video



© 2019 Axon Enterprises, Inc.

# Police/Military K-9 Caution

- If K-9 bites probe or between probes during CEW deployment, the dog may receive a shock

- An electrical shock to a K-9 may result in a hesitant, hesitating, or bite adverse K-9

- Develop procedures and train K-9 handlers and CEW operators on this issue

© 2019 Axon Enterprises, Inc.

# Post Incident



# Post Incident

- Record incident from officer's point of view

- Fully document
    - Subject's threats, behaviors, and actions
    - Each application of force
    - Each CEW trigger pull or 5-second discharge
    - Each injury or alleged injury

© 2019 Axon Enterprises, Inc.

# Post Incident

- Consider using your radio to establish record of significant events with dispatch time logs (call in):
    - Immediately at end of CEW use
    - Immediately upon subject being handcuffed
- Monitor subject's medical condition and report any changes
- As with any use of force, if subject is unresponsive, initiate EMS/CPR protocols

© 2019 Axon Enterprises, Inc.

# **Probe Removal Policy Considerations**

- May officers remove probes?
    - Common probe penetration
    - Sensitive location probe penetration
    - Uncommon probe penetration

- Proper handling of removed probes
    - Bio-hazard
    - Evidentiary value

© 2019 Axon Enterprises, Inc.

# **Probe Removal Follow-up**

- Note if probes penetrated skin

- Photographs of impact site and injuries

- Medical follow-up

- Ensure probe and barb are intact

© 2019 Axon Enterprises, Inc.

# Considerations for Handling Used Probes (Field Deployments)



**Factors to be considered include:**

- Unanticipated probe-related injury

- Probe in sensitive area

- Deeper embedment of probe due to movement, body position, or pressure on probe

- Evidence collection, proper storage, and retention*

© 2019 Axon Enterprises, Inc.

# Considerations for Handling Used Probes (Field Deployments & Training)



- Treat probes that have penetrated the body as contaminated needles (use gloves)

- Grab probe firmly and quickly pull (pluck) straight out (consistent with agency policy)

- Carefully place used probes sharp-tip first into either a sharps container or into the cartridge side wire pocket container, secure in place, and <u>place in a secure location where no one will accidentally touch probes</u>

© 2019 Axon Enterprises, Inc.

# Evidence Collection

**Consider (consistent with legal requirements and agency policy):**

- Photographing injuries, probe impact or energy arcing sites or contact points

- Collecting cartridge, probes, AFIDs

- TASER CEW Evidence Collection and Analysis Course

© 2019 Axon Enterprises, Inc.

# X26 Evidence Sync

# Axon Evidence (Evidence.com)

# Axon Evidence (Evidence.com) & Evidence Sync

- The following slides will offer a very brief overview of Axon Evidence (Evidence.com) and Evidence Sync.

- For a full tutorial on Axon Evidence (Evidence.com) and Evidence Sync, visit: https://www.axon.com/training/resources

© 2019 Axon Enterprises, Inc.

# Axon Evidence

A program offered by Axon Enterprise that makes it easy for agencies of any size to manage CEW related material, collect, transfer, manage, retrieve and share any form of digital evidence

- ❑ Cloud storage solution
- ❑ For CEW firing records including TASER cam footage.
- ❑ Allows for CEW device assignment

© 2019 Axon Enterprises, Inc.

# What is Evidence Sync?

- Evidence Sync is a software offered by Axon that allows agencies to:

  - ❑ Access TASER CEW firing data for the X26, X26P and X2
  - ❑ Update firmware on smart CEWs
  - ❑ Automatically time sync CEWs
  - ❑ Assign TASER CEWs in conjunction with your agency's Axon Evidence account

© 2019 Axon Enterprises, Inc.

# Quarterly Downloads

▪ TASER Training recommends that these downloads be conducted on a quarterly basis, at a minimum

▪ This recommendation is based on the following overall goals:

- ❑ Verify that the CEW has the most recent firmware installed.

- ❑ Check the overall condition and functionality of the CEW; including spark rate and battery life.

- ❑ Validate that recommended pre-shift or daily functionality tests are being conducted via the CEW firing records

- ❑ Retention of CEW firing records

© 2019 Axon Enterprises, Inc.

# Offline Mode



<u>Offline Mode:</u>  Does not require an Axon Evidence account or an internet connection.  The Offline Mode will allow users to download firing data and videos to their local storage location.  Users cannot access CEW Pulse graphs in Offline Mode or upload evidence to an Evidence.com account.

© 2019 Axon Enterprises, Inc.

# Online Mode



Online Mode: Requires an internet connection and allows an agency to upload Evidence to their Axon Evidence account.

© 2019 Axon Enterprises, Inc.

# **Firing log**

The firing log on the X26 records the time, date, duration, temperature and battery life for up to 2000 firings.



**AXON**

| **TASER Information** | | **Report Generated by** | |
|---|---|---|---|
| Dept. | TASER Training Pro | Name | Partipilo, Michael |
| Serial | X00695152 | Badge ID | 00008 |
| Model | TASER X26 | Local Timezone | Central Standard Time (UTC -06:00) |
| Firmware Version | 24 | Generated On | 27 Dec 2018 11:49:54 |
| Device Name | X00-695152 | | |
| Health | Active | | |

Device (x26)

| Seq # | Local Time<br>[dd:mm::yyyy Hr:min:Sec] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 1 | 23 Mar 2000 17:48:53 | Fire | 5 | 27 | 36 |
| 2 | 23 Mar 2000 17:49:19 | Fire | 5 | 28 | 36 |
| 3 | 23 Mar 2000 17:49:25 | Fire | 5 | 28 | 35 |

© 2019 Axon Enterprises, Inc.

# Axon Evidence X26 Firing Log



© 2019 Axon Enterprises, Inc.

Basic Drills

Live Fire Drills

Practical Exercises

Conclusion and Written Examinations

Axon, X2, X26, X26P, M26, TASER, TASER 7, Smart Cartridge, SPPM, and the "Bolt within Circle Logo" are trademarks of Axon Enterprise, Inc., some of which are registered in the US and other countries. For more information, visit www.axon.com/legal. All rights reserved. © 2019 Axon Enterprise, Inc.

PowerPoint is a trademark of Microsoft Corporation.