**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY,<br><br>                                              Plaintiffs,<br><br>             -against-<br><br>THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN,<br><br>                                              Defendants. | **19-cv-6780 (EAW)(MWP)** |

**EXHIBIT 32 FOR PLAINTIFFS' OPPOSITION TO THE CITY'S MOTION FOR SUMMARY JUDGMENT**

COPS training video, "Police Dog Encounters – Tactical Considerations", to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/grujvn84x3ab83ee45td7/Police-Dog-Encounters-Tactical-Considerations.mp4?rlkey=au4xihr2ddblsiyyihggllmgk&dl=0