**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY,<br><br><br><br>Plaintiffs,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN,<br><br>Defendants. | **19-cv-6780 (EAW)(MWP)** |

**EXHIBIT 35 FOR PLAINTIFFS' OPPOSITION TO THE CITY'S MOTION FOR SUMMARY JUDGMENT**

COPS training video, "Police Dog Encounters – An Overview, Assessing the Situation", to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/vi3p8x2e6declmahgdj1c/Police-Dog-Encounters-An-Overview_-Assessing-the-Situation.mp4?rlkey=4o6l1dmqq86jw1ltlrz7gv0sr&dl=0