```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -
MARIANNE ANNISZKIEWICZ,

        Plaintiff,

                             Index No. 20-cv-6629
                                   (FPG)(MWP)
v.

THE CITY OF ROCHESTER, a municipal entity,
POLICE OFFICER BRIAN CALA,
SERGEANT JENNIFER TRENTON,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - -


Video-recorded Deposition Upon Oral Examination of:

                 Sergeant Jennifer Trenton


Location:       Powers Building
                16 West Main Street, 8th Floor
                Rochester, New York 14614



Date:           November 7, 2022


Time:           10:00 a.m.




Reported By:    MICHELLE MUNDT ROCHA

                Alliance Court Reporting, Inc.

                109 South Union Street, Suite 400

                Rochester, New York 14607
```



```
 1                    A P P E A R A N C E S
 2     Appearing on Behalf of Plaintiff:
 3     Elliot D. Shields, Esq.
 4         Roth & Roth LLP
 5         192 Lexington Avenue, Suite 802
 6         New York, New York  10016
 7         eshields@rothandrothlaw.com
 8
 9     Appearing on Behalf of Defendants:
10     Peachie L. Jones, Esq.
11         City of Rochester Law Department
12         City Hall, Room 400A
13         30 Church Street
14         Rochester, New York  14614-1224
15         peachie.jones@cityofrochester.gov
16
17     Appearing as the Videographer:
18     Benjamin Parrow
19         Studio80 ROC
20         277 North Goodman Street
21         Rochester, New York 14607
22
23                         *      *      *
24
25
```



ALLIANCE COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

```
 1                S T I P U L A T I O N S
 2   MONDAY, NOVEMBER 7, 2022;
 3             (Proceedings in the above-titled matter
 4             commencing at 10:10 a.m.)
 5                     *     *     *
 6             IT IS HEREBY STIPULATED by and between the
 7   attorneys for the respective parties that this
 8   deposition may be taken by the Plaintiff at this time
 9   pursuant to notice;
10             IT IS FURTHER STIPULATED, that all
11   objections except as to the form of the questions and
12   responsiveness of the answers, be reserved until the
13   time of the trial;
14             IT IS FURTHER STIPULATED, that pursuant to
15   Federal Rules of Civil Procedure 30(e)(1) the witness
16   requests to review the transcript and make any
17   corrections to same before any Notary Public;
18             IT IS FURTHER STIPULATED, that if the
19   original deposition has not been duly signed by the
20   witness and returned to the attorney taking the
21   deposition by the time of trial or any hearing in this
22   cause, a certified transcript of the deposition may be
23   used as though it were the original;
24             IT IS FURTHER STIPULATED, that the
25   attorneys for the parties are individually responsible
```



```
          1            SERGEANT JENNIFER TRENTON - BY MR. SHIELDS
01:01     2      out.
01:01     3                Do you have any recollection if that might
01:01     4      have been a video or something else?
01:01     5            A.   I would only guess that it was a video.
01:01     6            Q.   And then 0092 says "Signals of increasing
01:01     7      discomfort/stress/tension:  Warning Signs"; is that
01:01     8      right?
01:01     9            A.   Yes, it is.
01:01    10            Q.   And then the next one is "Aggression:
01:01    11      Stop what you're doing."  And that's 00093; right?
01:01    12            A.   Yes, it is.
01:01    13            Q.   And then if we continue for the next few
01:02    14      pages up to 00097, we continue with basically pictures
01:02    15      and descriptions of aggression?
01:02    16            A.   Yes.
01:02    17            Q.   And then 00098 says "Things can change
01:02    18      very quickly.  Dogs can give conflicting signals"; is
01:02    19      that right?
01:02    20            A.   Yes, it is.
01:02    21            Q.   But it's a blacked-out page that maybe was
01:02    22      a video?
01:02    23            A.   That would be my guess, yes.
01:02    24            Q.   And then the next page, 00099, says
01:02    25      "Appeasement"; right?
```



```
         1         SERGEANT JENNIFER TRENTON - BY MR. SHIELDS
01:02    2              A.   Yes.
01:02    3              Q.   And then we'll go on for the next few
01:02    4    pages.  And generally up through 00108, does it
01:03    5    continue to show pictures and describe the way that
01:03    6    dogs might be feeling, whether stressed or anxious or
01:03    7    angry?
01:03    8              A.   Yes.
01:03    9              Q.   And then there's a video that we're not
01:03   10    going to watch on 00109; is that correct?
01:03   11              A.   Yes, there's a video there.
01:03   12              Q.   Do you remember what that video showed?
01:03   13              A.   I do not.
01:03   14              Q.   And then it says "Best practice for
01:03   15    approaching dogs on the job" on page 110; correct?
01:03   16              A.   Correct.
01:03   17              Q.   It lists numerous things to look for at a
01:03   18    property in pictures; right?
01:03   19              A.   Yes.
01:03   20              Q.   And it lists "The Encounter:  Announce
01:03   21    your arrival."  It says "Jiggle the fence, whistle,
01:03   22    shake keys, inquire about dogs before entering, ask
01:04   23    for dog to be secured"; is that right?
01:04   24              A.   That's correct.
01:04   25              Q.   And that's all that says on that page;
```



