UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

----------------------------------------------X

CHERYL COX,

       Plaintiff,

-against- Index No.:Case No. 22-cv-6207

CITY OF ROCHESTER,

       Defendant.

----------------------------------------------X

                September 26, 2023

                9:00 A.M.

                LEXITAS LEGAL VIEW

EXAMINATION BEFORE TRIAL of POLICE OFFICER CONNOR BROCK, a Non Party Witness in the above-entitled action, held at the above time and place pursuant to Subpoena,taken before Peter Toth, a reporter and Notary Public within and for the State of New York.

(2)                    A P P E A R A N C E S

(3)    ROTH & ROTH, LLP

                  Attorneys for Plaintiff

(4)               192 Lexington Avenue, Suite 802

       New York, New York 10016

(5)    BY:  ELLIOT D. SHIELDS, ESQ.

(6)    CITY OF RACHESTER LAW DEPARTMENT

                  Attorneys for Defendants

(7)    CITY OF ROCHESTER

       City Hall Room 400A

(8)    Rochester, New York 14614

       BY:  PEACHIE L. JONES, ESQ.

(9)

(10)

(11)

(12)

(13)

(14)

(15)

(16)

(17)

(18)

(19)

(20)

(21)

(22)

(23)

(24)

(25)

(2)      F E D E R A L   S T I P U L A T I O N S

(3)           IT IS HEREBY STIPULATED AND AGREED

(4)      by and between the attorneys for the

(5)      respective parties herein, that the

(6)      sealing, filing and certification of the

(7)      within deposition be waived; that such

(8)      deposition may be signed and sworn to

(9)      before any officer authorized to administer

(10)     and oath, with the same force and effect as

(11)     if signed and sworn to before the officer

(12)     before whom said deposition is taken.

(13)           IT IS FURTHER STIPULATED AND AGREED

(14)     that all objections, except as to form, are

(15)     reserved to the time of trial.

(16)

(17)

(18)

(19)

(20)

(21)

(22)

(23)

(24)

(25)

```
(1)                    C. BROCK                        4

(2)  C O N N O R   B R O C K, the witness herein,

(3)          having been duly sworn by a Notary

(4)          Public of the State of New York, was

(5)          examined and testified as follows.

(6)  EXAMINATION BY

(7)  MR. SHIELDS :

(8)       Q     State your name for the record,

(9)  please.

(10)      A     Connor Brock.

(11)      Q     State your address for the record,

(12) please.

(13)      A     185 Exchange Boulevard,Rochester,

(14) New York 14614.

(15)            COURT REPORTER:

(16)            It is hereby stipulated and agreed

(17)      by and between counsel for all parties

(18)      present that this deposition is to be

(19)      conducted by video conference, that the

(20)      court reporter, all counsel, and the

(21)      witness are all in separate remote

(22)      locations and participating via

(23)      Videoconference (LegalView/Zoom) meeting

(24)      under the control of LEXITAS LEGAL VIEW

(25)      Court Reporting Service, that the officer
```

```
(1)                    C. BROCK                 9

(2)        A     I have not.

(3)        Q     Okay.  When you were hired with the

(4)  RPD in 2019 did you go to the academy?

(5)        A     Yes.

(6)        Q     And do you remember the start date

(7)  and the end date for the academy?

(8)        A     We started September 23, 2019.  I

(9)  don't recall the exact end date.

(10)       Q     Okay.  It was about six months

(11) long; is that right?

(12)       A     Yes.

(13)       Q     And what training did you receive

(14) at the academy about interactions with dogs

(15) during law enforcement activities?

(16)       A     Well, they do bring in someone who

(17) specializes in that area, and they go over

(18) everything from animal neglect to dealing with

(19) dogs on the scene as well as other animals.

(20)       Q     Okay.  So it was like a general

(21) training about anything that you might

(22) encounter dealing with animals?

(23)       A     Animals and, yes, they go into

(24) detail about dogs more so due to the high

(25) volume with encounters that people have with
```

```
(1)                    C. BROCK                    10
(2)  them.
(3)       Q     And when you say high volume of
(4)  encounters that people have with them, do you
(5)  mean during law enforcement activities that
(6)  officers often have interaction with dogs?
(7)       A     Both officers and just civilians.
(8)       Q     Okay.  And what do you remember
(9)  about that portion of the training from the
(10) academy?
(11)      A     They go over dog abuse as well as
(12) different signs that dogs give out as far as
(13) their temperament.
(14)      Q     Okay.  Was there any portion of
(15) that training about how to safely interact
(16) with dogs?
(17)      A     Yes.
(18)      Q     Tell me about that, what do you
(19) remember about how to safely interact with
(20) dogs from the training at the academy?
(21)      A     A lot of it is taking into account
(22) the entire circumstance.  They go over slides
(23) that deal with the body language of dogs.
(24) They go over certain features which can be
(25) associated with different emotions or
```

```
(1)                     C. BROCK                    11

(2)    aggressiveness of dogs such as raised fur,

(3)    their tail whether its up, wagging or tucked

(4)    between its legs, obviously barking, growling;

(5)    different things like that.

(6)         Q    Okay.  Do you remember anything

(7)    about different options, different less lethal

(8)    options for dealing with dogs that were taught

(9)    at that training at the academy?

(10)        A    I don't recall specifically.

(11)        Q    Okay.  But you remember the slides

(12)   about the aggressiveness and stuff?

(13)        A    Yes.

(14)        Q    Would it be fair to say that, that

(15)   was what was emphasized more in the training?

(16)        MS. JONES:  Objection.

(17)        You can answer.

(18)        A    I wouldn't say that, that was the

(19)   part that was emphasized more or less.

(20)        Q    Okay. I was just asking that

(21)   question since that's the portion of the

(22)   training that you said you remembered but you

(23)   didn't remember portions of the training that

(24)   dealt with potential less lethal options.

(25)             Do you remember that there were in
```

```
(1)                    C. BROCK                      12

(2)   fact less lethal options that were presented

(3)   and taught about during that training, or no?

(4)        A    I know about less lethal options

(5)   when dealing with dogs.  I don't recall

(6)   specifically if it was that training that

(7)   taught it.

(8)        Q    Okay.  Can you tell me about some

(9)   less lethal options -- withdrawn.

(10)           Do you know where you were taught

(11)  about using less lethal options when dealing

(12)  with dogs?

(13)       A    I don't recall, somewhere in my

(14)  training and career.

(15)       Q    Okay.  After you graduated from the

(16)  academy, has the RPD provided additional

(17)  draining about dealing with dogs that you

(18)  might encounter during law enforcement

(19)  activities?

(20)       A    I have not attended any dog related

(21)  training since leaving the academy.

(22)       Q    Okay.  And when you were at the

(23)  academy in 2019 did they teach you about any

(24)  incidents that happened where RPD officers

(25)  shot dogs previously?
```

```
(1)                    C. BROCK                      32

(2)        A      Yes, she opens the door.

(3)        Q      Can you just tell us anything else

(4)  that you remember from that point right before

(5)  she opened the door to immediately when she

(6)  opened the door that maybe we can't see in the

(7)  video?

(8)        A      So I was not actually looking her

(9)  way when she opened the door.  I was looking

(10) behind me to check to see where Dakota and

(11) Paszko had gone to, to see if they were

(12) leaving, and then I heard the screen door or

(13) the door open.

(14)           MR. SHIELDS:  Okay.

(15)       Q      So you were not aware that Ms. Cox

(16) was opening the door, is that what you are

(17) saying?

(18)       A      Oh, I did not see her like move her

(19) hand there, no, not until I heard the click of

(20) the door.

(21)       Q      Did you hear her say that Taz just

(22) wanted to play?

(23)       A      Yes.

(24)       Q      Okay.  And did you see Taz as he

(25) went down the driveway?
```

