UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY,

Plaintiffs,

-against-

THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN,

Defendants.

19-cv-6780 (EAW)(MWP)

**EXHIBIT 49 FOR PLAINTIFFS' OPPOSITION TO THE CITY'S MOTION FOR SUMMARY JUDGMENT**

Officer Pickney's Body-Worn Camera (BWC) recording, to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/deyu9crhfnupbvzxyghf6/Ex-49-Pickney-BWC4.MP4?rlkey=pj450inll8jpphlyj8nlcxkzt&dl=0