UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES DEMPSEY, individually, and L.D. by her father and natural guardian, CHARLES DEMPSEY,<br><br>Plaintiffs,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN,<br><br>Defendants. | 19-cv-6780 (EAW)(MWP) |

**EXHIBIT 51 FOR PLAINTIFFS' OPPOSITION TO THE CITY'S MOTION FOR SUMMARY JUDGMENT**

Officer Celentano Body-Worn Camera (BWC) recording, to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/u7xgrg5ze7amziy84lm5x/Ex-51-Celentano-BWC.mp4?rlkey=5nv8yppoorkazbnjzyp5488o8&dl=0