# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 3

CR# 2020-00032660

## DETAIL

| Field | Value |
|---|---|
| Incident Type | IR- Non-Criminal Incident |
| Report Date | 02/14/2020 |
| Report Time | 14:32 |
| Date From | 02/14/2020 |
| Time From | 14:32 |
| Date To | 02/14/2020 |
| Time To | 14:32 |
| Incident Address | 1100 Norton ST Rear |
| Beat | 227 |
| Campus Code | |
| Violent Crime Context | |
| BWC | Yes |

## OFFENSES

(blank)

## VICTIM

(blank)

## PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Broutman, Hope | 03/05/1994 | F | W | N | 691 St. Paul ST Rochester, NY 14621 | (585)753-6960 |
| PK | Preston, Victoria | 09/19/1992 | F | W | N | 1100 Norton ST Rear Rochester, NY | |

## SUSPECT / MISSING PER

(blank)

## INVESTIGATION

Modus Operandi

- 01. Witness to the offense?
- 02. Surveillance footage of event?
- 03. Can a suspect be named?
- 04. Can a suspect be located?
- 05. Can a suspect be described?
- 06. Can a suspect be identified?
- 07. Can a suspect vehicle be identified?
- 08. Is stolen property traceable?
- 09. Is there significant Modus Operandi present?
- 10. Is there significant physical evidence present?
- 11. Has evidence tech work been performed?
- 12. Preliminary investigation NOT completed?

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Clinton | Clinton 2nd |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| OSIPOVITCH ROBERT | 1977 | 02/15/2020 | |

Incident Report Page 1 OF 3

Preston 0006

## ADDT'L OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon | |
|---|---|---|---|
| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) | | | | |
|---|---|---|---|---|---|
| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
| Telephone | Level of Injury | Type of Injury | Medical Treatment |

## PERSONS

R = Reporting Person  W = Witness  PK = Person w/Knowledge  NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|
| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | BWC Video | | |

Item Type and Description: Video Recorded by IBM: 2779  
Color:

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | Ammunition | $0 | |

Item Type and Description: 6 spent .45 casings ( Winchester .45 auto)  
Color:

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 6 | Item(s) | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| Seized Evidence | $0 | Glock, Inc. AU | 21 | Black |

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|
| 45 | 14 | Pistol | Semi-Automatic | UBS677 |

Description: RPD issues Duty weapon  
Recovery Date:

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
| State | Plate Number | VIN # | | Recovery Date | |
| Additional Description | | | | | |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| OSIPOVITCH  ROBERT | 1977 | 02/15/2020 | |

Preston 0007

**NARRATIVE**

Ofc. Mitchell Leach (IBM #2779) and A. Ortiz ( IBM #2783), currently assigned to Clinton Section 2nd Platoon, responded to the above location to assist Child Protective Services with an order for a child removal from the home. Both officers were in full uniform and in marked police vehicles. Upon arrival, officers along with two CPS employees entered the rear apartment and began conversations with (PK1) Preston. Initially, Preston secured her adult Pitbull inside of a bathroom (located off of the kitchen) by closing the bathroom door. During the time officers and CPS were speaking with Preston inside of the apartment, the Pitbull was able to free itself from the bathroom and immediately charged at the two CPS workers. CPS was able to run outside of the apartment and into the driveway before the dog reached them. ( see W1- Hope Broutman's deposition for details). The aggressive dog then turned toward officer Leach who was still standing in the kitchen. The dog barked and immediately charged at officer Leach attempting to bite his leg. Officer Leach tried to kick the dog in an attempt to divert it and scare it away, but was unsuccessful. The dog continued to attack Officer Leach and began biting his right ankle and boot. Due to the nature and small size of the apartment, officer Leach was unable to move to any position that would prevent the dog from having access and attacking him or other occupants of the home. Fearing for his immediate safety, officer Leach drew his department issued duty weapon (Glock Model 21 .45 Caliber SN #UBS677, fully loaded with Winchester Auto+P .45 cal . ammunition) and fired (6) rounds in downward trajectory toward the animal. The fired rounds struck the dog in the midsection, upper back and neck. The strikes were effective and caused the dog to stop attacking officer Leach. The dog expired inside of the kitchen. Officer Leach's backstop was the kitchen floor of the apartment. It appears that nothing was struck other than the ground and dog during this incident.

(PK) Victoria Preston is the dog owner and was informed that the dog would be taken by Animal Control Services.

Technician 230 Sands responded to the scene and photographed the scene/collected the spent casings.

AC4- Huertas responded and collected the deceased animal.

PSS Lt. Swetman and 410 Lt. Radens were notified by Sgt. Osipovitch.
There was no shot spotter activation related to this incident.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| OSIPOVITCH | ROBERT | 1977 | 02/15/2020 | |