UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

-------------------------------------------x

ERIN GURSSLIN,

          Plaintiff,

                              Index No.

   - against -                 20-cv-6508

CITY OF ROCHESTER,

          Defendants.

-------------------------------------------x

                              Video Conference

                              November 1, 2022

                              2:36 p.m.

     30(b)(6) DEPOSITION of LIEUTENANT PETER NIGRELLI,

Non-Party Witness, taken by Plaintiff, pursuant to

Article 31 of the Civil Practice Law and Rules of

Testimony, and Order, held at the above-noted time and

place, before Saige M. Porcelli, a Stenotype Reporter

and Notary Public within and for the State of New York.

```
                                                                   2
 1                                                                 2
 2    A P P E A R A N C E S:
 3
 4       ROTH & ROTH, LLP
              Attorneys for Plaintiff
 5            192 Lexington Avenue - Suite 802
              New York, New York 10016
 6
         BY: ELLIOT SHIELDS, ESQ.
 7
 8
         CITY OF ROCHESTER
 9            Attorneys for Defendant
              CITY OF ROCHESTER
10            30 Church Street - Room 400A
              Rochester, New York 14614
11
         BY: PEACHIE JONES, ESQ.
12
13
         CITY OF BUFFALO LAW DEPARTMENT
14            Attorneys for Non-Party Witness
              CITY OF BUFFALO
15            65 Niagara Square - Room 1101
              Buffalo, New York 14202
16
         BY: WILLIAM MATHEWSON, ESQ.
17
18
19
20
21
22
23
24
25
```

```
                                                                    3
 1                                                                  3
 2               F E D E R A L   S T I P U L A T I O N S
 3
 4       IT IS HEREBY STIPULATED AND AGREED by and between the
 5    attorneys for the respective parties herein, that the
 6    sealing, filing and certification of the within
 7    deposition be waived;
 8       IT IS FURTHER STIPULATED AND AGREED that all
 9    objections, except as to form, are reserved to the time
10    of trial;
11       IT IS FURTHER STIPULATED AND AGREED that the
12    transcript of this deposition may be signed before any
13    Notary Public, with the same force and effect as if
14    signed before a clerk or Judge of the Court;
15       IT IS FURTHER STIPULATED AND AGREED that all rights
16    provided to all parties by the F.R.C.P. cannot be deemed
17    waived, and the appropriate sections of the F.R.C.P.
18    shall be controlling with respect thereto.
19
20                              oo0oo
21
22
23
24
25
```

```
                                                              4
 1                                                            4
 2              P R O C E E D I N G S
 3          THE REPORTER:  The attorneys participating
 4     in this deposition acknowledge that I am not
 5     physically present in the deposition room and
 6     that I will be reporting this deposition
 7     remotely.
 8          They further acknowledge that, in lieu of an
 9     oath administered in person, I will administer
10     the oath remotely.
11          The parties and their counsel consent to this
12     arrangement and waive any objections to this
13     manner of reporting.  Please indicate your
14     agreement by stating your name and your agreement
15     on the record.
16          MR. SHIELDS:  Agreed.
17          MS. JONES:  Agreed.
18          MR. MATHEWSON:  Agreed.
19
20
21
22
23
24
25
```

```
                                                            21
1                 Lieutenant Peter Nigrelli                 21
2    specifically related to police and dog encounter
3    training?
4         A    I don't recall.
5         Q    Do you recall at any point during your time with
6    the Buffalo Police Department when dog encounter
7    training changed?
8         A    This was the first dog encounter training that I
9    recall having.
10        Q    In 2017?
11        A    Yes, sir.
12        Q    Do you know why the training changed for you in
13   2017?
14        A    I don't want to speculate, but I believe that the
15   atmosphere around dogs being discharged, dispatched upon
16   entries from the SWAT team was an issue locally and our
17   team at the time started changing some of our methods of
18   what we would do, so I am guessing that may have been
19   the reason why, sir, why this was brought forward and
20   pushed forward.
21        Q    But you don't remember specifically?
22        A    Correct.
23        Q    There's different dates and different years that
24   people took the training, correct?
25        A    Yes, sir.
```

