## Defendants' Prospective Witnesses

| Witness Information | Topics of Witness Testimony |
|---|---|
| Javier Algarin<br>RPD Police Officer<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ 911 call re open air drug sales, officers' planned response, pursuit of fleeing individuals<br>▪ the "search" for contraband in Plaintiff's yard<br>▪ the firearm discharge at the Dempsey's pet dog<br>▪ his response to Mr. Dempsey yelling at and approaching him following the firearm discharge<br>▪ training regarding dog encounters |
| Officer Adam Gorman<br>RPD Police Officer<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ 911 call re open air drug sales, officers' planned response, pursuit of fleeing individuals<br>▪ search of his detainee and his reference to a "search" for contraband in Plaintiff's yard<br>▪ the firearm discharge at the Dempsey's pet dog<br>▪ training regarding dog encounters |
| Officer Jason Horowitz<br>RPD Police Officer<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ 911 call re open air drug sales, officers' planned response, pursuit of fleeing individuals<br>▪ the discard of drugs by his detainee<br>▪ the firearm discharge at the Dempsey's pet dog |
| Officer Ryan DiSabatino<br>RPD Police Officer<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ 911 call re open air drug sales, officers' planned response, pursuit of fleeing individuals<br>▪ the discard of drugs by his detainee<br>▪ the firearm discharge at the Dempsey's pet dog and his response to it |
| Officer Joshuan Kasmore<br>RPD Police Officer<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ officer's involvement and observations on scene after the firearm discharge at the Dempseys' dog |

Jessica Lacoursiere

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- officer's involvement and observations on scene after the firearm discharge at the Dempseys' dog

Adam Bradstreet

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- officer's involvement and observations on scene after the firearm discharge at the Dempseys' dog

Ryan Castrichini

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- officer's involvement and observations on scene after the firearm discharge at the Dempseys' dog

Jeremy Lindauer II

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- officer's involvement and observations on scene after the firearm discharge at the Dempseys' dog

Danielle DiGaspari

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- officer's involvement and observations on scene after the firearm discharge at the Dempseys' dog

Philip Dalton

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- officer's involvement and observations on scene after the firearm discharge at the Dempseys' dog

Agustin Gonzalez

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- officer's involvement and observations on scene after the firearm discharge at the Dempseys' dog

Adam Brodsky

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- officer's involvement and observations on scene after the firearm discharge at the Dempseys' dog

Zachary Sobieraski

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- officer's involvement and observations on scene after the firearm discharge at the Dempseys' dog

Jason Rudolph

RPD Police Sergeant
185 Exchange Blvd.
Rochester, NY 14614

- His report of the firearm discharge at the Dempseys' pet dog
-
- training regarding dog encounters

Elaine Cichocki-Lalka

Former City of Rochester
Animal Control Officer
184 Verona Street
Rochester, NY 14608
585-428-7274

- Her interaction with Charles Dempsey and their discussion/conversation about the dog

Cheryl Cox

c/o Elliot Shields
192 Lexington Avenue
Suite 802
New York, NY 10016

- The circumstances under which her dog was shot by RPD police officers

Lt. Michael Ciulla

RPD Police Lieutenant
185 Exchange Blvd.
Rochester, NY 14614

- RPD supervision, discipline and training regarding searches
- RPD supervision, discipline, and training regarding dog encounters

| | |
|---|---|
| <u>Melissa Woodworth</u> | |
| Mental Health Therapist<br>47 Moonflower Mountain Road<br>Leicester, NC 28748 | ▪ Therapy and medical services provided to L.D. |
| <u>Jennifer Bruno</u> | |
| Mental Health Therapist<br>1068 Larkston Drive<br>Webster, NY 14580 | ▪ Therapy and medical services provided to L.D. |
| <u>Reno DiDomenico</u> | |
| Lollypop Farm/Humane Society of Greater Rochester<br>99 Victor Road<br>Fairport, NY 14450 | ▪ His Education, Experience<br>▪ Purpose and Development of the Dog Bite Prevention PowerPoint (e.g., aims, purposes, others involved, resources utilized)<br>▪ Content delivered during the Dog Bite Prevention Training<br>▪ Training Effectivenes |
| <u>Jason Rudolph</u> | |
| RPD Police Sergeant<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ His report of the firearm discharge at the Dempsey's pet dog<br>▪ his response to Mr. Dempsey yelling at and approaching him following the firearm discharge<br>▪ training regarding dog encounters |
| <u>Joseph Perrone</u> | |
| RPD Police Officer<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ The circumstances and incident that occurred on January 1, 2015 at 123 Trafalgar St in Rochester, NY (See Incident Report no. 15-00012001)<br>▪ RPD training applicable to law enforcement dog encounters |

