**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Peachie L. Jones**
Municipal Attorney

December 9, 2025

Hon. Mark W. Pederson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

Re:   <u>Consent Motion for Extension</u>
      *Dempsey v. City of Rochester et al* (19-cv-6780)

Dear Judge Pedersen:

    I represent all City Defendants in this matter.

    The Court previously granted Plaintiffs' request for a one-week extension of the initial pre-trial filings. ECF 129. Because the original Pre-Trial Order granted the parties two weeks to respond to the opposing parties' pre-trial submissions (ECF 117, see e.g., III(A) versus III(E)(2)), Defendants request, with consent of Plaintiffs, a one-week extension of the timeframe in which to respond to yesterday's submissions. As Plaintiffs noted in their extension motion (ECF 127), this case had considerable discovery and the parties expect multiple witnesses from both parties.

    When consenting to Plaintiff's request, Defendants' counsel understood that *all* deadlines would be moved one week, and now find themselves with other matters to complete this week in addition to a compressed schedule to respond to pre-trial submissions (e.g. Second Circuit argument and grievance arbitration).

    Defendants request this short extension in order to fully address the issues in the pre-trial filings.

Sincerely,

*[signature: Peachie L. Jones]*

PEACHIE L. JONES
Municipal Attorney, CITY OF ROCHESTER LAW DEPARTMENT
p: (585) 428-7992  |  Peachie.Jones@CityofRochester.gov