Page 1 of 3

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2015-00012001

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 1/16/2015 | 11:24 | 01/16/2015 | 11:24 | 01/16/2015 | 11:34 |

| Incident Address | PSA | Campus Code |
|---|---|---|
| 123 Trafalgar ST | 53 | |

Violent Crime Context

**OFFENSES**

Statute - Attempt/Commit - Counts -
Description -

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | | |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| | | | |

Statute - Attempt/Commit - Counts -
Description -

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | | |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| | | | |

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| | | | | | | |

| City State Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| | | | |

**PERSONS**

R = Reporting Person W = Witness PK = Person w/Knowledge NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Perrone, Joseph | [redacted] | | | | [redacted] | [redacted] |
| PK | Ross, Jay | | M | W | N | | |
| PK | Randolph, Hank | | M | B | N | 123 Trafalgar ST Rochester, NY | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|
| | | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|
| | | | | | | |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|
| | | |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|
| | | |

**INVESTIGATION**

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | West - Patrol | PDW 2nd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| DAWLEY | STEPHEN | 1310 | 01/16/2015 | DAWLEY, STEPHEN J |

DEMPSEY 1410

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

2015-00012001

**ADDTL OFFENSE**

| Statute - | | Attempt/Commit - | | Counts - | |
|---|---|---|---|---|---|

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NI | Strong, Joseph | | M | | | 123 Trafalgar ST Rochester, NY | ██████ |
| | | | | | | | |
| | | | | | | | |

**SUSPECT #2**

| Type - | Suspect Name (Last, First, Middle) | | Nickname | |
|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | McRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description | |
|---|---|

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| DAWLEY | STEPHEN | 1310 | 01/16/2015 | DAWLEY, STEPHEN J |

DEMPSEY 1411

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2015-00012001**

Officer Perrone (RP) was dispatched to 123 Trafalgar St to investigate the possible burglary in progress, a neighbor, Ross (PK1) observed both doors to the house wide open and thought it was suspicious. Upon arrival, Officer Perrone did observe the doors to the residence open, and then approached the location to investigate. As Officer Perrone walked onto the porch, then toward the open exterior door, he initiated his entry into the house, the interior door was also open. Before he entered the house, a large dog (pitbull) did charge him from the interior of the house. The dog was moving quickly, acting aggressively with teeth bared and focus on Officer Perrone. Officer Perrone backstepped onto the porch and fired three rounds from his issued weapon/handgun toward the aggressive animal. All three rounds entered the dog, the dog did cease the hostile and aggressive behavior.

Officer Perrone was not injured, no damage was done to the residence. Randolph (PK2), resident of 123 Trafalgar St did verify that there were no injuries or damage with exception of the dog. The dog was found to belong to the homeowner of 123 Trafalgar St, Strong (PK3), whom Randolph resides with. Animal Control 3805 responded and spoke to Strong via phone, then took custody of the animal. The dog was still alive at time of report. Technician 6862 responded and took photos and collected one casing, which was all that could be found. Randolph told Officers that the doors do not close properly and there was no burglary.

Officer Perrone's Department issued sidearm used in this incident is a Glock Model 21, .45 caliber with a blue/black finish with serial number UBR631.

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| DAWLEY | STEPHEN | 1310 | 01/16/2015 | DAWLEY, STEPHEN J |

Incident Report  Page 3 OF 3

DEMPSEY 1412

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 2

CR # 2015-00033923

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | 02/12/2015 | 21:16 | 02/12/2015 | 21:16 | 02/12/2015 | 21:16 |

| Incident Address | PSA | Campus Code |
|---|---|---|
| **948 Culver ROAD** | 26 | |

Violent Crime Context

**OFFENSES**

Statute -

Attempt/Commit -    Counts -

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

Statute -

Attempt/Commit -    Counts -

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City State Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Resnick, Jayme, P | | M | W | | 948 Culver ROAD Rochester, NY | |
| PK | Cordello, Michelle | | F | W | | 948 Culver ROAD 4 Rochester, NY | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

01. Witness to the offense?
02. Surveillance footage of event?
03. Can a suspect be named?
04. Can a suspect be located?
05. Can a suspect be described?
06. Can a suspect be identified?
07. Can a suspect vehicle be identified?
08. Is stolen property traceable?
09. Is there significant Modus Operandi present?
10. Is there significant physical evidence present?
11. Has evidence tech work been performed?
12. Preliminary investigation NOT completed?

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | K9 | PDE 3rd |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| **PANCOE        TIMOTHY** | 2082 | 02/12/2015 | PANCOE, TIMOTHY D | Incident Report Page 1 OF 2 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novaPDF.com)

DEMPSEY 1413

**NARRATIVE**

On February 12th 2014 at approximately 2053 hrs officers responded to 1004 Culver Rd for a report of a robbery at the Family Dollar Store. Of sum and substance the suspect of the robbery passed a note claiming he had a gun and demanding the cashier hand over money from the register (CR 15-033903). A perimeter was set up to contain the suspect who fled on foot and K-9 was called to the scene to start a track of the suspect. The weather conditions were cold and blustery, the temperature was approximately 5 degrees and it was blowing snow. The lighting conditions were dark with ambient city lighting. Officers on the K-9 track included officers Cuyler Mooney, Paul Helfer and Michael Collins who were all in full uniform. The track lead south from 1004 Culver and then into the back yard of 948 Culver Rd. Once toward the rear of the residence a male pitt terrier emerged from the pet door into the yard and there was a confrontation between the terrier and the police K-9. Officer Mooney made attempts to kick the terrier free of his dog without success. Officer Mooney then engaged the dog with his .45 caliber Glock 21 service weapon, S/N UBS688 with 4 rounds of service ammunition, striking the terrier once in the flesh portion of its ear. This alarmed the dog who returned into the residence. The backdrop of the 4 rounds was into the ground.

The dog struck is named Papi and as mentioned he is a male pitt terrier. The dog is registered and has a tag ID# of 001052. The dog's injuries did not appear to be substantial to the point where it would be potentially life threatening as it was an in and through flesh wound to the ear. As such the dog was retained by its owner to seek veterinarian care. I spoke with the dog's owner, Jayme Resnick, in regards to the incident.

Technician Rice, 6843, responded. Only 1 casing was located and collected due to the approximate 1-2' of snow.

PSS notified by Lt. Koehn.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| PANCOE | TIMOTHY | 2082 | 02/12/2015 | PANCOE, TIMOTHY D |

Incident Report  Page 2 OF 2

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

DEMPSEY 1414

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 2

CR #
**2015-00047252**

### DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | 02/28/2015 | 17:48 | 2/28/2015 | 17:48 | 02/28/2015 | 17:48 |

Incident Address: **124 Cragg ROAD**   PSA **27**   Campus Code

Violent Crime Context

### OFFENSES

| Statute - | Attempt/Commit - | Counts - | | | |
|---|---|---|---|---|---|

Description -

Location | Weapon

Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer

Bias Type | Entry Point | Method of Entry | # of Premises Entered

| Statute - | Attempt/Commit - | Counts - | | | |
|---|---|---|---|---|---|

Description -

Location | Weapon

Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer

Bias Type | Entry Point | Method of Entry | # of Premises Entered

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| **Individual-I** | **Girolamo, Jennifer** |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| **124 Cragg ROAD** | | | **F** | **W** | **N** | **Resident** |

City, State, Zip: **Rochester, NY 14616**

Victim/Offender Relationship (Offender Name, DOB, Relationship)

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| | **Not Reported** | **None** | **Not Treated** |

### PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| **RP** | **Cunningham, Curtis** | | M | B | N | | |
| **W** | **Least, Jon** | | M | W | N | | |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname | |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos

Mothers Maiden Name | Place of Birth | School Name / ID #

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| |
|---|
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been performed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **East - Patrol** | **PDE 3rd** |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **CLARK          COREY** | | **1459** | **02/28/2015** | **CLARK  COREY M** DEMPSEY 1415 |



**ROCHESTER POLICE DEPARTMENT**
INCIDENT REPORT

| Page 2 of 2 | | CR # 2015-00047252 |

**NARRATIVE**

On 02/28/2015 Officers Curtis Cunningham 1825 and Jon Least 1472 were working a Wanted Board detail in uniform and driving a marked patrol vehicle. At around 1748 officers Cunningham and Least responded to 124 Cragg Rd in an attempt to locate Jennifer Girolamo [redacted] who was wanted by the ECU unit for Grand Larceny 2nd and Falsifying Business Records in the Second Degree. Upon arrival at 124 Cragg Rd it was still light outside but starting to get dark. Officers Least went up three stairs to the side door of the location. The side door is located up three brick steps to a landing about 4 feet by 4 feet with a metal railing wrapped around it. The side door had a screen door and a main door. The screen door opened in a way that when opened it goes towards the railing. There was a three foot high snow bank around the driveway and entrance to the stairs. Officer Least knocked on the door while Ofc Cunningham stood below the steps.

Jennifer Girolamo came to the door and as she opened the side screen door to talk with Officer Least her 2 year old brown Pit bull came out the door and started to charge towards Ofc. Cunningham. Officer Cunningham attempted to back petal away from the dog and as he did he fell into the snowbank on his back. The pit bull kept coming towards Officer Cunningham in an aggressive manner. While on his back Officer Cunningham was able to draw his department issued Semi- Automatic Glock 21 generation 2 .45 caliber hand gun with serial number UBR870, containing 13 rounds of department issued Federal Ammunition, from his department issued holster.

Officer Cunningham fired three round at the pit bull with all three striking the dog. One shot to the dogs head and two shots to the dogs upper back. The back drop for the shots where the brick steps in a downward motion. All three shots stopped inside of the pit bull.

The dog owner Jennifer Girolamo witnessed the whole event. She was also taken into custody for her charges.

Greece Police Departments A/LT Charles St. John responded to the scene as well as Greece Officer Jose Rodriguez. See their report CR #15-012885. Officer Cunningham had stated to Greece officers that he believed he had fired four shots. But on counting his rounds back at the East Division Office discovered he had only fired three shots.

3rd Platoon Lt Waldo notified by Sgt Clark

PSS Lt Callari Notified by Sgt Clark

Per request of the dog owner Greece Animal Control Officer Hondorf took custody of the deceased dog.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| CLARK | COREY | 1459 | 02/28/2015 | CLARK, COREY M. |

DEMPSEY 1416

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**Page 1 of 2**

**2015-00048886**

### DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 03/02/2015 | 12:08 | 03/02/2015 | 12:08 | 03/02/2015 | 12:08 |

| Incident Address | PSA | Campus Code |
|---|---|---|
| 73 Weld ST 3 | 28 | |

Violent Crime Context

### OFFENSES

Statute -         Attempt/Commit -         Counts -

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

Statute -         Attempt/Commit -         Counts -

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| |
|---|
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been performed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | SIS | PSS |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| | | 03/02/2015 | DEMPSEY 1417 |

Incident Report Page 1 OF 2

NARRATIVE

R/Sgt was supervising the execution of a narcotics search warrant at the above location. Location was active in marijuana sales and Officer Goodfriend and Inv ████ had a search warrant for same signed by Judge Argento. Members of ESNT made entry into the location via the front door. One of thge two suspects was taken into custody right away in a room  Inv ██████████ was assigned the shotgun. Upon making entry it opened into a living room and straight back into the kitchen. Off of the kitchen were stairs that led to the basement. We immediately cleared the living room and as we made entry into the kitchen a large pit pull charged at us. Inv ████ fired one round of buck shot from the shot gun striking said dog. The dog then retreated to the basement. We went to clear the basement and as we did one of the suspects ran up the stairs and into the kitchen where he was taken into custody without incident. Inv ████ continued to the basement and went down the stairs with Officer ████ behind him. Inv ████ went down the stairs and to the left. As Officer ████ was going down the steps the dog came out from behind the steps and ran a short distance into the basement then turned around and began charging at Officer ████  Officer ████ fired 2 rounds from his service pistol striking the dog and it then retreated into a corner in the basement. Inv ████ then moved in on the dog and it again charged him and Inv ████ fired another round of buck shot from the shotgun again striking the dog. At this point the dog finally went down.  It was still attempting to come at the officers and at this point Inv ████ fired one more round of buck shot into the dog. At this point the dog was deceased. Photos were taken by Inv ████ and all rounds were collected and turned into the property clerks office. I notified Lt. ████ who in turn notified Lt. Callari of PSS.

Nature of incident:  Search warrant
Lighting:  cloudy and 20 degrees
Both members on duty and in SIS black and yellow raid gear
Turner weapon:  Remington 870 Shotgun Serial #AB07933M
Paz weapon: Glock .45 Model 21 Serial #USBS708
All weapons department issued and fully loaded with above described ammunition.
Members present: Sgt ████  Inv ████ , Inv ████ , Officer ████ , Officer ██████████ , Inv ████ . Uniform perimeter were officers Lisle, Goodfriend, Least and Cunningham.

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| ████ | | 03/02/2015 | |

PAGE 1 of 1

☑ EVIDENCE
☐ SAFEKEEPING
☐ DESTROY

**ROCHESTER POLICE DEPARTMENT PROPERTY CUSTODY REPORT**

1. PROPERTY RETURNED TO OR VERIFIED BY NAME _____
RECEIVER'S SIGNATURE: _____
DATE / TIME: _____

2. ORIGINAL CR# 15048886
WORKING CR# _____

3. LOT # _____

4. LOCATION PROPERTY FOUND
73 Weld Street

5. DATE/TIME OF CUSTODY
03/02/15    1203

6. PROPERTY CLERK NAME: _____    DATE/TIME RECV'D _____

7.
☐ VICTIM    NAME _____
☐ OWNER    ADDRESS: _____
☐ FINDER    PHONE: DAY _____    EVE _____
☐ FINDER IS THE "CITY OF ROCHESTER"

8. EMPLOYEE WHO TURNED IN PROPERTY:
NAME  W. Spath    ID# Sgt.    SECTION: SIS

9. EMPLOYEE WHO TOOK CUSTODY
NAME. _____    ID# _____    SECTION: _____

11. ☐ ARRESTEE  NAME: _____
ADDRESS: _____
PHONE: DAY _____    EVE _____
DOB _____    MoRIS # _____
DOES ARRESTEE OWN THE PROPERTY LISTED BELOW? ☐ YES ☐ NO

10. CASE COORDINATOR
NAME _____    ID# _____    SECTION: _____

12. CASH: COMPLETE REVERSE SIDE OF PAGE:
TOTAL  $0.00
☐ DEPOSIT
☐ HOLD - EVIDENCE
☐ SEIZURE FUNDS

13. LAB REQUEST:  ☐ YES    ☐ NO
☐ TECHNICIAN WILL TAKE TO THE LAB

14. MOST SERIOUS  OFFENSE: _____
☐ CLASS A FELONY  ☐ OTHER FELONY  ☐ MISDEMEANOR  ☐ VIOLATION

15. COMMENTS: ITEMS RECOVERED FROM DOG BEING SHOT DURING THE EXECUTION OF A COURT AUTHORIZED SEARCH WARRANT.

PROPERTY TYPE USE CODES:
A=AMMO B=BIKES C=CLOTHING D=DRUGS E=ELECTRIC EQUIP. F=FIREWORKS G=GUNS H=HOUSEHOLD/OFFICE FURNIT. I= DWI TAPES J=JEWELRY K=KNIFE, OTHER "WEAPON" L= LICENSE PLATES M=MONEY P=PERISHABLES R=RAPE KIT  S=SAMPLES  T=TOOLS X=CAR/BLDG.PARTS Z=MISC.

PROPERTY DESCRIPTION AREA: NUMBER EACH ITEM THEN ACCURATELY DESCRIBE EACH ITEM IF CASH USE ADDENDUM FORM ON REVERSE SIDE. USE PROPERTY ADDENDUM FORM IF MORE SPACE IS NEEDED. FIREARMS-INCLUDE CALIBER, BARREL LENGTH, FINISH, CAPACITY.

16 PROPERTY DESCRIPTION

| ITEM# | TYPE | QNTY | NYSPIN (Y/N) CK HIT | VALUE | ACCURATELY DESCRIBE PROPERTY: USE AS MANY LINES AS NEEDED, INCLUDE MAKE, MODEL, COLOR, SIZE, IDENTIFYING MARKS. | SERIAL # OR TAMPER EVIDENT BAG # |
|---|---|---|---|---|---|---|
| 1 | 3 | | | < $100 / $100-$499 / $500-$4999 / >$5000 | RECOVERED SHOTGUN SHELLS | A0120351 |
| 2 | 2 | | | < $100 / $100-$499 / $500-$4999 / >$5000 | RECOVERED .45 AMMO CASINGS | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |

RPD 1217 REV 6/99

| Page 1 of 3 | **ROCHESTER POLICE DEPARTMENT** INCIDENT REPORT | CR # **2015-00075296** |
|---|---|---|

**DETAIL**

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | | 04/01/2015 | 16:12 | 04/01/2015 | 16:12 | 04/01/2015 | 16:28 |

| Incident Address | | | PSA | Campus Code |
|---|---|---|---|---|
| 72 Council ST | | | 28 | |

Violent Crime Context

**OFFENSES**

| Statute · | Attempt/Commit · | Counts · |
|---|---|---|

Description ·

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute · | Attempt/Commit · | Counts · |
|---|---|---|

Description ·

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Page, Cynthia | | F | | | 72 Council ST Rochester, NY | |
| W | smith, demetrius | | M | B | N | 72 Council ST Rochester, NY | |
| W | paige, johnie | | M | B | N | 72 Council ST Rochester, NY | |

**SUSPECT / MISSING PER**

| Type · | Suspect Name (Last, First, Middle) | | | | | Nickname |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | East - Patrol | PDE 3rd |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| PANCOE        TIMOTHY | 2082 | 04/01/2015 | PANCOE, TIMOTHY D |

Incident Report, Page 1 OF 3

DEMPSEY 1420

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2015-00075296**

## ADD'TL OFFENSE

| Statute · | | Attempt/Commit - | | Counts - | |
|---|---|---|---|---|---|
| Description · | | | | | |
| Location | | | | Weapon | |

| Larceny Type | | Aggravated Assault Circumstances | | Gang Related | Computer |
|---|---|---|---|---|---|

| Bias Type | | Entry Point | | Method of Entry | | # of Premises Entered |
|---|---|---|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Address | | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City State Zip | | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | |
| Telephone | | Level of Injury | | Type of Injury | | Medical Treatment | | |

## PERSONS

**R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed**

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | barkley, james | | M | B | N | 72 Council St Rochester, NY | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname | |
|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | Offender Condition | | Scars, Marks, Tattoos | |

## PROPERTY

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| Item Type and Description | | | | | | Color |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |

## PROPERTY

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| Item Type and Description | | | | | | Color |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |

## FIREARM

| Firearm Property Code | | Firearm Value | Make | | Model | | Finish |
|---|---|---|---|---|---|---|---|
| Caliber | Capacity | Type | | Action | | Serial Number | |
| Description | | | | | | | Recovery Date |

## VEHICLE

| Vehicle Status | | Year | Make | | Model | | Style | Color |
|---|---|---|---|---|---|---|---|---|
| State | Plate Number | | VIN # | | | | Recovery Date | |
| Additional Description | | | | | | | | |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| PANCOE | TIMOTHY | 2082 | 04/01/2015 | PANCOE, TIMOTHY D | |

DEMPSEY 1421

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Page 3 of 3 | | ROCHESTER POLICE DEPARTMENT<br>INCIDENT REPORT | CR#<br>2015-00075296 |

**NARRATIVE**

On April 1st 2015 at approximately 1612 hours RO's Goodfriend, Lisle and Laureano responded to the area of 72 Council st to assist with animal control (3808 Ames) for a report of an aggressive pit bull terrier in front yard of the residence. Upon arrival officers met with (W) Demetrius Smith who informed officers that the dog had bit him just prior to their arrival and the day before, (W) Smith did not request medical attention for minor.

Officers first observed the terrier towards the rear of 72 Council St in an aggressive forward stance near the 2/3 corner of the house. The dog started to aggressively move towards Officer Laureano who was standing next to animal control. Officer Laureano engaged the dog with 2 rounds of issued service ammunition from his .45 caliber Glock 21 service weapon, S/N UBR856. Both rounds missed the dog and the backstop of the rounds was an area near the corner of the house covered in high weeds, brush and a tree stump.

This alarmed the dog who went around the rear of the house and up the 4 side of the residence. Officers Lisle and Goodfriend were standing here and again, the dog approached them growling aggressively. The officers put together a quick barrier between them and the dog using boards and a trash can. Animal control came around the 3/4 corner of the residence so Officer Lisle drew his taser and deployed a taser option into the dog, striking its torso with 1 prong only. This alarmed the dog who backed up a few feet into the corner of a fence. At this point animal control applied a device around the dog and was able to secure the dog in their vehicle.

Technician Ferguson responded to the scene to collect the 2 casings and take photographs. All listed (W)'s observed the incident and can be reached by phone.

PSS notified by Lt. Zenelovic.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| PANCOE | TIMOTHY | 2082 | 04/01/2015 | PANCOE, TIMOTHY D |

DEMPSEY 1422

Incident Report  Page 3 OF 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 15 - 675296

PAGE 1 OF 1

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____N/A_____
   **DEFENDANT'S/RESPONDENT'S NAME**

   _____N/A_____
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

2. _____
   **DEFENDANT'S/RESPONDENT'S NAME**

   _____
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

3. _____
   **DEFENDANT'S/RESPONDENT'S NAME**

   _____
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Demetrius Smith
**DEPONENT'S NAME**

**DATE OF BIRTH**

72 Council st; no phone
**DEPONENT'S ADDRESS AND PHONE NUMBER**

**DEPONENT DEPOSES AND SAYS:**

My name is Demetrius Smith and I Live at 72 council st.
On both 3/31/15 and 4/1/15 I got bit, while in my side yard, by
a stray pitt bill. I called 911 and the cops showed up.
The dog tried to attack an officer and he fired 2 times.
He missed! They then tased him and got him tied down,
They did a good job and were glad that dangerous dog
is gone. D.S.

Please attach to
incident report.
thank you,
Pance

**NOTICE: FALSE STATEMENTS MADE HEREIN A** ... **R PURSUANT TO**
**SECTION 210.45 OF THE NEW YORK STATE PE** ...

X Demetrius Smith    4/21
**DEPONENT'S SIGNATURE**    **DATE**

287
**WITNESS SIGNATURE**    **DATE**

RPD 1270

DEMPSEY 1423 REV. 02/03

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

| Page 1 of 3 | | 2015-00132677 |
| --- | --- | --- |

**DETAIL**

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
| --- | --- | --- | --- | --- | --- | --- | --- |
| IR- Non-Criminal Incident | | 05/29/2015 | 10:56 | 05/29/2015 | 10:56 | 05/29/2015 | 10:56 |

| Incident Address | Beat | Campus Code |
| --- | --- | --- |
| 1352 N Clinton AVE | 217 | |

Violent Crime Context

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
| --- | --- | --- |

Description -

| Location | Weapon |
| --- | --- |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| --- | --- | --- | --- |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
| --- | --- | --- | --- |

| Statute - | Attempt/Commit - | Counts - |
| --- | --- | --- |

Description -

| Location | Weapon |
| --- | --- |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| --- | --- | --- | --- |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
| --- | --- | --- | --- |

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
| --- | --- |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| --- | --- | --- | --- | --- | --- | --- |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
| --- | --- |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
| --- | --- | --- | --- |

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PK | Pike, Brad | | M | | | | |
| PK | Romeo, Nick | | M | | | | |
| PK | Santiago, Camilo | | M | W | H | | |

**SUSPECT / MISSING PER**

| Type - S | Suspect Name (Last, First, Middle) | | Nickname |
| --- | --- | --- | --- |
| Arrestee | Travis, Paul, G | | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| --- | --- | --- | --- | --- | --- | --- |
| | | | M | B | N | 200403 |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
| --- | --- | --- |
| | Apparently Normal | |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
| --- | --- | --- |

**INVESTIGATION**

Modus Operandi

| | | | |
| --- | --- | --- | --- |
| 01. Witness to the offense? | X | 05. Can a suspect be described? | X |
| 02. Surveillance footage of event? | | 06. Can a suspect be identified? | X |
| 03. Can a suspect be named? | X | 07. Can a suspect vehicle be identified? | |
| 04. Can a suspect be located? | X | 08. Is stolen property traceable? | |

| | |
| --- | --- |
| 09. Is there significant Modus Operandi present? | |
| 10. Is there significant physical evidence present? | X |
| 11. Has evidence tech work been perfomed? | X |
| 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
| --- | --- | --- | --- |
| Not Applicable (non-crime) | | Patrol - Clinton | Clinton 2nd |

| Reporting Officer | | IBM # | Date | Reviewed By |
| --- | --- | --- | --- | --- |
| RIVERA | JOHN | 0879 | 05/29/2015 | RIVERA. JOHN J. |

DEMPSEY 1424

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Case 6:21-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page 16 of 225

**NARRATIVE**

On 5/29/15 at approximately 1056hrs., I responded to the area of 1352 N. Clinton Ave. to assist (PK) Pike and (PK) Romeo, who were chasing a suspect. Upon arrival, I learned that the two Officers observed a hand to hand drug deal and attempted to detain the suspected dealer, (see Cr# 15-132598 for details).

While fleeing from the Officers, the suspect climbed a six foot picket/chain link fence from a vacant lot, just south of 1352 N. Clinton Ave. The suspect was then attacked by two pit bulls that were in the fenced, rear yard of 1352 N. Clinton Ave. Officers called out that the suspect was being attacked by the dogs. R/Sgt. requested Animal Control to start and the Dispatcher also started Rural/Metro.

The suspect was being attacked to the rear of the house at that location and Officers could not enter the yard safely or get a clear shot at that time to dispatch the dogs. The suspect was able to move closer to where the Officers were, with the dogs still attached to him. (PK) Romeo was able to take a position on the outside of the fenced in yard. In a North/East, downward direction, he fired twice from his issued service pistol, striking the brown pit bull in a safe manner. The brown pit bull detached from the suspect. (PK) Pike was able to position himself facing west, on top of the fence. He was able to shoot one round from his department issued pistol, in a downward direction. The black/white male pit bull was struck. That pit bull also detached from the suspect and ran into the vacant property. Both Officers had a soft dirt ground as their back-drop and were able to address the two dogs without striking the suspect.

The suspect was provided medical attention by Rural/Metro Ambulance Services and transported to Strong Hospital with numerous bites on all of his limbs and torso area. He will be charged with CPCS 3rd.

(PK) Romeo used his department issued Glock 21, Gen4, Serial number UBR525, loaded with Federal Premium Law Enforcement Ammunition. (.45cal. 230gr. HST).

(PK) Pike used his department issued Glock 21, Gen4, Serial number UBR5997, loaded with Federal Premium Law Enforcement Ammunition. (.45cal. 230gr. HST).

Tech 280b, Officer Bushen responded. He took photographs of the scene and collected three spent casing.

Animal Control Officer Greg Emerick responded to the scene and collected the two live pitbulls. He spoke with the owner of the pitbulls, (PK) Santiago and gave instruction on what needed to be done. He then transported the dogs to Animal Services on Verona St.

The weather was clear and sunny at the time of the incident.

R/Sgt. spoke with Lt. Shaw of NSC and learned the current owners of the location to be, Tran Quan and Le Thuy of                                         The owners do not have a current phone number listed. The location has been vacant for the last three years but has no points on record. Off. Decocq from NSC will assign a building inspector to address any violations with the current owners.

Captain Brown was on scene and notified PSS.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| RIVERA | JOHN | 0879 | 05/29/2015 | RIVERA, JOHN J. |

DEMPSEY 1425

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Case 6:21-cv-06780-MJP   Document 155-7   Filed 12/18/25   Page 15 of 225

CR #
2015-00132677

**NARRATIVE**

**Deputy Chief Harris was on scene and notified Chief Ciminelli.**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| RIVERA | JOHN | 0879 | 05/29/2015 | RIVERA, JOHN J. |

DEMPSEY 1426

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| Page 1 of 4 | | **ROCHESTER POLICE DEPARTMENT** **INCIDENT REPORT** | CR # **2015-00138082** |
|---|---|---|---|

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 06/03/2015 | 20:01 | 06/03/2015 | 20:01 | 06/03/2015 | 20:01 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 615 Genesee ST | | 253 | |

Violent Crime Context

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - | |
|---|---|---|---|
| Description - | | | |
| Location | | Weapon | |
| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

| Statute - | Attempt/Commit - | Counts - | |
|---|---|---|---|
| Description - | | | |
| Location | | Weapon | |
| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status | |
| City State Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | | |
| Telephone | Level of Injury | Type of Injury | | Medical Treatment | | | | |

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Sanchez, Veronica | | F | W | H | | |
| W | Findley, Gregory | | M | B | N | | |
| W | Lynch, Mark | | M | B | N | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | Offender Condition | | Scars, Marks, Tattoos | |
| Mothers Maiden Name | Place of Birth | | School Name / ID # | |

**INVESTIGATION**

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been performed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Genesee | Genesee 3rd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| BELLO | GREGORY | 1950 | 06/03/2015 | |

DEMPSEY 1427

Incident Record, Page 1 OF 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## ROCHESTER POLICE DEPARTMENT
### INCIDENT REPORT

Page 2 of 4

2015-00138082

**ADD'TL OFFENSE**

| Statute - | | Attempt/Commit - | | Counts - | | |
|---|---|---|---|---|---|---|
| Description - | | | | | | |
| Location | | | | | Weapon | |

| Larceny Type | | | | Aggravated Assault Circumstances | | | Gang Related | Computer |
|---|---|---|---|---|---|---|---|---|

| Bias Type | | Entry Point | | | Method of Entry | | # of Premises Entered |
|---|---|---|---|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Address | | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | |
| Telephone | | Level of Injury | | Type of Injury | | | Medical Treatment | |

**PERSONS**

R = Reporting Person        W = Witness        PK = Person w/Knowledge        NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Bell, Armond | | M | B | N | | |
| W | Shaw, Tyrone | | M | B | N | | |
| PK | Hall, Larue | | M | B | N | | |

**SUSPECT #2**

| Type - | | Suspect Name (Last, First, Middle) | | | | | | Nickname | |
|---|---|---|---|---|---|---|---|---|---|
| Address | | | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | | | Offender Condition | | | Scars, Marks, Tattoos | | |

**PROPERTY**

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| Item Type and Description | | | | | | Color |
| Quanity | Unit of Measure | | Measurement Source | Drug Type | | |

**PROPERTY**

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| Item Type and Description | | | | | | Color |
| Quanity | Unit of Measure | | Measurement Source | Drug Type | | |

**FIREARM**

| Firearm Property Code | | Firearm Value | Make | | Model | | Finish |
|---|---|---|---|---|---|---|---|
| Caliber | Capacity | Type | | Action | | Serial Number | |
| Description | | | | | | | Recovery Date |

**VEHICLE**

| Vehicle Status | | Year | Make | | Model | | Style | Color |
|---|---|---|---|---|---|---|---|---|
| State | Plate Number | | VIN # | | | | Recovery Date | |
| Additional Description | | | | | | | | |

| Reporting Officer | | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|---|
| BELLO | | GREGORY | 1950 | 06/03/2015 | | |

Incident Report  Page 2 OF 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

DEMPSEY 1428

 

| Page 3 of 4 | | **ROCHESTER POLICE DEPARTMENT**<br>INCIDENT REPORT | CR #<br>**2015-00138082** |
|---|---|---|---|

NARRATIVE

On 6/3/15 at 2001hrs, Ofc's Sanchez and Findley were inside of 642 Genesee St investigating a 911 call for the report of a family trouble. While inside the location, they heard people yelling and screaming from outside of the house. Upon exiting the house to see what the commotion was, people outside alerted Ofc's Sanchez and Findley that there was a loose dog chasing people on Magnolia St. They began looking around the area and Ofc Sanchez observed the dog in the middle of Genesee St, near the intersection of Magnolia. She yelled "dog" to alert Ofc Findley of the situation at which time the dog began running towards her in an aggressive manor (teeth showing, barking, and growling). Ofc Sanchez attempted to run behind a garbage can to get cover from the dog and when the dog was approximately 10ft away from her, she discharged her department issued handgun at the dog. Ofc Sanchez stated that she fired 2 rounds at the dog, noticed the dog was still charging, and then fired a 3rd. The dog was struck once in the rear left leg. The dog turned away from her and fled into the yard of 615 Genesee St. Ofc's Findley and Sanchez were then able to keep the dog in the yard until Animal Control Officer Emerick arrived. Due to the aggression of the dog, Animal Control Officer Emerick was not able to secure the dog and waited for the owner (PK Hall) to arrive and secure it.

The lighting at the time was dusk and the weather was clear and dry.

Ofc's Sanchez and Findley were both on duty and in uniform.

Officer Sanchez utilized her department issued Glock 21 semi-automatic pistol (S/N UBS735) which was loaded with 13 rounds in the magazine and 1 in the chamber. The firearm was loaded with department issued Federal HST ammunition and drawn from a Safariland issued holster.

The owner of the dog, (PK Hall), was notified by neighbors and responded to the scene. (PK Hall) stated that he was recently given the dog by his son for protection and that he had tied the dog up within the fenced in back yard. It is unknown how the dog would have escaped being tied up. The dog was able to exit the fenced yard via a gate over the driveway which had sufficient clearance for the dog to crawl under. Following the shooting, the dog went back into the fenced yard via crawling under this gate. (PK Hall) secured the dog inside the house and stated that he would seek medical care for the dog. Animal Control Officer Emerick stated he was not issued any tickets tonight and that he would be following up with (PK Hall) in regards to any violations.

The other witnesses listed confirmed that the dog was aggressively chasing people in the street and then aggressively charged at Ofc Sanchez. They did not want to give depositions to what they witnessed. There were no cameras visible in the area.

Shot Spotter detected 2 rounds.

Ofc Sanchez fired the 3 rounds from the sidewalk in front of 637 Genesee St. All 3 casings were located in the street. Ofc Sanchez stated that she fired at the dog in a downward direction with a backdrop of the grass yard. What appeared to be 2 bullet strikes were located in the grass near the casings. Of note, there was 1 bullet strike found to a front window of the vacant house at 637 Genesee St. Based on where Ofc Sanchez stated she was standing and where the casings were located, and the location of the damage, it does not appear possible for the damage to have been from this incident.

Technician's Ferguson and Gotham responded and processed the scene.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| BELLO | GREGORY | 1950 | 06/03/2015 | |

DEMPSEY 1429

Incident Report, Page 3 OF 4

Page 4 of 4

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
**2015-00138082**

**Capt Wiater (410) and Lt Simmons (PSS) notified.**

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| BELLO | GREGORY | 1950 | 06/03/2015 | | |

DEMPSEY 1430

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| 1. OFFENSE OR INCIDENT | | | 2. DAY OF WEEK | 3. MON | 4. DAY | 5. YEAR | 6. TIME RECD | 7. ARRIVAL TIME | 8. ORIGINAL CR # |
|---|---|---|---|---|---|---|---|---|---|
| Dog Shot | | | Wed | 6 | 3 | 15 | 2008 | 2028 | 15-138082 |

| 9. LOCATION | | | | | | 11. WORKING CR # |
|---|---|---|---|---|---|---|
| 637 Genesee St. | | | | 10. WEATHER CONDITIONS Clear | | |

| 12. INVESTIGATING OFFICERS | | | | 13. CAR # 123 C | 14. AT SCENE YES ☒ NO ☐ | 15. SECTION 3 |
|---|---|---|---|---|---|---|
| Sgt. Bello | | | | | | |

| 16. VICTIM/FIRM NAME | 17. SEX | 18. DOB | 19. ADDRESS | 20. PHONE |
|---|---|---|---|---|
| | | / / | | |

| 21. PHOTOGRAPH YES ☒ NO ☐ | 22. COLOR ☒ OTHER | Digital | 23. PHOTOS BY B. Gotham |
|---|---|---|---|

| 24. PACK # | 25. NEG. | 26. TIME | 27. ITEM PHOTOGRAPHED/LOCATION | 28. DIR. |
|---|---|---|---|---|
| 338 | 36 | 2030 | Start | |
| | 37-38 | | Loc photos - 637 Genesee St. | |
| | 39-53 | | O/A, M/R, and C/U of markers #1 - #3 - casings | |
| | 54-55 | ∨ | O/A and M/R of location from where dog emerged | |
| | 56-58 | 2037 | Loc photos - 615 Genesee St. | |
| | 59-60 | 2051 | Loc photos - 637 Genesee St. | |
| | 61-64 | | O/A and C/U of strike to front window of 637 Genesee St. | |
| | 65-67 | | O/A and C/U of strike to ground in front of 647 Genesee St. | |
| | 68-69 | ∨ | Loc photos - 623 Genesee St. | |
| ∨ | 70-72 | 2054 | O/A and C/U of strike to ground in front of 623 Genesee St. | |

PAGE 1 OF 1

**OPERATOR AND VEHICLE INFORMATION**

| 29. OPERATOR | 30. SEX | 31. ADDRESS | 32. YEAR | 33. MAKE | 34. MODEL | 35. 2DOOR | 36. LICENSE |
|---|---|---|---|---|---|---|---|
| #1 | | | | | | | |
| #2 | | | | | | | |
| #3 | | | | | | | |
| #4 | | | | | | | |

| 37. PROCESSED FOR PRINTS YES ☒ NO ☐ | TOTAL LIFTS  0 | 38. B ☒ W ☐ OTHER Silk | 39. ELIMINATIONS YES ☐ NO ☒ TOTAL ___ |
|---|---|---|---|

FINGER PRINT EVALUATION DATE  / /

41. NAME, ADDRESS AND D.O.B. OF PERSONS ARRESTED OR SUSPECTED (CIRCLE)

V ☐   NV ☐  BY ___

1.

2.

3.

IDENT:

| 42. EVIDENCE COLLECTED YES ☒ NO ☐ | 43. SAMPLE ☐ BLOOD ☐ DNA ☐ OTHER | 44. COMPOSITE PREPARED YES ☐ NO ☒  FLIER ___ | 45. FOOT L.FTS YES ☐ NO ☒ |
|---|---|---|---|
| PROPERTY SHEET LOT # | | 46. FIELD SKETCH YES ☐ NO ☒ | 47. CASTS YES ☐ NO ☒ |

48. UNUSUAL CIRCUMSTANCES - PATTERNS

I responded to the above location for the dog shot by Patrol. Upon arrival, I was briefed on the incident by Sgt. D. Williams and Sgt. Bello. I took photos of the scene and collected (3) .45 caliber casings in front of 637 Genesee St. I later processed the casings for latent prints with negative results and turned them into the Property Clerk's Office as evidence with the request that they be forwarded to the lab.

I short while later, Sgt. Bello requested that I return to the location as additional evidence had been located. I took photos of a strike to a front window of 637 Genesee St. Per Sgt. Bello, said strike appeared to be old based on the investigation. I also took photos of (2) possible strikes to the ground - (1) in front of 637 Genesee St. and (1) in front of 623 Genesee St.

| 49. REVIEWED BY | ID# | 50. TECHNICIAN B. Gotham | D# 1831 | CAR# 270 C |
|---|---|---|---|---|

RPD 1201 REV 10/03

Print

DEMPSEY 1431

PAGE __1__ of __1__

☐ **SAFEKEEPING**
☐ **DESTROY**

**ROCHESTER POLICE DEPARTMENT PROPERTY CUSTODY REPORT**

| 1. | | 2. |
|---|---|---|
| PROPERTY RETURNED TO OR VERIFIED BY : NAME _____ | RECEIVER'S SIGNATURE _____ | ORIGINAL CR# 15 - 138082 |
| DATE/TIME _____ | | WORKING CR# _____ |

| 3. LOT# | 4. LOCATION PROPERTY FOUND | 5. DATE/TIME OF CUSTODY |
|---|---|---|
| | 637 Genesee St. | 6/3/15  2034 hrs. |

6. PROPERTY CLERK NAME: _____  DATE/TIME RECEIVED:

8. EMPLOYEE WHO TURNED IN PROPERTY:

NAME: B. Gotham    ID # 1831 SECTION: Tech

9. EMPLOYEE WHO TOOK CUSTODY

NAME: _____ ID # _____ SECTION: _____

10. CASE COORDINATOR:

NAME: Coordinator    ID # _____ SECTION: Genesee

12. CASH: COMPLETE REVERSE SIDE OF PAGE:
☐ DEPOSIT
TOTAL _____
☐ HOLD - EVIDENCE
☐ SEIZURE FUNDS

13. LAB REQUEST:
☒ YES, ITEM(S) #: _____ 1 _____   ☐ NO LAB WORK
☐ TECHNICIAN WILL TAKE TO THE LAB

7.
☐ VICTIM   NAME: _____
☐ OWNER   ADDRESS: _____
☐ FINDER   ZIP CODE: _____
PHONE: DAY _____ EVE _____
☒ FINDER IS THE "CITY OF ROCHESTER"

11.
☐ SUSPECT   NAME: _____
☐ DEFENDANT   ADDRESS: _____
ZIP CODE: _____
PHONE: DAY _____ EVE _____
DOB _____ MoRIS# _____
DOES INDIVIDUAL OWN THE PROPERTY LISTED BELOW? ☐ YES ☐ NO

14. MOST SERIOUS OFFENSE:
OFFENSE CODE CLASSIFICATION: _____
☐ CLASS A FELONY ☐ OTHER FELONY ☐ MISD. ☐ VIOL. ☒ NO CHARGES

15.
COMMENTS: Casings recovered after Patrol shot at a dog

**PROPERTY TYPE USE CODES:**
A =AMMO  B=BIKES  C=CLOTHING  D=DRUGS  E=ELECTRIC EQUIP.  F=FIREWORKS
G=GUNS  H=HOUSEHOLD/OFFICE FURNIT.  J=JEWELRY
K=KNIFE, OTHER "WEAPON"  L= LICENSE PLATES  M=MONEY  P=PERISHABLES
R=RAPE KIT  S=SAMPLES  T=TOOLS  X=CAR/BLDG. PARTS  Z=MISC.

PROPERTY DESCRIPTION AREA: NUMBER EACH ITEM. THEN ACCURATELY DESCRIBE EACH ITEM. IF CASH, USE ADDENDUM FORM ON REVERSE SIDE. USE PROPERTY ADDENDUM FORM, IF MORE SPACE IS NEEDED. FIREARMS-INCLUDE CALIBER, BARREL LENGTH, FINISH, CAPACITY.

16. PROPERTY DESCRIPTION

| ITEM # | TYPE | QNTY | NYSPIN (Y / N) CK HIT | VALUE | ACCURATELY DESCRIBE PROPERTY. USE AS MANY LINES AS NEEDED. INCLUDE MAKE, MODEL, COLOR, SIZE, IDENTIFYING MARKS. | SERIAL # OR TAMPER EVIDENT BAG # |
|---|---|---|---|---|---|---|
| 1 | A | 3 | - - | <$100 $100-$499 $500-$4999 >$5000 | (3)  .45 caliber casings  - 637 Genesee St. | 203 hrs |

RPD 1217 REV 09/05

LOT #    DEMPSEY 1432   G O 450



# ROCHESTER POLICE DEPARTMENT
## INVESTIGATIVE ACTION REPORT
### NARRATIVE ONLY

Page 1 of 1

CR # 2015-00144836

**DETAIL**

| Victims Name (Last, First, Middle) or Name of Business | Location of Offense | Beat |
|---|---|---|
| City of Rochester | 583 Dewey AVE | 241 |

| Date/Time of Occurrence | Offense / Charge / Incident (Most Recent Classification) |
|---|---|
| 06/10/2015 11:48 | CPCS / CPW3 |

**NARRATIVE**

On 6/10/15, RPD SWAT assisted the Special Investigations Section with the execution of a High Risk Search Warrant at 583 Dewey Ave in relation to a weapons / narcotics investigation. The use of SWAT was requested and approved due to the violent actions of the suspects involved and the high probability of weapons inside the location.

The search warrant was conducted at approximately 1148 hours. Lieutenant ▮▮▮▮ and Sergeant ▮▮▮▮ served as incident command for the operation. The entry team consisted of Investigator ▮▮▮▮ (Team Leader), Officer ▮▮▮▮, Officer ▮▮▮▮, Officer ▮▮▮▮, Officer ▮▮▮▮, Sgt ▮▮▮▮ Officer ▮▮▮▮, Officer ▮▮▮▮, Officer ▮▮▮▮, and K9 Officer ▮▮▮▮. Sgt ▮▮▮▮ Officer ▮▮▮▮ and Officer ▮▮▮▮ conducted a Breach and Hold on the 4 side of the location as a possible secondary entry point. The front main door into the location and the northern side door of the location were damaged due to shotgun and mechanical breaches. Upon entry into the location, a large pit bull did approach the entry team in a aggressive manner and was shot 3 times by Officer ▮▮▮▮ with the RPD / SWAT issued Colt/LWRC M4 Rifle with serial # A0225243. The dog did die upon being struck. During the clearance of the location, the following were taken into custody:

1) Cathy Neal F/B ▮▮▮▮ located in the kitchen, taken into custody by Officer ▮▮▮▮

2) Wilbert Jackson M/B ▮▮▮▮ located in the 3rd floor attic, taken into custody by Officer ▮▮▮▮ /Investigator ▮▮▮▮

During the clearance, in plain view was a dark backpack located in the living room by. It was open and appeared to contain packaged narcotics. The backpack was collected by Investigator ▮▮▮▮. While clearing the 2nd floor of the location, I located a rifle leaning against the wall near a window in the northeast bedroom. The rifle was in plain view. The rifle was collected by Investigator ▮▮▮▮. During the clearance of the attic, Investigator ▮▮▮▮ located a knotted sandwich bag containing suspected cocaine in a crawlspace/hole in wall, which was in plain view. The suspected cocaine was collected by Investigator ▮▮▮▮.

(S) Jackson was turned over to Officer ▮▮▮▮. During a search, he located American Currency in the right rear pants pocket of Jackson. Investigator ▮▮▮▮ was informed, photographed the money, the collected it.

Photos of the front door (damage) / rear door (damage) and the dog were taken by RPD Technician. The rifle casings were also collected. See the IAR of Technician for further details.

The scene and suspects were turned over to members of the Special Investigations Section and the Tactical Unit

Command notified of Officer ▮▮▮▮ service weapon use.

| | IBM # | Date | Reviewed By |
|---|---|---|---|
| ALEXANDER     ERIC | ▮▮▮ | 06/11/2015 | ▮▮▮▮ |

DEMPSEY 1455

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**Page 1 of 2**

**2015-00259826**

**2015-0828**

### DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | 09/30/2015 | 07:13 | 09/30/2015 | 07:13 | 09/30/2015 | 07:13 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| **1521 Culver ROAD** | 205 | |

Violent Crime Context

### OFFENSES

| Statute | Attempt/Commit | Counts | | |
|---|---|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute | Attempt/Commit | Counts - | | |
|---|---|---|---|---|

scription -

| ation | Weapon |
|---|---|

| rceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| as Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Victim Type | Victim Name (Last First Middle) | | | | | |
|---|---|---|---|---|---|---|

| ddress | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| ity State Zip | Victim/Offender Relationship  (Offender Name  DOH  Relationship) |
|---|---|

| elephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

**R - Reporting Person      W - Witness      PK - Person w/Knowledge      NI - Not Interviewed**

| Type | Name (Last First Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| PK | Dobosz, Kari | | M | W | N | | |
| W | Casolari, Nicole, M | | F | W | N | 1521 Culver ROAD Rochester, NY | |
| PK | Mandurano, Brandon | | M | W | N | 1521 Culver ROAD Rochester, NY | |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Goodman** | **Goodman 1st** |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| **LAIOSA             JOSEPH** | **1180** | **09/30/2015** | **LAIOSA, JOSEPH** | DEMPSEY 1434 |

**NARRATIVE**

Officers Isaac Armstrong and Bernard McDonald responded for a family trouble at the location. Due to there possibly being firearms involved I told them to hold off entering the house. They set up positions around the house, with Officer Armstrong to the north of the house and Officer McDonald to the south. When the female half of the domestic (Casolari) opened the door their large dog slipped past her and jumped off the porch and charged Officer McDonald. Officer McDonald back-peddled but was trapped between the house of PK-Casolari, the house of PK-Dobosz, and a chain link fence behind him that crossed the driveway at the rear of the two houses. Unable to back up any further Officer McDonald fired one round from his issued Glock 21SF, #UBR845, down towards the dog at close range. If the round had ricocheted the backstop would have been the brick porch foundation. The round struck the dog at the bottom of his left leg, exited, and remained on the driveway. the dog retreated and ran back inside. I responded and saw the dog, who suffered only a superficial injury. Officer Rynders drove PK-Mandurano and the dog to the animal hospital at 825 White Spruce Blvd in Brighton where PK-Mandurano arraigned treatment. I spoke with both PK-Casolari who related that she did not intend to let the dog out, and was very upset, and PK-Dobosz, who heard the shot but did not witness the incident.
Technical Trewer photographed the scene and collected the casing and projectile.
LT Simmons was notified by phone.

| Reporting Officer | | BM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| LAIOSA | JOSEPH | 1180 | 09/30/2015 | LAIOSA, JOSEPH J | DEMPSEY 1435 |

| Page 1 of 4 | **ROCHESTER POLICE DEPARTMENT**<br>**INCIDENT REPORT** | CR #<br>**2015-00321079** |
|---|---|---|

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | 12/06/2015 | 18:23 | 12/06/2015 | 18:23 | 12/06/2015 | 18:42 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| **6 LANG ST** | | 217 | |

Violent Crime Context

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | HASPER, JOEL | | M | W | | | |
| W | BERMUDEZ, ALEXIS | | M | W | | | |
| PK | COX, TONY, L | | M | B | N | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi
**Used or Exhibited Gun**

| 01. Witness to the offense? | | 05. Can a suspect be described? | | 09. Is there significant Modus Operandi present? | |
|---|---|---|---|---|---|
| 02. Surveillance footage of event? | | 06. Can a suspect be identified? | | 10. Is there significant physical evidence present? | X |
| 03. Can a suspect be named? | | 07. Can a suspect vehicle be identified? | | 11. Has evidence tech work been perfomed? | X |
| 04. Can a suspect be located? | | 08. Is stolen property traceable? | | 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Clinton** | **Clinton 3rd** |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **WEBSTER** | **MATTHEW** | **1482** | **12/06/2015** | DEMPSEY |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 2 of 4

CR # 2015-00321079

## ADDT'L OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Colon, Joshua, A | | M | W | H | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | | | | | | | Nickname | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Address | | | | | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation | |
|---|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Evidence | Ammunition | | |

| Item Type and Description | Color |
|---|---|
| .45 CAL CASING | Silver |

| Quantity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Damaged Vandalized | Livestock | | |

| Item Type and Description | Color |
|---|---|
| DEAD 1 1/2 YEAR OLD MALE PITBULL CANINE | Gray |

| Quantity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| | | Glock, Inc. AU | 21 | Black |

| Caliber | Capacity | Type | Action | Serial Number | |
|---|---|---|---|---|---|
| 45 | 11 | Pistol | Semi-Automatic | UBS590 | |

| Description | Recovery Date |
|---|---|
| DUTY GUN W/ RAIL ATTACHED STREAMLIGHT FLASHLIGHT | |

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| WEBSTER | MATTHEW | 1482 | 12/06/2015 | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR # 2015-00321079

I RESPONDED TO 6 LANG ST TO ASSIST AT THE REQUEST OF OFFICER BERMUDEZ AND HASPER WHO WERE ON A SUSPA JOB THERE. THE IMMEDIATE AREA OF THIS LOCATION IS WELL KNOWN FOR VICE ACTIVITY AND WEAPONS VIOLENCE. RO'S HAD REQUESTED A SUPV, AC, AND TECH. ON ARRIVAL I OBSERVED A DEAD GRAY COLORED MALE PITBULL LAYING IN THE DRIVEWAY OF 6 LANG ST WITHIN A COUPLE FEET OF THE PUBLIC SIDEWALK. THE PITBULL HAD A POOL OF BLOOD UNDER IT'S HEAD AND WAS OBVIOUSLY DECEASED, THE PITBULL WAS ALSO CLOSEST TO THE WEST SIDE OF THE DRIVEWAY. THE LOCATION 2 STORY HOUSE WAS ON THE EAST SIDE OF THE DRIVEWAY AND HAD A ENCLOSED FRONT PORCH, WITH A SMALL CHAIN LINKED FENCED IN FRONT YARD IN FRONT OF THAT. I ALSO OBSERVED A DEPARTMENT ISSUED FEDERAL AMMUNITION .45 CAL ACP CASING ON THE PUBLIC SIDEWALK ABOUT 5 FT TO THE SOUTHEAST OF THE PITBULL. THE CURRENT LIGHTING CONDITIONS WERE NIGHT TIME, WITH MODERATE-DIM STREET LIGHTING FOR THAT LOCATION, AND THE WEATHER WAS, DRY, PT CLOUDY, WITH TEMPATURE IN THE LOWER 40'S. BOTH OFFICERS WERE IN UNIFORM, EQUIPED WITH THEIR DEPT ISSUED HOLSTER, PISTOL, AMMUNITION (230 GRN FEDERAL HOLLOW POINT, 3- 10 ROUND MAGAZINES, W/ 1 IN THE CHAMBER), AND WERE OPERATING A MARKED PATROL CAR.

I SPOKE WITH OFFICER HASPER WHO INDICATED, HE AND OFFICER BERMUDEZ OBSERVED PK1 WHO WAS ACTING SUSPICIOUSLY, BLADING HIS BODY, AND ATTEMPTING TO OBSCURE THEIR VIEW OF HIM. THEY ATTEMPTED TO STEP OUT WITH PK1 WHO WAS STANDING WITH THE UNLEASHED PITBULL ON THE PUBLIC SIDEWALK IN FRONT OF 6 LANG ST. OFFICERS ADVISED ME THAT UPON SEEING THEM STEP OUT, PK1 FLED N/B DOWN THE DRIVEWAY HOLDING HIS WAIST, WITH THE PITBULL FOLLOWING HIM. PK1 FLED PAST THE DRIVEWAY SIDE DOOR, BUT QUICKLY DOUBLED BACK WHEN PK2 OPENED THE DOOR TO LET HIM IN, TO ASSIST HIM WITH FLEEING FROM OFFICERS. OFFICER BERMUDEZ ATTEMPTED TO CUT PK1 OFF BY RUNNING N/B ON THE EAST SIDE OF THE HOUSE, BUT RAN BACK TO THE FRONT AFTER BEING ADVISED PK1 WAS FLEEING INSIDE. PK2 HOWEVER CLOSED THE DOOR W/O LETTING THE PITBULL IN TOO. AS A RESULT THE PITBULL TURNED AROUND AND IMMEDIATELY CHARGED TOWARDS OFFICER HASPER WHO WENT TO PURSUE PK1. WHILE STANDING AT THE PUBLIC SIDEWALK/WEST SIDE OF THE DRIVEWAY, OFFICER HASPER SHOT THE PITBULL W/ 1 ROUND TO THE LEFT HEAD FROM ABOUT 3-5FT AWAY AT A DOWNWARD ANGLE IN A NORTH EAST DIRECTION WITH THE VACANT FRONT PORCH AS THE BACKGROUND. THIS CAUSED THE PITBULL TO BE DECEASED ALMOST IMMEDIATELY. OFFICER BERMUDEZ HAD FULLY CIRCLED AROUND TO THE FRONT OF THE LOCATION ON THE PUBLIC SIDEWALK DIRECTLY IN FRONT OF THE LOCATION DIRECTLY EAST TO THE RIGHT OF OFFICER HASPER. OFFICER BERMUDEZ DID NOT ENGAGE DUE TO THE CHAIN LINK FENCE BETWEEN HIM AND THE PITBULL.

AFTER I ARRIVED, PK2 WAS CALLED OUT OF THE LOCATION AND CLAIMED TO BE THE OWNER OF THE 1 1/2 YEAR OLD MALE PITBULL, WHICH HE STATED WAS NAMED "BOSCO". PK1 WAS SOON AFTER TAKEN INTO CUSTODY FOR SEVERAL WARRANTS (INCLUDING A FUGITIVE VOP WARRANT), MCV LEASH CODE, AND OGA 2ND (SEE CR# 15-321022). THE CLOSEST CITY CAMERA WAS THE "REDWING PLAZA CAMERA" AT THE N/E CORNER OF N. CLINTON AVE @ LANG ST. THIS CAMERA WAS FACING S/B AND DOWNWARD AT THE INTERSECTION, WITH THE STORE FRONT BLOCKING ANY E/B VIEW OF LANG ST. ALTHOUGH IT DID NOT VIEW THE INCIDENT I HAD RO J. SANTIAGO REQUEST IT BOOKMARKED AND A REQUEST WAS DONE FOR IT.

OFFICER MATTOX AND BOSTICK ASSISTED WITH A NEIGHBORHOOD CHECK. NO NEIGHBORS REPORTED OBSERVING THE EVENT, BUT ONLY HEARING THE SHOT (SEE IAR). THE LANDLORD FOR THE LOCATION RESPONDED, BUT A TENANT COULD NOT BE LOCATED. PK2 WHO CLAIMED TO BE THE NEWPHEW OF THE TENANT ALSO STATED HE DID NOT SEE THE SHOOTING, BUT MERELY HEARD IT AFTER HE ASSISTED PK1 WITH FLEEING FROM OFFICERS. OFFICER J.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| WEBSTER | MATTHEW | 1482 | 12/06/2015 | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 4 of 4

CR #
**2015-00321079**

SANTIAGO AND TECH FERGUSON TOOK PHOTOS OF THE LOCATION/PITBULL, AND TECH RECOVERED THE SPENT CASING. NO EXIT WOUND WAS LOCATED AND THE .45 CAL PROJECTILE REMAINED IN THE HEAD OF THE DECEASED PITBULL. AC4 AMES RESPONDED ALSO AND TOOK THE DECEASED DOG. RFD ALSO RESPONDED FOR THE FLUSH OF THE FLUIDS. LT WALDO RESPONDED TO THE SCENE AND WAS BRIEFED, AND HE NOTIFIED PSS LT. M. SIMMONS.

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **WEBSTER** | **MATTHEW** | **1482** | **12/06/2015** | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| 1. OFFENSE OR INCIDENT | | 2. DAY OF WEEK | 3. MON. | 4. DAY | 5. YEAR | 6. TIME REC'D | 7. ARRIVAL TIME | 8. ORIGINAL CR # |
|---|---|---|---|---|---|---|---|---|
| DOG SHOT | | SUN | 12 | 6 | 15 | 1825 | 1840 | 15-321022 |

**9. LOCATION** 6 LANG ST

**10. WEATHER CONDITIONS** CLOUDY — **11. WORKING CR #**

**12. INVESTIGATING OFFICERS** SGT WEBSTER

**13. CAR #** 127 — **14. AT SCENE** YES ☑ NO ☐ — **15. SECTION** 7

**16. VICTIM/FIRM NAME** — **17. SEX** — **18. DOB** — **19. ADDRESS** — **20. PHONE**

**21. PHOTOGRAPH** YES ☑ NO ☐ — **22. COLOR** ☐ **OTHER** ☑ DIGITAL — **23. PHOTOS BY** E FERGUSON

| 24. PACK # | 25. NEG | 26. TIME | 27. ITEM PHOTOGRAPHED/LOCATION | 28. DIR |
|---|---|---|---|---|
| 802 | 81 | 1842 | START CARD | — |
| | 82-83 | | LOCATION | N |
| | 84-88 | | MARKER 1 - CASING | N |
| | 89-93 | | DOG | N |
| | 94-99 | | DAMAGE TO SIDE DOOR - (FORCED ENTRY BY RPD) | N |
| | 100-102 | 1849 | DOG | — |

**OPERATOR AND VEHICLE INFORMATION**

| 29. OPERATOR | 30. SEX | 31. ADDRESS | 32. YEAR | 33. MAKE | 34. MODEL | 35. COLOR | 36. LICENSE |
|---|---|---|---|---|---|---|---|
| #1 | | | | | | | |
| #2 | | | | | | | |
| #3 | | | | | | | |
| #4 | | | | | | | |

**37. PROCESSED FOR PRINTS** YES ☑ NO ☐  TOTAL LIFTS O

**38.** B ☑ 'W ☐  OTHER ☑ SANTTA

**39. ELIMINATIONS** YES ☐ NO ☐ TOTAL

**40.** FINGER PRINT EVALUATION DATE

**41. NAME, ADDRESS AND D.O.B. OF PERSONS ARRESTED OR SUSPECTED (CIRCLE)**
1.
2.
3.

V ☐  NV ☐  BY

IDENT:

**42. EVIDENCE COLLECTED** YES ☑ NO ☐

**43. SAMPLE** ☐ BLOOD ☐ DNA ☐ OTHER

PROPERTY SHEET LOT#

**44. COMPOSITE PREPARED** YES ☐ NO ☑  FLIER

**46.** FIELD SKETCH  YES ☐ NO ☑

**45.** FOOT LIFTS YES ☐ NO ☑

**47.** CASTS  YES ☐ NO ☑

**48. UNUSUAL CIRCUMSTANCES - PATTERNS**

I RESPONDED TO THE LOCATION FOR A DOG SHOT BY RPD.
UPON ARRIVAL, I PHOTOGRAPHED THE SCENE AND
COLLECTED (1) .45 CAL CASING. (PROCESSED - NO PRINTS).
CASING TURNED IN TO PROPERTY CLERK.

**49. REVIEWED BY** — **ID#** — **50. TECHNICIAN** E FERGUSON — **ID#** 1668 — **CAR#** 220

RPD 1201 REV 10/03

TECHNICIAN'S COPY

GO 457

DEMPSEY 1440

PAGE _1_ of _1_

☐ **SAFEKEEPING**
☐ **DESTROY**

**ROCHESTER POLICE DEPARTMENT PROPERTY CUSTODY REPORT**

**1**

PROPERTY RETURNED TO OR VERIFIED BY . NAME _____

RECEIVER'S SIGNATURE: _____

DATE/TIME _____

**2.** ORIGINAL CR# /5-32l022

WORKING CR# _____

**3. LOT#** _____

**4. LOCATION PROPERTY FOUND** 6 LANG ST

**5. DATE/TIME OF CUSTODY** 12/6/l5 1844

**6. PROPERTY CLERK NAME** _____  DATE/TIME RECEIVED

**8. EMPLOYEE WHO TURNED IN PROPERTY:**
NAME: E. FERGUSON ID # 1668 SECTION: TECH

**9. EMPLOYEE WHO TOOK CUSTODY :**
NAME: ✓  ID # ✓  SECTION: ✓

**10. CASE COORDINATOR:**
NAME SGT. WEBSTER ID # _____ SECTION: 7

**12. CASH: COMPLETE REVERSE SIDE OF PAGE:**
TOTAL _____
☐ DEPOSIT
☐ HOLD - EVIDENCE
☐ SEIZURE FUNDS

**7.**
☐ VICTIM    NAME: _____
☐ OWNER    ADDRESS: _____
☐ FINDER    ZIP CODE: _____
            PHONE: DAY _____ EVE _____
☑ FINDER IS THE "CITY OF ROCHESTER"

**11**
☐ SUSPECT    NAME: _____
☐ DEFENDANT    ADDRESS: _____
            ZIP CODE: _____
            PHONE: DAY _____ EVE _____
DOB _____ MoRIS# _____
DOES INDIVIDUAL OWN THE PROPERTY LISTED BELOW? ☐ YES  ☐ NO

**13. LAB REQUEST:**
☑ YES, ITEM(S) #: /  ☐ NO LAB WORK
☐ TECHNICIAN WILL TAKE TO THE LAB

**14. MOST SERIOUS OFFENSE:** DOG SHOS
OFFENSE CODE CLASSIFICATION: _____
☐ CLASS A FELONY  ☐ OTHER FELONY  ☐ MISD.  ☐ VIOL.  ☐ NO CHARGES

**15.**
COMMENTS: _____

**PROPERTY TYPE USE CODES:**
A =AMMO  B=BIKES  C=CLOTHING  D=DRUGS  E=ELECTRIC EQUIP.  F=FIREWORKS
G=GUNS  H=HOUSEHOLD/OFFICE FURNIT.  J=JEWELRY
K=KNIFE, OTHER "WEAPON"  L= LICENSE PLATES  M=MONEY  P=PERISHABLES
R=RAPE KIT  S=SAMPLES  T=TOOLS  X=CAR/BLDG. PARTS  Z=MISC.

PROPERTY DESCRIPTION AREA: NUMBER EACH ITEM, THEN ACCURATELY DESCRIBE EACH ITEM. IF CASH, USE ADDENDUM FORM ON REVERSE SIDE. USE PROPERTY ADDENDUM FORM, IF MORE SPACE IS NEEDED. FIREARMS-INCLUDE CALIBER, BARREL LENGTH, FINISH, CAPACITY.

**16. PROPERTY DESCRIPTION**

| ITEM # | TYPE | QNTY | NYSPIN (Y/N) CK HIT | VALUE | ACCURATELY DESCRIBE PROPERTY: USE AS MANY LINES AS NEEDED, INCLUDE MAKE, MODEL, COLOR, SIZE, IDENTIFYING MARKS. | SERIAL # OR TAMPER EVIDENT BAG # |
|---|---|---|---|---|---|---|
| l | Z | l | ✓ | < $100 / $100-$499 / $500-$4999 / >$5000 | .45 CAL CASING | 1844 |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |
| | | | | < $100 / $100-$499 / $500-$4999 / >$5000 | | |

RPD 1217 REV 09/05

PROPERTY CLERK - LOT # _____

DEMPSEY 1441  GO 450

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 1 of 4

CR # 2015-00321022

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| 22. All Other Offenses | 12/06/2015 | 18:23 | 12/06/2015 | 18:20 | 12/06/2015 | 18:23 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 6 LANG ST | 217 | |

Violent Crime Context

## OFFENSES

Statute - **31-4**    Attempt/Commit - **Completed**    Counts - **1**

Description - **UNLEASHED DOG OFF OWNERS PREMISE**

| Location | Weapon |
|---|---|
| Street-47 | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | No | No |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| No Bias-Not Applicable-77 | | | |

Statute - **PL 195.05**    **AM2**    Attempt/Commit - **Completed**    Counts - **1**

Description - **Obstruct Governmental Administration 2nd**

| Location | Weapon |
|---|---|
| Street-47 | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | No | No |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| No Bias-Not Applicable-77 | | | |

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| Society Public-S | City of Rochester |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| 185 Exchange BLVD | | | | | | Not Applicable |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| Rochester, NY 14614 | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| (585)428-1110 | Business - NA | Business - NA | Business - NA |

## PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Colon, Joshua, a | | M | W | H | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT / MISSING PER

| Type - **S** | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|
| Arrestee | COX, TONY, L | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | McRIS / JCR # |
|---|---|---|---|---|---|---|
| | | | M | B | N | 283415 |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| 5' 9 | 180 | Black | Short | Brown | No | Light | Thin | | No |

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|
| BLACK HOODIE | Apparently Normal | |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|
| | | |

## INVESTIGATION

Modus Operandi

| | | | |
|---|---|---|---|
| 01. Witness to the offense? | | 05. Can a suspect be described? | | 09. Is there significant Modus Operandi present? X |
| 02. Surveillance footage of event? | | 06. Can a suspect be identified? | | 10. Is there significant physical evidence present? X |
| 03. Can a suspect be named? | X | 07. Can a suspect vehicle be identified? | | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | X | 08. Is stolen property traceable? | | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Cleared by Arrest - Adult | | Patrol - Clinton | Clinton 3rd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| HASPER | JOEL | 2072 | 12/06/2015 | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

### ADDT'L OFFENSE

| | | | | |
|---|---|---|---|---|
| Statute - | Attempt/Commit - | Counts - | | |
| Description - | | | | |
| Location | | Weapon | | |
| Larceny Type | | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | | # of Premises Entered |

### VICTIM #2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | |
| Telephone | Level of Injury | Type of Injury | | Medical Treatment | | | |

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### SUSPECT #2

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Type - | Suspect Name (Last, First, Middle) | | | | | | Nickname | | |
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # | | |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|
| | | |

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Damaged Vandalized** | **Other Property** | **$100** | | |
| Item Type and Description | | | | Color |
| **REAR DOOR FRAME TO LOCATION** | | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Evidence** | **Drug or Narcotic** | | | |
| Item Type and Description | | | | Color |
| **2 BAGS OF MARIJUANA FROM VEHICLE** | | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **2** | **Item(s)** | **Estimate** | **Marijuana** |

### FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| Caliber | Capacity | Type | Action | Serial Number |
| Description | | | | Recovery Date |

### VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| **Involved Vehicle** | **2005** | **Acura** | **RL** | **4 Door Hardtop** | **Gray** |

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|
| **NY** | | **JH4KB16595C014852** | |

Additional Description
**(PK)'S VEHICLE WITH WEED IN PLAIN VIEW**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **HASPER** | **JOEL** | **2072** | **12/06/2015** | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 3 of 4

CR #
2015-00321022

ON 12/6/15 I WAS A 2 MAN CAR P47C WITH OFC BERMUDEZ. RO'S WERE DETAILED TO THE N CLINTON AVE CORRIDOR PROACTIVELY DEALING WITH DRUG CORNERS AND WORKING ANTI VIOLENCE.

AT ABOUT 1820 HRS RO'S OBSERVED 3 MALES STANDING ON THE CORNER OF N CLINTON AVE/LANG ST WITH A LOOSE BLUE/GRAY PIT BULL. THIS CORNER IS A WELL KNOWN OPEN AIR DRUG LOCATION. AS RO'S PULLED UP TO THE CORNER, A LIGHT SKINNED M/B WEARING A BLACK HOODIE WITH HIS HOOD UP (LATER IDENTIFIED AS (A)-COX) QUICKLY BLADED HIS BODY WHILE CONCEALING HIS HINDS AT HIS FRONT WAISTBAND. (A) THEN WALKED E/B ON THE NORTH SIDEWALK WHILE STEPPING BEHIND THE OTHER MALES AND THEN AS SOON AS RO'S PASSED IN FRONT OF HIM HE ABRUPTLY STOPPED AND BEGAN TO WALK AWAY FROM OFFICERS W/B ON LANG ST TOWARD N CLINTON AVE. RO'S THEN DROVE AROUND THE BLOCK AND ATTEMPTED TO LOCATE (A). RO'S STOPPED A M/B IN THE SAME CLOTHING AT N CLINTON AVE/GENEVA ST HOWEVER THIS MALE WAS NOT (A). THIS MALE DID STATE THAT AS SOON AS OFFICERS PASSED (A) HE OBSERVED HIM QUICKLY RUN AND ACT AS IF HE WAS HIDING.

AT ABOUT 1823 HRS RO'S DROVE BACK ONTO LANG ST AND LOCATED (A) STANDING ALONE ON THE SIDEWALK IN FRONT OF 6 LANG ST. (A) HAD THE SAME UNLEASHED DOG WITH HIM ON THE SIDEWALK AS HE DID A FEW MINUTES EARLIER AT THE CORNER OF LANG ST/N CLINTON AVE. RO'S THEN STOPPED THE PATROL CAR AND ORDERED (A) TO STOP SO THEY COULD ISSUE HIM A M.C. FOR THE UNLEASHED DOG. AT THIS TIME (A) REACHED INTO HIS FRONT RIGHT HOODIE POCKET CONCEALING HIS RIGHT HAND AND FLED N/B DOWN THE DRIVEWAY AND TO THE BACK YARD. AS (A) DID THIS I ORDERED HIM TO STOP HOWEVER HE REFUSED. (A) REACHED THE BACK YARD WITH THE UNLEASHED DOG RUNNING BY HIS SIDE THEN TURNED AROUND AND RAN BACK AT RO'S. I AGAIN ORDERED (A) TO STOP AT GUNPOINT HOWEVER HE REFUSED AND THEN QUICKLY FLED INTO THE SIDE DOOR TO 6 LANG ST CLOSING THE DOOR BEHIND HIM. AT THIS TIME (PK) WAS AT THE DOOR AND ASSISTED IN ALLOWING (A) INTO THE LOCATION. THE DOG DID NOT GO INSIDE AND CONTINUED TO RUN STRAIGHT TOWARD RO'S CAUSING OFC HASPER TO DISPATCH THE DOG (SEE SGT WEBSTER'S REPORT 15-321079).

UPON THE ARRIVAL OF ASSISTING OFFICERS CONTACT WAS MADE WITH (PK) AT THE DOOR THAT HE ALLOWED (A) TO RUN INTO. (PK) STATED THAT HE DID NOT LIVE THERE AND THAT (A) DID NOT LIVE THERE EITHER. AT THIS TIME (PK) WAS DETAINED AND (A) CAME TO THE DOOR AND REFUSED TO EXIT OR OPEN THE DOOR. FORCED ENTRY WAS MADE INTO THE LOCATION (DAMAGE TO THE DOOR FRAME) TO ARREST (A). UPON ENTRY (A) WAS TAKEN INTO CUSTODY WITHOUT FURTHER INCIDENT. THE INTERIOR OF THE LOCATION SMELLED OF MARIJUANA AND AT NO TIME COULD RO'S LOCATE A LEGAL RESIDENT TO THE LOCATION. A CHECK OF VEHICLES ON THE STREET REVEALED THAT A GRAY ACURA REGISTERED TO (PK) WAS PARKED OUT FRONT WITH 1 BAG OF MARIJUANA IN PLAIN VIEW IN THE CENTER CONSOLE. A CHECK OF THE INTERIOR REVEALED A 2ND BAG ON THE FLOOR BOARD TO THE CAR. AS OF THIS WRITING (PK) HAS NOT BEEN CHARGED.

A RECORDS CHECK REVEALED THAT (A) HAD AN ARREST WARRANT FROM RPD CR #15-233663 DATED 9/3/15 FROM HON. JUDGE JOHNSON FOR MENACING 2ND, C.O.B. AND HARASSMENT 2ND. ADDITIONALLY (A) IS ON PAROLE FOR BURGLARY OUT OF THE STATE OF INDIANA WITH AN ACTIVE NATION WIDE EXTRADITABLE WARRANT. (A) WAS TRANSPORTED TO RPD THEN BOOKING. FELONY FUGITIVE WARRANT LODGED AND (A) WAS ARRESTED FOR HAVING AN UNLEASHED DOG AND O.G.A. 2ND.

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| HASPER | JOEL | 2072 | 12/06/2015 | |

DEMPSEY 000404
You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 4 of 4

CR #
**2015-00321022**

**DRUGS LOCATED INSIDE THE ABOVE VEHICLE TURNED INTO THE PSB.**

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **HASPER** | **JOEL** | **2072** | **12/06/2015** | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 2

CR #
**2016-00000487**

### DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | **01/01/2016** | **11:40** | **01/01/2016** | **11:40** | **01/01/2016** | **11:40** |

| Incident Address | Beat | Campus Code |
|---|---|---|
| **40 Hawkins ST** | **277** | |

Violent Crime Context

### OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Renz, Chris | | M | W | N | | |
| PK | Martell, Tiffani | | F | B | N | | |
| PK | Cooper, John, R | | M | B | N | | |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Clinton** | **Clinton 2nd** |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **RIVERA        JOHN** | **0879** | **01/01/2016** | **RIVERA, JOHN J.** |

Incident Report 2016-00000487 Page 1 OF 1

DEMPSEY 1446

**NARRATIVE**

On 01/01/16 at approximately 1140hrs., Clinton Section Officers responded to 40 Hawkins St. for a domestic call. (PK) Martell reported to 911 that (PK) Cooper was refusing to leave the location. (RP) Renz was the first Officer to arrive at the location. (RP) stated that as he approached the front steps, which lead to the porch of the location, the front door opened and a pit bull charged at him. (RP) attempted to back away as the dog charged at him. (RP) discharged his department issued Glock 21, Gen4, .45, serial #TPB518, pistol at the dog. (RP) struck the animal with five rounds. (RP) shot at a downward angle with a soft, grassy backstop. The animal was terminated. R/Sgt. responded to the location and requested a technician to respond. T-220B Dthoy responded. Photographs were taken and the casings were recovered. Special Services was requested to respond and dispose of the animal. R/Sgt. contacted SDO 410B Lt. DiPrimo and 107B Captain Brown.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| RIVERA | JOHN | 0879 | 01/01/2016 | RIVERA, JOHN J. |

DEMPSEY 1447

# ROCHESTER POLICE DEPARTMENT
## INVESTIGATIVE ACTION REPORT
### NARRATIVE ONLY

| Page 1 of 1 | | 2016-00005694 |
|---|---|---|

**DETAIL**

| Victim's Name (Last, First, Middle) or Name of Business | Location of Offense | Beat |
|---|---|---|
| N/A | 269 Steko AVE | 211 |

| Date/Time of Occurrence | Offense / Charge / Incident (Most Recent Classification) |
|---|---|
| 01/07/2016 19:04 | Search Warrant- Weapons Discharge |

**NARRATIVE**

1. On the above date and time members of GRANET were executing a no-knock narcotics search warrant at 269 Steko Ave.

2. The living room was illuminated by artificial lighting and the weather was 29 degrees with cloudy skies.

3. Inv. ████ was on duty wearing his department issued BDU raid gear and ballistic vest.

4. Inv. ████ breached the front door with battering ram. After announcing "Police Search Warrant", Inv. ████, who assigned the shotgun, stepped into the doorway and immediately saw an adult rottweiler dog in the living room approximately 4 feet away. The dog was growling and began advancing towards Inv. ████ in a threatening manner with its hair raised on the back of its neck.

5. Inv. ████ fired one round from the shotgun striking the dog.

6. The firearm was an authorized service weapon being a Remington 12 gauge pump action shotgun, serial number AB086067M. The shotgun was loaded with 5 rounds of 00 buckshot which is the actual capacity.

7. There was no other instrument or weapon used by Inv. ████

8. There were no civilian witnesses because the residents were not home.

9. The entry team included Inv. ████ Inv. ████ Off. ████████, MCSO Deputy ████, BPD Officer ████ and myself.

10. N/A

11. We had no prior information regarding a dog being at the house.

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| | | | DEMPSEY 1448 |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 2

2016-00005694

**DETAIL**

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| 10. Narcotics Offenses | | 01/07/2016 | 19:04 | 01/07/2016 | 19:04 | 01/07/2016 | 19:04 |

| Incident Address | | | | Beat | Campus Code |
|---|---|---|---|---|---|
| 269 STEKO AVE | | | | 211 | |

Violent Crime Context

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| Society Public-S | City of Rochester |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| 185 Exchange BLVD | | | | | | Not Applicable |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| Rochester, NY 14614 | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| (585)428-1110 | Business - NA | Business - NA | Business - NA |

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NI | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ | W | N | 269 STEKO AVE Rochester, NY | |
| | | | | | | | |
| | | | | | | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | | | | | Nickname | |
|---|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
|---|---|---|
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Office | | SIS | SIS |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮ | | 01/08/2016 | | DEMPSEY 1449 |

Incident Report, Page 1 OF 2

Case 6:21-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page 41 of 225

RO SERVED THE LAWFUL SEARCH WARRANT AT THE ABOVE DATE TIME AND LOCATION WITH OTHER MEMBERS OF GRANET AND THE TACTICAL UNIT. UPON ENTRY INV.███████WAS FORCED TO SHOOT AN AGGRESSIVE ROTTWEILER AT THE DOOR. THERE WERE NO PERSONS PRESENT AT THE HOUSE. THE DECEASED DOG WAS TURNED OVER TO BUILDING SERVICES. (TECHNICIAN ████████RESPONDED FOR THE EMPTY SHELL CASING AND PHOTOGRAPHS OF DOG). SEE INV.████████IA FOR FURTHER DETAILS.

AFTER THE LOCATION WAS SECURED AND PHOTOS TAKEN A SYSTEMATIC SEARCH WAS DONE AT THE LOCATION WITH THE FOLLOWING COLLECTED:
PAPERWORK/MAIL IN THE NAMES OF ████████████████████████████████████████AND A GRAM SCALE IN THE LIVING ROOM AREA.
EN EMPTY BOTTLE OF INOSOTOL (CUTTING AGENT), 2 ID'S FOR ████████████ NEW AND UNUSED ZIP LOCK BAGS IN THE MASTER BEDROOM AREA.

RO COLLECTED ALL AS EVIDENCE AND TURNED ALL INTO THE PROPERTY CLERKS OFFICE.


OFFICE

**NARRATIVE**

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| | | 01/08/2016 | |

DEMPSEY 1450

# ROCHESTER POLICE DEPARTMENT
## INVESTIGATIVE ACTION REPORT
### NARRATIVE ONLY

| Page 1 of 1 | | 2016-00005694 |
| --- | --- | --- |

**DETAIL**

| Victim's Name (Last, First, Middle) or Name of Business | Location of Offense | Beat |
| --- | --- | --- |
| CITY OF ROCHESTER | 269 STEKO AVE | 211 |

| Date/Time of Occurrence | Offense / Charge / Incident (Most Recent Classification) |
| --- | --- |
| 01/07/2015 19:04 | SEARCH WARRANT |

**NARRATIVE**

ON THE ABOVE DATE AND TIME R/I WAS ON THE ENTRY TEAM ON THE ABOVE LISTED SEARCH WARRANT. R/I WAS ASSIGNED THE SHOTGUN AND WAS THE FIRST TO ENTER THE LOCATION AFTER THE DOOR WAS BREACHED BY INV. ▮

UPON ENTRY R/I ENCOUNTERED A LARGE AGGRESSIVE ROTTWEILER IN THE LIVING ROOM. THE DOG WAS BARKING AND CHARGING THE ENTRY TEAM. R/I FIRED ONE ROUND FROM THE ISSUED SHOTGUN STRIKING THE DOG IN THE HEAD AND NECK AREA ENDING THE THREAT.

NO ONE WAS FOUND INSIDE THE LOCATION.

ONCE THE LOCATION WAS SECURED R/I SEARCHED THE UPSTAIRS MASTER BEDROOM AND FOUND A BOTTLE OF CUT IN A TABLE DRAWER. I ALSO NOTICED WHAT APPEARED TO BE COCAINE RESIDUE ON A MIRROR ON A NIGHTSTAND. R/I ALERTED INV. ▮ TO THE ABOVE.

R/I THEN SEARCHED THE ATTIC WITH NO EVIDENCE LOCATED.

| Reporting Officer | IBM # | Date | Reviewed By | |
| --- | --- | --- | --- | --- |
| | | 01/08/2016 | | DEMPSEY 1451 |

IAR Narrative Only  Page 1 OF

2016-0220

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 4

**CR #**
**2016-00075932**

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 03/30/2016 | 18:20 | 03/30/2016 | 18:20 | 03/30/2016 | 18:20 |

Incident Address: **24 OAKMAN ST**

Beat: 277   Campus Code:

Violent Crime Context

## OFFENSES

Statute -     Attempt/Commit -     Counts -

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

Statute -     Attempt/Commit -     Counts -

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

City, State, Zip     Victim/Offender Relationship   (Offender Name, DOB, Relationship)

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | ACRE, JOSE, J | | M | W | H | 24 OAKMAN ST Rochester, NY | |
| PK | ACRE-RODRIGUEZ, JOSE, A | | M | W | H | 24 OAKMAN ST Rochester, NY | |
| PK | RODRIGUEZ, IRIS | | F | W | H | 24 OAKMAN ST Rochester, NY | |

## SUSPECT / MISSING PER

Type -     Suspect Name (Last, First, Middle)     Nickname

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

Clothing, Jewelry, Distinguishing Features     Offender Condition     Scars, Marks, Tattoos

Mothers Maiden Name     Place of Birth     School Name / ID #

## INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

09. Is there significant Modus Operandi present?
10. Is there significant physical evidence present?
11. Has evidence tech work been performed?
12. Preliminary investigation NOT completed?

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Clinton | Clinton 3rd |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| REAVES | BING | 1767 | 03/30/2016 | | DEMPSEY 1452 |

Incident Report, Page 1 OF 4

| Page 2 of 4 | | ROCHESTER POLICE DEPARTMENT<br>INCIDENT REPORT | CR #<br>2016-00075932 |
|---|---|---|---|

**ADDTL OFFENSE**

| Statute - | Attempt/Commit - | Counts - | | |
|---|---|---|---|---|
| Description - | | | | |
| Location | | | Weapon | |
| Larceny Type | | Aggravated Assault Circumstances | | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | | # of Premises Entered |

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status | |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | | |
| Telephone | Level of Injury | Type of Injury | | Medical Treatment | |

**PERSONS**

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Bandura, Donald | ▓▓▓ | M | W | N | ▓▓▓ | ▓▓▓ |

**SUSPECT #2**

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | Offender Condition | | Scars, Marks, Tattoos | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Damaged Vandalized | Household Pets | $1 | |

| Item Type and Description | | | | Color |
|---|---|---|---|---|
| BROWN AND WHITE PITT BULL | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| 1 | Item(s) | | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | | | | Color |
|---|---|---|---|---|
| | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| | | | | |

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| Caliber | Capacity | Type | Action | Serial Number | |
| Description | | | | Recovery Date |

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| State | Plate Number | VIN # | | Recovery Date | |
| Additional Description | | | | | |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| REAVES | BING | 1767 | 03/30/2016 | |

DEMPSEY 1453

Incident Report Page 2 OF 4

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
**2016-00075932**

**NARRATIVE**

On the above date and time Ofc. Celiberti and Ofc. Kenny responded to 24 Oakman st for the report of a domestic involving a knife. Officers later arrested Jose A Arce-Rodriguez d.o.b.⬛⬛⬛ (see cr#16-075882). Both Officers were on duty and wearing their patrol uniform. Upon arrival Officers approached 24 Oakman st from the front driveway of the location. Ofc. Celiberti shook the fence to see if there was a dog present. Ofc. Celiberti did not see or hear a dog so he entered the property after he felt safe to do so. Once Ofc. Celiberti entered the fenced in area he was charged by a brown and white 2 year old pit bull dog named "Diero". The dog ran out of an open side door of 24 Oakman st. The weather conditions were clear and sunny out. Ofc. Celiberti fired one round at the dog approximately 5 feet away using his authorized duty pistol (Glock 21 serial #TPB609) in a northwest direction towards the pavement. The round struck "Diero" in the right front paw and then the pavement. "Diero" then ran back into 24 Oakman st. Ofc. Kenny notified Sgt. Webster via cell phone call of the incident. Ofc. Celiberti fired his duty pistol in a safe direction with the back drop being the driveway pavement and the cinder block foundation of 24 Oakman st. AC-6 G. Emerick responded to the scene to assist the family with transporting the injured dog to the Vet for treatment.

The following are the details regarding the incident:

1. Officers were dispatched to the above location for domestic argument involving a knife.

2. The location was a paved driveway with a cinder block foundation as part of the back drop.

3. Ofc's. Celiberti and Kenny were on duty working in a uniform capacity.

4. Officer Celiberti discharged one round of 230 grain of federal 45 caliber HST.

5. Officer Celiberti utilized Glock 21
a.) Authorized service weapon
b.) Semi-Automatic
c.) Glock 21, 45 Auto, serial number TPB609
d.) 13 round capacity of 45 ACP, (Loaded "patrol ready" with 14 rounds)
e.) Federal Brand 45. ACP HST
f.) Authorized Duty Holster Safari Land
g.) Pistol permit number not applicable

On this date Ofc. Celiberti and Ofc. Kenny were all assigned patrol cars answering calls for service in Clinton section 3rd platoon.
Tech work was performed by Ofc. Gotham. Photos were taken and 1 shell casing was turned into property clerk office by Ofc. Gotham. Lt. Waldo responded to the scene and

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| REAVES | BING | 1767 | 03/30/2016 | |

DEMPSEY 1454



**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 4 of 4

CR #
**2016-00075932**

made notifications including Lt. Simmons.

Ofc. Hasper performed a neighborhood check with the following results:

21 Oakman st - Vacant
27 Oakman st - Vacant
███████ - (W) Donald Badura d.o.b.████████ M/W ██████████

Donald stated that he saw Ofc Celiberti enter the fenced in area of 24 Oakman st when the dog charged at him. He then witnessed Ofc Celiberti discharge one round at the dog causes the dog to flee. Donald said that he is willing to give a deposition but not at this time because he did not want his neighbors to be upset at him for cooperating with the police.

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **REAVES** | **BING** | **1767** | **03/30/2016** | | |

DEMPSEY 1455
Incident Report Page 4 OF 4

PAGE __1__ of __1__

☒ EVIDENCE
☐ SAFEKEEPING
☐ DESTROY

**ROCHESTER POLICE DEPARTMENT PROPERTY CUSTODY REPORT**

**1.**
PROPERTY RETURNED TO OR VERIFIED BY . NAME _____
RECEIVER'S
SIGNATURE: _____
DATE/TIME _____

**2.**
ORIGINAL CR# 16-075932
WORKING CR# _____

**3. LOT#** _____
**4. LOCATION PROPERTY FOUND** 24 Oakman St
**5. DATE/TIME OF CUSTODY** 3/30/16   1853 hrs.

**6. PROPERTY CLERK NAME:** _____ DATE/TIME RECEIVED

**8. EMPLOYEE WHO TURNED IN PROPERTY:**
NAME: B. Gotham   ID # 1831   SECTION: Tech

**9. EMPLOYEE WHO TOOK CUSTODY .**
NAME: _____   ID # _____   SECTION: _____

**10. CASE COORDINATOR:**
NAME: Coordinator   ID# _____   SECTION: Clinton

**12. CASH: COMPLETE REVERSE SIDE OF PAGE:**
TOTAL _____
☐ DEPOSIT
☐ HOLD – EVIDENCE
☐ SEIZURE FUNDS

**13. LAB REQUEST:**
☒ YES, ITEM(S) #: _____1_____   ☐ NO LAB WORK
☐ TECHNICIAN WILL TAKE TO THE LAB

☐ VICTIM   NAME: _____
☐ OWNER   ADDRESS: _____
☐ FINDER   ZIP CODE: _____
PHONE: DAY _____ EVE _____
☐ FINDER IS THE "CITY OF ROCHESTER"

☐ SUSPECT   NAME: _____
☐ DEFENDANT   ADDRESS: _____
ZIP CODE: _____
PHONE: DAY _____ EVE _____
DOB _____ MoRIS# _____
DOES INDIVIDUAL OWN THE PROPERTY LISTED BELOW? ☐ YES ☐ NO

**14. MOST SERIOUS OFFENSE:**
OFFENSE CODE CLASSIFICATION: _____
☐ CLASS A FELONY ☐ OTHER FELONY ☐ MISD. ☐ VIOL. ☒ NO CHARGES

**15.**
COMMENTS   Discharge of Officer handgun toward dog

**PROPERTY TYPE USE CODES:**
A=AMMO B=BIKES C=CLOTHING D=DRUGS E=ELECTRIC EQUIP. F=FIREWORKS
G=GUNS H=HOUSEHOLD/OFFICE FURNIT. J=JEWELRY
K=KNIFE, OTHER "WEAPON" L= LICENSE PLATES M=MONEY P=PERISHABLES
R=RAPE KIT S=SAMPLES T=TOOLS X=CAR/BLDG. PARTS Z=MISC.

PROPERTY DESCRIPTION AREA: NUMBER EACH ITEM, THEN ACCURATELY
DESCRIBE EACH ITEM. IF CASH, USE ADDENDUM FORM ON REVERSE SIDE.
USE PROPERTY ADDENDUM FORM, IF MORE SPACE IS NEEDED.
FIREARMS-INCLUDE CALIBER, BARREL LENGTH, FINISH, CAPACITY.

**16. PROPERTY DESCRIPTION**

| ITEM # | TYPE | QNTY | NYSPIN (Y / N) CK HIT | VALUE | ACCURATELY DESCRIBE PROPERTY: USE AS MANY LINES AS NEEDED. INCLUDE MAKE, MODEL, COLOR, SIZE, IDENTIFYING MARKS. | SERIAL # OR TAMPER EVIDENT BAG # |
|---|---|---|---|---|---|---|
| 1 | A | 1 | – – | < $100 / $100-$499 / $500-$4999 / >$5000 | (1) .45 caliber casing | 1853 hrs. |
|  |  |  |  | < $100 / $100-$499 / $500-$4999 / >$5000 |  |  |
|  |  |  |  | < $100 / $100-$499 / $500-$4999 / >$5000 |  |  |
|  |  |  |  | < $100 / $100-$499 / $500-$4999 / >$5000 |  |  |
|  |  |  |  | < $100 / $100-$499 / $500-$4999 / >$5000 |  |  |
|  |  |  |  | < $100 / $100-$499 / $500-$4999 / >$5000 |  |  |
|  |  |  |  | < $100 / $100-$499 / $500-$4999 / >$5000 |  |  |

DEMPSEY 1456

GO 450

| 1. OFFENSE OR INCIDENT | | | | | 2 DAY OF WEEK | 3. MON | 4. DAY | 5. YEAR | 6. TIME RECD | 7. ARRIVAL TIME | | 8. ORIGINAL CR # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dog Shot | | | | | Wed | 3 | 30 | 16 | 1824 | 1845 | | 16-075932 |
| 9. LOCATION | | | | | | | | 10. WEATHER CONDITIONS | | | 5. WORKING CR # | |
| 24 Oakman St. | | | | | | | | Warm, Partly Cloudy | | | | |
| 12. INVESTIGATING OFFICERS | | | | | | | | | 13. CAR # | | 14. AT SCENE | 15. SECTION |
| Sgt. Reaves | | | | | | | | | 137 C | | YES ☒ NO ☐ | 7 |
| 16. VICTIM/FIRM NAME | | | | 17. SEX | 18. DOB | 19. ADDRESS | | | | | 20. PHONE | |
| | | | | | / / | | | | | | | |
| 21. PHOTOGRAPH | | 22 | | | | | | 23. PHOTOS BY | | | | |
| YES ☒ NO ☐ | | | COLOR ☒ OTHER | Digital | | | | B. Gotham | | | | |
| 24. PACK # | 25. NEG. | 26. TIME | 27 ITEM PHOTOGRAPHED/LOCATION | | | | | | | | | 28. DIR |
| 229 | 51 | 1845 | Start | | | | | | | | | |
| | 52-53 | | Loc photos | | | | | | | | | |
| | 54-60 | | O/A and C/U of dog injury | | | | | | | | | |
| | 61-65 | | O/A and C/U of casing | | | | | | | | | |
| | 66-70 | 1854 | O/A and C/U of possible strike to pavement | | | | | | | | | |

**OPERATOR AND VEHICLE INFORMATION**

| 29. OPERATOR | | 30 SEX | 31. ADDRESS | | | | 32. YEAR | 33. MAKE | 34. MODEL | 35. COLOR | 36. LICENSE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | | | | | | | | | | | |
| #2 | | | | | | | | | | | |
| #3 | | | | | | | | | | | |
| #4 | | | | | | | | | | | |

| 37. PROCESSED FOR PRINTS | | | 38. | | | 39. ELIMINATIONS | |
|---|---|---|---|---|---|---|---|
| YES ☒ NO ☐ | TOTAL LIFTS 0 | | B ☒ W ☐ OTHER Banta | | | YES ☐ NO ☒ TOTAL ___ | |

FINGER PRINT EVALUATION DATE ___/___/___

40. NAME ADDRESS AND D O B. OF PERSONS ARRESTED OR SUSPECTED (CIRCLE)

1

V ☐ NV ☐ BY _____ 2

IDENT: _____ 3

| 42. EVIDENCE COLLECTED | 43. SAMPLE | 44. COMPOSITE PREPARED | | 45 | |
|---|---|---|---|---|---|
| YES ☒ NO ☐ | ☐ SAMPLE | YES ☐ NO ☒ FLIER ____ | | FOOT LIFTS | YES ☐ NO ☒ |
| | ☐ BLOOD ☐ DNA | 46 | | 47 | |
| PROPERTY SHEET LOT # | ☐ OTHER | FIELD SKETCH YES ☐ NO ☒ | | CASTS | YES ☐ NO ☒ |

48. UNUSUAL CIRCUMSTANCES - PATTERNS

I responded to the above location for the dog shot by Patrol. Upon arrival, I was briefed on the incident by Patrol. I took photos of the dog's injuries in the basement of the location with the assistance of Animal Control. I then photographed the scene which included (1) 45 caliber casing and a possible strike to the pavement. I searched for additional physical evidence with negative results. I collected the casing and later processed it for latent prints with negative results. The casing was then turned into the Property Clerk's Office as evidence, and I requested that it be forwarded to the lab.

| 49. REVIEWED BY | ID# | 50. TECHNICIAN | D# | CAR# |
|---|---|---|---|---|
| | | PO B. Gotham | 1831 | 270 C |

RPD 1201 REV 10/03

Print

DEMPSEY 1457

*(left margin: 1 OF 1 PAGE & photo report & evidence technicians department police rochester)*

| Page 1 of 3 | **ROCHESTER POLICE DEPARTMENT** INCIDENT REPORT | CR # 2016-00095015 |
|---|---|---|

**DETAIL**

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | | 04/20/2016 | 19:04 | 4/20/2016 | 19:07 | 04/20/2016 | 19:08 |

Incident Address
**360 SAXTON ST**  Beat **291**  Campus Code

Violent Crime Context

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|
| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|
| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
|---|---|---|
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Lake** | **Lake 3rd** |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **INGERICK** | **JAMES F.** | **0927** | **04/20/2016** | | Incident Report  Page 1 OF 3 |

DEMPSEY 1458

On 4/20/16 Officer's Dimauro and Bower were in uniform operating marked police vehicles. It was light outside and the temperature was about 45 degrees.

Around 1907, They responded to the area of 340 Saxton Street for the report of a vicious dog in the callers yard, chasing someone, and has bitten people in the past. A supplemental broadcast stated that a large brown dog was trying to break through her door and that it last bit someone a month ago.

Upon arrival, officer Dimauro took out his assigned department issued shotgun loaded with five rounds of Federal Premium 12 gauge 00 buckshot. He saw the dog run out of the driveway of 346 Saxton St. Officer Dimauro was standing in the driveway of 350 Saxton Street between the sidewalk and the street curb, closer to the street. The dog charged at him while barking and growling aggressively. He yelled "get back" at the dog. When he yelled the dog stopped charging and stopped approximately three feet in front of him. The dog continued to bark and growl aggressively. The dog crouched to lunge at him. He believed the dog was acting in a threatening manner and presented an immediate danger to himself and any other pedestrians in the area. Officer Dimauro was facing SB on Saxton Street when he discharged one round of buckshot in the direction of the dog striking the dog at about 1908. The dog backed away and ran into the driveway of 350 Saxton St where it laid down on its left side.

Officer Dimauro immediately called for a technician and Sergeant.

The residents of 350 Saxton Street came out of the house and told officer Dimauro that it was their dog. The female resident was uncooperative however the male resident told him that "he was a bad dog but we didn't know he was out".

Officers attempted to talk to the person that identified himself as the dogs owner but he would not provide all the information requested. He did provide the name of Perry Pearsall. Lerms revealed that his DOB was ▇▇▇ and gave the address of 350 Saxton Street.

I responded to the scene. Upon arrival, I saw one police car parked in front of 350 Saxton Street and another parked in front 354 Saxton Street. I saw one shotgun casing of buckshot in the grassy area between the sidewalk and the street curb closer the street. A brown colored dog was in the driveway of 350 Saxton Street facing toward the backyard on its left side. The fence to the backyard was secured with a chain. In the front window of the porch was a beware of dog sign. In the window of the front porch door were several signs which included beware of dog, he will bite. There were several beware of dog signs along the front fence line. After determining officers were all ok, I confirmed that a technician and animal control had been requested.

Animal Control 3 and 5 responded to the scene. Animal Control confirmed that the dog was deceased. The dog appeared to have been struck in the left shoulder area. There appeared to be an exit wound in the left chest area.

The suspected dog owner continued to not be cooperative and refused to give his name to Animal Control Officers.

Officer Thuerck took initial photos of the scene.

Technician Marsden responded and processed the scene.

Neighborhood check completed was completed by Officer Bower.
    Veronica VanOrden, ▇▇▇▇▇▇▇▇ F/W - Deposed
    Christine VanOrden, ▇▇▇▇▇▇▇ F/W - said same as above
    Nelsa Roman, ▇▇▇▇▇ F/H - heard a pop, didn't see anything
    Eunice Eddy, ▇▇▇▇ F/B - did not see or hear anything

| Reporting Officer | | BM # | Date | Reviewed By |
|---|---|---|---|---|
| INGERICK | JAMES F. | 0927 | 04/20/2016 | |

Incident Report Page 2 OF 3

Page 3 of 3

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

2016-00095015

| | | |
|---|---|---|
| Kerisha Murray, | | F/B - did not see or hear anything |
| Timothy Johnson, | | , M/B - did not see or hear anything |
| Geraldine Watson, | | , F/W - did not see or hear anything |
| Ashley Cortese, | | , F/B - heard a shot, didn't see anything |

Officer Bower took a deposition from Veronica VanOrden and gave a copy to animal control in order for them to issue tickets to the dog owner.

I asked the dogs owner if he was going to take care of his dog or if he wanted me to call Special Services. He stated "you shot the dog, you can take it". I requested Special Services to the scene.

I stayed with Officer Thuerck until Special Services arrived and removed the dog.

Officer Dimauro discharged his authorized department issued Remington 870 12 gauge shotgun, buttstock #22, white upc tag #00540. He discharged one round of department issued buckshot.

Officer Dimauro cleaned and inspected this shotgun prior to the end of his shift and was re-issued one round of buckshot.

**NARRATIVE**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| INGERICK | JAMES F. | 0927 | 04/20/2016 | |

Incident Report Page 3 OF 3

DEMPSEY 1460

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 16-098015

PAGE __1__ OF __1__

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____    _____
   DEFENDANT'S/RESPONDENT'S NAME    DEFENDANT'S/RESPONDENT'S ADDRESS

2. _____    _____
   DEFENDANT'S/RESPONDENT'S NAME    DEFENDANT'S/RESPONDENT'S ADDRESS

3. _____    _____
   DEFENDANT'S/RESPONDENT'S NAME    DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Veronica VanOrden                    ▮▮▮▮▮▮        ▮▮▮▮▮▮▮▮▮▮
DEPONENT'S NAME          DATE OF BIRTH      DEPONENT'S ADDRESS AND PHONE NUMBER

DEPONENT DEPOSES AND SAYS:

My name is Veronica Van Orden, and I live at 340 Saxton St. On 4/20/16 at around 7 pm, I saw my neighbors dog, which is a large brown dog, running loose. I know this dog has bitten two people in the past and it was trying to break through my screen door. I called the police to tell them about the loose dog so that it would not bite anyone. It was running loose around the area, including my yard and driveway, for about 10 minutes. When the police came, the dog came from the driveway out towards the sidewalk. It went back towards my driveway again and I told the police officer that the owners lived two houses down, but I couldn't leave my house to tell them about the dog because I was scared it would attack me. The dog came out towards the sidewalk again and started charging the cop. The dog was barking while it was charging him, and the cop told the dog to get back several times. The cop didn't want to shoot it and was backing up, but the dog went right to him so he had to shoot it. The dog would have attacked him if he didn't. I watched him growl and go right at the cop; he would have jumped the cop if he didn't shoot it.  ⟍VVO

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

Veronica Van Orden        4-20-16      P.O. K. Band #2426 ▮▮▮    9/12/16
DEPONENT'S SIGNATURE    DATE      WITNESS SIGNATURE        DATE

RPD 1270                                                      REV. 02/03

DEMPSEY 1461

**rochester police department technicians evidence & photo report**

PAGE ____ OF ____

| OFFE SE OR C DENT | | | 2. DAY OF WEEK | 3. YD. | 4. DAY | 5. YEAR | 6. T VE REC'D | 7. ARRIVAL S/E | 8. OR GINAL CR # |
|---|---|---|---|---|---|---|---|---|---|
| FE WER  VEWED WEAPN DISCHARGE-DOG | | | WED | 01 | 20 | 2016 | 1903 | 1903 | 16-09-52-5 |

| 9. LOCATION | 10. WEATHER CO'ID'T.O'NS | | | |
|---|---|---|---|---|
| 350 SAXTON ST. | CLEAR | | | |

| 12. INVESTIGATING OFFICERS | 13. CAR # | 14. AT SCENE | 15. SECTION |
|---|---|---|---|
| D'MAURO / INGRAZIC | 23.C / 21.C | YES ☒ — NO ☐ |  |

| 16. VICTIM/FIRM NAME | 17. SEX | 18. DOB | 19. ADDRESS | 20. PHONE |
|---|---|---|---|---|

| 21. PHOTOGRAPH | 22. | 23. PHOTOS BY |
|---|---|---|
| YES ☒ NO ☐ | COLOR ☒ OTHER ☐ | 1  HUEBUK #2070  (P31C) |

| 24. PACK # | 25. NEG | 26. TIME | 27. ITEM PHOTOGRAPHED/LOCATION | 28. DIR |
|---|---|---|---|---|
| 1-154 | 1 | 919 | LOCATION OF INCIDENT - 350 SAXTON ST | SE |
|  | 2 | 1919 | DISCHARGED SHOTGUN SHELL - 350 SAXTON ST | — |
|  | 3 | 1920 | CLOSE UP OF LOCATION- SHOTGUN SHELL LOWER RIGHT | SE |
|  | 4 | 1920 | "BEWARE OF DOG" SIGN- FRONT FENCE | — |
|  | 5 | 1920 | "DOG WILL BITE" SIGNS · FRONT DOOR | — |
|  | 6 | 1920 | "BEWARE OF DOG HE WILL BITE"- FRONT WINDOW | — |
|  | 7 | 1921 | "BEWARE OF DOG" SIGN - BACK FENCE | — |
|  | 8 | 1921 | SHOT DOG (RIGHT SIDE) | — |
|  | 9 | 1924 | SHOT DOG (LEFT SIDE) | — |
|  | 10 | 1924 | ENTRY WOUND (LEFT SHOULDER AREA) | — |
|  | 11 | 1930 | EXIT WOUND (LEFT LEG AREA) | — |

**OPERATOR AND VEHICLE INFORMATION**

| 29. OPERATOR | 30. SEX | 31. ADDRESS | 32. YEAR | 33. MAKE | 34. MODEL | 35. COLOR | 36. LICENSE |
|---|---|---|---|---|---|---|---|
| #1 | | | | | | | |
| #2 | | | | | | | |
| #3 | | | | | | | |
| #4 | | | | | | | |

| 37. PROCESSED FOR PRINTS | | 38. | 39. ELIMINATIONS |
|---|---|---|---|
| YES ☐ NO ☒ | TOTAL LIFTS ___ | B ☐ "W ☐ OTHER ___ | YES ☐ NO ☒ TOTAL ___ |

40.

41. NAME, ADDRESS AND D.O.B. OF PERSONS ARRESTED OR SUSPECTED (CIRCLE)

FINGER PRINT EVALUATION DATE ___

V ☐  NV ☐  BY ___

1. ___
2. ___
3. ___

IDENT: ___

| 42. EVIDENCE COLLECTED | 43. SAMPLE | 44. COMPOSITE PREPARED | 45. |
|---|---|---|---|
| YES ☐ NO ☒ | ☐ BLOOD ☐ DNA | YES ☐ NO ☒ FLIER ___ | FOOT LIFTS  YES ☐ NO ☒ |
| PROPERTY SHEET LOT# ___ | ☐ OTHER ___ | 46. FIELD SKETCH  YES ☐ NO ☒ | 47. CASTS  YES ☐ NO ☒ |

48. UNUSUAL CIRCUMSTANCES - PATTERNS

ETHNICAN  ASSIST  RESPONOED

| 49. REVIEWED BY | 50 | 50. TECHNICIAN | BAR# |
|---|---|---|---|
| ___ -709-11 | 937 | PHOTO J. HUEBUK #2070 | P31C |

RPO 1201 REV. 10/03

GO 457

DEMPSEY 1462

Incident History for: #CTYP16095015 Xref: #CTYP16112954
Case Numbers: #CTYP16095015

```
Received      04/20/16  19:02:13  BY MTC02  7462
Entered       04/20/16  19:03:25  BY MTC02  7462
Dispatched    04/20/16  19:03:48  BY MPD13  8097
Enroute       04/20/16  19:03:48
Onscene       04/20/16  19:07:22
```

Initial Type: ASSTA      Final Type: ASSTA   (REQUEST FOR IMMEDIATE ASST)
Initial Priority: 1      Final Priority: 1
Disposition:                      Source: 1    Primary Unit: 291C
Police BLK: RP291D  Fire BLK: RFD213  EMS BLK: 048002
Group: RP1          Beat: 291  Wrecker Zone: 1200   Map Page: 1200   Node:
Loc: 350 SAXTON ST , ROC  btwn SMITH ST & LIME ST <000> (V)
Loc Info:                                          Phone1: CELL
Name: CHRISTINE -REF LAST    Addr: 340 SAXTON ST , ROC   Phone2: 5854381092

Wireless Latitude: 3161302    Longitude: 7631872   Confidence:

```
/1903  (7462 )  ENTRY          VICIOUS DOG IN CALLERS YARD - CHASING SOMEONE -
                               HAS BITTEN PPL IN PAST
/1903  (8097 )  PISEEN
/1903           MISC           , BC
/1903           DISPER   291C  #812476 BOWER, KARYN
/1903           $ASNCAS  291C  $CTYP16095015
/1904  (7462 )  SUPP           NAM: CHRISTINE -REF LAST,
                               PHO: CELL,
                               TXT: LARGE BROWN DOG IS TRYING TO BREAK THROUGH
                               CALLERS DOOR NOW - UNK WHERE DOG BELONGS - LAST
                               BIT SOMEONE A MONTH AGO
/1904  (8097 )  ASSTER   231C  #812319 DIMAURO, MICHAEL
/1905  (7462 )  CROSS          #CTYP161112954
/1907  (8097 )  ONSCNE   291C
/1907           ONSCNE   231C
/1908           MISC     231C  ,DISCHARGE - NEED BOSS AND TECH
/1908           ASSTER   121C  [340 SAXTON ST , ROC]
                               #810927 INGERICK, JAMES (SGT)
/1909           $CROSS         #CTYP161112968
/1911           OK       291C
/1911           OK       231C
/1914           ASSTOS   P81C  [340 SAXTON ST , ROC]
                               #812090 THUERCK, JAMES
/1919  (8172 )  NEWLOC   231C  [350 SAXTON]
/1919           NEWLOC   121C  [350 SAXTON]
/1920           NEWLOC   291C  [350 SAXTON]
/1920           NEWLOC   P81C  [350 SAXTON]
/1931           CHANGE         LOC: 340 SAXTON ST , ROC --> 350 SAXTON ST , ROC
/1939  (8192 )  OK       121C
/1939           OK       231C
/1939           OK       291C
/1939           OK       P81C
/1947           $PREMPT  P81C
/1958           $PREMPT  291C
/1958           ASSTOS   291C  #812476 BOWER, KARYN
/2001  (812319) *CHGLOC  231C  [RPDW]
/2004           *ONSCNE  231C
/2006  (8192 )  CONTCT   291C  Contact Timer Canceled
/2006           CONTCT   231C  Contact Timer Canceled
/2015           $PREMPT  231C
```

```
/2026  (810927) #CLEAR  121C
/2028  (812476) #NEWLOC  291C  [UNIT]
/2029  (8192  )  ASSTOS  121C   #810927 INGERICK, JAMES (SGT)
/2030           OK      291C
/2034           OK      121C
```

DEMPSEY 1464

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 1 of 4

CR # 2016-00203461

| DETAIL | | | | | | |
|---|---|---|---|---|---|---|
| Incident Type **IR- Non-Criminal Incident** | Report Date **08/06/2016** | Report Time **23:57** | Date From **08/06/2016** | Time From **23:57** | Date To **08/06/2016** | Time To **23:57** |
| Incident Address **86 York ST** | | | | Beat **213** | Campus Code | |
| Violent Crime Context | | | | | BWC **No** | |

### OFFENSES

| | | | |
|---|---|---|---|
| Statute - | Attempt/Commit - | Counts - | |
| Description - | | | |
| Location | | Weapon | |
| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
| Statute - | Attempt/Commit - | Counts - | |
| Description - | | | |
| Location | | Weapon | |
| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

### VICTIM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | |
| Telephone | Level of Injury | Type of Injury | | | | Medical Treatment | |

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Vanderstyne, Joseph | | M | W | N | 86 York ST | |
| PK | Seay, Daniel | | M | B | N | Rochester, NY 14611 | |
| W | Williamson, Matthew | | M | W | N | | |

### SUSPECT / MISSING PER

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Type - | Suspect Name (Last, First, Middle) | | | | | | Nickname | |
| Address | | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | | Offender Condition | | Scars, Marks, Tattoos | | | |
| Mothers Maiden Name | | Place of Birth | | | School Name / ID # | | | |

### INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status **Not Applicable (non-crime)** | Exceptional Clearance | Assigned Bureau **Patrol - Genesee** | Review Box **Genesee 1st** |
|---|---|---|---|
| Reporting Officer **STEWART        JUSTIN** | IBM # **1750** | Date **08/07/2016** | Reviewed By **STEWART, JUSTIN M.** | Incident Report, Page 1 OF |

DEMPSEY 1465

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 2 of 4

2016-00203461

## ADDTL OFFENSE

| Statute - | | Attempt/Commit - | Counts | | |
|---|---|---|---|---|---|
| Description - | | | | | |
| Location | | | | Weapon | |

| Larceny Type | | | Aggravated Assault Circumstances | | Gang Related | Computer |
|---|---|---|---|---|---|---|

| Bias Type | | Entry Point | | Method of Entry | # of Premises Entered |
|---|---|---|---|---|---|

## VICTIM #2

| Victim Type | | Victim Name (Last, First, Middle) | | | | | |
|---|---|---|---|---|---|---|---|

| Address | | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|---|---|

| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|---|

| Telephone | | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|---|

## PERSONS

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| NO | Corter, Sarah | | F | W | N | | |

## SUSPECT #2

| Type - | | Suspect Name (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|---|

| Address | | | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | | Property Type | Property Value | Serial Number |
|---|---|---|---|---|
| **Seized Evidence** | | **Ammunition** | **$1** | **N/A** |

| Item Type and Description | | | | Color |
|---|---|---|---|---|
| **.45 Caliber Round Casing - Federal Brand** | | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | | Property Type | Property Value | Serial Number |
|---|---|---|---|---|

| Item Type and Description | | | Color |
|---|---|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | | Firearm Value | Make | | Model | Finish |
|---|---|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | | | | Recovery Date |
|---|---|---|---|---|

## VEHICLE

| Vehicle Status | | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|

| State | Plate Number | VIN # | | Recovery Date |
|---|---|---|---|---|

| Additional Description | | | |
|---|---|---|---|

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **STEWART** | **JUSTIN** | **1750** | **08/07/2016** | **STEWART, JUSTIN M.** | |

Incident Report Page 2 OF 4

DEMPSEY 1466

On the above date and time Officer Joseph Vanderstyne (2199) and Officer Matthew Williamson (2200) were dispatched to the area of 86 York St for the report of a family trouble, specifically a 13 year old arguing with his grandmother. The weather was warm and clear and lit by street lighting.

Upon arrival to the scene, Ofc Vanderstyne was walking on the grass on the south side of 86 York St adjacent to the sidewalk when he heard a loud noise coming from 86 York St. Ofc Vanderstyne stated it sounded like a door had opened loudly. Almost immediately after he heard the noise, Ofc Vanderstyne observed a large, approximately 80-100 pound, brown pit bull charge directly at him. The dog made contact with Ofc Vandertsyne and placed its front paws in the area of the waist line of Ofc Vanderstyne. Ofc Vanderstyne stated the dog was growling and bearing its teeth. Ofc Vanderstyne believed he was in imminent danger of serious physical injury. As a result he drew his department issued Glock 21 firearm and fired one (1) round into the upper torso of the dog. Ofc Vanderstyne directed his fire in a downward manner and his backdrop was the ground. The dog got off of Ofc Vanderstyne, writhed on the ground for a moment, and then ran towards the steps of 86 York St on the south side of the house. At that point the dog's owner (PK-Seay) came outside of the house and took physical custody of the dog. Ofc Williamson witnessed the incident but did not fire his weapon.

Upon my arrival the scene was secured. I requested for unit camera photos to be taken of the initial scene which were completed by Ofc Trosinski. The dog ultimately escaped the grasp of its owner and ran inside the house. The owner appeared intoxicated and did not have means to transport the dog to the animal hospital. Animal Control was not on-duty thus I requested a call-in. AC8 Cichocki-Lalka responded at 0105. AC8 transported the dog to Rochester Veterinary Specialists at 785 E Henrietta Rd, Rochester NY 14623.

The following are details regarding the incident:

1. Ofc Vanderstyne was dispatched to the above location for a report of a family trouble.
2. The area was illuminated by street lights at night, it was approximately 70 degrees Fahrenheit, and the weather was clear.
3. Ofc Vanderstyne was on duty and in uniformed capacity.
4. The loose dog spontaneously and suddenly charged at Ofc Vanderstyne in an aggressive manner, ultimately making contact with his body.
5. Ofc Vanderstyne discharged one round.
6. Ofc Vanderstyne utilized his department issued Glock 21 handgun.
   a) Authorized service weapon.
   b) Handgun
   c) Glock 21, .45 caliber, SN #UBR611
   d) Fourteen round capacity (Thirteen in magazine one in chamber)
   e) One round used - After discharge thirteen rounds remain (Twelve in magazine one in chamber)
   f) .45 caliber Federal HST 230 grain jacketed hollow point ammunition
   g) Safariland ALS Holster
   i) Pistol permit number not applicable

On this date Ofc Vanderstyne was assigned to car beat 203. Ofc Vanderstyne was assigned marked patrol car 203.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| STEWART | JUSTIN | 1750 | 08/07/2016 | STEWART, JUSTIN M. |



**NARRATIVE**

Tech work was performed by 270A Abrams. Photos were taken and one spent casing was collected and turned into property.

Lt Mura and Lt Favor responded.

A neighborhood check was completed. (NO - Corter) did not see or hear anything. There was no answer at 70 / 73 / 93 York St or at 239 Silver St. No public or private cameras were located in the area during the preliminary investigation.

None of the personnel involved in this investigation are currently assigned a BWC.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| STEWART | JUSTIN | 1750 | 08/07/2016 | STEWART, JUSTIN M. |

DEMPSEY 1468

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

| Page 1 of 4 | | CR # 2016-00211842 |
|---|---|---|

DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 08/15/2016 | 15:59 | 08/15/2016 | 15:59 | 08/15/2016 | 15:59 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 12 Austin ST | 261 | |

| Violent Crime Context | BWC |
|---|---|
| | No |

### OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship   (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| RP | Timmons , Mahogany | | | | | | |
| RP | Crowder, Nicole | | F | W | | 12 Austin ST Rochester, NY | |
| NO | Gibson, Cassey | | F | W | | | |

### SUSPECT / MISSING PER

| Type - | Suspect Name  (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| | |
|---|---|
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been performed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Office | | Patrol - Lake | Lake 3rd |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| HORN       MICHAEL D | 1533 | 08/15/2016 | HORN, MICHAEL D JR. |

Incident Report Page 1 OF 1

DEMPSEY 1469

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Page 2 of 4

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR#
**2016-00211842**

## ADD'TL OFFENSE

| Statute - | Attempt/Commit - | Counts - | |
|---|---|---|---|
| Description - | | | |
| Location | | Weapon | |
| Larceny Type | Aggravated Assault Circumstances | | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

## VICTIM #2

| Victim Type | Victim Name {Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status | |
| City, State, Zip | | Victim/Offender Relationship  (Offender Name, DOB, Relationship) | | | | | | |
| Telephone | Level of Injury | Type of Injury | | Medical Treatment | | | | |

## PERSONS

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NO | Morath, Catherine | | F | W | | 12 Austin ST Rochester, NY | |
| NO | Buchanan, Brandi | | F | W | | | |
| NO | Nobles, Juan, J | | M | U | H | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | Offender Condition | Scars, Marks, Tattoos | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Damaged Vandalized** | **Structures - Other Dwellings** | **$100** | | |
| Item Type and Description | | | | Color |
| **1 Glass window pane** | | | | |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |
| **1** | **Item(s)** | | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| Item Type and Description | | | | Color |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| Caliber | Capacity | Type | Action | Serial Number | |
| Description | | | | Recovery Date |

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| State | Plate Number | VIN # | | Recovery Date | |
| Additional Description | | | | | |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **HORN** | **MICHAEL D** | **1533** | **08/15/2016** | **HORN, MICHAEL D JR.** | |

Incident Report  Page 2 OF 4

**DEMPSEY 1470**

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**CR# 2016-00211842**

**NARRATIVE**

At the above date, time, and location Ofc. Timmons was conducting a neighborhood check resulting from a burglary investigation (CR #16-211734). Ofc. Timmons approached Crowder, who is the maid for the tenant in the rear of 12 Austin St. Crowder at the time was allowing the large brown pitbull at the location outside and while trying to put the dog back inside she lost control of it as she was entering the residence. The pitbull immediately ran at Ofc. Timmons in the driveway of the location in an aggressive manner that alarmed her. Ofc. Timmons withdrew her department issued Glock .45 (Serial #XXX5797) from her department issued holster and fired two rounds of her department issued .45 caliber rounds at the dog. Both rounds missed the dog and struck the pavement in the background. A piece of the pavement may have inadvertently struck a window on the first floor causing the outermost pane to break. However, nothing penetrated the dwelling and no one was injured. The dog continued to run around the neighborhood until Crowder could gain control of it. It was still light out at this point and the weather was clear.

The owner of the dog is Catherine Morath and she was advised of the incident. The property manager of the location, Brandi Buchanan, responded and stated that she did not believe that the window at the location was broken before today's incident. A deposition was taken from Carmen Lucas who witnessed the incident. There were no other witnesses located during a neighborhood check and there no cameras in the area. A tech responded to process the scene and collect the casings. Lt. Anzalone advised PSS of the incident.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| HORN | MICHAEL D | 1533 | 08/15/2016 | HORN, MICHAEL D JR. |

Incident Report Page 3 OF 4

DEMPSEY 1471

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2016-00211842**

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|------|---------------------------|-----|-----|------|-----|---------|---------------|
| | R = Reporting Person | W = Witness | | PK = Person w/Knowledge | NI = Not Interviewed | | |
| W | Lucas, Carmen | | F | B | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|------|---------------------------|-----|-----|------|-----|---------|---------------|
| | R = Reporting Person | W = Witness | | PK = Person w/Knowledge | NI = Not Interviewed | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**ADDITIONAL PERSONS**

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|------|---------------------------|-----|-----|------|-----|---------|---------------|
| | R = Reporting Person | W = Witness | | PK = Person w/Knowledge | NI = Not Interviewed | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Reporting Officer | | IBM # | Date | Reviewed By |
|-------------------|---|-------|------|-------------|
| HORN | MICHAEL D | 1533 | 08/15/2016 | HORN, MICHAEL D JR. |

Incident Report  Page 4 OF 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

DEMPSEY 1472

| | | |
|---|---|---|
| Page 1 of 4 | **ROCHESTER POLICE DEPARTMENT** INCIDENT REPORT | CR # 2016-00243206 |

### DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 09/16/2016 | 23:05 | 09/16/2016 | 23:05 | 09/16/2016 | 23:08 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 39 Lenox ST | | 233 | |

| Violent Crime Context | BWC |
|---|---|
| | No |

### OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Boothe, Tara, D | | F | B | N | 39 Lenox ST Rochester, NY | |
| PK | Antonio, Michael | | M | B | N | 39 Lenox ST Rochester, NY | |
| NO | Radford, Aaron | | M | B | N | 39 Lenox ST Rochester, NY | |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| | |
|---|---|
| 09. Is there significant Modus Operandi present? | |
| 10. Is there significant physical evidence present? | |
| 11. Has evidence tech work been perfomed? | |
| 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Genesee | Genesee 1st |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| GALLAGHER | WILLIAM | 2225 | 09/17/2016 | |

Incident Report  Page 1 OF 4

DEMPSEY 1473

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ADD'TL OFFENSE**

| Statute - | Attempt/Commit - | Counts - | |
|---|---|---|---|
| Description - | | | |
| Location | | Weapon | |

| Larceny Type | | Aggravated Assault Circumstances | | Gang Related | Computer |
|---|---|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | | Victim/Offender Relationship  (Offender Name, DOB, Relationship) | | | | | |
| Telephone | Level of Injury | Type of Injury | | Medical Treatment | | | |

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NI | Foster, Mike | | M | B | | | |
| NI | Roberts, Jerry | | M | B | | | |

**SUSPECT #2**

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname | |
|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | Offender Condition | | Scars, Marks, Tattoos | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Item Type and Description | | | Color |
| Quanity | Unit of Measure | Measurement Source | Drug Type |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Item Type and Description | | | Color |
| Quanity | Unit of Measure | Measurement Source | Drug Type |

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| Caliber | Capacity | Type | Action | Serial Number |
| Description | | | | Recovery Date |

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| State | Plate Number | VIN # | | Recovery Date | |
| Additional Description | | | | | |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| GALLAGHER        WILLIAM | 2225 | 09/17/2016 | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

On September 16, 2016 at 2249 hours, Officers Batson, Rine, Lathrop, and Bracey were dispatched to 17 Lenox Street for the warrant suspect on scene. The caller advised ECD that the male was Aaron Radford, and that he cut his ankle bracelet off and possibly has county warrants. He described Radford as wearing a white/grey striped shirt, black and red shorts, and was 22 or 23 years old. Officer Lathrop is familiar with this male as he has had a warrant tracker for him in the past. He knows Radford is currently wanted for Criminal Contempt, Harassment, and Resisting arrest. He further has knowledge that his family members are anti-police. While officers were in route, the caller advised that the male was outside, and he will run when he sees police.

Officers arrived on scene and stepped out with a group standing in front of 17 Lenox Street. While they were speaking with the individuals, the caller updated dispatch saying that Radford had moved to his mother's house at 39 Lenox Street. At that time, officers re-located to that address. When they arrived, Officer Baton saw the suspect in the backyard. When the male saw the officers, he ran towards the house. By the time Officer Batson reached the backyard he heard the sound of a door closing and the male was gone. Officer Batson noticed a back porch and a door on the rear of the house. He approached the door and through its window, he saw (W) standing behind the door holding onto the collar of a dog. Officer Batson had a conversation with (W) and asked if she had seen the male that was in her yard. She stated that she did not know what he was talking about. He explained that he was chasing a wanted male and that he would be checking her yard. At that time, Officer Batson heard other officers running in one of the adjoining yards. As a result, he thought that maybe the male had not entered the home but instead exited to another yard. He left the porch and began walking toward the rear of the yard. As he did, he heard something running behind him. He turned and saw a dog charging at him. Officer Batson was in fear that he was in imminent danger of serious physical injury and he was not close enough to the fence to retreat before the dog could attack him. When the canine got approximately 10-15 feet away from Officer Batson, he determined that the dog was not going to stop. At that time he drew is department issued Glock 21 pistol and fired a series of rounds (4) at the dog. When this occurred, Officer Batson was alone in the yard and (W) was on the rear porch, in the doorway. Officer Batson aimed his rounds in a downward direction, utilizing the ground as a backstop. After he fired, the dog retreated back to the porch. Before Officer Batson could exit the yard, the dog again charged at him. As was the case in the first incident, Officer Batson fired another series of rounds (3) in the direction of the dog, while aiming in a downward direction. He again waited to fire until the dog was 10-15 feet away and it appeared that it would not stop its charge. After this series of shots, the dog retreated back to the porch at which time (W) was able to gain control of it. Note: it was later learned that (W) is the mother of the warrant suspect that officer Batson had been chasing.

Officer Rine was in an adjacent yard and communicated the incident via the police radio. Additional officers responded and secured the scene. It was learned that Officer Batson fired a total of 7 rounds during the incident. (W) was highly agitated and belligerent with officers, and would not advise whether or not the dog had been struck. It wasn't until I arrived on scene that she advised the dog was not injured. At a later time I was able to see the dog on the front porch and verified that it was not hurt. Note: In both instances, Officer Batson was approximately 30 feet from the house when he fired at the dog.

The following are the details regarding the incident:

1. Officer Batson, along with 3 other officers, were dispatched to 17 Lenox Street for the warrant suspect.

2. At the time of the incident it was dark outside, it was approximately 68 degrees, and clear of any precipitation. There were no artificial lights in the backyard. Officer Batson was using he flashlight to illuminate the area.

3. Officer Batson was on duty and in uniform.

4. While searching for the warrant suspect, the dog in question spontaneously and suddenly charged at Officer Batson in an aggressive manner.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| GALLAGHER | WILLIAM | 2225 | 09/17/2016 | |

DEMPSEY 1475

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

5. Officer Batson discharged a total of 7 rounds in two separate advances from the dog. The incident was captured on Shotspotter.

6. Officer Batson utilized is Department issued Glock 21 handgun

   a. Authorized service weapon

   b. Handgun

   c. Glock 21, .45 caliber, SN# UBR822

   d. Fourteen round capacity (loaded with 14 rounds)

   e. .45 caliber Federal HST 230 grain jacketed hollow point ammunition

   f. Safariland ALS holster

   g. Pistol permit number not applicable

On this date, Officer Batson was assigned to D53D. He was assigned to marked patrol car D43.

Technician Dapson, 220A, responded and processed the scene. Officers canvassed the backyard for shell casings as well as bullet strikes to the ground, foundation of the house, and any other debris in the yard. Three shell casings were located and no bullet strikes. The spent shell casings were recovered and turned in to property. SDO- Captain Moxley, notified and responded to the scene. PSS notified as well.

Neighborhood check completed.

The dog was not injured in this incident. The owner retained custody of said dog. The warrant subject is listed as NO in this report; he is still at large.

NFD

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **GALLAGHER** | **WILLIAM** | **2225** | **09/17/2016** | |

DEMPSEY 1476

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 3

CR # 2017-00064121

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 03/21/2017 | 10:49 | 03/21/2017 | 10:49 | 03/21/2017 | 10:49 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 104 Delmar ST | 261 | |

| Violent Crime Context | BWC |
|---|---|
| | No |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | | | M | W | N | | |
| PK | Clarke, Liz | | F | U | U | | |
| NO | Mitchell, Shaitara | | F | B | N | | |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry; Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | | | |
|---|---|---|---|
| 01. Witness to the offense? | X | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | SIS | SIS |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|

DEMPSEY 1477

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2017-00064121**

**ADDTL OFFENSE**

| Statute - | | Attempt/Commit - | | Counts - | |
|---|---|---|---|---|---|

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    III = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| PK | Jackson, Daron | ███ | M | B | N | 104 Delmar ST Rochester, NY | ███ |
| | | | | | | | |
| | | | | | | | |

**SUSPECT #2**

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MaRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Ammunition** | **$0** | |

| Item Type and Description | | | Color |
|---|---|---|---|
| **(1) 12 gauge spent shotgun shell** | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quantity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**CR #**
**2017-00064121**

**Incident Type - Discharge Firearm at Dog**

**Firearm Information - Remington 870 Pump Action 12 gauge Shotgun, Police Magnum, Serial #AB079335M, Color Black, Issued Duty Sling, Capacity 5 Rounds, Issued 12 gauge Federal Premium Tactical 1 Buck Shot Ammunition.**

**Related CR#'s  17-063927    17-063942**

**While executing a search warrant at 104 Delmar Street, Inv. ████████ discharged his Remington 870 pump action shotgun at an attacking Pitt Bull named "Milky".**

**Inv. ████ and the entry team attempted to make entry into the front door of 104 Delmar Street when the Pit Bull ran towards the entry team in an attacking manner. This caused Inv. ████ to discharge (1) round at the attacking dog from his issued shotgun.**

**The (1) round was discharged directly towards the Pitt Bull. The backstop was clear of persons and property of value. Nobody was placed in danger because of the incident and the (1) round that was fired struck the Pitt Bull in the head, neck, and chest area. The animal was killed and the attack was stopped. Furthermore, there wasn't any other property damage caused by the firearm discharge.**

**City of Rochester Special Services responded and took control of the dog.**
**The dog was an adult Pitt Bull named "Milky".  She was approximately 75 lbs and was white and brown in color.**

**The owner of the dog is Daron Jackson (PK3) DOB 01/16/97 of 104 Delmar Street. Phone number (████████).**

**Neighborhood check was conducted with negative results.  (PK2) of 89 Delmar Street heard (1) shot fired.**

**Police Technician Steve Rice responded and took photos and collected the spent shotgun shell.**

**Police command was immediately notified of the incident to include Sergeant ████ of PSS.**

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|

| Page 1 of 2 |  | **ROCHESTER POLICE DEPARTMENT**<br>**INCIDENT REPORT** | CR #<br>**2017-00118125** |

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | 05/20/2017 | 19:18 | 05/20/2017 | 19:00 | 05/20/2017 | 19:18 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| **241 Durnan ST** | | **237** | |

| Violent Crime Context | BWC |
|---|---|
| | **No** |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| **Society Public-S** | **City of Rochester** |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| **185 Exchange BLVD** | | | | | | **Not Applicable** |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| **Rochester, NY 14614** | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| **(585)428-1110** | **Business - NA** | **Business - NA** | **Business - NA** |

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| **W** | Simmons, Vonnie | ▓▓▓▓ | F | B | N | 241 Durnan ST<br>Rochester, NY | ▓▓▓▓ |

## SUSPECT / MISSING PER

| Type | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| |
|---|
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been performed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Chiefs Office** | **Clinton 3rd** |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **WIATER** | **MARK** | **0688** | 05/20/2017 | WIATER, MARK A. 05/20/2017 | Incident Report Page 1 OF 2 |

DEMPSEY 1480

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

2017-00118125

**NARRATIVE**

ON TODAY'S DATE I WAS ASSIGNED AS THE 3RD PLATOON STAFF DUTY OFFICER (1430-2245). AROUND 1930 HRS I WAS CONTACTED BY SERGEANT NICK ISLER, 157C, OF CLINTON SECTION, 3RD PLATOON WHO TOLD ME HE HAD JUST PUT DOWN A DOG WITH HIS SERVICE WEAPON.

I RESPONDED TO INCIDENT LOCATION AND SPOKE WITH SGT. ISLER WHO TOLD ME IN SUM AND SUBSTANCE THAT OFFICERS WERE DISPATCHED TO 241 DURNAN STREET FOR THE REPORT OF TWO PITBULLS FIGHTING IN THE CALLER'S BASEMENT, AND SHE COULD NOT GET THEM SEPERATED. UPON ARRIVAL, 227C OFFICERS STAN KAMINSKI (IBM#2322) AND DOUGLAS OSIKA (IBM#2639) ALONG WITH SGT. ISLER MET WITH THE CALLER, (W) SIMMONS. SHE TOLD THEM THAT HER DOGS WERE IN THE BASEMENT FIGHTING. THE OFFICERS COULD HEAR SCREAMING FROM ONE OF THE DOGS AND PROCEEDED INTO THE BASEMENT. THE BASEMENT WAS ILLUMINATED BY AN OVERGHEAD LIGHT SOURCE AND AMBIENT LIGHT FROM THE WINDOWS. IN THE BASEMENT THEY OBSERVED TWO PITBULLS ATTACKING A THIRD PITBULL. A GREY BRINDLE PIT NAMED "KING" HAD A TAN PIT NAMED "BOSS" HEAD IN HIS MOUTH AND A THIRD PIT NAMED "PRINCESS' WAS BITING "BOSS'S" STOMACH. TO GET THE DOGS SEPERATED AND PREVENT "KING" FROM KILLING"BOSS", SGT. ISLER DISCHARGED HIS ISSUED DUTY WEAPON, A GLOCK 21 GEN 4 .45 CAL HANDGUN - SERIAL #UBR877, LOADED WITH 13 + 1 .45 CAL JACKETED HOLLOW POINT ROUNDS - ONE (1) TIME AT THE PITBULL NAMED "KING", STRIKING HIM BEHIND THE SHOULDER. HIS DISTANCE WAS ABOUT FOUR (4) FEET AND THE BACKSTOP FOR THIS SHOT WAS THE CEMENT BRICK WALL. AFTER THE SHOT, BOTH "KING" AND "PRINCESS" DISENGAGED, WITH PRINCESS RUNNING UP THE STAIRS AND INTO AN UPSTAIRS BEDROOM. "KING" TURNED TOWARDS SGT. ISLER AND BEGAN TO CHARGE IN AN AGRESSIVE MANNER, SO SGT. ISLER DISCHARGED HIS WEAPON ONE MORE TIME, STRIKING "KING" IN THE HEAD, KILLING THE ANIMAL. HIS DISTANCE WAS WITHIN TWO (2) FEET OF THE ANIMAL AS HE WAS BACKING AWAY, AND HIS BACKSTOP FOR THIS SHOT WAS THE BASEMENT FLOOR.

AC8, DENISE LYBRAND RESPONDED AND TOOK CUSTODY OF THE DECEASED PITBULL. THE OTHER TWO WERE LEFT FOR (W) SIMMONS TO CARE FOR. "BOSS"'S INJURIES DID NOT APPEAR SERIOUS AND "PRINCESS" WAS NOT AGGRESSIVE AT THIS POINT.

TECH 220 OFC. FERGUSON RESPONDED TO PROCESS THE SCENE.

OFC. OSIKA DEPOSED (W) SIMMONS.

LT. HENRY FAVOR, PSS, WAS NOTIFIED.

| Reporting Officer | | IBM# | Date | Reviewed By |
|---|---|---|---|---|
| WIATER | MARK | 0688 | 05/20/2017 | WIATER, MARK A. 05/20/2017 |

Incident Report Page 2 OF 2

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 17-118125

PAGE 1 OF 1

**IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:**

1. _____          _____
   **DEFENDANT'S/RESPONDENT'S NAME**      **DEFENDANT'S/RESPONDENT'S ADDRESS**

2. _____          _____
   **DEFENDANT'S/RESPONDENT'S NAME**      **DEFENDANT'S/RESPONDENT'S ADDRESS**

3. _____          _____
   **DEFENDANT'S/RESPONDENT'S NAME**      **DEFENDANT'S/RESPONDENT'S ADDRESS**

**CHARGED WITH ALLEGED OFFENSES, TO WIT:**

Vonnie V, Simmons          ████          241 Durnan St    ████
**DEPONENT'S NAME**          **DATE OF BIRTH**          **DEPONENT'S ADDRESS AND PHONE NUMBER**

**DEPONENT DEPOSES AND SAYS:**

My name is Vonnie Simmons and I currently reside at 241 Durnan St. On 5/20/17 at about 7:15 pm, my dog King began to attack Boss, my other dog. My third dog, Princess, then began attacking Boss with King. I tried to seperate the dogs, King turned towards and growled and barked at me. I felt scared and unsafe at this time, so I called the police. I then went back downstairs to try and seperate them again. Again King turned towards me and got in a aggressive posture. I then ran upstairs and closed the door to the basement. When police arrived I lead them downstairs where the dogs were fighting. When we got downstairs the dogs were still fighting and biting at Boss. I then turned around and grabbed my son, Javontay who followed me ~~on the~~ downstairs and took him upstairs. Once upstairs I then heard "pop-pop". Police informed me that King had been put down. I then followed princess upstairs to the bathroom and shut the door behind us. I then talked to officers leaving Princess upstairs in the bathroom. When officers arrived and went downstairs King was in a aggressive stance and looked like he was ready to bite someone.

**NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.**

_signature_  5-20-2017                    _signature_  2639   5-20-17
**DEPONENT'S SIGNATURE**   **DATE**          **WITNESS SIGNATURE**   **DATE**

RPD 1270                                        REV. 02/03

DEMPSEY 1482

| Page 1 of 3 | | **ROCHESTER POLICE DEPARTMENT** **INCIDENT REPORT** | 2017-00144877 |
|---|---|---|---|

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 06/16/2017 | 07:48 | 06/16/2017 | 07:48 | 06/16/2017 | 07:48 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 455 Cottage ST | 253 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | WALDEN, BREANNA, Q | ▮▮▮ | F | B | N | 455 COTTAGE ST Rochester, NY 14611 | ▮▮▮ |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Genesee | Genesee 2nd |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| LUCYSHYN        SAMUEL | 2040 | 06/16/2017 | |

Incident Report  Page 1 OF 3

DEMPSEY 1483

Case 6:21-cv-06780-MJP Document 155-7 Filed 12/18/25 Page 2 of 3

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2017-00144877

## ADDTL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: xxxx** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **LUCYSHYN    SAMUEL** | **2040** | **06/16/2017** | |

DEMPSEY 1484

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Case 6:22-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page

CR# 2017-00444877

On the above date Officer A. Eyrich responded to the area of 455 Cottage Street for the report of a family trouble (17-144694).

As Officer Eyrich approached 455 Cottage St., a white pitbull charged directly at him, growling and bearing its teeth. Officer Eyrich was concerned that he was in imminent danger of serious physical injury. Officer Eyrich drew his issued Glock 21 and fired one round at the attacking dog, striking the dog. Officer Eyrich fired in a downward direction with the backstop for his projectile being the ground and sidewalk. The driveway, foundation of the house, and other items there were examined for bullet strikes. The dog then ran back to 455 Cottage St. and into the house where (PK) secured the dog safely inside.

Animal Control was notified but was not available and reported that their response time would be approximately one hour.  Animal control did eventually arrive, secure the dog, and arrange for treatment of the dog.  It was learned that the dog sustained a gunshot wound to its right foreleg.

The following are the details regarding the incident:
1. Officer Eyrich was dispatched to the above location for a family trouble.
2. The area was illuminated as it was during daylight hours, it was 75 degrees, partly cloudy
3. Officer Eyrich was on duty working in uniform capacity
4. The loose dog spontanously and suddenly charged at Officer Eyrich in an aggressive manner.
5. Officer Eyrich discharged one round
6. Officer Eyrich utilized his issued Glock 21 handgun.
a.) Authorized service weapon
b.) Handgun
c.) Glock 21, .45 caliber, SN: UBS746
d.) Fourteen round capacity, (Loaded with fourteen rounds)
e.) .45 caliber Federal HST 230 grain jacketed hollow point ammunition
f.) Safariland ALS Holster
g.) Pistol permit number not applicable

On this date, Officer Eyrich was assigned to car beat 253. Officer Eyrich was assigned marked patrol car D-13.
Tech work was performed by 230B, Tech. K. Trewer,  Photos taken and one spent casing were turned into property. Lt. J. Graham, Lt. Favor were notified of this incident.

An extensive Neighborhood check was conducted.
(PK) deposed regarding this incident as well as the family trouble.
Ultimately Demaris S. Davie (          ) was arrested for Criminal Contempt 1st, Criminal Mischief 4th, Harassment 2nd, against (PK) as a result of the family trouble investigation.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LUCYSHYN | SAMUEL | 2040 | 06/16/2017 | |

DEMPSEY 1485

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

R #
**2017-00231172**

| DETAIL | Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|---|
| | **IR- Non-Criminal Incident** | | 09/11/2017 | 22:16 | 09/11/2017 | 22:16 | 09/11/2017 | 22:16 |
| | Incident Address | | | | Beat | Campus Code | | |
| | **412 Frost AVE** | | | | **233** | | | |
| | Violent Crime Context | | | | | BWC **Yes** | | |

### OFFENSES

| Statute - | Attempt/Commit - | Counts - | | |
|---|---|---|---|---|
| Description - | | | | |
| Location | | | Weapon | |
| Larceny Type | | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | | # of Premises Entered |

| Statute - | Attempt/Commit - | Counts - | | |
|---|---|---|---|---|
| Description - | | | | |
| Location | | | Weapon | |
| Larceny Type | | Aggravated Assault Circumstances | Gang Related | Computer |
| Bias Type | Entry Point | Method of Entry | | # of Premises Entered |

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status | |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | | |
| Telephone | Level of Injury | Type of Injury | | Medical Treatment | | | | |

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Marker, Sarah | | F | W | N | 412 Frost AVE Rochester, NY | |
| PK | Williams, Zachary | | M | W | N | 412 Frost AVE Rochester, NY | |
| PK | Cotto, Stephanie | | F | W | N | 412 Frost AVE Rochester, NY | |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname | |
|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | Offender Conditon | Scars, Marks, Tattoos | |
| Mothers Maiden Name | Place of Birth | School Name / ID # | |

### INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Genesee** | **Genesee 3rd** |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **PERRONE** | **JOSEPH** | **1845** | **09/12/2017** | **MALECKI, MICHAEL M 09/12/2017 86** | |

Case 6:23-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page 78 of 225

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2017-00231172

## ADD'T'L OFFENSE

| | |
|---|---|
| Statute - | Attempt/Commit - | Counts - |

| Description - | |

| Location | Weapon |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |

## PERSONS

R = Reporting Person      W = Witness      PK = Person w/Knowledge      NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2323** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2093** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |

| Caliber | Capacity | Type | Action | Serial Number |

| Description | Recovery Date |

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |

| State | Plate Number | VIN # | Recovery Date |

| Additional Description | |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **PERRONE        JOSEPH** | **1845** | **09/12/2017** | **MALECKI, MICHAEL W 09/12/2017** |

DEMPSEY 1487

Case 6:23-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page 79 of 225

**NARRATIVE**

One the above date and time, Officers Lee (2323) and Rine (2093) responded to 412 Frost Ave for the report of a fight with a roommate who was armed with an axe. Once on scene at the location both Officers could hear a loud active fight inside the location. At this time, RP opened the side door to let Officers in and stated "he needs to be MHA'd". Due to the details of the job indicating an axe was possessed by one of the parties, Officer Rine had her taser at the low ready position and Officer Lee had a deadly physical force option at the low ready. Officers then observed PK1 and PK2 fighting in the living room at which point two large white pit bull breed dogs began to charge at both Officers. Officer Rine deployed her Taser at the charging dog striking the dog in the upper shoulder with one probe. The dog was not effected and then charged at Officer Lee. Officer Lee discharged one round from her issued Glock 21 handgun while standing on the steps just outside of the location missing the dog and striking the kitchen floor. The round then skipped off the floor striking a microwave. The projectile came to rest on the kitchen floor. Both dogs retreated back into the house and all parties were able to be separated and detained. PK1 was arrested under Mental Health 9.41 and transported to Strong Hospital.

The following are the details regarding the incident:
1. Officers Lee and Rine responded for the report of a fight with a roommate who was armed with an axe.
2. The outside of the location was dark, the inside was lit with one kitchen light. Weather conditions were 55.9F and winds were calm with clear night sky.
3. Officers Lee and Rine were on duty in full uniform.
4. Officer Lee observed a large dog charging her and recognized a previous taser deployment by Officer Rine had no effect on the dog.
5. Officer Lee discharged one single round.
6. Officer Lee utilized her department issued Glock 21 handgun
   a) Authorized service weapon
   b) Semi-Automatic Handgun
   c) Glock 21, .45 caliber, SN# TPB654
   d) Fourteen round capacity 13+1 (loaded with 14 rounds)
   e) .45 caliber Federal HST 230 grain jacketed hollow point ammunition
   f) Safariland ALS holster (department issued)
   g) Pistol Permit number not applicable

On this date, Officer Lee was assigned to 233 car beat and was assigned car 233 in the fleet. Officer Lee's casing was recovered outside of the location in the grass area near the side door.

Tech 220A, Officer Kaltenbach responded and processed the scene. Items recovered by the tech are as follows:
1. Officer Lee's Casing
2. Projectile
3. Taser probes
4. Axe

Deopositions were obtained from RP1 and PK2 regarding the incident. PK2 was not cooperative with Officers and refused to provide any futher information.

410 was notified of the incident and responded to the scene. Notifies were made to DCO, PSS and T/Capt Correia of Genesee Section.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| PERRONE | JOSEPH | 1845 | 09/12/2017 | MALECKI, MICHAEL W 09/12/2017 |

**NARRATIVE**

The dog was not injured in this incident. The taser probe was removed by the owner (PK3) and handed over to Officer Rine.

PK1 is the subject of an Officer Safety Bulletin in which he has made suicidal, homicidal statements and threats to responding Officers. A premise Warning was issued by Sgt Malecki regarding the threats and large dogs at the location.

**DIR Completed**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| PERRONE | JOSEPH | 1845 | 09/12/2017 | MALECKI, MICHAEL W 09/12/2017 |

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 17-231172

PAGE _1_ OF _1_

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____    _____
   DEFENDANT'S/RESPONDENT'S NAME        DEFENDANT'S/RESPONDENT'S ADDRESS

2. _____    _____
   DEFENDANT'S/RESPONDENT'S NAME        DEFENDANT'S/RESPONDENT'S ADDRESS

3. _____    _____
   DEFENDANT'S/RESPONDENT'S NAME        DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Sarah Marken                    412 Frost Ave 14611
DEPONENT'S NAME        DATE OF BIRTH    DEPONENT'S ADDRESS AND PHONE NUMBER

DEPONENT DEPOSES AND SAYS:

My name is Sarah Marken and I am ▇ years old. I live at 412 Frost
Ave. My roommates, Stephanie Cotto and Zachary Williams are currently
dating. They have been fighting all day today, 9/11/17. Tonight, while they were
fighting and arguing, Zachary went and got an axe. While they were
arguing, Zach held onto the axe. Stephanie told me to call the police.
I went to my room and called the police. I waited in my room until the police
came. I saw the police come and I got out of my room and went into the
kitchen. Zach was trying to put his dog in the cage. Zach's dog then
went after stephanie. I opened the door for the police and Stephanies
dog charged at the officer's. I heard a loud noise and Stephanies
dog ran away. The officer's came in and put zach in handcuffs.

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO
SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

_____2475_____  9/11/17        X_____  9/11/17
DEPONENT'S SIGNATURE    DATE            WITNESS SIGNATURE    DATE

RPD 1270    Witness                    Deponent    DEMPSEY 1490    REV. 02/03

## Supporting Deposition

STATE OF NEW YORK    COUNTY OF MONROE    CITY OF ROCHESTER    Page 1 of \

in the matter of the defendants/respondents listed below:    CR# 17-231172

1. _____

    **DEFENDANTS/RESPONDENTS NAME**        **DEFENDANTS/RESPONDENTS ADDRESS**

2. _____

    **DEFENDANTS/RESPONDENTS NAME**        **DEFENDANTS/RESPONDENTS ADDRESS**

3. _____

    **DEFENDANTS/RESPONDENTS NAME**        **DEFENDANTS/RESPONDENTS ADDRESS**

Charged with alleged offenses, to wit:

**DEPONENTS NAME:** Stephanie Cotto ███████

**DEPONENTS ADDRESS:** 412 Fost Ave

**DEPONENT DEPOSE AND SAYS:**

My name is Stephanie Cotto I am ███ years old
I live at 412 Frost Ave with my two roomates and
Zachary Williams. Today Zach my boyfried was trying to
████ Him and I were arguing and the dog bite me.
he (Zach) tried to attack the dog. Zach tried to attack
the dog with the Axe. I had my roomate call the police
and I kept Zach from hurting the dog. When the police
Refused further

PD

**NOTICE: False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the New York State Penal Law.**

Refused

**DEPONENTS SIGNATURE**    **DATE**

PO K.Spry 511  9/11/17

**WITNESSES SIGNATURE**    **DATE**

DEMPSEY 1491

| 1. OFFENSE OR INCIDENT MHA 9.41 | | 2. DAY OF WEEK Mon | 3. MON 9 | 4. DAY 11 | 5. YEAR 17 | 6. TIME REC'D 2320 | 7. ARRIVAL TIME 2320 | 8. ORIGINAL CR # 17-331172 |
|---|---|---|---|---|---|---|---|---|
| 9. LOCATION 412 Frost AVE | | | | | 10. WEATHER CONDITIONS | | | 11. WORKING CR # '' |
| 12. INVESTIGATING OFFICERS OFC RINE #2093, OFC Lee #2323 | | | | | | 13. CAR # 233c, P33c | 14. AT SCENE YES ☑ NO ☐ | 15. SECTION GEN |
| 16. VICTIM/FIRM NAME MHA | | 17. SEX | 18. DOB | 19. ADDRESS | | | | 20. PHONE |
| 21. PHOTOGRAPH YES ☑ NO ☐ | 22. COLOR ☑ OTHER | | | | | 23. PHOTOS BY OFC. E. Melendez #2415 | | |

| 24. PACK # | 25. NEG | 26. TIME | 27. ITEM PHOTOGRAPHED/LOCATION | 28. DIR |
|---|---|---|---|---|
| 127 | 0191 | 2242 | 412 Frost AVE Front View. | N |
| | 0192 | 2242 | .45 Cal Casing located in grass next to loc | E |
| | 0193 | 2243 | Kitchen Floor of Loc where Protective Struck | W |
| | 0194 | 2243 | Projectile located under table in Kitchen Floor | E |
| | 0195 | 2244 | White Microwave in Kitchen with Projectile Striking Dam. | W |
| ↓ | 0196 | 2244 | Taser Probe on Kitchen Floor. | N |

**OPERATOR AND VEHICLE INFORMATION**

| 29. OPERATOR | 30. SEX | 31. ADDRESS | 32. YEAR | 33. MAKE | 34. MODEL | 35. COLOR | 36. LICENSE |
|---|---|---|---|---|---|---|---|
| #1 | | | | | | | |
| #2 | | | | | | | |
| #3 | | | | | | | |
| #4 | | | | | | | |

| 37. PROCESSED FOR PRINTS YES ☐ NO ☑ TOTAL LIFTS | | 38. B ☐ *W ☐ OTHER | 39. ELIMINATIONS YES ☐ NO ☑ TOTAL |
|---|---|---|---|
| 40. FINGER PRINT EVALUATION DATE | | 41. NAME, ADDRESS AND D.O.B. OF PERSONS ARRESTED OR SUSPECTED (CIRCLE) 1. Zachary Williams | |
| V ☐  NV ☐  BY | | 2. | |
| IDENT: | | 3. | |

| 42. EVIDENCE COLLECTED YES ☐ NO ☑ | 43. SAMPLE ☐ BLOOD ☐ DNA | 44. COMPOSITE PREPARED YES ☐ NO ☑ FLIER | 45. FOOT LIFTS YES ☐ NO ☑ |
|---|---|---|---|
| PROPERTY SHEET LOT# | ☐ OTHER | 46. FIELD SKETCH YES ☐ NO ☑ | 47. CASTS YES ☐ NO ☑ |

48. UNUSUAL CIRCUMSTANCES - PATTERNS

| 49. REVIEWED BY | ID# 7079 | 50. TECHNICIAN OFC. Eric Melendez | ID# 2415 | CAR# 213c |
|---|---|---|---|---|

RPD 1201 REV. 10/03

DEMPSEY 1492

GO 457

*rochester police department technicians evidence & photo report*

OF ____ PAGE ____

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 2

| | Incident Type | | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|---|---|
| **DETAIL** | IR- Non-Criminal Incident | | | 11/02/2017 | 10:34 | 11/02/2017 | 10:34 | 11/02/2017 | 10:34 |

**DETAIL**

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 228 Martin ST | | 277 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Johnson, Rose, L | ▮ | F | B | N | 228 Martin ST Rochester, NY 14621 | ▮ |
| W | Dassie, Lettie | | F | B | N | | ▮ |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname |
|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

| Modus Operandi |
|---|

| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
|---|---|---|
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Office | | | Clinton 2nd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LEWIS | JOSH | 1820 | 11/02/2017 | |

**NARRATIVE**

At above date and time Officer Rich Arrowood #912 responded to 228 Martin St. for a Family Trouble in progress. Once on scene he knocked at the front door, no one answered. A female neighbor W1 told Officer Arrowood that the female at that location does not answer the front door, only the side door. As Officer Arrowood was speaking to W1 a large white pitbull dog appeared from the side of the house and charged Officer Arrowood. Officer Arrowood attempted to back away from the dog but the dog continued to charge. Officer Arrowood then fired one round from his duty pistol, in a downward angle, towards the dog. The dog was not struck. After the round was fired the dog retreated into the house. The dog is owned by the original caller PK1. PK1 was ticketed by animal contol Officer Ames #1270 for Unliscensed Dog, Unleashed Dog and Dangerous Dog. One bullet strike mark was located on the sidewalk directly in front of 228 Martin St. The rest of the area was checked thoroughly for any secondary strikes, none were found. The casing was located two feet away from where Arrowood was standing when he fired, it was found using a rake due to overgrown grass. The casing was recovered and the scene photographed by Tech Rice.

At the time of the firearm discharge:
The weather was clear and it was an overcast day.
Officer Arrowood was on duty and in full uniform.
One round was fired.
The firearm used was Officer Arrowood's issued duty weapon
The weapon used is a Glock Model 21
The gun is a .45 Cal handgun
The serial number of the firearm is UBR574
The firearm holds 13+1 rounds of ammunition and was fully loaded
The ammunition used is Federal Tactical .45
The firearm was held in Officer Arrowood's department issued holster before the incident.
There were no other member's present at the time of the discharge.
The incident was captured on Arrowoods BWC.
A deposition was taken from W1
There were no additional cameras that captured the event.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LEWIS | JOSH | 1820 | 11/02/2017 | |

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 17-279676

PAGE _1_ OF _1_

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____
   DEFENDANT'S/RESPONDENT'S NAME

   _____
   DEFENDANT'S/RESPONDENT'S ADDRESS

2. _____
   DEFENDANT'S/RESPONDENT'S NAME

   _____
   DEFENDANT'S/RESPONDENT'S ADDRESS

3. _____
   DEFENDANT'S/RESPONDENT'S NAME

   _____
   DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

LeTTie Dassie
**DEPONENT'S NAME**

■■■
**DATE OF BIRTH**

238 MARTIN ST
**DEPONENT'S ADDRESS AND PHONE NUMBER**

DEPONENT DEPOSES AND SAYS:

My NAME is LeTTie DASSie and I Live AT 238 MARTIN ST. ON November 2nd, 2017 AT APPROXIMATELY 10:40Am I WAS STANDing ON The PORCH AT My House When I SAW A Police officer Pull UP TO My NeighBoRs House. I Then SAW The Police officer get OUT OF His CAR And WALK TO My Neighbor House onto The PORCH. The officer Then WALKed UP The Driveway And knocked on The DOG STARTED RAN AT The officer AS The officer WAS BACKing UP ONTO The Side WALk. The DOG WAS APPROXIMATELY A Foot AWAY FRom The officer When I SAW The officer FiRe ONe GUN ShOT FRom His HandGUN. The DOG Then RAN BACK UP The Driveway AWAy FRom The Police officer.

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

LeTTie Dassie
**DEPONENT'S SIGNATURE**

11/2/17
**DATE**

#851

**WITNESS SIGNATURE**

11/2/17
**DATE**

DEMPSEY 1495

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 3

CR #
**2017-00289005**

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 11/13/2017 | 17:00 | 11/13/2017 | 15:00 | 11/13/2017 | 15:00 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 281 N Union ST | 297 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

**OFFENSES**

Statute -      Attempt/Commit -      Counts -
Description -

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | | |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| | | | |

Statute -      Attempt/Commit -      Counts -
Description -

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | | |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| | | | |

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| Individual-I | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| | | 14 | F | B | N | Resident |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| Rochester, NY | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| | Physical Injury | Apparent Minor Injury | Hospitalized |

**PERSONS**

R = Reporting Person      W = Witness      PK = Person w/Knowledge      NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Arroyo, Thaliea | | F | B | H | | |
| RP | McPherson, Michael | | M | B | N | | |
| W | Parrillo, Joe | | M | W | N | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname | |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|
| | | | | | | |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|
| | | |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|
| | | |

**INVESTIGATION**

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Clinton | Clinton 3rd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| WALDO          RICHARD E | | 1340 | 11/13/2017 | |

Incident Report, Page 1 OF

DEMPSEY 1496

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**CR # 2017-00289005**

---

### ADDTL OFFENSE

| | |
|---|---|
| Statute - | Attempt/Commit - | Counts - |

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

---

### VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

---

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Davis, James | | M | B | N | | |
| | | | | | | | |
| | | | | | | | |

---

### SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

---

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | BWC Video | | |

| Item Type and Description | Color |
|---|---|
| Video Recorded by IBM: 1767 | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

---

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

---

### FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

---

### VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

---

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| WALDO    RICHARD E | 1340 | 11/13/2017 | |

DEMPSEY 1497

NARRATIVE

On the above date and time Sgt Reaves #1767 responded to the area of the public market for a call of a female being attacked by a pit bull. (RP)McPherson works security at the public market and made the 911 call. When Sgt reaves arrived he was directed to the parking lot across the street from 280 N. Union St. He immediately observed (V) Lake being attacked by a dark pit bull. The dog was biting (V) in the arms and legs. The dog was biting and shaking (V). At one point the dog also jumped up and attempted to bite (V) in the face. Sgt Reaves yelled at (V) to back up and to try and get away. As he said this the dog turned his attention from (V) and ran towards Sgt Reaves. Sgt Reaves now fearing that he was going to be attacked, drew his service pistol (Glock 21 Gen 4 .45 Ser #UB5597). The dog was about 5 feet away, and the victim had ran out of the direct area. Sgt Reaves then fired one round (Federal HST .45 Cal Service Ammo) at the dog while backpedaling. He fired at a downward angle with his backdrop being the ground and an unoccupied truck and trailer. The dog was struck in the mouth area and immediately turned away and ran. Nothing else in the area was struck.

Officers located the dog at 5 Messina St in a dog cage with a large hole in it. It appears as though the dog ran home and went into the cage. In the cage with the dog was a puppy pit bull as well. Animal control (AC6 Emerick) responded at took custody of the injured dog, but left the puppy in the cage. No one was at the home at the time so animal control left a Notice of Warning.

Tech Ferguson responded and processed the scene. The victim was transported to Strong by AMR. She had numerous bite injures on her arms and legs. The victim's father came to the scene and was given the victim's glasses and book bag.

Lt Favor from PSS was notified. 410 was on scene.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| WALDO | RICHARD E | 1340 | 11/13/2017 | |

Incident Report Page 3 OF 3

DEMPSEY 1498

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 1 of 4

CR # 2018-00012682

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 01/17/2018 | 10:51 | 01/17/2018 | 10:51 | 01/17/2018 | 10:51 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 856 N Plymouth AVE dn | 271 | |

Violent Crime Context

BWC **No**

## OFFENSES

Statute -   Attempt/Commit -   Counts -

Description -

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | | |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| | | | |

Statute -   Attempt/Commit -   Counts -

Description -

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | | |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| | | | |

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| | | | | | | |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| | | | |

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Miller, Daniel | | M | | | | |
| PK | Bermudez, Ann | | F | | | | |
| PK | Torres, Migdalia | | F | | | | |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname | |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|
| | | | | | | |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|
| | | |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|
| | | |

## INVESTIGATION

Modus Operandi

| | | | |
|---|---|---|---|
| 01. Witness to the offense? | X | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? X |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | SIS | SIS |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| GRANDE | LAURA | 0781 | 01/18/2018 | | DEMPSEY 1499 |

Incident Report Page 1 OF 4

**Incident Type - Discharge Firearm at Dog**

**Firearm #1 information - Remington 870 Pump Action 12 gauge Shotgun, Police Magnum, Serial # AB079339M, Color Black, Capacity 5 Rounds, Issued 12 gauge Tactical Buck Shot Ammunition.**

**Firearm #2 information - Glock 21, .45 cal. Department issued Handgun, Serial # UBR978, Color Black, Capacity 15 Rounds, Issued .45 cal. Ammunition.**

**Related CR #18-012609**

**While executing a narcotics search warrant at 856 N Plymouth Ave, Inv. Burgoon #1306 discharged his Remington 870 Shotgun, and Sgt. Lee #789 discharged his Glock 21 handgun at an attacking Pit bull.**

**Inv. Burgoon and Sgt Lee were at the location with an entry team, making a dynamic entry through the rear door of the downstairs apartment. The Pit bull initially ran towards the team, but retreated back to a male who was standing inside the apartment when yelled at by Inv. Burgoon. Inv. Burgoon gave commands at this male to control and contain the dog. The male at first complied, but then he suddenly pushed the dog towards the entry team members and grabbed a bag of narcotics while trying to run into another room. The Pit bull aggressively charged at the Officers in an attacking manner, causing Inv. Burgoon to discharge (1) round from his issued shotgun, striking the dog in the neck and chest area. The Pit Bull was injured, but continued charging aggressively towards Sgt Lee and other members of the entry team who were on the outside, in the back yard of the location. Sgt Lee discharged (1) round from his issued handgun, striking the dog in the right side chest, killing it and ending the attack.**

**NARRATIVE**

**The (1) shotgun round was discharged down, directly towards the Pit bull and the floor. The backstop for the shotgun round was clear of persons and property of value. The round directly struck the Pit bull in the chest and neck area and nothing else, causing no danger to persons in the area.**

**The (1) hangun round was also discharged down, directly towards the Pit bull and into the snow covering the ground. The back stop for the handgun round was clear of persons and property of value. The round struck the Pit bull in the right side chest area and nothing else, with no danger to persons in the area.**

**Animal Control Officer Denise Lybrand (AC-8) responded to remove the deceased Pit bull.**

**The dog was a large, 2 year old Pit bull named Finde, grey and white in color.**

**The owner, the male located upon entry to the location, is Rhashii Brown, ███ of 856 N. Plymouth Ave. Phone number ██████. Moris #245177.**

**Lake Section Officer Eichas conducted a neighborhood check. All (PK)'s listed heard shots, but did not witness the incident.**

**Police Technicians Trewer and Terrigino responded to process the scene.**

**Sgt. Dave Williams of PSS and SIS Captain Koonmen were notified.**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| GRANDE | LAURA | 0781 | 01/18/2018 | |

DEMPSEY 1500

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 5

2018-00053628

### DETAIL

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| 22. All Other Offenses | | 03/09/2018 | 14:29 | 03/09/2018 | 14:29 | 03/09/2018 | 15:14 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 222 Spencer ST | 271 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

### OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | EDWARDS, CONNOR, C | | | | | | ████ |
| W | DELDUCA, ANDREW | | | | | | |
| NO | Fernando, Cira | ████ | F | U | H | | |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
|---|---|---|
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Clinton | Lake 3rd |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| COLLINS        MICHAEL | 2222 | 03/09/2018 | |

Incident Report, Page 1 OF 5

DEMPSEY 1501

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2018-00053628

## ADD'TL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NO | Romaro, Jose | ▮ | M | U | H | ▮ | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Damaged Vandalized | Structures - Other | $25 | |

Item Type and Description — Color

Flooring of the vacant with damage from buckshot

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | Ammunition | $1 | |

Item Type and Description — Color

Spent Federal 12 GA Buckshot Casings

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 2 | Item(s) | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| COLLINS | MICHAEL | 2222 | 03/09/2018 | |

DEMPSEY 1502

Case 6:23-cv-06780-MJP    Document 153-7    Filed 12/18/25    Page 94 of 225

**NARRATIVE**

On the above date and time Off. Edwards and Off. Delduca responded to 222 Spencer St for an open vacant property that had an abandoned dog inside. When the Officers arrived they found that the property was actually an abandoned duplex townhouse (222 and 224 Spencer St). Officers cleared 224 Spencer St first then cleared 222 Spencer St.  Before entering the structure Officers announced their presence and listened for movement and none was heard. Officers then cleared the first floor of the structure with negative results for people or the dog. As officers proceeded up the stairs, Off. Edwards was first and Off. Delduca behind him, a pit bull ran out into the hallway and began viciously barking at the Officers. Off. Edwards and Off. Delduca immediately retreated down the stairs, through the hallway, and into the kitchen. As they retreated into the kitchen the dog ran down the stairs toward them in an aggressive manner. Off. Edwards was standing in the kitchen facing South towards the dog and Off. Delduca was still behind him. As the dog charged toward the Officers Off. Edwards waited until the dog was 10-12 feet away and appeared that it was not going to stop it's charge. Off. Edwards then shot three rounds of  department issued buckshot at the dog. Off. Edwards shot at a downward angle using the floor of the structure as his backstop. Off. Edwards first round missed the dog and struck the floor of the structure behind the dog, causing $50.00 worth of damage. Off. Edwards second shot did strike the animal between the shoulder blades causing injury. The third shot was a misfire and no projectile was emitted from the firearm. After the three shots the dog retreated upstairs and Off. Delduca requested animal control and a supervisor to respond.

I responded to the scene and learned that the upstairs of the structure was still not cleared for people. I requested more officers to assist  and Sgt. Weigel, Off. Timmons, Off. Mitchum, Off. Demarco, and Off. Grillo responded. Together Officers  cleared the second floor and found the dog wounded in a bedroom. The dog was then barricaded in that room while the structure was cleared. Animal Control Officer R. Lodar responded. Together with Animal Control, Officers cleared the room and the dog was detained. Animal Control Officer Lodar then took the stray dog into custody and to Verona for possible treatment.

The following are the details regarding the incident:

1. Officer Edwards and Officer Delduca responded to 222 Spencer St for an open vacant property with an abandoned dog inside.
2. At the time of the incident it was daylight, approximately 36 degrees, and snowing. Inside the location there was no electricity but visibility was clear due to the daylight.
3. Officer Edwards was on duty and in uniform.
4. While clearing the abandoned house. The dog in question suddenly charged at Officer Edwards and Off. Delduca in an aggressive manner.
5. Officer Edwards fired a total of three rounds in one advance from the dog. The third round was a misfire.
6. Off. Edwards utilized his Department issued Remington 870 shotgun
   a. Authorized Service Weapon
   b. Shotgun
   c. Remington, #1 buckshot, SN# C099751M
   d. Five round capacity (loaded with five rounds)
   e. Federal Premium Law Enforcement 12 GA 2 ¾ in Buckshot, 15 pellets #1 Buck.
   f. Holster not applicable
   g. Pistol permit not applicable

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| COLLINS | MICHAEL | 2222 | 03/09/2018 | |

DEMPSEY 1503

Case 6:21-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page 95 of 225

**NARRATIVE**

On this date Officer Edwards was assigned to beat 271. He was assigned to marked patrol car 9911.

Technician Marsden did respond to the location and processed the scene. Pictures were taken of the damaged floor and blood trail from the dog. Four buckshot pellets, two spent buckshot casings, and one live round were also recovered and brought to property. Officers canvassed the house for any other damage and it appears only the floor was struck.

A neighborhood check was completed with negative results. Both (NO)'s did not hear or see anything but knew the structure was vacant. Both also did not know there was a dog inside. In addition to the (NO)'s 210 and 218 Spencer St were checked with no one home.

The owner of the residence was checked by City Admin and no owner was on file. Special Services was requested for a board up of the location.

SDO Captain Koehn was notified and PSS was notified as well.

NFD

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| COLLINS | MICHAEL | 2222 | 03/09/2018 | |

DEMPSEY 1504

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Case 6:18-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page 96 of 225

CR # 2018-00053628

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| **Seized Evidence** | | **Ammunition** | | **$1** | | |
| Item Type and Description | | | | | | Color |
| **Live Misfired 12 GA Buckshot Round** | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| **1** | **Item(s)** | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| **Seized Evidence** | | **BWC Video** | | | | |
| Item Type and Description | | | | | | Color |
| **Video Recorded by IBM: 2222,2555,2296,2487,2494, 1832,2223** | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| **1** | **Item(s)** | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item Type and Description | | | | | | Color |
| | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| | | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item Type and Description | | | | | | Color |
| | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| | | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item Type and Description | | | | | | Color |
| | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| | | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item Type and Description | | | | | | Color |
| | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| | | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item Type and Description | | | | | | Color |
| | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| | | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item Type and Description | | | | | | Color |
| | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| | | | | | | |

**ADDITIONAL PROPERTY**

| Reporting Officer | | | IBM # | Date | Reviewed By |
|---|---|---|---|---|---|
| **COLLINS** | **MICHAEL** | | **2222** | **03/09/2018** | |

DEMPSEY 1505

| Page 1 of 4 | ROCHESTER POLICE DEPARTMENT INCIDENT REPORT | 2018-00090117 |

## DETAIL

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | | 04/22/2018 | 17:36 | 04/22/2018 | 17:36 | 04/22/2018 | 17:36 |

| Incident Address | | | Beat | Campus Code |
|---|---|---|---|---|
| **339 FIRST ST** | | | **267** | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | |
| Telephone | Level of Injury | Type of Injury | | Medical Treatment | | | |

## PERSONS

| | R = Reporting Person | W = Witness | PK = Person w/Knowledge | NI = Not Interviewed | |
|---|---|---|---|---|---|

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname | |
|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | | | |
|---|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? | |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? | |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? | X |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Clinton** | **Clinton 3rd** |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **ISLER** | **NICKOLAS** | **1597** | **04/22/2018** | | Incident Report Page 1 OF |

DEMPSEY 1506

Case 6:21-cv-06780-MJP    Document 1337    Filed 12/18/25    Page 98 of 225

## ADD'TL OFFENSE

| | |
|---|---|
| Statute - | Attempt/Commit - | Counts - |

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person      W = Witness      PK = Person w/Knowledge      NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | Nickname |
|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 1597, 2646, 2554, 2631** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **ISLER** | **NICKOLAS** | **1597** | **04/22/2018** | |

DEMPSEY 1507

**NARRATIVE**

1. Nature of incident: Officers responded to the above location for the 911 call of one Pit bull attacking a dog in the neighbors yard. One was black and white the other was gray and white.

2. Lighting: Day light clear skies

3. Duty Status: On duty

4. Circumstances: Upon Officer arrival (Whitmore #2646, Gorman #2631) they observed two lose aggressive dogs. Officers requested Animal Control via the primary. I overhead the radio traffic and approved animal control being called in. Officers on scene were given a 30-35 minute ETA. The above Officers attempted to keep the dogs contained in the back yard at gun point. While awaiting Animal Control the gray and white dog charged Officer Whitmore. Officer Whitmore discharged one round from his service weapon striking the dog in the left lower jaw. This shot did not kill the dog. It should be noted at the time the animal charged toward Officer Whitmore he was in a tight space between a detached garage and a house. A diagram is attached below. The backdrop for this incident was the ground and a concrete block wall.



5. Number of rounds fired: One round

6. Description of firearm:

    a. Authorized/Not Authorized: Authorized duty weapon

    b. Type: Semi Automatic

    c. Make, Caliber, S/N: Glock Model 21 .45 cal S/N UBR586

    d. Number of Rounds: Round capacity 14 (13 in the magazine 1 in the chamber)

    e. Ammo type: Duty issued Federal HST 230 Grain

    f. Type of holster, Whether Dept. issued: Holster department issued Safari land SLS

7. Witness: Borges, Nereida 11/29/89 F/H 585-642-7893 339 First Street (RP and W)

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| ISLER | NICKOLAS | 1597 | 04/22/2018 | |

Incident Report Page 3 OF 4

DEMPSEY 1508

8. Officer name and assignment: Justin Whitmore #2646 Clinton Section third Platoon

9. Description of weapon used by adversary and the weapons complete description: Dangerous Dog

NARRATIVE

Once animal control responded AC4 (Ames) was able to contain both dogs. The injured dog was located in between two fences and required a lot of effort to capture the dog. Upon further investigation Ro's learned the dogs lived at 331 First Street. The fence around the yard was in poor shape thus allowing the dogs to get lose. While on scene the dogs owner came to the location. His name was Omar Ayala-Melendez 6/11/72 743-0297. Mr. Ayala-Melendez wished to give up his rights to both dogs and turned them over to animal control. Mr. Ayala-Melendez was also issued several tickets by AC4 for unlicensed dogs, unleashed dogs, and dangerous dogs. Officer Gorman completed an IA documenting additional names and a neighborhood check. Tech 260C responded to the scene. See tech report for additional information.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| ISLER | NICKOLAS | 1597 | 04/22/2018 | |

DEMPSEY 1509

| Page 1 of 3 | | **ROCHESTER POLICE DEPARTMENT** **INCIDENT REPORT** | | CR # **2018-00136420** |
|---|---|---|---|---|

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | 06/10/2018 | 11:39 | 06/10/2018 | 11:42 | 06/10/2018 | 11:43 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| **236 Belknap ST** | | **281** | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Cala, Brian | | M | W | N | 185 Exchange BLVD Rochester, NY | (585)428-9810 |
| RP | Trenton, Jen | | F | W | N | 185 Exchange BLVD Rochester, NY | (585)428-9810 |
| PK | Anniszkiewicz, maryann | | F | W | N | 236 Belknap ST Rochester, NY | (585)458-1504 |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | | | | | Nickname |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

| Modus Operandi | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Lake** | **Lake 2nd** |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **CLARK          COREY** | **1459** | **06/10/2018** | |

Incident Report Page 1 OF

DEMPSEY 1510

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 2 of 3

FR# 2018-00136420

## ADDT'L OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | | Gang Related | Computer |
|---|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Scherbyan, Mike | | M | W | H | 21 W Main ST, Shortsville, NY | (585)694-7833 |
| W | Glaze, Delaney | | F | W | N | 3248 Goosen ROAD, Marian, NY | (585)455-4333 |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | Nickname |
|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 1094** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 1650** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **CLARK** | **COREY** | **1459** | **06/10/2018** | |

DEMPSEY 1511

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

**2018-00136420**

On 6/10/18 at around 1139 Officers Cala 1094 and Trenton 1650 were dispatched to 236 Belknap St for a neighbor trouble in progress regarding a lose dog. W-Glaze was an observer riding with Officer Cala. The weather was a clear sunny day. Officers Cala and Trenton were in department issued uniform. Upon arrival Officer Trenton shook the fence in front of 236 Belknap St to check for dogs. No dogs could be seen or heard. Officer Trenton entered the fenced location followed by Officer Cala and W-Glaze. Officer Trenton walked up on to the porch followed by Officer Cala. As Officer Trenton went to knock on the door a large black dog came from the rear of the location. The dog was barking and started to come towards Officer Cala. Officer Cala drew his department issued handgun as he was backing down the stairs and the dog stopped on the porch about 4 feet from Officer Cala. Officer Trenton had backed herself against the front door elevated porch and was trapped about 3 feet from the dog. Officer Cala started to back away again when the dog started barking and charged towards Officer Cala. W-Glaze ran towards the fence when the dog started to charge at Officer Cala.

Officer Cala discharged one round from his department issued Glock 21 semi-automatic, .45 Caliber, Serial Number UBR879, loaded with 13 rounds of department issuede Federal .45 Caliber ammunition. Officer Cala was using his department issued holster. Officer Cala's round was fired in a downward angle with the ground as a backstop. Officer Cala was approximately 3 feet from the dog when he fired the round. The round struck the dog in the head stopping the dog instantly.

PK3-Anniszkiewicz is the owner of the dog and was inside of the location during the incident. PK3 was also the caller for the neighbor trouble incident.

Pk4-Scherbyan was outside in the rear of the location putting up a pool when he heard the shot.

Tech Walker responded to the location. He took photos and recovered the casing.

Animal Control responded and confirmed that the dog was deceased.

Deposition taken from W-Glaze.

PK3-Anniszkiewicz request to take care of the dog herself. The dog was release to PK3.

A non criminal incident report was completed by Ofc. Lang regarding the orginal call. See CR #18-136490.

BWC footage was reviewed.

410 Lt. Anzalone notified of incident. PSS Lt. Favor notified.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| CLARK | COREY | 1459 | 06/10/2018 | |

Incident Report Page 3 OF 3

DEMPSEY 1512

CR#

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 1 of 4

2018-00146235

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | 06/20/2018 | 18:22 | 06/20/2018 | 18:22 | 06/20/2018 | 18:22 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| **105 Ambrose ST** | | 271 | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

## OFFENSES

Statute -       Attempt/Commit -       Counts -
Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

Statute -       Attempt/Commit -       Counts -
Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Kim, Kulika | 04/15/1972 | M | A | N | 38 Danfort CRES Rochester, NY | (585)831-7523 |
| PK | Clarke, JayQuan | 11/14/1992 | M | B | N | 105 Ambrose ST Rochester, NY | (585)448-4475 |
| NO | Hart, Jessica | 09/20/1990 | F | W | N | 105 Ambrose ST Rochester, NY | (585)414-1992 |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | | Nickname |
|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | | | |
|---|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? | |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? | |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? | |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Lake** | **Lake 3rd** |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **TAURIELLO        RYAN** | **2147** | **06/20/2018** | **MARONE, BRIAN P. 06/20/2018** |

Incident Report Page 1 OF

DEMPSEY 1513

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2018-00146235

**ADD'TL OFFENSE**

| Statute - | | Attempt/Commit - | | Counts - | | |
|---|---|---|---|---|---|---|

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | | Gang Related | Computer |
|---|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Sterling, Derek | | M | W | N | 1099 Jay ST Rochester, NY | (585)428-9810 |
| PK | Zampatori, Joseph | | M | W | N | 1099 Jay ST Rochester, NY | (585)428-9810 |
| | | | | | | | |

**SUSPECT #2**

| Type - | Suspect Name  (Last, First, Middle) | | Nickname | |
|---|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2574** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2430** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **TAURIELLO** | **RYAN** | **2147** | **06/20/2018** | **MARONE, BRIAN P. 06/20/2018** |

Incident Report  Page 2 OF 4

DEMPSEY 1514

On June 20, 2018 at approximately 1822 hours, (W) Kim called 911 to report two loose pitbulls in the area of 105 Ambrose St. At approximately 1842 hours Officers' Zampatori and Sterling, in full duty uniform, arrived on scene and located two pitbulls in the backyard of 105 Ambrose St.

One of the dogs was chained up in the backyard and secure. As Officer Sterling began walking toward the backyard the second dog charged him from approximately 50 feet away. The dog was running at full speed and Sterling drew his service pistol as the dog approached aggressively. When the dog got within 5-10 feet of him, Sterling fired two rounds from his duty issued Glock 21 (Ser # UBR603). Sterling's backdrop was the ground (grass) as his handgun was pointed in a downward direction due to the close proximity of the dog. Beyond the backdrop was a driveway (gravel) and backyard both of which were unoccupied by people, vehicles, and/or structures. The dog was struck at least one time in the front left shoulder with Sterling's issued service ammunition, Federal Cartridge .45 Auto. When the dog was shot it was still daylight and the weather conditions were as follows;
- 69 degrees Fahrenheit
- Partly cloudy
- Winds SSE 3 MPH

The dog retreated to the side porch of the location as (PK) Clarke exited his apartment. The dog did not suffer a fatal wound. (PK) Clarke identified himself as the dog's owner and he secured the wounded animal in his apartment.

Both spent casings were located on scene in the front yard of 105 Ambrose. A Technician was requested to the scene, however, all on duty technicians were tied up on a Genesee Section double homicide (CR 18-145628) and separate shooting which was possibly related (CR 18-145949). Officer Timmons took pictures with her issued camera at the scene and the recovered casings were collected and turned into property as evidence.

The original 911 caller who reported the loose pitbulls was located on scene and provided a deposition in regards to the dog being shot (see Kim deposition for further details).

The incident was captured on Officer Sterling and Officer Zampatori's BWC.

Animal Control Officer Lodar responded to transport the wounded animal to Veterinary Specialist & Emergency Service because (PK) Clarke had no transportation to do so. (PK) Clarke was provided information in regards to filing a claim with the city for veterinarian bills.

Lt. Marone (SDO) and Lt. Favor (PSS) were notified of the incident.

**Non-Criminal Incident**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| TAURIELLO | RYAN | 2147 | 06/20/2018 | MARONE, BRIAN P. 06/20/2018 |

DEMPSEY 1515

| Property Code | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|
| **Seized Evidence** | **Ammunition** | | | | |
| Item Type and Description | | | | | Color |
| **(2) spent F.C. 45 Auto casings** | | | | | **Silver** |
| Quanity | Unit of Measure | Measurement Source | | Drug Type | |
| **2** | **Not Applicable** | | | | |

| Property Code | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|
| | | | | | |
| Item Type and Description | | | | | Color |
| | | | | | |
| Quanity | Unit of Measure | Measurement Source | | Drug Type | |
| | | | | | |

| Property Code | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|
| | | | | | |
| Item Type and Description | | | | | Color |
| | | | | | |
| Quanity | Unit of Measure | Measurement Source | | Drug Type | |
| | | | | | |

| Property Code | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|
| | | | | | |
| Item Type and Description | | | | | Color |
| | | | | | |
| Quanity | Unit of Measure | Measurement Source | | Drug Type | |
| | | | | | |

| Property Code | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|
| | | | | | |
| Item Type and Description | | | | | Color |
| | | | | | |
| Quanity | Unit of Measure | Measurement Source | | Drug Type | |
| | | | | | |

| Property Code | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|
| | | | | | |
| Item Type and Description | | | | | Color |
| | | | | | |
| Quanity | Unit of Measure | Measurement Source | | Drug Type | |
| | | | | | |

| Property Code | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|
| | | | | | |
| Item Type and Description | | | | | Color |
| | | | | | |
| Quanity | Unit of Measure | Measurement Source | | Drug Type | |
| | | | | | |

| Property Code | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|
| | | | | | |
| Item Type and Description | | | | | Color |
| | | | | | |
| Quanity | Unit of Measure | Measurement Source | | Drug Type | |
| | | | | | |

ADDITIONAL PROPERTY

| Reporting Officer | | | IBM # | Date | Reviewed By |
|---|---|---|---|---|---|
| **TAURIELLO** | **RYAN** | | **2147** | **06/20/2018** | **MARONE, BRIAN P. 06/20/2018** |

DEMPSEY 1516

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 19-046235
PAGE 1 OF 1

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____          _____
   DEFENDANT'S/RESPONDENT'S NAME      DEFENDANT'S/RESPONDENT'S ADDRESS

2. _____          _____
   DEFENDANT'S/RESPONDENT'S NAME      DEFENDANT'S/RESPONDENT'S ADDRESS

3. _____          _____
   DEFENDANT'S/RESPONDENT'S NAME      DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Kulika Kim          4/5/72          38 Danfort Crescent  831-7523
**DEPONENT'S NAME**   **DATE OF BIRTH**   **DEPONENT'S ADDRESS AND PHONE NUMBER**

DEPONENT DEPOSES AND SAYS: My Name is Kulika Kim. I am 47 years old and live at 38 Danfort Crescent. On 6/20/18 at around 6:30 PM I called 911 to inform them that there was a loose female Black Pitbull in the vicinity of 101 and 105 Ambrose St. I then showed the officers when they arrived where the dog was; which was behind the house of 105 Ambrose. One officer was on the side walk and the other was by a tree. At the front of the location when the dog at the officer at a high rate of speed. The dog did then run shot at the dog once which hit the ground, and the officer then fired a second shot which hit the dog in the left paw. I believe the officer fired at the dog because he felt threatened and was trying to protect himself from being bitten.

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

_____   6/20/18          _____   6/20/18
DEPONENT'S SIGNATURE       DATE             WITNESS SIGNATURE          DATE

RPD 1270                                    ⊬ Farrell                  REV. 02/03

DEMPSEY 1517

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 5

**2018-00175299**

| DETAIL | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
| IR- Non-Criminal Incident | | 07/21/2018 | 06:10 | 07/21/2018 | 06:10 | 07/21/2018 | 06:30 |
| Incident Address | | | | Beat | Campus Code | | |
| 14 Bauer ST | | | | 261 | | | |
| Violent Crime Context | | | | | BWC | | |
| | | | | | Yes | | |

### OFFENSES

| Statute - | | Attempt/Commit - | | Counts - | | | |
|---|---|---|---|---|---|---|---|
| Description - | | | | | | | |
| Location | | | | Weapon | | | |
| Larceny Type | | | | Aggravated Assault Circumstances | | Gang Related | Computer |
| Bias Type | | Entry Point | | Method of Entry | | | # of Premises Entered |
| Statute - | | Attempt/Commit - | | Counts - | | | |
| Description - | | | | | | | |
| Location | | | | Weapon | | | |
| Larceny Type | | | | Aggravated Assault Circumstances | | Gang Related | Computer |
| Bias Type | | Entry Point | | Method of Entry | | | # of Premises Entered |

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status | |
| City, State, Zip | | Victim/Offender Relationship (Offender Name, DOB, Relationship) | | | | | | |
| Telephone | Level of Injury | Type of Injury | | | Medical Treatment | | | |

### PERSONS

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Breen, James | | M | | | 185 Exchange BLVD Rochester, NY | |
| W | Wilcox, April | | F | | | 185 Exchange BLVD Rochester, NY | |
| PK | Cason, Amy, L | 08/27/1966 | F | B | N | 9 Bauer ST Rochester, NY | (585)415-1310 |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname | | |
|---|---|---|---|---|---|---|---|---|
| Address | | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | | Offender Conditon | | Scars, Marks, Tattoos | | | |
| Mothers Maiden Name | | Place of Birth | | School Name / ID # | | | | |

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| | |
|---|---|
| 09. Is there significant Modus Operandi present? | |
| 10. Is there significant physical evidence present? | |
| 11. Has evidence tech work been perfomed? | |
| 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Lake | Lake 1st |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| TAMBURELLO-CONWAY   NICOLE | | 1540 | 07/21/2018 | | Incident Report Page 1 OF 5 |

DEMPSEY 1518

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

### ADD'TL OFFENSE

| | | | |
|---|---|---|---|
| Statute - | Attempt/Commit - | Counts - | |

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NO | Morr | | | | | Rochester, NY | |
| NO | Morrison, Bernadine | | F | N | N | 5 bauer ST Rochester, NY | (585)721-2282 |
| NO | Smith, Datriche, L | | | | | 12 Bauer ST Rochester, NY | (585)471-9910 |

### SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | | |
| Item Type and Description | | | | Color |
| **Video Recorded by IBM: 2623** | | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Damaged Vandalized** | **Structures - Single Occ Dwell** | **$10** | | |
| Item Type and Description | | | | Color |
| **door frame damaged at lock point** | | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

### FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

### VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **TAMBURELLO-CONWAY NICOLE** | **1540** | **07/21/2018** | |

DEMPSEY 1519

**NARRATIVE**

On 7/21/18 at approximately 0610 Officer Breen and Ofc. Wilcox responded to 14 Bauer St for the report of an individual, Alton Strong, causing a disturbance at the location who had a warrant. Upon officers arrival they encountered a male in front of 14 Bauer St. As officers went to address this male and inquire as to his identification the male; later confirmed to be Alton Strong, let two pit bull's out of the house he was in front of. One of the dogs did charge at Ofc. Breen and did bite him in his left shin.

Ofc. Breen was able to successfully pull his police issued duty weapon out of its holster and did fire his handgun 2x, in a downward angle towards the pavement, striking the dog 1x in its right leg. The dog then disengaged and did walk back to 14 Bauer St. The male did run back into the house.

The following are details regarding this incident:

1. Officers were dispatched to the above location for a warrant suspect at the home.

2. The location was a city street with houses on either side, weather was clear and sunny. temperature was approximately 75 degrees.

3. Ofcs Wilcox and Breen were on duty working in uniform capacity.

4. Warrant suspect failed to control 2 dogs that were unsecured and in his front yard with him and one of the dogs charged at and bit Ofc. Breen.

5. Officer Breen discharged 2 rounds

6. Officer Breen utilized the Glock 21 Gen 4 duty handgun

    a) Authorized Service Weapon
    b) Semi-automatic handgun
    c) Glock 21 Gen 4, .45 cal, Serial Number #UBR866
    d) 14 round capacity, (fully loaded, patrol ready)
    e) Federal Brand .45 cal auto
    f) Department issued holster
    g) Pistol permit number not applicable

7. No other weapons used

8. Ofc Wilcox was the only other witness to the dog shot. See neighborhood check for neighborhood check that was negative for any witnesses to the dog shot.

9. On this date Ofc. Wilcox was assigned car number 271 and Ofc Breen was 291.

10. Suspect used the dog as a weapon

11. At the time of this incident officers had no previous information or knowledge about the (S).

Tech work performed. Photos taken of scene and 2 shell casings were collected and turned into property. Lt. Montinarelli was on scene. Lt. Favor was notified.

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| TAMBURELLO-CONWAY   NICOLE | 1540 | 07/21/2018 | |

DEMPSEY 1520

Officers did breach one interior door and caused minor damage to a door jam at 14 Bauer St. approximately value of damage is $10. Photos taken of damage.

Please see additional CR#'s 18-175263 for domestic report and 18-175296 for Assault of Ofc. Breen from dog bite.

**NARRATIVE**

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| TAMBURELLO-CONWAY   NICOLE | 1540 | 07/21/2018 | |

DEMPSEY 1521

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2018-00175299

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NO | Smith, Datriche, L | 08/19/1970 | F | N | N | 12 Bauer ST Rochester, NY | (585)471-9910 |
| NO | Bell, Stephanie, m | | | | | 8 bauer ST Rochester, NY | (585)905-4040 |
| NO | Bell, Stephanie, m | 08/03/1981 | F | N | N | 8 bauer ST Rochester, NY | (585)905-4040 |

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**ADDITIONAL PERSONS**

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| TAMBURELLO-CONWAY   NICOLE | 1540 | 07/21/2018 | |

DEMPSEY 1522

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 3

**2018-00219768**

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 09/06/2018 | 06:08 | 09/06/2018 | 06:08 | 09/06/2018 | 06:08 |

Incident Address
**1747 St Paul ST**

Beat **207**  Campus Code

Violent Crime Context

BWC **No**

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

Location | Weapon

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

Location | Weapon

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship)

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Gursslin, Erin | | F | W | N | 1747 St Paul ST Rochester, NY | |
| PK | Nicol, Craig | | M | W | N | 1747 St Paul ST Rochester, NY | |
| RP | | | M | W | N | | |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | SOS - Tact | Special Teams |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| DIEHL | MICHAEL | 1311 | 09/06/2018 | | Incident Report Page 1 OF 3 |

DEMPSEY 1523

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 2 of 3

CR # 2018-00219768

## ADDTL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | ███████ | | M | W | N | ███████ | ███████ |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Other Property** | | |

| Item Type and Description | Color |
|---|---|
| **Silver .45 cal casing** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| ███████ | | 09/06/2018 | |

Incident Report Page 2 OF 3

DEMPSEY 1524

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**NARRATIVE**

On 9/6/2018 at about 0608, RPD Officers ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were making their way South-bound through the rear fenced yard of 1747 St. Paul St. following the execution of a search warrant at 1771 St. Paul St. Weather was clear and lighting conditions were dark with low visibility.

Both Officers were assigned to the Special Weapons and Tactics Team & were operating in that capacity at the time of the incident. Both were dressed in plain clothes as follows:
▮▮▮▮ - black hoody, black pants, black & gray backpack
▮▮▮▮ black jacket, black hoody, blue jeans, black & gray backpack
Neither were wearing any police markings or identifiers due to the nature of their assignment for the search warrant.

Both officers were carrying their department issued Glock 21SF, semiautomatic, .45 cal handguns (each loaded with 14 rounds of Federal HST ammunition). Both officers were carrying their handguns on their belts in their issued kydex pancake holsters. Handgun serial numbers are as follows:
-Nellist: S# UBR570
-Kelly S# UBS795

Upon climbing over a chainlink/wood picket fence South-bound in the N/W corner of the rear yard of 1747 St. Paul St, Officers ▮▮▮▮▮▮▮▮ were approached by a large, white, 4 year old female pitbull. The dog growled & charged at both officers from the rear of the house & along the North fenceline. Officer ▮▮▮▮ dropped his backpack in front of the dog in an effort to stop the dogs aggressive charge. Upon the dog making contact with the backpack, it withdrew slightly & then circled in a Southern direction creating another clear path to both officers who were backed against the fence. Both officers drew their handguns as the dog made a second aggressive charge. Upon the dog making it within 3-5 feet of the officers, Officer ▮▮▮▮ fired 2 rounds & Offficer ▮▮▮▮ fired 1 round. All shots fired struck the dog in the torso area causing the dog to drop to the ground (deceased).

Following the shots fired at the dog, PK1 (Gursslin) began to scream & came into view of the officers as she approached the dog. PK2 (Nicol) entered the rear yard shortly after PK1. PK1 & 2 were identified as the dog's owners. According to PK1, she had no idea officers were in her rear yard, & had just let the dog out to relieve itself. The dog was released to PK1 & PK2 for proper disposal.

Tech 230A (▮▮▮▮▮▮▮▮) responded, took photos & collected 1 spent .45 cal casing from the rear yard.

No city or private cameras located, neighborhood check negative (rear yard) & no BWC footage due to it being a SWAT operation.

SDO (▮▮▮▮, PSS (▮▮▮▮) and DCO (▮▮▮▮) notified.
▮▮▮▮▮▮▮▮ on scene.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| DIEHL | MICHAEL | 1311 | 09/06/2018 | |

Incident Report Page 3 OF 3

DEMPSEY 1525

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**Page 1 of 3**

**2018-00258730**

### DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 10/19/2018 | 17:11 | 10/19/2018 | 17:11 | 10/19/2018 | 17:11 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 53 Kosciusko ST | 227 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

### OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Dempsey, Charles, R | 02/26/1986 | M | W | N | 53 Kosciusko St Rochester, NY 14621 | (585)773-0865 |
| PK | Lewis, Siavalja | 04/16/2001 | F | B | N | 74 Kosciusko St Rochester, NY 14621 | |
| PK | Schott, Donna | 05/21/1955 | F | W | N | 45 Kosciusko St Rochester, NY 14621 | (585)266-3352 |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | | | |
|---|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? | |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? | |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? | |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Clinton | Genesee 3rd |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| RUDOLPH | JASON | 2086 | 10/19/2018 | | Incident Report Page 1 OF 3 |

DEMPSEY 1526

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 2 of 3

CR # 2018-00258730

### ADDT'L OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM #2

| Victim Type | Victim Name  (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### SUSPECT #2

| Type - | Suspect Name  (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2725** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | **Item(s)** | | |

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

### FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

### VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **RUDOLPH        JASON** | **2086** | **10/19/2018** | |

DEMPSEY 1527

**NARRATIVE**

Clinton Section officers responded to the area of 61 Kosciusko St for the report of VICE activity (CR# 18-258635). This area was well known by officers for drug sales and the possibility of weapons. Upon arrival, several individuals immediately ran south from the area of 61 Kosciusko St. Some went south through the backyards of 57 and 53 Kosciusko St. Two males were detained and officers began to back track the route of the males for contraband. Officer J. Algarin checked the backyard of 53 Kosciusko St. While doing so, (PK1) Dempsey opened the back door of the location and his black lab immediately ran from the door and in the direction of Ofc. Algarin who, at the time, was giving commands to (PK) to stop the dog. As the dog approached Ofc. Algarin, it appeared to be aggressive while barking. He drew his RPD issued Glock 21 and fired two rounds at the dog. The dog was struck at least one time then immediately ran away to another corner of the yard.

It was determined that Ofc. Algarin fired at a downward angle when the dog was no more than 2-3 feet away from him. The backdrop in which Ofc. Algarin was pointing was towards the ground. Officers thoroughly checked the location and did not observe any strikes to the house. (PK1) immediately ran to his dog and laid overtop of it. Officers spoke with (PK1) who was irate and advised him to bring his dog to the veterinary emergency services. At that time he did not want to get up with his dog. Officers contacted animal services to respond to the location. Once animal services arrived, they spoke with (PK1) who then decided to transport his dog to Veterinary Services and Emergency at 825 White Spruce Dr. Animal Services assisted (PK1) with getting his dog into the car. I later called (PK1) to give him further information and the report number.

I reviewed Ofc Algarin's BWC footage of the incident. It confirmed he fired two rounds at a downward angle, striking the dog. Both casings were located in the immediate area. I also followed up with veterinary Services who stated the dog had two separate gun shot wounds, one to the ear and one to the chest cavity.

Technician 230 - Sands responded to the scene for tech work and collected the casings. A neighborhood check was completed with nothing more than two shots being heard from the incident. No witnesses. 49, 37, 38 Kosciusko St had no answer. The weather conditions were cloudy with normal daylight. I issued Ofc Algarin two replacement rounds.

-Ofc. J. Algarin #2725 was on duty assigned to car 227C
-Ofc. J. Algarin fired his duty Glock 21 S/N:TPB500 with a 14 round capacity
-Ammunition used: Federal HST - 230 Grain (2 rounds fired)
-Department issued Safari Land Holster

SDO Lt. Person was notified. PSS notify to T/Lt. Tordai.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| RUDOLPH | JASON | 2086 | 10/19/2018 | |

Incident Report  Page 3 OF 3

DEMPSEY 1528

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 4

CR #
**2018-00276909**

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | **11/11/2018** | **09:46** | **11/11/2018** | **09:46** | **11/11/2018** | **09:46** |

Incident Address
**17 Morgan ST**

Beat **213**   Campus Code

Violent Crime Context

BWC **Yes**

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - | | |
|---|---|---|---|---|

Description -

Location | Weapon

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

Location | Weapon

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) | | | | | |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship)

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Butler, Marsha | 07/19/1988 | F | B | N | 17 Morgan ST rear Rochester, NY | (585)642-5895 |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? X |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? X |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Clinton** | **Genesee 2nd** |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **INCE** | **BRANDON** | **1834** | **11/11/2018** | |

Incident Report  Page 1 OF 4

COR000174

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 2 of 4

**2018-00276909**

## ADDTL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **BWC IBM 1398** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **INCE** | **BRANDON** | **1834** | **11/11/2018** | |

COR000175

1. Nature of incident: Officers responded to the above location for the 911 call of a loose brown Pit bull attacking a male.

2. Lighting: Day light, clear skies

3. Duty Status: On duty

4. Circumstances: Upon Officers arrival to the area (McNees #1398, Bouffiou #1942 and Perry 1821) they did locate the above animal. Officers then requested Animal Control to the scene via the primary. Dispatch acknowledged the request and sent Animal Control the job. While awaiting Animal Control, the dog fled the immediate area. At this time, Officers began to play the area to relocate the dog. Based on the information that the dog was attacking persons in the area he still posed a threat to the community.

While in the area of 17 Morgan Street, Officer McNees did find the dog. As he attempted to secure/contain the dog it charged him in an aggressive manner. At this point, Officer McNees discharged his weapon 2 times at the dog, to protect himself from the attack. He aimed in a downward angle and used the ground as his backstop. The dog was not struck and ran away. Officer McNees stayed with his casings and secured this scene until my arrival (see Ofc. McNees' IAR for further).

The dog was subsequently located and taken into custody by Animal Control at 33 Jefferson Ter. They confirmed upon securing the same that it was not struck. Upon arrival, I confirmed that Officer McNees was not injured. He also directed me to the location of his casings, at which time, I requested a technician to the scene. A neighborhood check was conducted in the area (see Ofc. McNees' IAR for further). An extensive canvass of the area was also conducted in an attempt to locate to the projectiles.

One projectile was located/recovered in the siding at the ½ corner of 17 Morgan Street (did not penetrate siding). Based on the investigation at the scene it appears that this round ricocheted off the ground/concrete and embedded into the siding. We were unable to locate the second projectile at this time. It is believed that this projectile came to rest inside of a massive garbage/brush pile that was at the curb near the ½ corner of 17 Morgan Street. Both casings were recoved as well ( See Tech Rice's report for further).

While on scene we were approached by the owner of the dog (Pk) Butler of 17 Morgan Street (rear). She stated that she was out and realized the dog got out once she returned home. Animal control responded to 17 Morgan St at this point. The dog was returned to (PK) Butler and she was issued the following citations: Unleashed animal and unlicensed animal (see AC LyBrand report for further).

5. Number of rounds fired: Two Rounds

6. Description of Firearm

> Authorized duty weapon

> Type: Semi-Automatic

> Make, Caliber, S/N: Glock Model 21 .45 Cal S/N-UBS776

> Number of Rounds: Round capacity 14 (3 in magazine 1 in chamber)

> Ammo type: Ranger .45 auto +P 230 grain

> Type of Holster: Department issued Safari Land SLS

> Officer : Officer Mcnees 1398 Genesee 2nd Platoon

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| INCE | BRANDON | 1834 | 11/11/2018 | |

7. Description of weapon used by adversary and the weapons description : Dangerous dog

8.      I am a certified firearm instructor and had Officer McNees clean his weapon at RPDW. I also supplied him with replacement rounds of the above noted ammo type.  410-Malley and PSS we notified of this incident per RPD General Orders. I was advised by the Commanding Officer of PSS-Tordai that there was not a need for them to respond and to send him a copy of this report. All occupants of 17 Morgan Street (front and rear Apt.) were accounted for and not injured. Does not appear anything else was struck.  Negative shot spotter  no cameras in the area.

**NARRATIVE**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| INCE | BRANDON | 1834 | 11/11/2018 | |

COR000177

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 4

CR# 2018-00308639

### DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 12/22/2018 | 21:50 | 12/22/2018 | 21:50 | 12/22/2018 | 21:50 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 1850 LYELL AVE | 281 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

### OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | RICOTTA, PAUL | | M | W | N | 185 EXCHANGE BLVD Rochester, NY 14614 | (585)428-9810 |
| W | DIBBLE, RYAN | | M | W | N | 185 EXCHANGE BLVD Rochester, NY 14614 | (585)428-9810 |
| W | HESS, JASON | | M | W | N | 185 EXCHANGE BLVD Rochester, NY 14614 | (585)428-6714 |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Lake | Lake 3rd |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| ARCHETKO        FRANCIS | 1527 | 12/23/2018 | |

Incident Report  Page 1 OF

COR000178

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
2018-00308639

Case 6:23-cv-06780-MJP   Document 55-7   Filed 12/18/25   Page 125 of 225

**ADDT'L OFFENSE**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | DELEMARTER, DANIEL | 04/30/1965 | M | W | N | Rochester, NY | |
| | | | | | | | |
| | | | | | | | |

**SUSPECT #2**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Officer Equipment** | | |

| Item Type and Description | Color |
|---|---|
| **1 .45 CALIBER CASING** | **Brass** |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2480** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **ARCHETKO        FRANCIS** | **1527** | **12/23/2018** | |

COR000179

Case 6:21-cv-06780-MJP    Document 55-7    Filed 12/18/25    Page 126 of 685

**NARRATIVE**

ON 12-22-18 AT AT 2150 HRS LAKE SECTION OFFICERS WERE DISPATCHED TO 1840 LYELL AV FOR THE REPORT OF A SUSPICIOUS MALE. THIS MALE WAS DESCRIBED AS A MALE/UNKNOWN RACE WEARING A CAMOFLAUGE JACKET AND JEANS PUSHING A SHOPPING CART. THIS MALE WAS REPORTED TO BE INVOLVED IN A BURGLARY EARLIER IN THE EVENING AT 1450 LYELL AV AND MATCHED THE DESCRIPTION OF A MALE THAT PO DIBBLE HAD BEEN LOOKING TO IDENTIFY DUE TO BEING INVOLVED IN OTHER AREA BURGLARIES. THE JOB WAS CALLED IN BY GREGORY OECHSLE (09-01-59) 202-9506. OECHSLE WAS THE CONTACT ON THE PREVIOUS BURGLARY JOB.

UPON ARRIVAL OFFICERS LOCATED A SHOPPING CART BEHIND THE DUMPSTER AT 1850 LYELL AV. IT WAS DETERMINED THAT THE MALE WAS ON FOOT N/B BEHIND THE LOCATION IN THE WOODS. PO HESS WAS ON SCENE WITH HIS K9. PO'S RICOTTA AND DIBBLE WENT WITH PO HESS FOR A K9 TRACK. ABOUT 1/2 A MILE INTO A WOODED AREA BEHIND THE LOCATION WAS A MAKE SHIFT CAMP WHERE THE MALE MATCHING THE DESCRIPTION WAS FOUND. OFFICERS WERE TAKING THE MALE INTO CUSTODY WHEN A MEDIUM SIZED TAN PIT BULL CAME UP TO OFFICERS. THIS PIT BULL ATTACKED PO HESS' K9 KATO BY BITING ITS' NECK AROUND THE COLLAR AREA AS WELL AS ATTEMPTING TO BITE PO HESS. AT THIS TIME PO RICOTTA WHILE ON DUTY AND IN FULL POLICE UNIFORM FIRED 1 ROUND FROM HIS ISSUED DUTY WEAPON STRIKING THE DOG AND FATALLY INJURING HIM. THE DOG WAS STRUCK IN THE TORSO.

PO RICOTTA USED HIS ISSUED .45 CALIBER GLOCK SEMI AUTOMATIC HANGUN BEARING SERIAL NUMBER XXS782. THE WEAPON WAS FULLY LOADED WITH 13 ROUNDS IN THE MAGAZINE AND 1 ROUND IN THE CHAMBER. PO RICOTTA USED OUR POLICE ISSUED AMMUNITION AND DEPARTMENT ISSUED HOLSTER. THERE WERE NO CITIZENS IN THE WOODED AREA. PO'S HESS AND DIBBLE WERE WITNESSES ON SCENE.
DANIEL DELEMARTER WAS THE SUSPICIOUS MALE THAT THE OFFICERS WERE LOOKING FOR. HE IS HOMELESS AND LIVES IN THE MAKESHIFT CAMP BEHIND 1850 LYELL AV.

AT THE TIME OF THE INCIDENT IT WAS NIGHT AND ABOUT 32 DEGREES AND CLEAR. PO RICOTTA DISCHARGED HIS WEAPON IN A S/W DIRECTION. THE BACK DROP WAS A WOODED AREA WITH AN OLD RAILROAD BED BEHIND IT AND THE ANOTHER WOODED AREA BEHIND THAT.

TECHNICIAN 210 SGT ZLOTKUS RESPONDED TO RECOVER THE CASING. THE DOG WAS FOUND DECEASED INSIDE THE MAKESHIFT LODGE. ANIMAL CONTROL WAS CALLED IN TO RECOVER THE DOG. PO HESS AND HIS DOG WERE NOT INJURED DURING THE INCIDENT. 410C WAS NOTIFIED AS WELL AS PSS T/LT TORDAI AND THE REPORT WAS FORWARDED TO HIM.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| ARCHETKO | FRANCIS | 1527 | 12/23/2018 | |

COR000180

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
2018-00308639

Case 6:20-cv-06780-MJP Document 155-7 Filed 12/18/25 Page 127 of 225

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| **Video Recorded by IBM: 1774** | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| **Video Recorded by IBM: 2534** | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

**ADDITIONAL PROPERTY**

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **ARCHETKO FRANCIS** | **1527** | **12/23/2018** | |

COR000181

| 1. OFFENSE OR INCIDENT Burglary 3rd / Dog Shot Incident | | 2. DAY OF WEEK Saturday | 3. MON 12 | 4. DAY 22 | 5. YEAR 2018 | 6. TIME RECD | 7. ARRIVAL TIME | 8. ORIGINAL CR # 18-308639 |
| 9. LOCATION 1848 Lyell Ave (in rear of location along Canal) | | | | | 10. WEATHER CONDITIONS Cool | | | 11. WORKING CR # |
| 12. INVESTIGATING OFFICERS Inv Tom Luciano | | | | | | 13. CAR # | 14. AT SCENE YES ✓ NO | 15. SECTION 1 |

| 16. VICTIM/FIRM NAME COR | 17. SEX | 18. DOB / / | 19. ADDRESS | 20. PHONE |

| 21. PHOTOGRAPH YES ✓ NO | 22. DIGITAL IMAGE ✓ VIDEO DATA OTHER MEDIUM | 23. PHOTOS BY Zlotkus 697 |

| 24. PACK # 25. NEG | 26. TIME | 27. ITEM PHOTOGRAPHED/LOCATION | 28. DIR |
|---|---|---|---|
| 617 1,2 | 2242 | Entrance to suspects compound approx 100 yards to rear of 1848 Lyell Ave along the canal | |
| 3-9 | | Route to incident location | |
| 10 | | location of incident | |
| 11-13 | | Midrange photos of casing area | |
| 14-15 | | Casing close ups | |
| 16-18 | | Suspects structure on location | |
| 19-33 | | Inside overalls of structure | |
| 34-39 | | Dog shot one entrance wound left side. No exit wound located. | |
| 40-48 | | inside structure overalls | |
| 49-59 | | Path from location along canal to rear of 1848 Lyell Ave | |
| 60-62 | | Location 1848 Lyell Ave | |
| 63-81 | | suspects clothing collected from Inv Luciano | |

**OPERATOR AND VEHICLE INFORMATION**

| 29. OPERATOR | 30. SEX. 31. ADDRESS | 32. YEAR | 33. MAKE | 34. MODEL | 35. COLOR | 36. LICENSE |
|---|---|---|---|---|---|---|
| #1 | | | | | | |
| #2 | | | | | | |
| #3 | | | | | | |
| #4 | | | | | | |

| 37. PROCESSED FOR PRINTS YES NO ✓ TOTAL LIFTS | 38. B W OTHER | 39. ELIMINATIONS YES NO TOTAL |

40. FINGER PRINT EVALUATION DATE / /

V___ NV___ BY_____

IDENT:_____

41. NAME, ADDRESS AND D.O.B. OF PERSONS ARRESTED OR SUSPECTED (CIRCLE)
1.
2.
3.

| 42. EVIDENCE COLLECTED YES ✓ NO | 43. SAMPLE BLOOD DNA OTHER | 44. COMPOSITE PREPARED YES NO FLIER | 45. FOOT LIFTS YES NO |
| PROPERTY SHEET LOT #___ | | 46. FIELD SKETCH YES NO | 47. CASTS YES NO |

48. UNUSUAL CIRCUMSTANCES - PATTERNS
In regards to a suspicious person possibly related to several commercial burglaries K9 tracked along the canal bed with 281C Officer Ricotta. They came upon a squatters area that was set up as a type of camp. Officer Ricotta did discharge his weapon at a dog that came at him and K9. I did collect 1 casing from area outside a homemade structure. I photographed the casing. I did observe the beige dog inside structure. I did photograph inside structure and dog. The dog had 1 defect to its left side and no other defect observed on the dog which was deceased. At 185 Exchange I did photograph casing. I also collected suspects clothing from Inv Luciano and photographed and turned them into property. Officer Ricotta did respond to the Tech office and I did photograph his duty weapon, mag, and bullets.

| 49. REVIEWED BY | D# | 50. TECHNICIAN Zlotkus | ID# 697 | CAR# 20B |

RPD 1201 REV. 11/17

G.O. 457

COR000182

| 1. LOCATION | | | 2. DATE | 3. TIME | 4. CR # |
|---|---|---|---|---|---|
| 1848 Lyell Ave | | | 12/22/2018 | 2242 | 18-308639 |

| PAGE | 5. PACK # | 6. N. U | 7. TIME | 8. | DESCRIPTION / LOCATION | 9. O/R |
|---|---|---|---|---|---|---|
| | 617 | 82- | 86 | | Casing collected from scene photographed at 185 Exchange Tech Processing room. | |
| OF | | 86- | 90 | | Ricotta's service weapon and rounds in gun photographed 185 Exchange Tech room | |
| | | | | | | |
| | | | | | | |

**TECHNICIAN EVIDENCE & PHOTO ADDENDUM**

**ROCHESTER POLICE DEPARTMENT**

12. TECHNICIANS NOTES / REFERENCES

| REPORTING OFFICER(S) | ID# | SUPERVISOR | ID# |
|---|---|---|---|
| Zlotkus | 697 | | |

RPD 1201A 12/92

G.O. 457

COR000183

PAGE 1 of 2

☐ EVIDENCE
☐ SAFEKEEPING
☐ DESTROY

**ROCHESTER POLICE DEPARTMENT PROPERTY CUSTODY REPORT**

| 1 PROPERTY RETURNED TO OR VERIFIED BY NAME | 2 ORIGINAL CR# 18-308639 |
|---|---|
| DATE/TIME _____ RECEIVER'S SIGNATURE: _____ | WORKING CR# _____ |

| 3 LOT# | 4. LOCATION PROPERTY FOUND  1848 LYELL AVE (ALONG CANAL) | 5. DATE/TIME OF CUSTODY  12/22/18 2246 |
|---|---|---|

6. PROPERTY CLERK NAME. _____ DATE/TIME RECEIVED _____

8. EMPLOYEE WHO TURNED IN PROPERTY:
NAME: ZLOTAW  ID # 697  SECTION: TECH

9. EMPLOYEE WHO TOOK CUSTODY
NAME: ∧  ID # ''  SECTION: ''

10. CASE COORDINATOR:
NAME IM LULINO  ID #  SECTION: /

12. CASH: COMPLETE REVERSE SIDE OF PAGE:
TOTAL _____
☐ DEPOSIT
☐ HOLD – EVIDENCE
☐ SEIZURE FUNDS

13. LAB REQUEST:
☒ YES, ITEM(S) #: 1  ☐ NO LAB WORK
☐ TECHNICIAN WILL TAKE TO THE LAB

7.
☐ VICTIM  NAME _____
☐ OWNER  ADDRESS: _____
☐ FINDER  ZIP CODE _____
  PHONE: DAY _____ EVE _____
☒ FINDER IS THE "CITY OF ROCHESTER"

11.
☐ SUSPECT  NAME _____
☐ DEFENDANT  ADDRESS _____
  ZIP CODE: _____
  PHONE: DAY _____ EVE _____
  DOB _____ MoRIS# _____
  DOES INDIVIDUAL OWN THE PROPERTY LISTED BELOW? ☐ YES ☐ NO

14. MOST SERIOUS OFFENSE:
OFFENSE CODE CLASSIFICATION BURG 3RD
☐ CLASS A FELONY ☒ OTHER FELONY ☐ MISD. ☐ VIOL ☐ NO CHARGES

15. COMMENTS: CASING RECOVERED AFTA OFFICER RICOTTA SHOT DOG

**PROPERTY TYPE USE CODES:**
A=AMMO  B=BIKES  C=CLOTHING  D=DRUGS  E=ELECTRIC EQUIP.  F=FIREWORKS
G=GUNS  H=HOUSEHOLD/OFFICE FURNIT.  J=JEWELRY
K=KNIFE, OTHER "WEAPON"  L= LICENSE PLATES  M=MONEY  P=PERISHABLES
R=RAPE KIT  S=SAMPLES  T=TOOLS  X=CAR/BLDG. PARTS  Z=MISC.

PROPERTY DESCRIPTION AREA  NUMBER EACH ITEM, THEN ACCURATELY DESCRIBE EACH ITEM.  IF CASH, USE ADDENDUM FORM ON REVERSE SIDE. USE PROPERTY ADDENDUM FORM, IF MORE SPACE IS NEEDED.
FIREARMS-INCLUDE CALIBER, BARREL LENGTH, FINISH, CAPACITY.

16. PROPERTY DESCRIPTION

| ITEM # | TYPE | QNTY | NYSPIN (Y/N) CK HIT | VALUE | ACCURATELY DESCRIBE PROPERTY. USE AS MANY LINES AS NEEDED. INCLUDE MAKE, MODEL, COLOR, SIZE, IDENTIFYING MARKS. | SERIAL # OR TAMPER EVIDENT BAG # |
|---|---|---|---|---|---|---|
| 1 | A | 1 | – | ☐ <$100 ☐ $100-$499 ☐ $500-$4999 ☐ >$5000 | CASING RECOVERED FROM DOG SHOT BY officer 45 COL  RICOTTA | |
| | | | | ☐ <$100 ☐ $100-$499 ☐ $500-$4999 ☐ >$5000 | | |
| | | | | ☐ <$100 ☐ $100-$499 ☐ $500-$4999 ☐ >$5000 | | |
| | | | | ☐ <$100 ☐ $100-$499 ☐ $500-$4999 ☐ >$5000 | | |
| | | | | ☐ <$100 ☐ $100-$499 ☐ $500-$4999 ☐ >$5000 | | |
| | | | | ☐ <$100 ☐ $100-$499 ☐ $500-$4999 ☐ >$5000 | | |
| | | | | ☐ <$100 ☐ $100-$499 ☐ $500-$4999 ☐ >$5000 | | |

RPD 1217 REV 09/05

PROPERTY CLERK + LOT #

G.O. 450

COR000184

☐ SAFEKEEPING
☐ DESTROY

**ROCHESTER POLICE DEPARTMENT PROPERTY CUSTODY REPORT**

| 1 | | 2. |
|---|---|---|
| PROPERTY RETURNED TO OR VERIFIED BY NAME _____ | RECEIVER'S SIGNATURE: _____ | ORIGINAL CR# 18-308639 |
| DATE/TIME. _____ | | WORKING CR# _____ |

3 LOT# | 4. LOCATION PROPERTY FOUND  185 EXCHANGE ST PSB 4th Floor | 5. DATE/TIME OF CUSTODY 12/23/18 0046

6 PROPERTY CLERK NAM        DATE/TIME RECEIVED

7.
☐ VICTIM   NAME
☐ OWNER   ADDRESS
☐ FINDER   ZIP COD
          PHONE  DAY          EV
☑ FINDER IS THE "CITY OF ROCH STE "

8. EMPLOYEE WHO TURNED IN PROPERTY
NAME ZLOTNY   ID# 697  SECTION: TECH

9 EMPLOYEE WHO TOOK CUSTODY
NAME ZLOTNY   ID# 697  SECTION: TECH

11
☐ SUSPECT   NAME
☐ DEFENDANT  ADDRE
           ZIP COD
           PHONE: DAY_____ EVE_____
DOB_____ MoRIS#_____
DOES INDIVIDUAL OWN THE PROPERTY LISTED BELOW? ☐ YES ☐ NO

10. CASE COORDINATOR
NAME INV LUCIANO   ID#  —  SECTION: 1

12 CASH. COMPLETE REVERSE SIDE OF PAGE:
☐ DEPOSIT
☐ HOLD – EVIDENCE
☐ SEIZURE FUNDS
TOTAL _____

13 LAB REQUEST
☐ YES. ITEM(S) #_____  ☑ NO LAB WORK
☐ TECHNICIAN WILL TAKE TO THE LAB

14. MOST SERIOUS OFFENSE
OFFENSE CODE CLASSIFICATION: Burg
☐ CLASS A FELONY ☑ OTHER FELONY ☐ MISD. ☐ VIOL. ☐ NO CHARGES

15 COMMENTS  PROPERTY RECOVERED FROM INV LUCIANO OUTSIDE INTERVIEW Room 4th Flr PSB.

PROPERTY TYPE USE CODES:
A=AMMO B=BIKES C=CLOTHING D=DRUGS E=ELECTRIC EQUIP. F=FIREWORKS G=GUNS H=HOUSEHOLD/OFFICE FURNIT. J=JEWELRY K=KNIFE, OTHER "WEAPON" L= LICENSE PLATES M=MONEY P=PERISHABLES R=RAPE KIT S=SAMPLES T=TOOLS X=CAR/BLDG. PARTS Z=MISC.

PROPERTY DESCRIPTION AREA. NUMBER EACH ITEM, THEN ACCURATELY DESCRIBE EACH ITEM. IF CASH, USE ADDENDUM FORM ON REVERSE SIDE. USE PROPERTY ADDENDUM FORM, IF MORE SPACE IS NEEDED. FIREARMS-INCLUDE CALIBER, BARREL LENGTH, FINISH, CAPACITY.

16. PROPERTY DESCRIPTION

| ITEM | TYPE | QNTY | NYSPIN CK HIT (Y/N) | VALUE | ACCURATELY DESCRIBE PROPERTY. USE AS MANY LINES AS NEEDED. INCLUDE MAKE, MODEL, COLOR, SIZE, IDENTIFYING MARKS. | SERIAL # OR TAMPER EVIDENT BAG # |
|---|---|---|---|---|---|---|
| 2 | C | 1 | | <$100 $100-$499 $500-$4999 >$5000 | SHOES, HAT, GLOVES, PANTS, BELT, JACKET, SWEATSHIRT, (2) LONG SLEEVE SHIRTS, 1 T-SHIRT, 1 POP CAN. | |
| | | | | <$100 $100-$499 $500-$4999 >$5000 | | |

RPD 1217 REV 09/05

PROPERTY CLERK - 1  LOT #

G O 450

COR000185

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
**2018-00312631**

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | 12/29/2018 | 01:21 | 12/29/2018 | 01:21 | 12/29/2018 | 01:21 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| **62 Radio ST** | **247** | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person      W = Witness      PK = Person w/Knowledge      NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Kelly, DuJuan, D | 05/19/1984 | M | B | N | 62 Radio ST Rochester, NY | (585)498-5604 |
| PK | | | | | | | |
| PK | Walker, Jeyzell, C | 09/07/1985 | F | B | N | 37 LINNET ST Rochester, NY 14613 | (585)305-3350 |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
|---|---|---|
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Clinton** | **Clinton 1st** |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **ADAMS** | **NICHOLAS** | **2111** | **12/29/2018** | |

**COR000186**

Incident Report  Page 1 OF 3

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

OR #  2018-00312631

**ADDTL OFFENSE**

| | |
|---|---|
| Statute - | Attempt/Commit - | Counts - |
| Description - | | |

Location | Weapon

Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer

Bias Type | Entry Point | Method of Entry | # of Premises Entered

**VICTIM #2**

Victim Type | Victim Name  (Last, First, Middle)

Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status

City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship)

Telephone | Level of Injury | Type of Injury | Medical Treatment

**PERSONS**

R = Reporting Person       W = Witness       PK = Person w/Knowledge       NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Nelson, Linda, J | 07/05/1959 | F | B | N | 62 Radio ST Rochester, NY | - |
| W | DeJesus, Jose | 11/23/1999 | M | W | H | 67 Radio ST Rochester, NY 14621 | (732)423-4882 |

**SUSPECT #2**

Type - | Suspect Name  (Last, First, Middle) | Nickname

Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR #

Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation

Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | BWC Video | | |

Item Type and Description | Color
Video Recorded by IBM: 2643, 2623, 2111, 2233

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | Ammunition | | |

Item Type and Description | Color
(3) spent .45 casings (Winchester .45 Auto+P)

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 3 | Item(s) | | |

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| Seized Evidence | | Glock, Inc. AU | 21 | Black |

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|
| 45 | | | | UBR866 |

Description | Recovery Date
City Issued Duty Weapon

**VEHICLE**

Vehicle Status | Year | Make | Model | Style | Color

State | Plate Number | VIN # | Recovery Date

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| ADAMS | NICHOLAS | 2111 | 12/29/2018 | |

COR000187

Incident Report  Page 2 OF 3

Ofc. R. Shone and J. Breen, currently assigned to Clinton Section 1st Platoon, responded to the above location for an unknown call. Both officers were in full uniform and in marked police vehicles. The street is moderately lit by street lights and the weather was clear. Upon arrival, officers observed a pit-bull chasing a female, later identified as (PK) J. Walker, in the front yard area of that address. (PK) Walker was attempting to fend the dog off with a shovel and told officers that the dog was attacking kids in the house. The dog eventually retreated inside the home at 62 Radio Street through the front door.

After an initial interview with (PK) Walker, during which she said there was an active physical dispute inside the home, officers attempted to make contact with the occupants. During this initial contact, officers asked the residents inside to secure there dog several times. After an occupant opened the front door, the dog exited the house, charged down the porch and towards Ofc. Breen who was standing in the yard, just east of the porch. The dog began barking/growling at Ofc. Breen before lunging at him. Fearing for his immediate safety, Ofc. Breen retreated and fired two rounds from his department issued duty weapon (Glock Model 21 .45 Caliber SN#UBR866, fully loaded with Winchester Auto+P) in a northeast direction (downward trajectory). It does not appear that either round struck the animal. The dog ran around a vehicle parked in the driveway, before it again charged Ofc. Breen while continuing to bark/growl. Ofc. Breen discharged an additional round, in a southwest direction (downward trajectory) which struck the dog in the head. After being struck, the dog retreated inside the home. Shot-spotter was activated for one round at 0121 at 72 Radio Street.

During the subsequent investigation, officers made contact with (PK) ████████████ after she exited and it was determined that her boyfriend, (PK) Kelly, had committed multiple domestic offenses against her (see CR#18-312587). (PK) Kelly, who appeared to be intoxicated, would not exit the location and was combative towards officers, yelling profanities from a second-story window. Technician K. Hayes responded and took photos of the scene. Due to the circumstances and (A)'s combative nature, Ofc. Schreier collected the three spent casings and turned them in as evidence.

After the initial tech-work was completed, another resident, (PK) Linda Nelson, eventually opened the front door and allowed officers inside. (PK) Kelly was taken into custody without incident. Animal Control Officer E. Cichocki-Lalka responded and took custody of the dog, who had a graze wound to the top of his head. Ofc. Glodowski completed a neighborhood check and took a deposition from (W). PSS notified by Lt. A. Camilo. Shot-spotter was activated for one round at 0121 at 72 Radio Street.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| ADAMS | NICHOLAS | 2111 | 12/29/2018 | |

# ROCHESTER POLICE DEPARTMENT
## INVESTIGATIVE ACTION REPORT
### CASE UPDATE

CR # **2018-00312631**

Page 1 of 3

**DETAIL**

| Victim's Name (Last, First, Middle) or Name of Business | Location of Offense | Beat |
|---|---|---|
| N/A | 62 Radio ST  Rochester | 247 |

| Date/Time of Occurrence | Offense / Charge / Incident (Most Recent Classification) |
|---|---|
| 12/29/2018 01:11 | Non Criminal Incident |

| Classification After Investigation (Include Law Section Number) | BWC |
|---|---|
| Non Criminal Incident | Yes |

**SUSPECT / MISSING PER**

| Suspect Type | Suspect Name (Last, First, Middle) | | Nickname | |
|---|---|---|---|---|

| Address | | | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Missing Person Code | Missing Person Mothers Maiden Name | Missing Person Place of Birth | School ID Number |
|---|---|---|---|

**VEHICLE RECOVERY**

| Year | Make | Model | Style | Color |
|---|---|---|---|---|

| State | Registration # | VIN # | Towed to - |
|---|---|---|---|
| | | | Towed by - |

| Location Recovered | Date | Time | Owner Notified by: |
|---|---|---|---|

| Evidence of Damage / Method of Theft | Time Radio Notified of Recovery |
|---|---|

**NARRATIVE**

On the above date and time I responded to 62 Radio St to assist officers who were on scene of a dog shot.  Upon arrival I conducted a neighborhood check with the following results; 32 Radio St- Vacant. 72, 66, 63 Radio St- no answer. (NO) Rivera of 49 Radio St heard one gunshot but did not see anything.  (NO) Lebron of 45 Radio St heard a gunshot but did not see anything. (NO) Kilgore of 53 Radio St observed a dog running around outside, but went back into her house and was not looking outside at the time of the shooting.  (W) DeJesus observed the shooting and part of what led up to the shooting.  I took a one page written deposition from (W) DeJesus, refer to deposition for details.

I had no further involvement in this investigation.

**INVESTIGATION**

| Continuance of | Changed to | Closed by |
|---|---|---|
| Not Applicable (non-crime) | Not Applicable (non-crime) | Not Applicable (non-crime) |

| Exceptional Clearance | Bias Type | Victim Relationship to Suspect |
|---|---|---|

| Property Recovered | Value of Property | # Arrested | SRR | Multiple Clearup | Teletype Status |
|---|---|---|---|---|---|

| Additional Techwork Performed | Further Investigation Conducted By |
|---|---|

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| GLODOWSKI | BRANDON | 2483 | 12/29/2018 | |

# ROCHESTER POLICE DEPARTMENT
## INVESTIGATIVE ACTION REPORT
### CASE UPDATE

2018-00312631

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| **Seized Evidence** | | **BWC Video** | | | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2483** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

**ADDITIONAL PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **GLODOWSKI** | **BRANDON** | **2483** | **12/29/2018** | |

# ROCHESTER POLICE DEPARTMENT
## INVESTIGATIVE ACTION REPORT
## CASE UPDATE

| | R = Reporting Person | W = Witness | | | PK = Person w/Knowledge | NI = Not Interviewed | |
|---|---|---|---|---|---|---|---|
| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
| W | DeJesus, Juan | 11/23/1999 | M | W | H | 67 Radio ST Rochester, NY 14621 | (732)423-4882 |
| NO | Rivera, Juan | 06/12/1956 | M | W | H | 49 Radio ST Rochester, NY 14621 | (585)360-3735 |
| NO | Lebron, Jaimie | 10/15/1977 | F | W | H | 45 Radio ST Rochester, NY 14621 | |
| | | | | | | | |
| NO | Kilgore, Jazmine | 12/30/1998 | F | B | H | 53 Radio ST Rochester, NY 14621 | (585)615-1845 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**ADDITIONAL PERSONS**

| | R = Reporting Person | W = Witness | | | PK = Person w/Knowledge | NI = Not Interviewed | |
|---|---|---|---|---|---|---|---|
| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | R = Reporting Person | W = Witness | | | PK = Person w/Knowledge | NI = Not Interviewed | |
|---|---|---|---|---|---|---|---|
| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| GLODOWSKI | BRANDON | 2483 | 12/29/2018 | |

COR000191

Case Update  Page 3 OF 3

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# _____

PAGE __1__ OF __1__

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____
   DEFENDANT'S/RESPONDENT'S NAME          DEFENDANT'S/RESPONDENT'S ADDRESS

2. _____
   DEFENDANT'S/RESPONDENT'S NAME          DEFENDANT'S/RESPONDENT'S ADDRESS

3. _____
   DEFENDANT'S/RESPONDENT'S NAME          DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Jose DeJesus          11 /23 /99          67 Radio St   732-423-4882
DEPONENT'S NAME        DATE OF BIRTH      DEPONENT'S ADDRESS AND PHONE NUMBER

DEPONENT DEPOSES AND SAYS:

My name is Jose DeJesus. I am 19 years old. I live at 67
Radio St in the City of Rochester. Tonight December 29th 2018
I hear a commotion outside. I looked out my upstairs window
and saw my neighbors dog running around outside and barking.
Police Officers were outside yelling to my neighbors to get the
dog inside. One of the officers was at the front of the
car in the driveway. The dog ran around the passenger side of
the car and the officer fired off two gunshots at the dog.
The dog ran towards my house. Another officer pulled out
their gun but the dog ran back in the house. I am
concerned about the dog and I would like to be notified
of its status when Officers find that out.

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO
SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.          #2483

José DeJesus          12/29/18                              12/29/18
DEPONENT'S SIGNATURE   DATE          WITNESS SIGNATURE        DATE

RPD 1270                              Ofc B Glotowsh:         REV. 02/03

**COR000192**

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2019-00016118**

### DETAIL

| Incident Type | | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | | | 01/23/2019 | 16:32 | 01/23/2019 | 16:32 | 01/23/2019 | 16:32 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 344 Flower City PARK | | 231 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

### OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Farrell, Patrick | | M | W | N | 185 Exchange BLVD Rochester, NY 14614 | (585)428-9800 |
| W | Walker, Clayton | 08/26/1965 | M | B | N | 344 Flower City PARK Rochester, NY 14615 | (585)434-9527 |
| NO | Galipeau, Alyssa | | | | | | |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 12. Preliminary investigation NOT completed? |
| 05. Can a suspect be described? | |
| 06. Can a suspect be identified? | |
| 07. Can a suspect vehicle be identified? | |
| 08. Is stolen property traceable? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Lake | Lake 3rd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| STEWART | JUSTIN | 1750 | 01/23/2019 | |

Incident Report Page 1 OF 3

CONFIDENTIAL

COR000193

Case 6:19-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page 140 of 225

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
2019-00016118

**ADD'TL OFFENSE**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NO | Galipeau, Nicole | 02/04/1973 | F | W | N | 344 Flower City PARK Rochester, NY | (585)490-4725 |
| NO | Hernandez, Marisol | 04/05/1970 | F | W | H | 340 Flower City PARK Rochester, NY | (585)284-3798 |
| NI | Unknown | | | | | 352 Flower City PARK Rochester, NY | |

**SUSPECT #2**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | | Color |
|---|---|---|
| **Video Recorded by IBM: 2556** | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | | Color |
|---|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | | Recovery Date |
|---|---|---|

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **STEWART**    **JUSTIN** | **1750** | **01/23/2019** | |

Incident Report  Page 2 OF 3

**CONFIDENTIAL**

COR000194

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**NARRATIVE**

On the above date and time Officer Patrick Farrell was returning (NO1 - ▮▮▮▮▮▮▮▮▮▮▮) home to 344 Flower City Park as a result of detaining her during a prior burglary investigation (19-016084 - 22 Karnes St - no arrest made as the owner lived out of the country and there was no way to contact said owner. Maintenance workers on scene had no domain nor any wish to have anyone arrested). Officer Farrell was on duty and in full uniform. The lighting conditions were daylight and cloudy, there was snow and slush on the ground, and the temperature was approximately 30 degrees Fahrenheit.

As Officer Farrell knocked on the door of 344 Flower City Park he began to hear loud, aggressive barking. He began to exit the porch however due to him knocking on the door an individual inside opened said door. At that point two large pit-bull mix dogs exited and began to run at Officer Farrell. One of the dogs bit Officer Farrell on the left calf muscle causing two puncture wounds. Officer Farrell began to run northbound up the driveway of the location in an attempt to get away from the dogs however they continued to chase him. Officer Farrell then drew his authorized service weapon and shot the dog that bit him in the right front of the dog's body one time. Both dogs then ran inside of 344 Flower City Park.

Officer Farrell did utilize his issued and authorized Glock 21 semi-automatic handgun in shooting the dog. The caliber of the firearm is 45. The serial number of the firearm is UBS728. Officer Farrell did fire two rounds during the incident, striking the dog once. No structures were located that were damaged by the rounds, nor were any people or any further animals struck. The ammunition used was Winchester 45 auto. The holster used was the department issued Glock 21 holster.

(W - Walker, Clayton) did observe the incident and did provide a deposition concerning it.

No other officers were on scene during the shooting of the dog nor the bite of Officer Farrell.

Technician Carmo responded to photograph and process the scene. Two casings and a projectile were recovered and collected. The dog and Officer Farrell's injuries were also photographed.

A neighborhood check was conducted with no further information learned. No private or public camera footage of the incident was located during the preliminary investigation, however Ofc Farrell's BWC was on during the incident which does capture footage of said incident.

Officer Farrell did go to Highland Hospital for treatment for the dog bite. His wound was cleaned and bandaged. He was treated and released by Dr Fellows and is not expected to miss any work.

The dog was collected by Animal Control and transported to the city veterinarian for treatment. The owner of the dog (NO2 - Galipeau, Nicole) was cited for an unlicensed dog.

Sergeants J Stewart and A Reff as well as Captain M Callari responded for supervision. Lieutenant Marone was advised. Lieutenant Marone did contact Lieutenant Tordai from PSS to advise of the officer involved shooting of a dog.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| STEWART | JUSTIN | 1750 | 01/23/2019 | |

Incident Report  Page 3 OF 3

COR000195

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department
Supporting Deposition
RPD 1270**

CR# 19-016118
PAGE 1 OF 1

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____        _____
   DEFENDANT'S/RESPONDENT'S NAME            DEFENDANT'S/RESPONDENT'S ADDRESS

2. _____        _____
   DEFENDANT'S/RESPONDENT'S NAME            DEFENDANT'S/RESPONDENT'S ADDRESS

3. _____        _____
   DEFENDANT'S/RESPONDENT'S NAME            DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Clayton Walker        8/26/65    344 Flower city PK (585)-434-9527
DEPONENT'S NAME       DATE OF BIRTH    DEPONENT'S ADDRESS AND PHONE NUMBER

DEPONENT DEPOSES AND SAYS: I Clayton Walker living at the residence
of 344 Flower city PK in the city of rochester states at approx-
imakly 4:45pm I heard a knock at thedoor. I went and answered
the door. I thought it was my daughter at the door, when I
opened the door my dog Hershey was next to me and when
she saw the officer in uniform she took off after him.
I saw hershey bite the officer in the leg, I pulled hershey
off the officers leg. The officer ran off the porch and
hershey took off after him following the officer into the
driveway where I heard the sound of 3 gunshots go off
from the officers weapon. Though there were 3 shots fired
hershey was only struck once in the right shoulder.

*NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO
SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.*

_____    1/23/19    _____ 2752  1/23/19
DEPONENT'S SIGNATURE       DATE        WITNESS SIGNATURE              DATE

RPD 1270    **CONFIDENTIAL**                            **COR000196**REV. 02/03

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 2

CR #
2019-00112182

| | | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|---|

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | 05/23/2019 | 10:58 | 05/23/2019 | 10:58 | 05/23/2019 | 10:58 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| **236 Fernwood AVE** | **267** | |

| Violent Crime Context | BWC |
|---|---|
| | **No** |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **SIS** | **SIS** |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **NICHOLLS       MICHAEL** | **0377** | **05/23/2019** | |

Incident Report Page 1 OF 2

**COR000197**

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Case 6:19-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page

CR # 2019-00112182

NARRATIVE

At 1058 hours on 5/23/2019, members of SIS/ESNT executed a narcotics search warrant at 236 Fernwood Ave. (see CR 19-112122). I was the entry supervisor and the members of the entry team were Investigators Hickey, Post, Steiner, Leckinger, Springer, and Marsherall. All entry team members were dressed in the issued SIS entry uniform which consist of black BDU pants, black shirt, and black entry vest with large "Police" patches in yellow text on the front and back. Tactical Officers Allen, Mason, and McClellan were assigned to the perimeter and were dressed in the standard patrol uniform.

ESNT used a battering ram to breach the front door of the location. Upon entering the first room, two large pit bulls aggressively charged towards the entry team. The team was being led by Inv. Hickey who was armed with a department issue Remington 870 12 gauge pump action shotgun (S/N X271224M Stock #177). The shotgun was loaded with five rounds of department issue Federal buckshot ammunition. Inv. Hickey fired a single round from the shotgun, striking the first pit bull in the upper left neck area. The dog died instantly. The round was fired in a downward direction with the floor as a backstop. 3 of the buck shot pellets exited the dog and struck the floor, causing minor indentations in the floor. The pellets all remained near the dogs body.

The second dog retreated to a small kitchen pantry. I was able to secure the second dog with a catch pole. The second dog was removed by animal control.

Technician 270 (Nitty) responded to photograph the scene and recover the spent shotgun shell and the pellets that penetrated the dog. The dogs body was recovered by animal control.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| NICHOLLS | MICHAEL | 0377 | 05/23/2019 | |

COR000198

| Page 1 of 2 | **ROCHESTER POLICE DEPARTMENT** | CR # |
| --- | --- | --- |
| | **INCIDENT REPORT** | **2019-00178495** |

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
| --- | --- | --- | --- | --- | --- | --- |
| **IR- Non-Criminal Incident** | 07/31/2019 | 10:56 | 07/31/2019 | 10:56 | 07/31/2019 | 10:56 |

| Incident Address | | Beat | Campus Code |
| --- | --- | --- | --- |
| **49 Roycroft DR** | | **227** | |

| Violent Crime Context | BWC |
| --- | --- |
| | **No** |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
| --- | --- | --- |

Description -

| Location | Weapon |
| --- | --- |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| --- | --- | --- | --- |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
| --- | --- | --- | --- |

| Statute - | Attempt/Commit - | Counts - |
| --- | --- | --- |

Description -

| Location | Weapon |
| --- | --- |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| --- | --- | --- | --- |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
| --- | --- | --- | --- |

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
| --- | --- |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| --- | --- | --- | --- | --- | --- | --- |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
| --- | --- |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
| --- | --- | --- | --- |

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
| --- | --- | --- |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| --- | --- | --- | --- | --- | --- | --- |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
| --- | --- | --- |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
| --- | --- | --- |

## INVESTIGATION

Modus Operandi

| | | |
| --- | --- | --- |
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
| --- | --- | --- | --- |
| **Not Applicable (non-crime)** | | **SIS** | **SIS** |

| Reporting Officer | | IBM # | Date | Reviewed By | |
| --- | --- | --- | --- | --- | --- |
| **NICHOLLS** | **MICHAEL** | **0377** | **07/31/2019** | | Incident Report Page 1 OF 2 |

COR000199

NARRATIVE

At 1056 hours on 7/31/2019, members of SIS/ESNT executed a narcotics search warrant at 49 Roycroft Dr. (see CR 19-178373). I was the entry supervisor and the members of the entry team were Investigators Steiner, Taylor, Mcentee, Springer, Marsherall, and Deputy Billitier. All entry team members were dressed in the issued SIS entry uniform which consists of black BDU pants, black shirt, and black entry vest with large "Police" patches in yellow text on the front and back. Officers VanAcker, Kehrig, and M. Robinson were assigned to the perimeter and were dressed in the standard patrol uniform.

ESNT used a battering ram to breach the side door of the location, which was barricaded. Upon entering the first room, a kitchen, a pit bull aggressively charged towards the entry team. The team was being led by Inv. Steiner who was armed with a department issue Remington 870 12 gauge pump action shotgun (S/N X271224M Stock #177). The shotgun was loaded with five rounds of department issue Federal buckshot ammunition. Inv. Steiner fired two rounds from the shotgun. The first round was fired in the doorway from the kitchen to an adjoining room. The round partially struck the dog in the snout area. The dog retreated into the adjoining room, which also contained a suspect. As team entered the room, the suspect was being ordered to the ground when the dog charged the team again. Inv. Steiner fired a second round, which struck the dog in the upper right neck/chest area, instantly killing the dog. We later learned that the suspect (Drakkar Taylor 6/9/1994) was the owner of the dog.

Both rounds were fired in a downward direction with the floor as a backstop. The first round partially penetrated the kitchen floor, and two of the buck shot pellets were recovered in the basement. The second round was completely contained in the dog (no exit wound).

Technicians Carbonel and Abrams responded to photograph the scene and recover the spent shotgun shells and the pellets. The dogs body was recovered by animal control.

Drakkar was transported to the PSB to be interviewed regarding the what he witnessed regarding the dog being shot. Drakkar was also in custody for CPM 4th. Drakkar was read Miranda and waived but shortly thereafter requested an attorney. the interview was then terminated.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| NICHOLLS | MICHAEL | 0377 | 07/31/2019 | |

Incident Report Page 2 OF 2

COR000200

| Page 1 of 4 | | **ROCHESTER POLICE DEPARTMENT**<br>**INCIDENT REPORT** | CR #<br>**2019-00189267** |
|---|---|---|---|

## DETAIL

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | | 08/11/2019 | 19:16 | 08/11/2019 | 19:16 | 08/11/2019 | 20:10 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| **755 Cedarwood TER** | | **235** | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

## OFFENSES

| Statute - | | Attempt/Commit - | | Counts - | |
|---|---|---|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | | Attempt/Commit - | | Counts - | |
|---|---|---|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Moore, Timothy, J | 12/12/1986 | M | W | N | 755 Cedarwood TER<br>Rochester, NY | (585)746-9809 |
| W | Breedlove, Rondell | 11/04/1958 | M | B | N | 731 Cedarwood TER D<br>Rochester, NY 14609 | (585)284-5183 |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | Nickname |
|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| ☐ 01. Witness to the offense? | ☐ 05. Can a suspect be described? | ☐ 09. Is there significant Modus Operandi present? |
| ☐ 02. Surveillance footage of event? | ☐ 06. Can a suspect be identified? | ☐ 10. Is there significant physical evidence present? |
| ☐ 03. Can a suspect be named? | ☐ 07. Can a suspect vehicle be identified? | ☐ 11. Has evidence tech work been perfomed? |
| ☐ 04. Can a suspect be located? | ☐ 08. Is stolen property traceable? | ☐ 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Goodman** | **Goodman 3rd** |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **OSIPOVITCH      ROBERT** | | **1977** | **08/11/2019** | |

Incident Report  Page 1 OF 1

COR000201

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
2019-00189267

**ADDT'L OFFENSE**

| Statute - | Attempt/Commit - | Counts - | |
|---|---|---|---|

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SUSPECT #2**

| Type - | Suspect Name (Last, First, Middle) | | Nickname | |
|---|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2216** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **OSIPOVITCH    ROBERT** | **1977** | **08/11/2019** | |

COR000202

Case 6:21-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page 149 of 225

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
2019-00189267

**NARRATIVE**

On the above date Officer Pinckney responded to the area of 755 Cedarwood Terrace for the report of a loose aggressive Rottweiler in the street. Upon arrival officers observed the dog described wandering in and out of the yard located at 755 Cedarwood terrace. the dog was acting erratically, barking and charging at pedestrians and neighbors. Officers attempted to push the dog toward the yard of 755 Cedarwood Terrace and keep it contained, until animal control could respond to the scene.

Officers Spoke with (W1) on scene who stated that he is familiar with the dog, and that it does in fact belong to the resident of 755 Cedarwood Terrace, (W) stated that the dog has been known to be aggressive toward people in the past. (W) also stated that he did not think the owner of the dog was home, nor did he have a way to contact him.

Officer Elmore, who was also on scene notified me of the status of the incident and requested that I give approval for animal control to be called into duty and respond to the scene. I contacted dispatch and requested the same. Animal control gave an approximate response time of 1 hour.
While waiting for Animal control, Officers on scene blocked vehicle and pedestrian traffic, and advised neighbors to remain inside their homes until the dog could be secured.

At approximately 2020 hours Officer Pinckney was standing at the driver's side of his patrol car and observed the dog exit the yard of 755 Cedarwood Terrace toward the street. At that time Officer Pinckney fired 1 round of 12 gauge buckshot at the dog in a downward direction. His backdrop was the pavement, ground and a brick apartment building. The fired round struck and killed the dog immediately.

The details regarding this incident are as follows:
- Officers were dispatched to this address for the report of a loose aggressive Rottweiler.
- The area was illuminated as it was within minutes of sunset and ambient light remained. The temperature was 70 degrees.
- Officer Pinckney was on duty working in full uniformed capacity
- The loose dog was observed acting aggressively and charging pedestrians/ neighbors in the area for approximately 1 hour before the round was fired.
- Officer Pinckney discharged 1 round of tactical buckshot.
    a) Authorized service/patrol shotgun
    b) Pump action shotgun
    c) Remington 870, 12 gauge shotgun, Serial # 00237, RPD Stock # 49
    d) 5 round capacity (loaded with 5 rounds of 12 gauge buckshot ammunition)

On this date officer Pinckney was assigned to Patrol 85 car. He was operating marked patrol vehicle 275.

The tech work was completed by 270c, Tech. B. Sands. Photographs of the scene were taken and (1) spent shotgun casing was recovered. Captain Umbrino ( 410c) and Lt. Swetman ( PSS) were notified of the incident.

A neighborhood check was conducted. ( see Officer Elmore's IAR for details)
 (W1) was deposed regarding his knowledge of the incident.

The owner of the dog, and resident of 755 Cedarwood Terrace (PK1- Timothy Moore DOB 12/12/86)

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| OSIPOVITCH | ROBERT | 1977 | 08/11/2019 | |

Incident Report  Page 3 OF 4

COR000203

Case 6:21-cv-06780-MJP   Document 55-7   Filed 12/18/25   Page 150 of 225

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
2019-00189267

did arrive to the scene after the incident. Per his request, the deceased dog was left in his custody.

NARRATIVE

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| OSIPOVITCH | ROBERT | 1977 | 08/11/2019 | |

COR000204

| Page 1 of 4 | **ROCHESTER POLICE DEPARTMENT** **INCIDENT REPORT** | CR# 2019-00258580 |
|---|---|---|

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 10/27/2019 | 18:53 | 10/27/2019 | 18:53 | 10/27/2019 | 18:53 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 25 Raines PARK | | 231 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person  W = Witness  PK = Person w/Knowledge  NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Kalpin, Evan | | M | W | N | 185 Exchange BLVD Rochester, NY | (585)428-9800 |
| W | Russell, Roderick | 08/09/1979 | M | B | N | 25 Raines PARK Rochester, NY | (585)230-5732 |
| W | Russell, Cicerly | 11/06/1977 | F | B | N | 25 Raines PARK Rochester, NY | (585)415-2715 |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| 01. Witness to the offense? | | 05. Can a suspect be described? | | 09. Is there significant Modus Operandi present? | |
|---|---|---|---|---|---|
| 02. Surveillance footage of event? | | 06. Can a suspect be identified? | | 10. Is there significant physical evidence present? | |
| 03. Can a suspect be named? | | 07. Can a suspect vehicle be identified? | | 11. Has evidence tech work been perfomed? | |
| 04. Can a suspect be located? | | 08. Is stolen property traceable? | | 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Lake | Lake 3rd |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| RADENS | ADAM | 1579 | 10/27/2019 | | Incident Report  Page 1 OF |

**COR000205**

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
**2019-00258580**

## ADD'TL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Sutton, Cassandra | 09/15/1983 | F | | | 40 Raines PARK Rochester, NY | (585)309-2843 |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Ammunition** | | |

| Item Type and Description | | Color |
|---|---|---|
| **(1) spent F.C. 45 Auto casing** | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | | Color |
|---|---|---|
| **Video Recorded by IBM: 2778** | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **RADENS          ADAM** | **1579** | **10/27/2019** | |

COR000206

**NARRATIVE**

On October 27th, 2019, at approximately 1853hrs, (W1) Roderick Russell called 911 to report a family trouble between himself and his wife, (W2) Cicely Russell. (W1) stated to the 911 dispatcher that (W2) had a gun in her possession. Moments later, Officers' Kalpin and Specksgoor, in full duty uniform, arrived on scene.

Upon approaching the location, Officers made contact with residents of 25 Raines Pk in the driveway. While attempting to de-escalate the situation and separate the individuals on scene, Officers Kalpin and Specksgoor observed a brindle colored, adult pit bull come running down the driveway from behind a parked vehicle. The dog charged towards Officer Kalpin with its head down in an aggressive manner. Officer Specksgoor and Kalpin both drew their service pistols. At this time, Officer Kalpin was facing in a northern direction and discharged (1) round from his duty issued Glock 21 (Serial # UBR537).

Officer Kalpins' backdrop was the ground as his handgun was pointed in a downward direction due to the close proximity of the dog. Beyond the backdrop was a driveway (gravel) and sidewalk both of which were unoccupied by people, vehicles, and/or structures. The dog was struck one time in the side/rib cage area with Ofc. Kalpins issued service ammunition, Federal Cartridge .45 Auto. When the dog was shot, the sky was dark and the weather conditions were as follows;
- 55 degrees Fahrenheit
- Partly cloudy
- Winds West 15 MPH

The dog retreated to the backyard porch where it laid underneath a rocking chair. The dog appeared to still be alive. On duty Animal Control was called in and responded. Upon the arrival of Animal Control, the dog was found to have succumbed to its injuries. (W2) identified herself as the dog's owner. (W2) wished to keep custody of the deceased dog.

The single spent casings was located at the end of the driveway near the street in front of 25 Raines Park. Technician Carmo responded and processed the scene, collecting the spent casing.

After further investigation, (W1) was arrested for falsely reporting an incident. (W1) admitted that he falsely reported to 911 that (W2) was in possession of a firearm, knowing she was not. (#19-258531)

While conducting a neighborhood check, (W3) Sutton was located who observed the entire incident. (W3) gave a supporting deposition in regards to the dog being shot (see deposition for further details).

The incident was captured on Officer Kalpin and Specksgoor's BWC.

Other related CR# 19-258496 (DIR).

Lt. Camilo on scene, Capt. Callari (SDO) and Lt. Swetman (PSS) were notified of the incident.

**Non-Criminal Incident**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| RADENS | ADAM | 1579 | 10/27/2019 | |

COR000207

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Case 6:21-cv-06680-MJP   Document 155-1   Filed 12/18/25   Page 154 of 225

CR #
2019-00258580

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2792** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

**ADDITIONAL PROPERTY**

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **RADENS        ADAM** | **1579** | **10/27/2019** | |

Incident Report  Page 4 OF 4

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 19-258496

PAGE 1 OF 1

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____           _____
   DEFENDANT'S/RESPONDENT'S NAME        DEFENDANT'S/RESPONDENT'S ADDRESS

2. _____           _____
   DEFENDANT'S/RESPONDENT'S NAME        DEFENDANT'S/RESPONDENT'S ADDRESS

3. _____           _____
   DEFENDANT'S/RESPONDENT'S NAME        DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

CASSANDRA SUTTON     9/15/83     40 RAINES PK     585-309-2843
DEPONENT'S NAME      DATE OF BIRTH    DEPONENT'S ADDRESS AND PHONE NUMBER

DEPONENT DEPOSES AND SAYS:

MY NAME IS CASSANDRA SUTTON, I AM 36 YEARS OLD,
I LIVE AT 40 RAINES PK. TODAY I WAS GETTING
OUT OF MY CAR, I SAW POLICE OFFICERS APPROACHING
MY NEIGHBORS HOUSE. I COULD HEAR SCREAMING COMING
FROM OUTSIDE THE HOUSE. THEN I SAW A BRINDLE COLORED
DOG, WHICH LOOKED LIKE A 70 POUND PITBULL CHARGED THE
POLICE OFFICERS, I IMMEDIATELY HEARD ONE GUNSHOT
AND THE DOG STOPPED CHARGING THE POLICE.
THE POLICE OFFICER WOULD'VE BEEN BITTEN IF HE DID
NOT SHOOT THE DOG. IT WAS THE ONLY MEASURE THE OFFICER
COULD HAVE TAKEN AT THAT TIME. I've SEEN THIS DOG
RUN FROM THE HOUSE IN THE PAST, AND I'VE HEARD
THIS DOG IS AGGRESSIVE FROM OTHER NEIGHBORS

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO
SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

Cassandra Sutton  10/27/19          #2430  10/27/19
DEPONENT'S SIGNATURE    DATE        WITNESS SIGNATURE    DATE

RPD 1270                                          **COR000209** REV. 02/03

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 3

**2019-00297233**

### DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | **12/16/2019** | **23:07** | **12/16/2019** | **23:07** | **12/16/2019** | **23:36** |

| Incident Address | Beat | Campus Code |
|---|---|---|
| **243 Newcomb ST** | **267** | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

### OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

**R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed**

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Carter, Ashlynee, Sierra | 05/24/1998 | F | W | N | 243 Newcomb ST Rochester, NY 14609 | (585)470-4900 |
| PK | Carter, Michael | 02/02/1997 | M | W | N | 243 Newcomb ST Rochester, NY | (585)820-0616 |
| PK | Montulli, Christopher, J | 08/05/1998 | M | W | N | 243 Newcomb ST Rochester, NY 14609 | (585)350-4514 |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

- 01. Witness to the offense?
- 02. Surveillance footage of event?
- 03. Can a suspect be named?
- 04. Can a suspect be located?
- 05. Can a suspect be described?
- 06. Can a suspect be identified?
- 07. Can a suspect vehicle be identified?
- 08. Is stolen property traceable?
- 09. Is there significant Modus Operandi present?
- 10. Is there significant physical evidence present?
- 11. Has evidence tech work been perfomed?
- 12. Preliminary investigation NOT completed?

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Clinton** | **Clinton 1st** |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **ADAMS** | **NICHOLAS** | **2111** | **12/17/2019** | |

**COR000210**

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**CR #** 2019-00297233

## ADD'TL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name  (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship   (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NO | Seward, Jalesa | 10/04/1993 | F | B | N | 108 Northland AVE Rochester, NY 14609 | (585)298-5453 |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name  (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2335, 2718, 2233, 2111, 1950** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Ammunition** | | |

| Item Type and Description | Color |
|---|---|
| **.45 Caliber Winchester Casing** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| **Seized Evidence** | | **Glock, Inc. AU** | **21** | **Black** |

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|
| **45** | | **Pistol** | **Semi-Automatic** | **TPB527** |

| Description | Recovery Date |
|---|---|
| **Department Issued Firearm** | |

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **ADAMS          NICHOLAS** | **2111** | **12/17/2019** | |

**NARRATIVE**

On the above date and time, Ofc. Watson and Ofc. Minks responded to the above address for the report of a family trouble involving (W), (PK1), and (PK2).  During the initial response, (W) exited the location and began speaking with Ofc. Watson, who was in full uniform.  Ofc. Watson could hear and observe several dogs inside and made requests of the involved parties to secure their dogs.  Another involved individual then opened the exterior door, releasing the pit-bull which began barking and aggresively ran directly towards Ofc. Watson.

Ofc. Watson fired one-round from his department issued Glock 21 Firearm, Serial #TPB527, in a northeast direction in a downward trajectory towards the dog which was in the grass of the front-yard.  The dog was not struck but ran away uninjured.  The dogs owner, (PK1) Carter, as well as (PK2) Montulli, were working on securing the dog which remained in the area.  The weather was clear, approximately 30 degrees, amindst low-light conditions.

Technician responded and collected a single .45 caliber casing.  The projectile was not located.  (PK1) was deposed by Ofc. Kasmore relative to the events.  (W) was eventually arrested for Assault 3rd related to the original call (CR#19-297221).  Neighborhood check completed.  (NO) heard the shot but saw nothing.  No private/city cameras in the area.

Lt. Bello responded.  Captain Person (410A) was advised.  PSS notify completed.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **ADAMS** | **NICHOLAS** | **2111** | **12/17/2019** | |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 3

**2020-00023354**

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 02/01/2020 | 18:40 | 02/01/2020 | 18:40 | 02/01/2020 | 18:55 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 17 Webster CRES | 215 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Barnes, Alexandria | 02/05/1993 | F | B | N | 17 Webster CRES Rochester, NY 14609 | (716)715-4506 |
| PK | Day, Linda, J | 12/15/1967 | F | W | N | 32 webster CRES Rochester, NY 14609 | (254)205-9160 |
| RP | Frank, MaryLee | | F | W | N | 21 Webster CRES Rochester, NY 14609 | (585)629-2890 |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Goodman | Goodman 3rd |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| OSIPOVITCH ROBERT | 1977 | 02/01/2020 | | Incident Report Page 1 OF 3 |

**COR000213**

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # **2020-00023354**

## ADD'TL OFFENSE

| | | |
|---|---|---|
| Statute - | Attempt/Commit - | Counts - |

Description -

Location | Weapon

Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer

Bias Type | Entry Point | Method of Entry | # of Premises Entered

## VICTIM #2

Victim Type | Victim Name (Last, First, Middle)

Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status

City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship)

Telephone | Level of Injury | Type of Injury | Medical Treatment

## PERSONS

**R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed**

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

Type - | Suspect Name (Last, First, Middle) | Nickname

Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR #

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Ammunition** | **$0** | |

Item Type and Description | Color
**1 spent .45 casing (Winchester .45 Auto)**

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

Item Type and Description | Color
**Video Recorded by IBM 2119**

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| **Seized Evidence** | **$0** | **Glock, Inc. AU** | **21** | **Black** |

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|
| **45** | **14** | **Pistol** | **Semi-Automatic** | **UBR956** |

Description | Recovery Date
**City Issued Duty Weapon**

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **OSIPOVITCH    ROBERT** | **1977** | **02/01/2020** | |

Incident Report  Page 2 OF 3

COR000214

NARRATIVE

Ofc. W. Celentano (IBM #2119) and I. Fry ( IBM #2190), currently assigned to Goodman Section 3rd Platoon, responded to the above location for the report of a Neighbor trouble regarding a loose aggressive pit bull. Both officers were in full uniform and in marked police vehicles .The street is moderately lit by street lights with the weather conditions being clear. Upon arrival, officers observed an adult pit-bull wandering in and around the yard between #17 and #21 Webster Crescent. The Dog immediately and aggressively approached Officer Fry. The dog became aggressive by growling and barking at Officer Fry within 2-3 feet of him. Officer Fry was able to position himself on top of his patrol car hood in order to avoid contact with the dog. Officer Celentano was on the open front porch of #17 Webster Crescent at this time, attempting to make contact with the homeowner/ dog owner. The dog then turned its attention toward officer Celentano, and charged at her while she was on the porch. Due to the nature of the porch, officer Celentano was unable to move to any position that would prevent the dog from having access and attacking her. fearing for her immediate safety, officer Celentano drew her department issued duty weapon (Glock Model 21 .45 Caliber SN #UBR956, fully loaded with Winchester Auto+P .45 cal . ammunition) and fired (1) round in downward trajectory toward the animal. The fired round struck the dog in the midsection immediately causing it to retreat and run off. Officer Celentano's backstop was the concrete walkway in front of the porch step of #17 Webster Crescent. It appears that nothing was struck other than the ground and dog during this incident.

During the subsequent investigation, officers made contact with (PK) Alexandria M. Barnes. Ms. Barnes is the dog's owner and does reside at #17 Webster Crescent. Ms. Barnes was able to call the dog inside of #17 Webster Crescent and secure it in the basement of the same. Ms. Barnes was advised that per Animal Control Services policy, she is responsible for the care of the dog after injury. Ms. Barnes was cooperative and agreed to arrange for medical attention for the dog on her own.

During a neighborhood check Officers spoke with the resident at #32 Webster Crescent, (PK) Linda J Day. (PK) stated that she heard a "pop" but did not witness the incident.
The original caller listed as ( RP) Mary Lee Frank, of #21 Webster Crescent, would not answer her door to speak with police regarding the original call or the incident tonight.

Technician 230 Sands responded to the scene and photographed/collected the spent casing. Due to the circumstances of the injured and aggressive dog, Tech. Sands was unable to photograph the animal or injuries.

Animal Control was requested to the scene, however per their current policy they elected to not respond to assist with transport the injured dog.

 PSS Lt. Swetman was notified by Sgt. Osipovitch. 410 Capt. Cornell responded to the scene.

There was no shot spotter activation related to this incident.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| OSIPOVITCH | ROBERT | 1977 | 02/01/2020 | |

Incident Report  Page 3 OF 3

COR000215

| Page 1 of 3 | **ROCHESTER POLICE DEPARTMENT** **INCIDENT REPORT** | CR # **2020-00032660** |
|---|---|---|

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | **02/14/2020** | **14:32** | **02/14/2020** | **14:32** | **02/14/2020** | **14:32** |

| Incident Address | Beat | Campus Code |
|---|---|---|
| **1100 Norton ST Rear** | **227** | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

| Description - |
|---|

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

| Description - |
|---|

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Broutman, Hope | 03/05/1994 | F | W | N | 691 St. Paul ST Rochester, NY 14621 | (585)753-6960 |
| PK | Preston, Victoria | 09/19/1992 | F | W | N | 1100 Norton ST Rear Rochester, NY | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
|---|---|---|
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Clinton** | **Clinton 2nd** |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **OSIPOVITCH      ROBERT** | **1977** | **02/15/2020** | |

Incident Report  Page 1 OF 3

**CONFIDENTIAL**

COR000216

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2020-00032660

## ADDT'L OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name  (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2779** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Ammunition** | **$0** | |

| Item Type and Description | Color |
|---|---|
| **6 spent .45 casings ( Winchester .45 auto)** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **6** | **Item(s)** | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| **Seized Evidence** | **$0** | **Glock, Inc. AU** | **21** | **Black** |

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|
| **45** | **14** | **Pistol** | **Semi-Automatic** | **UBS677** |

| Description | Recovery Date |
|---|---|
| **RPD issues Duty weapon** | |

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **OSIPOVITCH** | **ROBERT** | **1977** | **02/15/2020** | |

Incident Report  Page 2 OF 3

CONFIDENTIAL

COR000217

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**NARRATIVE**

Ofc. Mitchell Leach (IBM #2779) and A. Ortiz ( IBM #2783), currently assigned to Clinton Section 2nd Platoon, responded to the above location to assist Child Protective Services with an order for a child removal from the home. Both officers were in full uniform and in marked police vehicles. Upon arrival, officers along with two CPS employees entered the rear apartment and began conversations with (PK1) Preston. Initially, Preston secured her adult Pitbull inside of a bathroom (located off of the kitchen) by closing the bathroom door. During the time officers and CPS were speaking with Preston inside of the apartment, the Pitbull was able to free itself from the bathroom and immediately charged at the two CPS workers. CPS was able to run outside of the apartment and into the driveway before the dog reached them. ( see W1- Hope Broutman's deposition for details). The aggressive dog then turned toward officer Leach who was still standing in the kitchen. The dog barked and immediately charged at officer Leach attempting to bite his leg. Officer Leach tried to kick the dog in an attempt to divert it and scare it away, but was unsuccessful. The dog continued to attack Officer Leach and began biting his right ankle and boot. Due to the nature and small size of the apartment, officer Leach was unable to move to any position that would prevent the dog from having access and attacking him or other occupants of the home. Fearing for his immediate safety, officer Leach drew his department issued duty weapon (Glock Model 21 .45 Caliber SN #UBS677, fully loaded with Winchester Auto+P .45 cal . ammunition) and fired (6) rounds in downward trajectory toward the animal. The fired rounds struck the dog in the midsection, upper back and neck. The strikes were effective and caused the dog to stop attacking officer Leach. The dog expired inside of the kitchen. Officer Leach's backstop was the kitchen floor of the apartment. It appears that nothing was struck other than the ground and dog during this incident.

(PK) Victoria Preston is the dog owner and was informed that the dog would be taken by Animal Control Services.

Technician 230 Sands responded to the scene and photographed the scene/collected the spent casings.

AC4- Huertas responded and collected the deceased animal.

PSS Lt. Swetman and 410 Lt. Radens were notified by Sgt. Osipovitch.
There was no shot spotter activation related to this incident.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| OSIPOVITCH | ROBERT | 1977 | 02/15/2020 | |

CONFIDENTIAL

COR000218

| Page 1 of 3 | | **ROCHESTER POLICE DEPARTMENT** INCIDENT REPORT | CR # **2020-00082217** |
|---|---|---|---|

## DETAIL

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | | 04/23/2020 | 13:07 | 04/23/2020 | 13:07 | 04/23/2020 | 13:07 |

| Incident Address | | | Beat | Campus Code |
|---|---|---|---|---|
| **113 Winterroth ST** | | | **205** | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) | | | | | |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Gandia, Mia | 05/15/2002 | F | W | H | 113 Winterroth ST Rochester, NY | (585)743-5966 |
| PK | Cordae, Terry | 11/21/1997 | M | B | N | 142 Strong ST Rochester, NY 14621 | (585)957-4083 |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | | | | Nickname |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

| Modus Operandi | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Goodman** | **Goodman 2nd** |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **LEWIS** | **JOSH** | **1820** | 04/23/2020 | LEWIS, JOSH 04/23/2020 | Incident Report Page 1 OF 3 |

**COR000219**

Case 6:20-cv-06780-MJP   Document 155-1   Filed 12/13/25   Page 166 of 225

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
**2020-00082217**

## ADDT'L OFFENSE

| Statute - | Attempt/Commit - | Counts - | | |
|---|---|---|---|---|

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name  (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship   (Offender Name, DOB, Relationship) | |
|---|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person        W = Witness        PK = Person w/Knowledge        NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name  (Last, First, Middle) | | | | | | | Nickname | |
|---|---|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by 2119** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **LEWIS          JOSH** | **1820** | **04/23/2020** | **LEWIS, JOSH 04/23/2020** |

COR000220

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
2020-00082217

**NARRATIVE**

At the above date and time Officers Fry and Celentano went to 113 Winterroth to check for wanted individual Joshua Breedlove. Breedlove is on the Goodman Section Wanted board for GL4th. (20-061338). Officers knocked on the door and it was answered by W, who lives at location. Officer Celentano immediately saw that a large pitbull type dog (approx 60 lbs.) was was at the door with W. There was no screen door and W was not holding on to the dog. Officer Celentano told W to put the dog away as it was barking in a vicious manner. She did not take control of the dog and it immediately charged toward Officer Celentano. Officer Celentano attempted to back away from the dog but backed up into a couch that was on the front porch and was unable to retreat any further. At this time the dog lunged at her legs. Officer Celentano removed her issued service pistol and fired one round at a downward angle into the dog. The round entered the middle of the dogs back and did not exit. The dog then retreated into the house. I arrived on scene shortly after this and spoke to W, she did state to me that she did see the dog barking and running at the officer but believed the officer should have allowed herself to be bitten before firing at the dog. Officer Fry told me that W stated to him that she saw through the window, prior to the shooting, that it was the police knocking at her door. Officer fry was activating his body camera as the female opened the door, he did not capture the incident on BWC. I cheched the status of the dog with AC and the dog was alive still for a few minutes and then did die. RP, the dog's owner, arrived a short time later. He did speak with AC and decided he would dispose of the dogs remains. Once back the Goodman Section office I did review Officer Celentano's BWC. The footage clearly shows the dog barking and charging before being shot.

Today's weather is clear and bright with no precipitation.
Officer Celentano was in full uniform at the time.
Officer Celentano did fire one round.
The firearm is her issued and authorized service weapon.
The gun is a Semi-auto Glock model 21 chambered in .45acp
The pistol was fully loaded with 14 rounds.
she was using issued ammunition.
She was wearing her issue duty belt and Safariland holster.
The serial number on her Glock is UBR956.

After the shooting Officer Celentano was instructed to go the the Goodman Section officer and clean her pistol. She was given 1 replacement round.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LEWIS | JOSH | 1820 | 04/23/2020 | LEWIS, JOSH 04/23/2020 |

COR000221

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 4

2020-00082740

### DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 04/24/2020 | 03:10 | 04/24/2020 | 03:10 | 04/24/2020 | 03:18 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 649 Jay ST | 291 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

### OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name  (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship   (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person      W = Witness      PK = Person w/Knowledge      NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Hilarski, Jonathan | 12/14/1978 | M | W | N | 165 Fernwood AVE Rochester, NY | (585)483-2856 |
| W | | | | | | | |

### SUSPECT / MISSING PER

| Type - | Suspect Name  (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| | |
|---|---|
| 09. Is there significant Modus Operandi present? | |
| 10. Is there significant physical evidence present? | |
| 11. Has evidence tech work been perfomed? | |
| 12. Preliminary investigation NOT completed? | X |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Lake | Lake 1st |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| TRENTON | JENNIFER | 1650 | 04/24/2020 | |

Incident Report, Page 1 OF

COR000222

Case 6:21-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page 169 of 225

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2020-00082740

## ADD'TL OFFENSE

Statute -                    Attempt/Commit -              Counts -

Description -

Location                                                   Weapon

Larceny Type                              Aggravated Assault Circumstances              Gang Related | Computer

Bias Type                       Entry Point                      Method of Entry                      # of Premises Entered

## VICTIM #2

Victim Type        Victim Name  (Last, First, Middle)

Address                                      Date of Birth    Age    Sex    Race    Ethnicity    Residence Status

City, State, Zip                             Victim/Offender Relationship  (Offender Name, DOB, Relationship)

Telephone                  Level of Injury                Type of Injury              Medical Treatment

## PERSONS

R = Reporting Person        W = Witness        PK = Person w/Knowledge        NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|------|----------------------------|-----|-----|------|-----|---------|---------------|
|      |                            |     |     |      |     |         |               |
|      |                            |     |     |      |     |         |               |
|      |                            |     |     |      |     |         |               |
|      |                            |     |     |      |     |         |               |

## SUSPECT #2

Type -              Suspect Name  (Last, First, Middle)                        Nickname

Address                                      Date of Birth    Age    Sex    Race    Ethnicity    MoRIS / JCR #

Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation

Clothing, Jewelry, Distinguishing Features          Offender Conditon          Scars, Marks, Tattoos

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---------------|---------------|----------------|---------------|
| **Seized Evidence** | **BWC Video** | | |

Item Type and Description                                                      Color

**Video Recorded by IBM: 2711, 2715, 2716**

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---------|-----------------|--------------------|-----------|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---------------|---------------|----------------|---------------|
| **Seized Evidence** | **Ammunition** | **$1** | |

Item Type and Description                                                      Color

**spent 45 cal winchester casing**

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---------|-----------------|--------------------|-----------|
| **1** | **Item(s)** | | |

## FIREARM

Firearm Property Code        Firearm Value        Make                Model                Finish

Caliber        Capacity        Type                Action        Serial Number

Description                                                                    Recovery Date

## VEHICLE

Vehicle Status        Year    Make                Model                Style        Color

State    Plate Number              VIN #                              Recovery Date

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|-------------------|--|-------|------|-------------|
| **TRENTON** | **JENNIFER** | **1650** | **04/24/2020** | |

COR000223

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

On the above date and time Officer T. Jones and C. Davidson responded to 649 Jay St for the report of an active family trouble (cr# 20-082737). Additional information stated that the female half was being beaten in a room by a male. Upon arrival, a male was screaming to officers, "Hurry up she's getting beat up here and he barricaded the room, you'll have to kick the door in." Officers approached the front door and could hear a physical altercation happening as well as several dogs inside. Officers knocked on the door several times. The female ran out of the house and slammed the door behind her. Before the door shut, Officer Davidson observed the suspect inside the door. Officer Davidson opened the door back up and quickly grabbed the suspect and attempted to shut the door to secure the dogs. Four dogs were able to get out of the door and immediately charged the female in the driveway and began attacking her. The dogs then ran towards Officer Jones and Davidson who were on the porch. Officer Jones was able to shield Officer Davidson who was handcuffing the suspect and kick the dogs to keep them back. The dogs went back toward the victim and began biting her. Officer Jones drew his service weapon, a Glock 21. The dogs released their grip on the female and she was able to run toward the sidewalk. The dogs turned to the Officers who were on the porch. The brown/white pitbull charged toward them, growling and bearing its teeth. Officer Jones fired one round in a downward direction with the backstop of his projectile being the driveway. The round struck the dog and the dog immediately fled s/b through the backyard. The dog continued w/b toward Child St and was last seen n/b on Child St. The other dogs were secured by other parties who emerged from the house. Officers did an extensive search of the area and were able to locate the dog near 21 Kondolf St. Animal control did respond and took possession of the dog.

The following are the details regarding the incident:

1. Officer Jones was dispatched for an active family trouble.
2. The area from the street to the sidewalk was illuminated by street lights due to it being nighttime. The driveway was dark. It was 38 degrees and cloudy.
3. Officer Jones was on duty working in uniform capacity.
4. The dog attacked the female half of the family trouble in the driveway and then charged toward Officers.
5. Officer Jones discharged 1 round.
6. Officer Jones utilized his issued Glock 21 handgun.
  a) Authorized service weapon
  b) Handgun
  c) Glock 21, .45 caliber, SN# BEKM454
  d) Fourteen round capacity, loaded with fourteen rounds
  e) .45 caliber Winchester Ranger 230 grain bonded jackets hollow point ammunition
  f) Safariland ALS Holster
  g) Pistol permit number not applicable
7. N/A
8. Witness-(RP) █████████████████████████
9. Officer C. Davidson (Lake 1st), Officer B. Langdon (Lake 1st)
10. N/A
11. N/A

On this date, Officer Jones was assigned to car beat 291 and assigned to marked patrol car 291.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| TRENTON | JENNIFER | 1650 | 04/24/2020 | |

Incident Report  Page 3 OF 4

COR000224

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 4 of 4

CR #
2020-00082740

**NARRATIVE**

Tech work was completed by Tech Minchella. Photos were taken and the spend casing was collected and turned into property. PSS was notified by Lt. Tordai.

Neighborhood check was completed. (PK1), who was arrested for the domestic portion, was being detained by Officer Davidson on the porch during the incident and did not see anything. (RP), who was the victim in the domestic incident, was deposed under cr #20-082737 in regards to the incident. Nothing further gained from neighborhood check: 641 Jay, 638 Jay, 635 Jay all no answer. 629 Jay was uncooperative stating they heard/saw nothing but refused further.

BWC was captured under Officers Jones, Davidson and Langdon.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| TRENTON | JENNIFER | 1650 | 04/24/2020 | |

Incident Report  Page 4 OF 4

COR000225

| Page 1 of 3 | | ROCHESTER POLICE DEPARTMENT | | 2020-00151628 |
| --- | --- | --- | --- | --- |
| | | INCIDENT REPORT | | |

**DETAIL**

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
| --- | --- | --- | --- | --- | --- | --- | --- |
| IR- Non-Criminal Incident | | 07/07/2020 | 12:26 | 07/07/2020 | 12:26 | 07/07/2020 | 12:26 |

| Incident Address | | Beat | Campus Code |
| --- | --- | --- | --- |
| 30 Dejonge ST | | 247 | |

| Violent Crime Context | BWC |
| --- | --- |
| | No |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
| --- | --- | --- |
| Description - | | |

| Location | | Weapon |
| --- | --- | --- |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| --- | --- | --- | --- |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
| --- | --- | --- | --- |

| Statute - | Attempt/Commit - | Counts - |
| --- | --- | --- |
| Description - | | |

| Location | | Weapon |
| --- | --- | --- |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
| --- | --- | --- | --- |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
| --- | --- | --- | --- |

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
| --- | --- |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| --- | --- | --- | --- | --- | --- | --- |

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
| --- | --- |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
| --- | --- | --- | --- |

**PERSONS**

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PK | Laureano, John | | M | W | | 185 Exchange  BLVD Rochester, NY | (585)428-9800 |
| | | | | | | | |
| | | | | | | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name  (Last, First, Middle) | | | | Nickname |
| --- | --- | --- | --- | --- | --- |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| --- | --- | --- | --- | --- | --- | --- |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
| --- | --- | --- |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
| --- | --- | --- |

**INVESTIGATION**

| Modus Operandi |
| --- |

| 01. Witness to the offense? | | 05. Can a suspect be described? | | 09. Is there significant Modus Operandi present? | |
| --- | --- | --- | --- | --- | --- |
| 02. Surveillance footage of event? | | 06. Can a suspect be identified? | | 10. Is there significant physical evidence present? | |
| 03. Can a suspect be named? | | 07. Can a suspect vehicle be identified? | | 11. Has evidence tech work been perfomed? | |
| 04. Can a suspect be located? | | 08. Is stolen property traceable? | | 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
| --- | --- | --- | --- |
| Not Applicable (non-crime) | | Patrol - Genesee | Genesee 2nd |

| Reporting Officer | | IBM # | Date | Reviewed By | |
| --- | --- | --- | --- | --- | --- |
| INCE | BRANDON | 1834 | 07/08/2020 | | |

Incident Report  Page 1 OF 3

COR000226

Case 6:21-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page 173 of 225

**ADDT'L OFFENSE**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name  (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship   (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person      W = Witness      PK = Person w/Knowledge      NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**SUSPECT #2**

| Type - | Suspect Name  (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Other Property** |  |  |

| Item Type and Description | Color |
|---|---|
| **Gold .223 cal casing** | **Gold** |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** |  |  |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **INCE          BRANDON** | **1834** | **07/08/2020** |  |

COR000227

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #

**NARRATIVE**

On 07/07/20 at about 1226 hrs, RPD SWAT executed a High-Risk Search Warrant at 30 Dejonge Street. The weather was clear with a temperature of approximately 90 degrees. Upon approach of the target, the team entered a chain-link fence that enclosed the location as they moved to the primary point of entry.

At this time, they encountered several occupants that were standing in the front yard. In response to this, the team identified themselves as the police/law enforcement. There was also a large fawn-colored dog with them. The dog appeared to be of the "pit-bull/ bull terrier breed". It was not chained and immediately started to bark and show signs of aggression (i.e. crouched posture, hackles up). The dog then charged Officer Laureano. He was assigned to SWAT during this incident and working in that capacity. Per General Order 340 III B1: Members may use firearms against animals when they are attacking or presenting an imminent danger to any person.

At this point, he discharged 1 round from his rifle into the dog as it closed the distance. He took the shot at a downward angle using the ground as his backstop. The round was effective and the dog immediately changed its course running out of the yard. It ran across the street and into the back yard of 27 Dejonge Street where it expired. Upon further inspection, it appeared the round struck the animal around its left shoulder area (behind the neck) and exited through the dog's stomach. Photos were taken of where the round was discharged, the spent rifle casing, and the deceased animal.

Officer Laureano was wearing his standard issued SWAT multi-cam uniform and equipped with his full SWAT tactical gear (helmet, body armor, gun belt, rifle, handgun, etc.). The round was fired from his issued SWAT rifle Serial# A0225257 (loaded with 29 round of 77 grain Federal .223 ammunition).

Animal control was requested to the scene to coordinate the disposal of the dog with the owner (See AC4 Cichocki-Ialka report for further). The owner was identified as Gilbert Bagley 03/22/76 of 30 Dejonge Street.

Tech Abrams responded, took photos, and collected 1 spent .223 casing from the yard of 30 DeJonge Street. No projectile was located at this time( See Tech report for further).

No City or Private cameras in the area. No BWC footage due to it being SWAT operation

The following neighborhood check was completed with negative results:

32 De Jonge Street- No answer

26 De Jonge Street-No Answer

27 Dejonge Street- Annie Ellis, refused to give any further information

Negative Shot Spotter

Commander Favor and PSS (Sergeant Gallagher) notified

Sgt Rudolph (SWAT) and Sgt Ince( SWAT) were on scene

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **INCE** | **BRANDON** | **1834** | **07/08/2020** | |

Incident Report  Page 3 of 3

COR000228

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 4

**2020-00183239**

### DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 08/12/2020 | 23:45 | 08/12/2020 | 23:45 | 08/12/2020 | 23:45 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 121 West AVE | 203 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

### OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | Sizer, Timothy, M | 08/16/1965 | M | B | N | 121 West AVE Rochester, NY | (585)576-2935 |

### SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Genesee | Genesee 1st |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| ALEXANDER    ERIC | 1664 | 08/13/2020 | |

Incident Report Page 1 OF 4

COR000229

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2020-00183239

## ADDT'L OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2279/1664/2863** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| **Seized Evidence** | | **Glock, Inc. AU** | **21** | **Black** |

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|
| **45** | **1** | **Pistol** | **Semi-Automatic** | **TPB529** |

| Description | Recovery Date |
|---|---|
| **Issued police weapon** | |

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **ALEXANDER          ERIC** | **1664** | **08/13/2020** | |

Incident Report Page 2 OF 4

COR000230

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
2020-00183239

On the above dates and time Officers Harris and Bashizi responded to 121 West Ave. for a family trouble. While en route to the location, additional I formation was revived that a female may be armed with a knife. Upon arrival, officers approach the location, walked onto the porch, and knocked on the door. Immediately two dogs began to charge officers at the front door. Officers retreated off the porch in different direction. One of the dogs continued to charge Officer Harris in an aggressive manner. He back pedal as far as he could, coming off the front porch in the front yard . The dog continued to charge him until the dog was within 2-3 feet of Officer Harris. Just as the dog began to lunge at him, Officers Harris fired a single round from his service pistol, fatally wounding the dog.  Officer Harris fired in a downward direction towards the ground that is a mix of grass and concrete.

The scene was secured until Technician's Terrigino responded in which he took photos of the dog and collected the single .45 casing.  The dog owner, who was part of the initial family trouble was identified as Timothy M. Sizer, 08/16/65, 5858.448.7843,  of 121 West Ave.  The owner of the dog stated that he was unable to take care of the deceased dog.  DES was notified and will respond to the location on 2nd platoon. The dog was not registered/permitted with he City of Rochester .

The following are the details regarding the incident:

1.  Officers Harris and Bashizi were dispatched to the above location for a active family trouble.

2. The area was dark, only illuminated by street lights and Officers flash lights

3. Officer Harris was on duty working in a uniform capacity

**NARRATIVE**

4. The loose dog began to charge officers at the front door. Officers retreated off the porch in different direction. One of the dogs continued to charge Officer Harris in an aggressive manner.

5.  Officer Harris discharged one round

6.  Officer Harris utilized his issued glock 21 handgun

   A.) Authorized service weapon

   B.)  Handgun

   C.)  Glock 21, .45 caliber, SN TPB529

   D.)  Fourteen round capacity, (Loaded with 14 rounds)

   E.)  .45 caliber Winchester Ranger 230 grain T-Series jacketed hollow point ammunition

   F.)  Safariland ALS Holster

   G.)  Pistol Permit number not applicable

On this date, Officer Harris was assigned to car beat 233.  Officer Harris was assigned marked patrol vehicle 233 and was Operation as a Field Training Officer with Recruit Bashizi as the Trainee

The scene was secured until Technician's Terrigino responded in which he took photos of the dog and collected the single .45 casing.  Car 410A Capt Marone was advised and he notified Lt Sweatman of the Professional Standard

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| ALEXANDER | ERIC | 1664 | 08/13/2020 | |

COR000231

ROCHESTER POLICE DEPARTMENT
INCIDENT REPORT

CR #
2020-00183239

Case 6:21-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page

**NARRATIVE**

Section.  Neighborhood check was conducted to include 123, 125, and 127 West Ave with negative results.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| ALEXANDER | ERIC | 1664 | 08/13/2020 | |

Incident Report  Page 4 OF 4



# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 4

CR #
**2020-00269976**

| | |
|---|---|
| **DETAIL** | |

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | **12/08/2020** | **09:45** | **12/08/2020** | **09:45** | **12/08/2020** | **09:53** |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| **15 Kappel PL** | | **277** | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name  (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| RP | OLIVER, SHIEESHA, R | 09/11/1986 | F | B | N | 15 KAPPEL PL DWN Rochester, NY 14605 | (585)390-0699 |
| PK | OLIVER, Tawanna, E | 03/10/1972 | F | B | U | 15 Kappel PL Up Rochester, NY 14608 | (585)284-0190 |
| W | Oliver, Cartel | | M | B | N | 15 Kappel PL Rochester, NY 14621 | |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Clinton** | **Clinton 2nd** |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **QUINN** | **GEOFFREY** | **2141** | **12/08/2020** | **REAVES, BING 12/08/2020** | Incident Report Page 1 OF |

**COR000233**

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 2 of 4

CR# 2020-00269976

## ADDTL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NO | MCMILLAN, ANTHONY, E, Jr | 08/24/1989 | M | B | N | 15 Kappel PL, Rochester, NY 14609 | (585)635-3560 |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | BWC Video | | |

| Item Type and Description | Color |
|---|---|
| Video Recorded by IBM: 2064 | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | BWC Video | | |

| Item Type and Description | Color |
|---|---|
| Video Recorded by IBM: 1851 | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| QUINN        GEOFFREY | 2141 | 12/08/2020 | REAVES, BING 12/08/2020 |

COR000234

NARRATIVE

On above date and time Officers M. Cushman and N. Thomas responded to 15 Kappel Pl. for the report of an aggressive dog that was attacking the caller's dog in the basement of the location. The caller, (RP) Oliver, stated there was an aggressive pit bull in the basement that was killing her own pit bull which stays in the basement. (RP) stated her son had opened the back door to the location which led to the basement in order to bring their dog out and feed it as is the usual routine in the morning. The door was left open and (RP) stated she observed an unfamiliar pit bull run through the backyard of 15 Kappel Pl from an unknown location and run into the basement. Shortly thereafter, (RP) Oliver began hearing a loud dog fight in progress and could hear yelping from her own puppy that stays in the basement.

Upon arrival, both Officers observed the aggressive pit bull attacking the other dog "Nyla" and inflicting severe physical damage to it. They also spoke with (RP) Oliver who told them that she had personally stabbed the attacking dog multiple times while it's jaws were clamped onto the smaller animal and it refused to release it's grasp. On scene there were multiple items in the basement which had evidently been used in attempts to defend the injured familial pet. (2) two knives located in the basement that were covered in blood that corroborated (RP)'s story of her attempts to protect her dog, herself, and her child who was present at the location with her as well.

Officers attempted to separate the two dogs and deter the aggressive dog from injuring the puppy. Officers Cushman and N. Thomas attempted to use other materials in the basement such as a shovel to separate the dogs but were unsuccessful. Due to the aggressive nature of the attacking pit bull, its refusal to release the other dog, the obvious serious injuries the aggressive pit bull was inflicting, and in accordance with G.O. #340, Section III, Sub-section B, #2, Officer M. Cushman un holstered his department issued Glock 21 duty weapon, Serial # UBR957, and discharged (1) one round of department issued ammunition striking the aggressive dog. No other Officers or civilians were near the intended target at the time of the discharge. With an identified backstop of the dirt covered concrete flooring in the basement, Officer Cushman took an appropriate angle of fire, while minimizing risk of ancillary injury, to address the destructive animal.

The well placed round struck the aggressive dog effectively ended the attack and allowing the injured animal to retreat. Technician 220, Ofcr. Watson responded and processed the scene including photographs of the injured/deceased dogs, collecting the spent casing, and determining the round fired had stopped and remained within the intended target. Animal control responded as well and collected the deceased animal. A.C. also spoke with (RP) who signed the dog over to him in order to receive medical treatment for injuries. T/Lt. Reaves, T/Sgt. Minnick, and myself all responded to the location. Neighborhood check was limited due to the incident occurring in the basement of the location and vacant lots are directly adjacent to and across from the incident location.

Closed- Non-criminal incident

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| QUINN | GEOFFREY | 2141 | 12/08/2020 | REAVES, BING 12/08/2020 |

COR000235

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
2020-00269976

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| Seized Evidence | | Ammunition | | | | |
| Item Type and Description | | | | | | Color |
| (1) spent shell casing | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| 1 | Item(s) | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item Type and Description | | | | | | Color |
| | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| | | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item Type and Description | | | | | | Color |
| | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| | | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item Type and Description | | | | | | Color |
| | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| | | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item Type and Description | | | | | | Color |
| | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| | | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item Type and Description | | | | | | Color |
| | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| | | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item Type and Description | | | | | | Color |
| | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| | | | | | | |

| Property Code | | Property Type | | Property Value | Serial Number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item Type and Description | | | | | | Color |
| | | | | | | |
| Quanity | Unit of Measure | | Measurement Source | | Drug Type | |
| | | | | | | |

ADDITIONAL PROPERTY

| Reporting Officer | | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|---|
| QUINN | | GEOFFREY | 2141 | 12/08/2020 | REAVES, BING 12/08/2020 | |

COR000236



**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 1 of 3

CR #
**2020-00271539**

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | **12/08/2020** | **12:26** | **12/08/2020** | **12:26** | **12/08/2020** | **12:26** |

| Incident Address | Beat | Campus Code |
|---|---|---|
| **1076 N Clinton AVE** | **247** | |

| Violent Crime Context | BWC |
|---|---|
| | **No** |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | | |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| | | | |

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | | |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| | | | |

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| | | | | | | |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| | | | |

## PERSONS

R = Reporting Person     W = Witness     PK = Person w/Knowledge     NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|
| | | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|
| | | | | | | |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|
| | | |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|
| | | |

## INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Clinton** | **Special Teams** |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **INCE** | **BRANDON** | **1834** | **12/10/2020** | |

Incident Report, Page 1 OF 3

**COR000237**

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 2 of 3

FB # 2020-00271539

### ADDT'L OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| **Seized Evidence** | **Other Property** | | | |

| Item Type and Description | | Color |
|---|---|---|
| **x1 gold spent .223 casing** | | **Gold** |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

### PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

### FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

### VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| INCE | BRANDON | 1834 | 12/10/2020 | |

Incident Report  Page 2 OF 3

**NARRATIVE**

On 12/08/20 at about 1226 hrs, RPD SWAT executed a High-Risk Search Warrant at 1076 N. Clinton Ave. The weather was clear with a temperature of approximately 35 degrees. Upon entering the target location, the entry team encountered an aggressive dog in the living room. At this time, the dog began trying to bite Ofc.S. Giancursio around the lower part of his left leg (calf/ankle area). The dog's initial attempts to bite him did not break the skin, but mostly got his uniform pants and thermal underwear. He reached down and attempted to wrestle the dog off of him. He was able to separate himself from the dog's mouth, but it continued to be aggressive and tried to reapply its bite.

At this point, Sergeant Romig discharged 1 round from his rifle into the dog. He took the shot at a downward angle using the floor as his backstop. The round was effective and the dog immediately disengaged and ran out of the house. The round entered the left side of its abdomen (stomach) and exited the right. Per General Order 340 III B1: Members may use firearms against animals when they are attacking or presenting an imminent danger to any person.

Sergeant Romig was wearing his standard issued SWAT green uniform and equipped with his full SWAT tactical gear (helmet, body armor, gun belt, rifle, handgun, etc.). The round was fired from his issued SWAT rifle Serial# A0225259 (loaded with 29 round of 77 grain Federal .223 ammunition).

Animal control (AC4-Ames) was requested to the scene and recovered the dog in the immediate area. They transported it to Verona Street, were it succumb to the GSW (See animal control report for further). Officer Sedita took photos of the dog (see her BWC for further). Upon speaking with SIS Investigators, they stated they would identify the owner of the animal to follow up with Verona Street if they wished.

Tech Watson (220) responded, took photos, and collected 1 spent .223 casing inside the living room. It appeared that the projectile began to break apart upon exiting the dog and entering the floor. Small fragments of it were located on the floor in the living room and in the floor joist in the basement (also recovered- See Tech report for further).

No BWC footage due to it being SWAT operation

A neighborhood check was not completed due to the incident occurring inside the house

Negative Shot Spotter

Commander Koonmen and PSS (Lieutenant Swetman) notified

Sgt Rudolph (SWAT) and Sgt Ince (SWAT) were on scene

Note* SWAT did have a catch pole with them in the event that aggressive dog(s) were encountered, but due to the immediate attack by the dog this tool was not able to be utilized.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| INCE | BRANDON | 1834 | 12/10/2020 | |



# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**Page 1 of 4**

**CR #** 2021-00025684

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | 02/10/2021 | 20:18 | 02/10/2021 | 20:18 | 02/10/2021 | 20:18 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| **171 Randolph ST** | 237 | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Cox, Cheryl, T. | 08/21/1979 | F | B | N | 171 Randolph ST Rochester, NY 14621 | (585)410-7830 |
| PK | Spencer, Marcher | 09/26/2001 | M | B | N | 171 Randolph ST Rochester, NY 14621 | (585)424-1277 |
| | | | | | | | |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| | |
|---|---|
| 09. Is there significant Modus Operandi present? | |
| 10. Is there significant physical evidence present? | |
| 11. Has evidence tech work been performed? | |
| 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Clinton** | **Clinton 3rd** |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **CARUSO** | **BENJAMIN** | **2063** | **02/11/2021** | |

Incident Report  Page 1 Of 8

COR000240

Case 6:21-cv-06780-MJP Document 155-7 Filed 12/18/25 Page 187 of 225

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2021-00025684

## ADD'TL OFFENSE

| | |
|---|---|
| Statute - | Attempt/Commit - | Counts - |

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized Evidence | BWC Video | | |

| Item Type and Description | Color |
|---|---|
| Video Recorded by IBM: 2585, 2865, 2720 | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| CARUSO    BENJAMIN | 2063 | 02/11/2021 | |

COR000241

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CB #
2021-00025684



**NARRATIVE**

On 2/10/21, Clinton Section Officers Brock, Paszko, and Vanbrederode responded to 171 Randolph St. for the family trouble.

While at the location, officers made contact with (PK)- Cheryl Cox, the homeowner. Officers stood in the driveway speaking with Cox at the side door regarding the situation. While speaking with her, an aggressive pit bull escaped out the door, running past Cox and charging towards Officer Vanbrederode. (PK)- Cox did not appear to see the dog escape and was subsequently unable to prevent it from running out. Officers Brock and Paszko were standing nearest to the door and the dog ran past them. Officer Vanbrederode, however, was standing further down the driveway and the dog charged towards him. Vanbrederode, who was near the front porch, retreated and eventually made his way up onto a front porch at the location. The pit bull abruptly descended upon Officer Vanbrederode. The dog barked aggressively and appeared dangerous. Officer Vanbrederode perceived the dog to be aggressive and dangerous and felt that he was in imminent danger of serious physical injury. With the dog only a few feet away from him, Officer Vanbrederode discharged three (3) rounds from his Glock 21 service pistol, striking the dog one (1) time. Officer Vanbrederode fired in a downward direction with the backstop for his projectiles being the wood deck and the concrete driveway. The deck was examined for bullet strikes and it appears that two of the three rounds penetrated the wood decking and lodged underneath. Those projectiles were unable to be extracted as a result.

After being struck, the dog retreated down the porch steps and lingered about the driveway. It eventually made it's way back towards Cox, who allowed it inside the house. Following the incident, (PK)- Cox and family members who responded, placed the dog into a vehicle and transported it to a local animal hospital. As a result, Animal Control was not requested. It was later reported by (PK)- Cox that she had taken the dog to Veterinary Specialists & Emergency Service, 825 White Spruce Blvd. in Rochester.

The scene at 171 Randolph was immediately secured by officers at the location for evidence processing. Technician Kaltenbach responded for photos and evidence collection. The recovered casings were turned into the Property Clerk.

A neighborhood check was conducted on Randolph St., but no witnesses or surveillance cameras were located. ECD received several calls from residents in the area who claimed to hear the shooting, however none of them were direct eyewitnesses. Please see the IAR completed by Officer Leach regarding specifics of the neighborhood check. There was no Shotspotter activation for this incident.

The following are the details regarding the incident:

1. Officer Vanbrederode was dispatched to 171 Randolph St. for the report of a domestic disturbance when he was confronted by this aggressive pit bull. Officer Vanbrederode perceived the animal to be dangerous and capable of causing serious physical injury based on it's behavior.
2. The scene was dark, as this incident occurred at 2018 hours. It was approximately 26 degrees and cloudy at the scene.
3. Officer Vanbrederode was on duty and working in uniform capacity
4. The loose dog spontaneously and suddenly charged at Officer Vanbrederode in an aggressive manner.
5. Officer Vanbrederode discharged three rounds at the animal.
6. Officer Vanbrederode utilized his issued Glock 21 handgun.
a.) Authorized Service Weapon
b.) Semi-automatic Handgun
c.) Glock 21, .45 caliber, Serial Number: UBS707
d.) Fourteen round capacity (13 rounds in the magazine and 1 in the chamber)

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| CARUSO | BENJAMIN | 2063 | 02/11/2021 | |

COR000242

e.)     Ammunition Used: .45 caliber Winchester; .45 auto hollow point ammunition
f.)     Safariland ALS Holster (Department Issued)
g.)     Pistol permit number: Not Applicable
7. N/A
8. There were no witnesses available for this incident. Cox is considered a PK, as she was around the corner of the home and did not directly witness the shooting.
9. Clinton Section Officers Brock (237-C) and Paszko (297-C) were present at the scene
10. N/A
11. N/A

Following this incident, Officer Vanbrederode was treated at Highland Hospital for ringing and discomfort in his right ear.

Captain Lucyshyn (SDO/410-C) was notified of this incident and responded to the location.

**Non-Criminal Incident Report**

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| CARUSO | BENJAMIN | 2063 | 02/11/2021 | |

COR000243

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

| Page 1 of 3 | | 2021-00273883 |
|---|---|---|

### DETAIL

| Incident Type | | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | | | 07/16/2021 | 06:00 | 07/16/2021 | 06:00 | 07/16/2021 | 06:00 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 327 Grand AVE | | 215 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

### OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

### VICTIM

| Victim Type | Victim Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

### PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Ramos, Gabriel | | | | | | |
| PK | Ventura, Lizette | | | | | | |
| W | Lane, Roy | | | | | | |

### SUSPECT / MISSING PER

| Type - | Suspect Name  (Last, First, Middle) | | | | Nickname | |
|---|---|---|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

### INVESTIGATION

Modus Operandi

| | |
|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? |

| |
|---|
| 09. Is there significant Modus Operandi present? |
| 10. Is there significant physical evidence present? |
| 11. Has evidence tech work been perfomed? |
| 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Goodman | Goodman 1st |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LAIOSA JOSEPH | | 1180 | 12/17/2021 | LAIOSA, JOSEPH J. 12/17/2021 |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**ADDT'L OFFENSE**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name  (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Contreras, Brandon | | | | | Rochester, NY | |

**SUSPECT #2**

| Type - | Suspect Name  (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| Evidence | $500 | Glock, Inc. AU | 21 | Black |

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|
| 45 | 13 | Pistol | Semi-Automatic | ZPF465 |

| Description | Recovery Date |
|---|---|
| Dept issued sidearm | |

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LAIOSA | JOSEPH | 1180 | 12/17/2021 | LAIOSA, JOSEPH J. 12/17/2021 |

**NARRATIVE**

Officers were on scene at the request of PK-Ventura for her son, W-Ramos, who was wanted for warrants and a domestic CM 4th against her (See incident report CR# 21-153129). I was enroute for the attempt to arrest W-Ramos, as he had retreated back inside the house. It was around dawn, and light out enough to see without flashlights. It was about 73 degrees. As I was driving there I learned that officers on scene had shot a dog.

At the location I saw an adult pit-bull, dead, under a first floor window. I learned that Officer Contreras had fired five rounds from his issued pistol. The backstop of his shots was earth and the masonry rubble foundation of the house. I checked to make sure no shots penetrated the house and we checked with PK-Ventura to ensure that nobody was injured. Officer Contreras was on-duty and in uniform.

I later checked his .45 ACP Glock 21 Semi-Automatic Pistol as a department armorer, it was in standard issued configuration and appeared unaltered. The serial number is ZPF465. His Glock 21 has a 13 +1 capacity, and was loaded with that at the time of the shooting. I replaced the five expended rounds. The casings in the yard appeared to be standard Winchester .45 ACP nickel plated brass casings as issued by RPD. Officer Contreras was on-duty and in uniform, he was wearing the standard Safariland holster.

I ensured a tech responded, Tech 280A responded and took photos and collected the shell casings and some bullet fragments.

The dog did not appear to be suffering from disease.

I had officers conduct a neighborhood check, both as part of my firearms discharge investigation and the SRR. PK-Ventura gave us a deposition, but she did not see the shooting.

I spoke with PK-Ventura, the owner of the dog, about her wishes with the remains. I offered to release them to her. She did not want them, and asked me to take the animal. I called special services, via ECD. They did not answer, the water bureau was answering the phones. They stated that special services would not start work until 0700, and that I should leave the dog's remains by the curb. This would go against GO 340, as well as PK-Ventura was worried about her daughter seeing the dead dog and asked me to immediately remove it. I placed the dog in a large paper bag provided by the tech and relocated it to the unit, where special services met with me later and took it.

I reviewed Officer Contreras' BWC. You can see the dog leap out the window at former Officer Lane, who was in the Field Training Program with Officer Contreras as his FTO, and W-Ramos, who were on the ground. Officer Contreras warns Officer Lane that the dog was behind him, and draws his sidearm. He does not fire until the dog becomes aggressive and barks, bares her teeth, and starts to lunge at the officers. He fires one round, assesses, and then four more, apparently hitting the dog each time. He assessed again and saw that the threat was neutralized.

I notified 410 (CPT Tauriello, in person), the Platoon Commanding Officer (LT Pancoe, by email), the Commanding Officer of PSS (LT Tordai, by text), and the Section Commanding Officer (Acting Goodman Section Commander LT Graham, in person). I verified that the Commander (T/Commander Lucyshyn) had been notified (by CPT Tauriello).

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LAIOSA | JOSEPH | 1180 | 12/17/2021 | LAIOSA, JOSEPH J. 12/17/2021 |

| | |
|---|---|
| Page 1 of 1 | **ROCHESTER POLICE DEPARTMENT**<br>**INVESTIGATIVE ACTION REPORT**<br>**NARRATIVE ONLY** | CR #<br>2021-00153129 |

**DETAIL**

| Victim's Name (Last, First, Middle) or Name of Business | Location of Offense | Beat |
|---|---|---|
| Ventura, Lizette | 327 Grand AVE | 225 |

| Date/Time of Occurrence | Offense / Charge / Incident (Most Recent Classification) |
|---|---|
| 07/16/2021 03:42 | Dog Destroyed, CM 4th |

**NARRATIVE**

S-Ramos was wanted for warrants and a domestic CM 4th (See incident report) I was enroute for the attempt to arrest S-Ramos, as he had retreated back inside the house. It was around dawn, and light out enough to see without flashlights. It was about 73 degrees. As I was driving there I learned that officers on scene had shot a dog.

At the location I saw a dead brown pit-bull, under a first floor window. I learned that Officer Contreras had fired five rounds from his issued pistol. The backstop of his shots was earth and the masonry rubble foundation of the house. I checked to make sure no shots penetrated the house and we checked with V-Ventura to ensure that nobody was injured. Officer Contreras was on-duty and in uniform.

I later checked his .45 ACP Glock 21 Semi-Automatic Pistol as a department armorer, it was in standard issued configuration and appeared unaltered. The serial number is ZPF465. His Glock 21 has a 13 +1 capacity, and was loaded with that at the time of the shooting. I replaced the five expended rounds. The casings in the yard appeared to be standard Winchester .45 ACP nickel plated brass casings as issued by RPD. Officer Contreras was on-duty and in uniform, he was wearing the standard Safariland holster.

I ensured a tech responded, Tech 280A responded and took photos and collected the shell casings and some bullet fragments.

The dog did not appear to be suffering from disease.

I had officers conduct a neighborhood check, both as part of my firearms discharge investigation and the SRR. V-Ventura gave us a deposition, but she did not see the shooting.

I spoke with V-Ventura, the owner of the dog, about her wishes with the remains. I offered to release them to her. She did not want them, and asked me to take the animal. I called special services, via ECD. They did not answer, the water bureau was answering the phones. They stated that special services would not start work until 0700, and that I should leave the dog's remains by the curb. This would go against GO 340, as well as V-Ventura was worried about her daughter seeing the dead dog and asked me to immediately remove it. I placed the dog in a large paper bag provided by the tech and relocated it to the unit, where special services met with me later and took it.

I reviewed Officer Contreras' BWC. You can see the dog leap out the window at Officer Lane and the suspect who were on the ground. Officer Contreras warns Officer Lane that the dog was behind him, and draws his sidearm. He does not fire until the dog becomes aggressive and barks, bares her teeth, and starts to lunge at the officers. He fires one round, assesses and then four more, apparently hitting the dog each time. He assessed again and saw that the threat was neutralized.

I notified 410 (CPT Tauriello, in person), the Platoon Commanding Officer (LT Pancoe, by email), the Commanding Officer of PSS (LT Tordai, by text), and the Section Commanding Officer (Acting Goodman Section Commander LT Graham, in person). I verified that the Commander (T/Commander Lucyshyn) was also notified earlier by CPT Tauriello.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LAIOSA | JOSEPH | 1180 | 07/16/2021 | LAIOSA, JOSEPH J. |

**New York State DOMESTIC INCIDENT REPORT**

| | | |
|---|---|---|
| Agency: **Rochester PD** | ORI: **NY0270100** | Incident # **2021-00153129** |

### Incident

| Reported Date (MM/DD/YYYY) | Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☐ Officer Initiated  ☒ Radio Run  ☐ Walk-in | Complaint # |
|---|---|---|---|---|---|
| 07 / 16 / 2021 | 03:42 | 07 / 16 / 2021 | 03:42 | ☐ ICAD (NYC) | |

| Address (Street No., Street Name, Bldg. No., Apt No.) | City, State, Zip |
|---|---|
| 327 Grand AVE | Rochester, NY |

### Suspect (P2)

Name (Last, First, M.I.) (Include Aliases)
**Ramos, Gabriel**

| Do suspect and victim live together? ☒ Yes ☐ No | Suspect/P2 present? ☐ Yes ☒ No | Was suspect injured? ☐ Yes ☒ No If yes describe: | Possible drug or alcohol use? ☒ Yes ☐ No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☒ Status Unknown |
|---|---|---|---|---|

Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☒ Child of Victim ☐ Relative: _____ ☐ Other: _____    Do the suspect and victim have a child in common? ☐ Yes ☒ No

### Victim Interview

Emotional condition of VICTIM? ☒ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
**He came back**

Did suspect make victim fearful? ☒ Yes ☐ No If yes, describe: **afraid he's going to escalate more than breaking property**

| Weapon Used? ☒ Yes ☐ No; Gun: ☐ Yes ☒ No Other, describe: **baseball bat** | Suspect Threats? ☐ Yes ☒ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
|---|---|
| Access to Guns? ☐ Yes ☒ No If yes, describe: | |

| Injured? ☐ Yes ☒ No If yes, describe: | Strangulation? ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation |
|---|---|
| In Pain? ☐ Yes ☒ No If yes, describe: | ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing Visible Marks? ☐ Yes ☐ No If yes, describe: |

### Suspect

What did the SUSPECT say (Before and After Arrest): **N/A**

710.30 completed? ☐ Yes ☐ No

### Witnesses

| Child/Witness (1) Name (Last, First, M.I.) | DOB: | Child/Witness(1) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |
|---|---|---|---|---|
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |

### Incident Narrative

Briefly describe the circumstances of this incident:

On July 16th, 2021 at around 0342hrs at 327 Grand Ave for the report of a family trouble.

Upon arrival RO spoke with V1 [redacted] who stated that her son A1 (Ramos, Gabriel) arrived at the location for a second time and broke the window and door to her porch and porch wall with a baseball bat.

V1 said that she has been having issues with A1 and no longer wants him there at the location. RO advised V1 that she needs to evict A1 through the City Marshall's office if she no longer wants him living at the location.

V1 said that A1 is upset because she wouldn't let him inside of the location.

S1 was not on scene when RO's arrived.

Officer Roth took pictures of the damage.

### Evid

| DIR Repository checked? ☒ Yes ☐ No | Order of Protection Registry checked? ☒ Yes ☐ No | Order of Protection in effect? ☐ Yes ☒ No ☐ Refrain ☐ Stay Away |
|---|---|---|

| Evidence Present? ☒ Yes ☐ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☒ Other: **damage** | Other Evidence: ☒ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☒ Yes ☐ No If yes, Describe: **broken window** |
|---|---|---|---|

### Offense

| Offense Committed? ☒ Yes ☐ No | Was suspect arrested? ☐ Yes ☒ No If no, explain: **off scene** | Offense 1 1 cts PL 145.00 01 AM4 cts | Law (e.g. PL) **Criminal Mischief 4th: Intent To Damage Property** | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

POLICE COPY (Please make a copy for DA's office if appropriate)    NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906    3221-03/2016 DCJS Copyright © 2016 by NYS DCJS
NY 2016 DIR 2021-00153129 Page 1 OF 8

AGENCY
Rochester PD

New York State
DOMESTIC INCIDENT REPORT

ORI
NY0270100

INCIDENT #
2021-00153129

INCIDENT NARRATIVE CONTINUATION

**NARRATIVE (continuation)**

Officers returned to the location at around 0540hrs for V1 stating that the male had returned to the location.

RO's found that the male had made entry back into the house and there was an argument going on inside.

It had been verified that A1 had a bench warrant for his arrest for harassment 2nd prior to returning to the location.

RO's covered all sides of the house. A1 climbed out of a first floor window on the 2 side of the house. A1's dog followed him out and became extremely aggressive towards officers taking A1 into custody.

Officer Contreras discharged his service pistol and dispatched the dog.

Technician Terrigino responded to the scene and performed tech work.

SGT Laiosa and CPT Tauriello responded to the scene.

Cleared Arrest Adult

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| WILCOX, APRIL  2336 | 07/16/2021 | |

Page
**2**
of
**8**

**New York State**
**DOMESTIC INCIDENT REPORT**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Agency: **Rochester PD** | | A | | | | | Incident # **2021-00153129** |

### Incident

| Reported Date (MM/DD/YYYY) **07 / 16 / 2021** | Time (24 hours) **07 / 16** | Occurred Date (MM/DD/YYYY) **2021** | Time (24 hours) **03:42** | ☐ Officer Initiated ☒ Radio Run ☐ Walk-in ☐ ICAD (NYC) | Complaint # |
|---|---|---|---|---|---|

Address (Street No., Street Name, Bldg. No., Apt No.)
**327 Grand AVE**

City, State, Zip
**Rochester, NY**

### Suspect (P2)

Name (Last, First, M.I.) (Include Aliases)
**Ramos, Gabriel**

| Do suspect and victim live together ? ☒ Yes ☐ No | Suspect/P2 present? ☐ Yes ☒ No | Was suspect injured? ☐ Yes ☒ No If yes describe: | Possible drug or alcohol use? ☒ Yes ☐ No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☒ Child of Victim ☐ Relative: _____ ☐ Other: _____

Do the suspect and victim have a child in common? ☐ Yes ☒ No

### Victim Interview

Emotional condition of VICTIM? ☒ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
**He came back**

Did suspect make victim fearful? ☒ Yes ☐ No If yes, describe: **afraid he's going to escalate more than breaking property**

| Weapon Used? ☒ Yes ☐ No Gun: ☐ Yes ☒ No Other, describe: **baseball bat** | Suspect Threats? ☐ Yes ☒ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
|---|---|
| Access to Guns? ☐ Yes ☒ No If yes, describe: | |
| Injured? ☐ Yes ☒ No If yes, describe: | Strangulation? ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation |
| In Pain ? ☐ Yes ☒ No If yes, describe: | ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing Visible Marks? ☐ Yes ☐ No If yes, describe: |

### Suspect

What did the SUSPECT say (Before and After Arrest) : **N/A**

710.30 completed? ☐ Yes ☐ No

### Incident Narrative

Briefly describe the circumstances of this incident:

**On July 16th, 2021 at around 0342hrs at 327 Grand Ave for the report of a family trouble.**

**Upon arrival RO spoke with V1 [redacted] who stated that her son A1 (Ramos, Gabriel) arrived at the location for a second time and broke the window and door to her porch and porch wall with a baseball bat.**

**V1 said that she has been having issues with A1 and no longer wants him there at the location. RO advised V1 that she needs to evict A1 through the City Marshall's office if she no longer wants him living at the location.**

**V1 said that A1 is upset because she wouldn't let him inside of the location.**

**S1 was not on scene when RO's arrived.**

**Officer Roth took pictures of the damage.**

### Evid

| DIR Repository checked? ☒ Yes ☐ No | Order of Protection Registry checked? ☒ Yes ☐ No | Order of Protection in effect? ☐ Yes ☒ No ☐ Refrain ☐ Stay Away |
|---|---|---|
| Evidence Present? Photos taken? ☐ Victim Injury ☐ Suspect Injury ☒ Yes ☐ No | Other Evidence: ☒ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☒ Yes ☐ No If yes, Describe: **broken window** |
| ☒ Other: **damage** | | |

### Offense

| Offense Committed? ☒ Yes ☐ No | Was suspect arrested? ☐ Yes ☒ No If no, explain: **off scene** | Offense 1 **PL 145.00 01 AM4** | Law (e.g. PL) **Criminal Mischief 4th: Intent To Damage Property** | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

VICTIM / COMPLAINANT COPY

NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906

3221-03/2016 DCJS Copyright © 2016 by NYS DCJS
NY 2016 DIR 2021 00153129 Page 3 OF 8

AGENCY
Rochester PD

New York State
DOMESTIC INCIDENT REPORT

ORI
NY027010Q

INCIDENT #
2021-00153129

INCIDENT NARRATIVE CONTINUATION

Officers returned to the location at around 0540hrs for V1 stating that the male had returned to the location.

RO's found that the male had made entry back into the house and there was an argument going on inside.

It had been verified that A1 had a bench warrant for his arrest for harassment 2nd prior to returning to the location.

RO's covered all sides of the house. A1 climbed out of a first floor window on the 2 side of the house. A1's dog followed him out and became extremely aggressive towards officers taking A1 into custody.

Officer Contreras discharged his service pistol and dispatched the dog.

Technician Terrigino responded to the scene and performed tech work.

SGT Laiosa and CPT Tauriello responded to the scene.

**Cleared Arrest Adult**

NARRATIVE (continuation)

| REPORTING OFFICER | DATE | REVIEWED BY | Page |
|---|---|---|---|
| WILCOX, APRIL  2336 | 07/16/2021 | | **4** of **8** |

| Agency: Rochester PD | | ORI: NY0270100 | Incident # 2021-00153129 | Complaint # |

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) **(585)222-7233** .

| Has Suspect ever: | | Is suspect capable of killing you or children? | ☐ Yes ☒ No |
| Threatened to kill you or your children? ☐ Yes ☒ No | | Is suspect violently and constantly jealous of you? | ☐ Yes ☒ No |
| Strangled or "choked" you? ☐ Yes ☒ No | | Has the physical violence increased in frequency or severity over the past 6 months? | |
| Beaten you while you were pregnant? ☐ Yes ☒ No | | | ☐ Yes ☒ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522.**

| Was DIR given to the Victim at the scene? ☒ Yes ☐ No if **NO**, Why: | Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if **NO**, Why: |

*Signatures:*

| Reporting Officer (Print and Sign include Rank and ID#) **WILCOX, APRIL 2336** 07/16/2021 | Supervisor (Print and Sign include Rank and ID#) |

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)
**Ramos, Gabriel**

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

_____ of the State of New York, the following did occur:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date | | Page |
| Witness or Officer Signature | Date | ***Note:*** *Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.* | **5** |
| Interpreter Signature and Interpreter Service Provider Name Interpreter Requested ☐ Yes ☐ No Interpreter Used ☐ Yes ☐ No | Date | | Of **8** |

| POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS |

| Agency: Rochester PD | | Incident # 2021-00153129 | Complaint # |
|---|---|---|---|

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (          ) **(585)222-7233**  .

| Has Suspect ever: | | | Is suspect capable of killing you or children? | ☐ Yes ☒ No |
|---|---|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☒ No | | | Is suspect violently and constantly jealous of you? | ☐ Yes ☒ No |
| Strangled or "choked" you? ☐ Yes ☒ No | | | Has the physical violence increased in frequency or severity over the past 6 months? | |
| Beaten you while you were pregnant? ☐ Yes ☒ No | | | | ☐ Yes ☒ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

| Was DIR given to the Victim at the scene? ☒ Yes ☐ No if NO, Why: | Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if NO, Why: |
|---|---|

**Signatures:**

| Reporting Officer (Print and Sign include Rank and ID#) **WILCOX, APRIL   2336**          07/16/2021 | Supervisor (Print and Sign include Rank and ID#) |
|---|---|

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)
**Ramos, Gabriel**

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____ , (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

_____ of the State of New York, the following did occur: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date | **Note:** | Page **6** |
|---|---|---|---|
| Witness or Officer Signature | Date | Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. | Of **8** |
| Interpreter Signature and Interpreter Service Provider Name Interpreter Requested ☐ Yes ☐ No Interpreter Used ☐ Yes ☐ No | Date | | |

VICTIM / COMPLAINANT COPY | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

### What the Police Can Do:

*Assist you with finding a safe place, a place away from the violence.
*Inform you about how the court can help protect you from the violence.
*Help you and your children get medical care for any injuries you received.
*Assist you in getting necessary belongings from your home.
*Provide you with copies of police reports about the violence.
*File a complaint in criminal court, and tell you where your local criminal and family courts are located.

### What the Courts Can Do:

*If the person who harmed you or threatened you is a relative by blood or marriage, or is someone you've had a child with, or is someone with whom you are or have had an intimate relationship, then you have the right to take your case to family court, criminal court or <u>both</u>.
*The forms you need are available from the family court and the criminal court.
*The courts can decide to provide a temporary order of protection for you, your children and any witnesses who may request one.
*The family court may appoint a lawyer to help you if the court finds that you cannot afford one.
*The family court may order temporary child support and temporary custody of your children.

**New York Law States:** If you are the victim of domestic violence, you may request that the officer assist in providing for your safety and that of your children, including providing information on how to obtain a temporary order of protection. You may also request that the officer assist you in obtaining your essential personal effects and locating and taking you, or assist in making arrangements to take you, and your children to a safe place within such officer's jurisdiction, including but not limited to a domestic violence program, a family member's or a friend's residence, or a similar place of safety. When the officer's jurisdiction is more than a single county, you may ask the officer to take you or make arrangements to take you and your children to a place of safety in the county where the incident occurred. If you or your children are in need of medical treatment, you have the right to request that the officer assist you in obtaining such medical treatment. You may request a copy of any incident reports at no cost from the law enforcement agency. You have the right to seek legal counsel of your own choosing and if you proceed in family court and if it is determined that you cannot afford an attorney, one must be appointed to represent you without cost to you. You may ask the district attorney or a law enforcement officer to file a criminal complaint. You also have the right to file a petition in the family court when a family offense has been committed against you. You have the right to have your petition and request for an order of protection filed on the same day you appear in court, and such request must be heard that same day or the next day court is in session. Either court may issue an order of protection from conduct constituting a family offense which could include, among other provisions, an order for the respondent or defendant to stay away from you and your children. The family court may also order the payment of temporary child support and award temporary custody of your children. If the family court is not in session, you may seek immediate assistance from the criminal court in obtaining an order of protection. The forms you need to obtain an order of protection are available from the family court and the local criminal court. The resources available in this community for information relating to domestic violence, treatment of injuries, and places of safety and shelters can be accessed by calling the following 800 numbers. Filing a criminal complaint or a family court petition containing allegations that are knowingly false is a crime. *(NYS Criminal Procedure Law, Section 530.11 (6))*

| NEW YORK STATE<br>24 HOUR DOMESTIC AND SEXUAL<br>VIOLENCE HOTLINE<br>**1-800-942-6906**<br>**English and Español, Multi-language Accessibility**<br>**National Relay Service for Deaf or Hard of Hearing:711**<br><br>**NEW YORK CITY** (all languages)<br>**1-800-621-Hope (4673) or 311** | **COURT INFORMATION**<br><br>New York City—Criminal Court Information<br>**1-646-386-4500**<br><br>To obtain court information for other areas of NYS, ask the responding officer for court numbers, consult your phone directory, or call the Domestic and Sexual Violence Hotline (1-800-942-6906) |
|---|---|

### VICTIM INFORMATION AND NOTIFICATION EVERYDAY (VINE)

Victims may receive information relating to the status and release dates of persons incarcerated in state prison or local jails in New York State. For more information on this program and how you can register, call

**1-888-VINE-4NY (1-888-846-3469) or www.vinelink.com**

### STATEWIDE AUTOMATED VICTIM INFORMATION AND NOTIFICATION (SAVIN-NY)

Victim notification program which allows domestic violence victims to register to be notified when an Order of Protection has been served

**www.nyalert.gov**

**FIELD CASE REPORT**

## PROPERTY

### VEHICLE

| | | | | | |
|---|---|---|---|---|---|
| VEHICLE STATUS CODE(S) | | | | | VALUE |

| PLATE NUMBER AND STATE | ☐ FULL ☐ PARTIAL | YEAR | MAKE | MODEL CODE - MODEL DESC - | |
| VIN # | | STYLE | | COLOR TOP - COLOR BOTTOM - | |
| ADDITIONAL DESCRIPTION | | | | | RECOVERY DATE |
| TOWED BY | | TOWED TO | | | |

### GENERAL ITEMS

| PROPERTY CODE(s) | | | | VALUE |
|---|---|---|---|---|
| **Damaged Vandalized** | | | | |
| PROPERTY TYPE | | SERIAL NUMBER | | |
| **Structures - Other** | | | | |
| QUANTITY / UNIT OF MEASURE | | MEASUREMENT TYPE | SUSPECTED DRUG TYPE | |
| ITEM TYPE DESCRIPTION | | | | |
| **window** | | | | |

| PROPERTY CODE(s) | | | | VALUE |
|---|---|---|---|---|
| **Damaged Vandalized** | | | | |
| PROPERTY TYPE | | SERIAL NUMBER | | |
| **Structures - Other** | | | | |
| QUANTITY / UNIT OF MEASURE | | MEASUREMENT TYPE | SUSPECTED DRUG TYPE | |
| ITEM TYPE DESCRIPTION | | | | |
| **door latch** | | | | |

| PROPERTY CODE(s) | | | | VALUE |
|---|---|---|---|---|
| PROPERTY TYPE | | SERIAL NUMBER | | |
| QUANTITY / UNIT OF MEASURE | | MEASUREMENT TYPE | SUSPECTED DRUG TYPE | |
| ITEM TYPE DESCRIPTION | | | | |

| PROPERTY CODE(s) | | | | VALUE |
|---|---|---|---|---|
| PROPERTY TYPE | | SERIAL NUMBER | | |
| QUANTITY / UNIT OF MEASURE | | MEASUREMENT TYPE | SUSPECTED DRUG TYPE | |
| ITEM TYPE DESCRIPTION | | | | |

### FIREARMS

| FIREARM PROPERTY CODE(s) | | | SERIAL NUMBER | VALUE |
|---|---|---|---|---|
| MAKE | | MODEL | CALIBER | |
| ADDITIONAL DESCRIPTION | | | | RECOVERY DATE |

| REPORTING OFFICER (LAST, FIRST  BADGE) | DATE | REVIEWED BY (LAST, FIRST  BADGE) | DATE |
|---|---|---|---|
| **WILCOX, APRIL   2336** | **07/16/2021** | | |

| Page 1 of 3 | | **ROCHESTER POLICE DEPARTMENT**<br>**INCIDENT REPORT** | CR #<br>**2021-00167110** |
|---|---|---|---|

**DETAIL**

| Incident Type | | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | | | 08/02/2021 | 00:13 | 08/02/2021 | 00:13 | 08/02/2021 | 00:22 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 629 Jay ST | | 291 | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | | Gang Related | Computer |
|---|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | | Gang Related | Computer |
|---|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | MCGILL, REGINALD, ROLAND | 02/15/1976 | M | B | N | 629 Jay ST down<br>Rochester, NY 14612 | (585)284-2383 |
| | | | | | | | |
| | | | | | | | |

**SUSPECT / MISSING PER**

| Type - | Suspect Name  (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed?   X |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Lake | Lake 1st |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| TRENTON | JENNIFER | 1650 | 08/02/2021 | TAMBURELLO-CONWAY, NICOLE 08/02/2021 |

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 2 of 3

CR # 2021-00167110

## ADDT'L OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized | Ammunition | $1 | |

| Item Type and Description | Color |
|---|---|
| spent Winchester .45 cal casings | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 3 | Item(s) | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Evidence | BWC Video | | |

| Item Type and Description | Color |
|---|---|
| BWC: 2784 | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| TRENTON    JENNIFER | 1650 | 08/02/2021 | TAMBURELLO-CONWAY, NICOLE 08/02/2021 |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
2021-00167110

On the above date and time Officer T. Jones, A. Pierce, and S. Mazurkiewicz responded to 629 Jay St to investigate shots fired into the location (cr# 21-167065). Officers had been at the location earlier at 2321hrs and located spent casings in the street in front of the location. (PK) stated that after the officers left the location they found the damage to their house. Officer Jones was standing in the driveway on the west side of the house speaking with him. He then went back inside the apartment. A pit bull was in the doorway to the apartment. The dog then stepped onto the porch and Officer Jones began to back away from the porch. The dog then ran off of the porch directly at Officer Jones. Officer Jones drew his service weapon, a Glock 21, as he was back pedaling to avoid the dog. The dog continued to run at Officer Jones and bit the inside of his left leg. Officer Jones fired three rounds in a downward direction at the dog with the backstop being the driveway. The dog was struck at least once and immediately retreated back into the apartment. The dog was removed from the scene by (PK) and transported to the Emergency Vet in Henrietta.

The following are the details regarding the incident:

1. Officer Jones was dispatched for the report of shots fired into the location.
2. The area from the street to the sidewalk was illuminated by street lights due to it being nighttime. The driveway was illuminated by a porch light on 629 Jay St. It was 61 degrees and cloudy.
3. Officer Jones was on duty working in uniform capacity.
4. The dog charged toward Officer Jones and bit the inside of his left leg.
5. Officer Jones discharged 3 rounds.
6. Officer Jones utilized his issued Glock 21 handgun.
   a) Authorized service weapon
   b) Handgun
   c) Glock 21, .45 caliber, SN# BEKM454
   d) Fourteen round capacity, loaded with fourteen rounds
   e) .45 caliber Winchester Ranger 230 grain bonded jackets hollow point ammunition
   f) Safariland ALS Holster
   g) Pistol permit number not applicable
7. N/A
8. No civilian witnesses were located.
9. Officer A. Pierce (Lake 1st), Officer S. Mazurkiewicz (Lake 1st)
10. N/A
11. N/A

On this date, Officer Jones was assigned to car beat 291 and assigned the unmarked patrol car license plate HJB5363.

Tech work was completed by Tech Terrigino. Photos were taken and the spent casings were collected and turned into property. PSS was notified.

Neighborhood check was completed.

BWC was captured under Officer Pierce. Officer Jones activated his body camera and the camera beeped acknowledging that it turned on, however, when checked after the incident it never recorded. Body camera appeared to malfunction and was turned into the PSB after the incident.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| TRENTON | JENNIFER | 1650 | 08/02/2021 | TAMBURELLO-CONWAY, NICOLE 08/02/2021 |

Incident Report 2021-00167110 Page 3 OF 3

COR 01270

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

| Page  1  of  3 |
| --- |

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | 08/06/2021 | 20:53 | 08/06/2021 | 20:53 | 08/06/2021 | 20:53 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 24 Wright  TER | | 267 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Lawson, Sabrina | 09/02/1984 | F | B | N | 60 Miller ST Rochester, NY 14605 | (585)371-4331 |
| NO | Brooks, Tyshuheik | 03/30/1995 | F | B | N | 13 Wright ST Rochester, NY 14605 | (585)305-6171 |
| PK | Vasquez, Christine | | F | W | U | 20 Wright TER Rochester, NY | |

**SUSPECT / MISSING PER**

| Type - S | Suspect Name (Last, First, Middle) | | Nickname |
|---|---|---|---|
| Arrestee | Prout, Mori | | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|
| 24 Wright TER Rochester, NY  14605 | 06/19/1981 | 40 | M | B | N | |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| | | Black | | Brown | | | | | |

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|
| | Apparently Normal | |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

Modus Operandi

| | | | |
|---|---|---|---|
| 01. Witness to the offense? | | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | X | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed?  X |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Clinton | Clinton 3rd |

| Reporting Officer | IBM # | Date | Reviewed By | |
|---|---|---|---|---|
| WILLIAMS          DAVID | 0153 | 08/06/2021 | | COR 01271 |

Incident Report 2021-00171271 Page 1 OF 3

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**CR #** 2021-00171271

## ADD'TL OFFENSE

| Statute - | | Attempt/Commit - | | Counts - | |
|---|---|---|---|---|---|

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) | | | | | |
|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Cummings, Kevin | | M | B | N | 185 Exchange BLVD Rochester, NY | (585)428-9810 |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | | | | | | Nickname |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Evidence** | **Ammunition** | **$1** | |

| Item Type and Description | Color |
|---|---|
| **Winchester 45 issued ammunition / casings** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **2** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| **Evidence** | | **Glock, Inc. AU** | **21** | **Black** |

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|
| **45** | **14** | **Pistol** | **Semi-Automatic** | **TPB656** |

| Description | Recovery Date |
|---|---|
| **Issued Authorized Weapon** | |

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **WILLIAMS          DAVID** | **0153** | **08/06/2021** | |

On August 6, 2021, at approximately 2050 hours while on duty, uniformed Sergeant K. Cummings responded to 24 Wright Terr. in response to a Quality of Service call made by (S) Prout. (S) Prout made to 911 call from 300 Bay Street and arrived soon after meeting Sergeant Cummings in front of his residence. As Sergeant Cummings was speaking with (S) Prout, he noticed 2 pitbull dogs that were secured in the front yard area of the location. Sergeant Cummings requested that (S) Prout come over to speak with him away from the dogs when (S) walked toward 1 dog that was secured near a concrete wall portion in the yard. Sergeant Cummings asked (S) Prout "What are you doing?" and (S) Prout unchained the dog and it charged at Sergeant Cummings. Sergeant Cummings reports that he heard (S) Prout tell the dog to "sick him" just prior to the dog's release. The dog charging at Sergeant Cummings caused him to use deadly force against the dog. Sergeant Cummings discharged his authorized / issued service weapon 2 times into the dog's direction, striking the dog, which stopped the threat. Sergeant Cummings' authorized service weapon is a Glock 21, .45 caliber semi automatic handgun, serial # TPB656 with the capacity of 14 rounds. The ammunition used is department issued Winchester .45 caliber. Sergeant Cummings' holster is also department issued. Technician Terrigino responded and processed the scene and collected 2 casings. The injured dog remained alive but immobile. It appeared to have been struck 2 times in the back / head/ neck area. Animal control AC5 responded and took possession of the dog to transport it for any possible medical aid. The location was dimly lit by street lights and the weather was dry and warm at 77'.

There were no witnesses outside at the time of the incident, however a few report hearing the shots and coming outside after.

Sergeant Cummings did have his BWC and captured the incident.

There were no city or private working / recording cameras located in the area.

Officer Mattox assisted with the neighborhood check, Officer Sobieraski assisted with scene security and Officer Shelnut assisted with scene documentation / related report - (CR# 21-171184).

It should be noted that 2 days prior (08/04/2021) to this incident, (S) was arrested for an outstanding wanted package in which a use of force was necessary. (CR# 21- 135352).

Lt Ciulla (410C) responded and made necessary contacts.

(S) Prout was taken into custody / interviewed and charged with Att. Assault 2nd.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| WILLIAMS | DAVID | 0153 | 08/06/2021 | |

| Page 1 of 3 | ROCHESTER POLICE DEPARTMENT | CR # |
|---|---|---|
| | **INCIDENT REPORT** | **2021-00171184** |

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **04. Aggravated Assault** | **08/06/2021** | **20:20** | **08/06/2021** | **20:20** | **08/06/2021** | **20:20** |

| Incident Address | Beat | Campus Code |
|---|---|---|
| **24 Wright  TER** | **267** | |

| Violent Crime Context | BWC |
|---|---|
| **Assault-Spontaneous** | **Yes** |

## OFFENSES

Statute - **PL 120.05  03   DF2**     Attempt/Commit - **Attempted**     Counts - **1**

Description - **Assault 2nd: W/Intent Cause Inj to Officer/Fireman/EMT/Nurse**

| Location | Weapon |
|---|---|
| **Street** | **Other Weapon-19** |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | **No** | **No** |

| Bias Type | Entry Point | | # of Premises Entered |
|---|---|---|---|
| **No Bias-Not Applicable-77** | | | |

Statute -     Attempt/Commit -     Counts -

Description -

*Related*
*Report*
*/PDR*

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | # of Premises Entered |
|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| **Police Officer-L** | **Cummings, Kevin** |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| **185 Exchange BLVD** | | | **M** | **B** | **N** | **Resident** |

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|
| **Rochester, NY 14614** | **Prout, Mori M  06/19/1981 Stranger-41** |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| **(585)428-9800** | **Not Injured** | **None** | **Not Treated** |

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT / MISSING PER

| Type - **S** | Suspect Name (Last, First, Middle) | | | | Nickname |
|---|---|---|---|---|---|
| **Arrestee** | **Prout, Mori, M** | | | | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|
| **24 WRIGHT TER** **Rochester, NY 14605** | **06/19/1981** | **40** | **M** | **B** | **N** | **207272** |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| **6' 4** | **280** | **Black** | **Medium** | **Brown** | | **Dark** | **Heavy** | | |

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|
| | **Apparently Normal** | |

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|
| | | |

## INVESTIGATION

**Modus Operandi**

| | | |
|---|---|---|
| 01. Witness to the offense? | | 05. Can a suspect be described? | X | 09. Is there significant Modus Operandi present? | |
| 02. Surveillance footage of event? | | 06. Can a suspect be identified? | X | 10. Is there significant physical evidence present? | |
| 03. Can a suspect be named? | X | 07. Can a suspect vehicle be identified? | | 11. Has evidence tech work been performed? | |
| 04. Can a suspect be located? | X | 08. Is stolen property traceable? | | 12. Preliminary investigation NOT completed? | X |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Cleared by Arrest - Adult** | | **Patrol - Clinton** | **Clinton 3rd** |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **SHELNUT** | **TROY** | **2876** | **08/06/2021** | | **COR 01274** |

Incident Report 2021-00171184 Page 1 OF 3

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # **2021-00171184**

## ADDTL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name  (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship   (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person          W = Witness          PK = Person w/Knowledge          NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name  (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **2318** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **SHELNUT** | **TROY** | **2876** | **08/06/2021** | |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

On 8/6/21 at approximately 2020 hours, Sgt Cummings responded to 24 Wright Ter to address a QSIA regarding incident CR#21-160254. Upon his arrival, (A) was riding his bicycle back to his residence at 24 Wright Ter.

Sgt Cummings noticed 2 large dogs secured by leashes in the front yard of the residence. He asked (A) if he was the one who called and (A) responded "yes". (A) walked towards one of the dogs that was standing on a cement ledge and leashed to a wooden fence adjacent to the front of the residence. (A) appeared to be manipulating the dogs collar. Sgt Cummings requested that (A) walk to the other side of the street so he could talk to him at a safe distance from the dogs.

Sgt Cummings turned on his BWC to address (A) and his concerns. (A) released one of the large dogs from its restraints and said "Get Em". The dog ran towards Sgt Cummings and he retreated backwards while drawing his RPD issued service pistol. Sgt. Cummings discharged rounds, striking the dog both times. The dog collapsed in the middle of the street and Sgt Cummings retreated further and called out for assistance. (A) paced back and forth in his front yard.

Upon the arrival of backup to the scene, (A) was near two of his neighbors who were checking on the dog. Sgt Cummings approached (A) with Officer Mortillaro and placed him in custody without incident. (A) was placed in the back of a marked patrol car and transported to a holding room at the East Unit.

Neighborhood and Camera check were completed. No answer and no cameras observed at 4, 12 & 16 Wright Ter. Resident at 20 Wright Ter refused to give any information. (See IA's for further) Technician responded to process the scene. Animal Control responded to collect the dog. Lt. Williams responded along with 410, Lt. Cuilla.

Closed by Arrest.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| SHELNUT | TROY | 2876 | 08/06/2021 | |

# ROCHESTER POLICE DEPARTMENT
## PRISONER DATA REPORT

| Page 1 of 1 | | MoRIS # **207272** |
|---|---|---|

### ARRESTEE INFORMATION

| Prisoner Name (Last, First, Middle Suffix) **Prout, Mori, M** | | | | | | | | Original CR# **2021-00171184** |
|---|---|---|---|---|---|---|---|---|

| Alias and/or Maiden Name (Last, First, Middle, Suffix) | Nickname | Social Security # **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** | Arrest CR# **2021-** |
|---|---|---|---|

Address **24 WRIGHT TER**
**Rochester, 14605**
Phone # Cellular Phone **(585)414-8990**

| Date of Birth **06/19/1981** | Age **40** | Sex **M** | Race **B** | Height **6' 4** | Weight **280** | Hair Color **Black** | Hair Length | Eye Color **Brown** | Complexion **Dark** | Build **Heavy** |
|---|---|---|---|---|---|---|---|---|---|---|

| Facial Hair **Beard** | Ethnicity **Non Hispanic** | Residence Status **Resident** | Citizen | Place of Birth (City, State or Country) **Rochester** | Court Supervision |
|---|---|---|---|---|---|

| Glasses **No** | Gang Affiliation **No** | Religion **Not Religious** | Education Level | Scars, Marks or Tattoos |
|---|---|---|---|---|

| Dominant Hand **Right** | Military Service? **None** | Marital Status **Single** | # of Children **2** | |
|---|---|---|---|---|

### ARREST INFORMATION

| Address of Crime **24 Wright TER** | | Date of Crime **08/06/2021** | Address of Arrest **24 Wright TER** | | Date of Arrest **08/06/2021** | Time of Arrest **20:20** | Beat **267** |
|---|---|---|---|---|---|---|---|

| Arrest Type **Crime in Prog (Yes BWC** | App Ticket # **n/a** | Arresting Officer #1 **CUMMINGS** | IBM# **2318** | Arresting Officer #2 **MORTILLARO** | IBM # **2638** |
|---|---|---|---|---|---|

| Statute - PL 120.05 03 DF2 | Attempt/Commit - **Attempted** | Counts - **1** | Larceny Type - |
|---|---|---|---|
| Description - **Assault 2nd: W/Intent Cause Inj to Officer/Fireman/EMT/Nurse** | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |

| Arrestee Weapon Information **None Not Applicable** | Searched Completed By **MORTILLARO** | IBM# **2638** | Fingerprintable? **Yes** | Positive ID? **No** | Wanted by Other Jurisdiction? |
|---|---|---|---|---|---|

### REMARKS

On 8/6/21 at approximately 2020 hours, Officers took (A) into custody for attempted assault on a Police Officer without incident. (A) was transported to the East Unit to be interviewed by PSI. (A) was then transported to booking.

**Closed by Arrest**

### CONTACT INFO

| Occupation **unemployed** | Employer | Address | Phone # |
|---|---|---|---|
| Mother's Name | | Address | Phone # |
| Father's Name | | Address | Phone # |
| Spouse/Girlfriend/Boyfriend Name **n/a,** | | Address **Rochester, NY** | Phone # |

### JAIL INFO

| Searched by Jail | Amount of Money | Released to Custody of | | Date | Time |
|---|---|---|---|---|---|
| Released on Bail | Bail Amount | Released By | | | |

| Booking Deputy's Remarks / Signature & ID# (Include Medical Notes, Injuries, Etc.) | VICTIM OFFENDER RELATIONSHIP **Stranger-41** |
|---|---|

** NO VALID ID - FINGERPRINT REQUIRED **

COR 01277

| Page 1 of 3 | | ROCHESTER POLICE DEPARTMENT | CR # |
|---|---|---|---|
| | | INCIDENT REPORT | 2021-00182525 |

## DETAIL

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | | 08/20/2021 | 09:49 | 08/20/2021 | 09:49 | 08/20/2021 | 10:19 |

| Incident Address | Beat | Campus Code |
|---|---|---|
| 73 Ferncliffe DR | 267 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | BRAYER, MICHAEL, L | 12/17/1987 | M | W | H | 54 Campbell ST Rochester, NY 14612 | (585)642-0844 |
| W | Rothbauer, Philipp | 11/05/1966 | M | B | N | 75 FERNCLIFFE DR Rochester, NY 14621 | |
| W | Cruz, Narangly | 07/28/1992 | M | W | H | 83 Ferncliffe DR Rochester, NY | (585)354-6239 |

## SUSPECT / MISSING PER

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | | | | | | |
|---|---|---|---|---|---|---|
| 01. Witness to the offense? | X | 05. Can a suspect be described? | | 09. Is there significant Modus Operandi present? | | |
| 02. Surveillance footage of event? | | 06. Can a suspect be identified? | | 10. Is there significant physical evidence present? | | |
| 03. Can a suspect be named? | | 07. Can a suspect vehicle be identified? | | 11. Has evidence tech work been perfomed? | | X |
| 04. Can a suspect be located? | | 08. Is stolen property traceable? | | 12. Preliminary investigation NOT completed? | | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Office | | Patrol - Clinton | Clinton 2nd |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| TURNER | KAITLYN | 2091 | 08/20/2021 | LECKINGER, KEVIN M. 08/20/2021 |

COR 01278

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
2021-00182525

## ADDT'L OFFENSE

| | | | |
|---|---|---|---|
| Statute - | Attempt/Commit - | Counts - | |

Description -

| Location | Weapon |
|---|---|
| | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | | |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| | | | |

## VICTIM #2

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| | | | | | | |

| City, State, Zip | Victim/Offender Relationship (Offender Name, DOB, Relationship) |
|---|---|
| | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| | | | |

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| NO | Stock, Marcus, Jr | 02/20/2007 | M | B | N | 73 FERNCLIFFE DR Rochester, NY 14621 | |
| NO | Stockwell, Melinda | 02/14/1981 | F | B | N | 73 ferncliffe DR Rochester, NY | (585)319-8225 |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|
| | | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|
| | | | | | | |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|
| | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| | | | | |

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|
| | | | | |

| Description | Recovery Date |
|---|---|
| | |

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| | | | | | |

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|
| | | | |

| Additional Description |
|---|
| |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| TURNER          KAITLYN | 2091 | 08/20/2021 | LECKINGER, KEVIN M. 08/20/2021 |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR #
2021-00182525

On the above date and time Officer M. Leach was dispatched to 73 Ferncliffe Dr for the report of a dog attacking people and a person had been bit.

Officer Leach, Lebeda and Deterville, who were all on duty and in their uniform arrived on scene and saw a large pit bull in the front yard of 73 Ferncliffe Dr. The dog, "Blue" had broken free from his red dog cable and barking in the front yard. Officers learned (W1), Michael Brayer had just been bit by Blue. (W1) was bit on the right arm, (See depo). (W1) was seen by AMR on scene and refused medical treatment.

Animal Control 4, A. Ames along with two other A.C Officers were on scene trying to catch the dog. According to (W2), Philipp Rothbauer, A.C officers tried for twenty minutes to catch the dog.

At 1019 hours Blue, charged at Officer M. Lebeda who was sanding on the sidewalk in front of 73 FernCliffe Dr and almost bit him. The dog than ran towards Officer Deterville who was standing in the front yard of 73 Ferncliffe Dr and almost bit her. The dog then turned towards Officer Leach, who was standing a few feet away from Officer Deterville. He stumbled back almost tripping over the tree stump in the yard and had his department issued semi-automatic glock model 21 gen 4 .45 caliber pistol, serial number UBS677, pointed at the dog and discharged his department issued firearm three times. He was facing south and shot down towards the ground. The dog was struck at least once in the abdomen, as the dog was bleeding when it ran off. The magazine in Officer Leach's pistol holds 13 rounds of Winchester Ranger .230 grain. The Holster is a department issued, safari land.

The dog ran around the area of Fernwood Ave, Clifford Ave before he ran back to his home. The dog was caught by AC4, A. Ames in the back yard of 73 Ferncliffe Dr. The dog had a head injury, caused by (W1) hitting the dog with a bat. The dog still had part of the red dog run cable he was tied up with to his collar. The dog was placed in the back of A.C.4 van. He will be taken back to Verona St and will be seen by the Vet.

The owner of the dog, (NO5) M. Stockwell was not home. Her 14 year old son, (NO4) was home during the incident. He was inside the house when Officer Leach discharged his firearm and he was not injured.

Tech 220B, Watson responded to the scene as well as 107, Captain Marone.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| TURNER | KAITLYN | 2091 | 08/20/2021 | LECKINGER, KEVIN M. 08/20/2021 |

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department**
**Supporting Deposition**
**RPD 1270**

CR# 21-182525

PAGE 1 OF 1

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1.

DEFENDANT'S/RESPONDENT'S NAME          DEFENDANT'S/RESPONDENT'S ADDRESS

2.

DEFENDANT'S/RESPONDENT'S NAME          DEFENDANT'S/RESPONDENT'S ADDRESS

3.

DEFENDANT'S/RESPONDENT'S NAME          DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

Michael Brayer          12/17/87          54 Campbell St.     642-0844
DEPONENT'S NAME          DATE OF BIRTH     DEPONENT'S ADDRESS AND PHONE NUMBER

DEPONENT DEPOSES AND SAYS:

I am Michael Brayer, today I was cutting the grass
at 85 Ferncliff Dr. When a black dog starting attacking me.
I was fighting it off for about 5 minutes for the owners next door
to get the dog. It bit me on the right arm before I could get
a bat to defend myself. I hit it once on the head with the
bat. After I hit it I was able to get inside.
Shortly after I hit it the police and animal controle showed up.
I came outside to tell them it bit me.
Animal controle and the officers were trying to catch the dog
for a while. The dog was trying to bit the officers several times.
The dog charged at an officer as he was triping over some tires.
I then heard and saw the officer shoot 3 times.
The dog does not need to come back.

NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO
SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

DEPONENT'S SIGNATURE     8/20/21     8.V.      2076     8/20/21
                         DATE        WITNESS SIGNATURE        DATE

RPD 1270

COR 01281

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

**Rochester Police Department
Supporting Deposition
RPD 1270**

CR# 21-182525

PAGE 1 OF 1

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. _____
   **DEFENDANT'S/RESPONDENT'S NAME**

   _____
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

2. _____
   **DEFENDANT'S/RESPONDENT'S NAME**

   _____
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

3. _____
   **DEFENDANT'S/RESPONDENT'S NAME**

   _____
   **DEFENDANT'S/RESPONDENT'S ADDRESS**

CHARGED WITH ALLEGED OFFENSES, TO WIT:

PHILIPP ROTHBAUER    11/05/66    75 FERNCLIFFE
**DEPONENT'S NAME**    **DATE OF BIRTH**    **DEPONENT'S ADDRESS AND PHONE NUMBER**

**DEPONENT DEPOSES AND SAYS:**

PR/ MY NAME IS PHILIPP ROTHBAUER. I AM 54 YEARS OLD. I LIVE AT 75 FERNCLIFFE DR. ON AUGUST 20th 2021 I WAS IN MY HOUSE AND I HEARD A DOG BARKING AND A GUY SCREAMING "GET YOUR DOG, GET YOUR DOG" I CAME OUTSIDE AND SAW THE DOG RUNNING AROUND WITH THE CHAIN BROKE. WHEN ANIMAL CONTROL GOT HERE THEY SPENT A GOOD 20 MIN TRYING TO CONTAIN THE DOG. THE DOG KEPT LUNGING AT ANIMAL CONTROL AND THE OFFICERS. EVENTUALLY THE OFFICERS HAD TO SHOOT THE DOG. THE OFFICER SHOT 2-3 TIMES AND THE DOG RAN OFF DOWN THE ROAD TOWARDS CLIFFORD. WHEN THE DOG CAME BACK ANIMAL CONTROL WAS ABLE TO GET THE DOG/ PR

*NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.*

_____    8-20-21
**DEPONENT'S SIGNATURE**    **DATE**

# 2204
_____    5/20/21
**WITNESS SIGNATURE**    **DATE**

O 1270    OFC. D. DESERVILLE    REV. 02/03

COR 01282

| Page 1 of 3 | **ROCHESTER POLICE DEPARTMENT** | CR # |
|---|---|---|
| | **INCIDENT REPORT** | **2021-00189988** |

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | 08/29/2021 | 04:27 | 08/29/2021 | 04:27 | 08/29/2021 | 05:00 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| **14 Forbes** | | **203** | |

| Violent Crime Context | BWC |
|---|---|
| | **No** |

**OFFENSES**

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM**

| Victim Type | Victim Name  (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Laureano, Jon | | M | W | H | 185 Exchange BLVD Rochester, NY 14614 | (585)428-9800 |

**SUSPECT / MISSING PER**

| Type - | Suspect Name  (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

**INVESTIGATION**

| Modus Operandi |
|---|

| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
|---|---|---|
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **SOS - Tact** | **Special Teams** |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **FLANAGAN        KEVIN** | **1959** | 08/29/2021 | **RUDOLPH, JASON W 08/30/2021** |

2021-00189988 Page 1 OF 3

COR 01283

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 2 of 3

CR # 2021-00189988

## ADD'TL OFFENSE

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|

Description -

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name  (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person      W = Witness      PK = Person w/Knowledge      NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name  (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Evidence** | **Other Property** | | |

| Item Type and Description | Color |
|---|---|
| **1x 40mm foam round casing** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Evidence** | **Other Property** | | |

| Item Type and Description | Color |
|---|---|
| **1x .223 caliber brass casing** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|

| Description | Recovery Date |
|---|---|

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| FLANAGAN | KEVIN | 1959 | 08/29/2021 | RUDOLPH, JASON W 08/30/2021 |

COR 01284

NARRATIVE

On 08/29/21 at approximately 0421hrs, RPD SWAT executed a High-Risk Search Warrant at 14 Forbes Street. The weather was clear with a temperature of approximately 75 degrees. Upon approach to the target location on foot, the team entered the property with a team moving to the front door and another moving to surround the location.

It was at this time that the team attempting to surround the location encountered a large white and fawn-colored dog chained outside to the back left corner of the residence. The dog appeared to be of the "pit-bull/ bull terrier breed". It immediately started show signs of aggression (i.e. crouched posture, hackles up). The dog then charged Officer Laureano and Sgt. Romig, who were unable to retreat due to the tight driveway area with a vehicle parked and two structures on each side (see photos for further). Both members were assigned to SWAT during this incident and working in that capacity. Per General Order 340 III B1: Members may use firearms against animals when they are attacking or presenting an imminent danger to any person.

At that point, Sgt. Romig fired 1x Less Lethal Foam Baton 40mm round from his issued 40mm rifle. This is a Less Lethal "sponge" round which is alternatively used, when feasible, in attempt to not harm the target but get a desired result. This round was ineffective due to the dogs' movement. Officer Laureano then fired 1x round with his issued M4 rifle striking the dog as it began to charge and closed the distance. He took the shot at a downward angle using the ground as his backstop. The round was effective and the dog immediately changed its course running away and under a porch. Upon further inspection, it appeared the round struck the animal around its left shoulder area (behind the neck). Photos were taken of where the round was discharged, the spent rifle casing, and the animal which was alive prior to SWAT leaving the scene.

Both members were wearing their standard issued SWAT uniform and equipped with their full SWAT tactical gear (helmet, body armor, gun belt, rifle, handgun, etc.). Officer Laureano' s round was fired from his issued SWAT rifle Serial# A0225257 (loaded with 28 rounds of 77 grain Federal .223 ammunition). Sgt. Romig' s round was fired from his issued SWAT 40mm launcher Serial# GSC0625 (loaded with 1 round of CTS 4557 Foam Baton).

Animal control was requested to the scene to coordinate the retrieval of the dog (See AC8 report for further). The owner was identified as the target of the investigation Michael Parnell of 14 Forbes Street. Due to the response time of Animal Control the location and the dog were turned over to PSI as they were completing their investigation until AC arrived.

Due to multiple active homicide scenes being processed by Technicians, Officers and Investigators took photos, and collected 1x spent .223 casing and 1x spent 40mm casing from the driveway and back yard of 14 Forbes Street. No projectile from the rifle or 40mm were located at this time.

No City or Private cameras in the area. No BWC footage of the event.

The following neighborhood check was completed with negative results:

18 Forbes Street- No answer

12 Forbes Street- No Answer

Shot Spotter activation.

T/ Commander Koonmen onscene and PSS (Lieutenant Tordai) notified.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| FLANAGAN | KEVIN | 1959 | 08/29/2021 | RUDOLPH, JASON W 08/30/2021 |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**2021-00273883**

## DETAIL

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| IR- Non-Criminal Incident | | 07/16/2021 | 06:00 | 07/16/2021 | 06:00 | 07/16/2021 | 06:00 |

| Incident Address | | Beat | Campus Code |
|---|---|---|---|
| 327 Grand AVE | | 215 | |

| Violent Crime Context | BWC |
|---|---|
| | Yes |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - | |
|---|---|---|---|
| Description - | | | |

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - | |
|---|---|---|---|
| Description - | | | |

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name  (Last, First, Middle) | | |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person        W = Witness        PK = Person w/Knowledge        NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | Ramos, Gabriel | 02/26/1995 | M | N | H | 327 GRAND AVE Rochester, NY 14609 | (585)754-1914 |
| PK | Ventura, Lizette | 01/24/1972 | F | N | H | 327 Grand AVE Rochester, NY | (412)598-0740 |
| W | Lane, Roy | | | | | Rochester, NY | |

## SUSPECT / MISSING PER

| Type - | Suspect Name  (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

| Mothers Maiden Name | Place of Birth | School Name / ID # |
|---|---|---|

## INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Not Applicable (non-crime) | | Patrol - Goodman | Goodman 1st |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LAIOSA        JOSEPH | | 1180 | 12/17/2021 | LAIOSA, JOSEPH J. 12/17/2021 |

## ADD'TL OFFENSE

| Statute - | Attempt/Commit - | Counts - | |
|---|---|---|---|

| Description - | | |
|---|---|---|

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM #2

| Victim Type | Victim Name  (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

## PERSONS

R = Reporting Person       W = Witness       PK = Person w/Knowledge       NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| PK | Contreras, Brandon | | | | | Rochester, NY | |

## SUSPECT #2

| Type - | Suspect Name  (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | | Color |
|---|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | | Color |
|---|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| Evidence | $500 | Glock, Inc. AU | 21 | Black |

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|
| 45 | 13 | Pistol | Semi-Automatic | ZPF465 |

| Description | Recovery Date |
|---|---|
| Dept issued sidearm | |

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

| Additional Description |
|---|

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LAIOSA | JOSEPH | 1180 | 12/17/2021 | LAIOSA, JOSEPH J. 12/17/2021 |

COR 01287

Case 6:19-cv-06780-MJP    Document 155-7    Filed 12/18/25    Page 222 of 225

Officers were on scene at the request of PK-Ventura for her son, W-Ramos, who was wanted for warrants and a domestic CM 4th against her (See incident report CR# 21-153129). I was enroute for the attempt to arrest W-Ramos, as he had retreated back inside the house. It was around dawn, and light out enough to see without flashlights. It was about 73 degrees. As I was driving there I learned that officers on scene had shot a dog.

At the location I saw an adult pit-bull, dead, under a first floor window. I learned that Officer Contreras had fired five rounds from his issued pistol. The backstop of his shots was earth and the masonry rubble foundation of the house. I checked to make sure no shots penetrated the house and we checked with PK-Ventura to ensure that nobody was injured. Officer Contreras was on-duty and in uniform.

I later checked his .45 ACP Glock 21 Semi-Automatic Pistol as a department armorer, it was in standard issued configuration and appeared unaltered. The serial number is ZPF465. His Glock 21 has a 13 +1 capacity, and was loaded with that at the time of the shooting. I replaced the five expended rounds. The casings in the yard appeared to be standard Winchester .45 ACP nickel plated brass casings as issued by RPD. Officer Contreras was on-duty and in uniform, he was wearing the standard Safariland holster.

I ensured a tech responded, Tech 280A responded and took photos and collected the shell casings and some bullet fragments.

The dog did not appear to be suffering from disease.

I had officers conduct a neighborhood check, both as part of my firearms discharge investigation and the SRR. PK-Ventura gave us a deposition, but she did not see the shooting.

I spoke with PK-Ventura, the owner of the dog, about her wishes with the remains. I offered to release them to her. She did not want them, and asked me to take the animal. I called special services, via ECD. They did not answer, the water bureau was answering the phones. They stated that special services would not start work until 0700, and that I should leave the dog's remains by the curb. This would go against GO 340, as well as PK-Ventura was worried about her daughter seeing the dead dog and asked me to immediately remove it. I placed the dog in a large paper bag provided by the tech and relocated it to the unit, where special services met with me later and took it.

I reviewed Officer Contreras' BWC. You can see the dog leap out the window at former Officer Lane, who was in the Field Training Program with Officer Contreras as his FTO, and W-Ramos, who were on the ground. Officer Contreras warns Officer Lane that the dog was behind him, and draws his sidearm. He does not fire until the dog becomes aggressive and barks, bares her teeth, and starts to lunge at the officers. He fires one round, assesses, and then four more, apparently hitting the dog each time. He assessed again and saw that the threat was neutralized.

I notified 410 (CPT Tauriello, in person), the Platoon Commanding Officer (LT Pancoe, by email), the Commanding Officer of PSS (LT Tordai, by text), and the Section Commanding Officer (Acting Goodman Section Commander LT Graham, in person). I verified that the Commander (T/Commander Lucyshyn) had been notified (by CPT Tauriello).

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LAIOSA | JOSEPH | 1180 | 12/17/2021 | LAIOSA, JOSEPH J. 12/17/2021 |

| Page 1 of 3 | **ROCHESTER POLICE DEPARTMENT** | **2022-00088233** |
|---|---|---|
| | **INCIDENT REPORT** | |

## DETAIL

| Incident Type | | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|---|
| **IR- Non-Criminal Incident** | | **05/06/2022** | **02:26** | **05/06/2022** | **02:26** | **05/06/2022** | **02:26** |

| Incident Address | | | Beat | Campus Code |
|---|---|---|---|---|
| **425 REMINGTON  ST** | | | **217** | |

| Violent Crime Context | BWC |
|---|---|
| | **Yes** |

## OFFENSES

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Statute - | Attempt/Commit - | Counts - |
|---|---|---|
| Description - | | |

| Location | | Weapon |
|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

## VICTIM

| Victim Type | Victim Name  (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
| City, State, Zip | | Victim/Offender Relationship  (Offender Name, DOB, Relationship) | | | | | |
| Telephone | Level of Injury | | Type of Injury | | | Medical Treatment | |

## PERSONS

R = Reporting Person      W = Witness      PK = Person w/Knowledge      NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| W | **ROBERTS, LUCAS, OFFICER** | | **M** | **W** | **N** | 185 EXCHANGE BLVD Rochester, NY 14614 | **(585)428-9800** |
| W | **WICHER, G, OFFICER** | | **M** | **W** | **N** | 185 EXCHANGE BLVD Rochester, NY 14614 | |
| PK | **Jackson, Omisha, Sharika** | **09/24/1984** | **F** | **B** | **N** | 425 REMINGTON  ST Rochester, NY 14621 | **(585)694-6673** |

## SUSPECT / MISSING PER

| Type - | Suspect Name  (Last, First, Middle) | | | | | Nickname | |
|---|---|---|---|---|---|---|---|
| Address | | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| Clothing, Jewelry, Distinguishing Features | | | Offender Conditon | | Scars, Marks, Tattoos | |
| Mothers Maiden Name | | Place of Birth | | School Name / ID # | |

## INVESTIGATION

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | **X** | 05. Can a suspect be described? |
| 02. Surveillance footage of event? | **X** | 06. Can a suspect be identified? |
| 03. Can a suspect be named? | | 07. Can a suspect vehicle be identified? |
| 04. Can a suspect be located? | | 08. Is stolen property traceable? |

| | |
|---|---|
| 09. Is there significant Modus Operandi present? | |
| 10. Is there significant physical evidence present? | **X** |
| 11. Has evidence tech work been perfomed? | **X** |
| 12. Preliminary investigation NOT completed? | |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| **Not Applicable (non-crime)** | | **Patrol - Clinton** | **Clinton 1st** |

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **ROBINSON** | **JEREMY** | **1848** | **05/12/2022** | **ADAMS, NICHOLAS M** | **05/13/2022** |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**CR #** 2022-00088233

Case 6:23-cv-06780-MJP     Document 155-7     Filed 12/18/25     Page 224 of 225

**ADD'TL OFFENSE**

| Statute - | | Attempt/Commit - | | Counts - | | |
|---|---|---|---|---|---|---|

Description -

| Location | | Weapon | |
|---|---|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**VICTIM #2**

| Victim Type | Victim Name  (Last, First, Middle) |
|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|

| City, State, Zip | Victim/Offender Relationship   (Offender Name, DOB, Relationship) |
|---|---|

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SUSPECT #2**

| Type - | Suspect Name  (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Evidence** | **Firearm Accessories** | | |

| Item Type and Description | Color |
|---|---|
| **(3) .45 CALIBER CASING** | **Silver** |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **3** | **Item(s)** | | |

**PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|

| Item Type and Description | Color |
|---|---|

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|

**FIREARM**

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| **Evidence** | | **Glock, Inc. AU** | **21** | **Black** |

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|
| **45** | **14** | **Pistol** | **Semi-Automatic** | **TPB652** |

| Description | Recovery Date |
|---|---|
| **W/BOTTOM RAIL MOUNTED GUN LIGHT** | |

**VEHICLE**

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|

Additional Description

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| **ROBINSON        JEREMY** | **1848** | **05/12/2022** | **ADAMS, NICHOLAS M 05/13/2022** |

COR.01290

**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

CR #
2022-00088233

NARRATIVE

OFC. ROBERTS (W1), WAS AT THE ABOVE LOCATION IN REGARDS TO (2) OFFICERS WHO WERE SHOT AT BY A SUSPECT DURING A FAMILY TROUBLE CALL. (W1) WAS STANDING IN THE DRIVEWAY ON THE SOUTH SIDE OF THE LOCATION IN THE DRIVEWAY WHILE OTHER OFFICERS WERE GETTING READY TO CLEAR THE LOCATION FOR ANY POTENTIAL VICTIMS. THE FEMALE INSIDE (PK) OPENED THE DOOR TO LET OFFICERS IN WHEN THEY NOTICED A PIT BULL RUNNING TOWARDS THEM FROM THE DOORWAY. (W2) ATTEMPTED TO PUSH THE SCREEN DOOR CLOSED HOWEVER WITH THE FORCE OF THE DOG RUNNING CAUSED THE DOOR TO QUICKLY OPEN PINNING OFC. WICHER AGAINST THE DOOR AND THE PORCH RAILING. THE DOG RAN DOWN THE FRONT PORCH STAIRS AND IMMEDIATELY RAN AGGRESSIVELY AT (W1).

(W1) FEARING THAT THE DOG WAS GOING TO ATTACK AND BITE HIM, DISCHARGED (3) ROUNDS AT THE AGGRESSIVE DOG IN A DOWNWARD TRAJECTORY STRIKING IT IN THE FRONT RIGHT SHOULDER. THIS IMMEDIATELY STOPPED THE DOG FROM ATTACKING. THE DOG OWNER (PK) PICKED UP THE DOG AND PLACED IT IN THE REAR ENCLOSED PORCH OF THE HOUSE. ANIMAL CONTROL WAS CALLED IN TO TRANSPORT THE DOG TO THE CLOSEST EMERGENCY VET.

THE LOCATION WAS ILLUMINATED BY STREET LIGHTS AND OTHER OFFICER'S FLASH LIGHTS, THE WEATHER WAS CLOUDY, TEMP WAS APPROXIMATELY 50 DEGREES WITH A SLIGHT SW BREEZE. (W1) WAS IN FULL UNIFORM AND ON DUTY. THE CIRCUMSTANCES WERE AND AGGRESSIVE PIT BULL CHARGING AT THE OFFICER IN A THREATENING MANNER. HE FIRED (3) ROUNDS IN QUICK SUCCESSION.

OFC. ROBERTS FIRED HIS DEPARTMENT ISSUED GLOCK 21 .45 CALIBER SEMI AUTOMATIC HAND GUN WHICH HOLDS (13) ROUNDS IN THE MAGAZINE AND ALREADY HAD (1) ROUND IN THE CHAMBER. THE FIREARM WAS REMOVED FROM HIS DEPARTMENT ISSUED SAFARILAND DUTY HOLSTER. AMMO USED WAS RPD ISSUED .45 CALIBER WINCHESTER HOLLOW POINT.

ONCE AGAIN HIS AIMING POINT WAS THE AGGRESSIVE DOG IN A DOWNWARD TRAJECTORY, THERE WERE NO OTHER CIVILIANS FOREGROUND OR BEHIND THE THREAT. TECHNICIANS DID PHOTOGRAPH HIS CASINGS STILL AT THE SCENE AND COLLECTED THE SAME AS EVIDENCE. I TOOK PHOTO'S OF OFC. ROBERTS ISSUED FIREARM AND AMMUNITION ALONG WITH HIS MAGAZINE. PSS LT. TORDAI WAS CONTACTED BY MYSELF. NO INJURIES TO OFFICERS OR CIVILIANS, NO PROPERTY OR HOUSES DAMAGED.

REF. TO CR# 22-88214 FOR THE INITIAL CALL OFC. ROBERTS RESPONDED TO AT THIS LOCATION.

NON CRIMINAL REPORT.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| ROBINSON | JEREMY | 1848 | 05/12/2022 | ADAMS, NICHOLAS M 05/13/2022 |

COR-01291