UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CHARLES DEMPSEY and LEONA DEMPSEY,

                              Plaintiffs,

-against-

THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN,

                              Defendants.

CASE NO.: 19-cv-6780 (MJP)

## PLAINTIFFS' PROPOSED AMENDED EXHIBIT LIST

## I DEPOSITION TRANSCRIPTS AND SUMMARY CHART

1. Fed. R. Evid. 1006 Summary Chart of 27 Deposition transcripts (Exhibits 2-28).

2. **Deponent:** Defendant Javier Algarin, *Dempsey -against- City, et al.* Docket No. 20-CV-6780; deposed on July 15, 2022.

3. **Deponent:** Defendant Adam Gorman, *Dempsey -against- City, et al.* Docket No. 20-CV-6780; deposed on June 3, 2022.

4. Deponent: Defendant City of Rochester (Michael Cuilla, Rule 30(b)(6) witness), *Dempsey -against- City, et al.* Docket No. 20-CV-6780; deposed on August 22, 2023.

5. **Deponent:** Sergeant Jason Rudolph (non party witness), *Dempsey -against- City, et al.* Docket No. 20-CV-6780; deposed on June 9, 2023.

6. **Deponent:** Officer Jason Horowitz (non party witness), *Dempsey -against- City, et al.* Docket No. 20-CV-6780; deposed on February 8, 2023.

7. **Deponent:** COREY CLARK (Non – Party Witness), deposed in *Anniszkiewicz v. City et al.*, Index: 20-cv-6629; on November 8, 2022

8. **Deponent**: Sergeant Jennifer Trenton (named defendant), deposed in *Marianne Anniszkiewicz versus The City of Rochester, et. al.* Index Number 20-cv-6629 on November 7, 2022.

9. **Deponent**: Brian Cala (named defendant), deposed in *Marianne Anniszkiewicz versus The City of Rochester, et. al.* Index Number 20-cv-6629 on November 8, 2022.

10. **Deponent:** Chief Fabian Rivera (named defendant), *Gursslin v. City et al.* Index No. 20-cv-6508. **Date of Deposition:** March 15, 2023.

11. **Deponent:** Aaron Springer (named defendant), *Gursslin v. City et al.* Index No. 20-cv-6508. **Date of Deposition:** February 28, 2023,

12. **Deponent:** Officer Jeremy Nellist (named defendant), *Gursslin v. City et al.* Index No. 20-cv-6508. deposed on February 24, 2023.

13. **Deponent:** Sergeant Joshua Paul Kelly (named defendant) *Gursslin v. City et al.* Index No. 20-cv-6508. deposed on February 22, 2023

14. **Deponent:** Officer Herbert McClellan (non party witness), *Gursslin v. City et al.* Index No. 20-cv-6508. deposed on December 12, 2022.

15. **Deponent:** Officer Jonathan Kent (non party witness), *Gursslin v. City et al.* Index No. 20-cv-6508; on December 12, 2022.

16. **Deponent:** Officer Jonathan P. Laureano (non party witness), *Gursslin v. City et al.* Index No. 20-cv-6508. deposed on February 27, 2023.

17. **Deponent:** Sergeant Eric Alexander (non party witness), *Gursslin v. City et al.* Index No. 20-cv-6508. deposed on February 16, 2023.

18. **Deponent:** Sergeant Ryan J. Romig (non party witness), *Gursslin v. City et al.* Index No. 20-cv-6508. deposed on February 17, 2023.

19. **Deponent:** MITCHELL LEACH (named defendant), *Preston v. City of Rochester, et al.* Index No. 22-CV-6525; deposed on August 21, 2023.

20. **Deponent:** Robert Osipovitch, *Preston v. City of Rochester, et al.* Index No. 22-CV-6525; deposed on November 29, 2023.

21. **Deponent:** WHITNEY CELENTANO (named defendant), *Barnes v. City et al.,.* Case No. 22-CV-6524; deposed on August 8, 2023.

22. **Deponent:** POLICE OFFICER CONNOR BROCK (non party witness), *Cox v. City et al.,* Case No. 22-cv-6207; deposed on September 23, 2023.

23. **Deponent:** DAKOTA VANBREDERODE (named defendant), *CHERYL COX, PLAINTIFF, -against- CITY OF ROCHESTER, DEFENDANT.* Index No. 22-cv-6207; deposed on July 25, 2023.

24. **Deponent:** Sergeant Benjamin Caruso (non party witness), *CHERYL COX, Plaintiff, -against- CITY OF ROCHESTER, et al, Defendants.* Civil Action No. 22-cv-6207; deposed on September 13, 2023.

25. **Deponent:** Police Officer Ethan Paszko (non party witness), *CHERYL COX, Plaintiff, -against- CITY OF ROCHESTER, et al, Defendants.* Civil Action No. 22-cv-6207; deposed on October 5, 2023.

