

**Department of Law**
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

January 6, 2026

Hon. Mark W. Pedersen
United States Magistrate Judge
100 State Street
Rochester, New York 14614

   Re: <u>Request to File Defendants' Realistic Witness List after Plaintiffs Do</u>
     *Dempsey v. City of Rochester* (19-cv-6780)(MJP)

Dear Judge Pedersen:

  I represent the Defendants in this matter.

  This morning, Your Honor ordered the parties to provide "the Court with a realistic list of witnesses each side intends to call" ("Realistic Witness List") by the close of business tomorrow. ECF 185.

  For the reasons below, Defendants request to either (a) submit their Realistic Witness List four hours after Plaintiffs' Realistic Witness List, or (b) submit a supplemental witness list four hours after both parties file a Realistic Witness List.

  First, Defendants' witnesses depend both on Plaintiffs' witnesses and the actual evidence at trial. Defendants cannot fully determine who they will call as rebuttal witnesses until after Plaintiffs propose their witnesses, and to a certain extent, after Plaintiffs have entered evidence to prove their claims at trial. In the very least, Defendants need to see Plaintiffs' Realistic Witness List, in order to determine Defendants' Realistic Witness List.

  Second, the scope of the trial remains somewhat undetermined. Defendants have moved to exclude all firearm discharges at pet dogs that occurred after December 31, 2018 (ECF 142-1, pgs. 11-3), even though Plaintiffs have discovery about incidents through 2022 due to consolidated *Monell* discovery. Defendants believe both parties could more easily and confidently narrow their witnesses once the Court determined the timeframe of potentially admissible incidents. (For example, all officers involved in incidents after the Court's cut-off date would be necessarily eliminated as witnesses or the parties could determine the incidents to focus on within the permitted timeframe.)

           Sincerely,

           *Peachie L. Jones*
           PEACHIE L. JONES
           p: (585) 428-7992
           Peachie.Jones@CityofRochester.gov