# ROTH & ROTH, LLP
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

January 6, 2026

**VIA ECF**
Hon. Mark Pedersen
United States Magistrate Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

      Re:   *Dempsey et ano* v. *City Of Rochester, et al.*
              19-cv-6780 (MJP)

Dear Judge Pedersen:

Plaintiffs respectfully write pursuant to the Court's order at ECF 185 to provide the Court with Plaintiffs' amended witness list, and to oppose Defendants' request for an extension of time to file their supplemental witness list (ECF 188).

The witnesses Plaintiffs intend to call live, and the dates of their proposed testimony, are:

1. **Jason Horowitz (January 14, 2026)**
2. **Algarin (January 15, 2026)**
3. **Gorman (January 15, 2026)**
4. **Rudolph (January 15, 2026)**
5. **Read in deposition testimony; play videos of select deposition testimony (January 16, 2026)**
6. **Buffalo Rule 30(b)(6) witness — Peter Nigrelli (January 20, 2026)** *(subpoenaed but no response yet)*
7. **James Crosby (January 20, 2026)**
8. **Charles Dempsey (January 21, 2026)**
9. **Leona Dempsey (January 21, 2026)**
10. **Sherry Dempsey (January 21, 2026)**
11. **Benjamin Dempsey (January 22, 2026)**
12. **Allison Prince (January 22, 2026)**
13. **Brigid Vilardo Lyons (January 23, 2026)**
14. **Daniel Zimmerman (January 23, 2026)** *(subpoenaed but no response yet)*

The witnesses whose deposition testimony Plaintiffs intend to read or play video clips from are:

15. **Eric Alexander**
16. **Brian Cala**
17. **Michael Cuilla (Rule 30(b)(6) witness)**
18. **Jason Kelly**
19. **Jonathan Kent**
20. **Jonathan Laureano**
21. **Herbert McClellan**
22. **Kenneth Pinckney**
23. **Ryan Romig**
24. **Fabian Rivera**
25. **Aaron Springer**
26. **Jennifer Trenton**

Since Defendants have Plaintiffs' witness list well in advance of tomorrow's deadline, they do not need an extension. Moreover, I emailed defense counsel my list of live witnesses early yesterday morning, and requested that Defendants inform me of the witnesses they intend to call. They have not responded to that email. Then, at yesterday's conference, Plaintiff agreed to narrow the list of witnesses whose deposition testimony would be read, to remove the witnesses listed at page 10 of their motion at ECF 164. Thus, Defendants have known since yesterday all the witnesses Plaintiffs intend to call live and whose deposition testimony they plan to read potions of or play portions of their video recorded depositions.

Respectfully submitted,

*Elliot Shields*

Elliot Shields

All parties (Via ECF).