UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **CHARLES DEMPSEY,** *et al.*, <br><br> Plaintiffs, <br> v. <br><br> **THE CITY OF ROCHESTER,** *et al.*, <br><br> Defendants. | **DECISION AND ORDER REGARDING DEFENDANTS' MOTION IN LIMINE SEEKING AN ORDER DIRECTING PLAINTIFFS TO COMPLY WITH PRE-TRIAL ORDER; STRIKING SUBPOENAS, WITNESSES, AND EXHIBITS; AND SEEKING THE IMPOSITION OF OTHER SANCTIONS** <br><br> **19-CV-6780-MJP** |

---

Pursuant to the Court's rulings during the pre-trial conference held on Monday, January 5, 2026, the following memorializes the Court's findings on Defendants' Motion in Limine (ECF No. 165) filed December 22, 2025.

**I**[1]

A. The Court grants in part and denies in part Defendants' request to exclude the presentation of body worn camera footage as listed in paragraphs 56 through 94 of Plaintiffs' Amended Exhibit List (ECF No. 153). The Court directs Plaintiffs' counsel to provide a reasonable list of the body worn camera video footage he intends to present at trial to Defendants by noon on Thursday, January 8, 2026.

---

[1] This Decision and Order tracks the format of Defendants' memorandum of law in support of its motion in limine at ECF No. 165.

1

B. The Court grants in part Defendants' request to exclude the exhibits regarding the *Cabisca* trial. Plaintiffs are permitted to use evidence of force against Ms. Cabisca's dog but not against Ms. Cabisca.

## II

A. The Court directed the parties to provide a realistic list of witnesses each side intends to call for this two week trial by close of business Wednesday, January 7, 2026. *See* ECF No. 185.

B. The Court finds as moot Defendants' request to strike subpoenas that do not appear on Plaintiffs' unreasonably lengthy witness list as Plaintiffs did not oppose this portion of Defendants' motion.

C. The Court finds as moot Defendants' request to preclude those individuals who do not appear on Plaintiffs' Rule 26 disclosures as Plaintiffs did not oppose this portion of Defendants' motion.

D. The Court notes Defendants' concerns about Plaintiffs' lengthy witness list and has addressed these concerns in a text order. *See* ECF No. 185.

## III

A. With respect to Defendants' objections to Plaintiffs' reading in of deposition testimony, the Court directed Plaintiffs' counsel to provide a reasonable summary chart of the deposition testimony they seek to introduce by 5:00 p.m. Wednesday, January 7, 2026.

B. The Court denies in part Defendants' request for additional time to review all of Plaintiffs' deposition sections that Plaintiffs identified that they intended to read in at trial. Any objections will be addressed at trial.

C. Any evidence gathered pursuant to the amended joint discovery order (ECF No. 63), including evidence in cases that were added to the joint discovery order following its issuance, up to and including the closing date for *Monell* discovery of May 31, 2023, may be used in this case.

IT IS SO ORDERED

Dated:   Rochester, New York
         January 7, 2026

*[signature]*

MARK W. PEDERSEN
United States Magistrate Judge