REDACTED

# VERDICT SHEET

## Part I—Federal Causes of Action

1. Is Officer Algarin liable for violating Plaintiffs' Fourth Amendment rights when he entered the yard a second time to search?

    (Yes) or    No?    (Circle one)

    **If "No," proceed *directly* to question 6.**

2. Is Officer Gorman liable for Officer Algarin violating Plaintiffs' Fourth Amendment rights when Officer Algarin entered the yard a second time to search?

    Yes    or    (No?)    (Circle one)

**Proceed to question 3**

3. Did Officer Gorman violate Plaintiffs' Fourth Amendment rights by failing to intervene to prevent Officer Algarin from searching Plaintiffs' yard?

    Yes    or    (No?)    (Circle one)

**Proceed to question 4.**

4. Did the City of Rochester violate Plaintiffs' Fourth Amendment rights by maintaining a policy, custom, or practice of entering the curtilage of a single-family residence for the purpose of searching for discarded

1

evidence, weapons, or contraband without consent, or without a search warrant, or without probable cause and exigent circumstances.

( Yes )  or   No?    (Circle one)

**Proceed to question 5.**

5. Did the City of Rochester violate Plaintiffs' Fourth Amendment rights by inadequate training on entering the curtilage of the single-family residence for the purpose of searching for discarded evidence, weapons, or contraband without consent, or without a search warrant, or without probable cause and exigent circumstances?

( Yes )  or   No?    (Circle one)

**Proceed to question 6.**

6. Did Officer Algarin violate Plaintiffs' Fourth Amendment rights by shooting Tesla the dog?

( Yes )  or   No?    (Circle one)

**If "No" proceed *directly* to question 9. Otherwise, Proceed to question 7**

7. Did the City of Rochester violate Plaintiffs' Fourth Amendment rights by maintaining an unconstitutional policy, custom, or practice regarding dog seizures?

2

(Yes) or   No?    (Circle one)

8. Did the City of Rochester violate Plaintiffs' Fourth Amendment rights by failing to properly train regarding dog encounters?

(Yes) or   No?    (Circle one)

**Proceed to question 9.**

9. Did Officer Algarin violate Plaintiffs Charle's Dempsey's Fourth Amendment rights by pointing his gun and pepper spray at Charles Dempsey?

Yes   or  (No?)    (Circle one)

**Proceed to Part II.**

## Part II—State Causes of Action

10. **If you determined that Officer Algarin is *not* liable in question 1 then skip this question.** If, however, you found Officer Algarin liable on question 1, answer this question:

Did Officer Algarin intentionally trespass on Plaintiffs' property without justification or permission?

(Yes) or   No?    (Circle one)

**Proceed to question 11.**

11. Did Officer Algarin assault Plaintiff Charles Dempsey?

3

Yes   or   ( No? )   (Circle one)

If Yes, proceed to Part III.

**If you answered "No" to every question in Part I and in Part II, proceed *directly* to part IV.**

## Part III - Damages

If you found liability under one or more federal or state claims proceed to Section A—Compensatory Damages.

If you did not find liability for *any* federal or state claim proceed to Part IV.

## Section A — Compensatory Damages

12. Did Defendants' violation or violations cause Plaintiffs damage?

If so, indicate the amounts of compensatory damages:

Plaintiff Charles Dempsey

   a. Past pain and suffering $____5,000.00____.

   b. Future pain and suffering $_____∅_____

   "The above awarded is intended to provide compensation for future non-economic damages over ____∅____ years."

   c. Future medical expenses $__35,000.00__

"The above awarded is intended to provide compensation for future economic damages over ___5___ years."

Plaintiff Leona Dempsey

   a. Past pain and suffering $___5,000.00___.

   b. Future pain and suffering $___10,000.00___

     "The above awarded is intended to provide compensation for future non-economic damages over ___10___ years."

   c. Future medical expenses $___70,000.00___

     "The above awarded is intended to provide compensation for future economic damages over ___10___ years."

## Section B— Punitive Damages

12. Do you believe that Plaintiffs are entitled to punitive damages based upon Officer Algarin's violation or violations?

   If so, indicate the amount of punitive damages:

   $______.

13. Do you believe that Plaintiffs are entitled to punitive damages based upon Officer Gorman's violation or violations?

If so, indicate the amount of punitive damages:

$__________.

## Part IV - Conclusion

**REPORT YOUR VERDICT.**

The above responses reflect the unanimous verdict of the jury.

January __30__, 2026                    s/ Foreperson

6

## SPECIAL INTERROGATORIES

In connection with the question "Is Officer Algarin liable for violating Plaintiffs' Fourth Amendment rights when he entered the yard a second time to search?" please answer the following questions:

a. Did Officer Algarin have facts to support a reasonable belief that the suspect Officer Gorman detained may have discarded drugs or guns in Mr. Dempsey's yard?

 Yes / No    (Circle one)

b. Did Officer Algarin have facts to support a reasonable belief that there were unapprehended suspects hiding in Mr. Dempsey's yard before he re-entered the yard the second time?

Yes / No    (Circle one)

If the answer to both questions a and b are "No", then skip the next section.

If the answer to either questions a or b is "Yes", then go to question (c).

c. Did Officer Algarin have facts to support a reasonable belief that without immediate entry into the Dempsey's yard, any potentially discarded contraband would have been lost, destroyed, or was necessary for the protection of life or safety of any person?

 Yes / No    (Circle one)

## SPECIAL INTERROGATORIES

In connection with the question "Did Officer Algarin violate Plaintiffs' Fourth Amendment rights by shooting Tesla the dog?" please answer the following questions:

   a. Did Tesla present as offensive aggressive to Officer Algarin?

    (Circle one)

   b. Did Officer Algarin have sufficient time to use a nonlethal method of control?

    (Circle one)

   c. Did Officer Algarin have sufficient ability to use a nonlethal method of control?

    (Circle one)

   d. Could Officer Algarin have observed objective indication or indications that a dog resided at the property?

    (Circle one)