**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHARLES DEMPSEY and LEONA DEMPSEY,**<br><br>         Plaintiffs,<br><br>   -against-<br><br>**THE CITY OF ROCHESTER, a municipal entity, JAVIER ALGARIN, "JOHN DOE" RPD OFFICER RESPONSIBLE FOR TRAINING JAVIER ALGARIN,**<br><br>        Defendants. | **NOTICE OF MOTION**<br><br>Case No. 19-cv-6780 (MJP) |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Application for Attorney's Fees and Costs, the Declaration of Elliot Shields in Support of Plaintiffs' Application for Attorney's Fees and Costs and all exhibits annexed thereto, the Declaration of David A. Roth, the Declaration of Donald M. Thompson, the Declaration of Robert Rickner, the Declaration of Charles Dempsey, and all prior proceedings had herein, Plaintiffs Charles Dempsey and Leona Dempsey, by their attorneys, Roth & Roth, LLP, will move this Court before the Honorable Mark W. Pedersen, United States Magistrate Judge, at the United States District Court for the Western District of New York, Kenneth B. Keating Federal Building, 100 State Street, Rochester, New York 14614, on **March 10, 2026**, or as soon thereafter as counsel may be heard, for an Order:

 (1) Awarding Plaintiffs reasonable attorney's fees pursuant to 42 U.S.C. § 1988(b) and Federal Rule of Civil Procedure 54(d)(2) in the amount of **$1,076,487.50**;

 (2) Awarding Plaintiffs costs and expenses reasonably incurred in the prosecution of this action in the amount of **$70,703.58**; and

 (3) Granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule of Civil Procedure 7(b)(2), responding papers, if any, must be filed and served within twenty-one (21) days of service of this motion. Pursuant to Local Rule of Civil Procedure 7(b)(3), Plaintiffs reserve the right to file reply papers within seven (7) days after service of any responding papers.

    Dated:  New York, New York

February 17, 2026

Respectfully submitted,

**ROTH & ROTH, LLP**

*Elliot Shields*

Elliot Dolby Shields, Esq.
192 Lexington Avenue, Suite 802
New York, New York 10016 Tel.:
(212) 425-1020
eshields@rothandrothlaw.com
*Attorneys for Plaintiffs*