

**Department of Law**
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

February 18, 2026

Hon. Mark W. Pedersen
United States Magistrate Judge
100 State Street
Rochester, New York 14614

   Re: <u>Stay of Defendants' Response to Plaintiffs' Fee Application</u>
     *Charles and Leona Dempsey v. City of Rochester et al* (19-cv-6780-MJP)

Dear Judge Pedersen:

  I represent Defendants in this matter.

  Plaintiffs moved to extend the deadline for Plaintiffs' attorneys' fees application. ECF 232. The Court granted Plaintiffs' motion (ECF 234), then Plaintiffs filed their fee application later that day (ECF 235).

  Defendants move for a stay of Defendants' response to the fee application until after the completion of post-trial motions, for many of the same reasons asserted by Plaintiffs in their motion. "Defendants anticipate filing post-trial motions, and Plaintiffs will necessarily incur additional attorney's fees in opposing those motions. [...Defendants] respectfully submit that the interest of judicial economy is best served by permitting a single, comprehensive fee application after all post-trial motions have been decided. This approach avoids unnecessary duplication of effort by both the parties and the Court[.]" ECF 232, ¶¶ 3-4.

  Defendants respectfully request that their response to the fee application be stayed and Defendants be permitted to respond if/when Plaintiffs amend their fee application up until thirty days after the order regarding any post-trial motions (ECF 234).

              Thank you,

              *Peachie L. Jones*
              PEACHIE L. JONES
              p: (585) 428-7992
              Peachie.Jones@CityofRochester.gov