**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Peachie L. Jones**
Municipal Attorney

March 20, 2026

Hon. Mark W. Pederson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

Re:     Settlement Impasse, Discovery Resumption
        *Gursslin v. City of Rochester et al.*, Case No. 20-cv-6508 (EAW)(MJP)
        *Cox v. City of Rochester et al.*, Case No. 22-cv-6207 (FPG)(MJP)

Dear Judge Pederson:

I represent the City of Rochester Defendants in the above matters. I submit this letter jointly on behalf of all parties.

On August 9, 2022, the Court granted the parties' request for a stay of discovery in *Gursslin* [ECF 30],[1] so the parties could pursue settlement discussions of these (and two other related) cases.

~~As indicated by the enclosed emails, the~~The parties agree they have reached an impasse. Consistent with the parties' August 18, 2022 letter [ECF 29], City Defendants provided fourteen days' notice of resuming discovery to Plaintiff today. We respectfully request that discovery resume in *Gursslin* and begin in *Cox* on/around October 5, 2022.

The parties thank the Court for the opportunity to attempt to resolve the cases and for its continued time and consideration in these matters.

Respectfully,

PEACHIE L. JONES
Municipal Attorney

Enclosure

---

[1] The parties also requested a stay in Cox [ECF 10], which was subsequently referred to ~~you~~ Your Honor for all pretrial purposes by Judge Geraci on August 22 [ECF 11]. The Parties request that the Court issue an order setting down a scheduling conference in *Cox.*

Phone: 585.428.7992      Fax: 585.428.6950      TTY: 585.428.6054      EEO/ADA Employer