**Dempsey et ano v. City of Rochester, et al.**
**No. 19-cv-6780 (EAW)(MWP)**

*Revised Schedule of Litigation Expenses (Expert Witness Fees Excluded)*

| No. | Date | Payee / Vendor | Description | Category |
|---|---|---|---|---|
| 1 | 02/04/2019 | Ciox Health | Medical records retrieval fee for minor plaintiff Leona Dempsey and plaintiff Charles Dempsey III from Genesee Mental Health Center | Medical Records |
| 2 | 02/04/2019 | Ciox Health | Shipping and handling fee for medical records from Genesee Mental Health Center | Medical Records |
| 3 | 03/11/2019 | Monroe County Clerk | Filing fee for Petition for Pre-Action Discovery in Monroe County Supreme Court | Court Filing Fees |
| 4 | 11/08/2019 | All New York Process Servers | Service of process of Summons and Complaint on City of Rochester (Job 85780) | Service of Process |
| 5 | 11/08/2019 | All New York Process Servers | Service of process of Summons and Complaint on Defendant Officer Javier Algarin (Job 85786) | Service of Process |
| 6 | 11/08/2019 | All New York Process Servers | Service of process of Summons and Complaint on Defendant Officer Adam Gorman (Job 85795) | Service of Process |
| 7 | 11/08/2019 | All New York Process Servers | Service of process of Summons and Complaint on Defendant Officer Jason Rudolph (Job 85796) | Service of Process |
| 8 | 11/18/2019 | U.S. District Court, Western District of New York | Federal civil action filing fee for Dempsey v. City of Rochester, Case No. 19-cv-6780 | Court Filing Fees |
| 9 | 05/04/2021 | Modica Law Firm | Mediator fee for court-ordered mediation session in Dempsey v. City of Rochester | Mediation |
| 10 | 05/06/2022 | Health Information | Medical records retrieval fee for plaintiff Charles Dempsey III | Medical Records |
| 11 | 06/22/2022 | Enright Court Reporting, Inc. | Court reporter attendance and transcript fees for deposition proceedings in Dempsey v. City of Rochester | Court Reporting |
| 12 | 08/18/2022 | Studio 8OROC | Videographer fee for video recording of deposition testimony | Court Reporting |
| 13 | 08/23/2022 | All New York Process Servers | Service of records subpoena on Rochester City School District for minor plaintiff's educational records (Job 113309) | Service of Process |

| 14 | 08/23/2022 | All New York Process Servers | Service of records subpoena on Villa of Hope residential treatment facility for minor plaintiff's records (Job 113310) | Service of Process |
|---|---|---|---|---|
| 15 | 08/23/2022 | All New York Process Servers | Service of records subpoena on West Irondequoit Central School District for minor plaintiff's educational records (Job 113311) | Service of Process |
| 16 | 08/24/2022 | Alliance Court Reporting, Inc. | Court reporter attendance and transcript fees for deposition proceedings in Dempsey v. City of Rochester | Court Reporting |
| 17 | 11/28/2022 | Turo Car Rental | Vehicle rental for attorney travel from New York City to Rochester, NY for depositions and client meetings | Travel |
| 18 | 01/12/2023 | All New York Process Servers | Service of deposition subpoena on Jennifer Bruno, therapist for minor plaintiff Leona Dempsey | Service of Process |
| 19 | 01/16/2023 | Verisma Systems | Medical records retrieval fee for minor plaintiff Leona Dempsey from Rochester Health Clinic | Medical Records |
| 20 | 03/01/2023 | Alliance Court Reporting, Inc. | Court reporter attendance and transcript fees for deposition of Officer Jason Horowitz | Court Reporting |
| 21 | 05/12/2023 | All New York Process Servers | Re-service of deposition subpoena on Jennifer Bruno, therapist for minor plaintiff Leona Dempsey (Job 12107) | Service of Process |
| 22 | 05/18/2023 | Car Rental Service | Vehicle rental for attorney travel from New York City to Rochester, NY for depositions and witness preparation | Travel |
| 23 | 06/12/2023 | Enright Court Reporting, Inc. | Court reporter attendance and transcript fees for deposition of Reno DiDomenico, RPD training officer | Court Reporting |
| 24 | 06/14/2023 | Enright Court Reporting, Inc. | Court reporter attendance and transcript fees for deposition of Officer Jason Rudolph | Court Reporting |
| 25 | 06/14/2023 | Lexitas Legal | Videographer and transcript fees for video deposition of Officer Jason Rudolph | Court Reporting |
| 26 | 09/06/2023 | Lexitas Legal | Court reporter attendance and transcript fees for deposition proceedings in Dempsey v. City of Rochester | Court Reporting |
| 27 | 09/26/2023 | Lexitas Legal | Videographer fee for video recording of deposition testimony for use at trial | Court Reporting |
| 28 | 10/30/2023 | Alliance Court Reporting, Inc. | Court reporter attendance and transcript fees for deposition of plaintiff Leona Dempsey | Court Reporting |

