

ATTORNEYS AT LAW
*192 Lexington Avenue, Suite 802*
*New York, NY 10016*
*Office: (212) 425-1020  Fax: (212) 503-3248*

May 12, 2026

Hon. Mark W. Pedersen
United States District Judge
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

> **Re:**   *Charles Dempsey et ano v. City of Rochester, et al.*, No. 19-cv-6780 (MJP)
> Joint Request for Extension of Briefing Schedule on
> Defendants' Post-Trial Motions (ECF Nos. 252 and 253)

Dear Judge Pedersen:

I am counsel for Plaintiffs Charles Dempsey and Leona Dempsey in the above-referenced matter. I write jointly with Defendants' counsel, Peachie L. Jones, Esq., of the City of Rochester Law Department, to respectfully request a revised briefing schedule on Defendants' post-trial motions for qualified immunity (ECF No. 252) and for judgment as a matter of law or, in the alternative, a new trial (ECF No. 253). The parties have met and conferred and jointly propose the schedule set forth below.

Plaintiffs' oppositions to ECF Nos. 252 and 253 are presently due on May 13 and May 15, 2026, respectively. The parties jointly request that the Court enter the following revised schedule:

- Plaintiffs' oppositions to ECF Nos. 252 and 253 shall be filed on or before July 24, 2026; and

- Defendants' replies in further support of ECF Nos. 252 and 253 shall be filed on or before August 14, 2026.

Good cause supports this joint request. First, the parties' counsel are simultaneously preparing for trial in the related matter *Gursslin v. City of Rochester*, et al., No. 6:20-cv-06508-CDH (W.D.N.Y.), which involves overlapping parties, witnesses, and issues. The parties respectfully submit that deferring the briefing of Defendants' post-trial motions in this case until after the conclusion of the *Gursslin* trial will permit counsel to devote full attention to each matter and will promote the orderly administration of both cases.

Second, the proposed dates accommodate previously planned summer vacations of counsel for both sides. No prior extension of Plaintiffs' time to oppose ECF Nos. 252 and 253 has been requested. The requested extension will not affect any other deadline set by the Court.

We thank the Court for its consideration of this joint request.

Respectfully submitted,

/s/ Elliot Shields
*Counsel for Plaintiffs*

cc:    All counsel of record (via ECF)

**SO ORDERED**

**Date: May 18, 2026**

**MARK W. PEDERSEN**
**United States Magistrate Judge**