128

```
        1         SERGEANT JENNIFER TRENTON - BY MR. SHIELDS
01:04   2    right?
01:04   3         A.   Yes, it does.
01:04   4         Q.   "Talk to the dog."  I'm on the next page.
01:04   5    (As read):  Communicate safely -- safety and
01:04   6    appeasement.  If the dog approaches and is
01:04   7    non-threatening, allow him to investigate you.
01:04   8    Continue to speak to her.  Do not attempt to pet the
01:04   9    dog.
01:04  10              Right?
01:04  11         A.   That's what it says, yes.
01:04  12         Q.   And that was page 113.
01:04  13              So we're just going to skip forward, okay,
01:04  14    to 115.  Dog bite prevention tools -- or it just says
01:04  15    "Bite prevention tools"; right?
01:04  16         A.   Yes.
01:04  17         Q.   So "Physical repellents:  Bite stick,
01:04  18    Baton/ASP; Umbrellas; Improvised:  Flashlight, stick,
01:04  19    rolled-up magazine, clipboard, rode flare."
01:04  20              Do you remember from the training any
01:05  21    situations where those bite prevention tools -- you
01:05  22    were taught to maybe use those?
01:05  23         A.   I'm sure that they went through scenarios
01:05  24    during this specific slide with that.
01:05  25         Q.   But you don't recall any of those
```



|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
|       |  1 | SERGEANT JENNIFER TRENTON - BY MR. SHIELDS                             |
| 01:05 |  2 | scenarios at this point?                                               |
| 01:05 |  3 |         A.  I don't recall the specific scenarios, no.                 |
| 01:05 |  4 |         Q.  Okay.  And on the next page, which is 116,                 |
| 01:05 |  5 | it says "Bite prevention tools."  And it lists                         |
| 01:05 |  6 | "Chemical repellents:  OC spray, citronella spray                      |
| 01:05 |  7 | (direct stop); Electric repellents:  Ultrasonic, stun                  |
| 01:05 |  8 | guns, Tasers; Improvised:  CO2 fire extinguisher."                     |
| 01:05 |  9 |         Is that right?                                                 |
| 01:05 | 10 |         A.  That's correct.                                            |
| 01:05 | 11 |         Q.  And do you remember any specific trainings                 |
| 01:05 | 12 | about using any of those things?                                       |
| 01:05 | 13 |         MS. JONES:  Objection.                                         |
| 01:06 | 14 |         A.  So the only specific thing that I would                    |
| 01:06 | 15 | recall from this would -- and I guess I shouldn't say                  |
| 01:06 | 16 | that -- I don't recall the specific scenarios.                         |
| 01:06 | 17 | However, for these and the other tools, you still need                 |
| 01:06 | 18 | to make sure you have a backup plan in place for if                    |
| 01:06 | 19 | these fail.                                                            |
| 01:06 | 20 |         Q.  Okay.  So is that what you remember                        |
| 01:06 | 21 | specifically from the training?                                        |
| 01:06 | 22 |         A.  I would say from this specific thing,                      |
| 01:06 | 23 | that's what I recall from the training from this.  If                  |
| 01:06 | 24 | we're talking about this specific slide.                               |
| 01:06 | 25 |         Q.  Specifically about using these various                     |