(1)                    C. BROCK                    33

(2)        **A      Yes, briefly.**

(3)        Q      Okay.  And when Taz got out and

(4)   started going down the driveway were you still

(5)   looking over towards where Paszko and

(6)   Vanbrederode were?

(7)        **A      I looked back as the dog exited the**

(8)   **door and watched it run by me.**

(9)        Q      Okay.  So she opened the door and

(10)  then the dog went by you down the driveway?

(11)       **A      Yes.**

(12)       Q      And when the dog went down you --

(13)  or when the dog went by you and down the

(14)  driveway he wasn't barking, correct?

(15)       **A      No.**

(16)       Q      And he wasn't growling, correct?

(17)       **MS. JONES:  Objection.**

(18)       **A      Not that I heard, no.**

(19)       Q      Did you notice that he was wagging

(20)  his tail?

(21)       **A      I did not.**

(22)       Q      Did you notice that his -- what

(23)  else did you notice about the dog's demeanor,

(24)  if anything?

(25)       **A      It happened very quickly I just**

```
(1)                    C. BROCK                    34

(2)   noticed that the dog was running very fast.

(3)        Q     Okay.  And do you know about how

(4)   far the distance was between the side door and

(5)   front porch?

(6)        A     Maybe fifteen to twenty-one feet.

(7)        Q     Is there -- and how do you come to

(8)   that estimate fifteen to twenty-one feet?

(9)        A     Based off of judging it.

(10)       Q     So just your experience as a police

(11)  officer making estimates of distance?

(12)       A     Yes, and general life.

(13)       Q     And after Taz got out the door, did

(14)  you do anything to alert Paszko and

(15)  Vanbrederode to the fact that the dog was out?

(16)       A     No, I believe the only thing I said

(17)  was shit.  And that's --

(18)            MR. SHIELDS:  Okay.  So -- I'm

(19)       sorry were you done there?

(20)            THE WITNESS:  Yes, pretty much.

(21)       Q     So on the video you hear someone

(22)  say shit and that was you; is that what you

(23)  are saying?

(24)       A     Yes.

(25)       Q     And do you know why you said shit,
```