22

1            Lieutenant Peter Nigrelli          22

2   Q  It looks like the training was implemented at
3 least in 2014, right, because that's when John Beyer
4 took it?
5   A  Yes, sir, by looking at the dates, Lieutenant
6 Beyer would have been one of the first ones who took it
7 in 2014.
8   Q  Do you know why or do you have any recollection
9 of anything that happened in 2014 that might have been
10 the reason for any change in training?
11   A  No, sir.
12   Q  And do you have any idea what the effect of the
13 new training was?
14   A  Because I wear the two hats from the patrol and
15 tactical side, I would say that the news article that
16 you referred to from WGRZ, it's kind of on the not
17 misinformation side, but a lot of the dogs that were
18 shot prior would have been upon narcotic search warrants
19 or SWAT entries, not so much from a patrol aspect.
20     So I think with the training and the patrol
21 officers becoming aware of other things that were pushed
22 out for liability sake and the things that go with
23 training, that may have changed some of the tactics of
24 the patrol officer standpoint.
25   Q  After the training was implemented, were less

```
                                                              23
 1              Lieutenant Peter Nigrelli                     23
 2    dogs shot in Buffalo?
 3       A   Patrol wise, the amount of dogs get shot patrol
 4    wise in the city and I still keep track of department
 5    memos and things that come across, we don't have many
 6    dogs getting shot in the city and I can tell you as the
 7    SWAT end of it, from our entries, since I took over, we
 8    have shot one dog in almost three full years.
 9       Q   And can you tell me if that was less dogs that
10    were shot than prior to this training being implemented
11    in 2014?
12       A   Yes, absolutely.
13       Q   So it sounds like since the training was
14    implemented, less dogs were shot in Buffalo?
15       A   Yes, sir.
16       Q   And, Lieutenant, do you remember anything
17    specific about the training, for example, if it was
18    developed by the City of Buffalo or some other police
19    agency?
20       A   I don't recall if it was a City of Buffalo
21    training or if they re-sourced it out.
22       Q   But if you had reviewed the training materials,
23    that would have been something that could have refreshed
24    your recollection about that?
25       A   It may have.
```

```
                                                                  24
 1                  Lieutenant Peter Nigrelli                     24
 2              (Plaintiff's Exhibit 3, Document, marked for
 3              identification.)
 4      Q    Lieutenant, do you recognize this document, which
 5   at the top says, "10.0 incidents involving animals"?
 6      A    Yes, that's from our Buffalo Police manual of
 7   procedure.
 8      Q    Is that like a book of all of the policies and
 9   procedures for the City of Buffalo Police Departments?
10      A    Yes, sir.
11      Q    Did you review this document prior to coming in
12   and preparing to testify today?
13      A    I reviewed this for SWAT purposes, so we go over
14   this routinely because like I said, with our tactics, we
15   have totally changed how we work as far as dealing with
16   dogs, so we will go over this time and time with regard
17   to animal bite cases, but in regards to dealing with
18   animals.
19      Q    You changed how you deal with dogs; is that what
20   you just said?
21      A    Yes, we started in 2020 -- before I took over, it
22   was changed how we went over our process in technical
23   operations when dealing with dogs.
24      Q    At first you said in 2020 and then you said
25   before you took over, so you took over in 2019, so it
```