Stephen Dawley

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on January 1, 2015 at 123 Trafalgar St in Rochester, NY (See Incident Report no. 15-00012001)
- RPD training applicable to law enforcement dog encounters

Jonathan Laureano

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on April 1, 2015 at 72 Council St in Rochester, NY (See Incident Report no. 15-00075296)
- The circumstances and incident that occurred on July 7, 2020 at 30 Dejonge St in Rochester, NY (See Incident Report no. 20-151628)
- The circumstances and incident that occurred on August 29, 2021 at 14 Forbes St in Rochester, NY (See Incident Report no. 21-189988)
- RPD training applicable to law enforcement dog encounters

Timothy Pancoe

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on April 1, 2015 at 72 Council St in Rochester, NY (See Incident Report no. 15-00075296)
- RPD training applicable to law enforcement dog encounters

Nikolas Romeo

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on May 29, 2015 at 1352 N. Clinton Ave in Rochester, NY (See Incident Report no. 15-132677)
- RPD training applicable to law enforcement dog encounters

Bradley Pike

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on May 29, 2015 at 1352 N. Clinton Ave in Rochester, NY (See Incident Report no. 15-132677)
- RPD training applicable to law enforcement dog encounters

Veronica Sanchez

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on June 3, 2015 at 615 Genesee St in Rochester, NY (See Incident Report no. 15-138082)
- RPD training applicable to law enforcement dog encounters

Gregory Bello

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on June 3, 2015 at 615 Genesee St in Rochester, NY (See Incident Report no. 15-138082)
- RPD training applicable to law enforcement dog encounters

Eric Alexander

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on June 10, 2015 at 583 Dewey Ave in Rochester, NY (See Incident Report no. 15-144836 )
- RPD training applicable to law enforcement dog encounters

Bernard McDonald

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on September 30, 2015 at 1521 Culver Road in Rochester, NY (See Incident Report no. 15-2592826 )
- RPD training applicable to law enforcement dog encounters

Joseph Laiosa

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on September 30, 2015 at 1521 Culver Road in Rochester, NY (See Incident Report no. 15-2592826)
- RPD training applicable to law enforcement dog encounters

Joel Hasper

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on December 6, 2015 at 6 Lang St in Rochester, NY (See Incident Report no. 15-321022)
- The circumstances and incident that occurred on December 6, 2015 at 6 Lang St in Rochester, NY (See Incident Report no. 15-321079)
- RPD training applicable to law enforcement dog encounters

Matthew Webster

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on December 6, 2015 at 6 Lang St in Rochester, NY (See Incident Report no. 15-321079 )
- RPD training applicable to law enforcement dog encounters

Scott Ferro

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on Jauary, 7, 2016 at 269 Steko Ave in Rochester, NY (See Incident Report no. 16-005694 )
- RPD training applicable to law enforcement dog encounters

Christopher Renz

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on January 1, 2016 at 40 Hawkins St in Rochester, NY (See Incident Report no. 16-000487)
- RPD training applicable to law enforcement dog encounters

John Rivera

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on January 1, 2016 at 40 Hawkins St in Rochester, NY (See Incident Report no. 16-000487)
- RPD training applicable to law enforcement dog encounters

Brett Sobieraski

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on January, 7, 2016 at 269 Steko Ave in Rochester, NY (See Incident Report no. 16-005694 )
- RPD training applicable to law enforcement dog encounters

Daniel Celiberti

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on March 30, 2016 at 24 Oakman St in Rochester, NY (See Incident Report no. 16-00075932 )
- RPD training applicable to law enforcement dog encounters

Bing Reaves

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on March 30, 2016 at 24 Oakman St in Rochester, NY (See Incident Report no. 16-00075932 )
- RPD training applicable to law enforcement dog encounters

Michael Dimauro

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on April 20, 2025 at 350 Saxton St in Rochester, NY (See Incident Report no. 16-09515 )
- RPD training applicable to law enforcement dog encounters

James F. Ingerick

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on April 20, 2025 at 350 Saxton St in Rochester, NY (See Incident Report no. 16-09515 )
- RPD training applicable to law enforcement dog encounters

Joseph Vanderstyne

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on April August 6, 2016 at 86 York St in Rochester, NY (See Incident Report no. 16-203461 )
- RPD training applicable to law enforcement dog encounters