26. **Deponent:** Officer Kenneth A. Pinckney (non party witness), *CHERYL COX, Plaintiff, -against- CITY OF ROCHESTER, et al, Defendants.* Civil Action No. 22-cv-6207; deposed on February 1, 2023.

27. **Deponent:** Alexander Pierce (non party witness), *McGill v. City et al,.* Civil Action No. 22-cv-6523; deposed on January 12, 2024.

28. **Deponent:** Trevor Jones (non party witness), *McGill v. City et al,.* Civil Action No. 22-cv-6523; deposed on January 11, 2024.

29. Deposition transcript of Joseph Perrone

30. **Deponent:** Peter Nigrelli (non party witness, Rule 30(b)(6) Deposition of the City of Buffalo), *Gursslin v. City et al.* Index No. 20-cv-6508. deposed on February 17, 2023; deposed on November 1, 2022.

31. *Cabisca v Hogg*, 14-cv-6485, trial and deposition transcripts [REMOVED]

II Dempsey Incident Records

    A.  <u>RPD Records from the Dempsey Incident</u>

32. Incident Report, CR # 2018-258730

33. Arrest Report, CR # 2018-258635

34. View History Log, Algarin Body Worn Camera

35. Professional Development Section File, Javier Algarin

36. Professional Development Section File, Adam Gorman

37. Facebook Post dated October 22, 2018

38. Jason Horowitz Affidavit dated June 9, 2020. ECF 27-7.

39. Javier Algarin Affidavit, June 16, 2020. ECF 27-5.

40. Adam Gorman Affidavit, June 10, 2020. ECF 27-6

    B.  <u>Body Worn Camera Recordings from the Dempsey Incident on October 19, 2018</u>

41. Algarin, file no: 00883_8167720181019170748_0018

42. Brodsky, 00118_AB247820181019175734_0005.MP4

43. Brodsky, 00118_AB247820181019171352_0001.MP4

44. Brodsky, 00118_AB247820181019171631_0002.MP4

45. Brodsky, 00118_AB247820181019173247_0003.MP4

46. Brodsky, 00118_AB247820181019175015_0004.MP4

47. DiGaspari: 00800_DD243320181019171112_0004

48. DiSabatino: 00312_RD255420181019170715_0004

49. DiSabatino: 00312_RD255420181019173425_0005

50. Gorman: 00320_AG263120181019170702_0002

51. Horowitz: 00938_JH255920181019170706_0008

52. Lindauer: 01049_JL236320181019171115_0014

53. Lindauer: 01049_JL236320181019171338_0015

54. Sobieraski: 00106_ZS249020181019171348_0005

55. Sobieraski: 00106_ZS249020181019174320_0006


III Monell Documents

   A.  Body Worn Camera Recordings of various incidents produced by the City in Dempsey[1]

56. 17-118125
57. 17-231172
58. 18-1330 CR2018-00308639
59. 18-1354 CR2018-00312631
60. 18-053628
61. 18-090117
62. 18-136420
63. 18-146235
64. 18-175296
65. 18-175299
66. 18-182525
67. 18-308639

---

[1] Each of the below exhibits contain multiple BWC recordings.

68. 19-0802 CR2019-00178495
69. 19-0864 CR2019-00189267
70. 19-1162 CR2019-00258580
71. 19-1354 CR2019-00297233
72. 19-015118
73. 19-112122
74. 19-178373 and 19-178495
75. 19-00258580
76. 19-297233
77. 20-018706
78. 20-023354 (Barnes)
79. 20-025684
80. 20-032660 (Preston)
81. 20-082217 (Celentano other incident)
82. 20-082740
83. 20-183239
84. 20-269976
85. 21-00025684
86. 21-153129
87. 21-153129
88. 21-167110 (McGill)
89. 21-171271
90. 21-182525
91. 21-182525
92. 21-189988
93. 22-088233 2019-00112122
94. RPD BWC FOIL RR19-05553 2


B. <u>Monell Documents Produced by the Plaintiff in Dempsey</u>

95. RPD Dog Shooting Incident Reports, 2013 – 2022
96. An Evidence-Based Approach to Reducing Dog Shootings in Routine Police Encounters: Regulations, Policies, Practices, and Training Implications
97. The Problem of Dog-Related Incidents and Encounters
98. Law Enforcement Dog Encounters Training (LEDET): A Toolkit for Law Enforcement
99. LEDET Instructor PowerPoint
100. Report to the House of Delegates (Resolution urging non-lethal animal encounter training by Tort Trial and Insurance Practice Section of the American Bar Association)
101. Dog Behavior for Law Enforcement Training Program (Supplement containing various articles and position statements)
102. Los Angeles Police Department (LAPD) Use of Force - Tactics Directive No. 7: Dog Encounters
103. Georgia Association of Chiefs of Police - Standard Operating Procedure 11.6: Use of Force When Dealing with Animals
104. Austin Police Department – Policy 202: Firearms Discharge Situations - § 202.3.2: Reporting a Firearm Discharge against a Dangerous and Threatening Animal