| 29 | 10/31/2023 | Car Rental Service | Vehicle rental for attorney travel from New York City to Rochester, NY for plaintiff deposition preparation and depositions of Charles and Leona Dempsey | Travel |
|---|---|---|---|---|
| 30 | 11/02/2023 | Alliance Court Reporting, Inc. | Court reporter attendance and transcript fees for deposition of plaintiff Charles Dempsey III | Court Reporting |
| 31 | 11/17/2024 | Patrick Printing | Photocopying and document reproduction for litigation filings and trial preparation | Copying / Printing |
| 32 | 12/23/2025 | All New York Process Servers | Service of trial subpoena on Reno DiDomenico, RPD training officer, for trial testimony | Service of Process |
| 33 | 12/23/2025 | All New York Process Servers | Service of trial subpoena on Lt. Mark Nigrelli for trial testimony | Service of Process |
| 34 | 01/09/2026 | Avalon Document Services Holdings LLC | Trial exhibit copying and binding services for preparation of trial binders and exhibit sets for use at jury trial | Copying / Printing |
| 35 | 01/29/2026 | Diane S. Martens, Court | Daily trial transcript for testimony of Officer Javier Algarin | Court Reporting |
| 36 | 01/29/2026 | Diane S. Martens, Court | Daily trial transcript for testimony of Officer Adam Gorman | Court Reporting |
| 37 | 01/29/2026 | Diane S. Martens, Court | Daily trial transcript for testimony of Officer Jason Horowitz | Court Reporting |
| 38 | 01/29/2026 | Diane S. Martens, Court | Daily trial transcript for testimony of Officer Jason Rudolph | Court Reporting |
| 39 | 02/03/2026 | All New York Process Servers | Skip trace investigation for witness Daniel Zimmerman | Service of Process |
| 40 | 02/04/2026 | Avalon Document Services Holdings LLC | Additional trial exhibit copying and document reproduction services (Invoice RDEC250135) | Copying / Printing |
| 41 | 02/10/2026 | Car Rental Service | Vehicle rental for attorney and paralegal travel from New York City to Rochester, NY for duration of jury trial (January 10 through January 30, 2026) | Travel |
| 42 | 02/10/2026 | Parking Facilities | Parking fees during jury trial at Kenneth B. Keating Federal Building, Rochester, NY | Travel |
| 43 | 02/16/2026 | Various (Wegmans, et al.) | Meal expenses during jury trial in Rochester, NY (January 10 through January 30, 2026) | Travel |
| 44 | 02/16/2026 | Syndep.com | Deposition synchronization services for preparation of deposition video clips for trial presentation | Court Reporting |
| 45 | 02/16/2026 | Verisma Systems | Medical records retrieval fees for plaintiff treatment records | Medical Records |

| 46 | 02/16/2026 | Parking Facilities | Parking fees during pre-trial preparation period in Rochester, NY | Travel |
|---|---|---|---|---|
| 47 | 02/16/2026 | University of Rochester | Legal research materials and reference books for trial preparation | Research Materials |
| 48 | 02/16/2026 | Verisma Systems | Medical records retrieval and copying fees for plaintiff treatment records from multiple medical facilities | Medical Records |
| 49 | 02/16/2026 | Speedway Gas Station | Fuel expense for attorney travel between New York City and Rochester, NY | Travel |
| 50 | 02/16/2026 | Staybridge Suites, Rochester, NY | Hotel accommodations for attorney and paralegal during jury trial (January 10 through January 30, 2026) | Travel |
| | | | | **TOTAL REVISED LITIGATION EXPENSES** |

## REVISED EXPENSE SUMMARY BY CATEGORY

| Category | Total Amount |
|---|---|
| Copying / Printing | $9,950.06 |
| Court Filing Fees | $610.00 |
| Court Reporting | $13,235.17 |
| Mediation | $150.00 |
| Medical Records | $1,938.91 |
| Research Materials | $115.09 |
| Service of Process | $1,129.20 |
| Travel | $10,614.76 |
| **TOTAL** | **$37,743.19** |

| Amount |
|---|
| $46.25 |
| $2.75 |
| $210.00 |
| $58.00 |
| $58.00 |
| $38.00 |
| $38.00 |
| $400.00 |
| $150.00 |
| $33.00 |
| $900.25 |
| $450.00 |
| $55.00 |

| |
|---|
| $55.00 |
| $55.00 |
| $643.04 |
| $337.03 |
| $131.00 |
| $40.25 |
| $626.68 |
| $131.00 |
| $585.52 |
| $897.25 |
| $983.50 |
| $983.50 |
| $1,644.15 |
| $1,755.00 |
| $731.30 |

| |
|---|
| $603.93 |
| $858.40 |
| $184.03 |
| $212.00 |
| $268.20 |
| $9,000.00 |
| $1,300.50 |
| $459.00 |
| $550.80 |
| $346.80 |
| $30.00 |
| $766.03 |
| $2,595.67 |
| $110.00 |
| $557.89 |
| $105.00 |
| $204.97 |

| |
|---:|
| $18.00 |
| $115.09 |
| $1,611.69 |
| $75.00 |
| $5,731.72 |
| **$37,743.19** |