1                    Lieutenant Peter Nigrelli                    33
2    will cooperate fully with personnel of the health
3    departments" and then it goes under dog control
4    violation summons, which number two it states, "if
5    firearm is used, it shall be reported via blue team."
6        Q   Does this look like to you that it's a full
7    document or that it might be missing a page between 10.3
8    and then it skips to 10.5?
9        A   It looks like it might be out of order.
10       Q   This 10.3 looks different than the 10.3 above; is
11   that right?
12       A   Yes, this is the first time that I am seeing this
13   screen.
14       Q   From your knowledge of this specific police
15   department policy, do you know if this contains any
16   specific guidance about whether or not officers are
17   allowed to discharge their firearms at dogs?
18       A   At the bottom it starts covering what the
19   supervisor's role would be.
20       Q   That would be under 10.4C; is that what you're
21   referring to?
22       A   Yes, sir.
23       Q   So you're saying the supervisor shall take
24   whatever action is necessary to minimize danger to the
25   officers and to the public?

34

1                 Lieutenant Peter Nigrelli            34

2    A   Yes, sir.

3    Q   Would it be fair to say that this document states

4 that the only time an officer can fire their weapon

5 without supervisor approval at a dog is to ward off an

6 attack; is that fair to say?

7    A   Yes, sir.

8    Q   But at the same time, they have to ensure that

9 there's no possibility that a stray bullet can strike a

10 person?

11    A   Yes, sir.

12    Q   Let's say there's a circumstance where there's a

13 dog running at an officer, but there are people in that

14 same room or yard where the officer is being charged by

15 a dog, would it be a violation of policy for the officer

16 to discharge a firearm in that circumstance?

17    A   If there are persons nearby, it's close to the

18 MOP, but how you're describing it, it would be a

19 violation of the policy.

20    Q   Let's say it's a backyard and there are two

21 officers in the backyard and the owner enters the

22 backyard with the dog, the dog sees the officers and

23 runs at them and the officers discharge their firearm

24 and the owner of the dog is downrange from the direction

25 where they are shooting at the dog, would that be a

                                                                    35
 1              Lieutenant Peter Nigrelli                           35
 2   violation of the Buffalo Police Department policy?
 3       A    Under 10.4C 1B, that would be a violation under
 4   the policy.
 5       Q    Let's say officers are inside of a house or an
 6   apartment and the dog had been put into a bathroom and
 7   officers are speaking with the person in the apartment
 8   trying to get them to voluntarily leave for an arrest
 9   and while they are speaking to that person, the dog
10   escapes the bathroom and the officers fire the weapon
11   while inside of the house with the person there, under
12   this policy would that be a violation?
13       A    The description that you just gave, sir, yes.
14       Q    The reason is because it's unsafe, right, because
15   someone can potentially be shot; is fair to say?
16       A    Yes, any time that we fire our weapon, we are
17   responsible for that round, no matter what.
18       Q    You agree that officers are never allowed to
19   unnecessarily endanger members of the public?
20       A    Correct.
21       Q    If there are two choices that can be made, the
22   officer always has to choose the safer option?
23       A    Correct.
24       Q    Are there any other portions of this specific
25   policy regarding discharging a firearm at a dog?

```
                                                              36
 1              Lieutenant Peter Nigrelli                     36
 2      A    I believe it's all covered up to this point.
 3      Q    "If a firearm is used, it shall be reported via
 4   blue team", can you tell me what blue team is?
 5      A    The reporting system that we use for all use of
 6   force incidents of the City of Buffalo Police
 7   Department.
 8              (Plaintiff's Exhibit 4, Article, marked for
 9              identification.)
10      Q    I am going to put up Exhibit 4 and then ask you
11   some questions about that.
12      A    Okay.
13      Q    Can you see that article on your screen, sir?
14      A    Yes.
15      Q    I will have you read the entire article.
16      A    Okay.
17      Q    This article is dated November 14th, 2017; is
18   that right?
19      A    Yes.
20      Q    One thing the article said is that members of the
21   narcotics and members of the SWAT team receive extensive
22   aggressive animal training, is there any additional
23   training that the SWAT team receives other than what we
24   spoke about regarding aggressive animals?
25      A    We have a couple of different methods when we are
```