Justin Stewart

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on April August 6, 2016 at 86 York St in Rochester, NY (See Incident Report no. 16-203461 )
- RPD training applicable to law enforcement dog encounters

Mahogany Timmons

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 15, 2016 at 12 Austin St in Rochester, NY (See Incident Report no. 16-211842)
- RPD training applicable to law enforcement dog encounters

Michael D. Horn

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 15, 2016 at 12 Austin St in Rochester, NY (See Incident Report no. 16-211842)
- RPD training applicable to law enforcement dog encounters

Tito Baston

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on September 16, 2016 at 39 Lennox St in Rochester, NY (See Incident Report no. 16-243206)
- RPD training applicable to law enforcement dog encounters

William Gallagher

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on September 16, 2016 at 39 Lennox St in Rochester, NY (See Incident Report no. 16-243206)
- RPD training applicable to law enforcement dog encounters

Dave Swain

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on March 21, 2017 at 104 Delmar St in Rochester, NY (See Incident Report no. 17-064121)
- RPD training applicable to law enforcement dog encounters

Mark Lee

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on March 21, 2017 at 104 Delmar St in Rochester, NY (See Incident Report no. 17-064121)
- RPD training applicable to law enforcement dog encounters

Nicholas Isler

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on May 20, 2017 at 241 Durnan St in Rochester, NY (See Incident Report no. 17-118125)
- RPD training applicable to law enforcement dog encounters

Mark Wiater

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on May 20, 2017 at 241 Durnan St in Rochester, NY (See Incident Report no. 17-118125)
- RPD training applicable to law enforcement dog encounters

Aaron Eyrich

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on June 16, 2017 at 455 Cottage St in Rochester, NY (See Incident Report no. 17-144877)
- RPD training applicable to law enforcement dog encounters

Samuel Lucyshyn

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on June 16, 2017 at 455 Cottage St in Rochester, NY (See Incident Report no. 17-144877)
- RPD training applicable to law enforcement dog encounters

L'Tasia Lee

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on September 11, 2017 at 412 Frost Ave in Rochester, NY (See Incident Report no. 17-231172)
- RPD training applicable to law enforcement dog encounters

Joseph Perrone

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on September 11, 2017 at 412 Frost Ave in Rochester, NY (See Incident Report no. 17-231172)
- RPD training applicable to law enforcement dog encounters

<u>Rich Arrowood</u>

| | |
|---|---|
| RPD Police Officer<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ The circumstances and incident that occurred on November 2, 2017 at 228 Martin St in Rochester, NY (See Incident Report no. 17-279676)<br>▪ RPD training applicable to law enforcement dog encounters |

<u>Josh Lewis</u>

| | |
|---|---|
| RPD Police Officer<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ The circumstances and incident that occurred on November 2, 2017 at 228 Martin St in Rochester, NY (See Incident Report no. 17-279676)<br>▪ RPD training applicable to law enforcement dog encounters |

<u>Bing Reaves</u>

| | |
|---|---|
| RPD Police Officer<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ The circumstances and incident that occurred on November 13, 2017 at 281 N. Union St in Rochester, NY (See Incident Report no. 17-289005)<br>▪ RPD training applicable to law enforcement dog encounters |

<u>Richard Waldo</u>

| | |
|---|---|
| RPD Police Officer<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ The circumstances and incident that occurred on November 13, 2017 at 281 N. Union St in Rochester, NY (See Incident Report no. 17-289005)<br>▪ RPD training applicable to law enforcement dog encounters |

<u>Inv. Burgoon/Lee</u>

| | |
|---|---|
| RPD Police Officer<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ The circumstances and incident that occurred on January 17, 2018 at 856 N. Plymouth Ave in Rochester, NY (See Incident Report no. 18-012682)<br>▪ RPD training applicable to law enforcement dog encounters |

<u>Laura Grande</u>

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on January 17, 2018 at 856 N. Plymouth Ave in Rochester, NY (See Incident Report no. 18-012682)
- RPD training applicable to law enforcement dog encounters

<u>Connor Edwards</u>

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on March 9, 2018 at 222 Spencer St in Rochester, NY (See Incident Report no. 18-053628)
- RPD training applicable to law enforcement dog encounters

<u>Micheal Collins</u>

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on March 9, 2018 at 222 Spencer St in Rochester, NY (See Incident Report no. 18-053628)
- RPD training applicable to law enforcement dog encounters