105. Chicago Police Department - General Order G03-02: Use of Force
106. Baltimore Police Department – Policy 1115: Use of Force
107. Las Vegas Metropolitan Police Department – 6/002.00 Use of Force
108. Denver Sheriff's Department – Department Order 5011: Use of Force Policy
109. Courtney Lee, *More than Just Collateral Damage Pet Shootings by Police*, McGeorge School of Law (November 2018)
110. Nancy Blaney, *Officer involved Shooting with Dogs*, Animal Welfare Institute (October 2014)
111. Canine Encounters August 2021, Texas instructor guide
112. *Gunned Down, Why are so many dogs being shot by police?,* Petful.com (2013)
113. Sarah Taddeo and Brian Sharp, *Democrat & Chronicle*, Dog census helps track population, safety (Feb. 21, 2017)
114. Canine Encounters, Texas Commission on Law Enforcement Course 4065 (Aug. 2021)
115. Pamela L. Roudebush, *Detailed Discussion of Police Shooting Pets*, Animal Legal and Historical Center (2002)
116. Kaylayne E. Kaatz, *Those Doggone Police: Insufficient Training, Canine Companion Seizures, and Colorado's Solution,* University of San Diego School of Law (2014)
117. Training video by Community Oriented Policing Services, U.S. Department of Justice: An Overview Assessing the Situation
118. Training video by Community Oriented Policing Services, U.S. Department of Justice: Communicating with Dogs and Police and Dog Body Language
119. Training video by Community Oriented Policing Services, U.S. Department of Justice: Legal Considerations and Liability, Reporting and Documentation
120. Training video by Community Oriented Policing Services, U.S. Department of Justice: Tactical Considerations
121. Training video by Community Oriented Policing Services, U.S. Department of Justice: Use of Force Considerations
122. TASER International, Advanced TASER M26 Certified For Animal Use
123. TASER M26 User Certification Court, Advanced TASER M26 Electronic Control Device, Version 18 (July 2011), PowerPoint
124. TASER M26 User Certification Court, Advanced TASER M26 Electronic Control Device, Version 18 (July 2011), PowerPoint
125. TASER M26 User Certification Court, Advanced TASER M26 Electronic Control Device, Version 22 (January 2019), PowerPoint
126. Buffalo Police Department Subpoena Response, Total Number of Dog Shootings per Year Jan 1. 2013-Present
127. Buffalo Police Department Policy on Incidents Involving Animals
128. Danny Spewak, *As training expands, BPD shooting fewer dogs*, WGRZ.com (Nov. 17, 2017)

C. Documents produced by the City in Dempsey:

129. 911 Call reporting drug sales at 61 Kosciusko Street by Paul Raspudic (1 _01 - TC21 44363)
130. 911 Call reporting shooting by the police at by Naisa Lewis (2 _02 - TC03 44363)
131. Police Radio Call recordings from October 19, 2018 (3 _03 - PD12 44363)

132. Emergency Communication Department, CAD Print-Out Certification for October 19, 2018
133. Daily Activity Summary October 19, 2018
134. General Order 340, Use of Deadly Physical Force (Aug. 19, 2017)
135. 28 RPD Post Incident Photographs
136. Tech and Photo Sheets, CR # 18-258635
137. Property Custody Report, CR # 18-258635
138. General Order 415, Search / Seizures: By Dynamic Entries, Search Warrant, Arrest Warrant, Without Warrant (January 20, 2018; April 20, 2015; July 6, 2012; and May 24, 2005 versions)
139. Training Bulletin L-65-19, Warrantless Searches on Curtilage (May 30, 2019)
140. Training Bulletin L-47-06, LEGAL UPDATES – Consents to Search (April 17, 2006)
141. Training Bulletin P-38-01, Search Warrants (May 7, 2001)
142. Training Bulletin L-34-00, Consent to Searches & Family Court Orders for Removal of Children (April 25, 2019)
143. Training Bulletin L-15-97, Warrantless Entries – With/Without Exigent Circumstances (January 1997)
144. Training Bulletin L-47-06, LEGAL UPDATES Consent to Searches (April 17, 2006)
145. Training Bulletin L-49-08, Execution of a Search Warrant – People v Ellison (February 12, 2008)
146. Training Bulletin P-29-98, Warrant & Pre-Warrant Procedures (September 1998)
147. Training Bulletin P-38-01, Search Warrants (May 7, 2001)
148. Training Bulletin P-78-17, Police Response to Animal Scenes (May 16, 2017)
149. Training Bulletin L-12-97, Search and Seizure (L-12-97)
150. Training Bulletin P-77-17, Animal Services Procedures (October 12, 2018)
151. Training Bulletin L-56-11, Searches: Strip Searches and Private Searches (December 8, 2011)
152. Training Bulletin L-65-19, Warrantless Searches on Curtilage (L-65-19)
153. 415
154. PSS File 2016-0974
155. Marianne Anniszkiewicz Complaint
156. Tina Cabisca Notice of Claim
157. Tina Cabisca Complaint
158. Cheryl Cox Notice of Claim
159. Charles Dempsey and Leona Dempsey Second Amended Complaint
160. Charles Dempsey and Leona Dempsey Notice of Claim
161. Edward Goolsby Jr. Complaint
162. Erin Gursslin Complaint
163. Joseph Strong Complaint
164. Incident Reports for dog bite incidents.
165. Dog bite prevention training (2014 PDF, 2019 PDF and DiDomenico PowerPoint)
166. CR # 21-153129 photos [REMOVED]
167. CR # 21-167110 photos [REMOVED]
168. CR # 21-182525 photos [REMOVED]
169. CR # 22-088233 photos [REMOVED]
170. CR 21-1531299 Incident Records