<u>Justin Whitmore</u>

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on April 22, 2018 at 339 First St in Rochester, NY (See Incident Report no. 18-090117)
- RPD training applicable to law enforcement dog encounters

<u>Nickolas Isler</u>

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on April 22, 2018 at 339 First St in Rochester, NY (See Incident Report no. 18-090117)
- RPD training applicable to law enforcement dog encounters

Brian Cala

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on June 10, 2018 at 236 Belknap St in Rochester, NY (See Incident Report no. 18-136420)
- RPD training applicable to law enforcement dog encounters

Corey Clark

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on June 10, 2018 at 236 Belknap St in Rochester, NY (See Incident Report no. 18-136420)
- RPD training applicable to law enforcement dog encounters

Derek Sterling

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on June 20, 2018 at 105 Ambrose St in Rochester, NY (See Incident Report no. 18-146235)
- RPD training applicable to law enforcement dog encounters

Ryan Tauriello

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on June 20, 2018 at 105 Ambrose St in Rochester, NY (See Incident Report no. 18-146235)
- RPD training applicable to law enforcement dog encounters

James Breen

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on July 21, 2018 at 14 Bauer St in Rochester, NY (See Incident Report no. 18-175299)
- RPD training applicable to law enforcement dog encounters

Nicole Tamburello-Conway

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on July 21, 2018 at 14 Bauer St in Rochester, NY (See Incident Report no. 18-175299)
- RPD training applicable to law enforcement dog encounters

Josh Kelly

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on September 6, 2018 at 1747 St. Paul St in Rochester, NY (See Incident Report no. 18-219768)
- RPD training applicable to law enforcement dog encounters

Jeremy Nellist

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on September 6, 2018 at 1747 St. Paul St in Rochester, NY (See Incident Report no. 18-219768)
- RPD training applicable to law enforcement dog encounters

Michael Diehl

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on September 6, 2018 at 1747 St. Paul St in Rochester, NY (See Incident Report no. 18-219768)
- RPD training applicable to law enforcement dog encounters

Korey McNees

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on November 11, 2018 at 17 Morgan St in Rochester, NY (See Incident Report no. 18-276909)
- RPD training applicable to law enforcement dog encounters

Brandon Ince

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on November 11, 2018 at 17 Morgan St in Rochester, NY (See Incident Report no. 18-276909)
- RPD training applicable to law enforcement dog encounters

Paul Ricotta

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on December 22, 2018 at 1850 Lyell Av in Rochester, NY (See Incident Report no. 18-308639)
- RPD training applicable to law enforcement dog encounters

Francis Acrhetko

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on December 22, 2018 at 1850 Lyell Av in Rochester, NY (See Incident Report no. 18-308639)
- RPD training applicable to law enforcement dog encounters

James Breen

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on December 29, 2018 at 62 Radio St in Rochester, NY (See Incident Report no. 18-312631)
- RPD training applicable to law enforcement dog encounters

Brandon Glowdowski

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on December 29, 2018 at 62 Radio St in Rochester, NY (See Incident Report no. 18-312631)
- RPD training applicable to law enforcement dog encounters

Patrick Farrell

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on January 23, 2019 at 344 Flower City Park in Rochester, NY (See Incident Report no. 19-016118)
- RPD training applicable to law enforcement dog encounters

Justin Stewart

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on January 23, 2019 at 344 Flower City Park in Rochester, NY (See Incident Report no. 19-016118)
- RPD training applicable to law enforcement dog encounters

Ryan Hickey

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on May 23, 2019 at 236 Fernwood Ave in Rochester, NY (See Incident Report no. 19-112182)
- RPD training applicable to law enforcement dog encounters

Michael Nichols

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on May 23, 2019 at 236 Fernwood Ave in Rochester, NY (See Incident Report no. 19-112182)
- RPD training applicable to law enforcement dog encounters

Patrick Steiner

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on July 31, 2019 at 49 Roycroft Dr in Rochester, NY (See Incident Report no. 19-178495)
- RPD training applicable to law enforcement dog encounters

Michesl Nicholls

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on July 31, 2019 at 49 Roycroft Dr in Rochester, NY (See Incident Report no. 19-178495)
- RPD training applicable to law enforcement dog encounters

Kenneth Pinckney

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 11, 2019 at 755 Cedarwood Dr in Rochester, NY (See Incident Report no. 19-189267)
- RPD training applicable to law enforcement dog encounters

Robert Osipovitch

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 11, 2019 at 755 Cedarwood Dr in Rochester, NY (See Incident Report no. 19-189267)
- RPD training applicable to law enforcement dog encounters