171. CR # 2015-12001 Incident Report (Perrone IR)
172. COR 3142 - 3145 (11 - Laureano).pdf
173. COR 3146-3148 (12 - Leach (IR 20-032660).pdf
174. GO 335 Subject Resistance Reports (October 14, 2022)
175. GO 465, RMS Incident Report (October 25, 2021)
176. COR DEM 3384 -3410 – General Orders 335 and 465
177. COR DEM 3411 - 3420 Supporting Depositions
178. New York State Law Enforcement Accreditation Program, Section 33.1 (In Service, Length and Content) and 33.2 (Instructor Qualifications)
179. COR DEM 3524 - 3528 -
180. Debour Training (March 10, 2011)
181. Training Bulletin L-40-02 (February 15, 2002)
182. GO 301, Discipline (April 20, 2015)
183. Excerpt of Taser 2023 Training Manual, "Animals"
184. COR DEM 3535 - 3538 - Tesla Emergency Vet Records

D. Documents produced by the City in Gursslin:

185. View History Logs for 7 Dog Shooting Incidents:
    a. Dempsey v City et al., 19-cv-6780 (EAW) (MWP), Officer Javier Algarin.
    b. Cox v City et al., 22-cv-6207 (FPG)(MJP), Officer Dakota Vanbrederode
    c. Anniszkiewicz v City et al., 20-cv-6629 (FPG)(MWP), Officer Brian Cala:
    d. McGill v. City et al., 22-cv-6523
       https://www.dropbox.com/s/8v5clgzz5lx631j/00471_81735920210802002233_0001.MP4?dl=0
    e. Preston v City et al., 22-cv-6525, Mitchell Leach:
    f. Barnes v. City et ano, 22-cv-06524, Whitney Celentano:
    g. CR # 21-153129: video file no. 01030_BC251220210716054635_0004.MP4:
186. 2014 Dog Bite Prevention Training Rosters

VI. DAMAGES

187. Pictures of Tesla
188. Tesla Emergency Veterinary Records, October 19, 2025
189. Pre-incident Veterinary Records, Scottsville Veterinary Hospital
190. Pre-incident Veterinary Records, Rochester Community Animal Clinic
191. Riverside Vet Records
192. Dog Owner's License
193. Holiday Inn Receipts, October 22-23, 2018
194. Rochester Regional Health Therapy records – Charles Dempsey
195. Rochester Regional Health Therapy records for Leona Dempsey
196. Western NY Children's Psychiatric Center records for Leona Dempsey
197. Strong Memorial Hospital records for Leona Dempsey
198. Disability Review Team Certificate, NYS Office of Mental Health, Leona Dempsey
199. Villa of Hope Chart and Medical Records for Leona Dempsey

200. Villa of Hope School Records for Leona Dempsey
201. West Irondequoit School Records for Leona Dempsey
202. Rochester Regional pediatric records for Leona Dempsey, 2015-2023
203. Office of Children & family Services Records
204. Victor Central School District records for Leona Dempsey
205. Rochester City School District Records for Leona Dempsey.

Dated: New York, New York            Respectfully Submitted,
      December 31, 2025            ROTH & ROTH LLP

                      By: ~//s//~
                          Elliot Dolby Shields, Esq.
                          *Counsel for Plaintiff*
                          192 Lexington Ave, Suite 802
                          New York, New York 10016
                          Ph: (212) 425-1020

To:   All counsel of record (via ECF)