Evan Kalpin

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on October 27, 2019 at 25 Raines Park in Rochester, NY (See Incident Report no. 19-258580)
- RPD training applicable to law enforcement dog encounters

Adam Radens

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on October 27, 2019 at 25 Raines Park in Rochester, NY (See Incident Report no. 19-258580)
- RPD training applicable to law enforcement dog encounters

<u>Rodney Watson</u>

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on December 16, 2019 at 243 Newcomb St in Rochester, NY (See Incident Report no. 19-297233)
- RPD training applicable to law enforcement dog encounters

<u>Nicholas Adams</u>

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on December 16, 2019 at 243 Newcomb St in Rochester, NY (See Incident Report no. 19-297233)
- RPD training applicable to law enforcement dog encounters

<u>Whitney Celentao</u>

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on February 1, 2020 at 17 Webster Cres in Rochester, NY (See Incident Report no. 20-032660)
- RPD training applicable to law enforcement dog encounters

<u>Ian Fry</u>

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on February 1, 2020 at 17 Webster Cres in Rochester, NY (See Incident Report no. 20-032660)
- RPD training applicable to law enforcement dog encounters

Mitchell Leach

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on February 14, 2020 at 100 Norton St (Rear) in Rochester, NY (See Incident Report no. 20-082217)
- RPD training applicable to law enforcement dog encounters

Robert Osipovitch

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on February 14, 2020 at 100 Norton St (Rear) in Rochester, NY (See Incident Report no. 20-082217)
- RPD training applicable to law enforcement dog encounters

Whitney Celentano

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on April 23, 2020 at 113 Winteroth St in Rochester, NY (See Incident Report no. 20-082217)
- RPD training applicable to law enforcement dog encounters

Josh Lewis

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on April 23, 2020 at 113 Winteroth St in Rochester, NY (See Incident Report no. 20-082217)
- RPD training applicable to law enforcement dog encounters

Trevor Jones

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on April 24, 2020 at 649 Jay St in Rochester, NY (See Incident Report no. 20-082740)
- RPD training applicable to law enforcement dog encounters

Jennifer Trenton

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on April 24, 2020 at 649 Jay St in Rochester, NY (See Incident Report no. 20-082740)
- The circumstances and incident that occurred on August 2, 2021 at 629 Jay St in Rochester, NY (See Incident Report no. 21-167110)
- RPD training applicable to law enforcement dog encounters

Brandon Ince

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on July 7, 2020 at 30 Dejonge St in Rochester, NY (See Incident Report no. 20-151628)
- RPD training applicable to law enforcement dog encounters

Josiah Harris

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 12, 2020 at 121 West Ave in Rochester, NY (See Incident Report no. 20-183239)
- RPD training applicable to law enforcement dog encounters

Eric Alexander

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 12, 2020 at 121 West Ave in Rochester, NY (See Incident Report no. 20-183239)
- RPD training applicable to law enforcement dog encounters

Matthew Cushman

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on December 8, 2020 at 15 Kappel Pl in Rochester, NY (See Incident Report no. 20-269976)
- RPD training applicable to law enforcement dog encounters

Geoffrey Quinn

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on December 8, 2020 at 15 Kappel Pl in Rochester, NY (See Incident Report no. 20-269976)
- RPD training applicable to law enforcement dog encounters

Ryan Romig

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on December 8, 2020 at 76 N. Clinton Ave in Rochester, NY (See Incident Report no. 20-271539)
- RPD training applicable to law enforcement dog encounters

Brandon Ince

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on December 8, 2020 at 76 N. Clinton Ave in Rochester, NY (See Incident Report no. 20-271539)
- RPD training applicable to law enforcement dog encounters

Dakota Vanbrederode

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on February 10, 2021 at 171 Randolph St in Rochester, NY (See Incident Report no. 21-025684)
- RPD training applicable to law enforcement dog encounters

Benjamin Caruso

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on February 10, 2021 at 171 Randolph St in Rochester, NY (See Incident Report no. 21-025684)
- RPD training applicable to law enforcement dog encounters

Brandon Contreras

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on July 16, 2021 at 327 Grand Ave in Rochester, NY (See Incident Report no. 21-153129)
- RPD training applicable to law enforcement dog encounters

Joseph Laiosa

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on July 16, 2021 at 327 Grand Ave in Rochester, NY (See Incident Report no. 21-153129)
- RPD training applicable to law enforcement dog encounters

Trevor Jones

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 2, 2021 at 629 Jay St in Rochester, NY (See Incident Report no. 21-167110)
- RPD training applicable to law enforcement dog encounters

Sgt. Jennifer Trenton

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 2, 2021 at 629 Jay St in Rochester, NY (See Incident Report no. 21-167110)
- RPD training applicable to law enforcement dog encounters

Kevin Cummings

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 6, 2021 at 24 Wright Terr in Rochester, NY (See Incident Report no. 21-171271)
- RPD training applicable to law enforcement dog encounters

David Williams

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 6, 2021 at 24 Wright Terr in Rochester, NY (See Incident Report no. 21-171271)
- RPD training applicable to law enforcement dog encounters

Kevin Cummings

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 6, 2021 at 24 Wright Terr in Rochester, NY (See Incident Report no. 21-171184)
- RPD training applicable to law enforcement dog encounters

Troy Shelnut

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 6, 2021 at 24 Wright Terr in Rochester, NY (See Incident Report no. 21-171184)
- RPD training applicable to law enforcement dog encounters

Mitchell Leach

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 20, 2021 at 73 Ferncliffe Dr in Rochester, NY (See Incident Report no. 21-182525)
- RPD training applicable to law enforcement dog encounters

Kaitlyn Turner

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 20, 2021 at 73 Ferncliffe Dr in Rochester, NY (See Incident Report no. 21-182525)
- RPD training applicable to law enforcement dog encounters

Kevin Flannigan

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on August 29, 2021 at 14 Forbes St in Rochester, NY (See Incident Report no. 21-189988)
- RPD training applicable to law enforcement dog encounters

Brandon Contreras

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on July 16, 2021 at 327 Grand Av in Rochester, NY (See Incident Report no. 21-273883
- RPD training applicable to law enforcement dog encounters

Joseph Laiosa

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on July 16, 2021 at 327 Grand Av in Rochester, NY (See Incident Report no. 21-273883)
- RPD training applicable to law enforcement dog encounters

Lucas Roberts

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on May 06, 2022 at 425 Remmington St in Rochester, NY (See Incident Report no. 22-088233)
- RPD training applicable to law enforcement dog encounters

Jeremy Robinson

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on May 06, 2022 at 425 Remmington St in Rochester, NY (See Incident Report no. 22-088233)
- RPD training applicable to law enforcement dog encounters

Officer Johnathan Kent

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on September 6, 2018 at 1747 St. Paul St in Rochester, NY (See Incident Report no. 18-219768)
- RPD training applicable to law enforcement dog encounters

Officer Herbert McClellan

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on September 6, 2018 at 1747 St. Paul St in Rochester, NY (See Incident Report no. 18-219768)
- RPD training applicable to law enforcement dog encounters

Officer Ethan Paszko

RPD Police Officer
185 Exchange Blvd.
Rochester, NY 14614

- The circumstances and incident that occurred on February 10, 2021 at 171 Randolph St in Rochester, NY (See Incident Report no. 21-025684)
- RPD training applicable to law enforcement dog encounters

Officer Connor Brock

| | |
|---|---|
| RPD Police Officer<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ The circumstances and incident that occurred on February 10, 2021 at 171 Randolph St in Rochester, NY (See Incident Report no. 21-025684)<br>▪ RPD training applicable to law enforcement dog encounters |

Officer Alexander Pierce

| | |
|---|---|
| RPD Police Officer<br>185 Exchange Blvd.<br>Rochester, NY 14614 | ▪ The circumstances and incident that occurred on April 24, 2020 at 649 Jay St in Rochester, NY (See Incident Report no. 21-0167065)<br>▪ RPD training applicable to law enforcement dog encounters |

**Deposition Witnesses**

L. Dempsey

| | |
|---|---|
| c/o Plaintiff's attorney<br>Elliot Shields<br>192 Lexington Avenue<br>Suite 802<br>New York, NY 10016 | ▪ The dog shooting<br>▪ Therapy sessions<br>▪ Family dynamics, including her relationship with her father, father's girlfriend, and mother; custody, residing with her mother, residing with her grandmother<br>▪ Her history of hospitalization |

Charles Dempsey

| | |
|---|---|
| c/o Plaintiff's attorney<br>Elliot Shields<br>192 Lexington Avenue<br>Suite 802<br>New York, NY 10016 | ▪ The dog shooting<br>▪ Therapy and medication<br>▪ Family dynamics, including his relationship with L.D., his girlfriend, and his daughter's mother; custody of L.D. |